# Attorney Biographies:
# Stumphauzer Foslid Sloman Ross & Kolaya



# RYAN K. STUMPHAUZER

Partner | Online Biography | Vcard | rstumphauzer@sfslaw.com

Direct Dial: 305. 614. 1401






**Ryan Stumphauzer** is an AV Preeminent rated attorney who has been recognized by Chambers & Partners as a top practitioner in the area of White-Collar Crime & Investigations. Mr. Stumphauzer represents clients in government regulatory enforcement matters, white collar criminal litigation, internal investigations, whistleblower suits and fraud-related civil litigation.

Prior to founding Stumphauzer & Sloman, Mr. Stumphauzer served for over six years as a federal prosecutor in the Southern District of Florida, where he personally directed hundreds of cases involving allegations of health care fraud, mail and wire fraud, securities fraud, bank fraud, money laundering,

Ryan K. Stumphauzer

identity theft, and violations of HIPAA and the Anti-Kickback Statute.  While at the U.S. Attorney's Office, Mr. Stumphauzer served as the Deputy Chief of the Health Care Fraud Unit, and was also a founding member of South Florida's highly-publicized Medicare Fraud Strike Force.

Prior to his service as a federal prosecutor, Mr. Stumphauzer was a senior accountant at an international accounting firm, where he performed audit and business advisory services for Fortune 500 corporations.  Mr. Stumphauzer's financial background, as well as his extensive experience and leadership in the area of health care fraud and abuse, makes him a valuable asset to corporations and executives in regulated industries.

Mr. Stumphauzer is a frequent speaker and media commentator on health care fraud, financial fraud, and white-collar criminal defense issues.  Mr. Stumphauzer is also an active member of the Southern District of Florida federal bar, where he serves as the Co-Chair of the Bench & Bar Committee, and a Member of the Federal Magistrate Judge Merit Selection Panel, Federal Criminal Litigation Committee, the Ad Hoc Committee on Rules and Procedures, and the Ad Hoc Committee on Attorney Admissions, Peer Review, and Attorney Grievance.

## RECENT ENGAGEMENTS

- Appointed by U.S. District Court to serve as Special Master overseeing discovery and other matters in the Takata Airbag Products Liability Multidistrict Litigation.
- Appointed by U.S. District Court to serve as the Receiver over LottoNet Operating Corp., the subject of a securities fraud investigation by the Securities & Exchange Commission.
- Defended several clients around the nation against civil and criminal investigations by the Department of Justice and Department of Defense in connection with the federal government's aggressive enforcement efforts against compounding pharmacies and related parties.  Mr. Stumphauzer has represented several pharmacies, pharmacy executives, pharmacists, prescribing physicians and marketing agents, and therefore has developed a deep and thorough understanding of the government's investigative techniques, as well as the unique fact patterns and issues that the government focuses on in compounding pharmacy investigations.

**STUMPHAUZER FOSLID Sloman Ross & Kolaya, PLLC**

Ryan K. Stumphauzer

- Represented a senior executive of a publicly-traded hospital corporation in connection with an investigation by the Department of Justice and the Department of Health & Human Services into alleged violations of the Anti-Kickback Statute and Stark Law.
- Represented a prominent national health care provider in conducting an internal investigation of alleged violations of the Civil Monetary Penalty Law, and in voluntarily reporting those violations to the Department of Health & Human Services pursuant to the Self-Disclosure Protocol.
- Represent a management level employee of a global retailer in connection with an investigation by the U.S. Department of Justice, the Securities and Exchange Commission, and foreign law enforcement authorities into possible violations of the Foreign Corrupt Practices Act.
- Successfully represented the founder and senior executive officer of one of South Florida's largest primary care providers, a Medicare Advantage Plan subcontractor, in connection with an investigation alleging violations of the Anti-Kickback Statute, the Medicare Marketing Guidelines, and the Civil Monetary Penalty Law.  The firm further assisted the senior executive officer in assessing complex health care compliance issues.
- Represented a Chinese business executive in a matter involving allegations that a U.S. publicly-traded company violated the Foreign Corrupt Practices Act by paying bribes to Chinese government officials to secure contracts for large municipal projects.
- Represented a national health care provider in conducting a corporate survey and investigation of physician financial relationships, and in assessing whether these financial relationships violated the Stark law or the Anti-Kickback statute.
- Represented a broad array of health care whistleblowers—including physicians, therapists, diagnostic technicians and financial professionals— in filing complaints pursuant to the False Claims Act alleging fraud against the Medicare and state Medicaid programs.
- Co-counsel in a $170 million bank fraud case that resulted in a five month jury trial in federal court.  The trial involved allegations that a Miami-based factoring company defrauded its joint venture partner by, among other things, falsely inflating the value of accounts receivable collateral and utilizing investor funds for improper purposes.
- Co-lead counsel in the investigation and prosecution of the Chairman and President of a large medical supply company that defrauded hospitals through a complex invoicing and money laundering scheme, resulting in $5 million of losses for medical supplies that were never ordered or delivered.
- Lead counsel in the investigation and prosecution of health care professionals who defrauded the Medicare system by submitting false

**STUMPHAUZER FOSLID**
**SLOMAN ROSS & KOLAYA**PLLC

Ryan K. Stumphauzer

claims to Medicare for home health services that were medically unnecessary or not rendered.
- Lead government counsel in a multi-year investigation of the marketing practices of a multinational medical device supplier, and focusing on potentially improper incentives to utilizing physicians.
- Lead government counsel in a multi-year investigation targeting internet pharmacies that illegally distributed controlled substances to patients around the nation.

## PUBLICATIONS & SPEAKING ENGAGEMENTS

- American Bar Association's 27th Annual National Institute on Health Care Fraud: "Enforcement Actions and Compound Pharmacies" Fort Lauderdale, FL May 17-19, 2017
- The Health Care Compliance Association's (HCCA) 21st Annual Compliance Institute: "Compounding Pharmacy Prosecutions: Past Lessons and Future Trends." National Harbor, MD, March 29, 2017
- The Health Care Compliance Association (HCCA) Annual Compliance Conference: "Criminal and Civil Health Care Fraud." Las Vegas, NV, February 17-20, 2016
- National Association of Criminal Defense Lawyers' (NACDL) 11th Annual White Collar Seminar: "Rx for Defense: Protecting Healthcare Clients from Criminal Charges" New York, NY, October 22-24, 2015
- Latin American Compliance Congress for Life Sciences by Center for Business Intelligence: "Healthcare Enforcement-Regional and National Updates, Trends and Top Priorities."
- AARP: "New Medicare Scams Spread Across U.S." June 2015
- American Bar Association's 25th Annual National Institute on Health Care Fraud: "Pre-Trial Motions Workshop", Miami, FL May 13-15, 2015
- The Wall Street Journal: "Why It's So Hard to Fix Medicare Fraud: CMS Tries to Reduce Fraud, Abuse Without Restricting Care." December 25, 2014.
- American Bar Association- Criminal Justice Section, "Significant White Collar Prosecutions and Investigations: Perspectives from the Government and the Defense," Miami, FL, November 14, 2014.
- American Academy of Physical Medicine & Rehabilitation, 2014 Annual Assembly, "Health Care Fraud Enforcement Trends and the Impact on Electrodiagnostic Medicine," San Diego, CA, November 15, 2014.
- Federal Bureau of Investigaton, "Cross-Examination Techniques," Miami, Florida, May 27, 2014.
- American Bar Association, Health Law Section, "Webinar- Ask the Government: A Practical Discussion of Healthcare Self-Disclosure Protocols," January 30, 2013.

Ryan K. Stumphauzer

- CNBC, American Greed: The Fugitive Series, "Miami Mediscam," On Camera Commentator, October 10, 2013.
- American Association of Neuromuscular & Electrodiagnostic Medicine, Keynote Speaker, "8th Annual Richard K. Olney Lecture: Health Care Fraud Enforcement Trends and the Impact on EDX Medicine," San Antonio, Texas, October 18, 2013.
- Sandpiper Partners and PricewaterhouseCoopers, Panel Speaker, "The New Faces of Economic Crime," Miami, FL, June 20, 2013.
- American Bar Association, 14th Annual Conference on Emerging Issues in Healthcare Law, Panelist: "Why We Litigate:  Government and Inside-House Counsel Analysis of the Underlying Decisions That Motivate Their Organizations to Investigate and Litigate," Miami, FL, February 21, 2013.
- Federal Bureau of Investigation, Health Care Fraud & Abuse Investigations Course for Special Agents, Quantico, VA, July 26, 2012.
- Southern District of Florida Third Biennial Bench & Bar Conference, West Palm Beach, FL, Moderator: "Civil & Criminal Health Care Fraud," June 27, 2012.
- American Bar Association, 2012 White Collar Crime National Institute, Miami Beach, FL, "Internal Investigations in the Age of Voluntary Disclosure and Cooperation Agreements," March 1, 2012.
- Federal Bureau of Investigation, 2011 Training for Financial Analysts and Forensic Accountants, Quantico, VA, "Grand Jury and Trial Testimony for Financial Witnesses," June 22, 2011.
- American Bar Association, 21st Annual National Institute on Health Care Fraud, Miami Beach, FL, "Voluntary Disclosure and Cooperation in Government Investigations," May 13, 2011.
- Florida Healthcare Corporate Compliance Association, Eighth Annual Education Retreat, Bonita Springs, FL, "Health Care Fraud Enforcement Against Individuals,"  May 18, 2011.
- National Health Care Anti-Fraud Association, 2010 Annual Training Conference, Las Vegas, NV, "Identifying Fraud in Home Health Care," November 16, 2010.
- U.S. Department of Justice, Regional Health Care Fraud Prevention Summit, Law Enforcement Panel, Miami, FL, July 16, 2010.  Watch online at http://www.youtube.com/watch?v=BiHUWiv3ShY.
- U.S. Department of Justice, National Advocacy Center, Faculty Member, Medicare Fraud Strike Force Training, "Strike Force Prosecutions: Lessons Learned," November 9, 2009.
- U.S. Department of Justice, National Advocacy Center, Faculty Member, Medicare Fraud Strike Force Training, "Indictment Drafting, Charging Decisions, and Sentencing Considerations," November 10, 2009.

Ryan K. Stumphauzer

- National Health Care Anti-Fraud Association, Information Sharing Conference, "Prosecutorial Challenges in Home Health Fraud," Orlando, FL, January 28, 2009.
- National Health Care Anti-Fraud Association, 2008 Annual Training Conference, Phoenix, Arizona, "Investigative & Prosecutorial Challenges: Overutilization of Medical Services," November 17, 2008.
- "Electronic Impulses, Digital Signals, and Federal Jurisdiction: Congress's Commerce Clause Power in the Twenty-First Century," Vanderbilt University Law Review, January 2003, 56 Vand. L. Rev. 277.

## COMMITTEES, PROFESSIONAL ORGANIZATIONS AND COMMUNITY SERVICE

- Committee Co-Chair, Southern District of Florida Bench & Bar Committee (2014)
- Committee Member, Federal Magistrate Judge Merit Selection Committee for the Reappointment of Magistrate Judge John O'Sullivan, U.S. District Court, Southern District of Florida (2014)
- Committee Member, Federal Magistrate Judge Merit Selection Committee for the Reappointment of Magistrate Judge Andrea Simonton, U.S. District Court, Southern District of Florida (2014)
- Committee Member, Ad Hoc Committee on Rules and Procedures for the United States District Court, U.S. District Court, Southern District of Florida (2010 to Present)
- Committee Member, Ad Hoc Committee on Attorney Admissions, Peer Review, and Attorney Grievance for the U.S. District Court, Southern District of Florida (2010 to present)
- Committee Member, Federal Magistrate Judge Merit Selection Committee for the Reappointment of Magistrate Judge Chris M. McAliley, U.S. District Court, Southern District of Florida (2011)
- Committee Member, Federal Magistrate Judge Merit Selection Committee to Fill the Vacancy of Retiring Magistrate Judge Stephen T. Brown's Vacancy, U.S. District Court, Southern District of Florida (2011)
- Committee Member, Federal Magistrate Judge Selection Committee for the Reappointment of Magistrate Judge Edwin G. Torres, U.S. District Court, Southern District of Florida (2011)
- Committee Member, Federal Bench & Bar Conference Planning Committee, U.S. District Court, Southern District of Florida (2011 to Present)
- Committee Member, Federal Magistrate Judge Merit Selection Committee for Reappointment of Magistrate Judge Patrick White), U.S. District Court, Southern District of Florida (2010-present)
- Committee Member, Federal Criminal Litigation Committee, U.S. District Court, Southern District of Florida (2009-present)

Ryan K. Stumphauzer

- American Bar Association
- Federal Bar Association

## EDUCATION

- Vanderbilt University Law School, *Juris Doctorate*, Order of the Coif
- John Carroll University, Bachelor of Science in Business Administration, Major in Accountancy, *summa cum laude*

## BAR ADMISSIONS

- Ohio
- Florida
- New York
- Eleventh Circuit Court of Appeals
- United States District Court for the Southern District of Florida
- United States District Court for the Middle District of Florida

## JUDICIAL CLERKSHIPS

- Chief Judge Federico A. Moreno, U.S. District Court for the Southern District of Florida

# STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA PLLC

# JEFFREY H. SLOMAN

Partner | Online Biography | Vcard | jsloman@sfslaw.com

Direct Dial: 305. 614. 1403





From May 2009 until May 2010, Jeff served as the United States Attorney for the Southern District of Florida. As the chief federal law enforcement officer in South Florida, he led the federal effort to protect the safety and security of more than six million people. He focused on national security, organized crime, public corruption and a wide-variety of white-collar criminal offenses including health care fraud, securities fraud, mortgage fraud, and money laundering. Under his skilled leadership, the U.S. Attorney's Office achieved a record number of convictions, including cases involving the prosecution of the largest Ponzi scheme in Florida history, multiple elected public officials, numerous

Jeffrey H. Sloman

Medicare and bank fraud offenses and high ranking members of international organized criminal organizations.

Prior to being sworn in as U.S. Attorney, Jeff distinguished himself as a career federal prosecutor, serving as the First Assistant U.S. Attorney and Chief of the Criminal Division, the number two and three positions in one of the largest U.S. Attorney's Offices in the nation. Jeff is a highly-accomplished trial lawyer. During his 20-year career with the Department of Justice, Mr. Sloman tried nearly 50 criminal cases to verdict. The Department of Justice honored him twice with one of its most prestigious national awards. In 1997 and 2003, Jeff received the "Director's Award" for Superior Performance as an Assistant United States Attorney. His 2003 Director's Award was for the first post-September 11, 2001 prosecution of two radical Islamic fundamentalists whose goal was to bomb various South Florida installations on behalf of Osama bin Laden.

Since leaving the U.S. Attorney's Office in 2010, Jeff has represented clients in federal criminal investigations involving insurance and health care fraud. He has also tried and won several multi-million dollar jury verdicts. In 2014 alone, Jeff was recognized for winning two significant jury trials, Cuculino v. Philip Morris USA, Inc. and T.G. v. G4S Secure Solutions, USA, Inc. For Cuculino, Jeff was awarded the "Most Effective Lawyer" by the Daily Business Review for winning a $5 million "first-of-a-kind verdict" against Philip Morris USA, Inc. http://www.dailybusinessreview.com/id=1202677930289/FirstofaKind-Verdict-Blames-Smoking-for-Heart-Disease. A few months later, he won a $1.3 million verdict against giant security company G4S Secure Solutions, USA, Inc. for a woman who was secretly videotaped by a Peeping Tom security guard. http://miami.cbslocal.com/2014/05/16/victim-of-peeping-tom-security-guard-awarded-1-3-million/.

A frequent teacher and lecturer, Jeff has provided legal commentary for local and national networks. He has been featured on CNBC, American Greed: "Scott Rothstein, $1.2 Billion Scam: Ft. Frauderdale," On Camera Commentator, February 11, 2011: http://www.dailymotion.com/video/xx7gmq_american-greed-1-2-billion-scam-ft-frauderdale_news; and ABC, Nightline: "Medicare

Jeffrey H. Sloman

Fraud Costs Taxpayers More Than $60 Billion Each Year", March 17, 2010: https://archive.org/details/WJLA_20100318_033500_Nightline.

## EDUCATION

- University of Miami School of Law, Juris Doctorate
- University of Florida, Bachelor of Arts, Political Science

## ADMISSIONS

- Florida
- Eleventh Circuit Court of Appeals
- United States District Court for the Southern District of Florida

# STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA PLLC

# ADAM M. FOSLID

Partner | Online Biography | Vcard | afoslid@sfslaw.com

Direct Dial: 305. 614. 1402



**Adam M. Foslid** concentrates his practice on complex commercial, business, class action, and product liability litigation in federal and state courts throughout the United States and before domestic and international arbitration panels. Adam represents clients in a wide array of disputes involving commercial transactions, breaches of contract, business torts, fraud, deceptive and unfair trade practices, federal and state consumer protection statutes, including the Telephone Consumer Protection Act, fiduciary relationships, mergers and acquisitions, banking, insurance, partnerships, real estate deals, construction defects, corporate governance, medical devices, consumer and

**STUMPHAUZER FOSLID**
**SLOMAN ROSS & KOLAYA, PLLC**

Adam M. Foslid

building products, and claims of serious personal injury and wrongful death. Adam is also experienced representing public and private clients in internal investigations, regulatory and enforcement actions, and compliance reviews in connection with, among other things, the Foreign Corrupt Practices Act, initial public offerings, IT security issues, accounting and financial reporting issues, campaign contributions, allegations of public corruption, state and federal government contracts, construction defects, and allegations of mortgage and health care fraud.

Prior to joining Stumphauzer Foslid Sloman Ross & Kolaya, Adam was a Principal Shareholder at the international law firm of Greenberg Traurig where he chaired the fifty-member Miami Litigation Department, served as the Miami Co-Hiring Shareholder, and led the office's associate career development program. Adam is a Fellow of the American Bar Association and has been recognized in The Best Lawyers in America, listed in The Legal 500 United States, named a Most Effective Lawyer for Class Action Litigation, and, prior to that, a "Rising Star" by Florida Super Lawyers, and "Legal Elite" by Florida Trend.

Adam serves as a Commissioner, appointed by former Governor Scott, on the nine-member Judicial Nominating Commission that selects judicial candidates for gubernatorial appointment to the Third District Court of Appeals. He was also appointed by Chief Judge Bertila Soto to serve on the Eleventh Judicial Circuit Court Professionalism Panel that adjudicates professionalism complaints against attorneys practicing in Miami-Dade County.  Additionally, Adam serves on the Boards of Habitat for Humanity of Greater Miami, The First Tee of Miami Foundation, and The George Washington University Law School, and maintains an active pro bono practice.

## CONCENTRATIONS

- Complex commercial and business litigation
- Class action litigation
- Cross-border disputes and international arbitration
- Real estate and construction litigation
- Banking and financial services litigation
- Shareholder derivative, securities, and corporate governance litigation

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA** PLLC

Adam M. Foslid

- Mass tort and product liability litigation
- Internal investigations, regulatory and enforcement actions, and compliance reviews

## EXPERIENCE

**Complex Commercial and Business, Banking and Financial Services, and Shareholder Derivative, Securities, and Corporate Governance Litigation**

- Defended numerous corporate clients, banks, and financial institutions in a wide array of disputes involving commercial transactions, breaches of contract, business torts, fraud, deceptive and unfair trade practices, fiduciary relationships, mergers and acquisitions, banking, insurance, partnerships, and corporate governance.
- First-chaired final hearing resulting in a favorable arbitral award for a global food processing and commodities trading corporation in an international arbitration against its former executives and consultants for breaching various confidentiality obligations.
- Successfully resolved fraud-based and securities claims brought against a large financial institution accused of aiding and abetting a billion-dollar Ponzi scheme involving viaticated insurance policies, and administered the disbursement of tens of millions of dollars of escrowed funds on behalf of that financial institution in conjunction with an SEC Receivership.
- Obtained dismissal of a lawsuit filed against a pharmaceutical company and its officers and directors by the company's minority shareholders seeking to, among other things, enjoin a proposed merger valued at hundreds of millions of dollars.
- Represented minority shareholders of an international medical services corporation against the company's then chief executive officer and directors, challenging the election of the management slate of directors following a proxy fight.
- Successfully defended an investment advising firm in suits brought by former clients alleging breaches of fiduciary duty, fraud, and negligence relating to investment portfolio recommendations and sales of private placement securities.
- Represented a prominent nightclub impresario in connection with a partnership dispute concerning the failed development and operation of a high-end club in Miami Beach.
- Successfully defended and obtained the dismissal of all claims against an individual employee and investor in a well-publicized partnership dispute in Virginia involving a co-working and real estate service company.

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA** PLLC

Adam M. Foslid

## Class Action, Mass Tort, and Product Liability Litigation

- Defended and obtained dismissal with prejudice of all claims against an HVAC manufacturer in a putative nationwide class action case based on allegations that the subject heating product is unreasonably dangerous, unfit for its intended use, and not compliant with applicable safety standards.
- Obtained dismissal and ultimately favorably resolved claims against a building product manufacturer in a putative class action lawsuit brought by consumers and contractors involving, among others, claims of breach of express warranty, breach of implied warranty of merchantability, breach of applicable state consumer protection statutes, and unjust enrichment.
- Defended a national homebuilder in a putative class action asserting construction defect claims involving a planned community's drainage system and successfully compelled all claims to arbitration resulting in the abandonment of the claims.
- Successfully representing various homebuilders in putative class action lawsuits involving allegedly defective Chinese-manufactured drywall and led the Homebuilders Steering Committee in the multi-district litigation styled *In Re Chinese Manufactured Drywall Product Liability Litigation*, MDL No. 2047.
- Defeated class certification and successfully resolved putative nationwide class action lawsuits filed against an air conditioning manufacturer throughout the United States based on allegations that the subject air conditioning units contained defective copper evaporator coils.
- Obtained dismissal of various putative class action lawsuits against the former Miami City Manager brought on behalf of municipal employees alleging claims of, among others, breach of fiduciary duty and negligence.
- Acted as lead counsel for a global medical device manufacturer and favorably resolved a breach of contract and product liability lawsuit against several hospitals.

## Real Estate and Construction Litigation

- Defended homebuilders, developers, and title companies in countless pre-suit claims, lawsuits, and arbitrations involving, among other things, allegations of alleged construction defects, condominium rescission claims, disputes over purchase and sale agreements, brokerage

Adam M. Foslid

commissions, real estate development contracts, and numerous investor-group transactions.

▪ Defended a national homebuilder and title company against various fraud-based claims asserted by the liquidating trustee of a defunct mortgage company and the receiver of a failed bank arising from the sales of certain single-family homes and condominium units.

▪ Filed and successfully settled an arbitration claim on behalf of a developer arising from a series of land banking agreements worth tens of millions of dollars.

▪ Defended and successfully resolved a real estate investment trust in a multi-million dollar brokerage commission dispute brought by a commercial real estate firm arising from the REIT's acquisition of several industrial properties.

▪ Successfully represented a global real estate asset manager in a multimillion-dollar partnership dispute concerning the management of a joint venture to develop and operate an apartment community in Central Florida.

▪ Represented a developer in successfully resolving a partnership dispute concerning the proposed development of charter school in South Florida.

▪ Successfully resolved claims on behalf of a homeowner in construction defect lawsuit involving the $30+ million renovation of a historic Miami Beach residence.

**Internal Investigations, Regulatory and Enforcement Actions, and Compliance Reviews**

▪ Assisted a subsidiary of a *Fortune* 100 company with a comprehensive risk assessment and compliance program in connection with its international business.

▪ Conducted various internal investigations for public and private companies in connection with, among other things, initial public offerings, IT security issues, accounting and financial reporting issues, allegations of mortgage fraud, construction defects, alleged health care fraud, and claims of serious personal injury and wrongful death.

▪ Represented numerous public and private companies in sensitive federal, state and regulatory investigations and enforcement actions involving, among other things, alleged mortgage fraud, illegal campaign contributions, public corruption, and government contracts issues.

Adam M. Foslid

**Pro Bono**

- Representing a private Christian school's Constitutional challenge to a state actor's viewpoint-based denial of the school's request to pray over the public-address system prior to a state championship football game.
- Pursuing a Fair Housing Act complaint on behalf of an individual who was denied on the basis of religion equal access to the common areas of her condominium building to host a women's bible study group.
- Filed an amicus brief on behalf of legendary college football coach Bobby Bowden in support of a cert petition brought by football coach, Joe Kennedy, in connection with his claim against the public school district that wrongfully fired him for taking a knee and praying silently on the field following games he coached.

**Clerkships and Internships**

- Hon. Ricardo M. Urbina, U.S. District Court for the District of Columbia, 2003-2004
- U.S. Attorney's Office for the District of Columbia, 2002
- U.S. Department of Justice, Civil Division, 2001

# RECOGNITION & LEADERSHIP

**Awards & Accolades**

- Listed, *The Best Lawyers in America*, Commercial Litigation, 2015-2020
- Listed, *The Legal 500 United States*, 2016
- Listed, *Florida Super Lawyers*, "Rising Star," 2009-2011 and 2013-2016
- Listed, *Daily Business Review*, Most Effective Lawyers – Class Action, 2016
- Listed, *Florida Trend* magazine, "Legal Elite," 2007

**Professional & Community Involvement**

- Member, Third District Court of Appeal, Florida Judicial Nominating Commission (appointed by Governor Rick Scott)
- Panel Member, Eleventh Circuit Professionalism Panel (appointed by Chief Judge Bertila Soto)
- Board Member, Habitat for Humanity of Greater Miami, Board of Directors
- Board Member, The First Tee of Miami Foundation, Board of Directors
- Board Member, The George Washington University Law School, Board of Advisors

Adam M. Foslid

- Volunteer Lawyer, First Liberty Institute
- Big Brother Mentor, Big Brothers Big Sisters of Greater Miami, School to Work Program
- Member, The Federalist Society for Law & Public Policy Studies
- Member, International Bar Association
- Fellow, American Bar Association
- Member, Federal Bar Association, South Florida Chapter
- Member, Dade County Bar Association
- Former Trustee, Miami Music Association/Cleveland Orchestra Miami
- Former Member, United Way of Miami-Dade, Leadership Circle

## EDUCATION

- LL.M., Litigation and Dispute Resolution, with highest honors, The George Washington University Law School, 2004
- J.D., with honors, The George Washington University Law School, 2003
- B.A., with honors, University of Florida, 2000

## ADMISSIONS

- Florida
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. District Court for the Middle District of Florida
- U.S. District Court for the Northern District of Florida
- U.S. District Court for the Southern District of Florida
- Supreme Court of the United States

# STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA PLLC

# IAN M. ROSS

Partner | Online Biography | Vcard | iross@sfslaw.com

Direct Dial: 305. 614. 1404







**Ian M. Ross** represents clients in business disputes, commercial and securities litigation, class actions, and government investigations.   He previously practiced as a litigation shareholder in Greenberg Traurig, P.A.'s Miami office; before that, he worked in the financial and securities litigation group in Sidley Austin LLP's Chicago office.   He is an AV Preeminent-rated attorney by Martindale-Hubbell, the highest rating given for ethical and technical competence.

Ian has extensive experience defending public and private corporations, limited liability companies, partnerships, directors, and officers in federal

---

© 2020 Stumphauzer Foslid Sloman Ross & Kolaya, PLLC

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA** PLLC

Ian M. Ross

securities claims, state securities actions, shareholder derivative suits, breach of fiduciary duty actions, and claims arising out of complex commercial transactions.  He offers expertise to businesses on corporate governance and compliance issues, and regularly publishes analysis of new case law and statutory developments in publications such as Law360, the Daily Business Review, and the Florida Bar Journal (see Publications section below).  He also advises and defends national manufacturers, retailers, and telecommunication companies in consumer class actions, including claims brought under the Telephone Consumer Protection Act.

Ian's governmental practice includes representing clients in connection with investigations by the Securities and Exchange Commission, Financial Industry Regulatory Authority, and the Public Company Accounting Oversight Board. He has represented corporations, directors, officers, and accounting firms in investigations involving insider trading, allegations of misappropriation and fraud, internal control (SOX and SAS 70) audits, and financial restatements relating to complex accounting issues such as revenue recognition, software capitalization, and earnout accounting.

Ian previously served as a member of Greenberg Traurig's eDiscovery group, and has handled and coordinated complex multijurisdictional and multinational discovery matters, including document collections, reviews, and productions

## REPRESENTATIVE ENGAGEMENTS

### Business Disputes and Complex Commercial Litigation

- Represented corporations, banks, directors and officers, national consulting firms, and accounting firms in contract and tort actions in federal and state court. Obtained affirmative rulings on these cases before trial on motions to dismiss and/or summary judgment motions.
- Obtained permanent injunction against investors seeking to pursue $100 million FINRA arbitration against broker-dealer, affirmed by the Eleventh Circuit Court of Appeals. *Pictet Overseas Inc. v. Helvetia Trust*, 905 F.3d 1183 (11th Cir. 2018); *see also* Trusts Can't Revive $101.8M Arbitration Claim At 11th Circuit,  *available at* https://www.law360.com/articles/1085791.

---

**STUMPHAUZER FOSLID
SLOMAN ROSS & KOLAYA** PLLC

Ian M. Ross

- Represented television studio defending tortious interference claims for $50 million in federal jury trial in which judge granted defendant's Rule 50 motion following plaintiff's presentation of its case.
- Obtained dismissal of majority of claims over $80 million of notes filed against financial institution brought by noteholder for breaches of duty and negligence.; *See FBK Associates v. Suntrust Bank*, 2014 WL 12514898 (S.D. Fla. Jan. 16, 2014) (dismissing majority of noteholder claims); *FBK Associates v. Suntrust Bank*, 2014 WL 12514899 (S.D. Fla. Nov. 18, 2014) (granting motion for partial judgment on the pleadings against noteholder); *see also* SunTrust Ducks Claims Over $80 M Notes Enforcement, *available at* https://www.law360.com/articles/502321/suntrust-ducks-claims-over-80m-notes-enforcement.
- Represented Lennar Corporation in federal and state court and established personal jurisdiction against foreign manufacturer producing and selling drywall for American homes. *See* How They Won It: Greenberg Sticks It to Chinese Drywall Co., Law360, October 23, 2012, *available at* https://www.law360.com/articles/388831.
- Represented medical physics company in suit against former executive for violation of noncompete and non-solicitation agreements, misappropriation of trade secrets, and defamation, obtaining consent injunction against executive. *See Global Physics Solutions, Inc. v. Benjamin*, Case No. 17-60662-CIV-SCOLA, 2017 WL 6948721 (S.D. Fla. June 26, 2017).
- Represented investment advisors and broker-dealers in professional liability and tort actions in federal court, state court, and in FINRA arbitrations relating to private placement securities and investment portfolio recommendations.
- Represented professional service and accounting firms in professional liability actions in federal and state court in matters involving complex accounting issues, including earnout accounting, revenue accounting, derivative accounting, and software capitalization.

**Financial and Securities Litigation**

- Represented corporations, directors and officers, and accounting firms in federal securities class actions and state securities actions brought by shareholders or former investors, including shareholder derivative actions, claims under state Blue Sky securities laws, and common law fraud and misrepresentation actions.
- Obtained summary judgment in state securities and fraud action brought by former officer relating to purported misrepresentations and omissions regarding preliminary merger negotiations. *See Pritchard v. Levin*, No. 2015-020187, 2019 WL 1996252 (Fla. 11th Jud. Cir. Apr. 23, 2019).

Ian M. Ross

- Represented public company, its former officers, and private equity company in state securities action brought by an investor relating to purported misrepresentations made in connection with a $25M private placement. *See J.P. Morgan Securities, LLC v. Geveran Investments Limited*, 224 So. 3d 316 (Fla. 5th DCA 2017).
- Represented OPKO Health Inc. in holding off four putative class actions challenging the announced merger of OPKO and Bio-Reference Laboratories, After expedited discovery, the parties came to agreement on a memorandum of understanding on a disclosure-based settlement that allowed OPKO and Bio-Reference to complete their transaction, which was subsequently approved by shareholders. *See* Tight Timeline Didn't Disrupt Trio in $1.5 B Deal, *available at* https://www.law.com/dailybusinessreview/almID/1202756905626/ (2016).
- Held off a shareholder class action to enjoin a merger, allowing for the sale of Prolor Biotech, Inc., an Israeli-based biopharmaceutical company focused on developing and commercializing longer-acting proprietary versions of already approved therapeutic proteins. Plaintiffs' claims were dismissed with prejudice (2014).
- Represented former officer of national consulting firm in dismissal of shareholder derivative claims in federal court against corporation's officers and directors. *Oakland County Employees' Retirement System v. Massaro*, 772 F. Supp. 2d 973 (N.D. Ill. 2011); *Oakland County Employees' Retirement System v. Massaro*, 736 F. Supp. 2d 1181 (N.D. Ill. 2010).
- Represented Big Four accounting firm in dismissal of "holder" claims asserted by former shareholders of a consumer finance company. *Dloogatch v. Brincat*, 396 Ill. App. 3d 842 (Ill. App. 2009).

## Class Action Litigation

- Represented national companies in litigation arising out of federal and state consumer protection statutes, including the Telephone Consumer Protection Act. Experience includes representing companies in a variety of industries, including retail, telecommunications, online retailing, food and beverage, sports and fitness, and home appliances.
- Defeated class certification in national class action brought against sports and fitness company. *See Powell v. YouFit Health Clubs, LLC*, 2019 WL 926131 (S.D. Fla. Jan. 14, 2019) (denying class certification); *Powell v. YouFit Health Clubs, LLC*, 2019 WL 926131 (S.D. Fla. Feb. 22, 2019) (denying motion for reconsideration).
- Represented international retailer in TCPA class action where the district court judge granted summary judgment in defendants' favors after concluding that messages were not sent in violation of the TCPA. *See*

Ian M. Ross

*Ramos v. Hopele of Fort Lauderdale, LLC, et al.*, 334 F. Supp. 3d 1262 (S.D. Fla. 2018).

▪ Successfully compelled arbitration of TCPA class action brought against national food and beverage company. *See Greenberg v. Doctors Associates, Inc.*, 338 F. Supp. 3d 1280 (S.D. Fla. 2018).

### Government Investigations

▪ Represented corporations, directors, officers, and accounting firms in investigations conducted by the Securities and Exchange Commission, Department of Justice, and in matters involving insider trading, allegations of misappropriation and fraud, internal control (SOX and SAS 70) audits, and financial restatements relating to complex accounting issues.

▪ Represented directors and officers in pre-suit investigation by the Federal Deposit Insurance Corporation.

### Pro Bono

▪ Throughout his career, Ian has worked actively on pro bono matters, representing refugees seeking asylum in removal proceedings in immigration court. He has represented clients from Burundi, Kenya, Mexico, Venezuela, Honduras, and Russia, among others. He has been recognized by Americans for Immigrant Justice as a Pro Bono Hero. *See* http://www.aijustice.org/ian_ross.

## PUBLICATIONS & SPEAKING ENGAGEMENTS

Ian has written on a variety of issues facing corporations, directors, and officers in business disputes. Last year, he wrote a featured article in the Florida Bar Journal on the enforcement of nonreliance clauses in business transactions and acquisition agreement. *See* Reframing the Question: Why Florida Courts Should Enforce Nonreliance Clauses, *available at* https://www.floridabar.org/the-florida-bar-journal/reframing-the-question-why-florida-courts-should-enforce-nonreliance-clauses/ (January/February 2019). More recently, he has offered commentary on the continuing uncertainty regarding the scope of seller liability under state securities blue sky laws, *see* https://www.law360.com/articles/1223069/wash-ruling-highlights-states-clashing-securities-decisions, as well as the enforceability of exculpatory clauses and general releases under Florida law, *see* https://www.law.com/dailybusinessreview/2019/09/11/recent-case-emphasizes-the-limits-of-contracts-in-florida-courts/.

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA** _PLLC_

Ian M. Ross

Ian has also written a number of articles on developments in cases litigated under the Telephone Consumer Protection Act.  _See_ Consumer Class Standing Faces Uncertainty In Eleventh Circuit, _available at_ https://www.law360.com/articles/1199426; TCPA Questions Loom As Eleventh Circuit Considers Three Cases, _available at_ https://www.law360.com/articles/1151133/tcpa-questions-loom-as-11th-circ-considers-3-cases (April 18, 2019).

Some of his other publications and speaking engagements include:

- Recent Case Emphasizes the Limits of Contracts in Florida Courts, September 11, 2019, _available at_ https://www.law.com/dailybusinessreview/2019/09/11/recent-case-emphasizes-the-limits-of-contracts-in-florida-courts/.
- Florida Appellate Court Limits Obligations of Third Parties to Preserve Evidence, Daily Business Review, May 30, 2019, _available at_ https://www.law.com/dailybusinessreview/2019/05/30/florida-appellate-court-limits-obligations-of-third-parties-to-preserve-evidence/
- Panelist, Negotiating eDiscovery Requirements and Requests, ACEDS South Florida Chapter (Nov. 6, 2018).
- Litigation Overview, Florida (PLI State Q&A), Practical Law Litigation, Thomson Reuters (2018).
- Panelist, Potential Litigation Pitfalls in Transactional Documents, Hoffman Professional Center (2016).
- Courts Signal a Change in Tone on Disclosure-Only Settlements in M&A Litigation, American Bar Association, YLD Business Law Newsletter (2015).
- The End of Say on Pay Litigation?, American Bar Association, YLD Business Law Newsletter (2013).

## RECOGNITION AND COMMUNITY SERVICE

**Recognition and Awards**

- Recognized as a Pro Bono Hero, Americans for Immigrant Justice Pro Bono Hero
- Listed, _Super Lawyers_ magazine, _Florida Super Lawyers_ "Rising Star"
- Listed, _The Legal 500 United States_, General Commercial Disputes
- Team Member, _U.S. News – Best Lawyers_®, "Law Firm of the Year," Banking & Finance – Litigation, 2017
- Recipient, We Can Dream Pro Bono Award, Dade Legal Aid, 2017

Ian M. Ross

**Leadership and Community Service**

- Board Member, Americans for Immigrant Justice
- Board Member, Miami-Dade Urban Debate League
- Board Member, Read to a Child, South Florida, Regional Board
- Member, Johns Hopkins University Second Decade Society
- Member, Defense Research Institute
- Member, Florida Bar Association Business Law Committee
- Member, American Bar Association
    - Co-Chair of Various Litigation Committees (Co- Chair, Litigation Committee (Young Lawyers Division), 2013-2014; Vice-Chair, Business Law Committee (Young Lawyers Division), 2014-2015; Co-Chair, Business Law Committee (Young Lawyers Division), 2015-2016)
    - Member, Section of Litigation Pro Bono Task Force, 2017-2019

## EDUCATION

- J.D., *cum laude*, Duke University School of Law, 2005
    - Executive Editor, Duke Journal of Comparative and International Law
    - B.S. Womble Scholarship Recipient
- B.A., *with honors*, Johns Hopkins University, 2002
    - Graduated with General Undergraduate Honors and Departmental Honors in Political Science

## BAR ADMISSIONS

- Florida
- Illinois

# STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA PLLC

# TIMOTHY A. KOLAYA

Partner | Online Biography | Vcard | tkolaya@sfslaw.com

Direct Dial: 305. 614. 1405





**Timothy A. Kolaya** concentrates on commercial litigation in federal and state courts, as well as arbitration panels, with a focus on real estate and construction matters. Tim counsels clients on a wide array of disputes involving commercial transactions, contract challenges, class actions, construction defects, real estate transactions, business torts, fraud, deceptive and unfair trade practices, fiduciary relationships, insurance, products liability, and personal injury claims.

Prior to joining Stumphauzer Foslid Sloman Ross & Kolaya, Tim worked for more than 11 years at the Miami office of the international law firm of

Timothy A. Kolaya

Greenberg Traurig, where he tried several cases and handled significant litigation matters on a local and national level for a variety of clients. From defending Fortune 500 companies in class action litigation to representing local companies in contract disputes, Tim understands the level of focus and preparation that is necessary for each matter he handles.

Before returning to law school, Tim studied civil engineering at the University of Miami and continued on to obtain a Master's Degree in civil engineering and construction management from Georgia Tech. He then worked as a project manager for two of the top 100 largest construction companies in the country, overseeing all aspects of his projects, which included office buildings, condominium towers, restaurants, municipal buildings, and manufacturing facilities. With this technical background, Tim is quickly able to learn and understand his clients' business needs, and puts his analytical thinking to work when resolving his clients' legal matters.

In addition to his active law practice, Tim is a member of the Civil Rules Committee for The Florida Bar, and the Board of Directors of the University of Miami Law Alumni Association. Tim also dedicates significant time as a volunteer leader for the Parkinson's Foundation, where he serves as a member of the national Development Committee.

## CONCENTRATIONS

- Complex commercial litigation
- Construction and real estate litigation
- Contract disputes and other business torts
- Class actions
- Mass tort and product liability litigation
- Personal injury claims

## REPRESENTATIVE EXPERIENCE

**Real Estate and Construction Litigation**

- Represents developers, national homebuilders, and other property owners in various pre-suit claims and lawsuits involving, among other things, land use and zoning challenges, disputes over purchase and sale agreements, property boundary and easement disputes, alleged

construction defects, allegations of mortgage fraud, leasing disputes, and broker commission disputes.

- Represented several national and regional homebuilders in multiple state and federal court lawsuits involving allegedly defective Chinese-manufactured drywall, including in In Re Chinese Manufactured Drywall Product Liability Litigation, MDL No. 2047.

- Obtained complete defense verdict for national engineering and construction services company on $14.5 million negligence claim following a four-week jury trial, which was affirmed on appeal.

- Defended developer in lawsuit challenging zoning approvals and constitutionality of notice requirements under City of Miami's Zoning Code in connection with construction of municipal transportation facility; obtained final summary judgment in favor of developer.

- Defended developer in lawsuit with municipality seeking to avoid obligations under land swap agreement; resolved through settlement that granted developer increase in development rights for related condominium project.

- Defended developer in multiple lawsuits involving challenges to ballot question in special election to authorize development of a $400 million project on city-owned waterfront property; obtained final judgment rejecting challenges to ballot question in all cases; decisions were affirmed on appeal before the Third District Court of Appeal; successfully defeated petition for review before the Florida Supreme Court.

- Defended developer in taxpayer lawsuit seeking to stop development of $600 million mega-yacht marina project and to invalidate lease agreement between city and developer for city-owned waterfront property; obtained dismissal with prejudice in favor of developer.

- Defended developer in lawsuit seeking to invalidate development agreement and zoning approvals for $1.5 billion mixed-use project; obtained dismissal with prejudice in favor of developer.

- Defended developer in lawsuit seeking to invalidate $88 million tax incentive financing (TIF) agreement for $1.5 billion mixed-use project; obtained dismissal with prejudice in favor of developer.

- Defended promotor of Miami International Boat Show in multiple lawsuits from Village of Key Biscayne seeking to prevent relocation of show to Miami Marine Stadium in Virginia Key; obtained dismissal of claims and negotiated settlement that allows show to continue operations at new location.

- Represented homeowner in construction defect lawsuit involving $30+ million renovation of historic Miami Beach residence.

- Represented homeowner in dispute with architect and contractor involving design and construction of private residence on Jupiter Island, Florida.

**STUMPHAUZER FOSLID**
**SLOMAN ROSS & KOLAYA** PLLC

Timothy A. Kolaya

- Retained by estate of developer to coordinate resolution of multiple pending lawsuits; negotiated several settlements that facilitated closing of estate.
- Defended a national homebuilder and title company against various fraud-based claims asserted by the liquidating trustee of a failed mortgage company and the receiver of a failed bank arising from the sale of certain condominium units.
- Represented private elementary school in lawsuit against neighboring property owner for damage resulting from excavation and sheet piling; resolved through settlement.
- Represented REIT in claim against former tenant of large warehousing facility for surrender of property in state of disrepair.
- Represented real estate investment company in emergency motion to set aside $1.25 million default judgment following jury trial involving personal injury that occurred on property prior to transfer of title to client; obtained order setting aside default judgment, which was affirmed on appeal.
- Represented limited members of real estate investment company in four-day bench trial against managing members for breach of fiduciary duty.
- Represented owner of home in Indian Creek Village in claim against roofing contractor for breach of contract; obtained summary judgment in favor of homeowner.

**Class Action Litigation**

- Defended investment fund and its managers in a putative class action from feeder fund investors, seeking more than $500 million in damages in connection with claims for breach of fiduciary duty and negligence; obtained an order of dismissal with prejudice at the pleading stage from the federal district court.
- Defended five movie studios in a putative nationwide class action challenging the marketing of Blu-ray and DVD movies; obtained an order of dismissal with prejudice at the pleading stage from the federal district court.
- Defended a plumbing product marketer and distributor in putative class action lawsuits involving, among others, claims of breach of express warranty, breach of implied warranty of merchantability, breach of state consumer protection laws, and unjust enrichment; negotiated class wide settlement.
- Defended global product testing and certification company in a putative nationwide class action challenging the certification of certain HVAC

Timothy A. Kolaya

products; obtained an order of dismissal with prejudice at the pleading stage from the federal district court.
- Defended electronic health records software company in nationwide, putative class action lawsuit involving, among others, claims for breach of warranty, violation of state consumer protection laws, and unjust enrichment; negotiated class wide settlement.

**Other Business Litigation**

- Obtained complete defense verdict for public healthcare system on claim under the Florida Whistleblower Act following seven-day jury trial.
- Represented pharmaceutical company in ICC arbitration involving dispute with international manufacturer over product development and supply agreement.
- Defended banking institution accused of fraud and violating Florida's Deceptive and Unfair Trade Practices Act in equity stripping case; obtained dismissal of all claims.
- Defended investors in evidentiary hearing for determination of reasonable attorneys' fee, resulting in award of less than fifty percent of amount demanded.
- Represented South American wine producer in contract dispute with U.S. distributor.
- Represented wine and spirits distributor in lawsuit against former executive seeking to enforce restrictive covenant.
- Defended medical care services company from wrongful termination and fraud claims by former executive; obtained order of dismissal of all claims with prejudice at the pleading stage.
- Defended manufacturer from wrongful termination and breach of contract claim by former executive.
- Represented purchaser of software company in litigation against seller for breach of representations and warranties in Business Sale Offer and Acceptance Agreement.
- Represented cruise line in connection with multi-million dollar claim under Oil Pollution Act of 1990 (OPA) against inland tank barge company for damages resulting from oil spill; resolved claim through settlement.

# RECOGNITION & LEADERSHIP

## Awards & Accolades

- Listed, *The Best Lawyers in America*, Litigation – Construction, 2020
- Listed, *Florida Trend*, *Florida's Legal Elite*, Commercial Litigation, 2020
- Listed, Super Lawyers magazine

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA** PLLC

Timothy A. Kolaya

- ▪ Florida Super Lawyers, 2020
- ▪ Rising Star, 2016-2018
- ▪ Recipient, Thomas Davison, III Memorial Service Award, University of Miami School of Law, 2019
- ▪ Recipient, Dade County Bar Association, "Rising Superstar Award," 2018
- ▪ Team Member, U.S. News – Best Lawyers®, Best Law Firms Edition, "Law Firm of the Year," Real Estate – Litigation, 2017
- ▪ Team Member, Daily Business Review's "Real Estate Litigation Department of the Year," 2015
- ▪ High score, July 2008 Florida Bar examination, earning invitation to speak at the Florida Bar induction ceremony at the Third District Court of Appeal in Miami, Florida

**Professional & Community Involvement**

- ▪ University of Miami Law Alumni Association, Board of Directors
  - ▪ President-Elect, 2019-2020
  - ▪ Vice President, Fundraising, 2018-2019
  - ▪ Vice President, Student Affairs, 2017-2018
  - ▪ Vice President, Alumni Outreach & Communications, 2016-2017
  - ▪ Board Member, 2013 – Present
- ▪ The Florida Bar
  - ▪ Member, Civil Procedure Rules Committee, 2018 – Present
  - ▪ Member, Judicial Administration and Evaluation Committee, 2013-2016
- ▪ Member, American Inns of Court, Spellman-Hoeveler Chapter
- ▪ The Parkinson's Foundation
  - ▪ Member, Development Committee
  - ▪ Chair, South Florida Chapter
- ▪ Engineer Intern, Florida Board of Professional Engineers
- ▪ Member, American Bar Association – Construction Industry Forum, Litigation Section
- ▪ Participant, Leadership Miami, 2014-2015
  - ▪ Recipient, Outstanding Project of the Year

## EDUCATION

- ▪ J.D., *summa cum laude*, University of Miami School of Law, 2008
  - ▪ Order of the Coif
  - ▪ University of Miami Law Review
  - ▪ Book Awards: Contracts, Property, Construction Law, Legal Research & Writing, Business Associations

Timothy A. Kolaya

- - Honors Designation, Litigation Skills Program – Pretrial, Trial, and Advanced Business Litigation sections
- M.S., Civil Engineering, Georgia Institute of Technology, 2001
  - Construction Engineering and Management Program
  - Gamma Beta Phi Honor Society
- B.S., Civil Engineering, University of Miami, 2000
  - Chi Epsilon Honor Society
  - President's 100
  - Henry King Stanford Scholarship

## ADMISSIONS

- Florida
- U.S. District Court for the Middle District of Florida
- U.S. District Court for the Northern District of Florida
- U.S. District Court for the Southern District of Florida
- U.S. Bankruptcy Court for the Southern District of Florida

# Attorney Biographies:
# Pietragallo Gordon Alfano Bosick & Raspanti, LLP



PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP



# Gaetan J. Alfano
## Partner

Phone: (215) 988-1441
Fax: (215) 754-5181
E-mail: GJA@Pietragallo.com

GAETAN J. ALFANO is a Partner with Pietragallo Gordon Alfano Bosick & Raspanti, LLP. He is a member of the Executive Committee and the Employment and Labor Practice Group.

Mr. Alfano has tried hundreds of cases to verdict and has substantial trial and appellate experience. He has represented clients in commercial and employment disputes, insurance insolvency, and receivership matters, as well as complex white collar criminal defense cases. Mr. Alfano has also litigated numerous cases involving business disputes among law firms and attorneys, including: dissolutions, separations, client retention and transition, and fee disputes. He regularly defends attorneys in professional liability and disciplinary matters. Prior to entering private practice, Mr. Alfano served as Assistant District Attorney, during which time he tried cases on a near-daily basis.

Mr. Alfano has amassed a significant record of results for his clients during his 35+ years practicing law. These matters include:

- Represented the Pennsylvania Insurance Department as Rehabilitator for the Mutual Fire, Marine and Inland Insurance Company in a reinsurance recovery case against GTE Reinsurance Company Ltd. The case resulted in a post-trial settlement of $44.9 million — the largest reinsurance recovery in Pennsylvania history at the time.
- Appointed by the United States District Court for the Eastern District of Pennsylvania to serve as counsel for a Securities Exchange Commission Receiver in a nationwide Ponzi scheme, SEC v. Robert Stinson Jr., et al. In this context, Mr. Alfano tried to verdict a private contribution claim under Section 10(b) of the Securities Exchange Act against an international ratings agency.
- Represented the Delaware Insurance Commissioner as Receiver for National Heritage Life Insurance Company, where Mr. Alfano prosecuted a variety of professional liability and asset recovery actions.
- Represented the Pennsylvania Insurance Department as Liquidator for both Legion Insurance and Villanova Insurance Companies — a $3 billion insolvency — for over a decade.
- Represented a law firm against employment related claims based on sexual orientation in Pennsylvania state court and received a unanimous jury verdict in favor of his client. Mr. Alfano also recently tried a case under the Pennsylvania Whistleblower Act, one of the few cases ever tried to verdict under the Act.
- Represented a national personal injury law firm in defending advertising claims under the Lanham Act and state unfair competition law.

Drawing upon his background as a former prosecutor, Mr. Alfano has widespread experience in conducting internal investigations. For example, he has represented public corporations, private businesses, and government entities in investigating claims of sexual assault, sexual misconduct, and hostile work environment. He has conducted corporate financial integrity and compliance investigations. He also has served as counsel to special litigation committees investigating shareholder claims under Pennsylvania's Business Corporations Act. Most recently, he was appointed by the City of Philadelphia to investigate allegations of police misconduct.

Mr. Alfano has received numerous awards and honors. Specifically:

- In 2017, he was inducted in as a Fellow of the American College of Trial Lawyers, an organization dedicated to recognizing the finest criminal and civil trial lawyers in the United States and Canada.
- In 2016, he served as Chancellor of the Philadelphia Bar Association.
- He served for 10 years on the Delaware River Joint Toll Bridge Commission, a bi-state agency. He was appointed by both former Governors Edward G. Rendell and Tom Corbett as the Vice Chair of the agency, the highest Pennsylvania position.
- He served as a member of the Board of Law Examiners of the Supreme Court of Pennsylvania and as a Senior Member of the hearing committee of the Disciplinary Board of the Supreme Court of Pennsylvania.
- In 2016, 2018, and 2019, Governor Tom Wolf appointed Mr. Alfano to serve on the statewide Judicial Selection Commission to fill vacant positions in the state appellate and trial courts.
- He has been nominated and selected by his peers as a Pennsylvania Super Lawyer for every year from 2004 through 2020, an honor reserved for 5% of the Pennsylvania Bar.
- In 2020, he was selected as a Top 100 Pennsylvania Super Lawyer.
- He has been selected by his peers for inclusion in Best Lawyers in America® 2020 for his work in the practice area of Commercial Litigation.

Mr. Alfano has spoken frequently on federal and state court practice, commercial litigation, and employment law issues. He is a co-author of Pennsylvania Causes of Action (8th ed.).

Mr. Alfano has held a number of offices with the Justinian Society and Foundation. He recently served on the Board of Directors of the Global Philadelphia Association, Philadelphia Volunteers for the Indigent, The Philadelphia Bar Foundation, and the Public Interest Law Center in Philadelphia.

Mr. Alfano graduated from Villanova School of Law and graduated magna cum laude with a B.A. from Villanova University.

## Speaking Engagements

"Best Practices in Pretrial Litigation in the Federal Courts 2019," Pennsylvania Bar Institute (Philadelphia, PA), November 7, 2019

"Civil Practice in the Eastern District of Pennsylvania," Pennsylvania Bar Institute (Philadelphia, PA), April 11, 2019

"Don't Ask, Don't Tell: Non-Disclosure Laws and the Gender Pay Gap," Business Insurance U.S. Women to Watch Awards & Leadership Conference, (New York, NY), December 15, 2017

"Considerations When Starting Your Own Practice," Philadelphia Bar Association CLE, (Philadelphia, PA), June 15, 2017

"Hot Topics on the Horizon in the Courts," Judges and Journalists: Accuracy and Access, (Philadelphia, PA), November 14, 2016

Portrait Presentation of Honorable Annette M. Rizzo, First Judicial District of Pennsylvania, June 14, 2016

"A 360º View of a Jury Trial in Philadelphia," Philadelphia Association of Defense Counsel Annual Meeting, June 7, 2016

Portrait Presentation of the Honorable Petrese B. Tucker Chief Judge, United States District Court for the Eastern District of Pennsylvania, May 20, 2016

James E. Beasley School of Law Commencement, Honors Program, Temple University, May 19, 2016

Supervision to Aid Re-entry Program, United States District Court for the Eastern District of Pennsylvania, March 16, 2016

Naturalization Ceremony, Honorable L. Felipe Restrepo Presiding, United States District Court for the Eastern District of Pennsylvania, January 21, 2016

Dr. Martin Luther King, Jr. Annual Memorial Breakfast, The Barristers' Association of Philadelphia, Inc., January 18, 2016

Naturalization Ceremony, Honorable Cynthia M. Rufe Presiding, United States District Court for the Eastern District of Pennsylvania, December 15, 2015

"Fisher v. University of Texas at Austin," PBI's 10th Constitutional Law Enclave (Philadelphia, PA), October 19, 2015

Naturalization Ceremony, Honorable John R. Padova Presiding, United States District Court for the Eastern District of Pennsylvania, September 17, 2015

Portrait Presentation of the Honorable Berle M. Schiller, United States District Court for the Eastern District of Pennsylvania, June 12, 2015

"Trial of a Federal Court Case," Pennsylvania Bar Institute CLE (Philadelphia, PA), July 23, 2014

Naturalization Ceremony, Honorable Eduardo C. Robreno Presiding, United States District Court for the Eastern District of Pennsylvania, July 1, 2014

"New Commonwealth Court Rules for Insurance Insolvency," PBI 17th Annual Insurance Institute (Philadelphia, PA), May 8, 2013

"Risk With a Twist," Willis Seminar (Pittsburgh, PA), December 9, 2009

"Innocence (homicide/arson case): Demonstration of Direct and Cross of an Expert; Ineffective Counsel; Recanting Witness," PACDL's For the Experienced: The Ultimate Criminal Law CLE (Philadelphia, PA), November 9, 2007

"Diversity Best Practices: What You Can Learn from Corporate Diversity Efforts," Philadelphia Bar Association's Chancellor's Forum CLE (Philadelphia, PA), April 30, 2007

"Insolvency Issues: The Lessons of Legion," Nineteenth International Reinsurance Congress (Bermuda), October 20, 2005

"Tort Law Update," Pennsylvania Bar Institute, August 19, 2004

"Tort Law Update," Pennsylvania Bar Institute, November 14, 2000

"Tort Law Update," Pennsylvania Bar Institute, August 18, 2000

"Asset Recovery in the NHL Case: The Receiver Strikes Back," Ninth Annual Legal Seminar, NOLGA, July 20, 2000

## Publications

"Pa. Justices' Ruling May Rein In Grand Jury Report Releases," *Law360*, February 11, 2020, https://www.law360.com/articles/1242712

"A Guide to Mergers of Nonprofit Entities," *The Pennsylvania Lawyer,* January/February 2020

"In Wake of Passcode Ruling, Fifth Amendment Jurisprudence May Need an Update," *The Legal Intelligencer*, December 4, 2019

"Pennsylvania Causes of Action" *ALM,* 8th Edition, 2018

"A Shift Away From Exclusive Regulation of Attorney Conduct by the Courts?" *The Legal Intelligencer*, August 09, 2017

"McGuire V. Russo and Legal Malpractice Claims: Clairty or Chaos?" *Philadelphia Bar Association*, July 23, 2017

"Pennsylvania Supreme Court Confronts Fee Sharing Issues When Client Changes Firms" *Philadelphia Bar Association*, November 21, 2015

## Representative Cases

*In re Natl. Football League Players' Concussion Injury Litig.,* 18-2012, 2020 WL 2214131 (3d Cir. May 7, 2020)

Commonwealth v. DeWeese, 1811 MDA 2018, 2020 WL 2046055 (Pa. Super. Apr. 28, 2020)

*In re Natl. Football League Players' Concussion Injury Litig.*, 18-2361, 2019 WL 5618161 (3d Cir. Oct. 31, 2019)

*In re Lincoln Natl. COI Litig.*, 16-CV-06605-GJP, 2019 WL 3940912 (E.D. Pa. Aug. 21, 2019)

Leonard v. TJUH System, CV 17-2023, 2019 WL 3802024 (E.D. Pa. Aug. 13, 2019)

Aetna, Inc. v. Whatley Kallas, LLP, CV 18-2172, 2019 WL 1437916 (E.D. Pa. Mar. 29, 2019)

Franklin Towne Charter High School v. Arsenal Associates, L.P., 2306 EDA 2017, 2019 WL 1125638 (Pa. Super. Mar. 11, 2019)

Rosenbaum & Associates, P.C. v. Morgan & Morgan, CV 17-4250, 2018 WL 1768050 (E.D. Pa. Apr. 12, 2018)

Bronson v. SEPTA, CV 17-0114, 2018 WL 1456660 (E.D. Pa. Mar. 23,  2018)

Thornton v. Temple U. Health System, Inc., CV 17-5419, 2018 WL 585488 (E.D. Pa. Jan. 29, 2018)

Boykins v. SEPTA, 17-1980, 2018 WL 460652 (3d Cir. Jan. 17, 2018)

Rosenbaum & Associates, P.C. v. Morgan & Morgan, CV 17-4250, 2018 WL 327167 (E.D. Pa. Jan. 8, 2018)

Commonwealth of Pennsylvania v. DeWeese, 1998 MDA 2016, 2017 WL 1906106 (Pa. Super. May 8, 2017)

Boykins v. SEPTA, CV 16-985, 2017 WL 1355036 (E.D. Pa. Apr. 13, 2017)

Dupell v. Franklin Towne Charter Sch., 16-278 (RBK/KMW), 2016 WL 7042068 (D.N.J. Dec. 2, 2016)

Ioven v. Nestel, 150 A.3d 571 (Pa. Cmmw. 2016)

Forba v. Thomas Jefferson U. Hosp., CV 15-1722, 2016 WL 3661760 (E.D. Pa. July 8, 2016), aff'd, 666 Fed. Appx. 106 (3d Cir. 2016)(unpublished)

Davis v. Pennsylvania Turnpike Commn., 204 F. Supp. 3d 793 (M.D. Pa. 2016)

Selvato v. SEPTA, 658 Fed. Appx. 52 (3d Cir. 2016)(unpublished)

Gardner-Lozada v. SEPTA, No. 15-2799, 2016 WL 873650 (3d Cir. Mar. 8, 2016)

Downs v. Anapol Schwartz, 2015 WL 4770711 (E.D. Pa. Aug 12, 2015)

Bailets v. Pennsylvania Turnpike Commission, 123 A. 3d 300 (Pa. 2015)

Miller v. Se. Pennsylvania Transp. Auth., 2014 WL 5485692 (Oct. 30, 2014)

Schwartzman v. Morningstar, Inc., 2014 WL 3843875 (E.D. Pa. Aug. 5, 2014)

Wallet v. Pennsylvania Turnpike Comm'n, 528 Fed. Appx. 175 (3d Cir. 2013)

U.S. ex rel. DePace v. Cooper Health Sys., 940 F. Supp. 2d 208 (D.N.J. 2013)

U.S. ex rel. DePace v. Cooper Health Sys., 958 F. Supp. 2d 564 (D.N.J. 2013)

Miller v. SEPTA, No. 1876 C.D. 2011, 2013 WL 830715, (Pa.Cmwlth., March 07, 2013)

Warfield v. SEPTA, No. 11-2606, 2012 WL 363062 (3d Cir. February 6, 2012)

Klina v. SEPTA, No. 10-5106, 2011 WL 4572064 (E.D. Pa. October 3, 2011)

Schwartzman v. Hutchinson, No. 11-1349, 2011 WL 4471059 (E.D. Pa. September 27, 2011)

Schwartzman v. Talking Water, LLC, No. 11-3934, 2011 WL 3497762, (E.D. Pa. August 9, 2011)

S.E.C. v. Stinson, No. 10-3130, 2011 WL 2462038 (E.D. Pa. June 20, 2011)

Warfield v. SEPTA, No. 10-3023, 2011 WL 1899148 (E.D. Pa, May 19, 2011)

Wallett v. Pennsylvania Turnpike Commission, No. 1:10-CV-2092, 2011 WL 864405 (M.D. Pa., March 10, 2011)

Jordan v. SEPTA, No. 10-3470, 2011 WL 346836 (E.D. Pa., February 4, 2011)

Ober v. Miller, 395 Fed.Appx. 849 (3d Cir. 2010)

Pennsylvania Turnpike Commission v. Teamsters Local 250, 988 A.2d 789 (Pa. Commw. Ct., 2010)

General Reinsurance Corp. v. American Bankers Ins. Co. of Florida, 996 A.2d 26 (Pa. Commw. Ct., 2009)

Harmelin v. Man Financial Inc., No. 06-1944, 05-2973, 2007 WL 4571021 (E.D. Pa., December 28, 2007)

Koken v. Legion Ins. Co., 941 A.2d 60 (Pa. Commw. Ct., 2007)

Koken v. Legion Ins. Co., No. 183, 2006 WL 1389102 (Pa. Cmwlth Ct., Mar. 3, 2006)

Koken v. Villanova Ins. Co., 583 Pa. 400 (Pa. 2005)

Koken v. Legion Ins. Co., 865 A.2d 1 (Pa. Commw. Ct. 2004)

Koken v. Legion Ins. Co., 831 A.2d 1196 (Pa. Commw. Ct., 2003)

City of Philadelphia v. Consolidated Rail Corp., 560 Pa. 587 (Pa. 2000)

Manir Prop. v. Resolution Trust Corp., No. Civ. A. 93-3271, 1993 WL 381445 (E.D. Pa., Sept. 29, 1993)

Maleski v. The Mut. Fire, Marine & Inland Ins. Co., 633 A.2d 1143 (Pa. 1993)

Foster v. Chesapeake Ins. Co., No. 89-7468, 1991 WL 224568 (E.D. Pa., Oct. 24, 1991)

Foster v. Chesapeake Ins. Co., 933 F.2d 1207 (3d Cir. 1991), cert. denied, 502 U.S. 908 (1991)

## Bar Admissions

U.S. Supreme Court

Pennsylvania

New Jersey

U.S. Court of Appeals for the Third Circuit

U.S. District Court - Eastern District of Pennsylvania





# Marc Stephen Raspanti
## Partner

Phone: (215) 988-1433
Fax: (215) 754-5191
E-mail: MSR@Pietragallo.com

MARC STEPHEN RASPANTI is a name Partner of Pietragallo Gordon Alfano Bosick & Raspanti, LLP. He practices in the areas of Government Enforcement, Compliance, Internal Investigations, Federal and State White Collar Litigation; Federal and State Qui Tam Litigation; Criminal, Civil and Administrative Health Care Fraud Litigation; and Complex Commercial Litigation. Mr. Raspanti is the founder of the firm's national Qui Tam/False Claims Act practice group as well as the firm's White Collar Criminal Defense practice group.

In March 1999, Philadelphia Magazine named Mr. Raspanti one of the best white collar criminal defense lawyers in Philadelphia. Following that honor, Mr. Raspanti was selected by his peers as a *Pennsylvania Super Lawyers* from 2004 through 2020 in the field of White Collar Criminal Defense. In addition, from 2007 through 2015, he was listed as one of the *Top 100 Pennsylvania Super Lawyers*. From 2008 through 2015, he was selected as one of the *Top 100 Philadelphia Super Lawyers*. He has been named the "Lawyer of the Year" for the Philadelphia Health Care sector for 2018.

He was selected by his peers for the 2006 through 2020 editions of Best Lawyers in America© in the area of Health Care Law litigation. Mr. Raspanti is also Chambers & Partners rated in the area of Healthcare Litigation and White Collar Crime and Government Investigations. Mr. Raspanti has been named an Expert in White Collar Crime by Expert Guides.

In the area of White Collar Criminal Defense, Mr. Raspanti served as trial counsel in a number of complex, high-profile white collar criminal cases. In United States of America v. General Electric Company, he defended a former executive of the General Electric Company charged with criminal defense procurement fraud in a four-month jury trial. This case, which involved thousands of documents and hundreds of witnesses, was one of the longest and most complex white collar criminal trials ever tried in Pennsylvania. Mr. Raspanti successfully obtained an acquittal, after a lengthy federal jury trial, of a dermatologist charged with 79 counts of health care fraud related to dermatology procedures.

He has represented numerous executives, corporations, physicians, health care providers, hospitals, manufacturers, distributors, entrepreneurs, clergy, accountants, lawyers, politicians, and professionals in numerous federal, state and regulatory investigations throughout the country and abroad.

In the area of Qui Tam litigation, Mr. Raspanti has litigated numerous high profile cases including; United States

ex rel. Robert J. Merena v. SmithKline Beecham Clinical Laboratories, as well as co-lead counsel in United States ex rel. Bradford Hunt & Walter Gauger v. Merck-Medco Managed Care, LLC and in United States ex rel. James T. Monahan v. St. Barnabas Health System. Over the past 30 years, Mr. Raspanti has been involved in the recovery of over $2 billion for state and federal taxpayers.

In 2012, Mr. Raspanti was elected as a Fellow of the American College of Trial Lawyers, an organization devoted to recognizing outstanding civil and criminal trial lawyers in the United States and Canada. LexisNexis® Martindale-Hubbell® recognizes Mr. Raspanti as an AV® Preeminent™ rated attorney, the highest such rating available to any individual lawyer in both legal ability and ethical standards. Mr. Raspanti has a 10, superb, rating with AVVO, which evaluates attorney qualifications based on years in practice, professional achievements, and industry recognition.

Mr. Raspanti is a member of the Pennsylvania Association of Criminal Defense Lawyers (PACDL), the National Association of Criminal Defense Lawyers (NACDL), the Society of Corporate Compliance and Ethics (SCCE), and serves on the Federal Bar Association's Qui Tam Section. He is also a member of the Federal Criminal Law Committee for the Eastern District of Pennsylvania. Within the American Bar Association, Mr. Raspanti currently serves as the National Co-Chair of the Criminal Justice Section White Collar Sub-Committee on Qui Tam Litigation and has served on the Committee on Complex White Collar Criminal Litigation.

Mr. Raspanti's past legal positions include Assistant District Attorney at the Philadelphia District Attorney's Office, where he tried a wide range of criminal cases to verdict, as well as several well-respected Philadelphia litigation firms.

Mr. Raspanti has been recognized as a national leader in his field by such organizations as Law Dragon 500 magazine and the US Healthcare Expert Guide. Mr. Raspanti is an active member of the Health Care Compliance Association as well as the American Health Lawyers Association.

In November 2016, Mr. Raspanti was the recipient of the Twenty Second Annual Cesare Beccaria Award by the Justinian Society of Philadelphia and the Criminal Justice Section of the Philadelphia Bar Association. He is a longstanding member of The National Italian American Foundation (NIAF). Mr. Raspanti is an ex officio member of the Board of Governors of the Justinian Society, having served as Secretary to the Society from 1998 to 2002.

From June 2007 through January 2010, Mr. Raspanti was appointed as a Commissioner by Governor Edward G. Rendell as the criminal defense representative to serve on the Pennsylvania Commission on Sentencing. The Commission creates a state-wide sentencing policy which promotes fair, consistent sentencing practices in order to provide judges with a common reference point for sentencing those convicted of felonies and misdemeanors. Mr. Raspanti was previously appointed to serve as a Commissioner on the Pennsylvania Commission on Crime and Delinquency.

On January 27, 2003, under recommendation from the Chief Justice of the Supreme Court of Pennsylvania Mr. Raspanti was appointed to the Pennsylvania Disciplinary Board for a term of six years which concluded on January 27, 2009. He served as Chair of the Board's education committee. Prior to his appointment to the 16-person Disciplinary Board, Mr. Raspanti served for six years as a Philadelphia Disciplinary Hearing Committee Member.

Mr. Raspanti frequently speaks, writes, lectures and comments on white collar criminal defense, false claims act and health care fraud issues throughout the country. He served as an Adjunct Professor of Law at Hamline University School of Law in Minnesota where he taught classes in health care fraud, the False Claims Act, and pharmaceutical and medical device fraud. He speaks regularly at law schools and before professional trade organizations throughout the United States and abroad.

## Publications

"Are You FCPA Compliant? A Helpful Checklist for Companies," *Today's General Counsel Magazine*, Summer 2020

"International Whistleblowing Legislation and America's False Claims Act," *CEP Magazine*, January 2020, at 16.

"Vive La Différence? American and French Healthcare Fraud, Waste, and Abuse Laws," *Compliance Today,* December 2019.

"The Impact of International Whistleblowing on Global Corporate Compliance," *CEP Magazine*, December 2019.

"Tips for Representing Corporations, Employees in Government Investigations," *Law360,* October 2019.

"Exit Interviews - Do the Benefits Outweigh the Risks?," *The Legal Intelligencer,* April 2019.

"Hiding in Plain Sight: Obtaining Insurance Coverage in White Collar Criminal Investigations and Complex Civil Litigation," NACDL *The Champion*, April 2019.

"False Claims Act Cases Against Hospital Corporations," *Corporate Crime Reporter*, November 2018.

"A Practitioner's Primer on History and Use of the Federal Anti-Kickback Statute." *AHLA Connections*, March 2017.

"A New Era of LabScams? Part 2: The Return of Laboratory Fraud." *Compliance Today*, October 2016, pp. 46-50.

"A New Era of Laboratory Fraud, Part 1: Operation LabScam Redux." *Compliance Today*, September 2016, pp. 22-25.

"Working Both Sides of the Corporate Crime Aisle," *Corporate Crime Reporter*, May 3, 2016.

"Failure to report to ODC: Violation or larger problem?" *The Legal Intelligencer,* August 27, 2013.

"Who Is Enforcing the Stark Law of the United States?" *AHLA Connections*, September 2012.

"The Tar Heel State Steps Up Its Fight Against Fraud - Part II." *The Legal Intelligencer*, June 27, 2012.

"The Tar Heel State Steps Up Its Fight Against Fraud - Part I." *The Legal Intelligencer,* June 26, 2012.

"Whats Next for the Year-Old SEC Whistleblower Program?" *The Legal Intelligencer,* November 1, 2011.

"Why Is Qui Tam Litigation Often So Difficult to Resolve?" *AHLA Connections,* September 2011, pp. 22-27.

"The IRS' Proposed Amendments to Its Informant Award Program." *The Legal Intelligencer*, March 2, 2011.

"Proposed SEC Rules Undermind Dodd-Frank's Whistleblower Incentives." *The Legal Intelligencer*, February 10, 2011.

"Sen. Stevens' Tragic Demise Breathed Life Into Brady." *The Legal Intelligencer,* January 24, 2011.

"Defense Contracting Fraud Prosecutions: Is the Past Prologue?" *The Legal Intelligencer*, July 2010.

"States, Statutes and Fraud: A  Study of Emerging State Efforts to Combat White Collar Crime." *Cardozo Law Review,* Issue 5, Volume 31, April 2010.

"The Minnesota False Claims Act: Is It Minnesota Nice?" *Bench & Bar of Minnesota*, April 2010.

"Daubert Challenges to Experts in Federal Criminal Cases: A Still Underutilized Defense." *24th Annual National Institute on White Collar Crime Course Materials Book*, February 2010.

"Anatomy of a Federal Health Care Fraud Prosecution." *The Champion*, September/October 2009, p. 36.

"The Employment Protection and Anti-Discrimination Provisions of the New Jersey State False Claims Act." *New Jersey Law Journal*, August 10, 2009.

"The 'New' New Jersey False Claims Act: It Was Born to Run." *The Legal Intelligencer,* July 6, 2009.

"Compliance and Governance for Health Care Organizations and Marketing and Sales Activities." *Journal of Health Care Compliance*, May/June 2009.

"Will an Internal Independent Investigation Always Make a Difference to a Corporation?" *The Champion*, February 2009.

"Why Do They Do It?: The Motives, Mores, and Character of White Collar Criminals." *St. John's Law Review*, *Issue 2 Volume 82*, Spring 2008.

"Modern False Claims Act Liability" Cradle to Grave Liability." *Health Lawyers News*, 2006.

"False Claims Act Damages: One Size Doesn't Fit All." *Health Lawyers News*, Vol. 10, No. 7, July 2006.

"States, Statutes, and Fraud: An Empirical Study of Emerging State False Claims Acts." *Tulane Law Review*, December 2005, p. 465.

"When Does Economic Credentialing Violate the Anti-Kickback Statute." *Health Law Handbook*, 2002,

p.307.

"Deterring Employees from Becoming Whistleblowers and Defending Against Whistleblower Suits brought by Employees." *Health Law Handbook*, 2001, p. 237.

"A Case Study: Department of Justice v. Qui Tam Relators." *Health Care Fraud Report*, June 3, 1998.

"Current Practice and Procedure under the Whistleblower Provisions of the Federal False Claims Act"
*71 Temple Law Review*, 1998

"The Qui Tam Provisions of the False Claims Act: Theory, Practice and Procedure," *Health Law Handbook 149*, 1998

"The Qui Tam Provisions of the False Claims Act: Even Success Has Its Challenges." *ABA Health Law Litigation*, 1996

## Speaking Engagements

"How Not to Transform Your Employees into Whistleblowers – Even the Thinnest of Pancakes Has Two Sides" Federal Bar Association's Qui Tam Section (Webinar), July 14, 2020

"Multi-Relator Cases," Federal Bar Association 2020 Qui Tam Conference (Washington, DC), February 27-28, 2020

"The Changing Face of the Qui Tam," 20th Annual Pharmaceutical and Medical Device Compliance Congress (Washington, DC), November 6-8, 2019

"Use and Rise of the FCA and Healthcare Fraud Enforcement," American Health Law Association's Milestones in AHLA and Health Law Program (audio recording), October 29, 2019

False Claims Act Enforcement Roundtable (Miami, FL), September 19, 2019

"The Life of a Complex Qui Tam Case in the Eastern District of Pennsylvania," Presented to the Judges of the United States District Court for the Eastern District of Pennsylvania (Philadelphia, PA), June 26, 2019

False Claims Act and Qui Tam Trial Institute (New York, NY), June 19-21, 2019

"Health Care Fraud, Waste and Abuse Enforcement: American Style,"International Compliance and Healthcare Conference, Institute of Risk & Compliance (Paris, France), May 16-17, 2019

"False Claims Act 2019: Discussion with the Expert - Successful Strategies for False Claims Act and Qui Tam Representations," American Law Institute Continuing Legal Education(Webcast), February 13, 2019

"What Will the Future Bring? New Theories, New Claims, New Cases," American Conference Institute's 6th Advanced Forum on False Claims & Qui Tam Enforcement (New York, NY), January 28-29, 2019

"State Enforcement Actions: Where Are They Going in Today's Enforcement Climate?" Health Care Compliance Association's 4th Annual Healthcare Enforcement Compliance Conference (Washington, DC), November 6, 2018

False Claims Act Enforcement Roundtable (Miami, FL), September 27, 2018

"30 Years in the Trenches: A False Claims Act Litigator's Unique Perspectives," Kentucky Health Law Institute 2018 (Lexington, KY), September 13-14, 2018

"Negotiating False Claims Act Settlements and Mediation," American Bar Association's 28th Annual National Institute on Health Care Fraud (San Francisco, CA), May 2-4, 2018"

"The FCA in 2018: A Brave New World?" Philadelphia Bar Association's Federal Courts Committee (Philadelphia, PA), April 18, 2018

"What Will the Future Bring? New Theories, New Claims, New Cases," American Conference Institute 5th Advanced Forum on False Claims and Qui Tam Litigation (New York, NY), January 29-30, 2018

"Crime, Punishment and the Representation of Those Accused," Burlington County Prosecutor's Office (Mt. Holly, NJ), December 5, 2017

"Your Company has been Served with a Civil Investigative Demand: Now What," 3rd Annual Healthcare Enforcement Compliance Institute (Washington, D.C.), October 31, 2017

"Medical Necessity and the False Claims Act - Lions, and Tigers and Experts, Oh My!" AHLA Fraud  and Compliance Forum (Baltimore, MD), October 5, 2017

"Ten Practice Tips for Relators- Doing Your Best to File a Winning Qui Tam Case," Current Trends in False Claims Act/Qui Tam Whistleblower Litigation CLE (Charleston, SC), May 12, 2017

"False Claims Act Developments," HCCA's 21st Annual Compliance Institute (National Harbor, MD), March 26, 2017

"Best Practices for Dealing with the States in False Claims Act Cases," Healthcare Enforcement Compliance Institute Webinar March 14, 2017

"Dealing with States in Complex Health Care Fraud Investigations," Pennsylvania Bar Institute's 23rd Annual Health Law Institute (Philadelphia, PA), March 8, 2017

"Best Practices for Dealing with the States in False Claims Act Investigations, Litigation and Settlement," Healthcare Enforcement Compliance Institute (Washington, D.C.), October 24, 2016

16th Annual Taxpayers Against Fraud Education Fund Conference (Washington, D.C.), September 14-16, 2016

"False Claims Act Pleading Issues," False Claims Act/Qui Tam Whistleblowers Litigation Involving Health Care Providers CLE (Columbia, SC), May 6, 2016

"So You Want To Represent a Whistleblower: What Do You Need to Know to Succeed," Pennsylvania Bar Institutes' 22nd Annual Health Law Institute (Philadelphia, PA), March 15-16, 2016

"Litigating a False Claims Whistleblower Case," American Law Institute CLE Telephone Seminar/Audio Webcast, February 3, 2016

"Best Practices to Facilitate Global Settlements," 3rd Annual Advanced Forum on False Claims & Qui Tam Enforcement (New York, NY), January 21-22, 2016

"Managed Care Fraud Enforcement and Compliance," Healthcare Enforcement Compliance Institute (Washington D.C.), October 25, 2015

False Claims Act, Seton Hall Law School's Healthcare Compliance Certification Program (Newark, NJ), October 13, 2015

"Qui Tam Litigation, A Practitioner's Symposium: Global Settlements and Relator Share/Attorney Fee Issues," American Bar Association's Criminal Justice Section and the White Collar Crime Southeast Region Subcommittee (Charlotte, NC), September 25, 2015

"Federal Sentencing Trends Ten Years After United States v. Booker and Sentencing Advocacy," Federal Bench Bar Conference (Philadelphia, PA), June 19, 2015

25th Annual National Institute on Health Care Fraud, American Bar Association (Miami, FL), May 13-15, 2015

2015 Annual Meeting, NC Fellows of the American College of Trial Lawyers (Asheville, NC), March 21, 2015

"How Relator's Counsel Validate and Investigate a Claim Before the Complaint is Filed," American Conference Institute 2nd Annual False Claims and Qui Tam Enforcement (New York, NY), January 21, 2015

"Fraud, Kickbacks and the False Claims Act: A White Collar Practitioner's Primer," 2014 PACDL White Collar Seminar (New York, NY), November 13, 2014 ...

*For additional speaking history, we invite you to visit www.pietragallo.com*

## Representative Cases

United States et. al. ex rel. Mason, Folstad and MEMA v. Health Management Associates, Inc., et. al., No. 3:10CV472 (W.D.N.C.)

United States ex rel. Lutz v. Laboratory Corporation of America Holdings, 2019 WL 236799 (D.S.C. Jan. 16, 2019)

United States ex rel. Mason v. Health Mgmt. Assocs. Inc., et al., 3:10-CV-472-GCM (W.D.N.C.)

United States ex rel. Miller v. Health Mgmt. Assocs. Inc., et al., 10-3007 (E.D. Pa.)

United States ex rel. Saunders v. Univ. of Pennsylvania Health System, 97-6747 (E.D. Pa.)

United States ex rel. Lutz v. Heart Diagnostic Laboratory Inc., et al., 14-230 (D.S.C.)

United States ex rel. Bergman v. Abbot Laboratories, 995 F. Supp. 2d 357 (E.D. Pa. 2014)

United States ex rel. Novick v. Doshi Diagnostics, 09-4992 (D.N.J.)

United States ex rel. Ross v. Family Dermatology of Pennsylvania, P.C., et al., Case No. 1:11-cv-2413 (N.D. Ga.)

United States ex rel. Michael Epp v. Supreme Foodservice  AG, 10-1134 (E.D.Pa.)

United States ex rel. DePace v. Cooper Health System, No. 08-5626 (JEI/AMD), ---F.Supp.2d---, 2013 WL 1707952 (D.N.J. Apr. 22, 2013)

United States ex rel. Mason v. Community Health Systems, Inc. et al., No. 12-817 (W.D.N.C.)

United States ex rel. Vincent A. DiMezza, Jr. v. The Boeing Company, No. 2-10-cv-000634 (E.D. Pa.)

United States ex rel. Nevyas v. Allergan Inc., No. 2:09-cv-00432 (E.D. Pa.)

United States et al. v. Christiana Care Health System et al., Civ. No. 05-344 (D. Del., 2010)

United States ex rel. James Monahan v. Robert Wood Johnson University Hospital at Hamilton, 2009 WL 1288962 (D.N.J. May 7, 2009), Case No. 02-5702

United States v. Dr. Harriet Comite, No. 06-0070 (E.D. Pa., Feb. 13, 2007)

United States ex. rel. James T. Monahan v. Saint Barnabas Health System, No. Civ. A. 02-5702 (D. N.J., June 15, 2006)

United States ex rel. Hunt v. Merck- Medco Managed Care, LLC, 336 F. Supp. 2d 430 (E.D. Pa., 2004)

United States ex rel. Hunt v. Merck-Medco Managed Care, LLC, No. 00-CV-737 (E.D. Pa., Sept. 22, 2004)

United States v. Dr. Reicherter, 318 F. Supp. 2d 265 (E.D. Pa., 2004)

United States ex rel. Hunt v. Merck-Medco Managed Care, LLC, No. 00-CV-737, 2004 WL 868271 (E.D. Pa., April 21, 2004)

United States v. Burns, 280 F. Supp. 2d 325 (D. Del., 2003)

United States ex rel. Dr. Poulton v. Anesthesia Assoc. of Burlington, Inc., 87 F. Supp. 2d 351 (D. Vt., 2000)

United States ex rel. Merena v. SmithKline Beecham Clin. Lab., 114 F. Supp. 2d 352 (E.D. Pa., 2000)

United States ex rel. Merena v. SmithKline Beecham Clin. Lab., 205 F.3d 97 (3d Cir. 2000)

United States ex rel. Merena v. SmithKline Beecham Clin. Lab., No. Civ. A. 93-5974, 1998 WL 83971 (E.D. Pa., Feb. 25, 1998)

United States ex rel. Merena v. SmithKline Beecham Clin. Lab., No. Civ. A. 93-5974, 1998 WL 54379 (E.D. Pa., Jan 29, 1998)

United States v. Dr. Jose Castillo, No. Crim. A. 96-CR-430 1997 WL 539762 (E.D. Pa., Aug. 7, 1997)

United States ex rel. Penizotto v. Bates East Corp., No. Civ. A. 94-3626, 1996 WL 417172 (E.D. Pa., Jul. 19, 1996)

United States v. Warings, 1994 WL 396432 (E.D. Pa. Jul. 26, 1994)

United States v. Brandimarte v. Life Ctr. Ltd., No. Ci. A. 94-2398 (E.D. Pa., Filed Apr. 1994, Settled Nov. 1995)

United States v. Warning, No. Civ. A. 91-6488, 1994 WL 105674 (E.D. Pa., Mar. 17, 1994)

Commonwealth v. Ginn, 587 A.2d 314 (Pa. Super Ct. 1991)

United States ex rel. West v. Biotrax Inc., No. 95-CV-3223 (E.D. Pa., May 1991)

St. German of Alaska E. Orthodox Catholic Church v. United States, 840 F.2d 1087 (2d Cir. 1988)

United States v. Dr. Tutse Towne, NO. C.A. 91-21-02-JRR, 1991 WL 146666 (D. Del. June 26, 1991)

United States v. Gerald Leo and James Badolato, 941 F.2d 181 (E.D. Pa., 1991)

## Bar Admissions

Pennsylvania
New York
U.S. Supreme Court
U.S. Court of Appeals for the Second Circuit
U.S. Court of Appeals for the Third Circuit
U.S. Court of Appeals for the Fourth Circuit
U.S. District Court - Eastern District of Pennsylvania
U.S. District Court - Middle District of Pennsylvania
U.S. District Court - Western District of Pennsylvania





# Douglas K. Rosenblum
## Partner

Phone: (215) 988-1464
Fax: (215) 754-5179
E-mail: DKR@Pietragallo.com

DOUGLAS K. ROSENBLUM is a Partner and Certified Fraud Examiner in the Philadelphia office of Pietragallo Gordon Alfano Bosick & Raspanti, LLP. He is also the Co-Chair of the Government Enforcement, Compliance, and White Collar Litigation Practice Group.

Having served as both an Assistant District Attorney and a Special Assistant United States Attorney, Mr. Rosenblum has extensive trial experience and knowledge of federal and state procedures. He has tried dozens of cases to verdict. Mr. Rosenblum routinely represents entities and individuals under investigation or indictment for a variety of allegations from health care fraud to violations of the Foreign Corrupt Practices Act. These representations include, but are not limited to, the former Attorney General of Pennsylvania, a former CEO of an American subsidiary of a multi-billion dollar manufacturer, physicians, pharmaceutical sales representatives, and defense contractors. Companies of all sizes, and in many industries, have utilized Mr. Rosenblum's expertise in conducting internal investigations; These range from financial and educational institutions to environmental firms, nuclear energy companies, and purveyors of fracking services in the Marcellus Shale.

Mr. Rosenblum's practice includes complex civil suits. He has defended clients in civil enforcement actions by the U.S. Securities and Exchange Commission, complex insurance defense matters, multi-district litigations, professional disciplinary proceedings, and more. Mr. Rosenblum has also served as an arbitrator.

Mr. Rosenblum is a national leader in his area of practice and is involved in many professional organizations. Currently, he is a Co-Chair of the Mid-Atlantic subcommittee of the American Bar Association's White Collar Crime Committee. Previously, he served as Co-Chair of the ABA's White Collar Crime Committee's Philadelphia Young Lawyers' Division and has served as both Chair and Vice-Chair of the Montgomery Bar Association's Rules of Criminal Court Committee. Mr. Rosenblum frequently writes and his articles have been published nationally.

Community involvement and charitable work is also very important to Mr. Rosenblum. He volunteers as an attorney for abused and neglected children through the Montgomery Child Advocacy Project and he is the Founder of the Hedda L. Komins Fund for Breast Cancer Research and Prevention at Fox Chase Cancer Center. Mr. Rosenblum served on the Villanova Law Alumni Association Board of Advisors and has returned to his alma mater on numerous occasions to mentor law students.

Mr. Rosenblum has been named a Pennsylvania Super Lawyer since 2014 in the area of White Collar Criminal Defense. He was, previously, named a Pennsylvania Super Lawyers Rising Star for the years 2010 through 2013. Mr. Rosenblum also received the honor of being named by The Legal Intelligencer as a "Lawyer on the Fast Track" in 2010. LexisNexis® Martindale-Hubbell® recognizes Mr. Rosenblum as an AV® Preeminent™ rated attorney, the highest such rating available to any individual lawyer in both legal ability and ethical standards.

Mr. Rosenblum received his B.S. in Accounting, magna cum laude, with a minor in Spanish, from Villanova University and he received his JD from Villanova University School of Law, where he was a member of the Environmental Law Journal and national mock trial team. While at Villanova Law, Mr. Rosenblum also received the David E. Worby Scholarship for Trial Advocacy.

## Speaking Engagements

"Trials and Tribulations of Virtual Hearings, Depositions, etc. in the Age of COVID-19," *Pennsylvania Bar Institute's Intellectual Property Institute 2020* (Webcast), July 28, 2020

"The Broad Reach of the Foreign Corrupt Practices Act." *CELESQ Webinar*, November 14, 2019.

"I've Got Your Back: The Ethics of Indemnified Representations", *Pennsylvania Association of Criminal Defense Lawyers' 2017 White Collar Seminar* (Philadelphia, PA), November 3, 2017

*Pennsylvania Institute of CPA's Annual Conference* (Valley Forge, PA), November 20, 2014

"Blowing the Whistle: Procedural and Ethical Implications of the False Claims Acts and Related Government Programs," *Philadelphia Chapter of the Association of Certified Fraud Examiners* (Philadelphia, PA), December 2, 2013

"From Investigation to Immunity and Beyond: The Basics of Criminal Practice," *J. Willard O'Brien American Inn of Court* (Philadelphia, PA), February 12, 2013

"Collateral Consequences of White Collar Prosecutions of Professionals," *ABA White Collar Crime Committee's Philadelphia Young Lawyers' Division CLE Program* (Philadelphia, PA), July 11, 2012

"A Day in the Life: Using Client Videos to Leverage Settlement Negotiations," *J. Willard O'Brien American Inn of Court* (Villanova, PA), March 13, 2012

"DAMAGE CONTROL, Personal Injury Damages Claims: Considerations for the Defense," *J. Willard O'Brien American Inn of Court* (Philadelphia, PA), March 8, 2011

"Federal and State Qui Tam Practice," *Bucks County Bar Association* (Doylestown, PA), April 22, 2010

"Federal and State Qui Tam Practice," *Montgomery County Bar Association* (Norristown, PA), July 22, 2009

"A Judge with a Grudge," *J. Willard O'Brien Inn of Court* (Philadelphia, PA), March 10, 2009

## Publications

"Are You FCPA Compliant? A Helpful Checklist for Companies," *Today's General Counsel Magazine,* Summer 2020

Rosenblum, Douglas K., Alfano, Gaetan J., and Bouriat, Jennifer H. "Pa. Justices' Ruling May Rein In Grand Jury Report Releases," *Law360,* February 11, 2020.

Rosenblum, Douglas K., and Marc Stephen Raspanti. "Hiding In Plain Sight: Obtaining Insurance Coverage in White Collar Criminal Investigations and Complex Civil Litigation," *The Champion,* April 2019.

Rosenblum, Douglas K., and Marc Stephen Raspanti. "The SEC's New Admissions Policy Means Sometimes Having to Say You're Sorry," *The Champion*, October 20, 2015.

"Do You Accept Insurance? A Practitioner's Guide to Coverage Issues in White Collar Cases," *The Champion,* October 31, 2013.

Rosenblum, Douglas K., and Jennifer R. Russell. "Conducting Background Checks on Contingent Workers," *The Legal Intelligencer,* September 20, 2013.

Rosenblum, Douglas K., and John A. Schwab. "FCA 101: A Practitioner's Guide to the False Claims Act," *Criminal Justice,* Volume 26, Number 3, Fall 2011.

"Workers' Compensation Fraud: Tilting at Fraud Mill No Longer Quixotic," *Fraud Magazine, The Legal Intelligencer, The Philadelphia Examiner, May/June 2011.*

Rosenblum, Douglas K., and Marc Stephen Raspanti. "The IRS' Proposed Amendments to Its Informant Award Program," *The Legal Intelligencer,* March 2, 2011.

Rosenblum, Douglas K., and James W. Kraus. "The Shifting Tide in FINRA Arbitrations," The Legal Intelligencer, February 2, 2010.

**Bar Admissions**

Pennsylvania
U.S. Court of Appeals for the Third Circuit
U.S. District Court - Western District of Pennsylvania
U.S. District Court - Eastern District of Pennsylvania
U.S. District Court - Middle District of Pennsylvania
U.S. Supreme Court