UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.,*

    Defendants.
_____/

## ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Securities and Exchange Commission's Motion to File Under Seal [ECF No. 3] ("Motion"), filed on July 24, 2020.  Plaintiff seeks to file and/or maintain under seal for a limited time its Complaint; Emergency *Ex Parte* Motion for Temporary Restraining Order, Asset Freeze, and Other Relief; Motion for Appointment of Receiver; all filings and orders; and the docket sheet.  Mot. at 2.  Plaintiff having shown good cause that the Court should temporarily seal this matter to permit Plaintiff to pursue an asset freeze, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**.  The Complaint; Emergency *Ex Parte* Motion for Temporary Restraining Order, Asset Freeze, and Other Relief; Motion for Appointment of Receiver; all other pleadings, motions, exhibits, papers, and any and all orders in this matter, including this Order; and the docket sheet shall be **SEALED** temporarily until, within five business days of the date of this Order, the Commission notifies the Court and Clerk of Court that the Commission has effectuated the asset freeze and the Receiver has taken control of Receivership property and the seal is no longer necessary.  Upon the occurrence of this

event, the Clerk of Court may then unseal the docket, as well as all papers and orders filed in this case.

In order to effectuate the asset freeze while the case is sealed, the Commission and the Receiver may provide documents and orders to individuals or entities that hold Receivership property or assets of certain of the Defendants and Relief Defendant.  After effectuating the asset freeze and after the Receiver has taken control of Receivership property, the Commission shall serve the Defendants and Relief Defendant with all of the papers and orders in this action.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of July, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**