**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.,*

     Defendants.
_____/

## ORDER GRANTING MOTION TO FILE IN EXCESS OF PAGE LIMITS

**THIS CAUSE** comes before the Court on Plaintiff Securities and Exchange Commission's Motion to File Motion for Emergency Relief in Excess of Page Limits [ECF No. 6] ("Motion"), filed on July 24, 2020. In the Motion, Plaintiff seeks leave to file an Emergency *Ex Parte* Motion and Memorandum of Law for Temporary Restraining Order, Asset Freeze, and Other Relief ("TRO Motion") in excess of the 20-page limit set by Local Rule 7.1(C)(2) of the Southern District of Florida. The Court finds that good cause exists for this Motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**. Plaintiff is granted leave to file an 85-page TRO Motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of July, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**