UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 20-cv-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al,

    Defendants.
_____/

FILED BY CBR D.C.
Jul 27, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. -

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of JOSEPH A. DEMARIA, ESQ., Fox Rothschild LLP, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2750, Miami, Florida 33131, as counsel of record for Defendants Complete Business Solutions Group, Inc., d/b/a Par Funding, Full Spectrum Processing, Inc., Lisa Mcelhone, Joseph Cole Barleta and Joseph W. LaForte, and relief defendant L.M.E. 2017 Family Trust, in the above-referenced matter. Please forward copies of all subsequent pleadings, correspondence, etc., to undersigned counsel.

Respectfully submitted,

**FOX ROTHSCHILD LLP**
*Attorneys for Complete Business Solutions Group, Inc., d/b/a Par Funding, Full Spectrum Processing, Inc., Lisa Mcelhone, Joseph Cole Barleta and Joseph W. LaForte, and relief defendant L.M.E. 2017 Family Trust*
One Biscayne Tower, Suite 2750
2 South Biscayne Blvd.

FOX ROTHSCHILD LLP

        Miami, Florida 33131
        Telephone: (305) 442-6547

By: __/s/*Joseph DeMaria*__
        **Joseph A. DeMaria, B.C.S.**
        Florida Bar No. 764711
        Email: JDeMaria@FoxRothschild.com

Sec. Email: mmiller-hayle@foxrothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

        ___*s/Joseph A. DeMaria*___
        Joseph A. DeMaria