

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "COMPLETE BUSINESS SOLUTIONS GROUP, INC." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE TWENTY-FIRST DAY OF OCTOBER, A.D. 2011, AT 9:24 O`CLOCK A.M.

CERTIFICATE OF REVIVAL, FILED THE TWENTY-FOURTH DAY OF JUNE, A.D. 2016, AT 12:38 O`CLOCK P.M.

CERTIFICATE OF REVIVAL, FILED THE NINETEENTH DAY OF JULY, A.D. 2018, AT 6:27 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "COMPLETE BUSINESS SOLUTIONS GROUP, INC.".

Jeffrey W. Bullock, Secretary of State

5055423  8100H
SR# 20195901947

Authentication: 203235481
Date: 07-17-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

CERTIFICATE OF INCORPORATION

OF

Complete Business Solutions Group, Inc.

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:24 AM 10/21/2011
FILED 09:24 AM 10/21/2011
SRV 111123087 - 5055423 FILE

THE UNDERSIGNED, in order to form a corporation for the purposes hereinafter stated, under and pursuant to the provisions of the General Corporation Law of the State of Delaware, does hereby certify as follows:

1. The name of the corporation is:

Complete Business Solutions Group, Inc.

2. The address of the registered office of the corporation in the State of Delaware is 203 NE Front Street, Suite 101, Milford Kent County, DE 19963 and the registered agent in charge thereof is Registered Office Service Company.

3. The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

4. The corporation is authorized to issue capital stock to the extent of:

One Thousand Five Hundred (1,500) Shares Without Par Value

5. The Board of Directors is authorized and empowered to make, alter, amend and rescind the By-Laws of the corporation, but By-Laws made by the Board may be altered or repealed, and new By-Laws made, by the stockholders.

6. Election of directors need not be by written ballot unless so provided in the By-Laws of the corporation.

7. No Director shall be personally liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a Director, provided that this provision shall not eliminate the liability of a Director (i) for any breach of the Director's duty of loyalty to the corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under section 174 of the General Corporation Law or (iv) for any transaction from which the Director derived an improper personal benefit.

8. Except as otherwise required by statute, the books and records of the corporation may be kept outside of the State of Delaware at such place or places as provided in the By-Laws of the corporation or from time to time designated by the Board of Directors.

9. The names and addresses of the incorporators are as follows:

NAME

ADDRESS

Lisa McElhone

325 Cherry Street
Philadelphia, PA 19106

IN WITNESS WHEREOF, the incorporators have hereunder set their hands and seal this 20th day of October, 2011.

_____
Lisa McElhone
Incorporator

# STATE OF DELAWARE
# CERTIFICATE FOR RENEWAL
# AND REVIVAL OF CHARTER

The corporation organized under the laws of the State of Delaware, the charter of which was voided for non-payment of taxes and/or for failure to file a complete annual report, now desires to procure a restoration, renewal and revival of its charter pursuant to Section 312 of the General Corporation Law of the State of Delaware, and hereby certifies as follows:

1. The name of the corporation is Complete Business Solutions Group, Inc.

2. The Registered Office of the corporation in the State of Delaware is located at 203 NE Front Street - Suite 101 (street), in the City of Milford, County of Kent Zip Code 19963. The name of the Registered Agent at such address upon whom process against this Corporation may be served is Registered Office Service Company

3. The date of filing of the Corporation's original Certificate of Incorporation in Delaware was October 21, 2011.

4. The renewal and revival of the charter of this corporation is to be perpetual.

5. The corporation was duly organized and carried on the business authorized by its charter until the 1st day of March A.D. 2016, at which time its charter became inoperative and void for non-payment of taxes and/or failure to file a complete annual report and the certificate for renewal and revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

By: _____
Authorized Officer

Name: Jamie McElhone
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:38 PM 06/24/2016
FILED 12:38 PM 06/24/2016
SR 20164632365 - File Number 5055423

# STATE OF DELAWARE
# CERTIFICATE FOR REVIVAL OF CHARTER

The corporation organized under the laws of the State of Delaware, the charter of which was voided for non-payment of taxes and/or for failure to file a complete annual report, now desires to procure a revival of its charter pursuant to Section 312 of the General Corporation Law of the State of Delaware, and hereby certifies as follows:

1. The name of the corporation is _____
COMPLETE BUSINESS SOLUTIONS GROUP, INC.
and, if different, the name under which the corporation was originally incorporated
_____

2. The Registered Office of the corporation in the State of Delaware is located at 203 NE Front Street, Suite 101 _____(street), in the City of Milford _____, County of Kent _____ Zip Code 19963 _____. The name of the Registered Agent at such address upon whom process against this Corporation may be served is _____
Registered Office Service Company

3. The date of filing of the Corporation's original Certificate of Incorporation in Delaware was October 21, 2011 _____.

4. The corporation desiring to be revived and so reviving its certificate of incorporation was organized under the laws of this State.

5. The corporation was duly organized and carried on the business authorized by its charter until the 1st day of March A.D. 2018, at which time its charter became inoperative and void for non-payment of taxes and/or failure to file a complete annual report and the certificate for revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

By: _____
Authorized Officer

Name: Lisa McElhone
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:27 PM 07/19/2018
FILED 06:27 PM 07/19/2018
SR 20185754439 - File Number 5055423

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "COMPLETE BUSINESS SOLUTIONS GROUP, INC.", WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-FIRST DAY OF OCTOBER, A.D. 2011.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION REMAINS A DOMESTIC CORPORATION ON OUR RECORDS BUT HAS FAILED TO FILE THE ANNUAL FRANCHISE TAX REPORT AND PAY THE FRANCHISE TAXES CURRENTLY DUE.

*Jeffrey W. Bullock, Secretary of State*

5055423  8300U
SR# 20195901947

Authentication: 203235482
Date: 07-17-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

2

**Delaware Division of Corporations**

**Division of Corporations Survey**
401 Federal Street, Suite 4
Dover, DE  19901
**Fax:  302-739-7219**

*On a scale of 1 (unacceptable) to 10 (outstanding), please rate the following questions.*

1. How would you rate the **overall quality** of service provided by the Division of Corporations?
   1   2   3   4   5   6   7   8   9   10   NA

2. How would you rate the **convenience** of our services?
   1   2   3   4   5   6   7   8   9   10   NA

3. How would you rate the **promptness** of service provided?
   1   2   3   4   5   6   7   8   9   10   NA

4. How would you rate the **accessibility** of the Division of Corporations staff?
   1   2   3   4   5   6   7   8   9   10   NA

5. How would you rate the **training** you received from the Division of Corporations staff?
   1   2   3   4   5   6   7   8   9   10   NA

6. How would you rate the **written materials** received from the Division of Corporations? (Were they easy to read and helpful?  i.e., guidelines, forms, DCIS Manual.)
   1   2   3   4   5   6   7   8   9   10   NA

7. Were Division of Corporations **staff attentive and helpful** relative to your comments and concerns?
   1   2   3   4   5   6   7   8   9   10   NA

8. Did Division of Corporations staff display **professionalism & courtesy**?
   1   2   3   4   5   6   7   8   9   10   NA

9. Are Division of Corporations staff **knowledgeable**?
   1   2   3   4   5   6   7   8   9   10   NA

Please let us know about experiences and incidents with the Division of Corporations (i.e., staff, equipment, connectivity, customer service) that impressed or disappointed you.

Comments: _____

_____

Company name and contact information: _____
**If you would prefer, you may take this survey online at**
**https://surveymonkey.com/r/corporationssurvey**