COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF STATE

12/05/2019

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

Par Funding

I, Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania, do hereby certify that the foregoing and annexed is a true and correct copy of

Fictitious Creation filed on Aug 27, 2013 - Pages (2)
Fictitious Amendment filed on Jul 31, 2018 - Pages (3)
Fictitious Amendment filed on Mar 29, 2019 - Pages (3)

which appear of record in this department.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of the Secretary's Office to be affixed, the day and year above written

_____
Secretary of the Commonwealth

Certification Number: TSC191205121047-1

Verify this certificate online at http://www.corporations.pa.gov/orders/verify

Entity #: 4210569
Date Filed: 08/27/2013
Carol Aichele
Secretary of the Commonwealth

**ST, PAO4B**

| | |
|---|---|
| **From:** | pao4b@state.pa.us |
| **Sent:** | Tuesday, August 27, 2013 4:43 PM |
| **To:** | ST, PAO4B |
| **Subject:** | PAO4B New Registration |

*397056*

# PENNSYLVANIA DEPARTMENT OF STATE
## CORPORATION BUREAU
### Application for Registration of Fictitious Name
(54 Pa.C.S. § 311)

**Document will be returned to the name and address you enter below.**

Name
**Jamie   McElhone**
Address
**141 N. 2nd Street**
Address

City                                      State Zip Code
**Philadelphia**                          **PA    19106**

Email: tina@parfunding.com



Commonwealth of Pennsylvania
FICTITIOUS NAME 2 Page(s)

T1324264053

Fee: $70

In compliance with the requirements of 54 Pa.C.S. § 311 (relating to registration), the undersigned entity(ies) desiring to register a fictitious name under 54 Pa.C.S. Ch.3 (relating to fictitious names), hereby state(s) that:

1. The fictitious name is:
   **Par Funding**
2. A brief statement of the character or nature of the business or other activity to be carried on under or through the fictitious name is:
   **Advance Funds Small Businesses**
3. The address, including number and street, if any, of the principal place of business (P.O. Box alone is **not** acceptable):

| **141 N. 2nd Street** | **Philadelphia** | **PA** | **19106** | **51** |
|---|---|---|---|---|
| Number and Street | City | State | Zip | County |

4. The name and address, including number and street, if any, of each individual interested in the business is:

| Name | Number and Street Address | City | State | Zip |
|---|---|---|---|---|
| **Lisa McElhone** | **2100 Market Street** | **Philadelphia** | **PA** | **19103** |

5. Each entity, other than an individual, interested in such business is (are)::

6. The applicant is familiar with the provisions of 54 Pa.C.S. § 332 (relating to effect of registration) and understands that filling under the Fictitious Names Act does not create any exclusive or other right in the fictitious name.
7. Optional): The name(s) of the agents(s), if any, any one of whom is authorized to execute amendments to, withdrawals from or cancellation of this registration in behalf of all then existing parties to the registration, is (are):

IN TESTIMONY WHEREOF, the undersigned have caused this Application for Registration of Fictitious Name to be executed this _____ day of _____, _____.

| | |
|---|---|
| _____ | _____ |
| Individual Signature | Individual Signature |
| _____ | _____ |
| Individual Signature | Individual Signature |
| _____ | _____ |
| Entity Name | Entity Name |
| _____ | _____ |
| Signature | Signature |
| _____ | _____ |
| Title | Title |

O705620130827

*CC-$70*

# PENNSYLVANIA DEPARTMENT OF STATE
# CORPORATION BUREAU
### Fictitious Name Registration Signature Form

**Document must be completed and mailed to the address listed below.**

**Department of State**
**Corporation Bureau**
**P.O. Box 8722**
**Harrisburg, PA 17105-8722**
**(717) 787-1057**

1. The enterprise structure is:
   **Corporation**

2. The enterprise legal name is:
   **Complete Business Solutions Group, Inc.**

3. The enterprise's fictitious name is:
   **Par Funding**

IN TESTIMONY WHEREOF, the undersigned have caused this Application for Registration of Fictitious Name to be executed this

21 day of August 2013

**Individual Signature of Lisa  McElhone**

*O705620130827*

*To avoid any delay or rejection, signature form(s) should be received within 7-10 days*
*of the registration submission date.*

**PA DEPT. OF STATE**

**AUG 2 7 2013**

Entity# : 4210569
Pennsylvania Department of State

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS**

☐ **Return document by mail to:**

**M. BURR KEIM COMPANY**

Name

Address

City                         State                    Zip Code

☒ **Return document by email to:** info@mburrkeim.com

**Fictitious Name**
Amendment, Withdrawal, Cancellation
DSCB:54-312/313  (rev. 7/2015)

TCO180801MC0322

Fee:  $70

Check one:     ☒ Amendment (§ 312)      ☐ Withdrawal (§ 313)      ☐ Cancellation (§ 313)

In compliance with the requirements of 54 Pa.C.S. Ch.3 (relating to fictitious names), the undersigned entity or entities, desiring to amend, withdraw or cancel from a fictitious name registration, hereby state(s) that:

1. The fictitious name is:

   **Par Funding**

2. The address of the principal place of business, including number and street, if any, is:

   **141 North 2nd Street,  Philadelphia,  PA  19106           Philadelphia**

   Number and street                    City                State        Zip            County

3. The last preceding filing with respect to this fictitious name was made in the Department on

   **August 27, 2013**                    .

   Date (MM/DD/YYYY)

4. A brief statement of the character or nature of the business or other activity to be carried on under or through the fictitious name is:

   **Advance funds small business**

2018 JUL 31  AM 11: 59
PA DEPT OF STATE

DSCB:54-312/313–2

---

5.  *Check one or more of the following, as appropriate:*

____ The fictitious name has been changed to:

_____

__X__ The principal place of business set forth in paragraph 2 has been changed to (PO Box alone not acceptable):

Philadelphia  County

c/o Full Spectrum Processing, 205 Arch Street, 2nd Floor, Philadelphia, PA 19106
_____

  Number and street         City        State     Zip     County

____ The following party(ies) has (have) been added to the registration and their signature(s) appear(s) at the end of this application.

  Name           Number and street     City     State     Zip

_____

_____

_____

____ The following party(ies) has (have) withdrawn from the business and their signature(s) appear(s) at the end of this application.

  Name           Number and street     City     State     Zip

_____

_____

_____

____ The fictitious name registration is cancelled.

---

6.  *Check box for Application for Amendment Only:*

__X__ This amendment, without reference to any other filing sets forth all information with respect to the fictitious name which would be required in an original filing under the Fictitious Names Act.

---

7.  *Optional-See Instruction F:*  This application has been executed by an agent heretofore designated for that purpose in a prior filing in this registration.

DSCB:54-312/313-3

IN TESTIMONY WHEREOF, the undersigned has (have) caused this Application for Amendment, Withdrawal or Cancellation of/from Fictitious Name to be executed this __30th__ day of ____July____ , __2018__ .

| Adding party(ies) signature(s) | Withdrawing party(ies) signature(s) | All current party(ies) signature(s) |
|---|---|---|
| | | Lisa McElhone |
| | | |
| | | |
| Name of Entity | Name of Entity | Name of Entity |
| Signature | Signature | Signature |
| Title | Title | Title |

Entity# : 4210569
Date Filed : 03/29/2019
Pennsylvania Department of State

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZAT**

## Fictitious Name Amendment, Withdrawal, Cancellation
(54 Pa.C.S.)

__X__   Amendment (§ 312)
__X__   Withdrawal (§ 313)
_____   Cancellation (§ 313)

| |
|---|
| Name |
| **Cynthia A Clark** |
| Address |
| **20 N. 3rd Street,** |

| City | State | Zip Code |
|---|---|---|
| **Philadelphia** | **PA** | **19106** |

Document will be returned to the
name and address you enter to
the left.

**Fee: $70.00**

In compliance with the requirements of 54 Pa.C.S. Ch.3 (relating to fictitious names), the undersigned entity or entities, desiring to amend, withdraw or cancel from a fictitious name registration, hereby state(s) that:

1.   **The fictitious name is:**

     **Par Funding**

2.   **The address of the principal place of business, including number and street, if any, is (the Department is authorized to conform to the records of the Department):**

| 205 Arch Street, 2nd Floor | Philadelphia | PA | 19106 | Philadelphia |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

3.   **The last preceding filing with respect to this fictitious name was made in the Department on**

     **7/31/2018 (Date at)   (Roll and Film)**

4.   **A brief statement of the character or nature of the business or other activity to be carried on under or through the fictitious name is:**

     **advance funds small businesses**

PENN File: March 29, 2019

**5.** *Check one or more of the following, as appropriate:*

_____ **The fictitious name has been changed to:**

_____ **The principal place of business has been changed to (PO Box alone not acceptable):**

| Number and Street | City | State | Zip | County |
|---|---|---|---|---|

 **X**  **The following party(ies) has(have) been added to the registration and their signature(s) appear(s) at the end of this application.**

| Name | Number and Street | City | State | Zip |
|---|---|---|---|---|
| Complete Business Solutions Group, Inc | c/o Full Spectrum Processing , 205 Arch Street, 2nd Floor , Philadelphia , Philadelphia , PA , United States , 19106 | | | |

 **X**  **The following party(ies) has(have) withdrawn from the business and their signature(s) appear(s) at the end of this application.**

| Name | Number and Street | City | State | Zip |
|---|---|---|---|---|
| Lisa McElhone | 205 Arch Street, 2nd Floor , Philadelphia , Philadelphia , PA , United States , 19106 | | | |

___ **The fictitious name registration is cancelled.**

**6.** *Check box for Application for Amendment Only:*

 **X**  **This amendment, without reference to any other filing sets forth all information with respect to the fictitious name which would be required in an original filing under the Fictitious Names Act.**

**7.** **(Optional) This application has been executed by an agent heretofore designated for that purpose in a prior filing in this registration.**

**IN TESTIMONY WHEREOF, the undersigned has (have) caused this Application for Amendment, Withdrawal or Cancellation of/from Fictitious Name to be executed this** __29th__ **day of** __March__ , __2019__ .

| Adding party(ies) signature(s) | Withdrawing party(ies) signature (s) | All current party(ies) signature (s)) |
|---|---|---|
| | Lisa McElhone | |

**Complete Business Solutions Group, Inc**
_____
**Name of Entity**

__Joe Cole__
_____
**Signature**

__CFO__
_____
**Title**