Certified to be a true and correct copy of the original

*Rebeca Marin*

**STATE OF OREGON
DEPARTMENT OF CONSUMER AND BUSINESS SERVICES
DIVISION OF FINANCE AND CORPORATE SECURITIES
BEFORE THE DIRECTOR OF THE DEPARTMENT
OF CONSUMER AND BUSINESS SERVICES**

| In the Matter of: | M-12-0057 |
|---|---|
| Marak Industries, Inc., and | **Final Order to Cease and Desist and Consent To Entry Of Order as to Respondent Lisa McElhone Only** |
| Lisa McElhone, | |
| Respondents. | |

On August 1, 2012, the Director of the Department of Consumer and Business Services for the State of Oregon ("Director") acting pursuant to the authority contained in Oregon Revised Statutes ("ORS") 86A.100 et. seq. and Oregon Administrative Rules ("OAR") 441-850-0005 through 441-885-0010 (collectively "Oregon Mortgage Lender Laws and Rules") and ORS 697.602 through 697.842 and OAR 441-910-0000 through 441-910-0120 (collectively "Oregon Debt Management Service Provider Laws and Rules"), issued Administrative Order No. M-12-0057 Order to Cease and Desist, Proposed Order Assessing Civil Penalty and Notice of Right to a Hearing ("Notice Order") against Marak Industries, Inc. (Marak) and Lisa McElhone (McElhone).

On August 6, 2012, Michael Rabel, President of Marak, was properly served the Notice Order by certified U.S. Mail at 100 Ross Street Ste. 502, Pittsburgh, PA 15219. No hearing was requested by Marak and the time to do so has expired.

//

//



Page 1 of 6 – Marak Industries, Inc., and Lisa McElhone – M-12-0057 Order to Cease and Desist, Consent to Entry of Order as to Respondent Lisa McElhone Only

1  On August 31, 2012, Lisa McElhone was properly served the Notice Order by certified U.S. Mail at 2646 S Sartain St, Philadelphia, PA 19148. On September 10, 2012, McElhone timely filed a response and request for hearing.

WHEREAS Lisa McElhone, neither admits or denies the allegations in the Notice Order but wishes to resolve and settle this matter with the Director.

Now therefore, after consideration of the file in this matter maintained by the Oregon Department of Consumer and Business Services, and in consideration of McElhone's desire to settle this matter without a hearing, the Director hereby issues the following Findings of Fact, Conclusions of Law, and Final Order.

## FINDINGS OF FACT

The Director finds that:

1. Based on a search of the Pennsylvania Department of State ("Pennsylvania DOS") website on January 14, 2013, Marak Industries, Inc. ("Marak") is a domestic corporation (Entity No. 3862357), that first filed with the Pennsylvania DOS on February 12, 2009, and is currently active.

2. Based on a search of the Oregon Secretary of State ("Oregon SOS") Corporations' Division website on January 14, 2013, Marak is not as of the date of this search and has not previously been registered as a domestic or foreign entity with the Oregon SOS.

3. As of January 14, 2013, Marak is not currently and has not previously been licensed with the Oregon Division of Finance and Corporate Securities ("Division") to conduct business as a "mortgage broker", as that term is defined in ORS 86A.100(5)(a)(C), in Oregon.

4. As of January 15, 2013, Marak is not currently and has not previously been registered with the Division to provide "debt management services", as that term is defined in ORS 697.602(2)(c), in Oregon. At all times relevant to the JT transaction as



1  described below, Lisa McElhone ("McElhone") was employed by Marak at its office
2  located at 131 N. 4th Street, Philadelphia, PA 19106.

3  5.  As of January 15, 2013, McElhone is not currently and has not previously
4  been registered with the Division to provide "debt management services", as that term
5  is defined in ORS 697.602(2)(c), in Oregon.

6  6.  McElhone has never been licensed as an attorney in the State of Oregon.

7  7.  On or about January 7, 2011, Marak entered into an agreement with JT
8  ("JT Agreement") whereby Marak, in exchange for an advance fee of $1,800, agreed to
9  provide JT loan modification services on a mortgage loan on residential real property
10 located in Oregon.

11 8.  JT paid at least $1,800 pursuant to the JT Agreement: $600 on January
12 20, 2011 (Personal Money Order No. 254497) payable to Marak Industries, Inc.; $600
13 on February 23, 2011 (Personal Money Order No. 275305) payable to Marak
14 Industries, Inc.; and $600 on April 13, 2011 (Personal Money Order No. 275351)
15 payable to Marak Industries, Inc.

16 9.  While employed by Marak, McElhone cashed the personal money orders
17 referenced in Paragraph 8 above at a Philadelphia, Pennsylvania check cashing store.

18 10. As a means of settling this matter without the necessity of a hearing,
19 McElhone paid JT the sum of $1,800.00 by January 25, 2013.

## CONCLUSIONS OF LAW

21 The Director CONCLUDES that:

22 11. McElhone performed "debt management services", as that term is
23 defined in ORS 697.602(2)(c), when she received money on behalf of Marak from
24 Oregon consumer JT in exchange for offering to modify terms and conditions of an
25 existing loan or obligation.

26 //

Page 3 of 6 – Marak Industries, Inc., and Lisa McElhone – M-12-0057 Order to Cease and Desist, Consent to Entry of Order as to Respondent Lisa McElhone Only

12. McElhone violated ORS 697.612(1)(a) when she performed "debt management services", as described in paragraph 15 above, without first registering as debt management service providers with the Division.

**ORDER**

NOW, THEREFORE, THE DIRECTOR ISSUES THE FOLLOWING ORDER:

The Director, pursuant to ORS 86A.127, ORS 86A.224, and ORS 697.825, hereby orders Lisa McElhone, and any and all entities owned or controlled by Lisa McElhone to cease and desist from violating the Oregon Mortgage Lender Law and the Oregon statutes regulating debt management service providers.

While the entry of this Order in no way further limits remedies that may be available to the Director under Oregon law, upon the full execution of this Order, this particular matter as between the Division and McElhone is fully and finally settled.

Dated this  10th  day of  October , 2013 at Salem, Oregon.

Patrick M. Allen, Director
Department of Consumer and Business Services

David C. Tatman, Administrator
Division of Finance and Corporate Securities

**CONSENT TO ENTRY OF ORDER**

I, LISA MCELHONE, state that I have read the foregoing order, and I know and fully understand the contents hereof. I have been advised of the right to a hearing and of the right to be represented by counsel in this matter, and I desire to resolve and settle this matter with the Director. I voluntarily, without any force or duress, consent to the entry of this order, expressly waiving any right to a hearing in this matter. I

Page 4 of 6 – Marak Industries, Inc., and Lisa McElhone – M-12-0057 Order to Cease and Desist, Consent to Entry of Order as to Respondent Lisa McElhone Only

understand that the Director reserves the right to take further actions to enforce this order or to take appropriate action upon discovery of other violations of the Oregon Mortgage Lender Law and the Oregon statutes regulating debt management service providers, and I will fully comply with the terms and conditions stated herein.

I understand that this consent order is a public document.

Dated this 3rd day of October, 2013.

_____
LISA MCELHONE

## NOTARY ACKNOWLEDGMENT

State of Pennsylvania  )
                       )ss.
County of Philadelphia )

This instrument was acknowledged before me on Oct. 4, 2013 by Lisa McElhone.

NOTARIAL SEAL
JAY MUCHNICK
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Nov 9, 2015


Notary Public – State of Pennsylvania

**NOTICE:** Pursuant to ORS 183.482, you are entitled to judicial review of this order. Judicial review may be obtained by filing a petition with the Court of Appeals in Salem, Oregon within 60 days from the service of this order.

Page 5 of 6 – Marak Industries, Inc., and Lisa McElhone – M-12-0057 Order to Cease and Desist, Consent to Entry of Order as to Respondent Lisa McElhone Only