## DECLARATION OF MICHAEL FOTI

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Michael Foti. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. From approximately June 2019 until January 2020, I had a business relationship with Joseph LaForte ("LaForte.")

3. I met with LaForte three times at his Par Funding office located in Philadelphia, PA.

4. In early June 2019, shortly after I signed a loan contract through a broker, I received in the mail a letter from Par Funding and a business card. The business card read "Joe Mack" and "Par Funding." Attached hereto as Exhibit "A" is a true and correct copy of the business card LaForte sent to me.

5. In approximately late June 2019, I read an article in a local newspaper about Joseph LaForte, Complete Business Solutions Group and Par Funding. The article noted that Joe Mack's real name was Joseph LaForte.

6. In approximately July 2019, I met with LaForte who introduced himself to me as Joe Mack and I knew him only as Joe Mack. After reading the article, I asked "Joe Mack" whether he was Joe LaForte and he admitted to me that he was in fact LaForte.

7. I asked LaForte why he used Joe Mack as an alias and he said he used it because if people googled his real name they would not find anything good about him.

I declare under penalty of perjury that the foregoing is true, correct, and made in

good faith.

Executed on this _19_ day of _July_ 2020 in _Burlington_.

MICHAEL FOTI

2

