## <u>DECLARATION OF VICTORIA JACQMEIN</u>

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.      My name is Victoria Jacqmein. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am a Paralegal Specialist at the U.S. Securities and Exchange Commission (the "Commission").

3.      On July 22, 2020 I went to the site www.abettefinancialplan,com and printed pages.

4.      Attached as Exhibit A is a true and correct copy of the pages I printed from the website abetterfinancialplan.com.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 22nd  day of  July 2020.


*Victoria A. Jacqmein*
VICTORIA JACQMEIN

At A Better Financial Plan, we deliver better investment returns with a lot less risk, and we have no shortage of clients that can vouch for that statement. There are better, safer ways to increase wealth and that's our focus at A Better Financial Plan.

# A Team You Can Trust

Working with A Better Financial Plan will be an educational process and never at any point involve pressure to invest with us.

We want you to understand our alternative investment offerings and help you determine if they are a fit for your short and long-term financial goals.



MEET THE TEAM



READY FOR THE NEXT STEP?

Call us directly at (484) 425-7393 to learn more about Dean Vagnozzi's disruptive stock market alternative strategy manual.

CALL US AT (484) 425-7393





# About Dean Vagnozzi

Dean Vagnozzi is not your typical Financial Advisor. He'll suggest you avoid your company's 401k. He'll tell you not to pay off your mortgage. He'll advise you to forego an IRA. He'll hit you with numerous ideas, none of which you've ever heard your current money manager utter.

One of the best things that ever happened to Dean Vagnozzi was the day he got fired from his accounting job.

Case 9:20-cv-81205-RAR   Document 23-8   Entered on FLSD Docket 07/27/2020   Page 5 of 26

After playing four years of college football and graduating from Albright College in 1990 (with an accounting degree no less) Dean was certain that crunching numbers was to become his future. A guaranteed ticket to financial success. Until his boss sat him down one day – three months into his first job out of college – and told him that accounting wasn't for him. "You're in the wrong business. You should get into sales", Dean was told. And though that bit of advice was a hard pill to swallow at first, it turned out to be a blessing in disguise.



# Dean In The Media

Dean's investment tips have been published in Yahoo Finance, Bankrate.com, Foreign Policy, and more.





SEE MORE

Dean's natural enthusiasm and magnetic energy was not meant for a repetitive, number-crunching, solitary profession. Dean's burning desire to get ahead – and to help others get ahead – was the real path to his future.

Not long after that fateful day, Dean began his career in "Corporate America". Armed with a base salary, decent benefits and a nice retirement package, Dean was well on his way to a thriving career.

For more than a decade, Dean sold computer systems and then ERP software for SAP America. He then joined the SAP Consulting Practice for Deloitte, and then Anderson. It was also during this time that Dean met his wife, Christa. With his career in place and a family in front of him, Dean began to think about his financial future – even more seriously than he had before.

With all of this in mind, Dean purchased his first life insurance policy. The initial purchase was made through a friend of his (truth be told – to get the guy off his back) and ironically enough, it eventually led to Dean being "that guy".

You see, while working for "Corporate America", the stock market was in the middle of three years of major declines (2000 – 2002).

As Dean watched his 401(k) and his "safe" investments get decimated, Dean began to become disillusioned with the stock market.

The idea of forging his own financial security and seeking investment opportunities not tied to the stock market prompted Dean to begin studying wealth management in earnest, enrolling in seminars, reading books and researching unorthodox money management tactics. Questioning the logic behind investments that you essentially couldn't touch until retirement, real estate seemed to be the answer. After all, everyone else seemed to be investing in real estate at the time.

During this time, Dean had also just finished reading a book called "Rich Dad, Poor Dad" by Robert Kiyosaki. In the book, the author wrote about utilizing his life insurance policy to purchase real estate. Needing the liquid cash and not wanting to miss the real estate opportunity in front of him, Dean borrowed cash from his life insurance policy, which by that point had $70,000 of cash value. A year later, Dean made $75,000 on that real estate purchase… and all of that started from the cash he borrowed from his life insurance policy, an asset that most people are unfamiliar with.

Seven years and 25 real estate transactions later, Dean had made just under $1 million by flipping real estate. What's more, every real estate purchase was made by leveraging the cash value within his life insurance policy. Essentially, his policy became his bank.

And from there, "A Better Financial Plan" was born.

Well, almost.

By 2003, Dean's friends and family all wanted in on this novel approach to making money and started giving their money to Dean so that they could invest in real estate together. By putting their money together, Dean and his cohorts were able to purchase bigger units and more real estate.

He was "making money" with his friends and for his friends, which was great, but it also highlighted the need for the investment opportunities to become more formal. It was then that Dean met an attorney that specialized in securities law, John Pauciulo, who is still Dean's attorney to this day.

John Pauciulo is pivotal to this story, as he helped Dean put together "corporations", utilizing Private Placement Memorandums, which allowed Dean to raise money from friends and family by "pooling their money" and therefore, investing in real estate opportunities that they could not afford on their own.

Simultaneously, Dean decided to leave "Corporate America" and enter the insurance business full time. Dean had a yearning desire to control his destiny while also teaching people how to do exactly what he was doing, which was using the cash value of his life insurance policies to acquire and invest in alternative asset classes.

It was a novel idea at the time, and he was taking a great risk by leaving his six-figure salary. But Dean had a hunch. And it was at this moment that Dean's true entrepreneurial spirit really began to take flight.

By 2008, as most people realize, the real estate market took a major nose-dive, and well, you know the rest of that story. Luckily (and skillfully), Dean took the learned lesson of "pooling money" and was able to rebound.

A few years later, Dean truly found his niche. By going against the grain in terms of traditional investments and offering his clients a variety of alternative cash-intensive investment opportunities that have nothing to do with Wall Street, Dean's alternative investment portfolio quickly grew.

Thus, "A Better Financial Plan" was officially born.

Incorporated in 2010, Dean and his colleagues at A Better Financial Plan (ABFP) now offer five different types of investment products, all in industries with proven returns. The company is one-of-a-kind, offering investments that most people cannot afford on their own and none of which have anything to do with Wall Street.

Dean feels strongly in diversification of your assets and that his alternative investment opportunities are safer and less volatile than the stock market. With products that proudly boast returns of 11 – 14% on average, Dean offers his clients a more secure and steady option to help grow their individual wealth.

With offices based out of King of Prussia, Pennsylvania and Marlton, New Jersey, A Better Financial Plan now has 15 employees and thousands of clients.

Within the past decade, ABFP has invested over $200 million for their clients, who typically invest approximately 25 − 50% of their portfolio within ABFP's alternative investment offerings.

Dean and his wife, Christa, live in Collegeville, PA. They have four children − two girls and two boys between the ages of 17 and 24. In his spare time, Dean can be found on the golf course, sitting by his pool or reading a book on a Caribbean beach.

READY FOR THE NEXT STEP?

# Call us directly at (484) 425-7393 to learn more about Dean Vagnozzi's disruptive stock market alternative strategy manual.

CALL US AT (484) 425-7393 📱

# Come Join Our Financial Movement!

We've delivered 10-14% annual returns or better using alternative investments that were put together with one of Philadelphia's largest law firms. These investments have nothing to do with Wall Street and they are **NOT** annuities.

## Over 1000 Clients

## Offices in PA and NJ

## Incorporated in 2010

## Returns of 10 – 14%

## $200MM+ Invested For Clients

## 15 Employees

**CONTACT US TODAY**

# What Our Clients are Saying

———

"I have had a great experience investing with Dean Vagnozzi
far. I look forward to seeing my portfolio grow and very highl
recommend Dean and team for a 401k alternative, this affor
you the opportunity to earn real money and returns that out-
perform the market."

**Josh Melrose**

Investor

‹                  ›

"A good experience. Very confident that we made an exceptional investment. Thanks for all your time to answer a our questions and provide the information needed to become part of the Better Financial Plan."

**Jay Buck**

Investor

**READ MORE TESTIMONIALS**

**ABOUT US**

Our Team

About Dean Vagnozzi

Press & Media

Privacy Policy

❮                                                                                                   ❯

Website by Franklin Digital

Case 9:20-cv-81205-RAR   Document 23-8   Entered on FLSD Docket 07/27/2020   Page 17 of 26




# What's the Catch?

**What's the Catch?**
By Dean Vagnozzi

As the weeks wind down and world is slowly opening up, I have decided to address the most searched terms when it comes to working with my firm, A Better Financial Plan.

One of them, although it makes me cringe to even type, is "Dean Vagnozzi Criminal Record." But I guess that's par for the course when you advertise extensively, have thousands of positive reviews and are as outspoken as I am. I know that potential clients will inevitably wonder, "what's the catch?"

Is Dean Vagnozzi a scam artist? Is A Better Financial Plan 1346 a fraud? Of course they would be skeptical! And so would I!

Solet me save you a lot of time. There is no catch.

So stop looking for one. Stop googling, stop searching to see if Dean Vagnozzi is a scam, stop looking on the **Better Business Bureau's** website to see if A Better Financial Plan 1346 is a fraud. I have never had a criminal record in my life and I am very confident that there never will be.

In fact, to the best of my knowledge, the only law that I think I ever broke was a speeding ticket that I received on the New Jersey Turnpike back when I was in my early 20's. That is about the only misdemeanor that I have ever been a part of. (Jeez, I sound like a lot of fun, don't I?)

I am the father of four wonderful children and have an amazing wife. I live in the suburbs of Philadelphia, cheer on my kids' sporting events (well, before the COVID-19 quarantine) and go jogging with my daughter every day. My wife and Ivolunteer and foster dogs that are being trained to be seeing eye dogs (we teach them basic skills on how to be around people before they head to **seeing eye dog training** in Morristown, New Jersey). I spend my weekends reading a book by the pool (or staying up way too late reading in my home office) and probably about once a week I hang out with my old high school buddies on the golf course. I take vacations with my family about twice a year, visit my parents in Florida often, and was planning to take a cruise with my entire staff and their significant others before this whole pandemic hit. Family is my first priority. Anyone that knows

me would vouch for that. Heck, even my own son Alec and my father in law, Jerry, work for me. As further proof, even my own parents are invested in the asset classes that A Better Financial Plan has to offer.

With all that said, you are obviously looking up my criminal record on the internet to determine if you should come visit me and my staff at the office or to determine if you should move forward investing with me if we have already met. And quite frankly, I do not blame you for doing this type of research. I do so myself every time that I invest with a new company or financial opportunity. When it comes to any type of financial investment, whether it be a stock, asset class, car, house, or even an appliance... you SHOULD ALWAYS do your research!

We do our research at A Better Financial Plan (ABFP) too! At ABFP we thoroughly research the alternative investment opportunities that we have to offer prior to any offering that may be made available to our clients. Our team of attorneys, accountants, and operations staff thoughtfully vet any and all opportunities that come our way. We are always looking for creative investment opportunities to add to our asset classes, and very rarely do the pitches that are being given to us make the cut. The asset classes that ABFP offer are hand-picked, reviewed and considered for weeks, sometimes months, before any of them are even spoken about to our clients. Again, my own parents are invested with A Better Financial Plan, so I can assure you, I wouldn't let them invest in just anything.

So with that, I invite you. Take just one look at **abetterfinancialplan.com** and read the **testimonial page**

and you will see the proof. Dozens of videos and audio clips from very happy clients. In fact, we had so many happy clients share their testimonials with us that we recently took a full-page spread in the Philadelphia Inquirer that featured over 35 testimonials all raving about A Better Financial Plan. To be honest, we could have put more, but we ran out of room!

Within the past 17 years, A Better Financial Plan has invested over $250 million for our clients. All of ABFP's portfolio of investment opportunities consistently deliver on average 10 – 14% in monthly or quarterly returns and all of our investments have absolutely nothing to do with the stock market. Our clients typically invest approximately 25 – 50% of their financial portfolio within ABFP's alternative investment offerings.

If you'd like to hear more, don't hesitate to contact us. You can find all of the different ways to get in touch with us at **abetterfinancialplan.com**. Once we hear from you, we will educate you thoroughly on all of the investment classes that we offer.

So back to the original topic of this blog. I can assure you that my record is squeaky clean. And I intend to keep it that way. Dean Vagnozzi's criminal record and Dean Vagnozzi scam are non-existent!

**ABOUT US**

Our Team

About Dean Vagnozzi

Press & Media

Privacy Policy

**LEARN MORE**

Our Investments

Buy The Book

Financial Blog

Free Chapter Download

Contact Us

**FOLLOW US**





Website by Franklin Digital



# With Dean Vagnozzi, Bad Investments Don't Exist

With $250 million under management for more than 1,000 investors nationwide, A Better Financial Plan meets one-on-one with more clients in a weekthan many financial planners see in a year. Even with the **current laws for social distancing** due to the COVID-19 pandemic, their phones

have not stopped ringing. While the one-on-one meetings have paused, they have been able to continue to serve new and current clients virtually in a seamless transition.

For the past sixteen years, A Better Financial Plan has offered creative alternative investment strategies not tied to the stock market.Each investment is thoughtfully created to bring you increased wealth, with lower volatility.ABFP offers five different asset classes in five different industries that offer a much lower risk than investing in Wall Street. Especially in today's extremely volatile financial, political, and social climate.

A Better Financial Plan was founded in 2004 by Dean Vagnozzi with one goal in mind. Tired of the volatility of his own investments and believing that there had to be a better (and smarter) way to invest than the 401(k) and / or an IRA, Dean Vagnozzi wanted to level the playing for field for middle class investors by providing alternatives to everyday retirement strategies that are more in tune with today's average investor. Through careful research and tried and true tactics, Dean has been able to offer the sameinvestment strategies tomid-level investors opportunities that wealthy investors have been using to produce overwhelmingly positive and consistent results for decades/

All ofABFP's portfolio of investment opportunities consistently deliver on average 10 – 14% in monthly returns on behalf their diverse client base.

All ofthe investment opportunities are carefully vetted and facilitated by one of the nation's largest law firms.

And each make money through opportunities that have absolutely nothing to do with Wall Street. Again, with Dean Vagnozzi, bad investments don't exist.

With the help of Dean Vagnozzi'sattorney, John Pauciulo, and one of the largest law firms in the Philadelphia region, clients at ABFP are able to "invest like the big boys" by pooling their money together and creating **Private Placement Memorandums**, which then allows clients to invest in opportunities that they otherwise may not have access to. Each asset class comes with the Vagnozzi enforcement that the investment must be safe, liquid, and less volatile than anything put together by Wall Street. In other words, none of ABFP's investments are available through a traditional brokerage firm. Each one is unique and carefully thought out to suit their clients' investment style and comfort level.

Dean Vagnozzi alternative investmentsprovide safe investments that deliver outstanding returns and fixed future payouts by sidestepping the volatility of the stock market, unimpressive returns offered by indexed annuities, and unreliable prices of gold and silver. That coupled with an economy that is responding to new global issues every day – from our current pandemic response to political and environmental concerns and innovative new technology advancements, Dean knows that this is a complex and scary time to be planning for retirement, enjoying your retirement, or simply saving your money for a rainy day. If you want a glimpse of what we have to look forward to in the year ahead, here is a great example

**https://www.marketwatch.com/story/stock-market-**

**investors-have-to-go-back-to-1929-to-find-daily-swings-this-wild-2020-04-07.**

Dean Vagnozzi understands as much as anyone that the sheer number of retirement and investment options out there can be overwhelming for the average investor. Dean feels strongly in diversification of your assets and that his alternative investment opportunities are safer and less volatile than anything the stock market could offer.A Better Financial Plan's investment opportunities are backed by two of the largest international companies in the world and were created with the help of one of the nation's largest law firms. With products that proudly boast returns of 11 – 14% on average, Dean offers his clients a more secure and steady option to help grow their individual wealth.

A Better Financial Plan, LLC was founded in 2004 by Dean Vagnozzi with a vision that flying in the face of conventional-but-flawed wisdom can produce results the average middle-class investor never dreamed possible. In 2016, Vagnozzi furthered his vision by publishing the disruptive stock market alternative strategy manual: A Better Financial Plan: Significantly Improve Your Finances Without the Help of Wall Street.

With offices based out of King of Prussia, Pennsylvania and Marlton, New Jersey, A Better Financial Plan now has 15 employees and thousands of clients. To learn more, please visit **https://www.abetterfinancialplan.com/.**

**ABOUT US**

Our Team

About Dean Vagnozzi

Press & Media

Privacy Policy

**LEARN MORE**

Our Investments

Buy The Book

Financial Blog

Free Chapter Download

Contact Us

**FOLLOW US**





CONTACT US

Website by Franklin Digital