## DECLARATION OF VICTORIA JACQMEIN

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.      My name is Victoria Jacqmein. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am a Paralegal Specialist at the U.S. Securities and Exchange Commission (the "Commission").

3.      Attached as Exhibit A is a true and correct copy of a document that appears in the Commission records and that was produced to the Commission by A Better Financial Plan in response to a subpoena in the Commission matter *In re A Better Financial Plan* (NY-9593).

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.


Executed on this 22nd  day of  July 2020.



*Victoria A. Jacqmein*
VICTORIA JACQMEIN

Confidential Treatment Requested by Better Financial Plan

**From:** Alexis Abbonizio [alexis@parfunding.com]
**Sent:** Friday, February 16, 2018 2:03:49 PM
**To:** Dean Vagnozzi; Shannon Westhead; Perry Abbonizio
**Subject:** Re: FUND IS OPEN!!!

Great news!

Shannon- I will call you today to review the next steps.

On 2/15/18, 12:35 PM, "Dean Vagnozzi" <dean@abetterfinancialplan.com> wrote:

Shannon / Alexis,

Our MCA Income fund is open.   We have the paperwork as of 10 minutes ago.

Can you guys work together to get all investors from Jan and Feb into the fund.


[cid:image004.png@01D033F0.DF580680]

Dean J. Vagnozzi
President & CEO

Abetterfinancialplan.com<http://t.sidekickopen06.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJW7t5XX48qCvpjW8p_3qg5v0DljN3RYP521j3nvf5XWGJq03?t=http%3A%2F%2Fabetterfinancialplan.com%2F&si=4767078949060608&pi=cea73e80-0275-403a-8bbc-d171fdda2af7>, llc
234 Mall Blvd, Suite 270
King Of Prussia, PA 19406
484-425-7393
Increased Returns - Decreased Risk

**EXHIBIT**

**A**