## <u>DECLARATION OF VICTORIA JACQMEIN</u>

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Victoria Jacqmein. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am a Paralegal Specialist at the U.S. Securities and Exchange Commission (the "Commission").

3.  Attached as Exhibit A is a true and correct copy of a document the S.E.C, received from the Florida Office of Financial Regulation that is maintained in the S.E.C.'s records in the matter of United Fidelis Group.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 22nd  day of  July 2020.

*Victoria A. Jacqmein*
VICTORIA JACQMEIN

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

COPY NO. _____

...............................
Name of Offeree

# Fidelis Financial Planning LLC
*A Delaware Limited Liability Company*

## $20,000,000 AGGREGATE AMOUNT 9%-15% PROMISSORY NOTES

### 400 UNITS OFFERED

*Class A – $50,000 up to $99,000 principal amount one-year 9% promissory note*
*Class B – $100,000 up to $199,000 principal amount one-year 10% promissory note*
*Class C – $200,000 up to $299,000 principal amount one-year 12% promissory note*
*Class D – $300,000 up to $499,000 principal amount one-year 14% promissory note*
*Class E – $500,000 and above principal amount one-year 15% promissory note*

**Offering Price: $50,000 Per Unit**          **Minimum Subscription: One Unit**

### FOR ACCREDITED INVESTORS ONLY

THIS CONFIDENTIAL OFFERING MEMORANDUM HAS NOT BEEN FILED WITH OR REVIEWED BY THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION OR ANY OTHER COMMISSION OR REGULATORY AUTHORITY, NOR HAS ANY SUCH COMMISSION, AUTHORITY, OR ATTORNEY GENERAL DETERMINED WHETHER IT IS ACCURATE OR COMPLETE OR PASSED UPON OR ENDORSED THE MERITS OF THIS OFFERING. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

THESE ARE SPECULATIVE SECURITIES AND INVOLVE A HIGH DEGREE OF RISK. SEE "RISK FACTORS" BEGINNING ON PAGE 8.

THE SECURITIES OFFERED ARE FOR SALE ONLY TO ACCREDITED INVESTORS (AS DEFINED IN "MEMORANDUM SUMMARY – INVESTOR SUITABILITY REQUIREMENTS" ON PAGE 5).

In the event you decide not to participate in this Offering, please return the entire Confidential Offering Memorandum to the principal office of the Company as set forth below:

Fidelis Financial Planning LLC
1615 Forum Place, #500
West Palm Beach, Florida 33401
(561) 623-0913

The date of this Confidential Offering Memorandum is May 1, 2018.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

# Fidelis Financial Planning LLC

*A Delaware Limited Liability Company*

## $20,000,000 AGGREGATE AMOUNT 9%-15% PROMISSORY NOTES

### 400 UNITS OFFERED

*Class A – $50,000 up to $99,000 principal amount one-year 9% promissory note*
*Class B – $100,000 up to $199,000 principal amount one-year 10% promissory note*
*Class C – $200,000 up to $299,000 principal amount one-year 12% promissory note*
*Class D – $300,000 up to $499,000 principal amount one-year 14% promissory note*
*Class E – $500,000 and above principal amount one-year 15% promissory note*

**Offering Price: $50,000 Per Unit**          **Minimum Subscription: One Unit**

## FOR ACCREDITED INVESTORS ONLY

This Confidential Offering Memorandum (the "Memorandum") relates to the offer and sale to a select group of accredited investors of up to 400 units (the "Units") of the securities of Fidelis Financial Planning LLC (the "Company") at an offering price of $50,000 per Unit for an aggregate offering price of $20,000,000 (the "Offering"). Each Unit will consist of fifty (50) $1,000 principal amount 12-month 9%-15% promissory notes. Each promissory note is an unsecured debt security with a principal amount face value of $1,000 that matures in 12 months with a 9%-15% annualized interest rate, as more fully described in the form of promissory note attached hereto in Appendix C (the "Notes") (see "MEMORANDUM SUMMARY—Interest" below). The minimum subscription by an investor is one Unit ($50,000 minimum investment).

All of the Units will be sold on a "best-efforts" basis which means that net Offering proceeds will be available to the Company upon receipt, acceptance and clearance thereof and that no minimum amount of Unit sales will be required in order to complete and close this Offering. There can be no assurance that all of the Units offered will be subscribed for.

The minimum subscription by an investor is one Unit, which is a $50,000 investment. The Company reserves the right in its sole discretion to sell fractionalized Units and/or Notes, and may also accept investments of less than one Unit.

| | Price Paid by Investors | Proceeds to the Company[1] |
|---|---|---|
| Per Unit | $      50,000.00 | $      50,000.00 |
| Maximum Offering | $20,000,000.00 | $20,000,000.00 |

(1)   Before deducting offering expenses payable by the Company, estimated to be up to $15,000, and, in the event the Company elects to retain a qualified placement agent, excluding potential commissions paid to such placement agent in accordance with federal securities law and the securities law of the various states, including but not limited to the issuance of warrants and/or other securities of the Company as part of such commissions, subject to applicable securities laws and this Memorandum.

**FIDELIS FINANCIAL PLANNING LLC,**
**1615 FORUM PLACE, #500**
**WEST PALM BEACH, FLORIDA 33401**
**(561) 623-0913**

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

The Units will be offered and sold on behalf of the Company by certain officers and/or managers of the Company. The Company may also utilize the services of selected broker-dealers who are members of the Financial Industry Regulatory Authority ("FINRA") in connection with the offer and sale of the Units.

All of the Units will be sold on a "best efforts " basis up to the 400 Unit maximum. There can be no assurance that the maximum number of Units will be sold.

An investment in the Units involves a high degree of risk. Prospective investors in the Units should thoroughly consider this Memorandum and certain special considerations concerning the Company described herein. See "RISK FACTORS" below. An investment in the Units offered hereby is suitable only for, and may be made only by, accredited investors who have no need for liquidity of investment and understand and can afford the high financial risks of an investment in the Units, including the potential for a complete loss of their investment. There is currently no trading market for any securities of the Company, nor is it expected or assured that such market will develop in the foreseeable future.

The Units and underlying securities have not been approved or disapproved by the Securities and Exchange Commission (the "SEC") or any state securities commission, nor has the SEC or any state securities commission passed upon the accuracy or adequacy of this Memorandum. Any representation to the contrary is a criminal offense.

The Units and underlying securities of the Company are speculative by nature and are intended for a limited number of accredited investors. Each prospective investor should carefully review this Memorandum and the relevant documents referred to herein before deciding to invest in the Company.

THE MEMORANDUM IS SUBMITTED TO YOU ON A CONFIDENTIAL BASIS SOLELY IN CONNECTION WITH YOUR CONSIDERATION OF AN INVESTMENT IN THE SECURITIES OF FIDELIS FINANCIAL PLANNING LLC, A DELAWARE LIMITED LIABILITY COMPANY. DUE TO THE CONFIDENTIAL NATURE OF THIS MEMORANDUM, ITS USE FOR ANY OTHER PURPOSE MIGHT INVOLVE SERIOUS LEGAL CONSEQUENCES. CONSEQUENTLY, THIS MEMORANDUM MAY NOT BE REPRODUCED IN WHOLE OR IN PART, AND MAY NOT BE DELIVERED TO ANY OTHER PERSON (OTHER THAN YOUR FINANCIAL ADVISOR) WITHOUT THE PRIOR WRITTEN CONSENT OF THE COMPANY'S MANAGER(S).

[*Remainder of Page Intentionally Left Blank*]

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

## Table of Contents

GENERAL NOTICES AND REPRESENTATIONS ........................................................................................v

U.S. JURISDICTIONAL (NASAA) LEGENDS ......................................................................................viii

OFFERS AND SALES MADE OUTSIDE THE UNITED STATES WITHOUT REGISTRATION UNDER THE U.S. SECURITIES ACT OF 1933 ............................................................................................xiii

FOREIGN JURISDICTIONAL LEGEND ...............................................................................................xiii

CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS ........................................xiv

ABOUT THIS MEMORANDUM ...............................................................................................................1

MEMORANDUM SUMMARY ..................................................................................................................1

TERMS OF THE OFFERING ...................................................................................................................5

INVESTOR SUITABILITY REQUIREMENTS ...........................................................................................5

PROCEDURE TO PURCHASE SECURITIES ..........................................................................................7

THE COMPANY .......................................................................................................................................8

RISK FACTORS .......................................................................................................................................8

BUSINESS AND PROPERTIES .............................................................................................................20

MANAGEMENT ......................................................................................................................................26

EXECUTIVE COMPENSATION .............................................................................................................27

CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS ...........................................................27

OPERATING AGREEMENT ...................................................................................................................28

MARKET PRICE OF COMMON EQUITY AND RELATED INTEREST HOLDER MATTERS .................29

USE OF PROCEEDS .............................................................................................................................29

DESCRIPTION OF SECURITIES ..........................................................................................................30

OTHER MATTERS .................................................................................................................................31

FINANCIAL INFORMATION ..................................................................................................................31

ADDITIONAL INFORMATION ...............................................................................................................32

EXHIBIT A – INVESTOR PRESENTATION

APPENDIX A – SUBSCRIPTION AGREEMENT
APPENDIX B – ACCREDITED INVESTOR QUESTIONNAIRE AND VERIFICATION LETTER
APPENDIX C – FORM OF PROMISSORY NOTE
APPENDIX D – NOTICE OF ACCEPTANCE

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

### GENERAL NOTICES AND REPRESENTATIONS

This Memorandum is furnished on a confidential basis. This Memorandum constitutes an offer of securities only to the person to whom it is specifically delivered for that purpose ("Offeree"), and is provided solely for the purpose of evaluating an investment in the Company. By accepting delivery of this Memorandum and receiving any other oral or written information provided by the Company in connection with the Offering, each Offeree agrees (a) to keep confidential the contents of this Memorandum and such other information and not to disclose the same to any third party or otherwise use the same for any purpose other than evaluating an investment in the Company, and (b) not to copy, in whole or in part, this Memorandum or any other written information provided by the Company in connection herewith. Each Offeree further agrees to return this Memorandum and any such written information to Fidelis Financial Planning LLC, 1615 Forum Place, #500, West Palm Beach, Florida 33401; attention: Michael C. Furman, President, in the event that (i) the Offeree does not subscribe to purchase any Units, (ii) no portion of the Offeree's subscription is accepted, or (iii) the Offering is terminated or withdrawn.

To the extent applicable, the Units offered hereby have not been registered under the US federal Securities Act of 1933 (the "Securities Act") or any US state securities laws, in reliance upon exemptions therefrom. If applicable, the Units may not be sold, transferred, pledged or otherwise disposed of in the absence of registration under the Securities Act and under any applicable US state securities or blue sky laws unless pursuant to exemptions therefrom. This Memorandum does not constitute an offer to sell, or a solicitation of an offer to buy, any Units offered hereby to any person in any jurisdiction in which it is unlawful to make such an offer or solicitation to such person. This Memorandum does not constitute an Offer if the prospective investor is not qualified under applicable securities laws.

In determining whether to invest in the Units, each person must rely upon his, her or its own examination of the Company and the terms of the Offering made hereby, including the merits and risks involved. The Company expects that, prior to the closing for the Offering made hereby, it will afford prospective investors in the Units an opportunity to ask questions of representatives of the Company concerning the Company and the terms of the Offering and to obtain additional relevant information to the extent the Company possesses such information or can obtain it without unreasonable effort or expense. Except as aforesaid, no person is authorized in connection with the Offering to give any information or make any representation not contained in this Memorandum, and, if given or made, such information or representation must not be relied upon as having been authorized by the Company. The information contained in this Memorandum also supersedes any information concerning the Company or the terms of any investment therein provided to any prospective investor prior to the date of this Memorandum.

The Company makes no express or implied representation or warranty as to the attainability of any forecasted financial information that may be expressed or implied herein or as to the accuracy or completeness of the assumptions from which that forecasted information is derived. It must be recognized that the projections of the Company's future performance are necessarily subject to a high degree of uncertainty, that actual results can be expected to vary from the results projected and that such variances may be material and adverse. Prospective investors are expected to conduct their own investigation with regard to the Company and its prospects. It is expected that each Offeree will pursue his, her or its own independent investigation with respect to the forecasted financial information included herein. Prospective investors in the Units are not to construe the contents of this Memorandum as legal, business or tax advice. Each prospective investor in the Units should consult his, her or its own attorney, business advisor and tax advisor as to the legal, business, tax and related matters concerning this Offering.

This Memorandum has been prepared solely for the purpose of the proposed offering of the Units. The Company reserves the right to reject any subscription for the Units, in whole or in part, or to allot less than the number or amount of securities as to which any prospective investor in the Units has subscribed.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

THIS OFFERING IS NOT UNDERWRITTEN. THE OFFERING PRICE HAS BEEN ARBITRARILY SET BY THE MANAGEMENT OF THE COMPANY. THERE CAN BE NO ASSURANCE THAT ANY OF THE SECURITIES WILL BE SOLD.

THE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE US SECURITIES AND EXCHANGE COMMISSION OR ANY US STATE SECURITIES AGENCY, NOR HAS ANY SUCH REGULATORY BODY REVIEWED THIS OFFERING MEMORANDUM FOR ACCURACY OR COMPLETENESS. BECAUSE THESE SECURITIES HAVE NOT BEEN SO REGISTERED, THERE MAY BE RESTRICTIONS ON THEIR TRANSFERABILITY OR RESALE BY AN INVESTOR. EACH PROSPECTIVE INVESTOR SHOULD PROCEED ON THE ASSUMPTION THAT HE MUST BEAR THE ECONOMIC RISKS OF THE INVESTMENT FOR AN INDEFINITE PERIOD, SINCE THE SECURITIES MAY NOT BE SOLD UNLESS, AMONG OTHER THINGS, THEY ARE SUBSEQUENTLY REGISTERED UNDER THE APPLICABLE SECURITIES ACTS OR AN EXEMPTION FROM SUCH REGISTRATION IS AVAILABLE. THERE IS NO TRADING MARKET FOR THE COMPANY'S SECURITIES AND THERE CAN BE NO ASSURANCE THAT ANY MARKET WILL DEVELOP IN THE FUTURE OR THAT THE SECURITIES WILL BE ACCEPTED FOR INCLUSION ON NASDAQ OR ANY OTHER TRADING EXCHANGE AT ANY TIME IN THE FUTURE. THE COMPANY IS NOT OBLIGATED TO REGISTER FOR SALE UNDER EITHER U.S. FEDERAL OR STATE SECURITIES LAWS THE SECURITIES PURCHASED PURSUANT HERETO, AND THE ISSUANCE OF THE SECURITIES IS BEING UNDERTAKEN PURSUANT TO CERTAIN EXEMPTIONS FROM REGISTRATION UNDER THE SECURITIES ACT, WHICH MAY INCLUDE WITHOUT LIMITATION THE APPLICABLE RULES UNDER REGULATION D AND/OR REGULATION S UNDER THE SECURITIES ACT. ACCORDINGLY, THE SALE, TRANSFER, OR OTHER DISPOSITION OF ANY OF THE SECURITIES, WHICH ARE PURCHASED PURSUANT HERETO, MAY BE RESTRICTED BY APPLICABLE U.S. FEDERAL OR STATE SECURITIES LAWS AND/OR THE SECURITIES LAWS OF ONE OR MORE FOREIGN COUNTRIES (DEPENDING ON THE RESIDENCY OF THE INVESTOR) AND BY THE PROVISIONS OF THE SUBSCRIPTION AGREEMENT REFERRED TO HEREIN. THE OFFERING PRICE OF THE SECURITIES TO WHICH THE MEMORANDUM RELATES HAS BEEN ARBITRARILY ESTABLISHED BY THE COMPANY AND DOES NOT NECESSARILY BEAR ANY SPECIFIC RELATION TO THE ASSETS, BOOK VALUE OR POTENTIAL EARNINGS OF THE COMPANY OR ANY OTHER RECOGNIZED CRITERIA OF VALUE.

The management of the Company has provided all of the information stated herein. The Company makes no express or implied representation or warranty as to the completeness of this information or, in the case of projections, estimates, future plans, or forward looking assumptions or statements, as to their attainability or the accuracy and completeness of the assumptions from which they are derived, and it is expected that each prospective investor will pursue his, her, or its own independent investigation. It must be recognized that estimates of the Company's performance are necessarily subject to a high degree of uncertainty and may vary materially from actual results.

This Offering is expected to be conducted as an exempt general solicitation offering. Notwithstanding the foregoing, no general solicitation or advertising in whatever form will or may be employed in this Offering of the securities unless conducted in accordance with and pursuant to the applicable "general solicitation" provisions of Rule 506(c) under Regulation D of the Securities Act, as amended, and as promulgated pursuant to Section 201(a) of the Jumpstart Our Business Startups Act.

This Memorandum has been prepared solely for the information of the person to whom it has been delivered by or on behalf of the Company. Distribution of this Memorandum to any person other than the prospective investor to whom this Memorandum is delivered by the Company and those persons retained to advise them with respect thereto is unauthorized. Any reproduction of this Memorandum, in whole or in part, or the divulgence of any of the contents without the prior written consent of the Company is strictly prohibited. This Offering is made subject to withdrawal, cancellation, or modification by the Company without notice and solely at the Company's discretion. Each prospective investor, by accepting delivery of this Memorandum, agrees to return it and all other documents received by them to the Company if the prospective investor's subscription is not accepted or if the Offering is terminated.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

By acceptance of this Memorandum, prospective investors recognize and accept the need to conduct their own thorough investigation and due diligence before considering a purchase of the Units.

[*Remainder of Page Intentionally Left Blank*]

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

### U.S. JURISDICTIONAL (NASAA) LEGENDS

The presence of the following legends for any given state reflects only that a legend may be required by that state and should not be construed to mean an offer or sale is being or may be made in that particular state.

If you are uncertain as to whether or not offers or sales may be lawfully made in your state, you are hereby advised to contact the Company. The securities described in this Memorandum have not been registered under any state securities laws (commonly called "Blue Sky" laws). These securities must be acquired for investment purposes only and may not be sold or transferred in the absence of an effective registration of such securities under such laws, or an opinion of counsel acceptable to the Company that such registration is not required.

The Company intends to offer and sell the Units only to accredited investors through the use of general solicitation in accordance with the provisions of Rule 506(c) under Regulation D of the Securities Act, as promulgated pursuant to Section 201(a) of the Jumpstart Our Business Startups Act of 2012.

**NOTICE TO ALABAMA RESIDENTS ONLY:** THESE SECURITIES MAY BE OFFERED PURSUANT TO A CLAIM OF EXEMPTION UNDER THE ALABAMA SECURITIES ACT. A CONFIDENTIAL OFFERING MEMORANDUM RELATING TO THESE SECURITIES HAS NOT BEEN FILED WITH THE ALABAMA SECURITIES COMMISSION. THE COMMISSION DOES NOT RECOMMEND OR ENDORSE THE PURCHASE OF ANY SECURITIES, NOR DOES IT PASS UPON THE ACCURACY OR COMPLETENESS OF THIS MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

**NOTICE TO ARIZONA RESIDENTS ONLY:** THESE SECURITIES MAY BE OFFERED PURSUANT TO AN EXEMPTION FROM REGISTRATION UNDER THE SECURITIES ACT OF ARIZONA. NEITHER THE ARIZONA CORPORATION COMMISSION NOR THE DIRECTOR OF SECURITIES HAVE REVIEWED OR PASSED UPON THE ACCURACY OR COMPLETENESS OF THIS MEMORANDUM OR OTHER SELLING LITERATURE. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

**NOTICE TO CALIFORNIA RESIDENTS ONLY:** THE SALE OF THE SECURITIES WHICH ARE THE SUBJECT OF THIS OFFERING HAS NOT BEEN QUALIFIED WITH THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA AND THE ISSUANCE OF SUCH SECURITIES OR PAYMENT OR RECEIPT OF ANY PART OF THE CONSIDERATION THEREFORE PRIOR TO SUCH QUALIFICATIONS IS UNLAWFUL, UNLESS THE SALE OF SECURITIES IS EXEMPTED FROM QUALIFICATION BY THE APPLICABLE PROVISIONS OF THE CALIFORNIA CORPORATIONS CODE. THE RIGHTS OF ALL PARTIES TO THIS OFFERING ARE EXPRESSLY CONDITIONED UPON SUCH QUALIFICATIONS BEING OBTAINED, UNLESS THE SALE IS SO EXEMPT.

**NOTICE TO CONNECTICUT RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE CONNECTICUT UNIFORM SECURITIES ACT AND ARE BEING SOLD IN RELIANCE UPON THE APPLICABLE EXEMPTIONS CONTAINED IN SAID ACT. THEY CANNOT BE RESOLD UNLESS THEY ARE REGISTERED UNDER SAID ACT OR UNLESS AN EXEMPTION FROM REGISTRATION IS AVAILABLE. THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE BANKING COMMISSIONER OF THE STATE OF CONNECTICUT NOR HAS THE COMMISSIONER PASSED UPON THE ACCURACY OR ADEQUACY OF THIS OFFERING. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

**NOTICE TO DELAWARE RESIDENTS ONLY:** IF YOU ARE A DELAWARE RESIDENT, YOU ARE HEREBY ADVISED THAT THESE SECURITIES MAY BE OFFERED IN A TRANSACTION EXEMPT FROM THE REGISTRATION REQUIREMENTS OF THE DELAWARE SECURITIES ACT. THE SECURITIES CANNOT BE SOLD OR TRANSFERRED EXCEPT IN A TRANSACTION WHICH IS EXEMPT UNDER THE ACT OR PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT UNDER THE ACT OR IN A TRANSACTION WHICH IS OTHERWISE IN COMPLIANCE WITH THE ACT.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**NOTICE TO FLORIDA RESIDENTS ONLY:** THE SECURITIES DESCRIBED HEREIN HAVE NOT BEEN REGISTERED WITH THE FLORIDA DIVISION OF SECURITIES AND INVESTOR PROTECTION UNDER THE FLORIDA SECURITIES ACT. THE SECURITIES REFERRED TO HEREIN MAY ONLY BE SOLD TO, AND ACQUIRED BY THE HOLDER IN A TRANSACTION EXEMPT UNDER THE APPLICABLE PROVISIONS OF SAID ACT. THE SECURITIES HAVE NOT BEEN REGISTERED UNDER SAID ACT IN THE STATE OF FLORIDA. IN ADDITION, ALL OFFEREES WHO ARE FLORIDA RESIDENTS SHOULD BE AWARE THAT SECTION 517.061(11)(a)(5) OF THE ACT PROVIDES, IN RELEVANT PART, AS FOLLOWS: "WHEN SALES ARE MADE TO FIVE OR MORE PERSONS IN FLORIDA, ANY SALE IN FLORIDA MADE PURSUANT TO THIS SECTION IS VOIDABLE BY THE PURCHASER IN SUCH SALE EITHER WITHIN 3 DAYS AFTER THE FIRST TENDER OF CONSIDERATION IS MADE BY THE PURCHASER TO THE ISSUER, AN AGENT OF THE ISSUER OR AN ESCROW AGENT OR WITHIN 3 DAYS AFTER THE AVAILABILITY OF THAT PRIVILEGE IS COMMUNICATED TO SUCH PURCHASER, WHICHEVER OCCURS LATER." THE AVAILABILITY OF THE PRIVILEGE TO VOID SALES PURSUANT TO SECTION 517.061(11) IS HEREBY COMMUNICATED TO EACH FLORIDA OFFEREE. EACH PERSON ENTITLED TO EXERCISE THE PRIVILEGE TO AVOID SALES GRANTED BY SECTION 517.061 (11)(A)(5) AND WHO WISHES TO EXERCISE SUCH RIGHT, MUST, WITHIN 3 DAYS AFTER THE TENDER OF ANY AMOUNT TO THE COMPANY OR TO ANY AGENT OF THE COMPANY (INCLUDING THE SELLING AGENT OR ANY OTHER DEALER ACTING ON BEHALF OF THE PARTNERSHIP OR ANY SALESMAN OF SUCH DEALER) OR AN ESCROW AGENT CAUSE A WRITTEN NOTICE OR TELEGRAM TO BE SENT TO THE COMPANY AT THE ADDRESS PROVIDED IN THIS MEMORANDUM. SUCH LETTER OR TELEGRAM MUST BE SENT AND, IF POSTMARKED, POSTMARKED ON OR PRIOR TO THE END OF THE AFOREMENTIONED THIRD DAY. IF A PERSON IS SENDING A LETTER, IT IS PRUDENT TO SEND SUCH LETTER BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TO ASSURE THAT IT IS RECEIVED AND ALSO TO EVIDENCE THE TIME IT WAS MAILED. SHOULD A PERSON MAKE THIS REQUEST ORALLY, HE MUST ASK FOR WRITTEN CONFIRMATION THAT HIS REQUEST HAS BEEN RECEIVED.

**NOTICE TO GEORGIA RESIDENTS ONLY:** THESE SECURITIES MAY BE ISSUED OR SOLD IN RELIANCE ON THE APPLICABLE EXEMPTIONS CONTAINED IN THE GEORGIA SECURITIES ACT OF 1973, AND MAY NOT BE SOLD OR TRANSFERRED EXCEPT IN A TRANSACTION WHICH IS EXEMPT UNDER SUCH ACT OR PURSUANT TO AN EFFECTIVE REGISTRATION UNDER SUCH ACT.

**NOTICE TO ILLINOIS RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECRETARY OF THE STATE OF ILLINOIS NOR HAS THE STATE OF ILLINOIS PASSED UPON THE ACCURACY OR ADEQUACY OF THE MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

**NOTICE TO INDIANA RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE INDIANA BLUE SKY LAW AND MAY ONLY BE OFFERED AND SOLD IN RELIANCE UPON THE APPLICABLE EXEMPTIONS THEREFROM. THEY CANNOT BE RESOLD OR TRANSFERRED UNLESS THEY ARE REGISTERED UNDER THE LAW OR UNLESS AN EXEMPTION FROM REGISTRATION IS AVAILABLE.

**NOTICE TO KENTUCKY RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE COMMISSIONER OF THE DEPARTMENT OF FINANCIAL INSTITUTIONS OF KENTUCKY NOR HAS THE COMMISSIONER PASSED UPON THE ACCURACY OR ADEQUACY OF THIS MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

**NOTICE TO MARYLAND RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE MARYLAND SECURITIES ACT AND MAY ONLY BE OFFERED AND SOLD IN RELIANCE UPON APPLICABLE EXEMPTIONS CONTAINED IN SAID ACT. THEY CANNOT BE RESOLD OR TRANSFERRED UNLESS THEY ARE REGISTERED UNDER SAID ACT OR UNLESS AN EXEMPTION FROM REGISTRATION IS AVAILABLE.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**NOTICE TO MASSACHUSETTS RESIDENTS ONLY:** (1) THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR THE SECURITIES ACT OF THIS COMMONWEALTH, BY REASON OF SPECIFIC EXEMPTIONS THEREUNDER. THESE SECURITIES CANNOT BE SOLD, TRANSFERRED OR OTHERWISE DISPOSED OF TO ANY PERSON OR ENTITY UNLESS SUBSEQUENTLY REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR THE SECURITIES ACT OF THIS COMMONWEALTH, IF SUCH REGISTRATION IS REQUIRED, OR UNLESS AN EXEMPTION FROM REGISTRATION IS AVAILABLE. THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES DIVISION OF THE COMMONWEALTH OF MASSACHUSETTS NOR HAS THE SECURITIES DIVISION PASSED UPON THE ACCURACY OR ADEQUACY OF THIS MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

**NOTICE TO MICHIGAN RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE MICHIGAN SECURITIES ACT AND, IF OFFERED IN MICHIGAN OR TO RESIDENTS OF MICHIGAN, ARE BEING SOLD IN RELIANCE UPON THE APPLICABLE EXEMPTIONS CONTAINED IN SUCH ACT. THESE SECURITIES MAY NOT BE RESOLD OR TRANSFERRED UNLESS THEY ARE REGISTERED UNDER THE ACT OR UNLESS AN EXEMPTION FROM REGISTRATION IS AVAILABLE.

**NOTICE TO MINNESOTA RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE MINNESOTA BLUE SKY LAW AND MAY ONLY BE SOLD TO MINNESOTA RESIDENTS IN RELIANCE UPON THE APPLICABLE EXEMPTIONS THEREFROM. THEY CANNOT BE RESOLD OR TRANSFERRED UNLESS THEY ARE REGISTERED UNDER THE LAW OR UNLESS AN EXEMPTION FROM REGISTRATION IS AVAILABLE.

**NOTICE TO MISSISSIPPI RESIDENTS ONLY:** IN MAKING AN INVESTMENT DECISION INVESTORS MUST RELY ON THEIR OWN EXAMINATION OF THE PERSON OR ENTITY CREATING THE SECURITIES AND THE TERMS OF THE OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED. THESE SECURITIES HAVE NOT BEEN REGISTERED WITH NOR RECOMMENDED BY ANY FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY. FURTHERMORE, THE FOREGOING AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS DOCUMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE. THESE SECURITIES ARE SUBJECT TO RESTRICTIONS ON TRANSFERABILITY AND RESALE. INVESTORS SHOULD BE AWARE THAT THEY WOULD BE REQUIRED TO BEAR THE FINANCIAL RISKS OF THIS INVESTMENT FOR AN INDEFINITE PERIOD OF TIME.

**NOTICE TO MISSOURI RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE MISSOURI SECURITIES ACT, AND IF OFFERED IN MISSOURI OR TO RESIDENTS OF MISSOURI, WILL BE SOLD TO, AND ACQUIRED BY, PURCHASERS IN RELIANCE ON AN APPLICABLE EXEMPTION THEREFROM. UNLESS THE SECURITIES ARE REGISTERED, THEY MAY NOT BE REOFFERED FOR SALE OR RESOLD IN THE STATE OF MISSOURI, EXCEPT AS A SECURITY, OR IN A TRANSACTION, EXEMPT UNDER SUCH ACT.

**NOTICE TO NEW HAMPSHIRE RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE NEW HAMPSHIRE SECURITIES ACT, AND IF OFFERED IN NEW HAMPSHIRE OR TO RESIDENTS OF NEW HAMPSHIRE, WILL ONLY BE SOLD TO, AND ACQUIRED BY, PURCHASERS IN RELIANCE ON AN APPLICABLE EXEMPTION THEREFROM. UNLESS THE SECURITIES ARE REGISTERED, THEY MAY NOT BE REOFFERED FOR SALE OR RESOLD IN THE STATE OF NEW HAMPSHIRE, EXCEPT AS A SECURITY, OR IN A TRANSACTION, EXEMPT UNDER SUCH ACT.

**NOTICE TO NEW JERSEY RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE NEW JERSEY UNIFORM SECURITIES LAW, AND IF OFFERED IN NEW JERSEY OR TO RESIDENTS OF NEW JERSEY, WILL ONLY BE SOLD TO, AND ACQUIRED BY, PURCHASERS IN RELIANCE ON THE APPLICABLE EXEMPTIONS THEREFROM. IF YOU ARE A NEW JERSEY RESIDENT AND YOU ACCEPT AN OFFER TO PURCHASE THESE SECURITIES PURSUANT TO THIS

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

MEMORANDUM, YOU ARE HEREBY ADVISED THAT THIS MEMORANDUM HAS NOT BEEN FILED WITH OR REVIEWED BY THE BUREAU OF SECURITIES OF THE STATE OF NEW JERSEY. THE BUREAU OF SECURITIES OF THE STATE OF NEW JERSEY HAS NOT PASSED ON OR ENDORSED THE MERITS OF THIS OFFERING. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

**NOTICE TO NEW YORK RESIDENTS ONLY:** THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE ATTORNEY GENERAL OF THE STATE OF NEW YORK PRIOR TO ITS ISSUANCE AND USE. THE ATTORNEY GENERAL OF THE STATE OF NEW YORK HAS NOT PASSED ON OR ENDORSED THE MERITS OF THIS OFFERING. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL. THE COMPANY HAS TAKEN NO STEPS TO CREATE AN AFTER MARKET FOR THE SECURITIES OFFERED HEREIN AND HAS MADE NO ARRANGEMENTS WITH BROKERS OR OTHERS TO TRADE OR MAKE A MARKET IN SUCH SECURITIES. AT SOME TIME IN THE FUTURE, THE COMPANY MAY ATTEMPT TO ARRANGE FOR INTERESTED BROKERS TO TRADE OR MAKE A MARKET IN THE SECURITIES AND TO QUOTE THE SAME IN A PUBLISHED QUOTATION MEDIUM, HOWEVER, NO SUCH ARRANGEMENTS HAVE BEEN MADE AND THERE IS NO ASSURANCE THAT ANY BROKERS WILL EVER HAVE SUCH AN INTEREST IN THE SECURITIES OF THE COMPANY OR THAT THERE WILL EVER BE A MARKET THEREFORE.

**NOTICE TO NEVADA RESIDENTS ONLY:** IF ANY INVESTOR ACCEPTS ANY OFFER TO PURCHASE THE SECURITIES, THE INVESTOR IS HEREBY ADVISED THE SECURITIES WILL ONLY BE SOLD TO AND ACQUIRED BY IT/HIM/HER IN A TRANSACTION EXEMPT FROM REGISTRATION UNDER THE APPLICABLE PROVISIONS OF THE NEVADA SECURITIES LAW. THE INVESTOR IS HEREBY ADVISED THAT THE ATTORNEY GENERAL OF THE STATE OF NEVADA HAS NOT PASSED ON OR ENDORSED THE MERITS OF THIS OFFERING AND THE FILING OF THE OFFERING WITH THE BUREAU OF SECURITIES DOES NOT CONSTITUTE APPROVAL OF THE ISSUE, OR SALE THEREOF, BY THE BUREAU OF SECURITIES OR THE DEPARTMENT OF LAW AND PUBLIC SAFETY OF THE STATE OF NEVADA. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

**NOTICE TO NORTH CAROLINA RESIDENTS ONLY:** THESE SECURITIES MAY BE OFFERED PURSUANT TO A CLAIM OF EXEMPTION UNDER THE NORTH CAROLINA SECURITIES ACT. THE NORTH CAROLINA SECURITIES ADMINISTRATION NEITHER RECOMMENDS NOR ENDORSES THE PURCHASE OF ANY SECURITIES, NOR HAS THE ADMINISTRATOR PASSED UPON THE ACCURACY OR ADEQUACY OF THE INFORMATION PROVIDED HEREIN. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

**NOTICE TO NORTH DAKOTA RESIDENTS ONLY:** THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES COMMISSIONER OF THE STATE OF NORTH DAKOTA NOR HAS THE COMMISSIONER PASSED UPON THE ACCURACY OR ADEQUACY OF THIS MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

**NOTICE TO PENNSYLVANIA RESIDENTS ONLY:** EACH PERSON WHO ACCEPTS AN OFFER TO PURCHASE SECURITIES EXEMPTED FROM REGISTRATION BY THE APPLICABLE PROVISIONS OF THE PENNSYLVANIA SECURITIES ACT, DIRECTLY FROM THE ISSUER OR AFFILIATE OF THIS ISSUER, SHALL HAVE THE RIGHT TO WITHDRAW HIS ACCEPTANCE WITHOUT INCURRING ANY LIABILITY TO THE SELLER, UNDERWRITER (IF ANY) OR ANY OTHER PERSON WITHIN TWO (2) BUSINESS DAYS FROM THE DATE OF RECEIPT BY THE ISSUER OF HIS WRITTEN BINDING CONTRACT OF PURCHASE OR, IN THE CASE OF A TRANSACTION IN WHICH THERE IS NO BINDING CONTRACT OF PURCHASE, WITHIN TWO (2) BUSINESS DAYS AFTER HE MAKES THE INITIAL PAYMENT FOR THE SECURITIES BEING OFFERED. IF YOU HAVE ACCEPTED AN OFFER TO PURCHASE THESE SECURITIES MADE PURSUANT TO A PROSPECTUS WHICH CONTAINS A NOTICE EXPLAINING YOUR RIGHT TO WITHDRAW YOUR ACCEPTANCE PURSUANT TO SECTION 207(m) OF THE PENNSYLVANIA SECURITIES ACT OF 1972 (70 PS § 1-207(m), YOU MAY ELECT, WITHIN TWO (2) BUSINESS DAYS AFTER THE FIRST TIME YOU HAVE RECEIVED THIS NOTICE AND A PROSPECTUS TO WITHDRAW FROM YOUR PURCHASE AGREEMENT AND RECEIVE A FULL REFUND OF ALL MONEYS PAID BY YOU. YOUR WITHDRAWAL WILL BE WITHOUT ANY FURTHER

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

LIABILITY TO ANY PERSON. TO ACCOMPLISH THIS WITHDRAWAL, YOU NEED ONLY SEND A LETTER OR TELEGRAM TO THE ISSUER (OR UNDERWRITER IF ONE IS LISTED ON THE FRONT PAGE OF THE PROSPECTUS) INDICATING YOUR INTENTION TO WITHDRAW. SUCH LETTER OR TELEGRAM SHOULD BE SENT AND POSTMARKED PRIOR TO THE END OF THE AFOREMENTIONED SECOND BUSINESS DAY. IF YOU ARE SENDING A LETTER, IT IS PRUDENT TO SEND IT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TO ENSURE THAT IT IS RECEIVED AND ALSO EVIDENCE THE TIME WHEN IT WAS MAILED. SHOULD YOU MAKE THIS REQUEST ORALLY, YOU SHOULD ASK WRITTEN CONFIRMATION THAT YOUR REQUEST HAS BEEN RECEIVED. THE SECURITIES HAVE BEEN ISSUED PURSUANT TO AN EXEMPTION FROM THE REGISTRATION REQUIREMENT OF THE PENNSYLVANIA SECURITIES ACT OF 1972. NO SUBSEQUENT RESALE OR OTHER DISPOSITION OF THE SECURITIES MAY BE MADE WITHIN 12 MONTHS FOLLOWING THEIR INITIAL SALE IN THE ABSENCE OF AN EFFECTIVE REGISTRATION, EXCEPT IN ACCORDANCE WITH WAIVERS ESTABLISHED BY RULE OR ORDER OF THE COMMISSION, AND THEREAFTER ONLY PURSUANT TO AN EFFECTIVE REGISTRATION OR EXEMPTION.

**NOTICE TO TEXAS RESIDENTS ONLY:** THE SECURITIES OFFERED HEREUNDER HAVE NOT BEEN REGISTERED UNDER APPLICABLE TEXAS SECURITIES LAWS AND, THEREFORE, ANY PURCHASER THEREOF MUST BEAR THE ECONOMIC RISK OF THE INVESTMENT FOR AN INDEFINITE PERIOD OF TIME BECAUSE THE SECURITIES CANNOT BE RESOLD UNLESS THEY ARE SUBSEQUENTLY REGISTERED UNDER SUCH SECURITIES LAWS OR AN EXEMPTION FROM SUCH REGISTRATION IS AVAILABLE. FURTHER, PURSUANT TO §109.13 UNDER THE TEXAS SECURITIES ACT, THE COMPANY IS REQUIRED TO APPRISE PROSPECTIVE INVESTORS OF THE FOLLOWING: A LEGEND SHALL BE PLACED, UPON ISSUANCE, ON CERTIFICATES REPRESENTING SECURITIES PURCHASED HEREUNDER, AND ANY PURCHASER HEREUNDER SHALL BE REQUIRED TO SIGN A WRITTEN AGREEMENT THAT HE WILL NOT SELL THE SUBJECT SECURITIES WITHOUT REGISTRATION UNDER APPLICABLE SECURITIES LAWS, OR EXEMPTIONS THEREFROM.

**NOTICE TO WASHINGTON RESIDENTS ONLY:** THE ADMINISTRATOR OF SECURITIES HAS NOT REVIEWED THE OFFERING OR THIS MEMORANDUM, AND THE SECURITIES HAVE NOT BEEN REGISTERED IN RELIANCE UPON APPLICABLE EXEMPTIONS FROM THE REGISTRATION REQUIREMENTS CONTAINED IN THE SECURITIES ACT OF WASHINGTON, AND THEREFORE, CANNOT BE RESOLD UNLESS THEY ARE REGISTERED UNDER THE SECURITIES ACT OF WASHINGTON, CHAPTER 21.20 RCW, OR UNLESS AN EXEMPTION FROM REGISTRATION IS AVAILABLE.

[*Remainder of Page Intentionally Left Blank*]

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**OFFERS AND SALES MADE OUTSIDE THE UNITED STATES**
**WITHOUT REGISTRATION UNDER THE U.S. SECURITIES ACT OF 1933**

Our securities may be offered and sold to purchasers outside the United States in accordance with the rules of Regulation S promulgated under the Securities Act and/or such other rules and regulations, as may be applicable under the circumstances. Accordingly, the sale, transfer, or other disposition of any of our securities, which are purchased pursuant hereto, may be restricted by applicable federal securities laws and/or the securities laws of one or more non-U.S. countries (depending on the residency of the investor) and by the provisions of the subscription agreement executed by such purchaser.

In the event that Regulation S applies, each distributor selling securities to a distributor, a dealer, or a person receiving a selling commission, fee or other remuneration, prior to the expiration of a one-year distribution compliance period in the case of equity securities, must send a confirmation or other notice to foreign purchasers stating that such purchasers are subject to the same restrictions on offers and sales that apply to a distributor.

This Memorandum does not constitute an offer to sell or a solicitation of an offer to buy to anyone in any jurisdiction in which such offer or solicitation would be unlawful or is not authorized or in which the person making such offer or solicitation is not qualified to do so.

Attempted compliance with any rule in Regulation S does not act as an exclusive election; the Company may also claim the availability of any applicable exemption from the registration requirements of the Securities Act. The availability of the Regulation S safe harbor to offers and sales that occur outside of the United States will not be affected by the subsequent offer and sale of these securities into the United States or to U.S. persons during the distribution compliance period, as long as the subsequent offer and sale are made pursuant to registration or an exemption therefrom under the Securities Act.

During the course of the Offering and prior to any sale, each Offeree of the Units and his or her professional advisor(s), if any, are invited to ask questions concerning the terms and conditions of the Offering and to obtain any additional information necessary to verify the accuracy of the information set forth herein. Such information will be provided to the extent the Company possess such information or can acquire it without unreasonable effort or expense.

**FOREIGN JURISDICTIONAL LEGEND**

**FOR PERSONS WHO ARE NEITHER NATIONALS, CITIZENS, RESIDENTS NOR ENTITIES OF THE UNITED STATES:** THESE SECURITIES HAVE NOT AND WILL NOT BE REGISTERED UNDER THE U.S. SECURITIES ACT AND, INSOFAR AS SUCH SECURITIES ARE OFFERED AND SOLD TO PERSONS WHO ARE NEITHER NATIONALS, CITIZENS, RESIDENTS NOR ENTITIES OF THE UNITED STATES, THEY MAY NOT BE TRANSFERRED OR RESOLD DIRECTLY OR INDIRECTLY IN THE UNITED STATES, ITS TERRITORIES OR POSSESSIONS, RESIDENTS OR ENTITIES NORMALLY RESIDENT THEREIN (OR TO ANY PERSON ACTING FOR THE ACCOUNT OF ANY SUCH NATIONAL, CITIZEN, ENTITY OR RESIDENT). FURTHER RESTRICTIONS ON TRANSFER WILL BE IMPOSED TO PREVENT SUCH SECURITIES FROM BEING HELD BY UNITED STATES PERSONS.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

### CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Memorandum and the exhibits attached hereto include *"forward-looking statements"* within the meaning of the Securities Act of 1933. All statements other than statements of historical fact are forward-looking statements.

Forward-looking statements are subject to certain risks, trends and uncertainties that could cause actual results to differ materially from those projected. Among those risks, trends and uncertainties are the Company's ability to raise sufficient working capital to carry out the business plans, the long-term efficacy of the business plans, the ability to protect its intellectual property, and general economic conditions.

Although we believe that in making such forward-looking statements, expectations are based upon reasonable assumptions; such statements may be influenced by factors that could cause actual outcomes and results to be materially different from those projected. We cannot assure you that the assumptions upon which these statements are based will prove to have been correct.

When used in this Memorandum, the words *"expect," "anticipate," "intend," "plan," "believe," "seek," "estimate"* and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. Because these forward-looking statements involve risks and uncertainties, actual results could differ materially from those expressed or implied by these forward-looking statements for a number of important reasons, including those discussed under *"Risk Factors"* and elsewhere in this Memorandum.

You should read these statements carefully because they discuss the Company's expectations about its future performance, contain projections of its future operating results or its future financial condition, or state other *"forward-looking"* information. Before you invest in the Units, you should be aware that the occurrence of any of the contingent factors described under *"Risk Factors"* could substantially harm the business, results of operations and financial condition. Upon the occurrence of any of these events, you could lose all or part of your investment.

We cannot guarantee any future results, levels of activity, performance or achievements. Except as required by law, we undertake no obligation to update any of the forward-looking statements in this Memorandum after the date of this Memorandum.

[*Remainder of Page Intentionally Left Blank*]

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

### ABOUT THIS MEMORANDUM

The terms "the "Company," "us," "our" and "we," as used in this Memorandum, refer to Fidelis Financial Planning LLC, a Delaware limited liability company.

You should rely <u>only</u> on the information contained in this Memorandum. The Company has not authorized any other person to provide you with different information. If anyone provides you with different or inconsistent information, you should not rely on it. The Company is not making an offer to sell these securities in any jurisdiction where the offer or sale is not permitted. You should assume that the information appearing in this Memorandum is accurate as of the date on the front cover of this Memorandum only. The Company's business, financial condition, results of operations and prospects may have changed since that date.

The following term sheet summarizes the basic terms and conditions on which the Company proposes to sell the Units to certain accredited investors in an exempt offering, subject to documentation in definitive subscription agreements and to completion of all appropriate due diligence investigations. This summary is qualified in its entirety by the more detailed information appearing elsewhere in this Memorandum and in the documents relating to this transaction, including, without limitation, the Company's articles of organization, limited liability company operating agreement, and the subscription agreement for the Units.

### MEMORANDUM SUMMARY

**The Business:** The Company is an early stage company that has been organized to operate as a lending company to merchant cash advance businesses, who in turn, provide cash advance financing to small and mid-sized businesses in need of working capital as an alternative to traditional business loan financing. The Company will accept monies from investors who will get a monthly return on investment

**The Company:** The Company was organized on April 5, 2018, as a Delaware limited liability company. The Company has generally been involved in limited activities, including organizational activities and fundraising since its formation. Accordingly, we have a limited operating history upon which you may evaluate our business and prospects. The Company's headquarters is located at 1615 Forum Place, #500, West Palm Beach, Florida 33401; telephone: (561) 623-0913.

**The Offering:** The Company proposes to sell the Units only to certain accredited investors in an exempt, unregistered offering, through general solicitation, subject to documentation in definitive subscription agreements and qualifying accredited investor questionnaires and verification letters.

**Size of Offering:** The Company is offering up to 400 units (the "<u>Units</u>") of its securities at an offering price of $50,000 per Unit for an aggregate offering price of $20,000,000 (the "<u>Offering</u>"). Each Unit will consist of fifty (50) $1,000 principal amount 12-month 9%-15% promissory notes. Each promissory note is an unsecured debt security with a principal amount face value of $1,000 that matures in 12 months with a 9%-15% annualized interest rate (the "<u>Notes</u>"), subject to the terms of the Notes as more fully described in the form of promissory note attached hereto as Appendix C. The minimum subscription by an investor is one Unit ($50,000 minimum investment). The Company reserves the right in its sole discretion to sell fractionalized Units and/or Notes, and may also accept investments of less than one Unit. There is no minimum aggregate amount of subscriptions that is required for the initial acceptance of subscriptions and there is no offering escrow.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

| | |
|---|---|
| **Price Per Unit:** | $50,000 (comprised of fifty $1,000 Notes per Unit) |
| **Maturity Date:** | Each Note issued will mature 12 months after the date ("Maturity Date") on which the Company executes a notice of acceptance ("Notice of Acceptance") in connection with such issued Note(s). See "Acceptance" below. |
| **Interest:** | The holders of the Notes will be entitled to receive simple interest at an annualized rate of 9%-15% of the principal amount per Note held by each such respective investor, payable on a monthly basis whenever funds are legally available and when and as declared by the Company. Interest shall accrue from the Date of Acceptance (as defined below). The entire principal shall be due and payable to the investor no later than the Maturity Date. |

We intend to make payments under the Notes as follows:

- Monthly interest payments only.
- Upon Maturity Date, return balance of principal.

Interest on Notes will be computed on the basis of a 360-day year comprised of twelve 30-day months. Interest will begin to accrue on the 10th day or 25th day of each month depending upon the date on which payment for the Note was received by the Company. Applicable return payments will be made on 13th or the 28th of each month thereafter, in arrears, as appropriate.

The Company may at any time or from time to time make a voluntary prepayment, plus any accrued interest at a prorated rate, whether in full or in part, of the Notes, without premium or penalty. No interest shall accrue past the date of a pre-payment in full of any such Note.

| | |
|---|---|
| **Security:** | The Notes will be unsecured debt. |
| **Acceptance:** | The Notes will begin to accrue interest from the date ("Date of Acceptance") on which the Company executes a notice of acceptance ("Notice of Acceptance") in connection with each such respective investor's subscription payment. Such Notice of Acceptance shall be in a form substantially similar to the form of Notice of Acceptance attached hereto as Appendix D. Execution of Notice of Acceptance must occur within 30 days of each such respective subscription payment or else such subscription payment will be deemed rejected by the Company and subsequently returned to the investor. |
| **No Redemption:** | The Notes may not be redeemed by the holders. |
| **Use of Proceeds:** | We intend to use the net proceeds from the sale of the Units for making loans to merchant cash advance businesses, general and administrative, working capital requirements, and other general corporate purposes, with broad discretion by the management of the Company (see "USE OF PROCEEDS" below). |

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

**Company**
**Capitalization**:    The following table sets forth the consolidated capitalization of the Company as of May 1, 2018 and as adjusted to give retroactive effect to the issuance and sale of the maximum number of Units offered hereby. See the "DESCRIPTION OF SECURITIES" section below.

| Securities Authorized | Shares Outstanding Prior to Offering | Shares Outstanding After Offering, as Adjusted for Maximum Subscription |
|---|---|---|
| Membership Interests | 100 | 100 |

**Ownership in**
**The Company:**    This table sets forth, as of May 1, 2018, the beneficial ownership of the Company's membership interests: (i) by managers and officers of the Company, (ii) by persons who own 5% or more of such securities, and (iii) by the managers and officers as a group. The total aggregate number of issued and outstanding membership interests prior to this Offering is 100. No membership interests are being offered in this Offering.

| | Membership Interests | Percentage Prior to Offering | Percentage After Offering |
|---|---|---|---|
| United Fidelis Group LLC** | 100 | 100% | 100% |
| Michael C. Furman* | 0 | 0% | 0% |
| **All Managers and Officers as a group.** | **100** | **100%** | **100%** |

\* Officer
\*\* Sole Manager

**The Manager**:    The Company's sole manager is United Fidelis Group LLC (the "Manager"), a Florida limited liability company formed on May 13, 2015, and owned and operated by Michael C. Furman. See "MANAGEMENT" below.

**The Manager(s)**
**and Voting Rights:**    The Company is a manager-managed limited liability company. The members of the Company, in their capacity as members, have no authority to govern the affairs of the Company other than to vote to elect and remove Manager. The Company is not offering any membership interests in this Offering, and investors who purchase the Units will have no equity interest in the Company and will not be members of the Company. Accordingly, investors in this Offering will have no voting or governance rights whatsoever, and no ability to elect or remove the Manager.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

| | |
|---|---|
| **Proposed Plan Of Distribution**: | The Offering will be conducted by the Company on a best efforts basis through its Managers and/or officers, none of whom will be entitled to any commission or other special consideration for their selling efforts. The Company may elect, at its discretion, to engage the services of a qualified broker-dealer(s) or outside salesperson(s) in connection with the Offering, subject to applicable securities laws. |
| **Investor Suitability Requirements:** | An investment in the Units and the underlying securities involves a high degree of risk and is suitable only for accredited investors who have no need for liquidity of investment and understand and can afford the high financial risks of such investment. It is expected that the Company will accept subscriptions for the Units only from investors who are "accredited" within the meaning of Regulation D under the Securities Act of 1933, as amended. In the case of individuals, persons who have had income of $200,000 (or joint income with spouse of $300,000) or more during the last two years and the same is reasonably expected for the current year, as well as persons with a net worth of $1,000,000, excluding the value of the primary residence, are accredited. See "INVESTOR SUITABILITY REQUIREMENTS" below. |
| **Subscription Agreement**: | The Units investment will be made pursuant to a subscription agreement ("Subscription Agreement") between the Company and each investor, which agreement will contain, among other things, certain representations, warranties and covenants of the investor. |
| **Risks:** | See "RISK FACTORS" and the other information included in this Memorandum for a discussion of factors you should carefully consider before deciding to invest in the Units. |
| **Available Information**: | Michael C. Furman, the Company's President, will be available upon request to answer questions concerning the terms of this Offering, to provide any reasonably requested information necessary to verify the accuracy of the information contained in this Memorandum and to provide such other information reasonably requested by prospective investors as they deem necessary for the purposes of considering an investment in the Company. Mr. Furman can be reached by telephone at (561) 623-0913, or by e-mail at MFurman@UnitedFidelisGroup.com. |

[*Remainder of Page Intentionally Left Blank*]

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

## TERMS OF THE OFFERING

**Offering of Units**

The Units are being offered to a limited number of accredited investors who meet the suitability requirements set forth below. See "INVESTOR SUITABILITY REQUIREMENTS" below. We are offering for sale up to 400 units (the "Units") of debt securities at an offering price of $50,000 per Unit for an aggregate offering price of $20,000,000 (the "Offering"). Each Unit will consist of fifty (50) $1,000 principal amount 12-month 9%-15% promissory notes. Each promissory note is an unsecured debt security with a principal amount face value of $1,000 that matures in 12 months with a 9%-15% annualized interest rate (the "Notes"). The minimum subscription by an investor is one Unit ($50,000 minimum investment). The Company reserves the right in its sole discretion to sell fractionalized Units and/or Notes, and may also accept investments of less than one Unit.

There is no minimum aggregate amount of subscriptions that is required for the initial acceptance of subscriptions and there is no offering escrow. The Offering will commence promptly after the date of this Memorandum and will terminate on the earlier of (i) 12 months from the date of this Memorandum, or (ii) upon the sale of all 400 Units being offered hereby. The Company reserves the right to terminate or extend this Offering at any time without notice as deemed necessary in the sole discretion of the Company's management.

**Plan of Distribution**

General. The Units will be offered and sold on behalf of the Company by certain managers, officers, and/or other employees of the Company.

Units will be issued to investors upon our acceptance of an investor's subscription. We shall have the sole discretion to accept or reject individual subscriptions. Neither our managers, officers, nor employees are entitled to compensation for their services in offering and selling the Units.

No Federal Registration. The Units are not being registered for sale as securities under the Securities Act of 1933 (the "Securities Act") in reliance upon all available and applicable exemptions from registration under the Securities Act, including, but not limited to, Rule 506(c) of Regulation D (as may be amended from time to time) under the Securities Act.

Method of Subscription. Investors may subscribe to purchase the Units by (a) completing, dating and signing the Subscription Agreement accompanying this Memorandum, and (b) delivering the signed documents to us (or placement agent, if any) and making payment in accordance with the Subscription Agreement accompanying this Memorandum. We reserve the right to accept or reject any subscription in whole or in part. If accepted in part, the rejected portion of the investor's subscription will be refunded to the investor (together with accrued interest thereon, if any). No offer and sale of our Units shall be considered to have been made until a fully completed set of subscription documents has been received and approved by our management.

## INVESTOR SUITABILITY REQUIREMENTS

**General**

An investment in the Company involves risk and is suitable only for persons of adequate financial means who do not have liquidity requirements with respect to this investment and who can bear the economic risk of investment losses up through a complete loss of the investment made hereby. This offering is made in reliance on exemptions from the registration requirements of the Securities Act and applicable state securities laws and regulations.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

The suitability standards discussed below represent minimum suitability standards for prospective investors. The satisfaction of such standards by a prospective investor does not necessarily mean that our securities are a suitable investment for such prospective investor. Prospective investors are encouraged to consult their personal financial advisors to determine whether the investment is appropriate.

In the form of a subscription agreement, we will require each investor to represent in writing, among other things, that (i) by reason of the investor's business or financial experience or that of the investor's professional advisor, the investor is capable of evaluating the merits and risks of an investment in the Company and of protecting its own interests in connection with the transaction, (ii) the investor is acquiring the Units in the Company for its own account, for investment only and not with a view toward the resale or distribution thereof, (iii) the investor is aware that neither the Units, nor the underlying securities, have been registered under the Securities Act or any state securities laws and that transfer thereof is restricted by the Securities Act and applicable state securities laws, (iv) the investor is aware of the absence of a market for the Units and underlying securities, and (v) such investor meets the suitability requirements set forth below.

## Suitability

Our securities may be sold to an unlimited number of natural persons who have a net worth in excess of $1,000,000, excluding value of primary residence; a net income of $200,000 per year; or a net income with their spouse of $300,000 per year; or who are otherwise "accredited investors" as defined in Regulation D under the Securities Act.

## Accredited Investors

To be an accredited investor, an investor must fall within ANY of the following categories at the time of the sale of a Unit(s) to that investor:

(1) A natural person whose individual net worth, or joint net worth with that person's spouse, at the time of such person's purchase of our securities, exceeds $1,000,000, excluding value of primary residence; or a natural person who had an individual income in excess of $200,000 in each of the two most recent years or joint income with that person's spouse in excess of $300,000 in each of those years and has a reasonable expectation of reaching the same income level in the current year;

(2) A trust with total assets in excess of $5,000,000, not formed for the specific purpose of acquiring the securities offered hereby, whose purchase is directed by a sophisticated person as described in Rule 506(b)(2)(ii) of Regulation D;

(3) An organization described in Section 501(c)(3) of the U.S. Internal Revenue Code, a limited liability company, a corporation, a Massachusetts or similar business trust, or a partnership, not formed for the specific purpose of acquiring the Units, with total assets in excess of $5,000,000;

(4) A bank as defined in Section 3(a)(2) of the Securities Act, or a savings and loan association or other institution as defined in Section 3(a)(5)(A) of the Securities Act, whether acting in its individual or fiduciary capacity; a broker or dealer registered pursuant to Section 15 of the Securities and Exchange Act of 1934 (the "Exchange Act"); an insurance company as defined in Section 2(13) of the Securities Act; an investment company registered under the Investment Company Act of 1940 or a business development company as defined in Section 2(a)(48) of the Investment Company Act; a Small Business Investment Company licensed by the United States Small Business Administration under Section 301(c) or (d) of the Small Business Investment Act of 1958; a plan established and maintained by a state, its political subdivisions, or any agency or instrumentality of a state or its political subdivisions, for the benefit of its employees, if such plan has total assets in excess of $5,000,000; an employee benefit plan within the meaning of the Employee Retirement Income Security Act of 1974, if the investment decision is made by a plan fiduciary, as defined in Section 3(21) of the Employee Retirement Income Security Act, which is either a bank, savings and loan association, insurance company, or registered investment advisor, or if the

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

employee benefit plan has total assets in excess of $5,000,000 or, if a self-directed plan, with the investment decisions made solely by persons that are accredited investors;

(5) A private business development company as defined in Section 202(22) of the Investment Advisers Act of 1940;

(6) An executive officer or other person otherwise deemed an insider of the Company; and

(7) An entity in which all of the equity owners are accredited investors (as defined above).

As used in this Memorandum, the term "net worth" means the excess of total assets over total liabilities, excluding value of primary residence. In determining income, an investor should add to the investor's adjusted gross income any amounts attributable to tax exempt income received, losses claimed as a limited partner in any limited partnership, deductions claimed for depletion, contributions to an IRA or KEOGH retirement plan, alimony payments, and any amount by which income from long-term capital gains has been reduced in arriving at adjusted gross income.

In order to meet the conditions for exemption from the registration requirements under the securities laws of certain jurisdictions, investors who are residents of such jurisdictions may be required to meet additional suitability requirements.

### PROCEDURE TO PURCHASE SECURITIES

The suitability standards discussed under "INVESTOR SUITABILITY REQUIREMENTS" above represent minimum suitability standards for prospective investors. Each prospective investor, together with his, her or its investment, tax, legal, accounting and other advisors, should determine whether this investment is appropriate for such investor.

Each investor who wishes to subscribe for Units must provide the Company with the following documents:

(1) A completed and executed Subscription Agreement and Accredited Investor Questionnaire and Verification Letter (which accompany this Memorandum); and

(2) A check for the full purchase price of the securities for which the investor subscribes, payable to "Fidelis Financial Planning LLC" or a wire transfer to the Company's bank account. Checks should be mailed to the Company at the following address: Fidelis Financial Planning LLC, 1615 Forum Place, #500, West Palm Beach, Florida 33401.

To wire funds to the Company, use the following wire transfer instructions:

**Bank**: Wells Fargo, N.A.
420 Montgomery St.
San Francisco, CA 94104

**Name on Account**: Fidelis Financial Planning, LLC

**Checking Account**: 9812862432

**Routing #**: (RTN/ABA) 121000248

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

## THE COMPANY

The Company is an early-stage, manager-managed, Delaware limited liability company organized on April 5, 2018. The Company's principal business address is located at 1615 Forum Place, #500, West Palm Beach, Florida 33401. The Company's telephone number is (561) 623-0913. The Company is managed by United Fidelis Group LLC, which is owned and operated by Michael C. Furman, who also serves as the Company's President. See "MANAGEMENT" below.

The Company was formed to operate as a lending company to merchant cash advance businesses, who in turn, provide cash advance financing to small and mid-sized businesses in need of working capital as an alternative to traditional business loan financing.

## RISK FACTORS

**An investment in the Company's securities involves substantial risk. Prospective investors should consider carefully the factors referred to below as well as others associated with their investment. In addition, this Memorandum contains forward-looking statements regarding future events and the future financial performance of the Company that involve significant risks and uncertainties. Investors are cautioned that such statements are predictions and beliefs of the Company, and the Company's actual results may differ materially from those discussed herein. The discussion below includes some of the material risk factors that could cause future results to differ from those described or implied in the forward-looking statements and other information appearing elsewhere in this Memorandum. If any of the following risks, or any additional risks and uncertainties not listed below and not presently known to us, actually occur, our business could be harmed or fail. In such case, you may lose all or part of your investment.**

The following risk factors, in addition to those discussed elsewhere in this Memorandum, should be carefully considered when evaluating the Company as an investment opportunity.

**General Risks Associated with an Early Stage Company**

**We have a limited operating history upon which you may evaluate us**. The Company was formed on March 15, 2018 as a Delaware limited liability company. The Company has a limited operating history upon which you may evaluate our business and prospects. We have already begun limited operations and are generating revenues. See "FINANCIAL INFORMATION" below. Our business and prospects must be considered in light of the risk, expense, and difficulties frequently encountered by companies in early stages of development, particularly companies in highly competitive and evolving markets. If we are unable to effectively allocate our resources, generate sales or obtain and grow our customer base, our business operating results and financial condition would be adversely affected and we may be unable to execute our business plan, and our business could fail.

**Our success is dependent on our management and key personnel.** We believe that our success will depend on the continued expertise of Michael C. Furman, the Company's President, who is also the owner and operator of the Company's sole Manager, United Fidelis Group LLC. Moreover, there could be adverse consequences to the Company in the event that any of our senior management ceases to be available to the Company. The success of the Company is therefore expected to be significantly dependent upon the expertise and efforts of these individuals. Our success may also depend on the assistance of advisors. If any of our senior management, or any of our advisors, if any, were unable or unwilling to continue in their positions, our business and operations could be disrupted or fail.

**Management has broad discretion as to the use of proceeds**. The net proceeds from this Offering will be used for the purposes described under "USE OF PROCEEDS." The Company reserves the right to use the funds obtained from this Offering for other similar purposes not presently contemplated, which it deems to be in the best interests of the Company and its stakeholders in order to address changed

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

circumstances or opportunities. As a result of the foregoing, the success of the Company will be substantially dependent upon the discretion and judgment of management with respect to application and allocation of the net proceeds of this Offering. Investors for the Units offered hereby will be entrusting their funds to the Company's management, upon whose judgment and discretion the investors must depend.

**Management has voting control of the Company**. The Company is a manager-managed limited liability company. The members of the Company, in their capacity as members, have no authority to govern the affairs of the Company, and only limited voting rights to elect and remove the Manager in accordance with the provisions of the Company's Operating Agreement. The Manager of the Company is already in place, and he presently holds all of the membership securities in the Company and expects to continue to hold such interests after the Offering. Investors in this Offering are not being offered membership interests and accordingly are not members of the Company and have no governance or voting authority or rights.

**Actual results of operations will vary from the Company's projections.** Management has prepared projections regarding the Company's anticipated financial performance. The Company's projections are hypothetical and based upon a presumed financial performance of the Company's business and other factors influencing our business. The projections are based on management's best estimate of the probable results of operations of the Company, based on present circumstances, and have not been reviewed by any independent accountants. Any projected financial results prepared by or on behalf of the Company have not been independently reviewed, analyzed, or otherwise passed upon. Such "forward-looking" statements are based on various assumptions, which assumptions may prove to be incorrect. Such assumptions include but are not limited to (i) anticipated demand for our services, (ii) anticipated costs associated with sales and marketing, and (iii) anticipated procurement and retention of a customer base. Some assumptions upon which the projections are based, however, invariably will not materialize due the inevitable occurrence of unanticipated events and circumstances beyond our control. Therefore, actual results of operations will vary from the projections, and such variances may be material. Assumptions regarding future changes in sales and revenues are necessarily speculative in nature. In addition, projections do not and cannot take into account such factors as general economic conditions, unforeseen regulatory changes, the entry of additional competitors into our target market, the terms and conditions of future capitalization, and other risks inherent to our business. Accordingly, there can be no assurance that such projections, assumptions, and statements will accurately predict future events or actual performance. Any projections of cash flow should be considered speculative and are qualified in their entirety by the assumptions, information and risks disclosed in this Memorandum. Investors are advised to consult with their own independent tax and business advisors concerning the validity and reasonableness of the factual, accounting and tax assumptions. No representations or warranties whatsoever are made by the Company, its affiliates or any other person or entity as to the future profitability of the Company or the results of making an investment in the Units.

**We may not effectively manage growth.** The anticipated growth of the Company's business will result in a corresponding growth in the demands on the Company's management and its operating infrastructure and internal controls. While we are planning for managed growth, any future growth may strain management resources and operational, financial, human and management information systems, which may not be adequate to support the Company's operations and will require the Company to develop further management systems and procedures. There can be no guarantee that the Company will be able to develop such systems or procedures effectively on a timely basis. The failure to do so could have a material adverse effect upon the Company's business, operating results and financial condition.

**Our efficiency may be limited while our current employees and future employees are being integrated into our operations**. In addition, we may be unable to find and hire additional qualified management and professional personnel to help lead us. There is intense competition for qualified personnel in the area of the Company's activities, and there can be no assurance that the Company will be able to attract and retain qualified personnel necessary for the development of our business.

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

In addition, there is a risk of a conflict of interest between the interests of our management and key technical personnel, and the interests of the Company, as well as their interests in other potential unrelated activities. If such conflicts arise, this could have a material adverse impact on the Company's business.

**The Company may not be able to compete effectively with competitors**. The Company will compete with other companies that lend to small and mid-sized businesses. These companies include traditional banks, merchant cash advance providers, and newer, technology-enabled lenders. In addition, other technology companies that primarily lend to individual consumers have already begun to focus, or may focus in the future, their efforts on funding merchant cash advance businesses. In some cases, competitors focus their marketing on the Company's industry sectors and seek to increase funding merchant cash advance businesses and other financial relationships with specific industries such as restaurants. In other cases, some competitors may offer a broader range of financial products to the Company's clients, and some competitors may offer a specialized set of specific products or services. Many, if not all, of these competitors have greater brand recognition, and greater financial, marketing, and other resources than the Company, and may be able to attract customers more effectively. Consequently, such competitors may be in a better position than the Company to take advantage of customer acquisition and business opportunities and devote greater resources to marketing and sale of their product offerings.

When new competitors seek to enter one of the Company's markets, or when existing market participants seek to increase their market share, they sometimes undercut the pricing and/or credit terms prevalent in that market, which could adversely affect the Company's market share or ability to exploit new market opportunities. In the future, the Company's pricing and credit terms could deteriorate if it acts to meet these competitive challenges, which could adversely affect business, results of operations, financial condition and future growth. There cannot be any certainty that the Company will be able to compete successfully.

**Increased IT security threats and more sophisticated and targeted computer crime could pose a risk to our systems, networks, products, solutions and services.** Increased global IT security threats and more sophisticated and targeted computer crime pose a risk to the security of our systems and networks and the confidentiality, availability and integrity of our data. While we intend to mitigate these risks by employing a number of measures, including employee training, comprehensive monitoring of our networks and systems, and maintenance of backup and protective systems, our systems, networks, products, solutions and services remain potentially vulnerable to advanced persistent threats. Depending on their nature and scope, such threats could potentially lead to the compromising of confidential information, improper use of our systems and networks, manipulation and destruction of data, downtimes and operational disruptions, which in turn could adversely affect our reputation, competitiveness and results of operations.

**There may be unanticipated obstacles to the execution of the Company's business plan**. The Company's business plans may change significantly. Our business plan is capital intensive. We believe that our chosen activities and strategies are achievable in light of current economic and legal conditions with the skills, background, and knowledge of our principals and advisors. Our management reserves the right to make significant modifications to its stated strategies depending on future events.

**Our business plan is unproven**. Although the cash advance and alternative lending industry has generally moved in the direction of adoption by the broad small business market over the past five to ten years, the success of our business depends on the continuation of the trend toward utilizing cash advance financing as a viable alternative to standard business loans for the small businesses. Our target market may not fully embrace our services and our business objectives may fail to materialize as projected and our business may fail. Accordingly, investors could face a total or partial loss of their investment.

# Confidential Offering Memorandum • Fidelis Financial Planning LLC

**General Risks Associated with our Business**

**We may be unable to recognize or act upon an operational or financial problem with a debtor in a timely fashion so as to prevent a credit loss of loans made to that debtor.** Our debtors may experience operational or financial problems that, if not timely addressed by us, could result in a substantial impairment or loss of the value of our loans, and the collateral underlying our purchases or loans. We may fail to identify problems because a debtor did not report them in a timely manner or, even if the debtor did report the problem, we may fail to address it quickly enough or at all. As a result, we could suffer credit losses, which could have a material adverse effect on our revenues, net income and results of operations.

**The loans we hold may decline in value.** As with any investment, there is a risk that the value of the loans we hold may fall. The performance of these loans is subject to numerous factors which are neither within the control of nor predictable by us. These factors include a wide range of economic, political, competitive and other conditions (including catastrophic events such as acts of war or terrorism), which may affect investments. In recent years, the financial markets have become increasingly volatile, which may adversely affect our ability to collect on the receivables we purchase by impacting account debtors. As a result of the nature of our business activity, which is based on making loans, it is possible that our financial performance may fluctuate substantially from period to period.

**We may be affected by changes in interest rates.** Our loans are fixed interest-based and are therefore subject to interest rate risk. Should interest rates rise significantly, we would need to re-negotiate our rates, and there are no assurances that we will be able to increase our rates without losing debtors. There is also the general risk that interest rate changes may affect debtors and account debtors negatively, thereby impacting our ability to collect on our loans.

**The value of our portfolio is subject to credit and financing risks.** There are two components to financing risk. The first component is the impact on our portfolio resulting from changes in the cost of financing. The portfolio may be adversely affected by an increase in funding costs. The second component is lender risk or the risk that credit conditions or lender terms change, causing a credit squeeze. To the extent we utilize outside financing, a sudden, significant change in financing terms may adversely impact the value of our portfolio.

**The value of our portfolio is subject to risks from unanticipated events.** Event risk is the risk of an unexpected event that adversely shifts market valuations. For example, a sudden decline in a debtor's business or the default by a major debtor on its debt could have sudden, unexpected negative impact on our portfolio. While it is impossible to predict such occurrences or their exact effect, we believe that maintaining some degree of portfolio diversification may provide some offset to the negative impact of such an event.

**The value of our portfolio is subject to risks from inflation.** Because our loans are generally short term in nature, we usually are not concerned about the impact of inflation. However, inflation is a general risk that may affect our debtors thereby impacting our ability to collect on our loans.

**Our portfolio has very limited liquidity.** Loans that we make will be illiquid. If a loan becomes uncollectible, we could have difficulty unwinding our position at a desirable price. We might suffer significant losses if forced to unwind an illiquid investment or loan as a result of changing market conditions or as a result of other factors.

**We may be adversely affected by defaults or bankruptcies of third parties.** We engage in transactions in loans that involve third parties (merchant cash advance debtors), the companies who are the debtors under the loan transactions we enter into. Under certain conditions, we could suffer losses if a third-party debtor to a transaction were to default even though we can look to our debtors if they do not pay for any reason. Despite our ability to look to our debtors for payment, we may be unable to collect from our debtors for any number of reasons beyond our control, including financial distress of our debtors.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**General economic conditions may have a significant impact on our performance.** Our financial performance is subject to factors such as business confidence, inflation, interest rates, money supply, growth prospects, and increased labor and employee costs. Delinquencies and credit losses generally increase during economic slowdowns and recessions. Because we fund primarily small to medium sized businesses, many of our debtors may be particularly susceptible to economic slowdowns or recessions that could impair a debtor's cash flow or lead to other events, such as bankruptcy, which could limit our ability to collect on the loans we make to debtors. Unfavorable economic conditions could also increase our funding costs, limit our access to capital or result in a decision by our lenders not to extend credit to us. Any substantial deterioration in general economic conditions in the United States could have a material adverse effect on our financial condition and results of operations.

**Our profitability is dependent on the cost of capital.** Our profitability is dependent on our ability to offer loans at competitive prices. Various factors beyond our control may affect our cost of capital. While we have been able to anticipate and react to changing costs to date through our financing practices, capital structure, and price adjustments, there can be no assurance that we will be able to do so in the future.

**We may have a high concentration of loans to businesses in a few industries.** While we intend to maintain certain diversification requirements and allocate our capital among a number of different industries, it is nevertheless possible that a large portion of our capital may be loaned to one or a small number of debtors. The concentration of our portfolio in any one debtor, industry, or strategy would subject us to a greater degree of risk with respect to the failure of one or a few debtors or with respect to economic downturns in relation to such industry.

**The use of leverage may increase our risk of loss.** We intend to use leverage, which includes the use of borrowed funds.  While such strategies and techniques increase the opportunity to achieve higher returns on the amounts invested, they also increase the risk of loss. To the extent we make loans with borrowed funds, our net assets will tend to increase or decrease at a greater rate than if borrowed funds are not used.  If the interest expense on borrowings were to exceed the net return on the portfolio of loans with borrowed funds, our use of leverage would result in a lower rate of return than if we were not leveraged.

The use of leverage, while providing the opportunity for a higher return on loans, also increases the volatility of such loans and the risk of loss. Investors should be aware that a lending program utilizing leverage is inherently more speculative, with a greater potential for losses, than a program that does not utilize leverage.

**We are not registered with any governmental or regulatory body.** The Company is not registered with, or subject to the supervision of, any governmental or regulatory body. Consequently, investors will not benefit from some of the protections afforded by such registration, including oversight by the SEC, FDIC or any other regulatory authority.

**We may incur liability under state usury laws or other state laws and regulations if any of our funding arrangements are deemed to exceed interest rate limits.** Various state laws and regulations limit the interest rates, fees and other charges lenders are allowed to charge their borrowers. Such laws and regulations limit the interest rates, fees and other charges we are able to charge our debtors and if any such transactions are deemed to exceed any interest rate limits that may apply at the time, then we may become subject to penalties under such state laws and regulations. This could have a material adverse effect on our business, financial condition, liquidity and results of operations.

**We may not have all of the material information relating to a potential debtor at the time that we make a credit decision with respect to that potential debtor or at the time we advance funds to the debtor.** There is generally a limited amount of information that is publicly available about the privately-owned companies to which we make loans. We attempt to obtain information from data filed by our debtors with governmental agencies or third parties. However, we must rely on our debtors and the due diligence efforts of our employees to obtain the information that we consider when making our credit decisions. To some extent, our employees depend and rely upon the management of these companies to provide full and

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

accurate disclosure of material information concerning their business, financial condition and prospects. If we do not have access to all of the material information about a particular debtor's business, financial condition and prospects, or if a debtor's accounting records are poorly maintained or organized, we may not make a fully informed credit decision which may lead, ultimately, to a failure or inability to collect on our loans in their entirety.

### Risks Associated with the Cash Advance Business

The Company's business involves lending funds to merchant cash advance businesses. Accordingly, such businesses have historically been, and may in the future remain, more likely to be affected or more severely affected than large enterprises by adverse economic conditions. These conditions may result in a decline in the demand for merchant cash advance businesses by potential customers, higher default rates by future customers, or slower rates of receiving cash advance income from third-party debtors. If any merchant cash advance businesses' future receivables are lower than the Company projected, collection of the merchant cash advance businesses' income will take longer than projected, which could result in a loss of income to the Company.

The Company will also bear a loss of income if the customer fails to generate future business sufficient to deliver the total amount of cash advance income the merchant cash advance businesses expect. If a customer defaults on a cash advance, the cash advance enters a collections process where systems and collections teams initiate contact with the customer for payments owed. If a cash advance contract is subsequently charged off, the merchant cash advance business will generally sell the contract to a third-party collection agency and receive only a small fraction of the remaining amount payable to that merchant cash advance business in exchange for the sale. There can be no assurance that economic conditions, demand for cash advances, or default rates by customers will remain favorable for the merchant cash advance businesses, which will ultimately affect the Company's business. Reduced demand for cash advances would negatively impact merchant cash advance businesses growth and revenue, while increased default rates by cash advance customers may inhibit merchant cash advance businesses' access to capital and negatively impact profitability. Furthermore, if an insufficient number of qualified small businesses apply for the cash advances, merchant cash advance businesses and the Company's growth and revenue could decline.

**The Company's business may be adversely affected by disruptions in the credit markets, including reduced access to credit.** The Company is reliant on debtor's ability to access credit. Merchant cash advance businesses depend, at least in part, on debt facilities and other forms of debt in order to finance a portion, if not all, of the cash advances they make to their customers. However, merchant cash advance businesses cannot guarantee that these financing sources will continue to be available beyond the current maturity date of each debt facility, on reasonable terms, or at all. As the volume of cash advances made by the merchant cash advance businesses increases, it may become necessary to expand their borrowing capacity on existing debt facilities and other debt arrangements or the addition of new sources of capital. The availability of these financing sources depends on many factors, some of which are outside of merchant cash advance businesses' and therefore the Company's control. Merchant cash advance businesses may also experience the occurrence of events of default or breaches of financial or performance covenants under its debt agreements, which could reduce or terminate its access to institutional funding.

**If customers provide information to merchant cash advance businesses that is incorrect or fraudulent, merchant cash advance businesses may misjudge a customer's qualification to receive a cash advance and as a result, their operating results as well as ours may be harmed.** Merchant cash advance businesses' decisions are based partly on information provided by their applicants. To the extent that these applicants provide information in a manner that merchant cash advance businesses are unable to verify, it may not be able to accurately determine the associated risk. Inaccurate analysis of credit data that could result from false cash advance application information could harm various merchant cash

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

advance businesses' reputation, business and operating results. This would have a knock-on affect on the Company's own ability to conduct business operations.

While merchant cash advance businesses intend to use identity and fraud checks analyzing data provided by external databases to authenticate each customer's identity, there is a risk that these checks could fail, and fraud may occur. Merchant cash advance businesses may not be able to recoup funds underlying cash advances made in connection with inaccurate statements, omissions of fact or fraud, in which case its revenue, operating results and profitability will be harmed. Fraudulent activity or significant increases in fraudulent activity could also lead to regulatory intervention, negatively impact operating results, brand and reputation, and require merchant cash advance businesses to take steps to reduce fraud risk, which could increase their costs. This may, in turn, put the Company at greater risk to recoup loans made to such merchant cash advance businesses.

**Inability to effectively forecast loss rates may negatively impact operating results**. In making a decision whether to enter into a cash advance agreement with prospective customers, merchant cash advance businesses rely on a evaluation process. If this system fails to adequately predict the projected income of potential customers, or if any information pertaining to the prospective customer is false, inaccurate, or incomplete, and the system fails to detect such falsities, inaccuracies, or incompleteness, or any or all of the other components of the decision process described herein fails, the merchant cash advance businesses may experience higher than forecasted losses which may result in the Company's own inability to recoup loans made to those merchant cash advance businesses.

**The Company's risk management efforts may not be effective**. The Company could incur substantial losses and its business operations could be disrupted if we are unable to effectively identify, manage, monitor and mitigate financial risks, such as credit risk, interest rate risk, liquidity risk, and other market-related risk, as well as operational risks related to our business, assets and liabilities. A failure on the Company's or the Manager's part to accurately identify the creditworthiness and potential risks of potential customers could result in higher risk than anticipated. The Company's risk management policies, procedures, and techniques may not be sufficient to identify all of the risks it is exposed to, mitigate the risks that it has identified or identify concentrations of risk or additional risks to which it may become subject in the future.

**Allowance for losses are determined based upon both objective and subjective factors and may not be adequate to absorb losses**. Customers may fail to deliver cash advance income in full. Merchant cash advance businesses maintain a reserve for such losses by establishing an allowance for losses, the increase of which results in a charge to its earnings as a provision for losses. We have established an evaluation process designed to determine the adequacy of those allowances for losses. While this evaluation process will use historical and other objective information, the forecasts and establishment of losses are also dependent on our subjective assessment based upon our experience and judgment. Actual losses are difficult to forecast, especially if such losses stem from factors beyond historical experience. As a result, there can be no assurance that the merchant cash advance businesses' allowance for losses will be comparable to that of traditional banks subject to regulatory oversight or sufficient to absorb losses or prevent a material adverse effect on business, financial condition, and results of operations.

**An increase in customer default rates may reduce overall profitability**. Customer default rates may be significantly affected by economic downturns or general economic conditions beyond our control and beyond the control of individual customers. In particular, loss rates on cash advances may increase due to factors such as prevailing interest and rates, the rate of unemployment, the level of consumer and business confidence, commercial real estate values, the value of the U.S. dollar, energy prices, changes in consumer and business spending, the number of personal bankruptcies, disruptions in the credit markets and other factors. If customer default rates increase beyond forecast levels, this will harm merchant cash advance businesses reputation, operating results, and profitability, which will ultimately affect the Company's own business operations and investors may lose all or part of their investment.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**Investors have risks from inflation and from deflation**. As a result of inflation, there has been a history of increasing taxes, energy and labor costs, and other operating and capital expenses. If the revenues generated by operations are not sufficient to pay fixed obligations, merchant cash advance businesses may attempt to increase rates on cash advance income in addition to attempting to reduce operating expenses. However, competition may preclude such increases. On the other hand, deflation is likely to cause rates to decrease faster than expenses decrease. Inflation or deflation could have a material adverse effect on merchant cash advance businesses and the Company's business, results of operations, and financial condition.

**Capital expenditures may be greater than predicted**. Capital expenditures are difficult to predict. There can be no assurance that any working capital reserve or other funds available will be sufficient to meet substantial capital expenditure requirements that might occur from time to time. Both anticipated and unanticipated expenditures may decrease the funds available to make loans to merchant cash advance businesses, pay expenses, and make distributions.

**Determination by a legislative or judicial body that a cash advance is a loan, rather than a sale, will adversely affect the merchant cash advance business and Company's business**. Currently, the merchant cash advance business structures its cash advances as sales, rather than loans. This allows merchant cash advance businesses to avoid applying for and complying with a commercial lending license. Additionally, state usury laws are often, if not always, inapplicable. However, if a legislative or judicial body determines that the merchant cash advances are loans, the merchant cash advance business could be found to be in violation of state and federal lending regulations. A material failure to comply with any such laws or regulations could result in regulatory actions, lawsuits, and damage to the merchant cash advance business reputation, which could have a material adverse effect on its business and financial condition.

A proceeding relating to one or more allegations or findings of the merchant cash advance business violation of such laws could result in modifications in its methods of doing business or could impair its ability to collect cash advance income or could result in the requirement that merchant cash advance businesses pay damages and/or cancel the balance of cash advance income associated with such violation. The Company cannot assure you that such claims will not be asserted against merchant cash advance businesses in the future.

**New regulations could affect the Company's operating results.** As a new and growing industry, the cash advance business is subject to potential future regulation. Such regulations could negatively affect the merchant cash advance businesses' profitability and operating results, requiring it to change the way it makes transactions with customers. Future regulations could affect many aspects of the merchant cash advance business including, but not limited to, the rates at which the merchant cash advance businesses receive its cash advance income, the method of collecting the cash advance income, licensing and reporting requirements, the amount of money merchant cash advance businesses can advance, and qualifications for customers to receive a cash advance. The Company cannot assure investors that such cash advance regulations will not materially affect its business.

**Merchant cash advance businesses may be unable to collect cash advance income on the cash advances made to customers**. Our debtors will rely on unaffiliated banks and service providers for the Automated Clearing House ("ACH") transaction process used to disburse the proceeds of newly originated advances to its customers and to automatically collect scheduled payments on the advances. Because merchant cash advance businesses are not a bank, they do not have the ability to directly access the ACH payment network and must therefore rely on an FDIC-insured depository institution to process the transactions, including daily payments. Although merchant cash advance businesses build redundancies between these banks and service providers, if they cannot continue to obtain such services from its then-current institutions or elsewhere, or if merchant cash advance businesses cannot transition to another processor quickly, their ability to process payments will suffer. If the merchant cash advance businesses fail to adequately collect cash advance income as a result of the loss of direct debiting or otherwise, then payments to those merchant cash advance businesses may be delayed or reduced and its revenue and

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

operating results will be harmed.  This will have a direct impact on the Company's own ability to retrieve loans made to merchant cash advance businesses

**Failure to continue to innovate and respond to evolving technological changes may reduce demand for cash advances**. The cash advance industry is characterized by rapidly evolving technology and frequent product introductions. Merchant cash advance businesses rely on technology to make its platform available to customers, determine the creditworthiness of cash advance applicants, and service the cash advances it makes to customers. In addition, merchant cash advance businesses may increasingly rely on technological innovation as it introduces new products, expands its current products into new markets, and continues to streamline the cash advance process. The process of developing new technologies and products is complex and if merchant cash advance businesses are unable to successfully innovate and deliver a superior customer experience, customers' demand for the merchant cash advances may decrease and the merchant cash advance business and ultimately the Company's growth and operations may be harmed.

**The Company and merchant cash advance business is subject to the risks of earthquakes, fire, power outages, flood, and other catastrophic events, and to interruption by man-made problems such as terrorism**. Events beyond the Company and/or Manager's control may damage merchant cash advance businesses' ability to accept its customers' applications, issue cash advances, maintain its platform or perform its servicing obligations. In addition, these catastrophic events may negatively affect customers' demand for merchant cash advances and/or ability to take credit card payments in order to deliver merchants cash advance income. Such events include, but are not limited to, power outages, fires, earthquakes, terrorist attacks, natural disasters, computer viruses, and telecommunications failures. Despite any precautions taken, system interruptions and delays could occur if there is a natural disaster, if a third-party provider closes a facility we use without adequate notice for financial or other reasons, or if there are other unanticipated problems at the merchant cash advance businesses' leased facilities. As merchant cash advance businesses rely heavily on their servers, computer and communications systems and the Internet to conduct business and provide high-quality customer service, such disruptions could harm the merchant cash advance businesses ability to run its business and cause lengthy delays which could harm the its business, results of operations, and financial condition. The merchant cash advance business interruption insurance may not be sufficient to compensate it for losses that may result from interruptions in its service as a result of system failures. A system outage or data loss could harm the merchant cash advance businesses, financial condition, and results of operations.

**The processing, storage, use and disclosure of personal data could give rise to liabilities as a result of governmental regulation, conflicting legal requirements or differing views of personal privacy rights.** In the processing of consumer transactions, merchant cash advance businesses may receive, transmit and store personally identifiable information and other user data. There are federal, state and international laws regarding privacy and the storage, sharing, use, disclosure and protection of personally identifiable information and user data. Specifically, personally identifiable information is increasingly subject to legislation and regulations in numerous jurisdictions around the world, the intent of which is to protect the privacy of personal information that is collected, processed and transmitted in or from the governing jurisdiction. Merchant cash advance businesses and the Company could be adversely affected if legislation or regulations are expanded to require changes in business practices or privacy policies, or if governing jurisdictions interpret or implement their legislation or regulations in ways that negatively affect the merchant cash advance business, financial condition and results of operations.

The merchant cash advance business may also become exposed to potential liabilities as a result of differing views on the privacy of the consumer and other user data collected by us. Merchant cash advance businesses' failure or the failure of the various third-party vendors and service providers with which merchant cash advance businesses may do business to comply with applicable privacy policies or federal, state or similar international laws and regulations or any compromise of security that results in the unauthorized release of personally identifiable information or other user data could damage merchant cash advance businesses' reputation, discourage potential attendees and sponsors at the Amphitheater from trying their products and services, and/or result in fines and/or proceedings by governmental agencies

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

and/or consumers, one or all of which could adversely affect the merchant cash advance business and Company's, financial condition and results of operations.

**We may fail to adequately protect our intellectual property rights or may be accused of infringing upon intellectual property rights of third parties.** We may fail to adequately protect our intellectual property rights or may be accused of infringing upon intellectual property rights of third parties. We regard our intellectual property rights, including patents, service marks, trademarks and domain names, copyrights, trade secrets and similar intellectual property (as applicable) as critical to our success. We may also rely upon software codes, informational databases and other components that make up our services.

We expect to rely on a combination of laws and contractual restrictions with employees, customers, suppliers, affiliates and others to establish and protect these proprietary rights. Despite these precautions, it may be possible for a third party to copy or otherwise obtain and use trade secrets or copyrighted intellectual property without authorization which, if discovered, might require legal action to correct. In addition, third parties may independently and lawfully develop substantially similar intellectual properties.

We expect to generally register and continue to apply to register, or secure by contract when appropriate, our trademarks and service marks as they are developed and used, and reserve and register domain names as we deem appropriate. We consider the protection of our trademarks to be important for purposes of brand maintenance and reputation. While we expect to vigorously protect our trademarks, service marks and domain names, effective trademark protection may not be available, and contractual disputes may affect the use of marks governed by private contract. Similarly, not every variation of a domain name may be available or be registered, even if available. Our failure to protect our intellectual property rights in a meaningful manner or challenges to related contractual rights could result in erosion of brand names and limit our ability to control marketing on or through the internet using our domain names or otherwise, which could adversely affect our business, financial condition and results of operations.

We will consider applying for patents or for other appropriate statutory protection if and when we develop valuable new or improved proprietary technologies or identify inventions and will continue to consider the appropriateness of filing for patents to protect any proprietary technologies and inventions as circumstances may warrant. The status of any patent involves complex legal and factual questions, and the breadth of claims allowed is uncertain. Accordingly, any patent application filed may not result in a patent being issued or existing or future patents may not be adjudicated valid by a court or be afforded adequate protection against competitors with similar technology. In addition, third parties may create new products or methods that achieve similar results without infringing upon patents that we own. Likewise, the issuance of a patent to us does not mean that its processes or inventions will not be found to infringe upon patents or other rights previously issued to third parties.

From time to time, litigation may be necessary to enforce our intellectual property rights, protect trade secrets or determine the validity and scope of proprietary rights claimed by others. Any litigation of this nature, regardless of outcome or merit, could result in substantial costs and diversion of management and technical resources, any of which could adversely affect our business, financial condition and results of operations. Patent litigation tends to be particularly protracted and expensive.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**Risks Associated with an Investment in Securities**

**Best efforts offering**. This Offering is being made on a "best efforts" basis with no minimum number of Units required to be sold. As subscriptions are accepted (and any required rescission periods expire), the subscription funds will be available for use by the Company immediately for its intended use of proceeds. Subscriptions are irrevocable (after expiration of any rescission period) and subscribers will not have the opportunity to have their funds returned notwithstanding any future lack of success in recruiting other investors. Accordingly, initial subscribers will necessarily have a greater degree of risk. The Company has not engaged the services of a placement agent or underwriter with respect to the Offering, and will offer the Units through its managers and executive officers at its discretion. Nevertheless, the Company may seek to elect, at its discretion, to engage the services of a qualified broker-dealer or outside salesperson in connection with the Offering.

**There is no minimum capitalization for this offering and investors' subscription funds will be used by us as soon as they are received**. There is no minimum capitalization required in this Offering. There is no assurance that all or a significant number of Units may be sold in this Offering. We will use investors' subscription funds as soon as they are received. If only small portions of the Units are placed, then the Company may not have sufficient capital to operate. There is no assurance that we could obtain additional financing or capital from any source, or that such financing or capital would be available to us on terms acceptable to us. Under such circumstances, the Company's plans would need to be scaled down, and this would have a material adverse effect on the Company's business.

**Units are not guaranteed and could become worthless**. The Units are not guaranteed or insured by any government agency or by any private party. The amount of earnings is not guaranteed and can vary with market conditions. The return of all or any portion of capital invested in the Units is not guaranteed, and the Units could become worthless.

**We are relying on certain exemptions from registration**. The Units are being offered for sale in reliance upon certain exemptions from the registration requirements of the Securities Act and applicable state securities laws. If the sale of the Units were to fail to qualify for these exemptions, purchasers may seek rescission of their purchases of the Units. If a number of purchasers were to obtain rescission, the Company would face significant financial demands, which could adversely affect the Company as a whole, as well as any non-rescinding purchasers.

**If the Company incurs debt, there may be risks associated with such borrowing**. If the Company incurs indebtedness, a portion of its cash flow will have to be dedicated to the payment of principal and interest on such indebtedness. Typical loan agreements also might contain restrictive covenants, which may impair the Company's operating flexibility. Such loan agreements would also provide for default under certain circumstances, such as failure to meet certain financial covenants. A default under a loan agreement could result in the loan becoming immediately due and payable and, if unpaid, a judgment in favor of such lender which would be senior to the rights of shareholders of the Company. A judgment creditor would have the right to foreclose on any of the Company's assets resulting in a material adverse effect on the Company's business, operating results or financial condition.

**Future capital needs**. The Company believes that the net proceeds of the Offering of the Units will be sufficient to fund the implementation of the Company's business plan, operations and growth for the foreseeable future, assuming that it sells all 400 Units offered hereby and that year one revenue forecasts are substantially achieved. Nevertheless, in the event additional capital is required, no assurance can be given that additional financing will be available at all or on terms favorable to the Company. If adequate funds were not available to satisfy either short or long-term capital requirements, the Company would be required to limit its operations significantly and could be unable to continue in business, with a resulting loss of all or part of investments made by the Company's investors.

**The Units are restricted securities and a market for such securities may never develop**. Investors should be aware of the potentially long-term nature of their investment. Each purchaser of Units

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

will be required to represent that it is purchasing such securities for its own account for investment purposes and not with a view to resale or distribution. Purchasers may be required to bear the economic risks of the investment for an indefinite period of time. The Company has neither registered the Units nor underlying securities, nor any other securities under the Securities Act. Consequently, shareholders may not be able to sell or transfer their securities under applicable federal and state securities laws. Moreover, there is no public market for the Company's securities, such a market is not likely to develop prior to a registration undertaken by the Company for the public offering of its securities for its own account or the account of others, and there can be no assurance that the Company will ever have such a public offering of its securities. Ultimately, each investor's risk with respect to this Offering includes the potential for a complete loss of his or her investment.

**We may be required to register under the Securities Exchange Act**. The Company will be required to conform to the rules and regulations promulgated under the various federal and state securities laws applicable to the conduct of its business. Management does not believe that the Company's activities, as presently contemplated, will require registration or qualification of the Company with any federal or state agency.

Although the Company does not intend to be required to register its securities under the Securities Exchange Act of 1934, as amended, it is possible that the Securities and Exchange Commission (the "SEC") may require the Company to so register. For example, under Section 12(g)(1) of the Securities Exchange Act (as amended by the JOBS Act of 2012), private companies with over 2,000 shareholders and over $10,000,000 in assets, may be required to register with the SEC within 120 days after their fiscal year end. Such registration would increase the operational expenses of the Company and would restrict its activities, thereby possibly having an adverse effect on its business.

**The Sarbanes-Oxley Act of 2002 could, should the Company take such action, make the Company's entrance into the public market difficult and expensive**. In the wake of well-publicized corporate scandals associated with Enron and WorldCom involving management self-dealing and accounting fraud, in July 2002, President Bush signed into law the Sarbanes-Oxley Act of 2002. The Sarbanes-Oxley Act—the most far reaching legislation affecting the federal securities laws since they were created in the 1930's—impacts everything from the role of auditors to public reporting of stock trades by management, from committee independence to reporting of off-balance sheet transactions, and from officer loans to employee whistle-blowing.

Public and registered companies are facing dramatic changes in disclosure and corporate governance requirements under the Sarbanes-Oxley Act, and under new and proposed rules from the SEC, NASDAQ and the NYSE. While these new rules and regulations do not generally cover private companies, their influence on private companies is being felt in the following ways:

- A private company will become subject to the Sarbanes-Oxley Act upon filing a registration statement with the SEC in anticipation of an IPO.
- The Sarbanes-Oxley Act may result in increased scrutiny of a private company being considered for acquisition by a public company.
- In order to conduct an IPO, a private company would need to evaluate its organization against the requirements of the Sarbanes-Oxley Act and develop a compliance program.
- Full compliance with the Sarbanes-Oxley Act – which can be time-consuming and expensive – can significantly slow the efforts of private companies such as the Company that may seek to enter the public markets.

**The Offering price is arbitrary**. The price of the Units and the underlying securities offered has been arbitrarily established by the Company, without considering such matters as the state of the Company's business development and the general condition of the industry in which it operates. The price of the Units and underlying securities bears little relationship to the assets, net worth, or any other objective criteria of value applicable to the Company.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**Additional unforeseen risks**. In addition to the risks described in this section, "RISK FACTORS," and elsewhere in this Memorandum, other risks not presently foreseeable could negatively impact our business, could disrupt our operations and could cause the Company to fail. Ultimately, each investor in the Units bears the risk of a complete and total loss of his/her/its investment.

## BUSINESS AND PROPERTIES

### Investor Presentation

A complete discussion of the Company's business, financial projections, and management can be found in the Company's investor presentation. Portions of the Company's investor presentation, included as a separate document and attached hereto as Exhibit A, were prepared by the Company using assumptions, including several forward-looking statements. Each prospective investor should carefully review the business plan in association with this Memorandum before purchasing the Units. Management makes no representations as to the accuracy or achievability of the underlying assumptions and projected results contained therein.

### Overview of the Business

Fidelis Financial Planning LLC will act as a lender to merchant cash advance businesses, who in turn, provide an achievable financing option to small and mid-sized businesses in need of working capital. Unlike a traditional business loan that can take months to receive approval and are often denied, the merchant cash advance business can provide its customers the cash they need by purchasing a small, fixed percentage of the customer's future revenue or credit card sales at a discounted rate.

We believe that merchant cash advance businesses are a particularly attractive financing option to small and mid-sized businesses for two reasons. First, approval of a cash advance is based on the strength of a customer's business instead of its credit history. Small businesses are frequently turned down for a traditional business loan because they have a limited credit history and limited collateral to offer up. Merchant cash advance businesses instead focus on a business's actual sales. Second, cash advances are made on a cash flow basis. Accordingly, instead of requiring fixed dollar monthly payments, cash advances are paid back by automatically deducting a fixed percentage of the customer's credit card sales until full payment and costs are paid in full. When the customer's business is doing well, higher dollar payments are taken, but when business is slow, smaller payments are deducted, which is good for the customer's cash flow. Ultimately, this flexible payment plan allows a business to pay for its cash advance in proportion to its monthly income.

The Company will provide loans to merchant cash advance businesses who rely on the capital to provide to their customers. As described herein a portion of the proceeds of this Offering will go directly to making loans to merchant cash advance businesses identified by the Company.

Merchant Cash Advance Income

The Company will generate revenue primarily through interest earned on the loans we provide merchant cash advance businesses and hold to maturity. These fees loans will be collected over the term of the loans using a factor rate method. Loans collected but not yet recognized as revenue are netted with direct origination costs and recorded as a component of loans on our consolidated balance sheet and recognized over the term of the loans. Direct costs include costs directly attributable to originating a loan, including commissions, vendor costs and personnel costs directly related to the time spent by those individuals performing activities related to loan origination.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**Overview of the Merchant Cash Advance Business**

Although we will not operate in the merchant cash advance business, we will act as a lender to such businesses, and we will rely on such businesses to operate effectively in order to service our loans to them. The following discussion provides a brief overview of the merchant cash advance business.

Market Analysis

There are approximately 30 million small businesses in the U.S. We believe that most small businesses face numerous challenges that make it difficult to secure proper capitalization. These challenges are a result of numerous factors, including the current regulatory environment as a result of the 2008 credit crisis, the complexities involved in assessing the creditworthiness of small businesses, and pervasive restrictive bank loan policies.

Not surprisingly, since the 2008 credit crisis, the alternative lending industry has evolved and grown enormously. Analysts report that the cash advance sector is increasing in prevalence and popularity, with business growing at double digit levels each year. The Green Sheet, a leading publication that reports on the payment industry, estimates the market for merchant cash advances is currently $500-$700 million, with the potential to reach $3-5 billion within the next several years.

Traditional Lending for Small Businesses

We believe traditional lenders face a number of challenges and limitations that make it difficult to address the capital needs of small businesses, such as:

- *Organizational and Structural Challenges*. The costly combination of physical branches and manually intensive underwriting procedures makes it difficult for traditional lenders to efficiently serve small businesses. They also serve a broad set of customers, including both consumers and enterprises, and are not solely focused on addressing the needs of small businesses.

- *Technology Limitations*. Many traditional lenders use legacy or third-party systems that are difficult to integrate or adapt to the shifting needs of small businesses. These technology limitations make it challenging for traditional lenders to aggregate new data sources, leverage advanced analytics, and streamline and automate credit decisions and funding.

- *Loan Products are not Designed for Small Businesses*. Small businesses are not well served by traditional loan products. We believe that traditional lenders often offer products characterized by larger loan sizes, longer durations and rigid collateral requirements. By contrast, small businesses often seek small loans for short-term investments.

As a result of the foregoing, the Company believes that small businesses whom our debtors serve, are underserved by traditional lenders. According to the FDIC, the percentage of commercial and industrial loans with a balance less than $250,000 has declined from 20% of total dollars borrowed in 2004 to 13% in the second quarter of 2014. According to Oliver Wyman, 75% of small businesses are looking to borrow less than $50,000. In addition, according to the second quarter 2014 Wells Fargo-Gallup Small Business Index, only 25% of small businesses reported that obtaining credit was easy.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

Credit Products Have Significant Limitations

Certain additional products, including widely available business credit cards, provide small businesses with access to capital but may not be designed for their borrowing needs. For example, business credit cards may not have sufficient credit limits to handle the needs of the small business, particularly in the case of large, one-time projects such as capital improvements or expanding to a new location. In addition, certain business opportunities, such as discounts for paying with cash, and certain business expenses, such as payroll, rent or equipment leases, may not be payable with credit cards. Business credit cards are also typically not designed to fund many small business' working capital needs.

Challenges for Small Businesses

The Company believes that small business owners that our merchant cash advance debtors serve lack many of the resources available to larger businesses and have fewer staff on which to rely for critical business issues. According to a survey by eVoice, a telecommunications service owned by j2 Global, Inc. that manages incoming and outgoing calls for businesses throughout the U.S., time is viewed as the most valuable asset to small business owners. Small businesses typically do not employ a financial staff or internal advisors, and small business owners often act as both manager and employee. According to the same survey, 91% of small business owners perform three or more employee roles in any given day. Time spent inefficiently may mean lost sales, extra expenses and personal sacrifices.

Traditional Lending is not Geared Towards Small Businesses

Traditional lenders do not meet the needs of small businesses for a number of reasons, including the following:

- *Time Consuming Process.* According to a Harvard Business School study, the traditional lending process typically required a small business, on average, to dedicate 26 hours, contact more than two financial institutions and submit at least two or more loan applications.

- *Non-Tailored Credit Assessment.* There is no widely accepted credit score for small businesses. Traditional lenders frequently rely upon the small business owner's personal credit as a primary indicator of the business's creditworthiness, even though it is not necessarily indicative of the business's credit profile. As a result, a creditworthy business may be denied funding or offered a product that fits poorly with its needs

- *Product Mismatch.* According to Oliver Wyman, an international management consulting firm, small businesses often seek small loans and evaluate their investment opportunities on a "dollars in, dollars out" basis, because the payback period is short. According to survey data reported by Oliver Wyman, 75% of small businesses are looking to borrow less than $50,000. Small businesses often seek small, short-term loans to fund short-term projects and investments, but are met with traditional loan products that feature large loan sizes, longer durations, and rigid collateral requirements that are not well suited to their needs.

Alternatives to Traditional Bank Loans are Inadequate

Small businesses whose funding needs are not met by traditional bank loans have historically resorted to a fragmented landscape of products, including credit cards, receivables factoring, equipment leases, and home equity lines of credit, each of which comes with its own challenges and limitations. Credit cards are pervasive but cannot be used for certain types of expenses and face limitations on size. Equipment leasing and receivables factoring both have a cumbersome application process and are only appropriate for specific use cases. Home equity lines have strict collateral requirements, are often unappealing to business owners on a personal level, and are challenging for businesses with multiple owners.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

U.S. Economy Impacts Our Business

Changes in the overall U.S. economy may impact the Company's business in several ways, including demand for our products, credit performance, and funding costs.

- *Demand for Merchant Cash Advances.* In a strong economic climate, demand for the merchant cash advance businesses' products may increase as consumer spending increases and small businesses seek to expand. In addition, more potential customers may meet the underwriting requirements to qualify for a cash advance. At the same time, small businesses may experience improved cash flow and liquidity resulting in fewer customers requiring cash advances to manage their cash flows. Traditional lenders may also approve loans for a higher percentage of merchant cash advance businesses' potential customers. In a weakening economic climate or recession, the opposite may occur.

- *Credit Performance.* In a strong economic climate, customers may experience improved cash flow and liquidity, which may result in lower cash advance losses that our debtors would incur due to our customers' inability to repay the cash advance. In a weakening economic climate or recession, the opposite may occur. Our debtors factor economic conditions into its cash advance underwriting analysis and determinations for dollar reserves for cash advance losses. Nevertheless, changes in economic conditions, particularly sudden changes, may affect actual cash advance losses. These effects may be partly mitigated by the short-term nature of cash advances, which should allow our debtors to react more quickly than if the terms of debtors' cash advances were longer.

- *Cash Advance Losses.* Our debtors' underwriting process is designed to limit cash advance losses to levels compatible with our business strategy and financial model. Overall, cash advance losses are affected by a variety of factors, including external factors such as prevailing economic conditions, general small business sentiment and unusual events such as natural disasters, as well as internal factors such as the accuracy of the underwriting analysis, the effectiveness of the underwriting process and the introduction of new products, such as lines of credit, with which our debtors may have less experience to draw upon when forecasting their loss rates.

Operating Expenses

Operating expenses will consist of sales and marketing, technology, processing and servicing, and general and administrative expenses. Salaries and personnel-related costs, including benefits, bonuses and equity-based compensation expense, are expected to comprise a significant component of each of these expense categories. The Company expects to hire new employees in order to support our growth strategy. All operating expense categories also include an allocation of overhead, such as rent and other overhead, which is based on employee headcount.

Sales and Marketing Expenses

Sales and marketing expenses will consist of salaries and personnel-related costs of the Company's sales and marketing and business development employees, as well as direct marketing and advertising costs, online and offline customer acquisition costs (such as direct mail, paid search and search engine optimization costs), public relations, radio and television advertising, promotional event programs, corporate communications and allocated overhead. The Company expects its sales and marketing expense to increase in absolute dollars and as a percentage of gross revenue in the foreseeable future as the Company increases the number of sales and marketing professionals and increases its marketing activities in order to expand direct customer acquisition efforts and build our brand.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

Customer Acquisition Costs

Customer acquisition costs ("CACs") will differ depending upon the acquisition channel. CACs in our direct channel will include the commissions paid to our internal sales force, and expenses associated with items such as direct mail, social media, and other online marketing activities. CACs in our strategic partner channel will include commissions paid to our internal sales force and strategic partners. CACs in our funding advisor channel will include commissions paid to our internal sales force and funding advisors.

Technology and Analytics Expenses

Technology and analytics expenses will consist primarily of the salaries and personnel-related costs of our engineering and product employees as well as our credit and analytics employees who develop our credit scoring models. Additional expenses will include third-party data acquisition expenses, professional services, consulting costs, expenses related to the development of new products and technologies and maintenance of existing technology assets, amortization of capitalized internal-use software costs related to our technology platform and allocated overhead. The Company believes that investing in technology is essential to maintaining a competitive position, and the Company expects these costs to rise in the near term on an absolute basis and as a percentage of gross revenue.

General and Administrative Expenses

General and administrative expenses will consist primarily of salary and personnel-related costs for our executive, finance and accounting, legal, and personnel operations employees. Additional expenses include consulting and professional fees, insurance, legal, occupancy, other corporate expenses and travel. The Company expects its general and administrative expenses to increase in absolute dollars as a result of our preparation to launch and operate the business of the Company. After the completion of this Offering, these expenses will also include costs associated with compliance with the Securities Act and other regulations governing private offerings, increased directors' and officers' liability insurance, increased accounting, legal and other professional services fees, and an enhanced investor relations function.

The Merchant Cash Advance Process

Merchant cash advance businesses cash advance underwriting process begins with submission of a cash advance application by a prospective customer. Merchant cash advance businesses have several methods for submitting cash advance applications. The majority of customers will apply on our debtors' website, but they can also apply over the phone, via fax or through a customer service representative. As part of the application process, the prospective customer is asked to provide certain information, including personal details, bank account information, and business history. Applicants may complete an application on the website in minutes, significantly reducing the time normally spent applying for a small business loan with a financial institution.

Credit Assessment and Funding

In order to efficiently screen applicants, merchant cash advance businesses have developed an initial qualification phase to review basic information regarding a prospective customer that has been submitted with the application. Once complete, either the prospective customer's cash advance application proceeds to the next phase of the underwriting process or the prospective customer is notified of our decision to decline the application. Under the merchant cash advance businesses' credit policies, small businesses in certain industries are not eligible for a cash advance.

Following initial qualification, merchant cash advance businesses initiate a credit review to generate an underwriting assessment for the prospective customer that drives the decision whether to make the cash advance. Following credit evaluation and an analysis of the customer's operating cash flows, the cash advance application enters into the auto-approval phase. In the auto-approval phase, cash advances are

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

either auto-approved and do not require manual underwriting, or are rejected as a result of failing to meet all necessary criteria.

<u>Servicing and Collections</u>

Merchant cash advance businesses utilize a daily Automated Clearing House ("<u>ACH</u>") system and credit card processing process for collecting scheduled cash advance payments from customers. Each customer authorizes the merchant cash advance business to debit their business bank account by ACH for the transfer of scheduled cash advance payments or to draw payments from the customer's credit card processing accounts with the merchant cash advance business. The customer's operating account used to underwrite the business cash advance is required to be the designated bank account used for the ACH debit process.

The merchant cash advance business will monitor and track payment activity. With built-in payment tracking functionality and automated missed payment notifications, the cash advance servicing platform will allow the merchant cash advance business to monitor performance of outstanding cash advances on a real-time basis. The merchant cash advance business will service all cash advances on its platform regardless of funding source.

Merchant cash advance businesses have developed a strategy to optimize the collections process for delinquent cash advances. Upon becoming one day delinquent, a cash advance enters the merchant cash advance business's collections process. The collections process is divided into distinct stages based on the delinquency severity of the applicable cash advance, which dictates the level of collection steps taken. Generally, cash advances progress through the collection cycle based upon the number of days past due but can be accelerated based on specific circumstances. In certain circumstances, delinquent customers may enter a workout program. The merchant cash advance business may also use certain third party service providers for collection efforts. The merchant cash advance business may also sell its charged-off cash advances to established and reputable third-party collection agencies. These agencies purchase charged-off cash advances in exchange for a fee calculated based on the percentage of the unpaid cash advance balance and seek to collect payment on such cash advances after they have been purchased.

## Competition

The financial services industry is highly fragmented and competitive. Competitive factors vary depending upon financial services products offered, customer, and geographic region. Pressure on our margins is intensive and we cannot assure you that we will be able to successfully compete with our competitors. Our competitors include national, regional, and local financial services organizations, such as banks, accounting firms, and IT firms. Many of these competitors are larger than we are and may have access to capital at a lower cost than we do. To our knowledge, no single firm dominates the small business segment of the industry.

Many of our competitors are much larger than us, have much greater financial resources, and much greater brand recognition.

In addition, there is also the possibility that new competitors could seize upon certain aspects of our business model and produce competing products and services. Likewise, these new competitors may be better capitalized than the Company, which could give them a significant advantage. There is the possibility that such competitors could capture significant market share of our intended market. There is no assurance that we will be able to continue to successfully compete.

The cash advance industry in which our debtors operate, is a large and competitive business. We expect to face competition from national and local banks, factoring funding firms, and cash advance funding firms throughout the U.S. Although we believe the nature of the business and size of the market will allow us to compete effectively, it is possible that increased competition could make it more challenging for us to

# Confidential Offering Memorandum • Fidelis Financial Planning LLC

meet our objectives. Our ability to compete may also be impacted by global, national and local economic trends, availability of funding alternatives, availability and cost of capital, existing laws and regulations, new legislation, and small business financing trends.

See "RISK FACTORS" for a discussion of the risks associated with the Company's competition.

## Offices

The Company's principal executive offices are located at 1615 Forum Place, #500, West Palm Beach, Florida 33401. The Company's telephone number is (561) 623-0913. The Company believes that it currently has adequate space to accommodate current operations and that facilities for administrative personnel are adequate for expansion plans. Office space will be increased as the Company deems necessary.

## MANAGEMENT

### United Fidelis Group LLC, Sole Manager

The Company is a manager-managed limited liability company. The Company's sole Manager is United Fidelis Group LLC, a Florida limited liability company formed on May 13, 2014.

Responsibility of the Manager

The Manager is accountable to the Company and must exercise good faith and integrity in handling Company affairs. The Manager is managed by its sole managing member, Michael C. Furman. The Manager is authorized to direct all operations and actions of the Company.

### Michael C. Furman, President

Michael C. Furman is an advanced estate, financial, and income planning expert with over 16 years' of experience in these industries. Mr. Furman has been a Registered Investment Advisor and has passed the Federal Series 7 and 66 Securities exams, and currently holds his State 215 insurance license in his home state of Florida among other states. He has multiple degrees in Banking and Finance, Financial Management, and Accounting, with a minor in Estate Planning from Northwood University. He has completed various continued education courses towards multiple designations and accreditations from top rated institutions nationally. Mr. Furman is a Member of the Million Dollar Round Table, Reaching the Top of the Table, and the Court of the Table, which places him among the very top 1% of all advisors in the country. He was named by Insurance Business America Magazine as one of the top 100 advisors in the country. He is also a member of the National Ethics Association, The Association of Insurance & Financial Advisors, NAIFA, along with many other professional organizations. He has written multiple financial articles in both local and national magazines, as well being chosen to help design new annuity products for insurance companies among his years. Mr. Furman takes a fiduciary role with a client service-needs analysis approach, helping every client's unique situation with their best interests put first. He has owned multiple businesses and has been hired as a CFO and board member for multiple companies over his career. He has done a variety of financial and accounting work for charities and homeowners associations as well as serving multiple school districts with their retirement planning portfolios in multiple states. His passion for continual education is shown through his ability to show clients the most updated independent professional advice and works closely with his team of accounting and legal experts for additional client support.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**Board of Advisors**

The Company may also seek to establish a board of advisors, which would include one or more highly qualified business and industry professionals. The board of advisors will advise management in making appropriate decisions and taking effective action. However, the board of advisors will not be responsible for management decisions and has no legal or fiduciary responsibility to the Company.

## EXECUTIVE COMPENSATION

There may be accrued compensation that is due certain members of our management team. The Manager may be entitled to reimbursement of expenses incurred while conducting Company business. Each member of our management team may also be a shareholder in the Company and as such may also share in the profits of the Company to the extent the membership interests owned and held by such member allows for accrual and distribution of profits when and if revenues are disbursed. Management reserves the right to reasonably increase their compensation assuming the business is performing profitably and Company revenues are growing on schedule in accordance with the Company's operating agreement.

**Compensation to the Manager**

The Manager may receive compensation for its service to the Company in the form of pro rata distributions and/or a percentage of proceeds from this Offering.

**Michael C. Furman, President**

Michael C. Furman may receive distributions from the Manager, as its sole member. In addition, Mr. Furman may be compensated directly by the Company for his service as President.

## CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS

**Management of the Company**

The Company's Manager and advisors devote only such time to our operations as they, in their sole discretion, deem necessary to help carry out our operations effectively. The Company's manager and advisors may work on other projects, and conflicts of interest may arise in allocating management time, services or functions among affiliates.

**Conflicts of Interest**

Potential conflicts of interest may arise in the course of our operations involving affiliate companies, as well as their interests in other potential unrelated activities. Accordingly, in addition to such potential conflicts of interest noted herein and under "Management of the Company" above, other conflicts of interest may exist or may arise in the future. The Company does not have any formally documented procedures to identify, analyze or monitor conflicts of interest.

**Duties of the Manager to the Company**

Duty of Care and the 'Business Judgment Rule'

Just as officers and directors of corporations owe a fiduciary duty to their shareholders, the Manager are required to perform their duties with the care, skill, diligence, and prudence of like persons in like positions. The Manager will be required to make decisions employing the diligence, care, and skill an ordinary prudent person would exercise in the management of their own affairs. The 'business judgment

## Confidential Offering Memorandum • Fidelis Financial Planning LLC

rule' should be the standard applied when determining what constitutes care, skill, diligence, and prudence of like persons in like positions.

<u>Duty of Disclosure</u>

The Manager has an affirmative duty to disclose material facts to the members. Information is considered material if there is a substantial likelihood that a reasonable investor would consider it important in making an investment decision. The Manager must not make any untrue statements to the members and must not omit disclosing any material facts to the members.

<u>Duty of Loyalty</u>

The Manager has a duty to avoid undisclosed conflicts of interest. Before raising money from members, the Manager must disclose any conflicts that may exist between the investment interests of such Manager and the investment interests of the Company or any of the individual Members.

**Litigation**

The Company is not presently a party to any material litigation, nor to the knowledge of management is any litigation threatened against the Company, which may materially affect the business of the Company or its assets.

**Transfer Agent and Registrar**

The Company will act as its own transfer agent and registrar for the Units issued hereby.

## OPERATING AGREEMENT

**Manager-Managed**

The Company's limited liability company operating agreement (the "<u>Operating Agreement</u>") provides for the sole authority to manage the Company to reside with one or more managers. Moreover, the Operating Agreement does not require annual meetings of the members.

The Manager of the Company is currently in place, and a Manager may only be removed by the majority vote of the voting members at a special meeting called for such purpose in accordance with the Operating Agreement.

Each member's and Manager's liability for the debts and obligations of the Company shall be limited as set forth in our Operating Agreement, the Delaware Limited Liability Company Act, and other applicable law. All distributions, except in the case of dissolution or liquidation, will be in the sole discretion of the Manager, subject to the provisions of our Operating Agreement and the Delaware Limited Liability Company Act.

**Indemnification by Company**

Our Operating Agreement provides for indemnification of Manager and officers to the fullest extent permitted under the Delaware Limited Liability Company Act (the "<u>Act</u>"), as follows:

To the fullest extent permitted by the Act, the Company shall indemnify each Manager and member and make advances for expenses to each Manager and member arising from any loss, cost, expense, damage, claim or demand, in connection with the Company, the Manager's or member's status as a Manager or member of the Company, the Manager's or member's participation in the management, business and affairs of the Company or such Manager's or member's activities on behalf of the Company.

# Confidential Offering Memorandum • Fidelis Financial Planning LLC

To the fullest extent permitted by the Act, the Company shall also indemnify its officers, employees and other agents who are not Managers or members arising from any loss, cost, expense, damage, claim or demand in connection with the Company, any such person's participation in the business and affairs of the Company or such person's activities on behalf of the Company.

**Limitation of Liability**

The Operating Agreement provides that our management will not be liable for actions taken by them in good faith in furtherance of our business, and will be entitled to be indemnified by us in such cases. Therefore, our members may have a more limited right against the management, their affiliates and their respective related parties than they would have absent such limitations in the Operating Agreement. In addition, indemnification of the management, their affiliates and their respective related parties could deplete our assets possibly resulting in loss by the Unit holders of a portion or all of their investment.

**Not a Complete Description**

The foregoing description of the Company's Operating Agreement should in no way be relied upon as complete, and it is qualified in its entirety by the actual Operating Agreement of the Company.

All Interest holders are entitled to the benefit of, are bound by, and are deemed to have notice of, the provisions of the Memorandum, the Company's Operating Agreement, and the Company's articles of organization (the "Articles of Organization").

Nothing in this Memorandum purports to be and should not be construed as a complete description of the Operating Agreement or Articles of Organization of the Company, copies of which may be furnished on request made to the Company at its principal office.

## MARKET PRICE OF COMMON EQUITY
## AND RELATED INTEREST HOLDER MATTERS

The offering price of the securities to which the Memorandum relates has been arbitrarily established by the Company and does not necessarily bear any specific relation to the assets, book value or potential earnings of the Company or any other recognized criteria of value. Neither the Units, nor the underlying securities, have been registered under the Securities Exchange Act of 1934. Our Units have not been traded or quoted on any exchange or quotation system. There is no public market in which shareholders may sell their securities, and there can be no assurance given that such a market will ever develop. The securities offered hereby are restricted and the investors' rights to sell or transfer their interests are severely limited.

## USE OF PROCEEDS

The net proceeds to the Company from the sale of all 400 Units offered hereby, after deducting legal fees, filing fees, and other offering expenses (not including potential broker fees) of up to an estimated amount of $15,000, are estimated to be $19,985,000.

The principal use of proceeds is subject to the broad discretion of management, but is expected to include Cash Advance payments; general and administrative expenses; working capital requirements; and other general corporate purposes.

The following table reflects our estimated anticipated use of proceeds:

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

| Category | Estimated Dollar Amount | Percentage of Total Proceeds |
|---|---|---|
| Legal and other Misc. Offering Costs | $ 15,000.00 | 0.075% |
| Loans to Merchant Cash Advance Business | $19,970,000.00 | 99.85% |
| Working Capital | $ 15,000.00 | 0.075% |
| **TOTAL** | **$20,000,000.00** | **100.0%** |

Assuming the Company sells the full 400 Units offered hereby, the Company believes that the net proceeds from the Units offering will be sufficient to fund the Company's operations for at least 12 months. If the Company sells less than the full number of Units offered hereby, the Company may need to raise additional capital sooner than expected. In addition, the Company expects that it may require significant additional capital in the future to fund operations and growth. There can be no assurance that the Company will be able to obtain additional capital, or on terms agreeable to the Company.

The Company's use of proceeds may differ materially from the foregoing as a result of changing conditions and as deemed appropriate in the absolute discretion of management. Therefore, we reserve broad discretion in the use of proceeds and the right to alter the use of proceeds of this Offering without notice in the interest of the Company and its stakeholders.

**DESCRIPTION OF SECURITIES**

**General**

Our equity securities consist of membership interests (the "Interests") and the promissory notes (the "Notes"). We have issued 100 Interests and no other equity securities, as of May 1, 2018 (see "MEMORANDUM SUMMARY—Company Capitalization" above).

Membership Interests

Holders of our Interests have very limited voting authority and are deemed members of the Company. The holders of our Interests are entitled to one vote for each interest held of record by them (see "MEMORANDUM SUMMARY—Company Capitalization" and "MEMORANDUM SUMMARY—Ownership in the Company" above). Holders of a majority of the aggregate issued and outstanding equity securities in the Company (Interests and Promissory Notes) can elect and remove the Manager of the Company in accordance with the Company's Operating Agreement. The holders of the Interests have the right to receive distributions of net profits when, as, and only if declared by the Manager out of funds legally available therefore. In the event of our liquidation, dissolution or winding up, the holders of the Interests would have the right to share proportionately in our remaining net assets after payment to Promissory Note holders has been made, and to the extent funds/profits are available after payment of the Company's creditors and liquidation expenses.

Undesignated Membership Interests

In the future, the Company may authorize and sell additional membership interests to that which is currently authorized, or even one or more series of membership interests not yet designated. The Manager has sole authority, in accordance with the provisions of our Operating Agreement, and without action by the members, to designate and issue all or any portion of the remaining authorized but un-issued Interests of each of the series currently authorized, as well as authorize, designate and issue one or more series of other membership interests and to determine the voting rights, preferences, privileges and restrictions,

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

including without limitation dividend rights, conversion rights, terms of redemption, liquidation preferences and the number of interests constituting any series in the designation of such series.

**Subscription Agreement**

Purchase of the Units shall be made pursuant to the execution of a subscription agreement, the form of which is attached hereto as Appendix A, and which contains, among other things, certain representations and warranties by the subscribers and covenants reflecting the provisions set forth herein.

## OTHER MATTERS

**Certain Transactions**

Other Contemporaneous and Subsequent Offering Transactions

The Company, in its absolute discretion may carry out contemporaneous and additional subsequent offerings of its securities on terms and conditions it deems appropriate without notice to investors herein or other stakeholders, subject to applicable securities laws.

## FINANCIAL INFORMATION

This Memorandum contains forward-looking statements. These statements are based on the Company's current expectations about the businesses and the markets in which it operates. Such forward-looking statements are not guarantees of future performance and involve known and unknown risks, uncertainties or other factors which may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by such forward-looking statements. Actual operating results may be affected by various factors including, without limitation, changes in national economic conditions, competitive market conditions, uncertainties and costs related to government regulation, and actual versus projected timing of events, all of which may cause such actual results to differ materially from what is expressed or forecast in this Memorandum.

**Results of Operations**

As of May 1, 2018, the Company has generated limited revenues from its operations. The Company anticipates that it will cover its working capital requirements until sufficient investments are received.

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**ADDITIONAL INFORMATION**

Michael C. Furman, President, will be available upon request to answer questions concerning the terms of this Offering, to provide any reasonably requested information necessary to verify the accuracy of the information contained in this Memorandum and to provide such other information reasonably requested by prospective investors as they deem necessary for the purposes of considering an investment in the Company. Mr. Furman can be contacted by telephone at (561) 623-0913.

You should rely only on the information contained in this Memorandum. We have not authorized any other person to provide you with different information. If anyone provides you with different or inconsistent information, you should not rely on it. We are not making an offer to sell these securities in any jurisdiction where the offer or sale is not permitted. You should assume that the information appearing in this Memorandum is accurate as of the date on the front cover of this Memorandum only. Our business, financial condition, results of operations and prospects may have changed since that date.

[*Remainder of Page Intentionally Left Blank*]

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**EXHIBIT A**

**INVESTOR PRESENTATION**

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**SUBSCRIPTION AGREEMENT**

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**ACCREDITED INVESTOR QUESTIONNAIRE AND VERIFICATION LETTER**

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**FORM OF PROMISSORY NOTE**

**Confidential Offering Memorandum • Fidelis Financial Planning LLC**

**APPENDIX D**

<u>**NOTICE OF ACCEPTANCE**</u>