## DECLARATION OF LORI BOYOGUENO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Lori Boyogueno. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

1. I am a Senior Securities Compliance Examiner and Enforcement Administrator with the Pennsylvania Department of Banking and Securities Bureau of Securities Compliance and Examinations ("PADOBS"), and I am authorized to provide this Declaration.

2. Attached as Exhibit A is a true and correct copy of a document that appears in the PADOBS records and that was produced to PADOBS by Complete Business Solutions Group Inc. PAR Funding, in response to a subpoena PADOBS issued to CBSG in the PADOBS matter, In the Matter of Complete Business Solution Group, Inc. PAR Funding Docket No. 2017-12-04.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 21st day of July 2020.

LORI BOYOGUENO



1017 Mumma Road
Suite 302
Lemoyne, PA 17043
717.731.1700 phone
717.731.8205 fax
www.bybelrutledge.com

October 19, 2018

*Via E-mail*

Stefanie Hamilton, Deputy Chief Counsel
Department of Banking and Securities
17 N. Second Street, Suite 1500
Harrisburg, PA 17101

    RE:    **Complete Business Solutions Group, Inc.**
            **Your File No.: 2017-12-4**
            **Our File No.: 358-001**

Dear Ms. Hamilton:

    We are acting as Special Counsel to Complete Business Solutions Group, Inc. d/b/a PAR Funding ("CBSG") with respect to the above-referenced matter. On January 4, 2018, the Pennsylvania Department of Banking and Securities (the "Department") issued an administrative subpoena to CBSG requesting production of certain documents as to which CBSG filed a response with the Department on February 5, 2018.

    By letter dated September 7, 2018, the Department requested certain information in the possession or control of CBSG as to which CBSG responded by letter dated September 25, 2018. On September 28, 2018, you requested that CBSG create certain information from its files in a format that it does not otherwise routinely maintain in its ordinary course of business and submit such information to the Department.

    In this regard, you requested that CBSG provide (1) the name and address of each person to whom CBSG paid a finder's fee for the purchase of notes issued by CBSG, (2) the identity of the note purchaser and the principal amount of each note purchased and (3) the finder's fees paid by CBSG in connection with the purchase of each note.

    In the spirit of cooperation, CBSG tasked its accountants to transpose the data which CBSG routinely maintains in its ordinary course of business into the format you requested. CBSG appreciates the extension of time granted to provide this information as it took CBSG's accountants two days to format the information and reconcile it to the records at CBSG from whence it was derived.

**EXHIBIT A**

Stefanie Hamilton, Esq.
October 19, 2018
Page 2

    Previously, CBSG provided the Department with copies of its finder's fee agreements, including an agreement with Jeff Schneider and Joe Cellini. CBSG advises that, although such agreements were executed, its records do not reflect any finder's fees made payable to them.

    Where there is no entry in the "Fee" column, I am advised by CBSG that no finder's fee was paid, usually because the purchaser was the finder or a close relative of the finder.

    Please do not hesitate to contact me if you have any questions on the submission.

                                    Very truly yours,

                                    BYBEL RUTLEDGE LLP
                                    By: G. Philip Rutledge

Attachment
cc:    Joe Cole, CFO
       Complete Business Solutions Group, Inc.

**CBSG Finder Payment Summary**
**From 01/01/16 to 01/04/18**

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| A Better Financial Plan | Albert Betz | 09/28/16 | $ 150,000.00 | $ 10,500.00 |
| 234 Mall Blvd, Suite 270 | Albert Betz | 12/30/16 | $ 50,000.00 | $ 3,500.00 |
| King of Prussia, PA 19406 | Albert Betz | 09/28/17 | $ 223,250.00 | $ 10,046.25 |
| | Allison Weinkranz | 11/17/16 | $ 40,000.00 | $ 2,800.00 |
| | Allison Weinkranz | 11/17/17 | $ 40,000.00 | $ 1,800.00 |
| | Angela Pitwood | 06/09/17 | $ 200,000.00 | $ 15,000.04 |
| | Anita Somplansky | 08/18/17 | $ 250,000.00 | $ 15,000.00 |
| | Anthony Gustaitis | 11/10/17 | $ 200,000.00 | $ 15,000.04 |
| | April Bain | 09/01/16 | $ 100,000.00 | $ 7,000.00 |
| | Aquetong LLP | 08/18/17 | $ 200,000.00 | $ 15,000.04 |
| | Arthur Berger | 12/08/17 | $ 200,000.00 | $ 15,000.04 |
| | Barbara Reiner | 09/30/16 | $ 50,000.00 | $ 3,500.00 |
| | Barbara Reiner | 11/15/16 | $ 50,000.00 | $ 3,500.00 |
| | Barbara Reiner | 09/30/17 | $ 75,000.00 | $ 5,625.00 |
| | Barbara Reiner | 11/15/17 | $ 50,000.00 | $ 3,750.00 |
| | Barry Jones | 09/29/17 | $ 200,000.00 | $ 15,000.04 |
| | Bruce Bryant | 12/22/17 | $ 200,000.00 | $ 14,000.00 |
| | Catherine Palmer | 08/16/17 | $ 250,000.00 | $ 18,750.08 |
| | Catherine Palmer | 10/05/17 | $ 150,000.00 | $ 9,750.00 |
| | Chirtopher Panaro | 09/23/16 | $ 150,000.00 | $ 10,500.00 |
| | Christine Basile | 03/24/17 | $ 73,000.00 | $ 5,110.00 |
| | Christopher Joyce | 02/08/17 | $ 250,000.00 | $ 17,500.00 |
| | Christopher Panaro | 09/23/17 | $ 150,000.00 | $ 11,250.00 |
| | Colleen Deininger | 09/05/17 | $ 300,000.00 | $ 9,000.00 |
| | Craig McFoy | 06/22/17 | $ 200,000.00 | $ 16,000.00 |
| | Craig McFoy | 12/14/17 | $ 75,000.00 | $ 6,000.00 |
| | Craig McFoy | 12/14/17 | $ 125,000.00 | $ 10,000.00 |
| | Dakota Joy Holdings | 12/27/17 | $ 1,500,000.00 | $ 60,000.00 |
| | Daniel Boyle | 11/30/16 | $ 100,000.00 | $ 7,000.00 |
| | Daniel Kane | 09/18/17 | $ 263,000.00 | $ 19,725.00 |
| | David and Tobey Rodier | 11/22/17 | $ 100,000.00 | $ 4,500.00 |
| | David Bryant | 12/01/17 | $ 200,000.00 | $ 15,000.04 |
| | David Fenske | 10/18/16 | $ 150,000.00 | $ 10,500.00 |
| | David Fenske | 10/18/17 | $ 290,000.00 | $ 13,050.00 |
| | Dean Vagnozzi | 08/25/16 | $ 150,000.00 | $ 10,500.00 |
| | Dean Vagnozzi | 12/09/16 | $ 100,000.00 | $ 7,000.00 |
| | Dean Vagnozzi | 08/28/17 | $ 200,000.00 | $ 15,000.00 |
| | Dean Vagnozzi | 12/29/17 | $ 302,500.00 | $ 13,612.50 |
| | Dennis Gliem | 09/30/16 | $ 100,000.00 | $ 7,000.00 |
| | Dennis Gliem | 09/30/17 | $ 100,000.00 | $ 7,500.00 |
| | Dilip Limaye | 05/03/17 | $ 200,000.00 | $ 8,000.00 |
| | Donna Snyder | 12/05/16 | $ 100,000.00 | $ 7,000.00 |
| | Donna Snyder | 12/05/17 | $ 100,000.00 | $ 4,500.00 |
| | Donna Stelman | 08/15/16 | $ 100,000.00 | $ 7,000.00 |
| | Donna Stelman | 08/12/17 | $ 100,000.00 | $ 4,500.00 |
| | Edward Callan | 08/21/17 | $ 200,000.00 | $ 15,000.04 |
| | Edward Drea | 10/13/16 | $ 100,000.00 | $ 7,000.00 |
| | Edward Drea | 10/13/17 | $ 150,000.00 | $ 6,750.00 |
| | Edward Fischer | 10/05/17 | $ 200,000.00 | $ 15,000.04 |

| Name | Date | Amount | Fee |
|---|---|---|---|
| Edward Passamonti | 10/17/16 | $ 100,000.00 | $ 7,000.00 |
| Edward Passamonti | 10/13/17 | $ 50,000.00 | $ 2,250.00 |
| Edward Passamonti | 10/17/17 | $ 115,500.00 | $ 5,197.50 |
| Edward Passamonti | 11/28/17 | $ 150,000.00 | $ 6,750.00 |
| Edward Tefft | 09/21/17 | $ 200,000.00 | $ 15,000.04 |
| Energy Industries | 09/25/17 | $ 240,000.00 | $ 7,200.00 |
| Faisal Jameel | 08/05/16 | $ 100,000.00 | $ 7,000.00 |
| Faisal Jameel | 12/20/16 | $ 150,000.00 | $ 10,500.00 |
| Faisal Jameel | 08/21/17 | $ 250,000.00 | $ 12,500.00 |
| Fiorindo Vagnozzi | 01/30/17 | $ 110,000.00 | $ 7,700.00 |
| Fiorindo Vagnozzi | 07/31/17 | $ 100,000.00 | $ - |
| Gene Franceschina | 12/02/16 | $ 100,000.00 | $ 7,000.00 |
| Gene Franceschina | 12/02/17 | $ 100,000.00 | $ 4,500.00 |
| George Carr | 12/05/17 | $ 200,000.00 | $ 6,000.04 |
| Glen Cole | 08/25/16 | $ 100,000.00 | $ 7,000.00 |
| Glen Cole | 08/25/17 | $ 200,000.00 | $ 15,000.00 |
| Gregory and Regina Spadea | 01/30/17 | $ 150,000.00 | $ 10,500.00 |
| Gregory and Regina Spadea | 03/08/17 | $ 101,000.00 | $ 7,070.00 |
| Jack Belli | 12/12/16 | $ 300,000.00 | $ 21,000.00 |
| Jack Belli | 12/12/17 | $ 300,000.00 | $ 15,000.00 |
| James Basara | 12/22/16 | $ 20,000.00 | $ 1,400.00 |
| James Basara | 12/22/16 | $ 90,000.00 | $ 6,300.00 |
| James Basara | 12/22/17 | $ 23,100.00 | $ 1,039.50 |
| James Burke | 12/30/17 | $ 250,000.00 | $ 12,500.00 |
| James Livecchi | 12/30/16 | $ 250,000.00 | $ 17,500.00 |
| James Livecchi | 01/03/17 | $ 150,000.00 | $ 10,500.00 |
| James Livecchi | 05/18/17 | $ 250,000.00 | $ 12,500.00 |
| Jan Garber | 05/26/17 | $ 120,000.00 | $ 9,600.00 |
| Jan Garber | 05/26/17 | $ 89,000.00 | $ 7,120.00 |
| Jeff Dearie | 01/05/17 | $ 210,000.00 | $ 14,700.00 |
| Jeff Dearie | 01/18/17 | $ 90,000.00 | $ 6,300.00 |
| Jeff Dearie | 02/21/17 | $ 100,000.00 | $ 7,000.00 |
| Jeff Dearie | 06/01/17 | $ 100,000.00 | $ 5,000.00 |
| Jeffrey Newby | 11/30/17 | $ 200,000.00 | $ 15,000.04 |
| Jeffrey Traver | 07/20/17 | $ 300,000.00 | $ 22,500.00 |
| John Hogan | 10/25/17 | $ 200,000.00 | $ 15,000.04 |
| John Midash | 12/15/16 | $ 100,000.00 | $ 7,000.00 |
| John Quarino | 08/28/17 | $ 200,000.00 | $ 15,000.04 |
| John Somplansky | 10/03/16 | $ 100,000.00 | $ 7,000.00 |
| John Somplansky | 10/07/16 | $ 40,000.00 | $ 2,800.00 |
| John Somplansky | 09/25/17 | $ 200,000.00 | $ 12,000.00 |
| John Somplansky | 09/30/17 | $ 115,500.00 | $ 5,197.50 |
| John Somplansky | 10/06/17 | $ 35,000.00 | $ 2,275.00 |
| John Somplansky | 10/07/17 | $ 40,000.00 | $ 3,000.00 |
| Jose Alves | 10/06/17 | $ 200,000.00 | $ 9,000.00 |
| Jose Alves | 12/08/17 | $ 250,000.00 | $ 11,250.00 |
| Jose Alvez | 10/06/16 | $ 100,000.00 | $ 7,000.00 |
| Joseph Bowen | 10/28/16 | $ 100,000.00 | $ 7,000.00 |
| Joseph Bowen | 07/24/17 | $ 200,000.00 | $ 15,000.00 |
| Joseph Brock | 09/23/16 | $ 100,000.00 | $ 7,000.00 |
| Joseph Brock | 09/23/17 | $ 100,000.00 | $ 4,500.00 |
| Karl Storm | 07/13/17 | $ 235,750.00 | $ 18,860.00 |
| Kathleen Farina | 06/12/17 | $ 260,000.00 | $ 19,500.04 |

| Name | Date | Amount | Interest |
|---|---|---|---|
| Kevin Hahn | 04/12/16 | $ 200,000.00 | $ 14,000.00 |
| Kevin Hahn | 08/15/16 | $ 71,600.00 | $ 5,012.00 |
| Kevin Hahn | 09/20/16 | $ 120,000.00 | $ 8,400.00 |
| Kevin Hahn | 12/01/16 | $ 50,000.00 | $ 3,500.00 |
| Kevin Hahn | 09/20/17 | $ 200,000.00 | $ 9,000.00 |
| Kevin Hodges | 12/02/16 | $ 70,000.00 | $ 4,900.00 |
| Lawrence Guthrie Trust | 06/01/17 | $ 590,000.00 | $ 47,200.00 |
| Lisa King | 01/30/17 | $ 115,000.00 | $ 8,050.00 |
| Lonna Ellis | 11/21/16 | $ 100,000.00 | $ 7,000.00 |
| Lonna Ellis | 07/28/17 | $ 50,000.00 | $ 3,250.00 |
| Lonna Ellis | 11/20/17 | $ 135,500.00 | $ 6,097.50 |
| Marcy Kershner | 03/21/17 | $ 100,000.00 | $ 7,000.00 |
| Marcy Kershner | 04/17/17 | $ 113,000.00 | $ 2,260.00 |
| Margaret Hodges | 12/02/16 | $ 30,000.00 | $ 2,100.00 |
| Marie Gustafson | 09/21/16 | $ 100,000.00 | $ 7,000.00 |
| Marie Gustafson | 09/21/17 | $ 100,000.00 | $ 7,500.00 |
| Mark Abate | 06/16/17 | $ 250,000.00 | $ 10,000.00 |
| Mark Nye | 04/18/17 | $ 47,000.00 | $ 940.00 |
| Mark Nye | 04/18/17 | $ 153,000.00 | $ 3,060.00 |
| Mary Austin | 04/27/17 | $ 100,000.00 | $ 2,000.00 |
| Matthew Asplundh | 06/02/17 | $ 200,000.00 | $ 16,000.00 |
| Matthew Hood | 11/18/16 | $ 300,000.00 | $ 21,000.00 |
| Maureen Green | 01/20/17 | $ 160,000.00 | $ 11,200.00 |
| Maureen Green | 02/06/17 | $ 40,000.00 | $ 2,800.00 |
| Melanie Fisher | 06/09/17 | $ 620,000.00 | $ 49,600.00 |
| Michael Copskey | 11/14/17 | $ 500,000.00 | $ 25,000.00 |
| Michael Des Garennes | 02/01/17 | $ 100,000.00 | $ 7,000.00 |
| Michael Schaffer | 04/06/17 | $ 200,000.00 | $ 14,000.00 |
| Michelle Price | 06/16/17 | $ 108,000.00 | $ - |
| Michelle Price | 06/16/17 | $ 92,000.00 | $ - |
| Mitchell Sher | 03/10/17 | $ 250,000.00 | $ 17,500.00 |
| Nancy Geserick | 07/27/17 | $ 18,000.00 | $ 1,080.00 |
| Nancy Geserick | 07/27/17 | $ 227,500.00 | $ 13,649.96 |
| Patlola Rathnaker | 11/03/17 | $ 100,000.00 | $ 7,500.08 |
| Paul and Denise Sands | 03/01/17 | $ 200,000.00 | $ 14,000.00 |
| Peacock Laboratories | 08/26/17 | $ 100,000.00 | $ 7,500.00 |
| Peacock Labs | 08/26/16 | $ 100,000.00 | $ 7,000.00 |
| Peter Holmes | 07/19/17 | $ 200,000.00 | $ 15,000.04 |
| Peter Westhead | 12/20/17 | $ 51,000.00 | $ 3,825.00 |
| Peter Westhead-I | 12/20/17 | $ 50,000.00 | $ 3,750.04 |
| Peter Westhead-T | 12/20/17 | $ 99,000.00 | $ 7,425.00 |
| Philip Mowry | 09/29/16 | $ 100,000.00 | $ 7,000.00 |
| Phillip Mowry | 01/24/17 | $ 150,000.00 | $ 10,500.00 |
| Phillip Mowry | 03/10/17 | $ 250,000.00 | $ 17,500.00 |
| Phillip Mowry | 09/27/17 | $ 115,500.00 | $ 5,197.50 |
| Richard Basile | 03/23/17 | $ 150,000.00 | $ 10,500.00 |
| Richard Basile | 03/24/17 | $ 34,000.00 | $ 2,380.00 |
| Richard Kearney | 04/06/17 | $ 200,000.00 | $ 14,000.00 |
| Richard Kerney | 10/24/16 | $ 100,000.00 | $ 7,000.00 |
| Richard Shillingsburg | 10/27/17 | $ 200,000.00 | $ 9,000.00 |
| Richard Wisniewski | 05/17/17 | $ 200,000.00 | $ 4,000.00 |
| Robert Coccoli | 11/03/17 | $ 200,000.00 | $ 13,000.00 |
| Robert Lindelow | 09/19/16 | $ 150,000.00 | $ 10,500.00 |

| Name | Date | Amount | Amount |
|---|---|---|---|
| Robert Lindelow | 09/19/17 | $ 173,250.00 | $ 7,796.25 |
| Robert Lombardo | 06/09/17 | $ 470,000.00 | $ 21,150.04 |
| Ronald Anderson | 12/15/17 | $ 200,000.00 | $ 16,000.00 |
| Ronald Fratantoni | 01/13/17 | $ 102,500.00 | $ 7,175.00 |
| Ronald Gray | 05/25/17 | $ 200,000.00 | $ 14,000.00 |
| Satpal Narang | 08/25/16 | $ 100,000.00 | $ 7,000.00 |
| Scott Marlowe | 09/08/16 | $ 100,000.00 | $ 7,000.00 |
| Sharon Limaye Foundation | 05/11/17 | $ 300,000.00 | $ 9,000.00 |
| Stephen Anderson | 12/15/17 | $ 200,000.00 | $ 16,000.00 |
| Stephen Cushmore | 09/13/17 | $ 315,000.00 | $ 15,750.00 |
| Stephen Wittmer | 11/16/17 | $ 304,000.00 | $ 15,200.00 |
| Steve Carnwath | 08/09/16 | $ 50,000.00 | $ 3,500.00 |
| Steve Carnwath | 08/11/16 | $ 50,000.00 | $ 3,500.00 |
| Steve Carnwath | 08/15/16 | $ 50,000.00 | $ 3,500.00 |
| Steve Carnwath | 08/18/16 | $ 50,000.00 | $ 3,500.00 |
| Steven Weinkranz | 10/28/16 | $ 60,000.00 | $ 4,200.00 |
| Steven Weinkranz | 10/28/17 | $ 60,000.00 | $ 2,700.00 |
| Steven Wittmer | 10/12/17 | $ 1,004,000.00 | $ 20,080.00 |
| Terry and Lisa Rosche | 08/24/17 | $ 200,000.00 | $ 15,000.00 |
| Terry Rosche | 09/30/16 | $ 100,000.00 | $ 7,000.00 |
| Thomas Chaves | 10/06/16 | $ 100,000.00 | $ 7,000.00 |
| Thomas Chaves | 02/06/17 | $ 75,000.00 | $ 5,250.00 |
| Thomas Chaves | 08/04/17 | $ 125,000.00 | $ 7,500.00 |
| Thomas Chaves | 10/06/17 | $ 115,500.00 | $ 5,197.50 |
| Thomas Elsasser | 12/15/16 | $ 100,000.00 | $ 7,000.00 |
| Thomas Elsasser | 12/14/17 | $ 200,500.00 | $ 9,022.50 |
| Thomas Green | 01/20/17 | $ 290,000.00 | $ 20,300.00 |
| Thomas Green | 02/06/17 | $ 10,000.00 | $ 700.00 |
| Thomas Lucca | 12/28/17 | $ 200,000.00 | $ 16,000.00 |
| Thomas Monahan | 03/07/17 | $ 200,000.00 | $ 14,000.00 |
| Timothy Curran | 10/14/16 | $ 100,000.00 | $ 7,000.00 |
| Timothy Curran | 10/14/17 | $ 100,000.00 | $ 4,500.00 |
| Tobey Rodier | 11/23/16 | $ 100,000.00 | $ 7,000.00 |
| Toby Chrostowski | 05/10/17 | $ 250,000.00 | $ 11,250.08 |
| Todd McFoy | 06/22/17 | $ 200,000.00 | $ 16,000.00 |
| Victoria Hahn | 08/15/16 | $ 90,700.00 | $ 6,349.00 |
| William Austin | 02/07/17 | $ 100,000.00 | $ 7,000.00 |
| William Conklin | 09/29/16 | $ 100,000.00 | $ 7,000.00 |
| William Conklin | 10/31/17 | $ 200,500.00 | $ 9,022.50 |
| William Denton | 01/27/17 | $ 100,000.00 | $ 7,000.00 |
| William Fleisher | 09/16/16 | $ 125,000.00 | $ 8,750.00 |
| William Fleisher | 09/16/17 | $ 125,000.00 | $ 9,375.00 |
| William Morrison | 12/27/16 | $ 150,000.00 | $ 10,500.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| AG Morgan Tax and Accounting Llc<br>5260 Merrick Rd<br>Massapequa, NY 11758 | Alex Sanchez | 09/01/17 | $ 200,000.00 | $ 4,800.00 |
| | Alfred Cali | 08/16/17 | $ 250,000.00 | $ 6,249.98 |
| | Allen Metzger | 09/06/17 | $ 200,000.00 | $ 4,800.00 |
| | Daniel Yarosh | 09/25/17 | $ 514,000.00 | $ 12,336.00 |
| | Eleanor Sabbagh | 09/29/17 | $ 200,000.00 | $ 4,800.00 |
| | Frank Green | 11/08/17 | $ 100,000.00 | $ 2,400.00 |
| | Frank Rinaudo | 09/15/17 | $ 250,000.00 | $ 6,000.00 |
| | Gary Miniman | 09/01/17 | $ 200,000.00 | $ 4,800.00 |
| | Joseph Dilorenzo | 09/13/17 | $ 250,000.00 | $ 7,500.00 |
| | Linda Zwiren | 10/04/17 | $ 200,000.00 | $ 4,800.00 |
| | Pamela Smith | 08/21/17 | $ 300,000.00 | $ 7,200.00 |
| | Patricia Rodriguez | 09/19/17 | $ 200,000.00 | $ 4,800.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Alvin Holdings<br>[redacted]<br>Plano, TX 75024 | Matthew Milstead | 01/12/17 | $ 100,000.00 | $ 4,000.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Caetrina Talbot<br>[redacted]<br>Fountain Hills, AZ 85268 | Zhong Ju Guo | 11/21/17 | $ 300,000.00 | $ 24,000.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Lindsay Blake Inc. | 75 Bittersweet | 08/25/16 | $ 250,000.00 | $ - |
| ▮▮▮▮▮ | Albert Chehebar | 06/24/16 | $ 2,000,000.00 | $ - |
| Springfield, NJ 07081 | Albert Chehebar | 01/11/17 | $ 3,000,000.00 | $ - |
| | Albert Chehebar | 12/07/17 | $ 7,000,000.00 | $ - |
| | Albert E. Chehebar | 06/14/17 | $ 175,000.00 | $ - |
| | Cherie Chehebar | 06/14/17 | $ 150,000.00 | $ - |
| | Daniel Siegel | 12/20/17 | $ 250,000.00 | $ - |
| | Danielle Halabi | 10/17/17 | $ 500,000.00 | $ - |
| | Darin Brindisi | 06/28/17 | $ 100,000.00 | $ - |
| | Eric Labiak | 02/03/17 | $ 100,000.00 | $ - |
| | Ezra Chehbar | 05/25/16 | $ 250,000.00 | $ 10,000.00 |
| | Ezra Chehebar | 05/25/16 | $ 2,500,000.00 | $ 90,000.00 |
| | Ezra Shehebar LLC | 07/27/17 | $ 1,000,000.00 | $ - |
| | Ezra Shehebar LLC | 12/27/17 | $ 100,000.00 | $ 2,500.00 |
| | Gamed LLC | 11/14/17 | $ 2,000,000.00 | $ - |
| | Gary Nitsche | 04/25/16 | $ 750,000.00 | $ 75,000.00 |
| | Gary Nitsche | 12/21/16 | $ 750,000.00 | $ - |
| | GEMJ Chehebar | 06/01/16 | $ 500,000.00 | $ 50,000.00 |
| | GEMJ Chehebar | 08/25/16 | $ 1,000,000.00 | $ - |
| | GEMJ Chehebar | 01/11/17 | $ 2,000,000.00 | $ - |
| | GEMJ Chehebar | 05/16/17 | $ 1,000,000.00 | $ - |
| | GEMJ Chehebar | 08/19/17 | $ 1,000,000.00 | $ - |
| | Isaac Bennet Sales | 09/25/17 | $ 500,000.00 | $ - |
| | Isaac Shehebar | 04/19/16 | $ 500,000.00 | $ 50,000.00 |
| | Isaac Shehebar | 05/25/16 | $ 500,000.00 | $ 50,000.00 |
| | Isaac Shehebar | 07/19/16 | $ 1,000,000.00 | $ - |
| | Isaac Shehebar | 10/19/16 | $ 1,000,000.00 | $ - |
| | Isaac Shehebar | 08/11/17 | $ 7,000,000.00 | $ - |
| | Isaac Shehebar | 01/11/17 | $ 3,000,000.00 | $ - |
| | Jack Terzi | 12/22/17 | $ 500,000.00 | $ - |
| | Joseph Levy | 11/29/17 | $ 500,000.00 | $ - |
| | Joyce Chehebar | 06/14/17 | $ 225,000.00 | $ - |
| | Lindsay Blake | 09/24/17 | $ 325,000.00 | $ - |
| | Michael Berkowitz | 09/19/16 | $ 100,000.00 | $ 10,000.00 |
| | Michael Berkowitz | 10/19/17 | $ 100,000.00 | $ - |
| | Michael Chehebar | 10/04/17 | $ 1,000,000.00 | $ - |
| | Michael Katz | 11/18/16 | $ 100,000.00 | $ - |
| | Paperchase Films | 12/22/17 | $ 400,000.00 | $ - |
| | Real Underwear | 12/04/17 | $ 250,000.00 | $ - |
| | Robert Frei | 04/19/16 | $ 250,000.00 | $ - |
| | Robert Frei | 05/25/16 | $ 250,000.00 | $ - |
| | Robert Frei | 04/19/17 | $ 250,000.00 | $ - |
| | Robert Frei | 05/19/17 | $ 250,000.00 | $ - |
| | She'erit Ezra | 08/21/17 | $ 1,000,000.00 | $ - |
| | Steve Farber | 09/13/16 | $ 250,000.00 | $ 25,000.00 |
| | Steve Farber | 03/13/17 | $ 500,000.00 | $ - |
| | Steven Chehebar | 06/14/17 | $ 70,000.00 | $ - |
| | Steven Frei | 06/27/16 | $ 100,000.00 | $ 10,000.00 |
| | Steven Frei | 03/24/17 | $ 200,000.00 | $ - |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Daniel A. Cistone LLC | Dan Cistone | 06/03/16 | $ 275,000.00 | $ 25,000.00 |
| Southampton, PA 18966 | Dan Cistone | 07/12/16 | $ 100,000.00 | $ 10,000.00 |
| | Daniel Cistone | 03/09/17 | $ 225,000.00 | $ - |
| | Daniel Cistone | 06/21/17 | $ 375,000.00 | $ - |
| | Joann Chiavon | 12/13/16 | $ 100,000.00 | $ - |
| | Joann Chiavon | 12/14/17 | $ 100,000.00 | $ - |
| | Joseph Cistone | 06/28/16 | $ 100,000.00 | $ 10,000.00 |
| | Joseph Cistone | 10/26/16 | $ 50,000.00 | $ 5,000.00 |
| | Joseph Cistone | 05/11/17 | $ 50,000.00 | $ 1,250.00 |
| | Joseph Cistone | 06/28/17 | $ 100,000.00 | $ - |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Daniel O'Neill | Daniel O'neill | 09/14/16 | $ 250,000.00 | $ - |
| Harleysville, PA 19438 | Daniel O'neill | 10/02/17 | $ 1,300,000.00 | $ - |
| | Gerard O'hara | 10/10/17 | $ 200,000.00 | $ 9,000.00 |
| | Marie Beebe | 12/27/17 | $ 250,000.00 | $ 11,250.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| ES Equity | David Pond | 06/22/16 | $ 200,000.00 | $ 10,000.00 |
| 1000 S. Lenola Road, Suite 104 | David Pond | 06/22/17 | $ 200,000.00 | $ 10,000.00 |
| Maple Shade, NJ 08052 | Front and Thurlow | 07/08/16 | $ 100,000.00 | $ 7,500.00 |
| | Front and Thurlow | 07/08/17 | $ 100,000.00 | $ 7,500.00 |
| | Stephen Strauss | 09/01/17 | $ 360,000.00 | $ - |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Fran Cassidy | Fran Cassidy | 08/25/16 | $ 100,000.00 | $ - |
| Ardmore, PA 19003 | Fran Cassidy | 08/28/17 | $ 200,000.00 | $ 3,000.00 |
| | Francis Gregor | 05/12/17 | $ 200,000.00 | $ 18,750.00 |
| | John Quirk | 12/22/17 | $ 433,000.00 | $ 32,475.00 |
| | Luke and Kara Murray | 08/31/17 | $ 200,000.00 | $ 3,000.00 |
| | Mariellen Doig | 11/07/17 | $ 200,000.00 | $ 16,000.00 |
| | Mark Brogan | 08/21/17 | $ 250,000.00 | $ 3,000.00 |
| | Mark Mehok | 09/13/16 | $ 100,000.00 | $ 10,000.00 |
| | Mark Mehok | 03/15/17 | $ 150,000.00 | $ 10,000.00 |
| | Mark Mehok | 03/15/17 | $ 200,000.00 | $ 21,000.00 |
| | Mary Dugery | 12/13/16 | $ 100,000.00 | $ 10,000.00 |
| | Michael Santiago Donoho | 04/07/17 | $ 200,000.00 | $ 15,000.00 |
| | Peter Dugery | 12/13/16 | $ 100,000.00 | $ 9,375.00 |
| | Richard Gawarzewski | 10/24/17 | $ 350,000.00 | $ 28,000.00 |
| | Thomas Quirk | 10/05/17 | $ 225,700.00 | $ 16,927.50 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Jacalyn Kerbeck | David Mills | 03/08/17 | $ 100,000.00 | $ 7,500.00 |
| Boca Raton, FL 33433 | Osagie Imasogie | 08/24/16 | $ 100,000.00 | $ 10,000.00 |
| | Osagie Imasogie | 08/24/17 | $ 100,000.00 | $ 4,000.00 |
| | Stephen Krevitz | 02/15/17 | $ 50,000.00 | $ 2,250.00 |
| | Stephen Krevitz | 12/07/17 | $ 300,000.00 | $ - |
| | Steven Krevitz | 10/25/16 | $ 100,000.00 | $ 10,000.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Mid Atlantic Brokers Inc | Bruce McKenzie | 10/27/17 | $ 200,000.00 | $ 16,000.00 |
| 906 Highlands Ave | Dan Ressinger | 03/03/17 | $ 225,000.00 | $ 5,625.00 |
| Bellefonte, DE 19809 | Dan Ressinger | 03/03/17 | $ 600,000.00 | $ 5,000.00 |
|  | Dan Ressinger | 06/30/17 | $ 200,000.00 | $ 4,000.00 |
|  | Dan Ressinger | 06/30/17 | $ 314,500.00 | $ 5,440.00 |
|  | Nellie Roop | 09/06/17 | $ 183,600.00 | $ 13,770.00 |
|  | Raymond Easterby | 10/23/17 | $ 100,000.00 | $ 8,000.00 |
|  | Ronald Prisco | 11/08/17 | $ 233,500.00 | $ 11,675.00 |
|  | Ruth Finney | 10/02/17 | $ 200,000.00 | $ 16,000.00 |
|  | Samuel Domino Jr. | 09/08/17 | $ 250,000.00 | $ 20,000.00 |
|  | Sheryl Whitlock | 10/11/17 | $ 227,000.00 | $ 18,160.00 |
|  | Stephen Bradley | 10/04/17 | $ 245,500.00 | $ 19,640.00 |
|  | Timothy Onley | 09/01/17 | $ 182,000.00 | $ 14,560.00 |
|  | Timothy Onley | 11/17/17 | $ 27,000.00 | $ 2,160.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Matthew Milstead | Eric Husebo | 09/28/17 | $ 500,000.00 | $ 50,000.00 |
|  | Kyle Hard | 02/24/17 | $ 100,000.00 | $ 8,500.00 |
| Herndon, VA 20170 | Matthew Talbot | 02/10/17 | $ 200,000.00 | $ 17,000.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| PTK Financial | Alphonso Randolph | 10/30/17 | $ 200,000.00 | $ 14,000.00 |
| 21 West Front St Suite 300 | Biz Buy Solutions | 10/12/17 | $ 200,000.00 | $ 13,000.00 |
| Media, PA 19063 | Edward Destefano | 10/12/17 | $ 200,000.00 | $ 13,000.00 |
|  | Eleftherios Vitalis | 10/06/17 | $ 200,000.00 | $ 13,000.00 |
|  | Jack Bradley | 11/13/17 | $ 400,000.00 | $ 22,000.00 |
|  | John Sisko | 08/01/17 | $ 200,000.00 | $ 15,000.00 |
|  | John Sisko | 10/26/17 | $ 60,000.00 | $ 4,500.00 |
|  | Ralph Muldoon | 07/20/17 | $ 200,000.00 | $ 4,000.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Richard K. Armon | Donald Finch | 11/14/16 | $ 50,000.00 | $ 3,750.00 |
|  | Ed Hurd | 10/11/16 | $ 150,000.00 | $ 10,500.00 |
| Radnor, PA 19087 | Ed Hurd | 10/11/17 | $ 150,000.00 | $ - |
|  | Renee Romagnole | 10/11/16 | $ 150,000.00 | $ 10,500.00 |
|  | Renee Romagnole | 10/11/17 | $ 150,000.00 | $ - |
|  | Stephen Mooney | 05/31/17 | $ 250,000.00 | $ 13,750.00 |
|  | Stephen Strauss | 09/14/16 | $ 300,000.00 | $ 30,000.00 |

| Finder | Note Holder | Date | Amount | Fee |
|---|---|---|---|---|
| Robert Hughes | Robert Hughes | 05/23/16 | $ 250,000.00 | $ 12,500.00 |
|  | Robert Hughes | 05/23/17 | $ 250,000.00 | $ 12,500.00 |
| Wyndmoor, PA 19038 | Timothy Hughes | 03/09/17 | $ 750,000.00 | $ - |
|  | Valerie Hughes | 09/01/17 | $ 200,000.00 | $ - |