**To:** Donna Iannuzzi[donnai@camaplan.com]
**Cc:** Mike Tierney[Mike@abetterfinancialplan.com]
**From:** Michelle Price
**Sent:** 2018-05-21T12:54:25-04:00
**Importance:** Normal
**Subject:** Agent Funds to come
**Received:** 2018-05-21T12:54:38-04:00

Hi Donna,

I just wanted to give you a heads up some new funds to be starting soon. We are working with other agents to replicate what ABFP Income Fund is doing, notes with CBSG and paying the investors monthly interest.

Each agent will be the legal owner of their fund and we (ABFP Management Co LLC) will be managing their funds for them.
I assume you will need their PPM before starting with them, what other documents will you need?

Thanks,
Michelle



Michelle Price
Controller
Abetterfinancialplan.com, llc
234 Mall Blvd, Suite 270
King Of Prussia, PA 19406

O: (484) 425-7393
F: (610) 910-3920