## DECLARATION OF ROBERT L. FLEETWOOD

I, the undersigned, Robert L. Fleetwood, pursuant to 28 U.S.C. § 1746, declare that:

1. My name is Robert L. Fleetwood, I am over twenty-one years of age, and I have personal knowledge of the matters set forth herein.

2. Together with my wife, Pamela A. Fleetwood, I own a company called Fleetwood Services, LLC (the "Company"), which is located in Dallas, Texas.

3. In January 2017, Complete Business Solutions Group ("CBSG") made a loan to the Company in the amount of $370,000 (the "Loan") through what CBSG calls its "merchant capital advance" ("MCA") business.

4. My wife and I applied to CBSG for the Loan and we were the sole contacts with CBSG on behalf of our Company during the Loan application process and CBSG's underwriting process.

5. The Loan was underwritten by CBSG in less than 48 hours from the time we applied.

6. At no time did CBSG offer me or the Company insurance of any kind.

7. CBSG did not perform an on-site inspection of the Company prior to approving the Loan.

8. CBSG did not perform a background check on me during the underwriting process or at any time prior to approving the Loan.

9. CBSG did not perform a personal interview of me during the underwriting process or at any time prior to approving the Loan.

10. CBSG did not request a debt schedule for the Company during the underwriting process or at any other time prior to approving the Loans.

11. CBSG did not assign me or the Company a liaison.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 4, 2020, in Dallas, Texas.

_____
Robert L. Fleetwood