

- Close Window
- Print This Page
- Expand All | Collapse All

# Complete Business Solutions Group Inc.

| | | | |
|---|---|---|---|
| Account Record Type | Actum Merchant | Amendment on File | ☐ |

| | | | |
|---|---|---|---|
| Account Owner | Lisa Janacek | Account Status | Active |
| Account Name | Complete Business Solutions Group Inc. | Reseller of Record | NONE ACTUM |
| DBA | Par Funding | | |
| Parent Account | | Risk Level Score | 28.0 |
| Website | http://www.parfunding.com | | |
| Phone | (215) 820-8206 | | |
| Fax | | | |
| Reseller SF Notification Email | | | |

## Address Information

| | | | |
|---|---|---|---|
| Billing Address | 141 N 2nd St<br>Philidelphia, PA 19105<br>United States | Shipping Address | |

## Additional Information

| | | | |
|---|---|---|---|
| Type | Customer | Industry | Financial Services |
| Federal Tax ID | 453686215 | Employees | 25 |
| Account Source | | Annual Revenue | $10,000,000 |
| SIC Code | | SIC Description | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Callie Stuart, 3/3/2015 2:49 PM | Last Modified By | Anthony Leem, 6/17/2019 5:52 PM |

## Custom Links

| | | |
|---|---|---|
| Actum Reports | Google Maps | Google News |
| Google Search | | |
| Hoovers Profile | | |

## Parent Record ID's (Account)
### PRID000692

| | |
|---|---|
| Parent ID | **A20150035** |
| Record Type | **Actum Merchant** |
| Last Modified Date | **3/17/2015** |
| Last Modified By | **Anthony Leem, 3/17/2015 9:41 AM** |

## Contacts
### James (Jim) Klenk

| | |
|---|---|
| Contact Role | |
| Title | **Financial Controller** |
| Email | **james@parfunding.com** |
| Phone | **(215) 922-2636 Ext 1040** |
| Fax | |
| Mobile | |
| Description | |

### Lisa McElhone

| | |
|---|---|
| Contact Role | |
| Title | **CEO** |
| Email | **lisa.mcelhone@gmail.com** |
| Phone | **(215) 820-8206** |
| Fax | |
| Mobile | |
| Description | **In house agent: Vinny** |

### Joe Cole

| | |
|---|---|
| Contact Role | **Primary Contact** |
| Title | |
| Email | **joecole@parfunding.com** |
| Phone | **(215) 613-4126** |
| Fax | |
| Mobile | **(949) 232-2463** |
| Description | |

### Susan Graeser (No Longer Authorized)

| | |
|---|---|
| Contact Role | **CS Manager** |
| Title | |
| Email | **susan@parfunding.com** |
| Phone | **(215) 820-8206** |
| Fax | |
| Mobile | |
| Description | |

### Aida Lau

| | |
|---|---|
| Contact Role | |
| Title | **Accounting Manager** |
| Email | **aida@parfunding.com** |
| Phone | **(610) 292-2722** |
| Fax | |
| Mobile | |
| Description | |

## Activity History
### FUP on POA request

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/24/2019** |
| Due Date | **6/24/2019** |
| Last Modified Date/Time | **6/24/2019 1:24 PM** |
| Assigned To | **Maura Wright** |

Last Modified By Alias **maura**

Comments **Merchant provided POAs. It is CCD, going to Whitaker Enterprises. POAs show client started a new business for auto detailing. POAs are thorough, complete. No concern at this time, now that we can see its b2b.**

---

## Em to/from Merchant - POA Requests

Name

Status **Completed**

Related To **Complete Business Solutions Group Inc.**

Task ✓

Create Date **6/24/2019**

Due Date **6/24/2019**

Last Modified Date/Time **6/24/2019 12:45 PM**

Assigned To **Jared Apilado**

Last Modified By Alias **Jared**

Comments **-------- Forwarded Message --------**
**Subject: RE: POA Requests - Complete Business Solutions - A20150035**
**Date: Mon, 24 Jun 2019 12:17:46 -0400**
**From: Aida Lau <aida@parfunding.com>**
**To: Jared <jared@actumprocessing.com>**
**CC: ellen@actumprocessing.com**

**Both submitted.**

**Let me know if you need anything else.**

**Thanks.**

**Aida Lau**


**-------- Forwarded Message --------**
**Subject: POA Requests - Complete Business Solutions - A20150035**
**Date: Mon, 24 Jun 2019 11:04:36 -0500**
**From: Jared <jared@actumprocessing.com>**
**To: aida@parfunding.com**
**CC: ellen@actumprocessing.com <ellen@actumprocessing.com>**

**Good Morning Aida,**

**Our Risk & Compliance Team has asked if you can provide us with a copy of the agreements between Complete Business Solutions and the following customer listed below:**

**Abraham Whitaker - $2,083.33**
**Abraham Whitaker - $1,360.50**

**Please upload a copy of the agreement to our secure document portal. You will receive a separate e-mail with login credentials to the portal shortly.**
**--**
**Best Regards,**

**Jared Apilado**




**Hello! Can you please request POAs for the following orders to check for compliance? Thanks!**

**06/03/2019 16:05:10 $2,083.33 Return Abraham Whitaker Whitaker Enterprise 19085262 Check Return R07 - Authorization Revoked by Customer Abraham Whitaker**

**06/04/2019 16:05:13 $1,360.50 Return Abraham Whitaker Whitaker Enterprise 19088305 Check Return R10 - Customer Advises Not Authorized**

**06/05/2019 16:05:15 $1,360.50 Return Abraham Whitaker Whitaker Enterprise 18888853 Check Return R10 - Customer Advises Not Authorized**

### Unauth return investigation

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **6/24/2019** |
| Due Date | **6/24/2019** |
| Last Modified Date/Time | **6/24/2019 10:17 AM** |
| Assigned To | **Maura Wright** |
| Last Modified By Alias | **maura** |
| Comments | **Originator received three R10s. CCD only. Looked up receiver, appears to be part of an llc: https://opencorporates.com/companies/us_tn/000778112**<br><br>**No details in WTS besides a name of "Whitaker Enterprise." Receiver also has two R07 returns. Requesting POAs for a couple of orders from this recv. to make sure its CCD.** |

### Bypass limits search

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **6/19/2019** |
| Due Date | **6/19/2019** |
| Last Modified Date/Time | **6/19/2019 10:03 AM** |
| Assigned To | **Maura Wright** |
| Last Modified By Alias | **maura** |
| Comments | **Ran sql query for merchants that are potentially bypassing limits. Large one was for A20150035 on acct ending x118. Found client online on LinkedIn in PA. IP matches their location out of PA. Does not appear to be bypassing limits, does daily debits of various sizes. Still staying within limits.** |

### Confirmed 4 biz day settlement

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **4/15/2019** |
| Due Date | **4/15/2019** |
| Last Modified Date/Time | **4/15/2019 1:55 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | |

### Sent Aida import file template

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **4/8/2019** |
| Due Date | **4/8/2019** |
| Last Modified Date/Time | **4/8/2019 12:48 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |

Comments

**Em from/to Aida - Confirmed Monthly Fee & Reserve**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/28/2019** |
| Due Date | **3/28/2019** |
| Last Modified Date/Time | **3/28/2019 12:19 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | **-------- Forwarded Message --------** |

**Subject: Re: Fast Advance Funding Reserve**
**Date: Thu, 28 Mar 2019 12:18:14 -0500**
**From: Jared <jared@actumprocessing.com>**
**To: Aida <aida@parfunding.com>**
**CC: 'Charles' <chucke@actumprocessing.com>, ellen@actumprocessing.com
<ellen@actumprocessing.com>**


**Good Afternoon Aida,**

**I confirmed that all monthly fees should be taken at the end of the month for these Parent IDs. I also
confirmed that for PAR Funding, there is no percentage reserve that is being taken from
transactions. You should be receiving the full amount of the transactions deposited into your bank
account.**

**Best Regards,**

**Jared Apilado**
**Actum Processing**
**Business Relationship Manager**
**Office: (512) 402-0082 Ext: 1168**
**Email: jared@actumprocessing.com**
**Learn more about NACHA's Operating Rules**

**Important: Review your account limits and reach out to us to avoid any transaction delays.**

**Actum Processing does not recommend or endorse transmitting protected information via e-mail or
fax.**
**Please transmit all sensitive information through our secure document portal.**

**On 3/28/2019 8:51 AM, Aida wrote:**
**>**
**> Good morning,**
**>**
**>**
**>**
**> I just want to confirm if this is resolved.**
**>**
**>**
**> Also I would like to double check if we have monthly actum fee instead of daily for all 4 accounts,
followings are the account numbers,**
**>**
**>**
**> A20150035**
**>**
**> A20170047**
**>**
**> A20180058**
**>**
**> A20180160**
**>**

```
                                    >
                                    >
                                    >
                                    >
                                    > Thanks.
                                    >
                                    >
                                    >
                                    >
                                    >
                                    > Aida Lau
```

**ckup - per G2 new BBB complaints/accred revoked**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/27/2019** |
| Due Date | **3/27/2019** |
| Last Modified Date/Time | **3/27/2019 2:47 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **4 complaints - revocation only per failure to respond** |

**Aida inquiring about import**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/25/2019** |
| Due Date | **3/25/2019** |
| Last Modified Date/Time | **3/25/2019 3:53 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Ellen Connaway <ellen@actumprocessing.com>**<br>**Attachments**<br>**3:49 PM (3 minutes ago)**<br>**to Aida, Lisa**<br><br>**Aida:**<br><br>**Not a problem!**<br><br>**I've attached our batch import spec which uses a CSV format and we also support a NACHA format for import also.**<br><br>**Our import cut-off times are 30 minutes before the normal cut-off times.**<br><br>**Let me know if you have any other questions...**<br><br>**Ellen Connaway**<br>**Actum Processing**<br>**www.actumprocessing.com**<br>**Merchant Support**<br>**Office: (512) 402-0082 Ext: 1107**<br>**Email: ellen@actumprocessing.com**<br><br>**Learn more about NACHA's Operating Rules**<br><br>**Actum Processing does not recommend or endorse transmitting protected information via e-mail or fax. Please transmit all sensitive information through our secure document portal.** |

**On 3/25/2019 2:52 PM, Aida wrote:**
**Hi Ellen/Lisa,**


**Is there anyway we can use any kind of actum import instead of manually entering data, specially we have many weekly clients that need to be scheduled manually.**


**Please confirm.**


**Thanks.**


**Aida Lau**

**Accounting Manager**

---

## Em from Aida - Reserve Options

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/19/2019** |
| Due Date | **3/19/2019** |
| Last Modified Date/Time | **3/19/2019 10:47 AM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | -------- Forwarded Message --------<br>**Subject: Fast Advance Funding Reserve**<br>**Date: Tue, 19 Mar 2019 11:30:31 -0400**<br>**From: Aida <aida@parfunding.com>**<br>**To: 'Jared' <jared@actumprocessing.com>**<br>**CC: 'Charles' <chucke@actumprocessing.com>**<br><br>**Hi Jared,**<br><br>**Can you please review our account and see if we need to have reserve taken out for each transactions?**<br><br>**Thanks.**<br><br>**Aida Lau**<br>**Accounting Manager** |

---

## Em to Charles - Move to Monthly Billing

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **2/20/2019** |
| Due Date | **2/20/2019** |
| Last Modified Date/Time | **2/20/2019 10:31 AM** |
| Assigned To | **Jared Apilado** |

| | |
|---|---|
| Last Modified By Alias | **Jared** |
| | -------- Forwarded Message --------<br>**Subject: Fwd: RE: Daily Transactions**<br>**Date: Wed, 20 Feb 2019 10:30:40 -0600**<br>**From: Jared <jared@actumprocessing.com>**<br>**To: chucke@actumprocessing.com <chucke@actumprocessing.com>**<br>**CC: ellen@actumprocessing.com <ellen@actumprocessing.com>** |
| Comments | **Hello Charles,**<br><br>**Per the e-mail below, can we move Complete Business Solutions Group Inc dba Par Funding (A20150035) to monthly billing?**<br><br>**If so, is it possible to move them over immediately?**<br><br>**Best Regards,**<br><br>**Jared Apilado** |

## Em from Aida - Move to Monthly Billing

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **2/20/2019** |
| Due Date | **2/20/2019** |
| Last Modified Date/Time | **2/20/2019 10:29 AM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| | -------- Forwarded Message --------<br>**Subject: RE: Daily Transactions**<br>**Date: Fri, 15 Feb 2019 14:28:01 -0500**<br>**From: Aida <aida@parfunding.com>**<br>**To: 'Jared' <jared@actumprocessing.com>, 'Ellen Connaway' <ellen@actumprocessing.com>, 'Lisa' <lisa@actumprocessing.com>** |
| Comments | **Jared,**<br><br>**Joe is happy to hear that we can move to monthly billing.**<br><br>**Please proceed with the current month, if you can refund the fee that you have already taken out and charge us a monthly fee starting this month, it will be great.**<br><br>**Let me know if you have any questions.**<br><br>**Thanks.**<br><br>**Aida Lau**<br>**Accounting Manager** |

## Em to Charles - Adding Origination Date to Settlements

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **2/15/2019** |
| Due Date | **2/15/2019** |
| Last Modified Date/Time | **2/15/2019 1:07 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | -------- Forwarded Message -------- |

**Subject: Merchant Activity Report - Adding Origination Date to Settlements**
Date: Fri, 15 Feb 2019 13:07:01 -0600
From: Jared <jared@actumprocessing.com>
To: chucke@actumprocessing.com <chucke@actumprocessing.com>
CC: Anthony Leem <anthony@actumprocessing.com>, ellen@actumprocessing.com
<ellen@actumprocessing.com>

Hello Charles,

I had a long phone conversation with a merchant who had an incredibly difficult time understanding our reporting to reconcile deposits/fees/returns.

At the end of our conversation, she finally understood a little more about what she needs to look for, but we both agreed that having the "origination date" added to the Settlements in the Merchant Activity Report would have made it much easier for her to understand and for me to explain.

Is is possible for us to add a column to the Settlements in the Merchant Activity Report that also shows the origination date, similar to how the Returns show it?

Returns:


Settlements:


Ideally it would be the first column on the left just like the Returns show.
--
Best Regards,

Jared Apilado

## Call w/ Aida (Accounting) - Discussed Reconciling & Accounting

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **2/15/2019** |
| Due Date | **2/15/2019** |
| Last Modified Date/Time | **2/15/2019 12:53 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | **They need to know the origination dates for the settlements. When they see a deposit, they don't just need to know the settlement date for the associated transactions, they also need to know the origination date for the associated transactions.**<br><br>**Right now, our reporting requires them to look at multiple reports to reconcile this information.**<br><br>**Adia will confirm if their management would like them to move to a monthly billing.**<br>**I will ask that the origination date be added to the Merchant Activity Report's "settlements" link.** |

## Rcvd Signed Ex Bs w/ High Ticket Fee - Client is Cool w/ it

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **2/6/2019** |
| Due Date | **2/6/2019** |
| Last Modified Date/Time | **2/6/2019 1:10 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | **------- Forwarded Message -------** |

Subject: Re: Updated Exhibit B - A20150035
Date: Tue, 5 Feb 2019 17:59:48 -0500
From: Joe Cole <joecole@parfunding.com>
To: Jared <jared@actumprocessing.com>
CC: ellen@actumprocessing.com <ellen@actumprocessing.com>


Ok, understood. We're good with the fees and agree it won't have a material impact on business.

Please see the attached form.

Thanks for the details on how this would impact our account.

### reply to Aida's ? on HT fee

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **2/6/2019** |
| Due Date | **2/6/2019** |
| Last Modified Date/Time | **2/6/2019 9:39 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Good morning, Aida.**<br><br>**As each entry carries it's own risk, this is a per item fee, and will apply to each originated debit $15K or more. Should you have a customer on multiple loans, and only the sum of their various debits totals $15K or more, the fee would not apply. Please also note that each originated debit must match the specific customer agreement/ACH authorization, though. Breaking up any single amount owed on an agreement into multiple debits is prohibited.**<br><br>**Let us know if you have any additional questions - always here to assist!**<br><br>**Lisa** |

### Em to Joe - Sent Ex B w/ High Ticket Rate

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **2/5/2019** |
| Due Date | **2/5/2019** |
| Last Modified Date/Time | **2/5/2019 2:55 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | **-------- Forwarded Message --------**<br>**Subject: Updated Exhibit B - A20150035**<br>**Date: Tue, 5 Feb 2019 14:45:09 -0600**<br>**From: Jared <jared@actumprocessing.com>**<br>**To: joecole@parfunding.com**<br>**CC: ellen@actumprocessing.com <ellen@actumprocessing.com>**<br><br>**Good Afternoon Joe,**<br><br>**Actum sent out a notice last month about a High Ticket Fee that would be implemented on February 10th. Accordingly, we are updating the Exhibit Bs for our clients to reflect this change.**<br><br>**The High Ticket Fee is a percentage rate of 0.25% that would be applied to individual debit transactions that are $15,000 or more.**<br><br>**I reviewed the account history for Par Funding from 6/1/2018 to 2/5/2019 and saw that you only** |

processed 190 transactions that were $15,000 or more out of a total of 37,877 transactions, so this
fee would have a very minimal impact on your current processing.

With that said, I have attached the updated Exhibit B to this e-mail. Please send back the signed
copy at your earliest convenience. We thank you for your continued partnership!

--
Best Regards,

Jared Apilado

## Bank Change Completed

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **2/4/2019** |
| Due Date | **2/4/2019** |
| Last Modified Date/Time | **2/4/2019 12:04 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | **Updated based on Ex A-1 and voided check provided.** |

## A-1 & ck rcvd from Joe-saved & asked Jared to process update

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **2/4/2019** |
| Due Date | **2/4/2019** |
| Last Modified Date/Time | **2/4/2019 11:32 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | Hi, Joe. Hope you've been well. We'll get this taken care of for y'all. |
| | @ Jared, documents saved to file. Would you please update the system? |
| | Best! |
| | Lisa |
| | On Mon, Feb 4, 2019 at 11:23 AM Joe Cole <joecole@parfunding.com> wrote: |
| | Good afternoon Lisa, |
| | Can we please change our ACH debit / credit account with CBSG back to the Bancorp account we used previously? |
| | Please see the attached request form and voided check. |
| | Thanks. |

## EM back from Joe regarding fee change - this applies to all associated companies

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **1/10/2019** |
| Due Date | **1/10/2019** |
| Last Modified Date/Time | **1/10/2019 2:03 PM** |

Assigned To **Vinny Lipari**

Last Modified By Alias **VinnyL**

Comments **Thanks, Joe! I greatly appreciate our relationship.**

**Let me know if you need any further detail or if questions pop it. It really doesn't impact your companies that much at all, at least based on December processing.**

**Regards,**
**Vinny Lipari, MBA**
**President**
**Actum Processing**

**Toll Free: (800) 975-5640 ext. 1401**
**Direct: (602) 912-5707**
**Mobile: (480) 677-0555**
**Email: vinny@actumprocessing.com**
**Calendar: calendly.com/vinny-actum**

**CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**On Jan 10, 2019, at 12:32 PM, Joe Cole <joecole@parfunding.com> wrote:**

**Thanks Vinny,**

**We understand and will comply accordingly.**

**Let me know if you need anything else in the meantime.**


**Joe Cole**


**On Thu, Jan 10, 2019 at 11:22 AM vincent lipari <vinny.lipari@actumprocessing.com> wrote:**
**Dear Valued Client,**

**I hope this message finds you well.**

**A portion of our 2018 audit was centered around the Merchant Cash Advance industry. The results of our evaluation lead to our executive team making decisions on how best to move forward with current and future business opportunities in this space. A significant portion of our ACH debit volume (MCA related) is for individual transactions greater than $14,999. I am writing you today because you are one of our clients that currently processes or are approved to process individual items larger than that number.**

**As a long-term partner, you've experienced first hand how we value our relationship and always go above and beyond to accommodate your needs. As an organization we continue to strengthen not only our ACH offerings, but also our infrastructure, operations and how we manage all facets of risk and communication associated with our MCA clients. With that being said, we are providing you with proper notice that there will be a change in our fee structure across all current and future accounts in this space.**

**Effective February 10, 2019, ACH debit entries of $15,000 or greater will be assessed an additional rate of 0.25%.**

**In addition, Actum will be introducing some new requirements for high ticket debits in your vertical, which may include: proof of funding/loan origination, copy of voided Receiver check or bank letter, executed customer agreement; and Actum may also require direct contact with the Receiver for a one-time verification and quality control purpose. It is our intention to streamline this process and work in tandem with your team on any requests that arise.**

**Certain industries require additional levels of compliance and customer service, as well as pose certain financial risks that Actum must take into consideration when pricing our processing services.**

**I am happy to discuss these in more detail with you directly. If you'd like to schedule a call please email me with a few suggested dates/times and I will accommodate. Rest assured Actum is behind**

your business and the MCA industry as a whole.

We look forward to the continued growth and success of our partnership in 2019.

Regards,
Vinny Lipari, MBA
President
Actum Processing

Toll Free: (800) 975-5640 ext. 1401
Direct: (602) 912-5707
Mobile: (480) 677-0555
Email: vinny@actumprocessing.com
Calendar: calendly.com/vinny-actum

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**EM w/Joe re: Cease & Desist Order**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **12/31/2018** |
| Due Date | **12/31/2018** |
| Last Modified Date/Time | **12/31/2018 12:53 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Lisa Janacek <lisa@actumprocessing.com>** |

**12:52 PM (0 minutes ago)**
**to Joe, Vinny**

**Joe,**

**Thank you for the response. Actum appreciates your partnership as well and finds the matter satisfactory at this time.**

**Happy new year and best wishes for 2019,**

**Lisa**

**On Mon, Dec 31, 2018 at 12:01 PM Joe Cole <joecole@parfunding.com> wrote:**
**Good afternoon Lisa,**

**Please see the attached letter our counsel prepared on Friday reflecting the company's position in regards to the order from New Jersey.**

**We intend to have the New Jersey order dismissed on the grounds that our creditor notes are simply loans to the company with no security interest in the business as the NJ BOS claims. Our attorney's prepared these documents with close attention to SEC regulations and this was further substantiated from the settlement we had with the PA Department of Banking last month. They concurred that the creditor note and security agreements we issued are not securities and we expect New Jersey to follow suit. The fees paid were only in respect to working with finders from 2017 and prior, a practice which the company no longer engages in.**

**Furthermore, the company has never had issues with it's creditors and we pride ourselves in maintaining a healthy working relationship with them. Our company conducts regular compliance audits and will pro-actively continue to refine our business practices and documentation to adhere to any new regulatory requirements.**

**We welcome any additional questions and can schedule a call with our counsel if desired.**

**CBSG greatly appreciates our business relationship with your firm. Thank you.**

**image.png**

**On Mon, Dec 31, 2018 at 11:27 AM Lisa Janacek <lisa@actumprocessing.com> wrote:**
**Good morning, Joe.**

**The Cease & Desist Order out of NJ has come to our attention and we'd like to get your response.**

**https://www.nj.gov/oag/newsreleases18/pr20181227a.html**

**Thank you,**

**Lisa**

---

### Thread from Dailyfunder.com - SEE NOTES!!!! NJ AG office, settling unregistered securities - See notes in RE: EM w/Joe re: Cease & Desist Order

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **12/28/2018** |
| Due Date | **12/28/2018** |
| Last Modified Date/Time | **12/31/2018 1:12 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | **https://www.bloomberg.com/news/articles/2018-12-28/par-funding-sanctioned-by-new-jersey-over-high-yield-note-sales** |
| | **https://www.law.com/njlawjournal/2018/12/27/nj-ags-office-blocks-philadelphia-company-from-selling-unregistered-securities/** |
| | **GAMBINO CRIME FAMILY** |
| | **https://www.bloomberg.com/graphics/2018-confessions-of-judgment-visit-from-gino/** |

---

### em Joe & Aida re: FI f/u rqst on POA

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **7/18/2018** |
| Due Date | **7/18/2018** |
| Last Modified Date/Time | **7/18/2018 3:51 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Joe & Aida,** |
| | **Back in May Aubree requested the below referenced Proof of Auth from you per a request by our banking partner. It looks like you sent over the page for the ACH debit auth, but the bank is doing an audit and has now requested the customer agreement to go with it.** |
| | **Would you be able to send that my way by tomorrow morning, Thurs, 7/19?** |
| | **Many, many thanks!** |
| | **Lisa** |

---

### James requested end of year monthly statements--sent over to Anthony. He is handling.

| | |
|---|---|
| Name | |
| Status | **Completed** |

| | |
|---|---|
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/21/2018** |
| Due Date | **6/21/2018** |
| Last Modified Date/Time | **6/21/2018 3:03 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | **Thank you**<br><br>**As I had mentioned our Auditors are requesting the statements as part of our year end audits.**<br><br>**Any thing you could do to expedite the process would be appreciated**<br><br>**Thank you**<br><br>**Jim**<br><br><br><br>**From: Aubree <aubree@actumprocessing.com>**<br>**Sent: Thursday, June 21, 2018 2:33 PM**<br>**To: James Klenk <james@parfunding.com>**<br>**Subject: Re: Par Funding Balances**<br><br><br>**Hi James,**<br><br>**Monthly statements are a new feature that we have very recently begun to put in place and are still working on the finishing touches. However, I have reached out to the team to see if we can accommodate your specific request and generate these for you. I will be in touch as soon as I receive a response.**<br><br>**The numbers that I sent over last night I had simply calculated myself. Let me go through them again and compare to yours to determine why these didn't match up. :)**<br><br>**Thanks!**<br><br>**Aubree** |

**EM chain w/Aida, on 6/12/18 she revoked Order #'s 17992263 & 17931208 at the same time they originated to the bank, both R29'd, adjusted Origination/Submitted report for that day.**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/21/2018** |
| Due Date | **6/21/2018** |
| Last Modified Date/Time | **6/21/2018 1:56 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | **Hi Aida,**<br><br>**The transactions for Order #'s 17992263 and 17931208 are showing up in the Origination Report for 6/12/18. Let us know if you have any questions.**<br><br>**Thanks!**<br><br>**Ellen Connaway**<br>**Merchant Support**<br>**ellen@actumprocessing.com** |

On 6/20/2018 4:05 PM, Ellen Connaway wrote:
> Hi Aida,
>
> Our CTO is working to update the reporting to show that those 2 transactions were originated. There are actually 2 more that were revoked at the same time they originated to the bank.
>
> Order # 18118977 - $3900 / Jason Walsh Baltimore. This transaction settled yesterday, 6/19/18
>
> Order # 18191760 - $9850 / Jason Walsh ABC Capital. This transaction settled yesterday as well.
>
> I'll let you know when this has been completed.
>
> Thank you!
>
> Ellen Connaway
> Merchant Support
> ellen@actumprocessing.com
>
> On 6/20/2018 2:53 PM, Aida wrote:
>> Actum Processing
>>
>> Do we have any updates on this?
>>
>>
>>
>>
>>
>> Aida Lau
>>
>> Accounting Manager
>>
>>
>>
>> http://www.parfunding.com/email-signature/par-signature-logo.png
>>
>> 20 N 3rd St
>> Philadelphia, PA 19106
>>
>>
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 922-2636 x444
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 268-3594
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Fax: (888) 803-4886
>>
>> http://www.parfunding.com/email-signature/par-signature-email-icon.png
>>
>>
>> aida@parfunding.com
>>
>> http://www.parfunding.com/email-signature/par-signature-bottom-element.png
>>
>>
>>
>>
>>
>>
>>
>> From: Aida <aida@parfunding.com>
>> Sent: Wednesday, June 20, 2018 10:56 AM

>> To: 'Ellen Connaway' <ellen@actumprocessing.com>; 'Aubree' <aubree@actumprocessing.com>; 'Brad Ericson' <brad@actumprocessing.com>
>> Subject: RE: Return Discrepancies - 06/12/18
>>
>>
>>
>> But we never schedule the transaction on that date.
>>
>>
>>
>> Please check on the origination report.
>>
>>
>>
>>
>>
>> Aida Lau
>>
>> Accounting Manager
>>
>>
>>
>> http://www.parfunding.com/email-signature/par-signature-logo.png
>>
>> 20 N 3rd St
>> Philadelphia, PA 19106
>>
>>
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 922-2636 x444
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 268-3594
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Fax: (888) 803-4886
>>
>> http://www.parfunding.com/email-signature/par-signature-email-icon.png
>>
>>
>> aida@parfunding.com
>>
>> http://www.parfunding.com/email-signature/par-signature-bottom-element.png
>>
>>
>>
>>
>>
>>
>>
>> From: Ellen Connaway <ellen@actumprocessing.com>
>> Sent: Wednesday, June 20, 2018 10:53 AM
>> To: Aubree <aubree@actumprocessing.com>; Aida <aida@parfunding.com>; 'Brad Ericson' <brad@actumprocessing.com>
>> Subject: Re: Return Discrepancies - 06/12/18
>>
>>
>>
>> Hi Aida,
>>
>> Sorry for the delay as I was out sick yesterday. I misunderstood the information that was given to me and the 2 debits will not be credited to the payout. This is a case where the revokes happened at the same time we were sending the transactions to the bank, so those 2 debits did actually originate

and they were returned as R29. I apologize for the confusion on this. Let us know if you have any questions.
>>
>> Thanks!
>>
>> Ellen Connaway
>> Merchant Support
>> ellen@actumprocessing.com
>>
>>
>> On 6/19/2018 1:30 PM, Aubree wrote:
>>
>> Hi Aida,
>>
>> Ellen is out of the office today but will be reaching out to you tomorrow morning when she returns.
>>
>> Best,
>>
>> Aubree
>>
>>
>>
>> On 6/19/2018 11:39 AM, Aida wrote:
>>
>> Hi Ellen,
>>
>>
>> Can we please follow up with this.
>>
>>
>>
>> Thanks.
>>
>>
>>
>>
>>
>> Aida Lau
>>
>> Accounting Manager
>>
>>
>>
>> http://www.parfunding.com/email-signature/par-signature-logo.png
>>
>> 20 N 3rd St
>> Philadelphia, PA 19106
>>
>>
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 922-2636 x444
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 268-3594
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Fax: (888) 803-4886
>>
>> http://www.parfunding.com/email-signature/par-signature-email-icon.png
>>
>>

>> aida@parfunding.com
>>
>> http://www.parfunding.com/email-signature/par-signature-bottom-element.png
>>
>>
>>
>>
>>
>>
>>
>> From: Ellen Connaway <ellen@actumprocessing.com>
>> Sent: Monday, June 18, 2018 3:36 PM
>> To: Aida <aida@parfunding.com>; 'Aubree' <aubree@actumprocessing.com>; 'Brad Ericson'
<brad@actumprocessing.com>
>> Subject: Re: Return Discrepancies - 06/12/18
>>
>>
>>
>> Hi Aida,
>>
>> Sorry for the delay in responding as I'm trying to get more clarification on this. I'll let you know.
>>
>> Thank you!
>>
>> Ellen Connaway
>> Merchant Support
>> ellen@actumprocessing.com
>>
>>
>> On 6/18/2018 12:38 PM, Aida wrote:
>>
>> Is our deposit going to be refunded?
>>
>>
>>
>> Aida Lau
>>
>>
>>
>> From: Ellen Connaway <ellen@actumprocessing.com>
>> Sent: Monday, June 18, 2018 1:30 PM
>> To: Aida <aida@parfunding.com>; 'Aubree' <aubree@actumprocessing.com>; 'Brad Ericson'
<brad@actumprocessing.com>
>> Subject: Re: Return Discrepancies - 06/12/18
>>
>>
>>
>> Hi Aida,
>>
>> We'll be changing the status of these from returned to approved. I'll let you know when the
reporting updates and I've also removed the block on the account.
>>
>> Thanks!
>>
>> Ellen Connaway
>> Merchant Support
>> ellen@actumprocessing.com
>>
>>
>> On 6/18/2018 11:02 AM, Aida wrote:
>>
>> Ok got it, thanks.
>>
>>
>>
>>
>>
>> Aida Lau
>>
>> Accounting Manager

>>
>>
>> http://www.parfunding.com/email-signature/par-signature-logo.png
>>
>> 20 N 3rd St
>> Philadelphia, PA 19106
>>
>>
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 922-2636 x444
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 268-3594
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Fax: (888) 803-4886
>>
>> http://www.parfunding.com/email-signature/par-signature-email-icon.png
>>
>>
>> aida@parfunding.com
>>
>> http://www.parfunding.com/email-signature/par-signature-bottom-element.png
>>
>>
>>
>>
>>
>>
>>
>> From: Ellen Connaway <ellen@actumprocessing.com>
>> Sent: Monday, June 18, 2018 12:01 PM
>> To: Aida <aida@parfunding.com>; 'Aubree' <aubree@actumprocessing.com>; 'Brad Ericson'
<brad@actumprocessing.com>
>> Subject: Re: Return Discrepancies - 06/12/18
>>
>>
>>
>> Hi Aida,
>>
>> I'm escalating this one and I will let you know what I find out ASAP.
>>
>> Thanks,
>>
>> Ellen Connaway
>> Merchant Support
>> ellen@actumprocessing.com
>>
>>
>> On 6/18/2018 10:35 AM, Aida wrote:
>>
>> Yes.
>>
>>
>>
>>
>>
>> Aida Lau
>>
>> Accounting Manager
>>
>>

>>
>> http://www.parfunding.com/email-signature/par-signature-logo.png
>>
>> 20 N 3rd St
>> Philadelphia, PA 19106
>>
>>
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 922-2636 x444
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Office: (215) 268-3594
>>
>> http://www.parfunding.com/email-signature/par-signature-cell-icon.png
>>
>>
>> Fax: (888) 803-4886
>>
>> http://www.parfunding.com/email-signature/par-signature-email-icon.png
>>
>>
>> aida@parfunding.com
>>
>> http://www.parfunding.com/email-signature/par-signature-bottom-element.png
>>
>>
>>
>>
>>
>>
>>
>> From: Ellen Connaway <ellen@actumprocessing.com>
>> Sent: Monday, June 18, 2018 11:34 AM
>> To: Aida <aida@parfunding.com>; Aubree <aubree@actumprocessing.com>; 'Brad Ericson'
<brad@actumprocessing.com>
>> Subject: Re: Return Discrepancies - 06/12/18
>>
>>
>>
>> Hi Aida,
>>
>> Are you seeing these returns in the Returns By Batch Report?
>>
>> Thanks!
>>
>> Ellen Connaway
>> Merchant Support
>> ellen@actumprocessing.com
>>
>>
>> On 6/18/2018 8:51 AM, Aida wrote:
>>
>> Good morning,
>>
>>
>>
>> I have the following returns from 06/12/18, which they were not scheduled on 06/12/18, see
attached.
>>
>>
>>
>> 6/12/2018
>>
>>
>> Jason Walsh

```
>>
>>
>> ABC Capital Investment
>>
>>
>> $5,303.03
>>
>>
>> R29 - Corporate Customer Advises Not Authorized
>>
>> 6/12/2018
>>
>>
>> Jason Walsh
>>
>>
>> ABC Capital Investment
>>
>>
>> $7,000.00
>>
>>
>> R29 - Corporate Customer Advises Not Authorized
>>
>>
>>
>> Please confirm.
>>
>>
>>
>> Thank you.
>>
>>
>>
>>
>>
>> Aida Lau
>>
>> Accounting Manager
```

**Email from Joe giving permission to release information to James Klenk.**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/21/2018** |
| Due Date | **6/21/2018** |
| Last Modified Date/Time | **6/21/2018 1:38 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | **Yes, please go ahead.** |

**He's out company financial controller and should be an authorized member from our company.**

**Thanks Aubree.**

**Joe Cole**

From: Aubree <aubree@actumprocessing.com>
Sent: Wednesday, June 20, 2018 4:28 PM
To: Joe Cole <joecole@parfunding.com>; aida@parfunding.com
Subject: Par Funding

**Good afternoon,**

**I received an email today from James Klenk requesting accounting activity for December of 2015, 2016, and 2017.**

**Would you please confirm that we have permission to send James this information?**

**Thank you!**

---

**Unscrubbed acct # assoc with 18200178, Aida sent new auth signed by cust 6/15/18.**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/15/2018** |
| Due Date | **6/15/2018** |
| Last Modified Date/Time | **6/15/2018 10:30 AM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | |

---

**Aida asked to unscrub acct # associated with 18200178, adv to get brand new auth from cust because of 10 R29 in the past 2 days. Did not unscrub.**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/15/2018** |
| Due Date | **6/15/2018** |
| Last Modified Date/Time | **6/15/2018 10:02 AM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | |

---

**Limits increased--they are moving volume over to us.**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **5/9/2018** |
| Due Date | **5/9/2018** |
| Last Modified Date/Time | **5/9/2018 11:24 AM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | |

---

**reviewed statements from Joe w/Brad; replied to Aubree on limit increase request**

| | |
|---|---|
| Name | |

| | |
|---|---|
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **5/8/2018** |
| Due Date | **5/8/2018** |
| Last Modified Date/Time | **5/8/2018 12:48 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | Hi, Aubree.<br><br>Thanks for getting these! Looks great and do let Joe know how much we appreciate his transparency. His increase is approved by Brad and I. Please determine exactly what $ and # Limits he wants setup now for the revised Exhibit B (and if it's less than the total volume he has mentioned he processes I hope you and/or Vinny will talk with Joe about how we can capture it all).<br><br>Cheers,<br><br>Lisa |

**reply to Aubree on Joe's limit increase rqst**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **5/8/2018** |
| Due Date | **5/8/2018** |
| Last Modified Date/Time | **5/8/2018 9:01 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | Hi, Aubree.<br><br>This is great news and, indeed Joe has been a great Actum client! Because this is such a large increase request, and we have not updated CBSG's file in quite a while, please request 2 most recent months processing statements reflecting the volume he would like to move over to Actum, as well as 2 most recent bank statements. This is also a good time to check that the company info we have on-file is current.<br><br>Upon receipt we'll be able to review & knock out the limit increase request. Please give my best to Joe.<br><br>Thanks!<br><br>Lisa |

**Received T&C 3.2.**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **4/24/2018** |
| Due Date | **4/24/2018** |
| Last Modified Date/Time | **4/24/2018 11:22 AM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | |

**Same-Day Debits added.**

| | |
|---|---|
| Name | |

| | |
|---|---|
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/15/2018** |
| Due Date | **3/15/2018** |
| Last Modified Date/Time | **3/15/2018 3:43 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | |

## Per Item increased.

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **2/8/2018** |
| Due Date | **2/8/2018** |
| Last Modified Date/Time | **2/8/2018 1:09 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | |

## Limits increased.

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **12/29/2017** |
| Due Date | **12/29/2017** |
| Last Modified Date/Time | **12/29/2017 11:28 AM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | |

## FUP with Joe on new account from Bill

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **11/20/2017** |
| Due Date | **12/14/2017** |
| Last Modified Date/Time | **12/22/2017 2:31 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | |

## EM chain with Joe

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **12/14/2017** |
| Due Date | **12/14/2017** |

| | |
|---|---|
| Last Modified Date/Time | **12/14/2017 4:52 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | Awesome, I really appreciate it.<br><br>We really benefit from these changes, I'll forward over the form to sign now.<br><br>I got the application back from Bill but need to add a couple missing items with the ACH amounts.<br><br>I'm hoping to get both things back to you tomorrow.<br><br>I wish you guys a prosperous 2018 as well. Thanks.<br><br>Joe Cole<br><br>From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]<br>Sent: Thursday, December 14, 2017 4:37 PM<br>To: joecole@parfunding.com<br>Cc: Vinny Lipari <vinny@actumprocessing.com><br>Subject: Re: Updated CBSG Exhibit B<br><br>Hi Joe,<br><br>Thanks for the nudge with Bill. :-)<br><br>See attached and let me know if the transaction limits make sense from a # and $ standpoint. We got you the increases to $350K daily and $8M month, but want to ensure the # of daily and # monthly cover you.<br><br>We also got you down to a 3 business day hold and confirmed that the account does NOT have a rolling reserve on it.<br><br>Cheers to another successful year in 2018!<br><br>Best,<br>Vinny Lipari, MBA<br>President<br>Actum Processing |

## EM BRM & MS Revised Final Ex B

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **12/12/2017** |
| Due Date | **12/12/2017** |
| Last Modified Date/Time | **12/12/2017 8:39 AM** |
| Assigned To | **Nate Peña** |
| Last Modified By Alias | **Nate** |
| Comments | **Hi Aubree & Ellen,**<br><br>**Please see revised Final Exhibit B attached and confirm when updates have been made :) This merchant was set up before I worked here, so I don't have their original file - otherwise I would make a revised RS for y'all.**<br><br>**Thank you!** |

## EM from Joe - updated Exhibit B and feedback on tech

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |

| | |
|---|---|
| Create Date | **12/11/2017** |
| Due Date | **12/11/2017** |
| Last Modified Date/Time | **12/11/2017 4:34 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |

**Hi Joe,**

**Thanks for sending over the Exhibit and feedback! I will forward the Exhibit over and confirm with you when the changes have been made.**

**I'll keep an eye out for Bill's email and will follow up towards the end of the week if I don't receive anything.**

**Hope you had a great weekend!**

**Best,**
**Vinny Lipari, MBA**
**President**
**Actum Processing**

**Office: 602.912.5707 / Mobile: 480.677.0555**
**Email: vinny@actumprocessing.com**

**CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**On Dec 11, 2017, at 11:16 AM, joecole@parfunding.com wrote:**

**Good afternoon Vinny,**

**Please see the attached countersigned document signed by Lisa.**

**Let me know when it will go into affect.**

Comments | **Bill updated me and said he will get the documents for CS 2000 submitted today. I'll send over the ACH statements for them as well.**

**We also have the following recommendations on the reporting system you have in place:**

**Submitted Transactions Report total should be the same as the Originations Report, meaning all the stopped pay from the current date report should be taken out from the Submitted Transactions Reports.**
**NSF returns should be remain active until merchant manually revokes it.**

**You mentioned you guys were working on developing the system in house and we'd like to incorporate this feedback if possible**

**Let me know if you have any questions, thanks.**


**Joe Cole**
**CFO**

**<image009.png>**
**141 N 2nd St**
**Philadelphia, PA 19106**

**<image010.png>**
**Office: (215) 613-4126**
**<image010.png>**
**Cell: (949) 232-2463**
**<image011.png>**
**joecole@parfunding.com**
**<image012.png>**

**<4917_001.pdf>**

**EM from Joe - get docs to other email and SF lead - Capital Source 2000**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✔ |
| Create Date | **11/21/2017** |
| Due Date | **11/21/2017** |
| Last Modified Date/Time | **11/21/2017 11:46 AM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Bam! Good stuff all around. I'll keep an eye out for your follow up.** |

**Attached is the most recent version of our agreement and W-9. Get me back all of the standard supporting documents and include a copy of your Client Agreement and BSA/AML policy. I'll get the account expedited for you. Appreciate the business a great deal!**

**You want me to match whatever your current pricing is with Actum?**

**Best,**
**Vinny Lipari, MBA**
**President**
**Actum Processing**

**Office: 602.912.5707 / Mobile: 480.677.0555**
**Email: vinny@actumprocessing.com**

**CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**On Nov 20, 2017, at 4:13 PM, joecole@parfunding.com wrote:**

**Actum Processing W-9 logo.pdf**
**Hi Vinny,**

**Just a couple updates:**

**I'm waiting on the executed copy of the revised agreement and should have to you in the morning I have another MCA company we started 18 months ago we'd like to set up ACH processing for. They're called Capital Source 2000 and have BSA / AML compliance documentation in place. Currently processing about $18K per day through a local bank.**
**Greg got me sorted out with the debit card increase, Qualpay doubled our processing volume to $300K monthly. He really goes above and beyond with this stuff, great guy.**

**Just let me know how we should get the ball rolling for the new company.**

**Thanks.**

**Joe Cole**

**From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]**
**Sent: Wednesday, November 15, 2017 5:29 PM**
**To: Joe Cole <joecole@parfunding.com>**
**Cc: Vinny Lipari <vinny@actumprocessing.com>**
**Subject: Follow up to call**
**Importance: High**

**Hi Joe,**

**It was great to connect today.**

**Before I go back to UW and request some of the changes we discussed, can you please review the attached Exhibit B. This is the most recent version we have for you guys. We don't have you on a**

rolling reserve, but have a fixed reserve in place for around $12K. So we shouldn't have to change anything on the reserve.

I am going to shoot for a 2 business day hold. UW will likely come back with a 3 or 4, but I want to shoot for the best and see what they come back with. I can also have you added to invoice billing starting in December.

Please review the current limits and tell me any of the areas you would like to see increased. I will go back to UW tomorrow and see what they come back with. Call or email me with any questions.

Have a great night!

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny@actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

### EM from Joe with another account - update on current as well (Sent out fresh APP)

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **11/20/2017** |
| Due Date | **11/20/2017** |
| Last Modified Date/Time | **11/20/2017 6:24 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Bam! Good stuff all around. I'll keep an eye out for your follow up.** |

Attached is the most recent version of our agreement and W-9. Get me back all of the standard supporting documents and include a copy of your Client Agreement and BSA/AML policy. I'll get the account expedited for you. Appreciate the business a great deal!

You want me to match whatever your current pricing is with Actum?

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny@actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

On Nov 20, 2017, at 4:13 PM, joecole@parfunding.com wrote:

Hi Vinny,

Just a couple updates:

I'm waiting on the executed copy of the revised agreement and should have to you in the morning I have another MCA company we started 18 months ago we'd like to set up ACH processing for. They're called Capital Source 2000 and have BSA / AML compliance documentation in place.

Currently processing about $18K per day through a local bank.
Greg got me sorted out with the debit card increase, Qualpay doubled our processing volume to $300K monthly. He really goes above and beyond with this stuff, great guy.

Just let me know how we should get the ball rolling for the new company.

Thanks.


Joe Cole

From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]
Sent: Wednesday, November 15, 2017 5:29 PM
To: Joe Cole <joecole@parfunding.com>
Cc: Vinny Lipari <vinny@actumprocessing.com>
Subject: Follow up to call
Importance: High

Hi Joe,

It was great to connect today.

Before I go back to UW and request some of the changes we discussed, can you please review the attached Exhibit B. This is the most recent version we have for you guys. We don't have you on a rolling reserve, but have a fixed reserve in place for around $12K. So we shouldn't have to change anything on the reserve.

I am going to shoot for a 2 business day hold. UW will likely come back with a 3 or 4, but I want to shoot for the best and see what they come back with. I can also have you added to invoice billing starting in December.

Please review the current limits and tell me any of the areas you would like to see increased. I will go back to UW tomorrow and see what they come back with. Call or email me with any questions.

Have a great night!

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny@actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**Call**

| | |
|---|---|
| Name | |
| Status | Completed |
| Related To | Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding |
| Task | ✓ |
| Create Date | 11/15/2017 |
| Due Date | 11/15/2017 |
| Last Modified Date/Time | 11/15/2017 11:49 AM |
| Assigned To | Vinny Lipari |
| Last Modified By Alias | VinnyL |
| Comments | still doing most volume with Intercept - about 700K per day. |

He wants to beef up volume with us, but asked that we work on reduction in payout schedule, no rolling reserve (possible no reserve at all) and place them on monthly invoice,

We got to talking about BSA/AML. I explained this is a new requirement for us dealing with all lenders. His agreed that this is something important and they have been talking internally about

putting one together. Although they follow much of what would be included in the policy, they do not have one. This is something they plan to do my 1st quarter next year.

He did say the argument is that they are not considered a lender. They purchase future receivables and perform factoring. They are not delivering a loan, but more of an advance on their receivables. So this does not categorize them as a lender.

See what we can do on his payout schedule and reserve, then he will get us even more volume

---

**Late File Fee set to $0 but kept Late File on (see notes)**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/6/2017** |
| Due Date | **6/6/2017** |
| Last Modified Date/Time | **6/6/2017 4:31 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | **Hi Aubree,** |

**I had an exchange with Joe and reiterated what Ellen explained about changing payments (see below).**

**Can you please remove the late file fee on his account(s), but keep the services activated for them? He will sign an updated Exhibit B if needed.**

**Let me know if you need anything from me.**

**Thank you!**
**Vinny**

**Actum Processing**
**www.actumprocessing.com**
**Vinny Lipari, MBA**
**President**
**Office: 602.912.5707**
**Mobile: 480.677.0555**
**Email: vinny@actumprocessing.com**

**> Begin forwarded message:**
**>**
**> From: "Joe Cole" <joecole@parfunding.com>**
**> To: "'vincent lipari'" <vinny.lipari@actumprocessing.com>**
**> Subject: RE: Late File**
**> Date: June 4, 2017 at 3:56:31 PM MST**
**>**
**> Congratulations Vinny, that's wonderful news. I'm sure you'll have your hands full with the new addition to your family.**
**>**
**> I'll convey to my team that we can add transactions until 9p but will not be able to transactions already scheduled after 5p. This should be okay since we can just play it conservatively with any clients having nsf issues to ensure we have the lowest amount of returned payments as possible.**
**>**
**> Thanks for sorting out the late fees as well. We continue to prosper in deal flow and look to increase volume again soon. Especially with the new Fast Advance account we set up.**
**>**
**> Thanks for confirming and I hope you enjoy the time spent with your new son.**

> 
> 
> Joe Cole
> 
> From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]
> Sent: Friday, June 2, 2017 1:23 PM
> To: Joe Cole <joecole@parfunding.com>
> Cc: Vinny Lipari <vinny@actumprocessing.com>
> Subject: Re: Late File
> Importance: High
> 
> Hi Joe,
> 
> I am still not technically back to the office, but peeled away this morning for a little catch up. My son was born on 5/27, so it's been diapers and naps the past week. :-)
> 
> I spoke with my team and I guess this is the actual case. It has to do with how recurring is coded in our system. Your cutoff is 9pm for submitting new transactions, but anything that is already scheduled for recurring will get pushed out in the earlier cutoff time. It's a code deal that is way over my head, but apparently a very large rewrite if we wanted to change it.
> 
> If you were sending daily files and managing the recurring on your end, then the 9pm cutoff would work for you. In this case, our system is managing the recurring which places this limitation on how late you can revoke or edit transactions.
> 
> I'll have our crew remove the late file fees on all of your accounts, but we will keep the late cutoff and Sundays active should you want to put initial deals in up until 9pm and have the origination take place the next available business day.
> 
> I'll have to own this one my friend. Hope it doesn't cause you any heartache.
> 
> Have a great weekend!
> 
> Best,
> Vinny
> 
> Actum Processing
> www.actumprocessing.com
> Vinny Lipari, MBA
> President
> Office: 602.912.5707
> Mobile: 480.677.0555
> Email: vinny@actumprocessing.com
> 
> 
> 
> 
> 
> 
> 
> 
> 
>> On May 31, 2017, at 12:03 PM, Joe Cole <joecole@parfunding.com> wrote:
>> 
>> Hi Vinny,
>> 
>> When you get a chance, can you please confirm the information we received from Ellen earlier.
>> 
>> She's saying the cutoff is still 4p to make changes on payments we want to remove from tomorrow's batch?
>> 
>> I thought we're good to make changes until 9p.
>> 
>> Please see below.
>> 
>> 
>> Joe Cole

**EM with Joe about cutoff deal**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **6/2/2017** |
| Due Date | **6/2/2017** |
| Last Modified Date/Time | **6/2/2017 12:23 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Hi Joe,** |

**I am still not technically back to the office, but peeled away this morning for a little catch up. My son was born on 5/27, so it's been diapers and naps the past week. :-)**

**I spoke with my team and I guess this is the actual case. It has to do with how recurring is coded in our system. Your cutoff is 9pm for submitting new transactions, but anything that is already scheduled for recurring will get pushed out in the earlier cutoff time. It's a code deal that is way over my head, but apparently a very large rewrite if we wanted to change it.**

**If you were sending daily files and managing the recurring on your end, then the 9pm cutoff would work for you. In this case, our system is managing the recurring which places this limitation on how late you can revoke or edit transactions.**

**I had my crew remove the late file fees on all of your accounts, but we will keep the late cutoff and Sundays active should you want to put initial deals in up until 9pm and have the origination take place the next available business day.**

**I'll have to own this one my friend. Hope it doesn't cause you any heartache.**

**Have a great weekend!**

**Best,**
**Vinny**

**Actum Processing**
**www.actumprocessing.com**
**Vinny Lipari, MBA**
**President**
**Office: 602.912.5707**
**Mobile: 480.677.0555**
**Email: vinny@actumprocessing.com**

**On May 31, 2017, at 12:03 PM, Joe Cole <joecole@parfunding.com> wrote:**

**Hi Vinny,**

**When you get a chance, can you please confirm the information we received from Ellen earlier.**

**She's saying the cutoff is still 4p to make changes on payments we want to remove from tomorrow's batch?**

**I thought we're good to make changes until 9p.**

**Please see below.**

**Joe Cole**

From: Ellen Connaway [mailto:ellen@actumprocessing.com]
Sent: Wednesday, May 31, 2017 2:30 PM
To: Aida <aida@parfunding.com>; 'Aubree' <aubree@actumprocessing.com>
Cc: 'Joe Mack' <joemack888@aol.com>
Subject: Re: FW: Late File

Hi Aida,

Yes, 9pm is the cut-off time to submit transactions. ACH is done is batches which means that
transactions entered before 4pm CT will be sent to the bank with the afternoon batch. Transactions
entered after 4pm CT will be sent with the late night batch.

All recurring transactions must be revoked before 4pm CT because the recur engine runs at 3am to
create a debit entry to go out with the afternoon batch. Any transaction entered after 4pm CT can be
revoked up until 9pm CT.

Let us know if you have any questions.

Thanks!

Ellen Connaway
Merchant Support
ellen@actumprocessing.com

On 5/31/2017 1:18 PM, Aida wrote:
Hi Ellen/Aubree,

We have signed up for late filing on CBSG/FAF.

Please see below for the email confirmation from Aubree.

I believe 9pm is the cut off time for our transactions.

Thanks.


Aida Lau
Accounting
<image001.jpg>
141 N 2nd St
Philadelphia, PA 19106
Office: 215.922.2636 x444
Office: 215.268.3594
Fax: 888.803.4886



From: Joe Cole [mailto:joecole@parfunding.com]
Sent: Monday, May 1, 2017 2:24 PM
To: 'Aubree' <aubree@actumprocessing.com>; 'vincent lipari' <vinny.lipari@actumprocessing.com>
Cc: 'Lisa Janacek' <lisa@actumprocessing.com>; 'Ellen Connaway' <ellen@actumprocessing.com>;
'Aida' <aida@parfunding.com>
Subject: RE: Late File

Ok, thanks Aubree.

We'll process accordingly going forward.


Joe Cole

From: Aubree [mailto:aubree@actumprocessing.com]
Sent: Monday, May 1, 2017 2:22 PM
To: Joe Cole <joecole@parfunding.com>; 'vincent lipari' <vinny.lipari@actumprocessing.com>
Cc: 'Lisa Janacek' <lisa@actumprocessing.com>; 'Ellen Connaway' <ellen@actumprocessing.com>
Subject: Re: Late File

Hello Joe,
Thank you! We have updated these accounts for you.

Best,

Aubree

On 4/28/2017 4:59 PM, Joe Cole wrote:
Hi Aubree,

Please see attached. We only need it for FAF / CBSG.

Let me know if you need anything else, thanks.


Joe Cole

From: Aubree [mailto:aubree@actumprocessing.com]
Sent: Friday, April 28, 2017 2:11 PM
To: vincent lipari <vinny.lipari@actumprocessing.com>; Joe Cole <joecole@parfunding.com>
Cc: Lisa Janacek <lisa@actumprocessing.com>; Ellen Connaway <ellen@actumprocessing.com>
Subject: Late File

Hello Joe,
Please see the attached revised Exhibit B's outlining the addition of Late File / Sunday processing
for: Broadway Advance LLC, Fast Advance Funding, and Complete Business Solutions. Once you
have reviewed, please return to me with authorized signatures and we will have our systems
updated.
Should you have any questions, please do not hesitate to ask.
Thank you,
Aubree

---

### Credits/Same Day Credits added--Funding Instructions sent

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **5/9/2017** |
| Due Date | **5/9/2017** |
| Last Modified Date/Time | **5/9/2017 10:21 AM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | |

---

### EM about credits - sent to Aubree / Lisa

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✔ |
| Create Date | **5/8/2017** |
| Due Date | **5/8/2017** |
| Last Modified Date/Time | **5/8/2017 12:50 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Hi Aubree,** |
| | **Hope you had a great weekend.** |
| | **Joe would like to add ACH Credits and Same Day ACH Credits to his accounts. Can you please work with him on getting this set up? He is aware of the Ledger Reserve and we have agreed to the following pricing.**<br>**ACH Credit $0.65**<br>**Same Day Credit $0.65**<br>**He has some limits in mind, but I'll let you all hash that out. Circle back if you need anything from** |

me.

**Thank you!**
**Vinny**

## Another email - price pitched

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **5/5/2017** |
| Due Date | **5/5/2017** |
| Last Modified Date/Time | **5/5/2017 6:25 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Can you swing $0.85 per? Probably saves you a ton and makes me a little.. :-) You can also leverage us for Same Day ACH Credits at the same price point.** |

**If you start to get into paying out syndicates daily or the volume starts to really grow, we can revisit the cost and get the price dropped. You know how we work in that regard.**

**Also - All credits have to be pre-funded as well. We set you up with someone that manages this and your pre-funds go into a ledger based virtual account. You can only send out up to whatever you have in the ledger.**

**Let me know if you wan to jump on a call to discuss. If not, I can get this added to your account(s) Monday.**

**Have a great weekend as well!**

**Vinny**

**Actum Processing**
**www.actumprocessing.com**
**Vinny Lipari, MBA**
**President**
**Office: 602.912.5707**
**Mobile: 480.677.0555**
**Email: vinny@actumprocessing.com**

**On May 5, 2017, at 3:30 PM, Joe Cole <joecole@parfunding.com> wrote:**

**Thanks Vinny,**

**We're looking to do about 50 ACH Credits per month to start and it would be mainly used for syndications and paying ISOs.**

**I'd estimate about $300,000.00 in monthly volume with $30,000.00 as the largest single transaction amount. Though this may increase in volume sooner than later.**

**Let me know if you need anything else.**

**I appreciate the quick response, have a great weekend!**

**Joe Cole**

**From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]**

**Sent: Friday, May 5, 2017 6:10 PM**
**To: Joe Cole <joecole@parfunding.com>**
**Subject: Re: Late File**

**I'll take care of you. Answer these for me and I'll fire back some pricing:**

**Number of monthly ACH Credits (#)**
**Dollar amount of monthly ACH Credits ($)**
**High dollar amount of a single ACH Credit ($)**

**Are you using credits to pay agents / iso's, syndicates, fund loans, etc?**

**Thanks!**
**Vinny**

---

**EM with Joe about credits - see below**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **5/5/2017** |
| Due Date | **5/5/2017** |
| Last Modified Date/Time | **5/5/2017 5:10 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **I'll take care of you. Answer these for me and I'll fire back some pricing:** |

**Number of monthly ACH Credits (#)**
**Dollar amount of monthly ACH Credits ($)**
**High dollar amount of a single ACH Credit ($)**

**Are you using credits to pay agents / iso's, syndicates, fund loans, etc?**

**Thanks!**
**Vinny**
**Actum Processing**
**www.actumprocessing.com**
**Vinny Lipari, MBA**
**President**
**Office: 602.912.5707**
**Mobile: 480.677.0555**
**Email: vinny@actumprocessing.com**

**On May 5, 2017, at 9:30 AM, Joe Cole <joecole@parfunding.com> wrote:**

**Hi Vinny,**

**Can you give me a ballpark on what it would cost to get ACH credits set up with you guys? We're getting killed with some of our bank fees for transfers.**

**I believe it was part of the last pricing sheet you gave me but can't locate it.**

**Please confirm when you get a chance pal, thank you.**

**Joe Cole**

**From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]**

Sent: Thursday, April 27, 2017 7:30 PM
To: Joe Cole <joecole@parfunding.com>
Cc: Aubree <aubree@actumprocessing.com>; Lisa Janacek <lisa@actumprocessing.com>; Ellen
Connaway <ellen@actumprocessing.com>
**Subject: Re: Late File**
**Importance: High**

---

## Added Late/Sunday File

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **5/1/2017** |
| Due Date | **5/1/2017** |
| Last Modified Date/Time | **5/1/2017 1:44 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | |

---

## EM from Aida - Vinny & Ellen did walk through

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✔ |
| Create Date | **4/27/2017** |
| Due Date | **4/27/2017** |
| Last Modified Date/Time | **4/27/2017 12:28 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |

**Good afternoon Vinny,**

**This is Aida from Par Funding/Fast Advance Funding.**

**I would like to know if we can set up a training session mainly on setting up ACH payments and daily reporting.**

**I'm currently experiencing trouble pulling initial payments as I was instructed to and I'm very confused with the reporting that we have at the end of the day.**

**We already have issues with the weekly clients on Fast Advance Funding and the ACH payments did not get processed at all.**

Comments     **I would like to have the training to address the issues as soon as possible if you can.**

**Please let me know when is the best time for you.**

**Thank you.**

**Aida Lau**
**Accounting**
**logo**
**141 N 2nd St**
**Philadelphia, PA 19106**
**Office: 215.922.2636 x444**
**Office: 215.268.3594**
**Fax: 888.803.4886**

---

## Schedule E Reveived

| | |
|---|---|
| Name | |
| Status | **Completed** |

|                        |                                                                                          |
| ---------------------- | ---------------------------------------------------------------------------------------- |
| Related To             | **Complete Business Solutions Group Inc.**                                                |
| Task                   | ✓                                                                                        |
| Create Date            | **2/8/2017**                                                                              |
| Due Date               | **2/8/2017**                                                                              |
| Last Modified Date/Time| **2/8/2017 2:00 PM**                                                                      |
| Assigned To            | **Jared Apilado**                                                                        |
| Last Modified By Alias | **Jared**                                                                                |
| Comments               |                                                                                          |

**FUP on Joe Cole's new account for Fast Advance Capital**

|                        |                                                                                          |
| ---------------------- | ---------------------------------------------------------------------------------------- |
| Name                   |                                                                                          |
| Status                 | **Completed**                                                                            |
| Related To             | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding**      |
| Task                   | ✓                                                                                        |
| Create Date            | **1/19/2017**                                                                            |
| Due Date               | **2/7/2017**                                                                             |
| Last Modified Date/Time| **2/9/2017 6:02 PM**                                                                     |
| Assigned To            | **Vinny Lipari**                                                                         |
| Last Modified By Alias | **VinnyL**                                                                               |
| Comments               |                                                                                          |

**requested Sched E to add Aida to account**

|                        |                                                                                          |
| ---------------------- | ---------------------------------------------------------------------------------------- |
| Name                   |                                                                                          |
| Status                 | **Completed**                                                                            |
| Related To             | **Complete Business Solutions Group Inc.**                                                |
| Task                   | ✓                                                                                        |
| Create Date            | **2/6/2017**                                                                             |
| Due Date               | **2/6/2017**                                                                             |
| Last Modified Date/Time| **2/6/2017 8:17 AM**                                                                     |
| Assigned To            | **Lisa Janacek**                                                                         |
| Last Modified By Alias | **Lisa**                                                                                 |
| Comments               | **Good morning, Aida and Joe.**<br><br>**We do not currently have Aida on-file as an authorized contact for Par Funding and need to update our records accordingly. Please complete the attached Schedule E, have Lisa M. sign, and return to Aubree w/Actum.**<br><br>**Also, we would ask that when you are submitting a request for assistance from the Actum team, kindly indicate the Parent ID relative to the request (A20150035, etc.).**<br><br>**Thank you and have a great day,**<br><br>**Lisa** |

**EM from Joe - he has another account**

|                        |                                                                                          |
| ---------------------- | ---------------------------------------------------------------------------------------- |
| Name                   |                                                                                          |
| Status                 | **Completed**                                                                            |
| Related To             | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding**      |
| Task                   | ✓                                                                                        |
| Create Date            | **1/19/2017**                                                                            |
| Due Date               | **1/19/2017**                                                                            |
| Last Modified Date/Time| **1/19/2017 11:18 AM**                                                                   |
| Assigned To            | **Vinny Lipari**                                                                         |
| Last Modified By Alias | **VinnyL**                                                                               |
| Comments               | **Good morning Vinny,**                                                                  |

I wanted to follow up to see if we can open another account with you guys to process ACH payments through another company we own, called Fast Advance Funding. This is the same business as Par Funding which currently processes about $8,000.00 in volume per day.

Let me know if this is something we can get started today. Thanks.

Joe Cole
logo
141 N 2nd St
Philadelphia, PA 19106
Office 1: 215.613.4126
Office 2: 215.922.2636 x106
Cell: 949.232.2463

## advise Joe, payout coming via SDC

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **1/18/2017** |
| Due Date | **1/18/2017** |
| Last Modified Date/Time | **1/18/2017 10:07 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Hi, Joe.**<br><br>**Wanted to give you a heads-up that there was an issue with payout generator last night. Charles is working on a Same Day ACH Credit to you now to get the funds delivered to you this afternoon.**<br><br>**Please let us know if you have any questions.**<br><br>**Best,**<br><br>**Lisa** |

## payout trace reports to joe

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **12/1/2016** |
| Due Date | **12/1/2016** |
| Last Modified Date/Time | **12/1/2016 8:54 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Good morning, Joe.**<br><br>**I've attached 2 additional Trace Reports for your reference - 11/29/2016 and 11/18/2016 (the previous Friday).**<br><br>**Even though banks are closed on Sundays, the Federal Reserve system starts up Sunday night. Your bank should be able to get this same report plus their local report to show when they received the request from the Federal Reserve to credit your account and when the bank actually transferred the funds to your account. Perhaps that will provide insight on the delay directly following the holiday.**<br><br>**Let me know if there is anything else I can do to assist.**<br><br>**Very best,**<br><br>**Lisa** |

**EM chan with Joe and Lisa about payouts - my reply to Joe to take his temp on moving volume away.**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **11/28/2016** |
| Due Date | **11/28/2016** |
| Last Modified Date/Time | **11/28/2016 4:02 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Hi Joe,**<br><br>**Thanks for keeping me looped in. I double checked on this one with Lisa and all payouts went out as scheduled. Not sure why deposits from other providers show up before Actum's, but you have me curious. Do you need me to have my crew produce a trace number that you can bring to your bank to confirm the credit was received?**<br><br>**It's odd that this is happening. You did say it happens whenever there is a bank holiday, correct? Let me know if you need me to get you the trace number.**<br><br>**Also, I certainly don't want to see you move your volume elsewhere after a how long we've been working together. Please confirm you feel the same and lets jump on a call if needed.**<br><br>**Hope you had a wonderful Thanksgiving Holiday!**<br><br>**Best,**<br>**Vinny** |

**bank account issues/returns resolved**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **8/15/2016** |
| Due Date | **8/15/2016** |
| Last Modified Date/Time | **8/15/2016 1:00 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

**Joe - will act as a reference for me - Greenbox**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **8/15/2016** |
| Due Date | **8/15/2016** |
| Last Modified Date/Time | **8/15/2016 11:48 AM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | |

**FUP with Joe and see if volume is pumping**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |

|  |  |
|---|---|
| Create Date | **7/21/2016** |
| Due Date | **8/11/2016** |
| Last Modified Date/Time | **8/11/2016 5:28 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | |

### payout & fee returned-see notes for handling

|  |  |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **8/11/2016** |
| Due Date | **8/11/2016** |
| Last Modified Date/Time | **8/11/2016 1:15 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Joe,**<br><br>**We've just received the following Returns:**<br><br>**-$35.00 debit (Account Maintenance Fee for changing the bank account on-file)**<br>**+$19,558.52 (payout sent out Monday 8/8)**<br><br>**We anticipate that the payout sent out Tuesday will also be Returned, $21,794.03.**<br><br>**The Return Reason is "Invalid Account". Three of our team members have verified the account number and routing number entered in the system match the voided check & Exhibit A-1 you provided for account *****4126.**<br><br>**We are resubmitting the Returned debit and credit to your Bancorp account *****6442. When the payout sent out on Tuesday is Returned, we will also resend it out to ****6442. Today's payout is going to *****6442.**<br><br>**So that we can get the new account number w/Republic Bank setup correctly for your funding going forward, please request a bank letter that specifically outlines ACH instructions for credits and debits.**<br><br>**Thank you, Joe! If you have any questions or additional concerns, please give me a call.** |

### new voided ck rcvd, sent A-1 to Joe so we can update payout info

|  |  |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **8/1/2016** |
| Due Date | **8/1/2016** |
| Last Modified Date/Time | **8/1/2016 10:48 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

### EM confirming good to go with Joe

|  |  |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **7/25/2016** |

| | |
|---|---|
| Due Date | **7/25/2016** |
| Last Modified Date/Time | **7/25/2016 10:48 AM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Hi Joe,** |

**I received confirmation that you are good to go as of Friday.**

**Let me know when things get rolling.**

**Have a good start to your week!**

**Best,**
**Vinny Lipari, MBA**
**President**
**Actum Processing**

**Office: 602.912.5707 / Mobile: 480.677.0555**
**Email: vinny.lipari@actumprocessing.com**
**Website: www.actumprocessing.com**

**CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message**

**On Jul 23, 2016, at 7:10 AM, Joe Cole <joecole@parfunding.com> wrote:**

**Ok, thanks.**


**Joe Cole**

**From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]**
**Sent: Friday, July 22, 2016 6:28 PM**
**To: joecole@parfunding.com**
**Subject: Re: Signed Pricing Agreement**

**Hi Joe,**

**Sorry for the delay. I've been running around most of the day. Our Austin office is closed, but I'm pretty certain the change was made earlier today.**

**I'll shoot you an email confirming all is good.**

**Have a nice weekend!**

**Best,**
**Vinny Lipari, MBA**
**President**
**Actum Processing**

**Office: 602.912.5707 / Mobile: 480.677.0555**
**Email: vinny.lipari@actumprocessing.com**
**Website: www.actumprocessing.com**

**CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message**

**On Jul 22, 2016, at 2:33 PM, Joe Cole <joecole@parfunding.com> wrote:**

**Hi Vinny,**

**We you guys all good on your end with the changes to our account?**

**I wasn't sure if we could start increasing our volume yet or if were waiting on final approval.**

Please confirm, thanks.


Joe Cole

From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]
Sent: Thursday, July 21, 2016 2:30 PM
To: joecole@parfunding.com
Subject: Re: Signed Pricing Agreement

Got it! Thank you!


Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of
the intended recipient(s) and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply email and destroy all copies of the original message

On Jul 21, 2016, at 11:15 AM, Joe Cole <joecole@parfunding.com> wrote:

Vinny,

Please see the signed doc attached.


Joe Cole
<image003.jpg>
141 N 2nd St
Philadelphia, PA 19106
Office 1: 215.613.4126
Office 2: 215.922.2636 x106
Cell: 949.232.2463

<Actum Revised Pricing 072116.pdf>

---

**have Ellen ck Limits & update tiered pricing per revised Exh B (note that volume will be ramping up)**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **7/22/2016** |
| Due Date | **7/22/2016** |
| Last Modified Date/Time | **7/22/2016 10:13 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

---

**have Charles change to Fixed Reserve (sweep $12,708 to hold)**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **7/22/2016** |

| | |
|---|---|
| Due Date | **7/22/2016** |
| Last Modified Date/Time | **7/22/2016 10:12 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Hi, Charles.**<br><br>**We are changing A20150035 to a Fixed Reserve and it's been agreed that $12,708 will be moved over. Would you please do that and confirm?**<br><br>**Thank you!**<br><br>**Lisa** |

---

### FUP on updated Exhibit and Submit Routing Sheet with changes

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/21/2016** |
| Due Date | **7/21/2016** |
| Last Modified Date/Time | **7/21/2016 6:27 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | |

---

### EM sent to Lisa and Austin crew - updated routing sheet and signed exhibit

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **7/21/2016** |
| Due Date | **7/21/2016** |
| Last Modified Date/Time | **7/21/2016 6:26 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Hi Lisa,**<br><br>**The executed Exhibit B was attached to the previous email. My primary question was whether or not you needed me to complete the updated Combined Routing Sheet. I went ahead and knocked that deal out for you! :-) Thanks for sending over the original.**<br><br>**Attached is the Updated Routing Sheet and executed Exhibit B.**<br><br>**Please confirm when all is completed and I will notify Joe / Par Funding.**<br><br>**Have a wonderful night!**<br><br>**Best,**<br>**Vinny Lipari, MBA**<br>**President**<br>**Actum Processing**<br><br>**Office: 602.912.5707 / Mobile: 480.677.0555**<br>**Email: vinny.lipari@actumprocessing.com**<br>**Website: www.actumprocessing.com**<br><br>**CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message** |

On Jul 21, 2016, at 1:07 PM, Lisa Janacek <lisa@actumprocessing.com> wrote:

Hi, Vinny. Thanks for thinking of this ;)

I have attached the Word version of the mostly recently signed Exhibit B (revision date 3/17/15), as well as the original/only Routing Sheet we have on-file.

To confirm, we have not yet changed this account over to Fixed Reserve; will do that upon receipt of signed revised Exh. B you're working on now.

Cheers!

Lisa

On Thu, Jul 21, 2016 at 1:36 PM, vincent lipari <vinny.lipari@actumprocessing.com> wrote:
Hi Lisa,

Attached is the executed Exhibit B for the above merchant. This one was boarded so long ago that it's possible changes have been made to their account that could be different on the Routing Sheet I have on file. I do not want to cause any confusion like I did with Last Chance. :-)

Can you please do one of the following:
1 - Create the updated Routing Sheet on your end to reflect the changes on the Exhibit
2 - Send me the most recent Routing Sheet you have and I will copy that information on the Combined Routing Sheet and add the new information from the Exhibit.
Either is fine by me. Let me know your preference.

Thank you!

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

On Jul 19, 2016, at 11:37 AM, Lisa Janacek <lisa@actumprocessing.com> wrote:

Hi, Vinny.

I'm happy to report that we are good to go with the account revisions you've proposed for A20150035. Please reassert to Joe that his transactions submitted to Actum must hit only corporate accounts. We'll continue to monitor, of course, but appreciate you mentioning it.

We'll look for the signed revised Exhibit B to update accordingly and if there is anything else we can assist with, please let me know.

Best!

Lisa

On Mon, Jul 18, 2016 at 11:55 PM, vincent lipari <vinny.lipari@actumprocessing.com> wrote:
Hi Lisa,

I received supporting information from the Joe Cole regarding Complete Business Solutions (dba, Par Funding). They are processing upwards of $4.5 million a month with their other provider. They like our system functionality better and I feel confident we could obtain the majority of their volume.

I would like their account to be reviewed in consideration of making changes to their pricing, limits and reserve requirements.

Attached are the following:
2 Years Financials
6 months ACH processing statement (returns & statement of fees included)
Less than 4% overall
Less than .10% CB
Updated Exhibit B - suggested changes below
1% rolling reserve over 30 days (review again when volume reaches $2,000,000 (m) and potentially remove reserve)
Merchant has no reserve requirement with current ACH provider
Tiered heavily reduced
Return fee reduced
CB fee reduces
Limit Increases
Daily Dollar - $275,000
Daily Number - 350
Monthly Dollar - $4,000,000
Monthly Number - 20,000
Please review with the team and let me know your thoughts. If approved, I will communicate with Joe and see if we can get his volume moved over to Actum.

Depending upon how the call goes, I may come up on the pricing side. Any changes that are made to his Exhibit B will be noted and submitted to UW along with an updated Routing Sheet.

Let me know if you have any questions or would like to chat more about this over the phone.

Thank you!

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

--
Actum Processing

www.actumprocessing.com

Facebook Twitter Linkedin Instagram

Lisa Janacek,
Business Relationship Manager

P: 512-402-0082 ext.1134
C: 512-913-8229
F: 512-597-0258
E: lisa@actumprocessing.com

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746


--
**Actum Processing**

**www.actumprocessing.com**

**Facebook Twitter Linkedin Instagram**


Lisa Janacek,
**Business Relationship Manager**

**P: 512-402-0082 ext.1134**
**C: 512-913-8229**
**F: 512-597-0258**
**E: lisa@actumprocessing.com**

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

**<CBSG Inc dba Par Funding_A20150035 - Actum Final Exhibit B.docx><CBSG dba Par FundingActum Processing Merchant Routing Sheet.pdf>**

---

**EM sent to Joe with proposal and docs**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **7/19/2016** |
| Due Date | **7/19/2016** |
| Last Modified Date/Time | **7/19/2016 8:48 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Hi Joe,** |

**I hope this message finds you well. Thank you for sending over all of the supporting documentation. It made our decisions much easier to make.**

**I was able to get you approved at the following:**
**Significantly Reduced Tiered Pricing**
**Significantly Reduced Return Fee**
**Reduced Chargeback Fee**
**No Additional Reserve Hold**
**Increased Limits ($275K daily / $4MM)**
**The other vendors pricing is honestly tough to beat unless we are seeing 5,000 transactions per month coming our way. If that is the case then you will see $1,800 - $2,200 in annual savings.**

**We currently have $12,708.00 in reserve. If you decide to move forward as outlined, then we will remove the rolling reserve and move the $12K into a hard reserve account. You will receive all future payouts without any reserve adjustments.**

**Basically my friend… I got you everything on your wish list and more.**

**Attached is the updated Final Exhibit B that will require Lisa's signature. I included a spreadsheet that shows Actum's true cost of processing based on the number of transactions you send and how your return rates looks. You can change all the numbers in Green and it will adjust your true cost with Actum.**

Side note; If you know of any other B2B Lenders that you think would be a good fit for Actum, please send them my way.

I appreciate your business and look forward to growing our partnership.

Have a great evening!

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

On Jul 19, 2016, at 10:02 AM, Joe Cole <joecole@parfunding.com> wrote:

CBSG Inc dba Par Funding_A20150035 - Final Exhibit B_7.19.16.pdf

Thanks for the follow up Vinny

I think these fees would work well us, though I don't know if we would immediately move the majority of our volume over. We were thinking about moving over $50,000.00 a day to start and ramp up another $50,000.00 after 30 days assuming payment processing went well.

If everything goes well it's foreseeable that we could move the majority over. So we'd star by doing $1M in volume the first month and $2M in the second.

This is under the assumption that we'd be able to do a fixed reserve amount and we'd receive the entirety of our ACH batches less the returns.

Please let me know how we should move forward.


Joe Cole

From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]
Sent: Tuesday, July 19, 2016 1:22 AM
To: joecole@parfunding.com
Cc: Vinny Lipari <vinny@actumprocessing.com>
Subject: Re: Docs Requested
Importance: High

If I come back with what's listed below would you be willing to move the majority of your volume over to Actum?
Annual cost savings of $3,000 - $4,000
1% rolling reserve over 30 days or perhaps eliminate the reserve completely
Approved daily limit of $275K and monthly limit of $4M
Let me know your thoughts.

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

On Jul 18, 2016, at 1:37 PM, Joe Cole <joecole@parfunding.com> wrote:

Please see the attached fee sheet and billing statement for June.

We were debited about $2,300.00 for all our activity last month.

Let me know if you need anything else, thanks.


Joe Cole

From: Vinny Lipari [mailto:vinny.lipari@actumprocessing.com]
Sent: Saturday, July 16, 2016 11:11 AM
To: joecole@parfunding.com
Subject: Re: Docs Requested

No worries. For now just tell me what you pay for the following fees with the other vendor. I'll come up with something for you early next week.

Per transaction
Per return
Per R08
Per chargeback.

Have a great weekend!

Thank you!

Sent from my iPhone

On Jul 16, 2016, at 7:59 AM, Joe Cole <joecole@parfunding.com> wrote:

Sorry, yesterday got tied up in meetings. They don't really provide a fee schedule statement for us, maybe I can run a payment summary from quickbooks? It's like $2,000.00 - $2,500.00 usually.

I may have a fee schedule from the original application but it may have changed with our increased volume.

Let me know if that works. Thanks.


Joe Cole

From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]
Sent: Friday, July 15, 2016 7:39 PM
To: joecole@parfunding.com
Subject: Re: Docs Requested

Any luck on the statement of fees?


Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

On Jul 14, 2016, at 1:17 PM, Joe Cole <joecole@parfunding.com> wrote:

Vinny,

Please see the attached financials and ACH processing statements from January through June this year.

I have to make the correction, while we're on the phone I saw we're using ACH Works instead of Intercept. While we do have an account with ACH Works through our subsidiary Fast Advance Funding, the $4M in monthly volume is actually being run through a company called Intercept EFT.

Sorry for the confusion. I can provide the ACH Works statements as well but they are for a separate legal entity we manage and for a lower dollar amount volume than stated.

Let me know if you need anything else.

Thanks.


Joe Cole

From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]
Sent: Tuesday, July 12, 2016 3:49 PM
To: Joe Cole <joecole@parfunding.com>
Subject: Docs Requested

Hi Joe,

Good to reconnect today. I think it's awesome that you guys are growing and would like to work towards becoming your primary ACH partner.

Please send me two months most recent ACH processing statements from ACH Works. Also, please send 2015 Financials and Interim 2016.

Once received, I will get them over to Risk for review and come back with a tightened proposal, reserve adjustment, and volume increases.

Sound good?

Side note: Ellen will reach out to you about the Automated Return Processing via SFTP.

Thank you!

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

<CBSG Intercept ACH Batch Summary 0616.pdf><CBSG Intercept ACH Returns Summary 0616.pdf>
<CBSG Profit Loss 2015.pdf><CBSG Balance Sheet 0630.pdf><CBSG Profit Loss 0630.pdf>

<CBSG Intercept Fees.pdf><CBSG Intercept Billing Detail 0616.pdf>

---

reply to Vinny on account revision request

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **7/19/2016** |
| Due Date | **7/19/2016** |
| Last Modified Date/Time | **7/19/2016 1:37 PM** |

| | |
|---|---|
| Assigned To | Lisa Janacek |
| Last Modified By Alias | Lisa |
| | **Hi, Vinny.** |
| | **I'm happy to report that we are good to go with the account revisions you've proposed for A20150035. Please reassert to Joe that his transactions submitted to Actum must hit only corporate accounts. We'll continue to monitor, of course, but appreciate you mentioning it.** |
| | **We'll look for the signed revised Exhibit B to update accordingly and if there is anything else we can assist with, please let me know.** |
| | **Best!**<br>**Lisa**<br>**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** |
| | **Hi Lisa,** |
| | **I received supporting information from the Joe Cole regarding Complete Business Solutions (dba, Par Funding). They are processing upwards of $4.5 million a month with their other provider. They like our system functionality better and I feel confident we could obtain the majority of their volume.** |
| | **I would like their account to be reviewed in consideration of making changes to their pricing, limits and reserve requirements.** |
| Comments | **Attached are the following:**<br>**2 Years Financials**<br>**6 months ACH processing statement (returns & statement of fees included)**<br>**Less than 4% overall**<br>**Less than .10% CB**<br>**Updated Exhibit B - suggested changes below**<br>**1% rolling reserve over 30 days (review again when volume reaches $2,000,000 (m) and potentially remove reserve)**<br>**Merchant has no reserve requirement with current ACH provider**<br>**Tiered heavily reduced**<br>**Return fee reduced**<br>**CB fee reduces**<br>**Limit Increases**<br>**Daily Dollar - $275,000**<br>**Daily Number - 350**<br>**Monthly Dollar - $4,000,000**<br>**Monthly Number - 20,000**<br>**Please review with the team and let me know your thoughts. If approved, I will communicate with Joe and see if we can get his volume moved over to Actum.** |
| | **Depending upon how the call goes, I may come up on the pricing side. Any changes that are made to his Exhibit B will be noted and submitted to UW along with an updated Routing Sheet.** |
| | **Let me know if you have any questions or would like to chat more about this over the phone.** |
| | **Thank you!** |

## Em chain about current fees

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **7/18/2016** |
| Due Date | **7/18/2016** |
| Last Modified Date/Time | **7/18/2016 10:06 AM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Ok, I'll call our rep on Monday and let you know. I couldn't find it from our online client portal.** |
| | **Thanks.** |

Joe Cole

**From: Vinny Lipari [mailto:vinny.lipari@actumprocessing.com]**
**Sent: Saturday, July 16, 2016 11:11 AM**
**To: joecole@parfunding.com**
**Subject: Re: Docs Requested**

**No worries. For now just tell me what you pay for the following fees with the other vendor. I'll come**
**up with something for you early next week.**

**Per transaction**
**Per return**
**Per R08**
**Per chargeback.**

**Have a great weekend!**

**Thank you!**

**Sent from my iPhone**

**On Jul 16, 2016, at 7:59 AM, Joe Cole <joecole@parfunding.com> wrote:**

**Sorry, yesterday got tied up in meetings. They don't really provide a fee schedule statement for us,**
**maybe I can run a payment summary from quickbooks? It's like $2,000.00 - $2,500.00 usually.**

**I may have a fee schedule from the original application but it may have changed with our increased**
**volume.**

**Let me know if that works. Thanks.**


Joe Cole

**From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]**
**Sent: Friday, July 15, 2016 7:39 PM**
**To: joecole@parfunding.com**
**Subject: Re: Docs Requested**

**Any luck on the statement of fees?**


**Best,**
**Vinny Lipari, MBA**
**President**
**Actum Processing**

**Office: 602.912.5707 / Mobile: 480.677.0555**
**Email: vinny.lipari@actumprocessing.com**
**Website: www.actumprocessing.com**

**CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of**
**the intended recipient(s) and may contain confidential and privileged information. Any unauthorized**
**review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please**
**contact the sender by reply email and destroy all copies of the original message**

**On Jul 14, 2016, at 1:17 PM, Joe Cole <joecole@parfunding.com> wrote:**

**Vinny,**

**Please see the attached financials and ACH processing statements from January through June this**
**year.**

**I have to make the correction, while we're on the phone I saw we're using ACH Works instead of**
**Intercept. While we do have an account with ACH Works through our subsidiary Fast Advance**
**Funding, the $4M in monthly volume is actually being run through a company called Intercept EFT.**

**Sorry for the confusion. I can provide the ACH Works statements as well but they are for a separate**
**legal entity we manage and for a lower dollar amount volume than stated.**

Let me know if you need anything else.

Thanks.

Joe Cole

From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]
Sent: Tuesday, July 12, 2016 3:49 PM
To: Joe Cole <joecole@parfunding.com>
Subject: Docs Requested

Hi Joe,

Good to reconnect today. I think it's awesome that you guys are growing and would like to work towards becoming your primary ACH partner.

Please send me two months most recent ACH processing statements from ACH Works. Also, please send 2015 Financials and Interim 2016.

Once received, I will get them over to Risk for review and come back with a tightened proposal, reserve adjustment, and volume increases.

Sound good?

Side note: Ellen will reach out to you about the Automated Return Processing via SFTP.

Thank you!

Best,
Vinny Lipari, MBA
President
Actum Processing

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

<CBSG Intercept ACH Batch Summary 0616.pdf><CBSG Intercept ACH Returns Summary 0616.pdf>
<CBSG Profit Loss 2015.pdf><CBSG Balance Sheet 0630.pdf><CBSG Profit Loss 0630.pdf>

---

## FTP set up, sent creds, will get trans/return file

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **7/13/2016** |
| Due Date | **7/13/2016** |
| Last Modified Date/Time | **7/13/2016 11:36 AM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | |

---

## response from Joe

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **7/12/2016** |

| | |
|---|---|
| Due Date | **7/12/2016** |
| Last Modified Date/Time | **7/12/2016 6:37 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Thanks Vinny,** |
| | **I'll work on getting these items over to you shortly.** |
| | **I just sent Ellen my IP address to get set up on the FTP program.** |
| | **Follow up with you soon.** |
| | **Joe Cole** |
| | **From: vincent lipari [mailto:vinny.lipari@actumprocessing.com]**<br>**Sent: Tuesday, July 12, 2016 3:49 PM**<br>**To: Joe Cole <joecole@parfunding.com>**<br>**Subject: Docs Requested** |
| | **Hi Joe,** |
| | **Good to reconnect today. I think it's awesome that you guys are growing and would like to work towards becoming your primary ACH partner.** |
| | **Please send me two months most recent ACH processing statements from ACH Works. Also, please send 2015 Financials and Interim 2016.** |
| | **Once received, I will get them over to Risk for review and come back with a tightened proposal, reserve adjustment, and volume increases.** |
| | **Sound good?** |
| | **Side note: Ellen will reach out to you about the Automated Return Processing via SFTP.** |
| | **Thank you!** |
| | **Best,**<br>**Vinny Lipari, MBA**<br>**President**<br>**Actum Processing** |
| | **Office: 602.912.5707 / Mobile: 480.677.0555**<br>**Email: vinny.lipari@actumprocessing.com**<br>**Website: www.actumprocessing.com** |
| | **CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message** |

## Emailed Joe about FTP setup

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **7/12/2016** |
| Due Date | **7/12/2016** |
| Last Modified Date/Time | **7/12/2016 3:07 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | |

## EM sent to Joe

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **7/12/2016** |
| Due Date | **7/12/2016** |
| Last Modified Date/Time | **7/12/2016 2:49 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | Hi Joe,<br><br>**Good to reconnect today. I think it's awesome that you guys are growing and would like to work towards becoming your primary ACH partner.**<br><br>**Please send me two months most recent ACH processing statements from ACH Works. Also, please send 2015 Financials and Interim 2016.**<br><br>**Once received, I will get them over to Risk for review and come back with a tightened proposal, reserve adjustment, and volume increases.**<br><br>**Sound good?**<br><br>**Side note: Ellen will reach out to you about the Automated Return Processing via SFTP.**<br><br>**Thank you!**<br><br>**Best,**<br>**Vinny Lipari, MBA**<br>**President**<br>**Actum Processing** |

**Call with Joe**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **7/12/2016** |
| Due Date | **7/12/2016** |
| Last Modified Date/Time | **7/12/2016 2:46 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **He has over $4M a month with ACH works. Cost is much lower, they have no reserve with them and their system works better.**<br><br>**is willing to increase volume to $1M a month if we can accommodate some of their needs. He is also paying $15 per R08. Keep that in mind when coming up with fees.**<br><br>**Follow up with Lisa and Ellen on auto returns via SFTP.**<br><br>**Get 2 months ACH statements and 2 years financials before getting them set up at higher limits.** |

**EM sent to Joe**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **7/11/2016** |
| Due Date | **7/11/2016** |
| Last Modified Date/Time | **7/11/2016 6:02 PM** |
| Assigned To | **Vinny Lipari** |

| | |
|---|---|
| Last Modified By Alias | **VinnyL** |
| Comments | **Hey Joe,** |
| | **Hope the summer is treating you well.** |
| | **Thought I'd touch base and revisit our previous discussions about ACH Credits and ramping up the ACH Debit volume. The new bank is rolling strong and our portfolio of B2B lenders is continuing to grow. I appreciate your business a great deal and would like to see if there are any ways for us to expand our relationship.** |
| | **I'm around this week if you want to catch up.** |
| | **Hope to talk soon!** |
| | **Best,** |
| | **Vinny Lipari, MBA** |
| | **President** |
| | **Actum Processing** |

### Vinny, ok to have Ellen remove Credit Limits? (emld 7/6)

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **7/6/2016** |
| Due Date | **7/7/2016** |
| Last Modified Date/Time | **7/7/2016 9:45 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

### cred limits removed-adjust exh b w/next revision

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **7/7/2016** |
| Due Date | **7/6/2016** |
| Last Modified Date/Time | **7/7/2016 9:45 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

### Req COA's for 2 customers - confirmed they are billing biz accounts.

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **6/30/2016** |
| Due Date | **6/30/2016** |
| Last Modified Date/Time | **7/5/2016 10:07 AM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | **Gerald Perkins - 16871865** |
| | **Thomas Suess - 16888627** |
| | **Can't see in logs if they are billing biz accounts** |

**turn Monthly Fee back ON so it'll bill July**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **3/21/2016** |
| Due Date | **6/14/2016** |
| Last Modified Date/Time | **3/21/2016 2:32 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **PER CHARLES 3/21 WILL RESUME AUTOMATCALLY** |

**call no message left for Joe**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✔ |
| Create Date | **5/11/2016** |
| Due Date | **5/11/2016** |
| Last Modified Date/Time | **5/11/2016 4:57 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | |

**Call with Joe about credits and missed file**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✔ |
| Create Date | **3/24/2016** |
| Due Date | **3/24/2016** |
| Last Modified Date/Time | **3/24/2016 11:17 AM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **He wasn't as understanding this time. I gave him background on Bank of KU and BB&T. them not being equipped to handle TPS. He understood. Said to follow up in May after we've transitioned to the new bank and see about adding credit again at $4.50 per** |

**(merch waiting on Credits [fi file issues made him rethink])Fixed Reserve to be wired to Actum; Vinny sent revised Exh B for merch sign/return**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **3/16/2016** |
| Due Date | **3/23/2016** |
| Last Modified Date/Time | **3/23/2016 3:50 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

**turn OFF Monthly Fee for April, May 7 June**

| | |
|---|---|
| Name | |
| Status | **Completed** |

| | |
|---|---|
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/21/2016** |
| Due Date | **3/21/2016** |
| Last Modified Date/Time | **3/21/2016 1:41 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

---

## Removed $25 monthly fee per LJ

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/21/2016** |
| Due Date | **3/21/2016** |
| Last Modified Date/Time | **3/21/2016 12:47 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | |

---

## EM back from Joe about us missing files.

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/21/2016** |
| Due Date | **3/21/2016** |
| Last Modified Date/Time | **3/21/2016 12:18 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Vinnie,**<br><br>**I just had a long discussion with Lisa, unfortunately we have to put the ACH credit project on hold until we get the issue with your bank resolved. We really can't afford inconsistencies with our payment schedules and having the batch rejected twice in the past two weeks is a major issue.**<br><br>**Please understand that we have a reputation to maintain with our clients and in collecting daily payments per our agreements with them. We had to send out another set of apology emails this morning and run make up payments for Monday which is a big inconvenience for their cash flow. The relationship we maintain with them is extremely important since that's a major selling point in retaining our business.**<br><br>**Hopefully you guys have your bank issues ironed out and we can go over potentially doing other lines of business after we have more consistency down the road.**<br><br>**Joe Cole** |

---

## LM and EM sent to Joe

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/17/2016** |
| Due Date | **3/17/2016** |
| Last Modified Date/Time | **3/17/2016 5:09 PM** |

|   |   |
|---|---|
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Hi Joe,**<br><br>**I just tried to call you..**<br><br>**We are in the process of moving away from one of our banks. The same bank that missed the file a few weeks back. Unfortunately, they missed another file on March 10th. We were just informed by them today. We will be placing those transactions into a declined status, just as we did when the last bank error occurred. Let me know if this is good by you.**<br><br>**We apologize for the inconvenience. As a courtesy, we will be waiving your monthly fee for June - August (3 months x $25 = $75). This will be on both Broadway Advance and Par Funding.**<br><br>**Side note: Any news on the credits? I have my team doing development to automate this for you. I am also able to come down to $4.50 per ACH credit, if you think it will help get it done.**<br><br>**Thank you.**<br><br>**Best,**<br>**Vinny Lipari, MBA**<br>**President**<br>**Actum Processing** |

## Added credit capabilites

|   |   |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/15/2016** |
| Due Date | **3/15/2016** |
| Last Modified Date/Time | **3/15/2016 4:44 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | |

## Vinny to discuss (negotiate pricing if it comes to that) Credits request w/Joe

|   |   |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/9/2016** |
| Due Date | **3/9/2016** |
| Last Modified Date/Time | **3/9/2016 1:21 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

## Joe requesting Credits - info to Pam, Dan, Vinny, Ellen for review

|   |   |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/9/2016** |
| Due Date | **3/9/2016** |
| Last Modified Date/Time | **3/9/2016 11:52 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |

Comments **Hi, Pam.**

**Complete Business Solutions Group (A20150035), one of Actum's highest volume accounts, is requesting Credits. Info on this from Joe is outlined below.**

**Sidenote: CB Ratio reported 1/27/16 was 3.33%; this was due to 8 cb's by a single customer, which we attempted to have dishonored for being late CCD returns. Dan knows about that; I just wanted to point it out herein for reference. Other than those 8 cb's, the account has only had 2 others, both by another single customer. Monthly volume on account:**

**Mar-15 $5,503.77 15**
**Apr-15 $49,282.96 115**
**May-15 $51,438.48 110**
**Jun-15 $74,350.06 154**
**Jul-15 $69,123.65 136**
**Aug-15 $43,213.56 106**
**Sep-15 $59,422.56 129**
**Oct-15 $58,393.56 129**
**Nov-15 $50,050.23 97**
**Dec-15 $83,467.14 137**
**Jan-16 $60,475.03 111**
**Feb-16 $64,216.18 131**

**I've attached the Exhibit B hereto. Current Reserve balance is $10K (rolling). Please let me know what else you/the team need to evaluate this request. The account is currently boarded @ BB&T with no indication it was presented to CkComm before....**

**Thanks much,**

**Lisa**
***********************

**---------- Forwarded message ----------**
**From: Joe Cole <joecole@parfunding.com>**
**Date: Wed, Mar 9, 2016 at 10:43 AM**
**Subject: RE: ACH Credits**
**To: Lisa Janacek <lisa@actumprocessing.com>**

**Lisa,**

**This would be for CBSG. I have the following responses to the questions you listed:**

**- CBSG is providing participation with other MCA companies with its advances, making payments via ACH credits**

**- These are commercial only transactions**

**- The maximum ACH would be $10,000.00**

**- The average ACH would be around $1,000.00**

**- At the beginning, we will process less than 5 credits daily**

**- This will be about 100 credits a month**

**- At the beginning, we'll need about $5,000.00 daily and $200,000.00 monthly in ACH credits processing**

**- The description can be the same as the ones for debits, showing that CBSG is the transferring party for the transactions**

**We are not currently doing this with any other processors. We were looking as doing it via daily wires but that will get expensive with the bank fees.**

**So let me know if that's something Actum could add to our ACH services. Thanks.**

**Joe Cole**

**Joe Cole Contact**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/8/2016** |
| Due Date | **3/8/2016** |
| Last Modified Date/Time | **3/21/2016 4:27 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Joe Cole**<br>**CFO**<br><br>**<image006.jpg>**<br>**39 Broadway Ste 930**<br>**New York, NY 10006**<br>**Office 1: 215.613.4126**<br>**Office 2: 215.922.2636 x106**<br>**Cell: 949.232.2463** |

**Spoke with Joe about missed bank file - he said to delete or decline and he will manage it on their end. No double billing please**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/8/2016** |
| Due Date | **3/8/2016** |
| Last Modified Date/Time | **3/8/2016 1:04 PM** |
| Assigned To | **Vinny Lipari** |
| Last Modified By Alias | **VinnyL** |
| Comments | **Joe Cole - good with deleting files and they will manage on back end** |

**Joe's reply re: unable to dishonor returns (all good)**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **1/26/2016** |
| Due Date | **1/26/2016** |
| Last Modified Date/Time | **1/26/2016 2:47 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Ok, thanks for trying. They have been a very difficult client to deal with.**<br><br>**We are following up through our legal channels to recover the owed payments from this client.**<br><br>**Things are looking good to ramp up business in the coming weeks.**<br><br>**I appreciate the follow up and hope things are going well on your end as well.**<br><br>**Joe Cole** |

**advise Joe attempt to dishonor returns was unsuccessful**

| | |
|---|---|
| Name | |
| Status | **Completed** |

| | |
|---|---|
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **1/26/2016** |
| Due Date | **1/26/2016** |
| Last Modified Date/Time | **1/26/2016 11:25 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Hi, Joe. How i the week treating you?**<br><br>**I wanted to let you know the attempt to dishonor the JB Interiors returns (on Order 16736596) was not successful. You'll likely want to take it up with the customer directly at this point.**<br><br>**It looks like volume is starting to ramp up again - I hope business is indeed going well and if there is anything else I can work to assist you with, just give me a shout.**<br><br>**Very best,**<br><br>**Lisa** |

### Charles submitted CCD CBs as dishonored Returns to FI (Order 16736596)...status?

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **1/21/2016** |
| Due Date | **1/25/2016** |
| Last Modified Date/Time | **1/25/2016 9:09 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

### Charles to have CCD CBs dishonored (Order 16736596)...status?

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **1/12/2016** |
| Due Date | **1/20/2016** |
| Last Modified Date/Time | **1/21/2016 10:35 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

### advise Joe recommend including all cust info w/orders (currently submitting cust nm only)

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **1/12/2016** |
| Due Date | **1/12/2016** |
| Last Modified Date/Time | **1/12/2016 9:24 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Good morning, Joe. Hope the week's treating you well.**<br><br>**While reviewing your transactions under A20150035, I noticed that your team is still entering only** |

Customer Name & Account ABA/#. Would you please look into why address, ph# and email are not being entered as well?

While we have the account setup without all of these additional fields being required, it is highly recommended that you do include all data that you have for the customer.

Thanks much!

Lisa

## Charles to have CCD CBs dishonored (Order 16736596)...status?

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **1/5/2016** |
| Due Date | **1/12/2016** |
| Last Modified Date/Time | **1/12/2016 9:18 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| | **1/12** |
| | **Hi, Charles. Can I please get a status update on this?** |
| | **Thank you,** |
| | **Lisa** |
| | ***** |
| | **Charles,** |
| Comments | **Joe of A20150035 is questioning 7 CB's that are CCD and well beyond the 2-business day return period. Dan said to send this to you and you'd look into having the Returns dishonored. The Returns are on Order 16736596.** |
| | **Please let me know what additional info you may need and if you could keep me updated on this, I'd appreciate it. I've never worked on this type of issue so wanting to learn what I can.** |
| | **Thanks much,** |
| | **Lisa** |

## email to Joe re: email issues & payout delay

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **7/21/2015** |
| Due Date | **7/21/2015** |
| Last Modified Date/Time | **7/21/2015 3:11 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Good afternoon, Joe.** |
| | **I wanted to let you know that I'm having email issues so this (actum.lisa@gmail.com) is my alternate address (rather than lisa@actumprocessing.com). If you have tried to message me lately, please know that the issue was just recently discovered but could have started on Thursday.** |
| | **Secondly, I'm told by our accounting department that payouts did not go out but all will be caught up tomorrow. If I receive any information you may find helpful as to why that happened, I will definitely pass along to you.** |
| | **Very best,** |

Lisa

## engage Merch Support re: PID vs SubID and managing future billings when NSF

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/30/2015** |
| Due Date | **6/30/2015** |
| Last Modified Date/Time | **6/30/2015 8:52 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | **Byron / Ellen,** <br><br> **I'm looking at the PreAuths & Returns for both Broadway Advance (A20140067) and Complete Business Solutions Group (A20150035) - which are both "Joe Cole" accounts, and thinking two things:** <br><br> **1. Seems they are submitting Initials and Recurs under their Parent ID sometimes and their SubID other times.** <br><br> **2. When a debit is returned NSF, they don't seem to be managing this, as in adjusting the (daily) billing cycle so the next day's debit won't also be returned NSF....** <br><br> **If you are not already working with these accounts on these issues, would you please reach out?** <br><br> **Thank you!** <br><br> **Lisa** |

## Signed Exhibit B Back from sales

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/17/2015** |
| Due Date | **3/24/2015** |
| Last Modified Date/Time | **3/24/2015 1:58 PM** |
| Assigned To | **Jared Apilado** |
| Last Modified By Alias | **Jared** |
| Comments | |

## updated A-1 rcvd, wt updated, fee logges - print file save

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/20/2015** |
| Due Date | **3/23/2015** |
| Last Modified Date/Time | **3/23/2015 8:25 AM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

## send brm intro

| | |
|---|---|
| Name | |

| | |
|---|---|
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✔ |
| Create Date | **3/17/2015** |
| Due Date | **3/19/2015** |
| Last Modified Date/Time | **3/19/2015 3:18 PM** |
| Assigned To | **Lisa Janacek** |
| Last Modified By Alias | **Lisa** |
| Comments | |

## Get signed Ex b and send credentials to merchant

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✔ |
| Create Date | **3/17/2015** |
| Due Date | **3/18/2015** |
| Last Modified Date/Time | **3/17/2015 2:56 PM** |
| Assigned To | **Callie Stuart** |
| Last Modified By Alias | **Callie** |
| Comments | **Hi Lisa,**<br><br>**Congratulations, this account has been approved! I have attached the Final Exhibit B for your execution. Please review, sign, and return as soon as you can and I will send over your log in information so that you may begin processing. We look forward to working with you!**<br><br>**--**<br>**Kind regards,**<br>**Callie Latuhoi**<br><br>**ACTUM PROCESSING**<br>**Office: (480)339-7142**<br>**Cell: (480)828-0331**<br>**Fax: (512)-597-0258**<br>**Email: Callie@ACTUMPROCESSING.com**<br>**Website: www.ACTUMPROCESSING.com** |

## Welcome Letter

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✔ |
| Create Date | **3/17/2015** |
| Due Date | **3/17/2015** |
| Last Modified Date/Time | **3/17/2015 2:56 PM** |
| Assigned To | **Callie Stuart** |
| Last Modified By Alias | **Callie** |
| Comments | **Hi Lisa,**<br><br>**Welcome to Actum Processing!**<br><br>**We are pleased to have you as our newest partner. Please take a minute to review this email and reply confirming you have received the message. Below you will find your account details and introduction to Byron, your Actum Processing Merchant Support Contact. Feel free to contact him should you have any technical questions. He can help guide you through our system and explain the features of our Virtual Terminal. We value your business and look forward to many years of ongoing success together!**<br><br>**User Credentials:**<br>**Go to - https://reports.actumprocessing.com** |

username: A20150035
password: changeme

SubID:
CBSC001 -CCD

Test Account:
Name Bob Yakuza
Address 893 Ginza, Austin TX 00893
Phone 893-555-0893
SSN 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
DOB 12/07/1941
ABA 999999999
Acct 257168279

Actum Processing Merchant Support Contact:
- Byron@actumprocessing.com

Please let me know if you have any questions.

--
Kind regards,
Callie Latuhoi

ACTUM PROCESSING
Office: (480)339-7142
Cell: (480)828-0331
Fax: (512)-597-0258
Email: Callie@ACTUMPROCESSING.com
Website: www.ACTUMPROCESSING.com

---

## FUP with joe

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/12/2015** |
| Due Date | **3/13/2015** |
| Last Modified Date/Time | **3/12/2015 1:24 PM** |
| Assigned To | **Callie Stuart** |
| Last Modified By Alias | **Callie** |
| Comments | **Hi Joe,**<br><br>**I have just heard back from my underwriting department regarding this account. It looks like the bank has requested some information.**<br><br>**Please provide the following:**<br><br>**Merchant Questionnaire (attached)**<br>**Copy of policies/procedures or list of prohibited business types you would not offer merchant cash advances**<br><br>**This is all they've requested so once we have these items, things should move pretty quickly. Please let me know if you have any questions.**<br><br>**Kind regards,**<br>**Callie Latuhoi**<br><br>**ACTUM PROCESSING**<br>**Office: (480)339-7142**<br>**Cell: (480)828-0331**<br>**Fax: (512)-597-0258**<br>**Email: Callie@ACTUMPROCESSING.com**<br>**Website: www.ACTUMPROCESSING.com** |

**FUP with joe**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/4/2015** |
| Due Date | **3/6/2015** |
| Last Modified Date/Time | **3/4/2015 1:36 PM** |
| Assigned To | **Callie Stuart** |
| Last Modified By Alias | **Callie** |
| Comments | **Hi Joe,**<br><br>**My name is Callie, I am Vinny's assistant. I have just finished reviewing your application and will need a few things.**<br><br>**Please provide the following:**<br><br>**Pg. 1 and 2 of app - Initials at the bottom of each page**<br>**Sample authorization form**<br>**Business contract between Par Funding and the borrower**<br><br>**Once I receive these items, I will be able to submit this to my underwriting department. Please let me know if you have any questions.**<br><br>**--**<br>**Kind regards,**<br>**Callie Latuhoi**<br><br>**ACTUM PROCESSING**<br>**Office: (480)339-7142**<br>**Cell: (480)828-0331**<br>**Fax: (512)-597-0258**<br>**Email: Callie@ACTUMPROCESSING.com**<br>**Website: www.ACTUMPROCESSING.com** |

**Get Ex B from Vinny**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/4/2015** |
| Due Date | **3/5/2015** |
| Last Modified Date/Time | **3/10/2015 10:29 AM** |
| Assigned To | **Callie Stuart** |
| Last Modified By Alias | **Callie** |
| Comments | |

**Sent app to UW**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding** |
| Task | ✓ |
| Create Date | **3/4/2015** |
| Due Date | **3/4/2015** |
| Last Modified Date/Time | **3/4/2015 1:29 PM** |
| Assigned To | **Callie Stuart** |
| Last Modified By Alias | **Callie** |
| Comments | **Hi Monica,** |

I have attached a new application for the above merchant.

**Please note the following:**

**In house agent: Vinny**
**Merchant cash advance**
**Waiting on Exhibit B**
**Waiting on legible terms and conditions for business contract**

**Please let me know if anything else is needed.**

**--**
**Kind regards,**
**Callie Latuhoi**

**ACTUM PROCESSING**
**Office: (480)339-7142**
**Cell: (480)828-0331**
**Fax: (512)-597-0258**
**Email: Callie@ACTUMPROCESSING.com**
**Website: www.ACTUMPROCESSING.com**

---

**Email - reducing NSF's / adv FTP setup**

| | |
|---|---|
| Name | **Joe Cole** |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **6/30/2015** |
| Due Date | |
| Last Modified Date/Time | **6/30/2015 2:34 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | **Thanks for the insight Ellen, we will do as advised and take a more conservative approach in regards to the payments we process for our clients.** |

**One of the biggest obstacles we have is the lag between when we process payments to when we see if it has been returned, especially with the recent issue with the returns report.**

**It is our standard practice to immediately hold payments for clients with returns and only resume when we confirm with the client that funds are sufficient to continue processing their payments. We aim to have the fewest amount of returns possible.**

**I will check with our systems administrator in regards to the FTP functionality.**

**We appreciate the attention to this issue and value our working relationship with your company. Please let me know if you notice any other potential issues down the road.**

**Joe Cole**

**From: Ellen Connaway [mailto:ellen@actumprocessing.com]**
**Sent: Tuesday, June 30, 2015 3:04 PM**
**To: Joe Cole (A20140067 Broadway Advance)**

Cc: Lisa, <byron@actumprocessing.com>
**Subject: Actum Account Overview**


Hi Joe,

We were taking a look at both of your accounts, Complete Business Solutions Group (A20150035) and Broadway Advance (A20140067), and noticed that the returns due to Insufficient Funds is rather high.

For the month, Complete Business Solutions Group has a total of 14 NSF transactions and Broadway Advance has a total of 21 NSF transactions.

Accounts that utilize the "daily billing cycle" tend to run into this sort of problem, but we have a recommendation that might help you lower these type of returns.

As soon as you notice your customer's payment has been returned due to Insufficient Funds, contact your customer and ask when they will have the funds available in their account. Since our system automatically puts the account in "Deleted" status when a return occurs, you'll need to change the account status to "Active" and change the next billing date to the date of when your customer will have the funds in their account. This will also help avoid potential administrative returns and chargebacks.

Also, we do have another way for you to retrieve the transaction history details of your accounts. This is done via FTP and we can set this up one of two ways.

1) We will put the file on our server and you can retrieve them at will, in which case we will need to know what IP(s) you will be connecting from.

2) We can upload the files directly to your sever each day in which case we would need the hostname, username, and password for the FTP location you would like us to upload to.

If you are interested in the FTP reports, let us know which of the above methods you prefer and we'll get to work setting it up for you.

As always, please feel free to let us know if you have any questions.

Have a great afternoon!

Thank you,

---

**App fee $150.00, waiting on signed Ex. B**

| | |
|---|---|
| Name | |
| Status | **Completed** |
| Related To | **Complete Business Solutions Group Inc.** |
| Task | ✓ |
| Create Date | **3/17/2015** |
| Due Date | |
| Last Modified Date/Time | **3/17/2015 3:44 PM** |
| Assigned To | **Ellen Connaway** |
| Last Modified By Alias | **Ellen** |
| Comments | |

## Opportunities

**Actum Processing Merchant-Complete Business Solutions Group Inc. dba Par Funding**

| | |
|---|---|
| Stage | **Closed Won** |
| Amount | |
| Close Date | **3/31/2015** |
| Probability (%) | **100** |
| Lead Source | **Employee Referral** |
| Owner Full Name | **Lisa Janacek** |
| Won | ✓ |

| | |
|---|---|
| Fiscal Period | **Q1-2015** |
| Next Step | |
| Type | |
| Last Modified Date | **1/25/2016** |
| Description | |

## Notes & Attachments

| Not using negative db | | Same Day Debits added 03/15/18 | |
|---|---|---|---|
| Type | **Note** | Type | **Note** |
| Owner | **Ellen Connaway** | Owner | **Jared Apilado** |
| Description | | Description | |
| Related To | **Complete Business Solutions Group Inc.** | Related To | **Complete Business Solutions Group Inc.** |

| Late file fee waived as of 6/6/17 | | REQUESTS TRANSFER PAYOUT TO CREDIT RESERVE | |
|---|---|---|---|
| Type | **Note** | Type | **Note** |
| Owner | **Ellen Connaway** | Owner | **Lisa Janacek** |
| Description | | Description | |
| Related To | **Complete Business Solutions Group Inc.** | Related To | **Complete Business Solutions Group Inc.** |

| Credits/Same Day Credits added 5/8/17--Ledger | | Late File/Sunday File added 05/01/17 | |
|---|---|---|---|
| Type | **Note** | Type | **Note** |
| Owner | **Jared Apilado** | Owner | **Jared Apilado** |
| Description | | Description | |
| Related To | **Complete Business Solutions Group Inc.** | Related To | **Complete Business Solutions Group Inc.** |

| Fixed Reserve | | creds/test account | |
|---|---|---|---|
| Type | **Note** | Type | **Note** |
| Owner | **Jared Apilado** | Owner | **Lisa Janacek** |
| Description | | | **Reseller:** |
| | | | **None** |
| Related To | **Complete Business Solutions Group Inc.** | | |
| | | | **SubID:** |
| | | | **CBSC001 -CCD** |

| BOK Approval 3.17.15 | |
|---|---|
| Type | **Note** |
| Owner | **Jared Apilado** |
| Description | |
| Related To | **Complete Business Solutions Group Inc.** |

(right column continued)

| | |
|---|---|
| | **Login:** |
| | **username: A20150035** |
| | **password: changeme** |
| Description | **Test Account:** |
| | **Name Bob Yakuza** |
| | **Address 893 Ginza, Austin TX 00893** |
| | **Phone 893-555-0893** |
| | **SSN 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** |
| | **DOB 12/07/1941** |
| | **ABA 999999999** |
| | **Acct 257168279** |
| Related To | **Complete Business Solutions Group Inc.** |

Copyright © 2000-2019 salesforce.com, inc. All rights reserved.