

**MERCHANT SITE INSPECTION REPORT**
PHONE (623) 930-0466
FAX (623) 930-0560
www.metrositeinspections.com



PAR FUNDING.

---

**Metro Order #:** 125904                               **Order Date:** JANUARY 4, 2017

**Business Information:**
Legal Name of Business: FLEETWOOD SERVICES LLC
Doing Business As: FLEETWOOD SERVICES LLC
Address: 4311 WILLOW STREET
City/State/Zip: DALLAS, TX 75226

Contact Person: PAM FLEETWOOD
Work Phone:     UNANNOUNCED VISIT
Mobile Phone:
Home Phone:
Email Address:

## INSPECTION RESULTS

**DATE OF INSPECTION:** JANUARY 5, 2017
**TIME OF INSPECTION:** 11:10 AM
**INSPECTED BY:** MARCQUES MILLS
**INTERVIEWED:** ROBERT FLEETWOOD, OWNER

**BACKGROUND:**

Type of Business: SPORTS FIELD GRADING AND MAINTENANCE
Date Established: APRIL 15, 2010
# Years Under Current Ownership: 6 YEARS
# Years at current location: 6 YEARS

**FACILITIES:**

Business Location Type: COMMERCIAL LOCATION
Neighborhood type: INDUSTRIAL
Is signage present?: YES
If yes, Is signage permanent?: YES
If yes, signage matches exact business name provided? YES
Condition of building: WELL KEPT
Approximate Square Footage: 5,001-7,500

**STAFFING:**

Names of Owner/Principal PAM AND ROBERT FLEETWOOD
# of Full-time Employees: 9
# of Part-time Employees: 13
# of Contract Labor: N/A

CBSG(Fleetwood)0000419

Metro Order #:125904

## OPERATIONS:

**Business Days/Hours of Operation:** MONDAY, TUESDAY, WEDNESDAY, THURSDAY, FRIDAY
Hours: 9:00 AM to 4:30 PM
**Professional Licenses/Certs Observed?:** YES
**Business License Observed?:** YES
**Type of Business?:** SPORTS FIELD GRADING AND MAINTENANCE
**Inventory/Facilities Consistent with Business Type?:** YES
**Condition of Equipment, Supplies and Inventory:** GOOD
**Were relevant supplies and inventory observed?:** N/A FOR THIS TYPE OF BUSINESS
**If yes, Approx. # of supplies/inventory observed:** N/A

## BUSINESS:

**Indication Merchant is going out of Business:** NO, N/A
**Indication Business is for Sale?** NO, N/A
**Plans to relocate?** NO
**If Yes, When/New Address?:** N/A, N/A
**Marketing Materials Observed?** YES
**If Yes, describe:** BUSINESS CARDS
**Website URL:** WWW.FLEETWOODSERVICES.NET
**# of Customers Observed on-site during Site Visit:** NONE
**Is Business Currently Operating?:** YES
**Does Business Appear to be Legitimate?:** YES

## ADDITIONAL INFORMATION


















CBSG(Fleetwood)0000422



CBSG(Fleetwood)0000424