## DECLARATION OF VICTORIA JACQMEIN

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Victoria Jacqmein. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am a Senior Paralegal Specialist at the U.S. Securities and Exchange Commission (the "Commission").

3. The Commission received the documents from the Florida Office of Financial Regulation, and these documents are part of the investigative file in the Commission matter concerning Par Funding. I retrieved these documents from the investigative files and a true and correct copy of them is attached as Exhibit A hereto.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith. Executed on this 24th day of July 2020.

*Victoria A. Jacqmein*
VICTORIA JACQMEIN

**SUZANNE BERNSTEIN**
MIAMI, FL 33186-2306

63-8413/2670  25619

135

DATE 5/10/2019

PAY TO THE ORDER OF  Retirement Evolution Income Fund    $ 110,000

One Hundred Ten Thousand and 00/100 ———————    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 10% Note

Suzanne Bernstein

⑆267084131⑆    9676″0135

Endorse Here
Retirement Evolution Income Fund
0153

**LYNNE E. LAPIDUS**
**ROBERT M. MONTGOMERY**
[redacted]
PALMETTO BAY, FL 33158-1673

41740
2670

640

Date April 16, 2019

Pay to the order of  RE Insured Income Fund    $100,000

one hundred thousand and 00/xx — Dollars

CHASE ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com

Memo: one year note accrued

Lynne Lapidus

⑈267084⑈3⑈:  [redacted]  0306⑈0640

3440684532

ENDORSE HERE
Deposit
RE Insured Income
0153