Confidential Treatment Requested by a Better Financial Plan

| | |
|---|---|
| From: | scott stooksbury [scott@synergywealthcoach.com] |
| Sent: | Thursday, January 11, 2018 3:24:51 PM |
| To: | Dean Vagnozzi |
| CC: | Perry Abbonizio |
| Subject: | Re: Please review |
| Attachments: | synergy.jpg; picture-607-1422995815.png; PastedGraphic-1.tiff |

Am I understanding this correctly?? Now you are saying we need to spend $10,000.00 on attorney fees to set up our own fund for the MCA product?? I have been out the last month selling all these clients that came to our dinner about investing 200k in the MCA and now you're saying Perry will only let us invest if we do a fund? If that is the case, this is not good. Now I look life a fool to all these investors and have to change direction now. This is all turning out very sketchy to me guys. You can't be saying one thing one week and then telling us something the next, that don't work with these high net work clients. Now I'm going to lose trust and credibility with them, not good!!



Scott E. Stooksbury, Principal, Fiduciary
Horter Investment Mgt., LLC IAR
3440 Blue Springs Rd., NW, Suite 501
Kennesaw, GA 30144
678-738-7000
678-778-5331
www.synergywealthcoach.com
LinkedIn: ScottStooksbury
Twitter: SynergyWealth
A+ Better Business Bureau

   

Investment advisory services offered through Horter Investment Management, LLC, a SEC-Registered Investment Advisor. Horter Investment Management does not provide legal or tax advice. Investment Advisor Representatives of Horter Investment Management may only conduct business with residents of the states and jurisdictions in which they are properly registered or exempt from registration requirements. Insurance and annuity products are sold separately through Horter Financial Strategies, LLC. Securities transactions for Horter Investment Management clients are placed through Trust Company of America, TD Ameritrade, Jefferson National Life Insurance Company, Security Benefit Life Insurance Company and ED&F Man Capital Markets.

> On Jan 11, 2018, at 9:06 AM, Dean Vagnozzi <dean@abetterfinancialplan.com> wrote:
>
> This email is going to the Agents that attended the Philly workshop in November.
>
> - If you are serious about selling the Merchant Cash Investment, Litigation Funding or Life Settlements I need you to fly into Philly and get here Tuesday night the 6th of February. We will spend all day Wednesday the 7th meeting with Perry at the CBSG office, We will Probably visit the office of Thrivest and further discuss Litigation Funding. You will also meet one of my life settlement policy suppliers who is extremely knowledgeable about the industry and will be the guy you work with should you want to do a life settlement fund. So that we are clear...in order to make

BFP061647

NY-09593_MIGRATION-000014808

big money in the alternative investment space, you need to do your own fund....and when you visit Perry's office, you will want to for sure! My office will do all of the back office support for you so don't worry about that. But you need the ability to invest 10k to start a fund. PERRY's Company, WILL ONLY WORK WITY YOU IF YOU DO A FUND. Even though they are confident that they are not breaking any securities laws, they are not taking any chances. Creating your own fund eliminates that risk.

- As I say on the video, I am happy to have you guys introduce people to me so that they can invest in MY FUNDS. But I think I need to cap that at 5 clients per agent, and your investors will need to be accredited. If you do your own fund, you can sell to 35 non accredited investors. If someone invests in my Litigation funding fund or MCA fund, I will pay you 3% for the introduction....because I still need to speak with your client and "sell them." I have a blended fund being released. It will have 50% life Settlements, 25% MCA & 25% Litigation Funding. I will pay 4.5% for the introduction for that fund. Again, I can do that because I am selling the investment. The Blended fund will have a 150k minimum. I hope that you would take the money you earn and start a fund with it.

- As far as advertising. If you want to run my tv or radio commercials in your area I am happy to work with you to do that. You will get 100% of the leads. If you want to call yourself "A Better Financial Plan" we can discuss that too.

- Also, for those of you that want to stay the 8th too, you are more than welcome. I will be having another IUL recruiting session with Kansas City Life. If you want to spend time with me that day talking about IUL in greater detail we can. Anything you want to discuss we can discuss.

Please reply to Anita and let her know if you plan on coming in to Philly in February. If you just want to focus on and IUL partnership with me, reply to me and let me know and we can further discuss how I can help you succeed.

I recorded a video for you that covers much of the above, but not all. There is static the first 10 seconds of the video, sorry. It will stop. Click here:

https://tfapp.talkfusion.com/fusion2/view_hd.asp?NDQ5NTgyMA==_17284362

<image002.png>

Dean J. Vagnozzi
President & CEO
*Abetterfinancialplan.com*, llc
234 Mall Blvd, Suite 270
King Of Prussia, PA 19406
484-425-7393
Increased Returns - Decreased Risk

BFP061648
NY-09593_MIGRATION-000014809