# EXHIBIT 20

# DECLARATION OF ED HORNER

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.      My name is Ed Horner.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.  I work as an investigator for a company by the name of Reehl Investigations, LLC ("Reehl") located in Marlton, New Jersey.

2.      On November 21, 2019, at the request of a client of Reehl, I attended an investment seminar hosted by A Better Financial Plan in King of Prussia, Pennsylvania, and made a video and audio recording of the event.  I saved the audio file recording for the entire presentation as the following files:

a.      MOVI0005.mp4

b.      MOVI0006.mp4

c.      MOVI0007.mp4

d.      MOVI0008.mp4

e.      MOVI0009.mp4

f.      MOVI0010.mp4

g.      MOVI0011.mp4

h.      MOVI0012.mp

i.      MOVI0013.mp4

j.      MOVI0014.mp4

A true and correct copy of the recordings I made listed above is attached hereto as Exhibit "A."

3.      Also attached hereto, as Exhibit "B," is a true and correct copy of a document I prepared concerning the event and the recording I made that evening. I noticed that at least 300 people attended this event.

4.     I obtained marketing materials that were distributed at the investment seminar. A true and correct copy of the materials I received are attached hereto as Exhibit "C."

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this __20__ day of __July__ 2020.

ED HORNER

1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:                )

4                                     ) File No. FL-04188-A

5    UNITED FIDELIS GROUP             ) AMENDED 7-13-2020

6

7    SUBJECT:   November 21, 2019 Solicitation Event

8    Videos MOVI0005.mp4 through MOVI0014.mp4

9    PAGES:    1 through 77

10

11

12

13

14

15

16                    AUDIO TRANSCRIPTION

17

18

19

20

21

22

23

24              Diversified Reporting Services, Inc.

25                    (202) 467-9200

**EXHIBIT**

**A**

2

1                    C O N T E N T S

2

3    VIDEO FILE:                          PAGE:

4    MOVI0005.mp4                            3

5    MOVI0006.mp4                            4

6    MOVI0007.mp4                           16

7    MOVI0008.mp4                           26

8    MOVI0009.mp4                           37

9    MOVI0010.mp4                           39

10   MOVI0011.mp4                           45

11   MOVI0012.mp4                           54

12   MOVI0013.mp4                           56

13   MOVI0014.mp4                           69

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    P R O C E E D I N G S

2     Video File:  MOVI0005.mp4

3               (Brief video, 49 seconds in length,

4     showing a formal dinner setting, with multiple

5     inaudible conversations in the backdrop.   No

6     clear conversation is audible.)

7               (End of video.)

8                        *  *  *  *  *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1 | Video File:  MOVI0006.mp4

2 |        FEMALE PARTICIPANT:  I want to (inaudible) our

3 | whole presentation up here.  Come on, I just want to

4 | (inaudible) --

5 |        MALE PARTICIPANT:  So rule number one of

6 | speaking in front of (inaudible) --

7 |        FEMALE PARTICIPANT:  I'm going to keep going.

8 | So years ago, my brother, we did (inaudible) four people

9 | showed up, and I would go where I would get in trouble,

10 | still get in trouble, and now see all you here tonight,

11 | I'm very excited.  We're about to hand out a million

12 | dollars to investors who had faith in my brother or took

13 | a chance in our investments.

14 |        For those of you who don't know me, he is the

15 | hardest working, most passionate man -- and funny --

16 | that you'll ever meet.  And I love him.

17 |        So he keeps my on my toes.  So everyone I'd

18 | like you to welcome my brother Dean (inaudible.)

19 |        (Applause.)

20 |        FEMALE PARTICIPANT:  And I didn't even cry.

21 | And I didn't even cry.

22 |        MR. VAGNOZZI:  Thank you.  Dana is the

23 | gatekeeper to the office, as you may know (inaudible).

24 | I'll show the picture in a second, Dana.

25 |        DANA:  Thank you.  (Applause.)

5

1          MR. VAGNOZZI:  (Inaudible) my slide advancer
2     here.  I'm sorry.  Probably in my pocket.  I guess I put
3     it (inaudible) this is like 10 years ago.  This is like
4     the beginning.
5          I eat -- I've eaten more steak at Ruth Chris,
6     right?  And we had, you know, modest beginnings. But now
7     we've put 200 people in a room.
8          Who is here for the million bucks?  Or who is
9     here for the free meal?  Or a combination of both?  All
10    right.
11         So show of hands, who is not a client?  Not a
12    client?  Excellent, excellent.
13         Where is Dave Stovaditch (ph)?
14         MR. STOVADITCH:  Right here.
15         MR. VAGNOZZI:  There he is (inaudible).  This
16    guy is the top dog for KYW News Radio.  What do you
17    think?  And you're all here because of this man?
18    Where's Tom?  Tom Humphrey?
19         MR. HUMPHREY:  Right here.
20         MR. VAGNOZZI:  There you go.  And Tom is
21    (inaudible).  Our business when through the roof when we
22    started advertising on (inaudible) that worked well.
23    Did you hear what I said (inaudible) fantastic.
24         MR. HUMPHREY:  (Inaudible.)
25         MR. VAGNOZZI:  What's that?

1          MR. HUMPHREY:  (Inaudible.)

2          MR. VAGNOZZI:  Let me go back here.  So I

3    appreciate everybody coming out.  So if you're not -- if

4    you're not a customer, talk to -- ask anybody anything

5    you want.  How is that?

6          Why do you think we're doing this?  We -- this

7    is our way -- this is the best form of advertising.  The

8    commercials help get people in.  If you are not an

9    investor already, talk to anybody surrounding you, ask

10   them whatever you want about their experience, about the

11   investments.

12         And if that doesn't make you want to come in,

13   I don't know.  I give up.  Okay, because what we're

14   doing is real.  There's great returns.

15         We feel -- we feel -- there's risk in

16   everything, and when you come into the office, we'll

17   explain everything -- we'll get into some of the stuff

18   tonight.

19         But we just think there's a heck of a lot risk

20   in -- less risk in what we're doing than what we

21   (inaudible) okay?  So let's just leave it at that.

22         The cameras -- what we do on our website, so

23   you're seeing videos, cameras, so bear with all that.

24         So let me go through a few things.  First

25   thing I want to do is I want to get my team up here,

1    okay?

2            We're going over the team.  I'll tell you what

3    we do.  And we'll talk about dinner.  At dinner, we're

4    going to -- talk (inaudible).  We're going to hand out a

5    million bucks.  Right?

6            Does Phil Cannell hand out a million bucks?

7    Does that crash-proof guy hand out a million bucks?  No,

8    he takes that million bucks and you never see it again.

9            (Inaudible) we're going to hand out a million

10   bucks.  You see the spelling errors?  It's because I

11   didn't do well in English, and you probably see a couple

12   today (inaudible).

13           We're going to talk about the (inaudible) cash

14   investment, which is -- we are -- we are knocking it out

15   of the park with.

16           You know what you have tonight -- what you

17   have tonight is if you're an investor, you're going to

18   hear from the executive staff with the merchant cash

19   investment, which so many of you are a part of.

20           You've heard from Perry.  We have the -- I

21   call it the honor of having the -- all the execs here,

22   and you're going to hear about the state of the merchant

23   cash business.

24           This company, CBSG is buying a bank, right?

25   They're buying a bank and they're looking for investors.

8

1    They don't need investors.  Right, they can write a
2    check to acquire this bank all by themselves.
3                But bank regulations require that they only
4    own like 5 percent of it for the first three years.  So
5    they're forced to get other people to help raise the
6    money.
7                So this is what we do.  We've got a handful of
8    stable investments.  But every now and then you come
9    across stuff that -- opportunities that are outside the
10   box that you may or many not want to get involved in,
11   okay?
12               And this Bank One -- this bank presentation,
13   you're going to be really excited about.  We had a small
14   -- we had about 30 people in their office about a month
15   and a half ago, and everybody wants to be a part of it.
16    So you're going to hear about that.  That will be the
17   last thing we cover.
18               And look, we're here -- this is how I make a
19   living.  This is how we make a living.  And we're trying
20   to -- everything we do -- who -- if you're not an
21   investor, raise your hand if you're skeptical.
22               Really?  If you don't have your hand up,
23   you're lying.
24               You should be skeptical.  How about this?  Who
25   is an investor that was skeptical?  Ah -- okay.

9

```
1              So, yeah, we can show this photo here.  Let's
2    get my team up here, okay?  Okay (inaudible).
3              Oh, by the way, we're going to hand out these
4    forms here.  We want you to fill out the forms.
5    (Inaudible) the meeting -- what you like and what you
6    don't like.  We're going to want you to book an
7    appointment, by the way.
8              If you want to come see us, we will not chase
9    you.  Call us.  We won't chase you.  But if you want to
10   come in -- it's impossible to pull up 200 (inaudible)
11   tonight, we want you fill these out.  We want you to
12   tell us the time and the date you can come in.
13        `    And as soon -- as if there's a conflict,
14   you'll sit with one of our team members -- and if
15   there's a conflict, then we're going to reschedule, all
16   right?
17             So I just want you to (inaudible).  All right,
18   let's -- let's start with (inaudible) Dana is the
19   gatekeeper.  Dana does the tough -- she -- her job is to
20   make sure her candidate, that you only get into her
21   office if you're serious about (inaudible).
22             Right?  That's the word.  We're not interested
23   -- we're interested in people that want to take action,
24   and her job is to make sure that we don't get browsers,
25   okay?  That's it.  We want people not to -- do you
```

1   agree?  Was there any pressure on anybody to invest?

2          No pressure.  But in fairness to us, we want

3   people that are serious that have game and want to

4   invest.  We won't pressure you.

5          That's Dana's job.  She's pretty much the

6   first impression that everybody looks into her office.

7          Where's Perry?  Perry Nadel (ph).  I married

8   this man's daughter.  And it reminds me like every week

9   that, you know, I got the better end of the deal.  And i

10  did.

11         So my father-in-law Perry, obviously retired,

12  but I pulled him out of retirement to -- he ran a

13  business with 130 employees, $50 million of revenues

14  back in the late '90s, early 2000s.  He's got a ton of

15  wisdom that he's helping me expand.  So Perry Nadel.

16         Anita.  Where's Anita?  Anita is --

17  (inaudible) Anita is when you come into our office,

18  Anita and Joanie sit at the desk, we have a mountain of

19  paperwork that is involved in what we do.  And Anita

20  keeps it all straight.

21         Joanie I'll introduce in a second, but Anita

22  is -- Anita is -- I sat next to -- Anita sat next to me

23  during my senior prom.  Right?  She kept rubbing my leg

24  (inaudible).

25         Actually, here's a plug, you guys know Gino's

1 | Restaurant in (inaudible)?  That's Anita's restaurant.
2 | Anita's family owns that.  It's best Italian food in the
3 | area.  Go patronize Gino's Restaurant and tell them
4 | Anita sent you.  They won't give you any discounts.  I
5 | wish they would.  It's a great spot.  It's one of those
6 | BYOB places where you eat and you got lunch the next day
7 | and the next three days.

8 | Jody -- Jody Markey -- there's Jody.  Jody and
9 | Anita are like, fused at the hip (inaudible).  What does
10 | Jody do?  Everything.

11 | Like anything we want to get done -- the other
12 | day my cabinets in my office kept opening, you know, so
13 | it had like a little metal sticker that, like, that you
14 | put in the cabinet and it connects it.  They weren't
15 | sticking.

16 | Jody went to Home Depot and fixed them.  You
17 | know, Jody does whatever -- I don't know how to work a
18 | hammer.  But Jody -- now, she's integral -- she's
19 | important -- integral -- help with that word, integral?
20 | Integral?  She's really fabulous.  That's it.  She's
21 | important.

22 | Again, she's at the front desk with Anita, and
23 | they're touching every piece of paperwork that comes in,
24 | a very organized individual.

25 | Michelle and Karen.  Where are they?  Okay,

1 | Michelle Karen are -- we have two CPAs, right?  Every
2 | dollar that comes through here, these ladies make sure
3 | is in the right spot and (inaudible) and they're the
4 | ones obviously helping with the check distributions.
5 |         So our job is to leave them alone was much as
6 | we can.  But they're fantastic, okay?  I can't -- maybe
7 | you don't speak to them, but they are the guts of our
8 | operation here.  And Michelle has been with me for how
9 | long -- three?  Three years?
10 |         MICHELLE:  Five years.
11 |         MR. VAGNOZZI:  Has it been five years?  I'm
12 | not -- it's been three years -- it's five years.  It
13 | seems like yesterday.
14 |         Anyway, Karen just joined us how long ago now,
15 | two months?  How are we going so far?  Okay, you're
16 | doing a very good job.
17 |         All right, thank you.  Dominic.  Where's
18 | Dominic.  Dominic, what's your major, Dominic?
19 |         DOMINIC:  Chemical engineering.
20 |         MR. VAGNOZZI:  Chemical engineering.  We have
21 | a chemical engineer working for us.  What do you think?
22 |  You glad -- Dominic joined us how long ago?  So my
23 | daughter played soccer at St. Joe's with his girlfriend.
24 |  That's how I met him.
25 |         He was looking for a job.  We sat down,

13

```
 1  talked.  This kind is great, okay?  So he's new.  He's
 2  like a sponge soaking up everything.
 3          But he's going to be superstar for us.  He's
 4  brining in his friends and family.  He's doing really
 5  well.
 6          John.  Where's John?  John Dorr is one of our
 7  advisors, so there's a good chance when you come in,
 8  you're going to see John.  So if you're not a current
 9  investor, John will be one of the guys you're speaking
10  with.
11          Andy -- actually, (inaudible) John, you were a
12  client of mine 10 years ago (inaudible) we've known each
13  other a long time.
14          John is getting -- just got married, right?
15  Congratulations, John.
16          Andy?  Where's Andy?  Andy Zoff -- he's
17  another one of our advisors.  Good chance many of you
18  will be working with Andy.
19          Andy is another client.  Andy was a client
20  before.  I got to tell you Andy was a client and
21  investor before he started working with me.  Basically,
22  he came and talked to me.  He said, you know, I love
23  this stuff, what can I do -- to join your firm
24  (inaudible).  Andy, you tell me how long you've been
25  working -- five years -- (inaudible) fantastic.
```

```
 1              Where's Jason?  Jason.  Who has worked with
 2   Jason?  Jason like, has -- like I don't know, like his
 3   office bigger than mine.  He reminds of -- he's an Ohio
 4   State fan, by the way.
 5              So he tells us -- he reminds us about the Penn
 6   State -- anyway.  So if you're a Penn State alumni, we
 7   will not put you with Jason.  Jason -- Jason, how long
 8   were you working basically on Wall Street before you
 9   joined?  Twenty-five years -- you're with us now two
10   years -- night and day.
11              And how much better is what we're doing than
12   what you were doing?
13              JASON:  A lot better.
14              MR. VAGNOZZI:  A lot better.  Okay.  Jason is
15   fantastic.  Okay, many you work with him -- a good
16   chance some of you will sit with Jason.
17              Mike Tarry -- where's Mike?  Mike -- Mike --
18   I've known Mike -- Mike is the longest partner of mine.
19    I met Mike in 2006.
20              One of those little rinky-dink seminars I did
21   at Ruth Chris, he shows up.  And I knew this guy wasn't
22   (inaudible) who are you?
23              He's like I was referred to you by such and
24   such, and I'm not leaving until you hire me.  I was
25   like, okay -- that's pretty much how it went, right?
```

1  Great guy.

2          Who else?  Alec.  My son Alec -- all right?

3  So Alec graduated Penn State.  Him and Jason don't get

4  along well.  He went to work for JPMorgan for a year,

5  and I basically told him to come work with me.  And he's

6  with me now six months, and he's going to obviously be a

7  huge part for all my business.  So he's doing a

8  fantastic job.

9          And last but not least (inaudible) Shannon is

10  -- Shannon, I could quickly, somebody heard this -- so

11  three years ago -- three years ago -- again, my daughter

12  played soccer at St. Joe's, and she just finished her

13  last game (inaudible) she played in Italy a couple years

14  ago.  St. Joe's played in Italy, and Shannon played for

15  St. Joe's a couple years ago.

16          And as a courtesy they let the former players

17  come play with the current players.  So she gets on the

18  bus, and like -- everybody is like, looking at her --

19  like who is this.  I made it a mission to talk to her

20  the rest of the four days.  And she was looking for a

21  job.

22          And what's your major?  Psychology.  This --

23          (End of video.)

24                    * * * * *

25

16

1    Video File: MOVI0007.mp4

2         MR. VAGNOZZI: (Inaudible) and she is aces.

3    They're all aces. Everybody here -- we really -- do we

4    have a cool team?

5         MALE PARTICIPANT: Yes.

6         MR. VAGNOZZI: We have a family-oriented

7    business. Everybody gets along. And I -- I cannot be

8    any more proud to say that this is my team.

9         And if you haven't met them, talk to them,

10   whatever, I just -- I do all the talking, but I am

11   nothing without this group of people. So thank you.

12         Okay, why do you need a better financial

13   planner? Market is in its 11th year of growth, okay?

14   Everybody -- how is this for going out on a ledge --

15   everybody wants to get money out of the market, yes or

16   no?

17         Everybody. But wait, Dean, the market is

18   killing it. The better it does, the more people want to

19   get money out, yes or no? The market is in its 11th

20   year of growth. Again, I'm not (inaudible) that you

21   hear on the radio, like -- I'm not saying the market is

22   going to crash. I'm not saying you're going to lose all

23   your money. I'm not saying you should be out of the

24   market.

25         But with the piece of the portfolio that you

17

1    want to get out, what's the dilemma?  The dilemma is

2    where do you put it that it still gets good returns and

3    be protected from the volatility.

4              That's the million dollar question.  We think

5    we've got four outstanding offers for that.  You have --

6    again, you've got volatility of market, mutual funds,

7    annuities, who -- again, I'm licensed to sell annuities.

8     And I would love for every one of you to come in and

9    buy an annuity from me.

10             You know why?  Because I'll make a big

11   commission.  It will never lose money, right?  It's not

12   right (inaudible).

13             If you are okay with 2 percent to 4 percent

14   returns over a 10-year period, get an annuity.  Okay?

15   Anybody -- an annuity is safe, but you'll be lucky 10

16   years from now if you're up more than (inaudible).

17             Annuities are interest rate sensitive.

18   They're interest rate sensitive.  Where are interest

19   rates today?

20             Because interest rates are so low, the caps on

21   these index annuities, the caps limit your upside.

22   Again, I'll spend time with you in the office showing

23   you why -- again, if you've got enough money to put into

24   an annuity, and you're okay 4 percent, get one.

25             Most -- who wants more than 4 percent?

1          MALE PARTICIPANT:  Everybody.

2          MR. VAGNOZZI:  Everybody.  Again, I'm not

3    trying -- I'm not trying to (inaudible) if you got

4    enough money for a piece of your portfolio to buy an

5    annuity, but most people want more than that.

6          And that's where we're going to deliver for

7    you, okay?  We have stock market alternative investments

8    that are secure, insulated from the models on like, Wall

9    Street and that are proven -- not guaranteed -- proven

10   track record (inaudible).

11         All right?  Did I say we're guaranteed?  You

12   know people come in (inaudible) you guaranteed.  No, I

13   didn't guarantee anything.  There's risk (inaudible)

14   pros and cons when you come in.

15         But we've got some solid investments that are

16   going to be the cure to your -- for your need to get

17   into the market.

18         I just want to spend -- so you understand what

19   we're doing, how this kind of evolved, I'm going to tell

20   a quick story (inaudible) so I'll go back.

21         How did I -- how does the business evolve

22   (inaudible)?  It was 2001, 2002.  What was happening

23   (inaudible) up here -- and by the way, for those of you

24   who have heard this kind of story 10 times, I apologize.

25    I'm kind of speaking to the people who are meeting us

19

1 | for the first time today.

2 |            2001, 2002, my kids were four or five years
3 | old.  They were young.  What was happening?  The stock
4 | market was getting beat up in 2000 (inaudible) what was
5 | also happening, simultaneously, the real estate market
6 | was going up, right?

7 |            The market was going down, real estate was
8 | going up.  My kids were young.  I was in the software
9 | business.  I worked for SAP America.  I wanted to get a
10 | piece of the real estate profits.

11 |            I had a ton of energy.  I had no money that
12 | was accessible to me, except in the cash value of my
13 | life insurance, which is a whole other subject.

14 |            We sell a ton of life insurance by the way.
15 | It's the most misunderstood financial vehicle in the
16 | world, but it's liquid.  The key to the cash value on
17 | our life insurance was liquid.

18 |            And I took the money out of my policy and I
19 | started using it to buy real estate.  Okay, so I started
20 | doing the single-family homes.  These fix and flip
21 | properties.  I was making 10, 20 grand.  I had 15 rental
22 | -- I had 15 rental units.  I bought 15 (inaudible) and I
23 | built these homes.  I made $600,00 -- $700,000 over an
24 | eight-year period in the real estate market, okay?

25 |            Single-family real estate (inaudible) however

1  in 2005 (inaudible) I got introduced to a couple guys

2  that had access to a 110 acres off Route 100 in

3  (inaudible).  Everybody familiar with that area?  Off

4  122 (inaudible) -- guess what they were doing?

5           They were trying to find somebody to invest a

6  million dollars -- they were looking for one person to

7  invest a million dollars to fund the development of the

8  shopping center.

9           And guess how many people wanted to write a

10  million dollar check?  Nobody.  But I looked at this.  I

11  had some success with real estate, and I'm like, I can

12  put people together.

13           Because I went to all my -- I'd made a career

14  change.  I was now selling life insurance for a living,

15  and I went through all my life insurance clients, and I

16  put them in a room, let these guys talk about the pros

17  and cons of this real estate property (inaudible) it's

18  called Upland Square.  Who has heard of it?

19           Upland Square -- 680,000 square feet of

20  shopping center.  I raised a million bucks with 30

21  different individuals -- one person put in 50, another

22  person put in 80, another person put in 20.  We formed a

23  corporation.  We worked with a law firm (inaudible) --

24  we raised a million bucks amongst 30 people.

25           We gave these developers the money.  Three

```
 1    years later they sold the property for 22 million, and
 2    our investors their million turned into 4.5 million --
 3    okay.  Yeah.
 4         So -- so what do you think I did?  That's the
 5    profit.  Upland Square -- you drive by it.  If we don't
 6    raise the money, it's a big piece of land with a
 7    (inaudible) on it right now.
 8         There's when a light bulb went off for me.
 9    I'm like, wait a minute, I think we can make good money
10    in single-family homes.  You can make really big money
11    pooling money with other people, right?
12         That's what launched my business.  So although
13    we do some -- we have a real estate investment, which
14    we're not going to talk about tonight, because we'll be
15    here all night, but that's when I started pooling money
16    to people, right?
17         Because hey, can you afford this property by
18    yourself?
19              FEMALE PARTICIPANT:  No.
20              MR. VAGNOZZI:  Right?  Almost -- but you can't
21    afford it.  This costs -- it costs 22 million.  You
22    can't afford it.  But you can if I take 30,000 from you
23    and 100,000 from Phil, right?  And 200,000 from that guy
24    and 75,000 from that -- now we can pool the money, and
25    now we can get the investment, right?
```

22

1        Isn't that a simple concept?  The bottom line
2   is this.  There are a ton of really cool investments out
3   there that you can't afford by yourself, and they're
4   cash intensive, get it?

5        It's that simple.  All we do is have a better
6   financial plan because we have identified before what we
7   feel are secure places to put your money that have a
8   proven track record that are cash intensive.  It's
9   simple.

10       We take all your money, pool it together, and
11  work Eckert-Seams in Philadelphia, one of the largest
12  law firms in Philly, we put -- we form what's called
13  private placements.

14       These are securities that -- they comply with
15  all state and federal securities laws, and we raise your
16  money.  And my team (inaudible) manages the money, puts
17  it to use in the investments, and the returns again come
18  to us, and we distribute them to you.  Okay?

19       Is that simple enough?  That's all we're
20  doing.  Now why isn't everybody doing this?  This is
21  very important.  Why isn't everybody doing this if this
22  such a great idea?

23       So -- here's why.  So let's say -- (inaudible)
24  let's just stick with Joe Blow is at Merrill Lynch.  You
25  want to be a financial planner.  Let's go become a

1    financial planner.

2            The thing with financial planning, you're

3    going to go -- what does everybody own?  Everybody here

4    owns a mutual fund.  Yes or no?  Name me (inaudible)

5    doesn't it make sense if you're going to get into

6    financial planning to get the securities license needed

7    to sell -- are you (inaudible) -- yes, help me.  Yes?

8    I'm paying the bill for dinner tonight, yes?  There you

9    go.

10           (Inaudible) I'm speaking to the skeptics here,

11   all the new people.  So when you go sign up with Merrill

12   Lynch, you're going to sign a piece of paper -- you pass

13   all these exams, and you sign up with Merrill Lynch.

14           And it all kind of basically says, thank you

15   for joining our firm.  You can sell stocks, bonds, and

16   mutual funds.  That's it.

17           None of this out of the box stuff.  Okay?  So

18   what I'm doing is legal, but most financial advisors

19   don't have a set of you-know-what's to drop that license

20   so they can do what I'm doing.  Okay?

21           Jason did it.  Jason did it (inaudible) most

22   people what happens when you get -- (inaudible) they

23   have to leave the securities firm with and also leave

24   the recurring revenue they get in there.

25           Wait a minute, I've got 100 million in

24

1   management, that pays me, you know, 250,000 a year.  I'm
2   not leaving that.

3          That's why nobody else does this.  We don't
4   have a securities license.  I can sell you a mutual fund
5   (inaudible) you want to get some great returns
6   (inaudible) won't go up and down with Korean wars, won't
7   go up and down with whatever.

8          This stuff is insulated from the market's
9   volatility.  That's it.  We pool money so you can get
10  involved in investments that you can't afford.

11         And candidly, you're going to hear from the
12  (inaudible) you want 250 investors walking into your
13  office?

14         MALE PARTICIPANT:  (Inaudible.)

15         MR. VAGNOZZI:  The point is -- the point is we
16  deal with (inaudible) and we write them one check.  We
17  write them a $5 million check every two weeks.  Does
18  that make sense?  Help me.  Okay.

19         Let's eat dinner.  So here's what we're going
20  to do (inaudible).  What I'm going to do is -- are we
21  going to do this -- how are we doing this in (inaudible)
22  I'm going to leave it up to the staff here.  I want you
23  to listen -- hold on -- before you get up.  I want you
24  to grab something to eat.  Sit down.  I could care less
25  about your (inaudible).  I want you to hurry up and sit

25

1  down and eat.

2           I'm going to give you like, four minutes

3  without me talking.  Enjoy -- I'll give you 10, 15

4  minutes.  Eat dinner.  But as you're kind of 15 minutes

5  into dinner, I'm going to get up and start talking,

6  okay?  I'm going to talk about (inaudible) we're going

7  to hand out a million bucks (inaudible).

8           So I'll be back up (inaudible) I'm so thrilled

9  that you're here.  Thank you, thank you.

10           (Conversation inaudible.)

11           (End of video.)

12                    * * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1  Video File:  MOVI0008.mp4

2                (Conversation inaudible.)

3             MR. VAGNOZZI:  So (inaudible) is the world's

4  largest purchaser of other people's life insurance

5  policies.  Conveniently for us they're in (inaudible),

6  Pennsylvania.

7             Okay, now this is not (inaudible) but this is

8  a few years old, and this is shown on CNN, nationally

9  televised, five minutes before Trump accepts his

10  nomination, if you are sitting home that day watching

11  cable TV, this commercial is run every day of the week

12  all across the country, okay?

13             This commercial generates about 1,000 phone

14  calls a week (inaudible) elderly people that have these

15  life insurance policies and can't afford them, or just

16  want the money today, okay?

17             I'm going to -- I'm going to go do this

18  quickly.  I will answer all your questions, of course,

19  in the office about how this works.  But you get the

20  idea.

21             The coverage you get from these policies

22  (inaudible) my point is we have the biggest company in

23  the world right here in our back yard that buys these

24  policies, and they turn around and they sell them to us.

25             I want to make another kind of credibility

1    statement here.  This is Children's Hospital website,

2    and I want to make a point here.  Right next to Franklin

3    Field is the (inaudible) screenshot of Children's

4    Hospital website.

5           Alan Berger is the CEO of Coventry.  Five

6    years ago he donated 50 million to build the

7    (inaudible).  What's the moral of that story?  How much

8    money do you have to be making to donate 50 million?

9           MALE PARTICIPANT:  A lot.

10          MR. VAGNOZZI:  Alan Berger is a 72-year-old

11   guy that all he's done the past 30 years is just buy

12   other people's life insurance policies, and when they

13   pass away, he gets the death benefit.

14          No (inaudible) volatility.  No up and down

15   stock market.  It's pretty much recession proof.  You

16   guys hear my commercials.  Some of my commercials say,

17   we have an investment with a fixed future payout.  Guess

18   where I'm going with that.

19          MALE PARTICIPANT:  Excuse me.

20          MALE PARTICIPANT:  Sure.

21          MR. VAGNOZZI:  Doesn't change value every day

22   like the stock market, right?  Understand that.  That's

23   all I've said.  I can't explain what it is on the TV

24   commercial.  Nobody would come in.

25          Hi, come in.  I want to talk to you about

28

1   making money when people die (inaudible).

2          Okay, so how does it work?  I'm going to zip

3   through this quickly, then I'm going to show you three -

4   - our last three maturities.

5          This is a few years old, but you get the idea.

6    Mary (inaudible) 87-year-old woman.  We bought her

7   policy (inaudible) $837,000 death benefit.  We paid

8   $307,00 for the policy.

9          She had a 50-month life expectancy before the

10  policy was purchased -- would I ever buy your house

11  without what?  What would I get done before I buy your

12  house?  An appraisal.

13         This is, in essence, an appraisal on

14  somebody's life.  We talk about death here, and I don't

15  mean to make light of it, but this is a business

16  transaction, okay?

17         These people are getting top dollar for the

18  policy, and their kids sign off on it conceding that

19  it's good for mom and dad, okay?

20         (Inaudible) she was giving a 50-month life

21  expectancy -- 50 month means if we bought a 100 of these

22  policies, at 50 months, 50 percent of the people will

23  have passed away by the first 50 months.

24         The second 50 months is when the second half

25  pass away, get it?  Okay.

1          If she passed away in the 50th month -- this

2     is before I bought it -- if she passed away in the 50th

3     month, factoring in the upfront costs and the monthly

4     premiums, because we still have to pay for these, it's a

5     14 percent compounded (inaudible) okay.

6          So we go ahead and we bought the policy.

7     There's a company out there by the name of 21st

8     Services. They're in Minneapolis. They underwrite

9     these policies.

10         They look at the medical records, family

11    history, you know, what illnesses they have today.

12    They're not looking at life expectancy like oh, the

13    average man lives to 75 -- no, they're looking at that

14    person's medical background to come up with a scary,

15    accurate life expectancy.

16         She had a -- she had a 50-month life

17    expectancy, right? This is like (inaudible) all I care

18    is about what the life expectancy says. This is not

19    designed (inaudible) called the medical information that

20    they provide to us.

21         Bottom line, we go ahead and buy this policy.

22     There's the graph to the expected number of people that

23    pass away each year over the next 100 months -- again,

24    50 percent of them pass away in the first 50 months in

25    this situation.

1    The whole investment is boiled down into a

2    graph like this.  Look at this -- what's the upside of

3    the stock market -- 20, 30, 40 percent?

4    What's the downside of the stock market? Minus

5    10, 20, 30 percent?  If these actuaries are right it's a

6    14 percent compounded return.

7    If she passed away sooner than expected, the

8    return is what -- higher or lower?  Higher.  We look at

9    this -- if this woman double life expectancy, it's

10   basically a break-even.

11   If she gets to the 50 -- forgive me

12   (inaudible) -- if she gets to the 100 months, it's  a

13   .51 percent rate -- it's basically a wash.  How do you

14   lose money on this?  If this person doubles life

15   expectancy plus a year, you're going to lose .67

16   percent.

17   This person basically lives two years past

18   life expectancy, you're losing 1.6 percent.  Can you all

19   survive a 1.6 percent loss?  Right?

20   It's the negative 10s and 20s we're trying to

21   avoid.   We go ahead (inaudible) this policy -- and

22   again, this is change in ownership form from John

23   Hancock.   The circled section says we took over

24   ownership of it on October the 18th, 2013.

25   Here's her -- here's her obituary (inaudible)

1    we generally know when someone passes away two days

2    after they pass away, okay? (Inaudible) I said, Cousin

3    Vinny.

4          Come on. Anyway, there we go. (Inaudible)

5    anyway, here's the check (inaudible) that check gets

6    distributed to you, the investor, which is what we're

7    about to do.

8          So what happens is look average -- so finally,

9    she died in the 33rd month of a 50-month life

10    expectancy. So the rate of the return for her is 26

11    percent (inaudible).

12          You already know 90 percent of what you need

13    to know in this investment. Here's the thing, this

14    policy costs us 300,000. Who can write a $300,000

15    check? Maybe you can. But do you want one of these or

16    do you want 20 of these?

17          Here's why nobody invests -- here's why none

18    of your friends have this. Dean, it's so good. Why

19    doesn't everybody (inaudible)?

20          Here's why. Because you can't afford it. The

21    average policy costs us about 500,000. And you want to

22    have 10, correct?

23          Help me. Why do you want more than one? If

24    you buy one that will be the guy that (inaudible) and

25    lives to 110. If we buy 10 what's a reasonable person

1     going to expect if we buy 10 policies on 10 83-year-

2     olds.  What's going to happen (inaudible)?  It's going

3     to average out.

4              So we want 10.  Well, if the average one costs

5     500,000, and we want 10, we need 5 million.  Who here

6     has got 5 million.

7              Maybe you do, but let's say you do have 5

8     million.  Would you put all of your money into one

9     investment?  No.

10             So you really need 20 million.  And I think

11    there's a couple here that do have that.  But most

12    people don't have 20 million to go take the 5 million to

13    put their own portfolio together.  Get it?

14             That's why nobody has this.  But all of you

15    together, we can go buy a ton of these.  That's the

16    beauty of what we do.

17             So we have a fund.  We have a fund.  Now this

18    is a fund.  This is a real, live fund that we shut down

19    six months ago, which 100 of you were in.

20             We bought -- forgive me, you got to stand up,

21    stand up.  We have -- this fund -- we have 22 policies.

22     These are the names of the individuals.  The life

23    expectancy is in months.  The average life expectancy is

24    31 months.

25             What's the average cost of the policy?

1    528,000 -- see my point?  Who can afford it.  So we

2    bought -- we paid 11 million to get 21 million in death

3    benefit.

4         If everybody passed away at life expectancy,

5    which they won't -- but if they did, that's the green

6    column -- 14.89 percent compounded rate of return.  How

7    does that sound?

8         Here's what's awesome about this -- let me put

9    this in perspective.  You can buy -- this guy knows it

10    more than everybody here -- if you -- you told me a

11    bunch of stuff, if you could buy 100 grand of Apple

12    stock and be guaranteed to buy -- (inaudible) buy 100

13    grand of Apple stock, and be guaranteed that it will

14    turn into 160 grand in a four-, five-, six-year period,

15    who would do that?  Would you put that money into it?

16    Would you put some?  Of course you would.

17         Guess what.  That opportunity doesn't exist.

18    If you could buy a single family home (inaudible) for

19    100 grand and could be certain you could sell it for 170

20    grand in a five=, six-, seven-year period, would you do

21    that?  Of course you would.

22         That doesn't exist either.  But that is

23    exactly what this is.  We know what we're paying.  We

24    know what we're getting.

25         But what don't we know?  Exactly when.  So my

34

1  job -- when you come in is not to put all your money

2  into an investment that you don't know it's going to pay

3  out.  That's my job, okay?

4       You want money today, we're going to get to

5  the (inaudible) blow your hair back.  How awesome that

6  is.  But this is an investment that you got to be able

7  to forget about for 20 years.

8       And some of you in this room, you know who I'm

9  talking about, I already talked to you today -- like

10  asking you, when is somebody going to die?

11       So this is -- so this fund -- this fund shut

12  down, meaning we stopped taking investors for this fund.

13   Where did he go?  (Inaudible) where did he go -- so

14  this fund, we had 22 policies.  We shut this down in

15  February.

16       And by the way, we have a big binder.

17  Everybody gets a binder from all the policies, all the

18  information, proof of ownership.  Right, guys?  You guys

19  got those binders.

20       We've had three people pass away in basically

21  in the first seven, eight months.  Let me show you

22  (inaudible) on the first one -- okay, again, I know this

23  is tough to see, but the point is the first guy -- for

24  those people upfront, last name was Blanco -- can you

25  see the date?  What's the date?  Ron, what's the date up

35

1 | there?  December 21, 2018.

2 | This is Protective Life sending us a piece of

3 | paper saying we now own this policy effective December

4 | 21, 2918.  Guess what.  This guy had a 27-month life

5 | expectancy.

6 | Here's the check on July 3rd, he passed away.

7 |  He passed away eight months into a 20-some month life

8 | expectancy.  So we paid 1.6 for the policy.  We got

9 | 253,000 back.  You see it.  There's the calculator.

10 | It's a 107 percent compounded return with no market

11 | volatility -- 107 percent return.

12 | The next person who passed away -- let's go --

13 | was last name of Newman.  We bought this policy --

14 | again, let me say this again, I don't mean to make light

15 | of making money when people pass away, okay?

16 | I mean that.  I mean that.  I'll now say it

17 | again.  These people got top dollar.  And most of these

18 | people are about to get nothing.  Their policy is about

19 | to lapse.  If it lapses, what do they get?

20 | MALE PARTICIPANT:  Zero.

21 | MR. VAGNOZZI:  One of these.  They get

22 | nothing.  We're giving them hundreds of thousands of

23 | dollars.  They're happy with it.  They know that when

24 | they pass away, you get the money.  But they don't care.

25 |  They're dead.  They don't care.

36

1           November 3rd, we buy this policy.  Here's the

2    check.  June 20th -- basically eight months later, we

3    paid 90,000 for this policy -- 90,000 turned to 125,000.

4     Here's the calculator -- 63 percent rate of return.

5    How does that sound?  Pretty good.

6           Here's the one that we're about to pay up.

7    Okay, bought this policy -- can you see this okay --

8    August 31, 2018.  It says it -- by the way, see the

9    name?  There's the guy's last name -- Tolbert.  It says

10   ownership is now the AVFD (inaudible) Multi-strategy

11   Investment Fund.  That's us.  That's proof that we own

12   it, took ownership last August.

13          There's the check.  I forgot (inaudible) a

14   million dollar payout.  One -- we got a million dollars.

15    There's $107 in interest payments.  The point is it is

16   a 100 (inaudible).

17          We paid -- this individual was 95 years old,

18   and the policy was costing them 13,000 a month.  The

19   family couldn't afford it.  They were trying to hang

20   onto it.  They were about to get what?

21               MALE PARTICIPANT:  Nothing.

22               MR. VAGNOZZI:  Nothing.

23               (End of video.)

24                         * * * * *

25

1    Video File:   MOVI009.mp4

2            MR. VAGNOZZI:   We gave them 300,000.   Did they

3    -- are they mad at me?   They're likely sending Christmas

4    cards.   Thank you.

5            So 300,000.   We paid 13,000 long for the next

6    -- using your money.   Paid that premium.   Again, up to

7    100 percent return.   This (inaudible) were added 90

8    percent compounded (inaudible).

9            Now, listen, this -- it's not going to stay

10   that high.   As people live longer, we will get to --

11   that rate of return obviously is going to go way down.

12           But with these three early maturities, we're

13   almost guaranteed to be in double digits for this month.

14    If you get one fund and make 100 percent return, and

15   another you make negative 10, what's your average?

16   Forty-five percent -- is 45 percent good?

17           Okay, that is (inaudible).   And they're happy

18   to talk about it.   Well, let's hand out a million bucks,

19   how is that?

20           What I'm going to do -- so I'm want to get a

21   picture with everybody in the corner.   If you want to

22   bring your spouses up -- I'm not going to read off --

23   let me just round off some numbers.

24           So we've got -- in this stack, we've got

25   $37,000 checks, $18,000 checks, 12,000, 16,000 --

38

1   12,000; 12,000; 13,000; 16,00; 22,000.  You get the

2   idea?  How cool is that?

3        So I made the mistake a couple years ago.  I

4   was (inaudible) so look come on over, hear your name,

5   and I want to get a picture of you.  If you want to

6   bring your spouse, the more, the merrier.

7        This check (inaudible) it's an envelope, then

8   you can cash this check.  If it's in a -- it's a

9   photocopy, then that means you use your IRA (inaudible)

10  use IRA money.

11       All this -- everything we do, you can use your

12  IRA to invest.  So we use a self-directed IRA

13  (inaudible) no penalties.

14       It goes -- this check is being mailed to

15  people already into their IRA account.  It's already

16  sitting there, but we want you to see the photocopy.

17  How is that?

18       Who we got here first?  (Inaudible) nobody can

19  ask me more questions than this guy did (inaudible) the

20  money.  Here take this.  Here we're all ready.  Come on

21  over here (inaudible) sorry, too much information there.

22       Fred (inaudible) -- Fred, come on up

23  (inaudible) --

24            (End of video.)

25                 * * * * *

39

```
 1    Video File:  MOVI0010.mp4
 2              MR. VAGNOZZI:  (Inaudible) I apologize.
 3    Joseph Cabrioni, okay.  Bruce and Jen Carter (inaudible)
 4    come up here.  Bruce and Jen Carter.
 5              Take this.  We got one or two.  You have one.
 6     You have one.  Is that good?  What are you looking at?
 7     Like, you don't believe it?
 8              MALE PARTICIPANT:  (Inaudible.)
 9              MR. VAGNOZZI:  It's there.  It's real
10    (inaudible).  Linda DeMartino.  Lisa Ducks.  Neil
11    Fisher.  Robin Fisher.  Richard Fiorino.  Where is he
12    at?  I haven't seen Richard.  Ricard Fiorino?
13              MALE PARTICIPANT:  I'll take his.
14              MR. VAGNOZZI:  You got to be present to win.
15    I'm giving this to Richard.  John Gallagher.  Joseph
16    Gaspe.  Okay, this is one of those --
17              MALE PARTICIPANT:  I asked more questions that
18    he did.
19              MR. VAGNOZZI:  Yes, you did.  Ann -- what is
20    it -- Garrett?  Did I pronounce that wrong?
21              FEMALE PARTICIPANT:  (Inaudible.)
22              MR. VAGNOZZI:  Okay, I'm sorry.
23              FEMALE PARTICIPANT:  That's okay.
24              MR. VAGNOZZI:  I'm Vagnozzi.  You know
25    how many people called me Vagnozzi my whole life.  Let's
```

40

1  see.  Robert Glenn.  Dennis Brody.  Where is he at?

2  Where's Dennis (inaudible)?

3      Tom McCann (inaudible).  Joseph Major.  By the

4  way -- Joseph -- Joe has done a testimonial for me on

5  the radio (inaudible) you guys have heard his voice.

6      Jateen -- where's Jateen?  Nina -- Jateen

7  (inaudible).  Karen Myers.  Bob Palmer.  Here you go.

8  Bob Palmer has two.  Don Reed.  David Ritter.  Kevin

9  Roller.  Dave Scobin is my boy from KYW News Radio.

10  There you go, Dave.  KYW -- (inaudible).  Three things

11  to know.

12      Eric Soaring.  Eric.  Al Tucker.  Oh, and our

13  own Shannon Westhead is an investor.  Where is she at?

14  Dennis, are you becoming a believer or what, brother?

15  Mark Griffin.  That's -- that's everybody.  All right,

16  let's get a picture.  Let's all scrunch in.  Come on,

17  (inaudible).  I get a check too.

18      You know how many people (inaudible) you know

19  how many people are (inaudible) I want to be in your

20  next check (inaudible).  Did I miss anybody?

21  (Inaudible) we'll get you a check.  We have the check --

22  Michelle, we have one person who said they need a check.

23   Yeah, she's getting a check.  Come on (inaudible).

24  It's all good.

25          (Conversation inaudible.)

41

1       MR. VAGNOZZI: Now hold your checks up. Hold
2    them up. That's it. That's it. Good. All right.
3    Let's go. Thank you, everybody.
4           Jason. Okay, you get it? All right, let's
5    keep going. All right. By the way, (inaudible) --
6           (Conversation inaudible.)
7           MR. VAGNOZZI: I just want to show one more
8    thing. Excuse me. Stay with me here (inaudible).
9           So for those of you who have -- maybe have a
10   little bit of like, (inaudible) I don't know -- are we
11   taking advantage of elderly people?
12          This is a real-life email. I want to show you
13   this. This is from an email that a client of mine about
14   six years ago -- I got a phone call from a friend of a
15   friend who lived in Houston, Texas.
16          I want to make sure everyone is here. And the
17   gentleman has a life insurance policy on his father. It
18   was $100,000. It was about to lapse. It was about to
19   hit nothing. Their dad was 91 years old. It could --
20   it was costing $800 a month.
21          He said, Dean, I hear you buy policies. Long
22   story short I gave him 22,000 for the policy. They were
23   about to get nothing, and I took over the 800 a month
24   payment. I did this personally (inaudible) it was like
25   the time I didn't have a fund over it. I bought it

1  myself.

2       Bottom line is this individual passed away
3  about four years later (inaudible) the exact date.  On
4  May 25th of last year, I got an email from the son,
5  basically saying, Dean, my father passed away at 6:40
6  this morning.  Note the time he sent the email to me.
7  What time did he send the email?  8:40 -- two hours
8  after his father passed away, he's emailing me to tell
9  me his father passed away.  Are you guys connecting the
10 dots?

11      Is this guy (inaudible)?  I did this guy a
12 favor.  He didn't need to tell me.  As a courtesy, he's
13 like -- (inaudible).  This is a win for him.  I put in
14 like, 35,000 -- bottom line I made about 40,000 on this
15 over like, three or four years.

16      Okay, I want to show you -- so now I want to
17 transition to the merchant cash, okay?  I want to show
18 this video.  Who has heard of Dan Cain -- who has heard
19 the Dan Cain commercial on the radio.  I want you to
20 meet Dan Cain.

21      So this gentleman came to my office a couple
22 weeks ago.  This was actually about two months ago.  He
23 reinvested the money.  It speaks for itself.

24      (Video plays.)

25      MR. VAGNOZZI:  All right, that's it.  So I'm

43

1   going to get into merchant cash.  I've done this -- some

2   of you have done this before (inaudible).

3           So show hands -- show hands who has money --

4   get your cameras ready -- who has money in the merchant

5   cash investment?  Show hands.  Okay, (inaudible) please

6   if you can just stand up.

7           If you've got money in merchant cash, stand

8   up.  All the non-investors look at this.  How many of

9   you -- who here -- raise your hand, who here is getting

10  double-digit returns on their money?

11          Who here is getting a check every single

12  month, right?  Who loves this investment?  Has any

13  payment ever been late?

14          FEMALE PARTICIPANT:  No.

15          MR. VAGNOZZI:  Okay, this is merchant cash,

16  and we are knocking it out of the park, and you're going

17  to meet the people we've worked with to put this

18  together.

19          How many people, by the way, have reinvested

20  and got all five -- you got all your money back

21  (inaudible) one year, right?  And who has reinvested?

22  Who has upped the investment, okay?

23          Thank you.  You can sit down.  Thank you.  I

24  didn't give you anything for the new people here -- if

25  that's not going to tell you, I don't -- I give up,

44

1    okay?

2            Let's talk about merchant cash.  Okay, so

3    (inaudible) -- so I'm going to show you a six-minute

4    video.  This video will give you an overview of the

5    investment, and then, of course, we'll get up to --

6    we've (inaudible) talk about it.

7            Again, for those of you who are investors

8    already, (inaudible) you know this inside and out, but

9    this is for the people who just come here for the first

10   time (inaudible).

11           (Video plays.)

12           (End of video.)

13                    * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

45

```
 1 | Video File: MOVI0011.mp4

 2 |            (Video plays.)

 3 |            MR. VAGNOZZI: To arrange for a mutually

 4 | agreed time to meet, just call me up.

 5 |            Okay, that's merchant cash. Who has heard of

 6 | the industry before? Of course you have, you're an

 7 | investor. Who heard of the industry before?

 8 |            Who is a small business owner? Okay, if

 9 | you're a small business owner, you have heard of this

10 | industry, correct?

11 |            Most people here are not small business

12 | owners. These companies do not call on individuals.

13 | They are calling on small business owners that need

14 | capital to -- again, expand their business.

15 |            Does anybody -- I have more money (inaudible)

16 | than I've ever had, and about 16 months ago, it took me

17 | four months to get approved for a line of credit -- a

18 | bigger line of credit on my -- my business.

19 |            Like, who has got four months? These guys

20 | give you the money in two days (inaudible) steal their

21 | thunder, I like to talk about the business a little bit.

22 |            This industry -- if you don't know it, it is

23 | huge. It is huge, and there's a ton of players in this,

24 | okay? (Inaudible) if you don't own a small business,

25 | you may have never even heard of it because they don't
```

46

1   solicit.  They don't call the small businesses

2   individually.  They call -- they call business owners.

3          So since fall of 2016, by the way, I'll give

4   you a quick story, the guys -- the owners that you'll

5   meet, they're members at the club that I belong to.  And

6   I'm golfing with these guys a couple years ago.  I'm

7   like, the peon in the club.

8          Jeffrey Laurie is a member of the golf course

9   I belong to.  I just say that to kind of -- and I like -

10  - I don't know I like trying to (inaudible) -- I'm

11  golfing -- I'm golfing with a couple of these owners a

12  few years ago, and we're golfing like, the fourth or

13  fifth whole, and I'm talking to this guy Joe -- and I'm

14  like, what do you do?  Here's my commercials.  I'm

15  telling him about Life Settlements.

16         I'm like, what do you do?  He's like, oh, you

17  know, we lend out money and long story, we loan it out

18  at like, 35 percent.

19         Who the heck borrows money at 35 percent?

20         He's like, everybody.  And that's the biggest

21  thing that people can't get their hands around, that who

22  borrows money at 35 percent.  If you're a roofer --

23  (inaudible) never finance your car at 35 percent.  You

24  would never finance your house at 35 percent.

25         But if I'm a roofer and I'm (inaudible) and I

47

1 | got a crew of three or four people and a hurricane comes
2 | through, and I got a chance to fix 30 roofs, but I need
3 | 30 grand in material to get going, do I have three
4 | months to wait for the bank to get me my 30 grand?
5 | I'll gladly get the money from these guys.
6 | I'll borrow the 30 grand.  I'll pay back 37,000 in three
7 | months, but I'm going to go make 100.
8 | Get it?  That is merchant cash, okay?  We've
9 | taken over 500 clients.  Obviously many of you here,
10 | over 110 million has come in.  Everybody gets between 10
11 | and 14 percent.  The more money you put in, the more you
12 | get.
13 | Check -- your interest comes every single
14 | month on the same day every single month -- 100 percent
15 | of your principal comes back in one year.  Nobody has
16 | missed a payment.  Nobody, okay?
17 | At the end of the year, you can -- by the way,
18 | you can do a two-year note or a three-year note.  Most
19 | new investors come in for one year, but the people who
20 | have repeated year after year sign up for the two and
21 | three-year commitment because they want to lock in that
22 | rate, okay?
23 | You invest up to 250,000, it's a 10 percent
24 | return, okay?  251,000 to 500,000 -- it's a 12 percent
25 | return.

1          Again, check every single month -- 100 percent

2     of your money comes back on your -- what would you

3     rather do buy an annuity from the other guy and get 2.5

4     percent return, your money is locked up for 12 years?

5          Or a one-year return of 12 percent -- 10

6     percent, 12 percent, your money comes back in one year -

7     - check (inaudible).

8          Five hundred grand or more -- which we have a

9     zillion of you here that have that -- you start out at

10    50, you start out at 100, you start out at 150 -- but

11    everybody puts more once they see that this works.

12          The contrast between this and Life Settlements

13    (inaudible). Life Settlements is backed by death. But

14    you need to be patient for Life Settlements.

15          This -- two months into this, you're like,

16    okay, I like this. Check every month (inaudible) ever

17    month. Right? (Inaudible) guys all see it.

18          I don't need -- I don't -- I mean, I'm

19    working. I don't need it. I have a very large amount

20    of money in this. I never get sick of seeing the money

21    coming in.

22          It's like, my dad -- the best endorsement is

23    my father is a retired police officer, 78-year-old guy

24    in Naples, Florida. Half his net worth is in this, and

25    this pays his bills every month.

```
 1              He takes my mom out to dinner, like, X amount
 2    of (inaudible) he knows how many rounds of golf he can
 3    play because of the check he receives from this.
 4              I'm not letting my dad expose to anything
 5    that's going put him in too much risk, okay, so it's the
 6    best referral I can give you.
 7              Perry -- where's Perry -- come on, Perry.
 8    Perry (inaudible) --
 9              PERRY:  He calls me up here because he's on
10    fire tonight.
11              This is like Dean Martin and Jerry Lewis.  But
12    the real purpose of me being present with this gentleman
13    is first and foremost to thank all of my friends, and
14    there are many in here looking back three years ago that
15    entrusted hard-earned money with confidence and now
16    loyalty to this man and ultimately myself and my
17    esteemed partners who you will meet shortly.
18              Show of hands in this room for the benefit of
19    the newcomers, who has seen the movie "The Patriot"?
20    It's on TBS like, every week.
21              For the newcomers because everyone here that's
22    known this guy for more than five minutes can attest,
23    that you're in company this evening, folks, with the
24    true Patriot within the financial industry.
25              The movie evolves around Mel Gibson who leads
```

50

1  the colonies in what is perceived to be unconventional

2  warfare against the British.  We didn't do things that

3  were proper or in a manual or were taught in military

4  schools in Great Britain.

5           He resorted to intuition, passion, fear, and

6  all of the above.  That's who you're dealing with,

7  folks.

8           He's fighting every day to bring you

9  provocative ideas that you're not going to get anywhere

10  else.

11          And rather than me saying it, for those that

12  have been in the room and have dealt with this gentleman

13  for five years, am I saying the truth?

14          MALE PARTICIPANT:  Yes.

15          PERRY:  All right a little louder.  Come on.

16  Three years ago, you folks -- under his leadership in

17  talking with my partner on that golf course -- gave me

18  an opportunity to meet with all of you in a room.

19          And going back to that movie, if you've

20  watched it, the -- the best line in the movie that Mel

21  Gibson instructs his child -- his young boy -- is to aim

22  small, miss small.

23          Remember that line?  Very appropriate for

24  life.

25          It's most appropriate for the newcomers as you

1  proceed to meet with Dean and his staff in the ensuing
2  weeks before the holiday.
3       They'll take you through our model.  And there
4  is, in fairness, a few moving parts.
5       Focus on one or two.  Aim small, miss small.
6  And the net of the whole sale then and now -- the 10 to
7  14 percent is very enticing, but it's only enticing if
8  you leave the meeting with him, his staff, or perhaps
9  myself, and you're convinced that our company does a
10  proficient job of taking your money and availing it to
11  small businesses that we foster growth to.
12       Make sense?  Because if we're not doing a
13  proper job of selecting the right businesses through the
14  best underwriting in the industry -- and this is what I
15  welcome you to visit our office down in Fall City --
16  many of you have been there.
17       We'll take you through and show you the
18  rigorous operational standards that have evolved six
19  years, almost seven in the making, and continue to be
20  imposed today, more vigilantly than any time in the
21  history of the company.
22       Our industry averages about 18.5 percent
23  default, meaning the money that is given to a small
24  business practitioner -- and they make a commitment to
25  pay it back, 18.5 times on average, they don't live up

1    to their commitment.

2              If enough of them don't meet the daily

3    commitment, at some point, that could impede our ability

4    to pay Dean's fund to ultimately pay you.

5              You're going to hear from the president of our

6    company in a few moments, the gentleman that does the

7    best job in multi-faceted businesses of exuding

8    operational excellence.

9              Seven years in the making, folks.  And the

10   reason why man of you continue upon the expiration of

11   your notes with Dean to have -- our default rate is less

12   than 1 percent.  It was actually higher when I met many

13   of you three years ago.

14             So things are only getting better.  Focus on

15   that because that's most important to you.

16             I'm breaking it down to the simplest common

17   denominator.  There are many attributes of why you

18   should invest with our company.  But aim small, miss

19   small.

20             And most importantly, on behalf of our company

21   and a partner that I'm proud to work with each and every

22   day who has done a great job as a true patriot and a

23   happy Thanksgiving.

24             And we couldn't have accomplished growth that

25   started three years ago in 32 million with you, with

53

1    your support, we're going to cross 450 million this

2    year.

3              (End of video.)

4                        *  *  *  *  *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

54

```
 1   Video File:  MOVI0012.mp4
 2              PERRY:  We owe it to you.  Thank you all.
 3   Thanks again.
 4              MR. VAGNOZZI:  So again, I want to -- I want
 5   to make another point.  Perry, of all these individuals,
 6   as much as we love working with them, like, you can't
 7   have them marching into your office.  That's the benefit
 8   of the fund.
 9              PERRY:  Absolutely.
10              MR. VAGNOZZI:  Again, we -- we write checks to
11   them every two weeks for 3 to 10 million.  So it's
12   easier -- see the benefit to them?  The benefit is this
13   is a -- they don't have the -- in fact, the office to
14   support so many investment (inaudible) -- but for them,
15   they just deal with us.  We deal with it.  It's that
16   simple, okay.
17              I want to introduce Joe LaForte.  Come on up,
18   Joe.  I've known Joe -- again, because Joe has been -- I
19   met him on the golf course, I referenced a few minutes
20   ago.
21              I cannot tell you that -- you want to go down
22   to their offices, they're not in some skyscraper in
23   downtown Philly.
24              They are in a very modest office on Third
25   Street -- Third and Market.  How many employees
```

55

1    downtown?

2              MR. LAFORTE:  Seventy-five.

3              MR. VAGNOZZI:  Seventy-five.  You want to go

4    down at eight o'clock at night, or 8:00 in the morning,

5    they are working their butt off, right?

6              This is the hardest working -- I'm not just

7    saying this because here's here.  I'm trying to grow my

8    business the way he grows his business -- greatest

9    compliment I can give him.

10             Your money -- if whatever you measure with

11   work ethic, him and his staff have the hardest work

12   ethic that I've ever seen come (inaudible).

13             MR. LAFORTE:  So as you can imagine, it's

14   probably going to be hard for me to match Perry's

15   opening speech.  But -- or Dean's for that matter, but

16   I'll try to do -- I'll try to be brief and let you guys

17   go.

18             I'm really moved by --

19             (End of video.)

20                       * * * * *

21

22

23

24

25

```
 1 | Video File: MOVI0013.mp4
 2 |          MR. LAFORTE: -- realize that each and every
 3 | one of you have a big chunk of money in our company.
 4 | And that really drives us.
 5 |          So every day when we go in the office, we
 6 | understand that there's real lives behind these
 7 | investments, including our own.
 8 |          As far as the company goes, that's been our
 9 | corporate culture since day one.  We really feel
10 | strongly about the fact that people are trusting us.
11 | You're putting your trust in our company.  And that's
12 | meant a lot to me since day one.
13 |          When I met Dean on the golf course, he --
14 | again, about the 35 percent -- you know, we made sure
15 | that we had a controlled growth.  And people know we had
16 | such success over the years, it's been -- it's been a
17 | big grind to make sure that your capital is safe.
18 |          We've put things in place which I'll show you
19 | again today that has helped us outdo the competition
20 | from some of the people that Dean (inaudible) PayPal and
21 | OnDeck and some of those other guys.
22 |          And you guys have allowed us the ability
23 | (inaudible) to be better than that, meaning that a lot
24 | of those companies don't truly understand small
25 | businesses.
```

1           They're algorithmic lenders who have no feel

2   the same way I'm sitting here talking to you guys, or

3   Dean has spoken to you guys, or Perry has spoken to you

4   guys in the offices.  They don't have a strong feel for

5   the small business in America.

6           And I think they're failing in the sense that

7   they're not customizing transactions for their clients.

8           Our success has been being able to innovate

9   and create products without covenants and restrictions

10   on our capital.  And you guys have helped us do that.

11           Most institutions -- as Dean pointed out -- we

12   have good institutions to get capital.  We could have

13   done it.  We could have done it several times.  We could

14   do it tomorrow.

15           We choose not to.  We choose to work with you

16   because you understand the fact that we can do what we

17   need to do, and Dean could come to us, and we could talk

18   about corporate policy in a way that's outside the scope

19   of what Dean talks about -- outside of Wall Street,

20   outside of different types of investments.

21           All right, most companies have a box.  We

22   don't have a box.  If we see something we like, we're

23   going to get involved in it.

24           If we like (inaudible) and credit programs,

25   we're going to get involved in it.  If we like

58

1 consolidation programs, we're going to do it.

2 If we don't buy trucking, or we don't like

3 certain issues, we're going to stay away from it. So

4 we're constantly moving and shaping to help grow the

5 profits.

6 And just to brag a little about the company,

7 we're probably the most profitable cash advance company

8 in the United States -- or maybe the world for that

9 matter, pound for pound.

10 OnDeck Capital -- if you guys looked at their

11 last quarter, they're $8.7 million in revenue. Our

12 revenue last quarter was over $50 million. That's

13 pretty good.

14 MR. VAGNOZZI: Hello.

15 MR. LAFORTE: And again, I'm real thankful to

16 you guys to allow me to work for you. I work for you

17 guys. Every day when I go to work at my company, the

18 people that work for me, we work for you because you've

19 given us the opportunity to be nimble -- to change and

20 transcend the business to where it is now, our business.

21 And I welcome all of you to come to the

22 office. I know Dean has mentioned (inaudible).

23 MR. VAGNOZZI: Open invitation. Any of you

24 can come down. For those, again, who have not invested

25 yet, I have like -- I have more parking tickets from

1   Philadelphia from outside of (inaudible) offices. I

2   can't figure out the parking signs. You know, which --

3   the arrow is pointing.

4         But the old city of Philadelphia is simple to

5   get to -- right down by the Liberty Bell. And it's not

6   a fancy office, but they are just grinding down there.

7         And my money -- my money I want to put it on

8   the backs of riders and guys and gals who get up in the

9   morning and go to work.

10        And they are there -- every time I go there,

11   I'm like, Joe, do you let them go home (inaudible)?

12        MR. LAFORTE: Yeah. Well, they're well

13   incentivized, and they know you're here, okay? I preach

14   that to them all the time the fact that you guys are our

15   clients. I work for you.

16        My job to our merchants, of course, is to put

17   together strong deals for them so that they pay, right?

18    So how do you -- how do you know what a merchant is

19   going to need or want unless you have a hands-on

20   approach to the advance?

21        Elon Musk and -- you know, all the rest of

22   these guys, they're not on the phone with these guys.

23   I'm on -- I'm on the phone with these guys all day.

24        And we're able to scale the business in that

25   respect. So I'm really proud of the stuff that you've

1    done, and I'm moved by you guys and how many people are

2    here today and how many guys have trusted in us.

3            And, you know, I can only give you my word

4    that I'll be in there every day thinking about each and

5    every one of you guys and the commitment that you've

6    made to my company.  And I can't thank you guys enough

7    for that (inaudible).

8            Yeah, Joe -- Joe, our CFO, is going to come up

9    and talk a little bit about broad numbers and so I can

10   give you guys a little bit of the calendar where we're

11   at now.

12           So I started the company eight years ago with

13   $500,000 of my own capital.  I wanted to see if it was -

14   - what it was like, (inaudible) I wanted to see, you

15   know, how the business would shake out and then started

16   it up with $500,000.  And here we are $434 million in

17   account receivable right now (inaudible) $603 million.

18           Obviously, people -- Dean explained

19   (inaudible) as you know, people pay back on a daily

20   basis.  And we're able to re-put that capital out to the

21   street, which makes our number (inaudible) $603 million.

22           Dealing count is about 3,500 clients right

23   now.  So think about 3,500 clients -- managing 3,500

24   clients on a daily basis.

25           That's why (inaudible) by the way.  2019,

1   average term (inaudible) -- if we gave somebody $10,000,

2   they got to pay us back $13,300 over 111 business days.

3           MR. VAGNOZZI:  I want to put that in

4   perspective, right?  So would you bring everybody -- who

5   watches "Shark Tank"?  Everybody -- it's addictive,

6   right?

7           Think about this.  You know how many people

8   want to get on "Shark Tank"?  Everybody wants to get on

9   "Shark Tank".  Everybody wants to get their business,

10  have Kevin O'Leary invest in their business.

11          And they're waiting in line to give up 50

12  percent of their company to Kevin O'Leary so he gives

13  them a (inaudible).

14          These guys are charging high interest rate,

15  but in 90 days, they're out.  What would you rather do?

16   Give up 50 percent of your company?  They're going to

17  give them -- they're going to give them money.  They're

18  going to give it quickly.  They're not just handing it

19  over to them.  They've got obviously underwriters.

20          You looking in that -- you're looking in that

21  perspective, it's a deal opener.

22          MR. LAFORTE:  Yeah, just to add to what Dean is

23  saying (inaudible) we're purchasing future receivables

24  at a discounted price.  So if somebody had a (inaudible)

25  receivables that they were waiting, to Dean's point

62

1   earlier, 45 business days, they want to sell some of

2   those -- those receivables to get liquid to do other

3   deals, so it's losses.

4           Opportunity (inaudible) to them, which will

5   supersede the amount of money that we make, and building

6   a (inaudible) partnership with a company like ours is

7   much better than giving away the stock.

8           The speed in which we could produce the

9   capital has been key.  Dean mentioned 24 hours, and we

10  got that down to about six hours.  We could fund the

11  deal with about five, six hours (inaudible) sure, sure,

12  some of these small business owners I've seen, it might

13  take months.

14          That's really our (inaudible) Joe Cole is the

15  CFO of accounting.

16          MR. COLE:  Hey, guys.  I've seen a few of you

17  in the office, and always fun to see you again.

18          I'm here to talk about the numbers.  And as

19  Joe iterated, this is built on the backbone of your

20  investments with our company.

21          Our success story rides on the fact that you

22  guys put in capital to our business, and we've been able

23  to leverage that and grow it the way we have.

24          So what we have here is just the last 12-month

25  look-back from Q4 2018, to the last completed quarter Q3

1  2019.

2        If you look, the main thing to demonstrate on

3  is the consistency you grow with our (inaudible).  We

4  started with about $300 million at the beginning of Q4

5  last year.  We're at 417 -- today we're at 434.  Our

6  year-end projection (inaudible) we're going to be about

7  $450 million in assets with the consistency of our

8  business.

9        Our revenue (inaudible) we're projecting $170

10 million of gross revenue this year, and that's a big,

11 big increase.

12       When we started first started the team, we

13 were about a third of that, and again this is on the

14 backbone of your investments with our company.

15       We're continuing to grow the health of the

16 business is increasing.  We're able to fund more deals.

17       I want to talk about our audit.  We're

18 obviously getting more mature.  We're having our

19 financial auditors (inaudible) now we're in 2018

20 financials in Q1.

21       I know a lot of you guys want to see some

22 numbers on this business.  Obviously, we have a third-

23 party accounting firm validate the results.

24 Subsequently, they will get into 2019 right after them,

25 so we'll feel very strong about our position and our

64

1 | financial health in the business.

2 | But for those that need to see that, that's
3 | what we'll have on the menu beginning of the year. And
4 | this is just -- you know, the (inaudible) from 2016.
5 | This paints a wider picture.

6 | And again, the beginning of our relationship
7 | around 2016, which is $100 million company (inaudible)
8 | in Philadelphia. We needed to leverage capital. We
9 | needed to get creditors in here, start putting money in
10 | the business, so we can take it out, have it run on the
11 | engine that Joe has built with his origination platform
12 | and continue to have more deals to our portfolio.
13 | That's really our secret sauce.

14 | And to segue into it, we are looking into that
15 | same secret sauce into a new transaction. We have an
16 | application out for a purchase of a bank in Dallas.

17 | We're looking to take that sort of hard work
18 | origination methodology and then use it into a
19 | traditional banking model.

20 | Now this isn't MCA -- this is stuff that --
21 | you know, what you'd wait normally two or three months
22 | for the bank, we're looking to start doing that in a
23 | matter of weeks.

24 | We think we can cut down the process for
25 | traditional SBA deals, commercial loans, business credit

65

1  cards, all those traditional finance products that we're

2  looking to increase that -- the amount (inaudible) in a

3  short period of time.

4           So our methodology, we're looking to carry

5  over to a $100 million bank in Dallas.  This is a really

6  tiny baby bank that's only has --

7           MR. LAFORTE:  It's not new.  It's been around

8  since '95.

9           MR. COLE:  It's been around.  And the reason

10  we decided to buy this bank is we only have a 10 percent

11  -- or a 10 basis point (inaudible) .1.  So we feel that

12  this bank was the perfect price for us.  It's only $28

13  million to purchase.  But we can leverage and we can

14  grow this over the next three years to a greater amount.

15   So the big opportunity here is -- and we'll talk about

16  what I mean by two and a half points (inaudible) return

17  over 36 months.

18           Right now the bank is only producing $1.2

19  million a year.  Leverage that times 15, and you're

20  talking about an $18 million bank.

21           Based on our very conservative pro forma that

22  we submitted to regulators in purchasing this bank,

23  we're looking to generate a net income of -- (inaudible)

24  income of $4 million in three years.

25           So if you multiply that times four, we're

66

1    looking at a $16 million valuation.  That's a very

2    conservative -- that's I think what we would do minimum.

3              I think realistically we're going to be

4    shooting, you know, $5 million, $6 million annually out

5    at that point in time.  So the opportunity that we're

6    working with Dean on this, this is the third thing we're

7    talking about today.

8              It's an opportunity to invest over a three-

9    year period to lock in your capital, and have a healthy

10   rate of return available after that 36 period.

11             That's at least going to give the reaction --

12   we think that's (inaudible) for this investment.  And by

13   the time we're done building out the infrastructure,

14   getting to the same high standards that we do for our

15   MCA business in Philadelphia, we'll be able to grow this

16   into a much more mature bank.

17             MR. VAGNOZZI:  Joe, talk about the -- so --

18   talk about the -- the synergy.  I want to make sure

19   everybody hears clearly the opportunity.

20             The merchant cash -- CBSG has 4,000 merchants

21   -- give or take, right?  They got 4,000 merchants that

22   are all need bank (inaudible), right?  That's the --

23   talk about the synergy between buying into a nationally

24   chartered bank, right, then how you can basically cross

25   pollinate your 4,000 merchants that you guys have

1    massive profits with, to be able to introduce them to

2    bank products and take this bank with, what, 2, 3, 4

3    percent margins -- you got 4,000 merchants that are

4    paying 35 percent on their money.

5              MR. COLE:  And it's not just the merchants.  I

6    mean, internally, we're getting another -- over $500,000

7    a year in banking.  We'd rather pay that to ourselves

8    than TD Bank, right?

9              So we're working with our bank partnership.

10   There's a lot of synergies that's going to work with our

11   current business.  All the (inaudible) we use.  All the

12   ACUs processing fees.  You know, all these -- the

13   capital that's sitting in the bank, we'll be able to

14   leverage that at a 20X leverage because there's just

15   money that's sitting in the bank.

16             We'll be able to send that out to commercial

17   lending deals.  So along with getting our guys into

18   different products and also being able to do their

19   banking, this is going to present a really strong growth

20   opportunity for this bank in Dallas.

21             And to talk more about the (inaudible) I want

22   to -- you know, obviously, introduce our other partner,

23   Bill Bromley.  He's been with us for a few years.  We

24   have (inaudible) portfolio.

25             And I'll let Bill speak for himself, but he is

68

1   the banker and the chairman for this bank in Dallas.

2           MR. BROMLEY:  Thanks, Joe.  Thanks a lot.  So,

3   yeah, I'm a local banker.  I grew up here in Paoli.  I

4   want to school here, went to graduate school downtown.

5           But I've been a banker for 30 years.  I've run

6   banks for 30 years, and I started a bank back in --

7   about 1990, called Firth Sterling and pulled up five

8   times (inaudible) for Bank of America.

9           (End of video.)

10                    * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

69

1   Video File: MOVI0014.mp4

2         MR. BROMLEY: And we bought another bank

3   called Equal National. It was in trouble. We fixed it,

4   and it was sold in 2014.

5         If you were to say to me, well, let's get

6   another bank, let's do it again, I would never, ever do

7   it.

8         Until I met these guys, and that's what's

9   really important about this. Small banks struggle, and

10   they're going to continue to struggle when they're going

11   up against the JPMorganChases in New York, Goldman Sachs

12   or whatever.

13         But they don't do -- and you just heard this

14   story about how this merchant cash advance company has

15   been built, they don't do it the way these guys do it.

16         I've been -- I've done this. I know the

17   regulators well. I know the banking side. We have

18   acquired, and we've at least signed an agreement. We

19   have put it in with the regulators. We expect that

20   we'll probably have approval of the transaction by

21   December.

22         But the most important thing is that we

23   together -- as a partnership -- are taking the same

24   concepts that you have lived with, as you've invested

25   with these guys, watched the profits grow dramatically.

1    And we're going to apply it to a bank.

2              This is a national bank.  It's got all the

3    right stuff.  I can, you know, vouch for that.  So when

4    they talk about, you know, increasing the profits of the

5    bank, this is totally different than your monthly check

6    that you -- that you like to get, and I'd like to get

7    too because I'm from the same deal with these guys.

8              This is about the appreciation of your

9    investment.  So we talk about the bank making $.12

10   million -- it's a relative modest return.  In banking,

11   it's pretty good.

12             The bank is clean.  It doesn't have any

13   problems.  It doesn't have any delinquencies, et cetera.

14    But our ability to move that from 1.2 million to 2

15   million to 3 million to 4 million means that we're

16   talking about a bank that today might be valued at

17   roughly $18 million and turning it into something that

18   will probably in a short period of -- I think we're

19   talking here, three years -- might be worth somewhere

20   between $70 million and $80 million.

21             We're all in it for the long haul.  We talked

22   of how Dean and his funds come in.  Have you guys have a

23   chance to come in with us.

24             But we see this is as a long-term play that

25   could multiply many, many more times than the 2, 3, 4

1    we're talking about.  That's it in a nutshell.

2              Yeah.

3              FEMALE PARTICIPANT:  (Inaudible.)

4              MR. VAGNOZZI:  Great question.  So she's

5    asking -- how about this -- you guys are closing on the

6    bank when?

7              MR. BROMLEY:  We'll probably have to close

8    before the end of December.

9              MR. VAGNOZZI:  We had a private placement.  We

10   have a fund all ready to go.  And I'm not going to --

11   I'm not going to get into the granular details right

12   now.

13             The point is your money will come full fund,

14   okay?  We're not going to write individuals -- they

15   can't have 87 individual investors.  You're going to

16   come into a fund.  The fund will write one check for

17   these guys.

18             So you need to -- you're looking to close the

19   bank when?

20             MR. BROMLEY:  By December 31st.

21             MR. VAGNOZZI:  Yeah, so we are -- so everybody

22   is going to get a form here in a minute.  And on the

23   form is a bank question.

24             And again, you'll see here (inaudible) a few

25   weeks ago.  Okay?  There was about 25, 30 -- like, just

1  about everybody there.  She was like, you know, the

2  feedback was fantastic.

3          These guys -- listen -- they're in a big group

4  of people -- there's a big group of people.  They're

5  being very conservative (inaudible) the opportunity at

6  the margins that they can take into this bank are -- the

7  opportunity is tremendous (inaudible).

8          Listen, I'm in this because of the work ethic

9  of these guys.  I want to just ride their coattails,

10  okay?

11          So the fund -- if you have interest in this

12  bank, (inaudible) we think the minimum is going to be

13  100 grand, okay?  You need to be able to forget this

14  money for three years.  They're going to have auditing

15  statements.  It's required -- by the way -- by the way,

16  how squeaky clean do you have to be to buy a bank?

17          Right?  Just from -- just from you as a

18  merchant past investor, doesn't that feel good that

19  they're going to be acquiring National Charter Bank?

20  Right?  For the skeptics.

21          So my point is this is -- we have a

22  (inaudible) company that's been around, that's -- money

23  is falling out of their pocket as far as progress, which

24  is good for you.  It's going to acquire this bank, and

25  they're going to take the margins through the roof.

1      If you want to be a part of this, you need to
2   check the box, let us know, and we were -- we are going
3   to get to you like, immediately because we will have
4   multiple meetings over the next couple weeks to get you
5   in, to start -- to answer all your questions and to get
6   money transferred.

7      For the rest of you, again, not interested,
8   that's fine.  But for those of you who have been with us
9   for a few years, know this investment works, this is not
10  the one you think about forever.  If you -- come in and
11  answer all your questions --

12      MALE PARTICIPANT:  Let me interrupt -- let me
13  interrupt.  One second.

14      MR. VAGNOZZI:  Yeah.

15      MR. BROMLEY:  You're sitting here saying to
16  yourself why us.  Frankly, three months ago, I have
17  plenty of connectivity on the Main Line.  Bank deals are
18  the hardest to get involved with politically from an
19  investment perspective.

20      Joe LaForte came to me before I was calling
21  people from the Haverford School (inaudible) and said,
22  uh-huh, we're going to start with the people that gave
23  us the fuel to grow the companies.

24      That's why you're getting an opportunity and
25  I'm getting an opportunity.  So please understand

74

1   there's a common theme here.

2           We appreciate you.  That's why time is of the

3   essence.  And that is why (inaudible) --

4           MR. VAGNOZZI:  Yeah, so (inaudible) -- and the

5   reason why we're so -- we really have the idea is that

6   we needed to get involved in the bank -- I mean, if you

7   go to any big city, look on top of the buildings, what

8   do you see?  Banks.

9           Go to all these meetings -- who do you see?

10  Banks.  The multiples on these banks are 15 to 20 times.

11   I know we can make bigger profits in this bank that was

12  built in 1938 that has an antiquated computer system,

13  and a bunch of people that go home at two o'clock in the

14  afternoon every night.  It's a perfect fit for us.

15          So the second -- the second thing is the

16  opportunity -- like Perry said -- is for you guys

17  because of the fact that we can only do 30 percent --

18  actually 25, right?

19          We're in for 25 percent of the bank.  Okay, so

20  we're not -- the only reason why we're not taking all of

21  the bank is obviously to be frank -- I don't know

22  (inaudible).  I don't (inaudible) because it's going to

23  be that profitable.

24          But this is an incredible opportunity.  By the

25  rules and standards, we can only -- after 2008, after

1    the crisis, they want to make sure that they have a pool

2    of people involved in the bank.

3            So we only -- we're only allowed to be 25

4    percent.  So to Perry's point, we came to you to give

5    you the opportunity.

6            They have access to the money (inaudible).  We

7    don't have all day.

8            MALE PARTICIPANT:  (Inaudible) the two

9    businesses --

10           MR. VAGNOZZI:  No.

11           MR. BROMLEY:  No, the two businesses will

12   remain totally separate.  They're regulated differently.

13           MALE PARTICIPANT:  I ask (inaudible) so we can

14   get back (inaudible) in part of the fund or individual

15   shares?

16           MR. VAGNOZZI:  No, again, you're going to

17   invest in a fund.

18           MR. BROMLEY:  You'll invest in a fund, but the

19   fund will own the shares.  And the benefit of that is --

20           MALE PARTICIPANT:  (Inaudible.)

21           MR. VAGNOZZI:  Oh, great question.  Great

22   question.  Hold up.  Let's go back to the Life

23   Settlements.  Everybody is in a fund.  So back to the

24   Life Settlements, if you want to get out -- if anybody

25   wants to get out of Life Settlements, who would want to

76

1    buy somebody out two years into a Life Settlement?   The

2    guy is two years to death.

3              My point is these guys are going to have a

4    liquidation event --

5              (End of video.)

6                        * * * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          TRANSCRIBER'S CERTIFICATE

2

3     I, Michael McCormick, hereby certify that the foregoing

4     transcript is a complete, true and accurate

5     transcription of all matters contained on the recorded

6     United Fidelis Group video files showing the November

7     21, 2019 Solicitation Event.

8

9

10    _____          6-22-2020

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# **Reehl Investigations L.L.C**

P.O. Box 1004 Marlton, NJ 08053 (609) 744-6102
ed@reehlinvestigationsandsecurity.com
www.reehlinvestigationsandsecurity.com

February 7, 2020

Shane Heskin
White&Williams
1650 Market Street
Philadelphia, PA 19103

Mr. Heskin

On November 21, 2019 from 5:30PM-9:30PM Investigator Ed Horner of Reehl
Investigations attended a seminar for "A Better Financial Plan". The seminar contained
information on:

"Merchant Cash Advance"

"Commercial Real Estate"

"Litigation Funding"

"Life Settlements"

The device used for recording the event was a "Anysun AS820 Night Vision Camera"
designed to look like the latest key fob. The device was given to "White&Williams" for sound
and video and returned to investigator.

Respectfully,

Inv. Ed Horner

| EXHIBIT |
|---------|
| B |



## A BETTER FINANCIAL PLAN
Increased Returns · Decreased Risk

## MERCHANT CASH ADVANCE

- Interest paid monthly
- Principal returned in 1, 2 or 3 years
- 2% default rate
- Over $100M raised in the past year

| 100k - 250k | 250k - 500k | 500k+ |
|---|---|---|
| 10% | 12% | 14% |

## COMMERCIAL REAL ESTATE

- 14.8% expected IRR, 8% annual preferred return
- Interest paid quarterly
- Estimated sale - 5-7 years
- 25% equity stake in the property value/profits

## LITIGATION FUNDING

- Interest paid quarterly
- "Recession proof"
- 96% case win rate
- Term flexibility

| 2 years | 3 years | 4 years |
|---|---|---|
| 6% | 7.5% | 9% |

## LIFE SETTLEMENTS

- 11-14% annual compounded return
- 3-6 year term
- "Recession proof"
- Our safest, highest yielding investment

**EXHIBIT**

**C**







**A BETTER**
**FINANCIAL PLAN**
Increased Returns   Decreased Risk

**Name:** _Edward Cooper_

**Guest Name(s):** _____

**Cell Phone:** _(600) 744-5640_

**Email:** _QCooper@comcast.net_

**ABFP Advisor:** _____

**Circle investments you *currently* own:**

_____ Merchant Cash Advance

_____ Litigation Funding

_____ Life Settlements

_____ Real Estate

**Circle investments you *want* to own or add more ($ Minimum):**

_____ Merchant Cash Advance ($100k):     Amount: $_____

_____ Litigation Funding ($50k):     Amount: $_____

_____ Life Settlements ($150k):     Amount: $_____

_____ Real Estate ($50k):     Amount: $_____

_____ **CBSG's BANK** ($100k):     Amount: $_____

**Schedule your appointment at our office! Specify a date, time, and office location:**

Date: _____     Time: _____

King of Prussia, PA: _____     Marlton, NJ: _____

**Sign up to schedule a visit to the KYW office in Philadelphia to record a Radio Commercial with Dean!**

YES: _____     NO: __✓__

**Notes / Questions / Comments:**