# EXHIBIT 24

## DECLARATION OF RAYNALDA N. MILORD

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.      My name is Raynalda N. Milord. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am a Senior Paralegal Specialist at the U.S. Securities and Exchange Commission (the "Commission").

3.      The Commission received video file Texas State Board. As part of my duties at the Commission, I sent this video file to Diversified Reporting Services, Inc. and ordered a transcript.

4.      A true and correct copy of the transcript of video file Texas State Board is attached as Exhibit A hereto.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 22nd day of July 2020.

*Raynalda Milord*
RAYNALDA N. MILORD

1

```
 1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3    In the Matter of:                            )

 4    SENIOR ASSET PROTECTION, INC. DBA ENCORE     )

 5    FINANCIAL SOLUTIONS, MERCHANT GROWTH &        )

 6    INCOME FUNDING, LLC A BETTER FINANCIALPLAN.COM, )  AMENDED 7-15-2020

 7    LLC AKA A BETTER FINANCIAL PLAN, COMPLETE      )

 8    BUSINESS SOLUTIONS GROUP, INC. DBA PAR FUNDING, )

 9    GARY NEAL BEASLEY AND PERRY ABBONIZIO          )

10

11    SUBJECT:   Interview with Gary Beasley, Respondent

12               John Diefenbach, Esq., Respondent's Counsel

13               by Joseph Rotunda, Esq. and Jeramy Heintz, Esq.

14               Texas State Securities Board

15    PAGES:    1 through 119

16

17

18

19

20                     AUDIO TRANSCRIPTION

21

22

23

24               Diversified Reporting Services, Inc.

25                       (202) 467-9200
```

EXHIBIT

**A**

[6/29/2020] Live_tapes_20200629_Update_1

2

```
1                    P R O C E E D I N G S
2              MR. HEINTZ:  Okay.  So, we are on the record.  This
3    is an investigative meeting held pursuant to Section 28 of
4    the Texas Securities Act.  Mr. Beasley, this is Katie Minor.
5    She's going to be asking you -- or administering the oath.
6              Katie?
7              MS. MINOR:  Good morning, Mr. Beasley.  Can you
8    see me?
9              MR. BEASLEY:  Good morning.
10             MS. MINOR:  I don't know if I've popped up on your
11   screen yet, but -- okay.
12   Whereupon,
13                       GARY BEASLEY
14   was called as a witness and, having been first duly sworn,
15   was examined and testified as follows:
16             MR. HEINTZ:  All right.  Thank you, Kate.
17             MS. MINOR:  You all have a good day.
18             MR. HEINTZ:  All right.  All right, can you please
19   state your full name?
20             MR. BEASLEY:  Gary Neil Beasley.
21             MR. HEINTZ:  All right, so Mr. Beasley, like I
22   said, my name is Jeramy Heintz.  I work for the Texas State
23   Securities Board.  Also here is Joe Rotunda.
24   He's the Director of Enforcement.  So, we're both assigned
25   to the Austin Office and so, for purposes of this
```

3

1    proceeding, we're representing the securities commissioner

2    in this -- like, I said, this investigative proceeding,

3    under the provision of Section 28 of the Texas Securities

4    Act.

5            And I think your attorneys probably talked to you

6    a little bit about this.  But, it's just customary, kind of,

7    that I advise you that, in these types of proceedings, you

8    have certain rights under the state and federal

9    constitutions.

10           You have the right to have advice of counsel,

11   which you do have today.  And you have them present during

12   the questioning.  So, any questions or evidence that you can

13   give, that can be used against you in a civil or criminal

14   proceeding, or any proceeding before this or any other

15   governmental agency.  Do you understand that?

16           MR. BEASLEY:  Yes.

17           MR. HEINTZ:  Okay.  And that -- and like's already

18   been discussed, you can refuse to answer any questions posed

19   by myself or Mr. Rotunda, or give any evidence that you

20   believe may tend to incriminate you, or subject you to fine,

21   penalty, or forfeiture.  And this right is guaranteed to you

22   by the Texas and United States Constitutions.

23           Mr. Beasley, do you understand that you may refuse

24   to answer any question, or give any evidence that may tend

25   to incriminate you?

4

1          MR. BEASLEY:  Yes, I do.

2          MR. HEINTZ:  Okay.  All right.  A reminder -- you

3     just did it -- but that you're under oath, and that, you

4     know, there's penalties in the Texas Penal Code about

5     providing testimony under oath, making false statements.

6     Has your attorney spoken to you about that?

7          MR. BEASLEY:  Yes.

8          MR. HEINTZ:  Okay.  Okay, so let's go ahead -- so

9     you are represented by counsel here today.  Counsel, would

10    you identify yourself for the record?

11         MR. DIEFENBACH:  Yes, my name is John Diefenbach

12    and I am counsel for Mr. Beasley.

13         MR. HEINTZ:  Thank you.  All right, and prior to

14    today, Mr. Beasley, you provided us documents, and actually,

15    your appearance here today is in response to a subpoena.  Is

16    that correct?

17         MR. BEASLEY:  That's correct.

18         MR. HEINTZ:  Okay.  All right, so I'm going to go

19    ahead and get a little bit of background information.  So,

20    these will be some rudimentary questions.  Can you please

21    state your date and place of birth?

22         MR. BEASLEY:  My date of birth is 2/10/1955.  My

23    place of birth is Fulton, Missouri.

24         MR. HEINTZ:  Okay and what are the last four digits

25    of your social security number?

5

1          MR. BEASLEY:  3203.

2          MR. HEINTZ:  Okay.  And your home address?

3          MR. BEASLEY:  3110-A, or side A, Glen Ora, two

4    words, Glen is G-l-e-n, second word Ora, O-r-a, Street,

5    Austin, Texas 78704.

6          MR. HEINTZ:  Okay.  And can you tell me what your

7    current employment is?

8          MR. BEASLEY:  Insurance agent.

9          MR. HEINTZ:  And what companies do you currently

10   have for operating that?

11         MR. BEASLEY:  I'm an independent agent, have been

12   for quite some time now.  And so, I've got, oh, probably

13   four that I do business with regularly, and licensed with

14   another half a dozen, but I don't use them very often.

15         MR. HEINTZ:  And were you also registered as a --

16   as a -- was it investment advisor?

17         MR. BEASLEY:  Yes.  I was until I decided that I

18   wanted to join this mission of -- with Par Funding of

19   helping small businesses.

20         MR. HEINTZ:  Okay.  Well --

21         MR. BEASLEY:  I had owned a small business.  I'm a

22   small business owner, and I have a passion for helping small

23   businesses, so I sold my securities business.

24         MR. HEINTZ:  How long did you have that securities

25   business?

6

1          MR. BEASLEY:  Oh, something like 15 years, as my -
2     - under my, you know my own independent office.  I was under
3     an RIA for the last 10, 12, 15, something like that, years.
4      Prior to that, it was through one of the insurance
5     companies.
6          MR. HEINTZ:  Okay.  Okay, so I'd like to go ahead -
7     - and we may come back to a few questions regarding that
8     time period, but I'd like to start out with, you know, how
9     did you get involved with A Better Financial Plan and Par
10    Funding?
11         MR. BEASLEY:  I get advertisements all the time
12    and this one happened to be a trade magazine, one of several
13    that I get.  And so, once in a while, I'll flip through them
14    and look at things, and I happened to notice A Better
15    Financial Plan, their advertisement, and it sounded
16    interesting.  And so, I called them, spoke with them.
17         MR. HEINTZ:  Hold on real quick.  What was the name
18    of the trade magazine?
19         MR. BEASLEY:  I can't remember.  That was like
20    three years ago, and I get several of them, so I don't pay
21    much attention to it.
22         MR. HEINTZ:  Do you -- do you remember what the
23    advertisement said that caught your attention?
24         MR. BEASLEY:  It -- what got my attention was that
25    they had a selling system that allowed you to attract people

7

1    to your -- to your business.

2            MR. HEINTZ:  So they -- A Better Financial Plan had

3    this system?

4            MR. BEASLEY:  Yeah.

5            MR. HEINTZ:  Okay and was it -- what was the name

6    of -- or was it -- the entity that ran the ad, was it A

7    Better Financial Plan?

8            MR. BEASLEY:  Yes.

9            MR. HEINTZ:  It's -- okay, so you were starting to

10   say --

11           MR. BEASLEY:  Technically -- technically, I don't

12   know if it was A Better Financial Plan Management Company or

13   if technically it was A Better Financial Plan Company, LLC.

14    So, I don't know if Dean was advertising under the

15   insurance umbrella or under the other company umbrella.  I

16   have no idea.  I -- you know, I didn't even -- I have no

17   idea what -- what side -- what side that was.

18           MR. HEINTZ:  And so, how did you -- how did you

19   make contact through the advertisement?

20           MR. BEASLEY:  It said, "If you're interested, call

21   this 800 number," so I did.  And I spoke with someone.  I

22   can't remember who it was at that particular time.  And they

23   just told me about it, told me some general things about it,

24   and that they -- and I said, "Well, that's interesting."

25   And how they described the opportunity to me, I can't

8

1  remember.

2      But, it was interesting enough and I thought, "Oh,

3  gee. They're in Philadelphia. I've never been there

4  before. So, I'll go check them out," and I've done this,

5  you know, several times around the country, and that's

6  usually who I'm affiliated with is going to these meetings

7  to learn and hear what they have to say.

8      So, I was curious. They had my attention, so I

9  bought my ticket and flew to Philadelphia.

10      MR. HEINTZ: Okay and so, where did -- where did

11  you go in Philadelphia? Like, what offices did you -- did

12  you visit?

13      MR. BEASLEY: The meeting was held in downtown

14  Philadelphia at the Complete Business Solutions office. And

15  so, that's where the meeting was held.

16      MR. HEINTZ: So, it was that the Complete Business

17  Solutions Group office -- offices. Do you remember the

18  address?

19      MR. BEASLEY: Not offhand, but it was downtown.

20  It was something like 4th Street or something like that and

21  it was in walking distance of the Liberty Bell, so I got to

22  go see the Liberty Bell.

23      MR. HEINTZ: Oh, okay. So, according to --

24      MR. BEASLEY: I could --

25      MR. HEINTZ: Oh, go ahead.

9

1              MR. BEASLEY:  -- find that address, but --

2              MR. HEINTZ:  Okay.

3              MR. BEASLEY:  -- I don't have it offhand.

4              MR. HEINTZ:  And when you were at those offices,

5    the CBS -- we'll just call them the CBSG offices --Complete

6    Business Solutions who did you meet with?

7              MR. BEASLEY:  Perry Abbonizio (phonetic), if I'm

8    pronouncing that right.  He was -- him and Dean Vagnozzi

9    were hosting the meeting.  So, they had about 15 -- 12, 15 -

10   - 12, 15 guys -- 12 guys there that day, one lady or two.

11   And it was a presentation and then a lunch, a little lunch

12   there in the office, and then we had -- it continued after

13   lunch,   so -- for a little while.

14             MR. HEINTZ:  So --

15             MR. BEASLEY:  Perry spoke and Dean spoke and --

16             MR. HEINTZ:  And what did they speak about?  Did --

17   were they -- was it mostly about this -- the merchant cash

18   advance?

19             MR. BEASLEY:  Yes, it was about -- Dean gave his

20   history of his business, and then, he discovered Complete

21   Business Solutions and had been successful with that

22   business, and felt like it was a great opportunity to give

23   people a diversified way to -- another way to invest money

24   in a diversified manner.

25                 And I was interested in that because of the stock

1    market on such a high run for so long that it would

2    diversify some of assets away from the market.  That was

3    always a good idea, if you had a good option.  So, they made

4    the presentation.  The two of them spoke about the merchant

5    cash advance business and how successful it was.

6              And then, Perry spoke about how it helped small

7    businesses, and then, when I heard how high the interest

8    rate was that they charge the small business, I would have

9    left, had I been on a conference call on my computer, turned

10   it off and walked away.  But, he went on to say how

11   difficult it was for small businesses to get money and

12   explained all that.

13             And after -- in the next five minutes, it was

14   like, "Oh, I see.  They're like angel investors, you might

15   say.  That's how I viewed it."  It's like, "These small

16   businesses can't get money from banks and any other place,

17   and so, they have a place to get money to grow their

18   businesses, well, that's wonderful."  So, I was all in at

19   that point, but I was still all ears and listening because,

20   like I said, my dad was a small business owner, and me, too.

21             MR. HEINTZ:  Did it seem like Dean and Perry, were

22   they, like in partnership, or were they, like working

23   together?  Did they talk about A Better Financial Plan, and

24   Par, or CBSG working together?

25             MR. BEASLEY:  Not that they worked together with

11

1    the insurance side of the business, no, not at all.  But,

2    being -- Dean, as he was explaining who he was and his

3    background, he explained the company that, you know that he

4    worked with and what he did on the insurance side.  And I do

5    that same type of thing on the insurance side, so I could

6    relate to it.  And so, he just was saying that as background

7    information, tell us who he was and how long he'd been in

8    the business and all that stuff.

9         And then, he really turned it over to Perry to

10   talk about the other business, the merchant cash advance

11   business.  He didn't say much about it, other than he had

12   worked with it, and it worked well for them, and turned it

13   over to Perry.

14        MR. ROTUNDA:  And I'm just going to jump in real

15   quick, Mr. Beasley, and a lot of it's because I think

16   visually.  And I'm trying to get an image in my head of this

17   presentation.  So, I understand it was at the offices of Par

18   Funding.  Do you remember what the offices looked like in

19   any way?

20        MR. BEASLEY:  Well, you probably have a picture of

21   it because Earl -- it was in the packet I gave to Earl, if

22   it was my normal routine.  And so, there was a picture.  I

23   took a picture of the office.  It's in downtown Philadelphia

24   in one of the old buildings that they had renovated.

25        And it was a narrow, deep building right there in

12

1    the middle of the block.  And they'd remodeled it quite

2    nicely and a bunch of people working there with computers.

3    And so, then we went upstairs and had the meeting up there.

4     And -- no, actually we had the meeting on the first floor

5    and lunch upstairs.

6            And so, I took a picture of the inside of the

7    building, of the -- of the meeting, just to show people that

8    I was there, inside of that office, took a tour, met the

9    people, met he owner, as a part of my due diligence of

10   getting to know who these people were.

11           MR. ROTUNDA:  That makes sense.  You indicated

12   there were about 15 other people there.  Were those other

13   people who had flown in to attend this presentation?

14           MR. BEASLEY:  Yeah.

15           MR. ROTUNDA:  Okay.  I --

16           MR. BEASLEY:  Well -- and flew and drove.  Most of

17   them probably drove because I think they recruited, you

18   know, largely in a drivable distance.  But, then again, they

19   could have come from -- I'm sure they came from other

20   places.  I just happened to be one from Texas, the only one

21   from Texas.

22           MR. ROTUNDA:  And when Mr. Vagnozzi introduced

23   himself, did he indicate which company he was -- represented

24   and his capacity with that company?  You know, for example -

25   -

13

1          MR. BEASLEY:  Yeah.

2          MR. ROTUNDA:  -- did he say he was, like a

3    president of a company, or do you recall what that was?

4          MR. BEASLEY:  He said he was a partner in the

5    business and I believe he said that he was the marketing --

6    in charge of marketing, but that he stated he was a partner

7    in the business.

8          MR. ROTUNDA:  And, "in the business", would that

9    be A Better Financial Plan?

10         MR. BEASLEY:  No, he's not affiliated in any --

11         MR. HEINTZ:  Well, I think --

12         MR. BEASLEY:  -- any way, other than a --

13         MR. HEINTZ:  I think Mr. Rotunda was --

14         MR. BEASLEY:  -- (inaudible).

15         MR. HEINTZ:  -- asking about Mr. Vagnozzi.

16         MR. ROTUNDA:  Yeah, not Mr. Abbonizio but Mr.

17   Vagnozzi, Dean Vagnozzi.

18         MR. BEASLEY:  Oh.

19         MR. ROTUNDA:  Yeah, sorry.  I'm sorry.

20         MR. BEASLEY:  Okay, so now, can you ask the

21   question again, because I went down that road?

22         MR. ROTUNDA:  Absolutely.  Did Mr. Vagnozzi

23   indicate which company he was with, and whether or not he

24   was a -- had a -- was a president, or an employee, or

25   somehow affiliated with that company?

14

1           MR. BEASLEY:  Yeah, he explained that his company

2   was A Better Financial Plan and that -- whether he said --

3   you know, made any other distinction behind that, I don't

4   know.

5           But, he made it clear that that was his insurance

6   agency, and he had other agents that worked under him.  And

7   that's -- that was his office and he's done that for 20

8   years, I think, or maybe even longer, and that a few years

9   ago he met Complete Business Solutions.

10          I don't know how he met them.  I can't remember

11  how they made their acquaintance.  But, he thought that that

12  business would be a great partnership with the life

13  insurance and the annuity business that he did for so long -

14  -

15          MR. ROTUNDA:  Okay.  I had --

16          MR. BEASLEY:    -- and still does.

17          MR. ROTUNDA:  And so, as I understand it, so A

18  Better Financial Plan was an insurance agency, but it was

19  partnering with Par Funding to promote some type of a

20  product that -- and I don't want to put words in your mouth,

21  but it doesn't sound like it would be insurance.

22          MR. BEASLEY:  Right, it was an -- it was

23  definitely not insurance.

24          MR. ROTUNDA:  Okay.  Okay.

25          MR. BEASLEY:  Yeah, and he made that -- he made

15

1    that clear.

2            MR. ROTUNDA:  Okay and I'll just turn it over back

3    to Jeramy now.

4            MR. BEASLEY:  Okay and you say Par Funding and, if

5    I remember correctly, Perry, and either one -- both of them

6    represented the business as Complete Business Solutions, if

7    I remember correctly.

8            MR. ROTUNDA:  Okay.  That's fair.  And I

9    appreciate that clarification.

10           MR. BEASLEY:  Okay.

11           MR. HEINTZ:  All right, so let's go back.  Mr.

12   Beasley, you -- you're at the presentation.  What happened

13   after the presentation?

14           MR. HEINTZ:  Like, did you talk to Dean or Perry,

15   or was that it and you flew back to Austin?

16           MR. BEASLEY:  Yeah, we -- you know, we'd have a

17   break and we'd mingle and talk to other guys.  And I met

18   Mike Tierney there, and they had a lunch for us.  And then,

19   we reconvened again and I'm not -- I think Dean, sort of,

20   gave the first part of the presentation.  Well, I don't know

21   how the meeting was split up.  But, just the two of them

22   were speaking that day.

23           MR. HEINTZ:  Okay and so, were -- first, was

24   anybody else in that -- in the room from Texas?

25           MR. BEASLEY:  Not that I -- no.  I'm pretty sure

16

1    of that.

2              MR. HEINTZ:  Okay and were you given any

3    documentation or documents at the -- at the presentation, at

4    the meeting in Philadelphia?

5              MR. BEASLEY:  Dean's book that he wrote, he gave

6    one of those to everybody.  And the -- and I can't remember

7    what hands out -- handouts, if any, were given regarding

8    Complete Business Solutions.

9              MR. HEINTZ:  Okay.

10             MR. BEASLEY:  I would certainly think that they

11   would have made -- gave handouts, but I've got a poor memory

12   anyway.  So, I --

13             MR. HEINTZ:  Yeah, that's --

14             MR. BEASLEY:  I can't -- I can't recall what else

15   was given.  But, I do knew -- I do know Dean gave his book

16   out.

17             MR. HEINTZ:  Was the presentation just one day?

18   Was it --

19             MR. BEASLEY:  Yeah, it was just a few hours.

20             MR. HEINTZ:  Okay and so -- sorry.  I may have

21   skipped over this.  What year and time of year was that that

22   you saw the advertisement and went to Philadelphia?

23             MR. BEASLEY:  Remembering things that far in the

24   past and dates is difficult for me.  But, I signed up with

25   them, with Complete Business Solutions, in May, and so, I

1    think it was in the fall of '18 when I actually went up

2    there.

3              But then, I had to come home and think about it,

4    and then, I had make a decision whether I was going to sell

5    my securities business, because I can't do both, of course,

6    as you -- and that was a tough decision, to give up that

7    income stream, and the clients that I already had, and so

8    forth.  It was a -- it was a tough decision.

9              And then, when I decided to do it, it took me a

10   while to find a buyer for the business that was acceptable

11   to me and that was going to take over my clients.

12             MR. HEINTZ:  Okay, so you make the decision that

13   you're going to go forward with it.  Who did you contact, or

14   who were you supposed to contact to let them know?

15             MR. BEASLEY:  I don't know if they, sort of,

16   explained that per se, other than just, you know, "Call our

17   office."  But, Mike Tierney then, sort of, picked up the

18   ball when I called and made contact.  He took over the

19   explanation of things and direction and so forth.

20             MR. HEINTZ:  And when you say the explanation of

21   things, what did Mike Tierney -- what did he explain and

22   what did he talk to you about?

23             MR. BEASLEY:  He -- I said I was interested in the

24   merchant cash advance business because I'm doing this to

25   help small businesses.  And I'm making this huge change in

1    my business, just because I'm passionate about that.  I --

2    so I -- so we went down that road, and he got all the

3    paperwork sent over to me, and put me in touch with Eckert

4    and -- Eckert and Seamans Law Firm to handle the paperwork

5    and get established with them to do this.

6        MR. HEINTZ:  Right, and so -- okay, so you talked

7    to Mike Tierney and he sent you, I believe, what we have

8    marked as S28 Exhibit 1, at least some of those documents.

9    These are documents that you provided to us, came and

10   dropped them off at our office.  It's titled, "ABF -- ABFP

11   Formation".

12       MR. BEASLEY:  Yes, that --

13       MR. HEINTZ:  Do you --

14       MR. BEASLEY:  -- page with the instructions.

15       MR. HEINTZ:  It's titled, like -- I think it's

16   "Agent Checklist".

17       MR. BEASLEY:  Yeah, here's what you need to do to

18   get going, to get started.

19       MR. HEINTZ:  Okay, so --

20       MR. BEASLEY:  And -- yeah.

21       MR. HEINTZ:  -- I'm going to pull that up.  And you

22   have that in front of you, Mr. Beasley?

23       MR. BEASLEY:  No, I don't.  I probably have it

24   where I can get my hands on it.  Do you -- do I need -- do

25   you want me to get that?

19

1          MR. HEINTZ:  Yes, sir.  That'd be -- that'd be
2    great.
3          MR. DIEFENBACH:  I don't know if it's possible,
4    but it might be helpful to -- if you can, to share your
5    screen, Jeramy --
6          MR. HEINTZ:  Yeah.  Well, let me --
7          MR. DIEFENBACH:  -- just to make sure there's no
8    confusion and he doesn't grab the wrong document, or --
9          MR. HEINTZ:  Yeah.
10          MR. DIEFENBACH:  -- or anything like that.
11          MR. HEINTZ:   I am -- here we go.  Share.  I'm just
12    going to make sure I've got the right -- that's not it.
13          MR. BEASLEY:  You know, I looked at that online
14    and I don't -- I don't have it in front of me.  So --
15          MR. HEINTZ:  All right.
16          MR. BEASLEY:  -- if you can share the document,
17    well then, that would be --
18          MR. HEINTZ:  You all tell me what you see now.
19          MR. BEASLEY:  -- more expedient.
20          MR. DIEFENBACH:  I can see it.  I see it just
21    fine.  Do you see it, Gary?
22          MR. BEASLEY:  Yeah, I can see it, but it's small
23    and blurry.  Let me see if I can -- well, that made it
24    smaller.  I'm trying to enlarge the screen or zoom into it.
25          MR. DIEFENBACH:  We ran into a little problem

1    with this yesterday, Jeramy, and the day before, when I was

2    going over this with Gary.  What I found helpful is if I --

3    if I enlarged it and made it full screen, and then put the

4    resolution at, like 150, he could read it.

5            MR. HEINTZ:  Okay.  Is that better?

6            MR. BEASLEY:  Yeah, it was about to -- yeah, it's

7    getting there.  Yeah.

8            MR. HEINTZ:  Okay.

9            MR. BEASLEY:  Now, I can read it.

10           MR. HEINTZ:  So -- can everybody else read it?

11           MR. DIEFENBACH:  Yep.  I got it.

12           MR. HEINTZ:  All right, so this document's titled,

13   "Agent Guide".  So, is that what you and the other people in

14   the room were -- is that what they were telling you you all

15   were going to be were agents?

16           MR. BEASLEY:  Well, that -- that's kind of a

17   general term since, in the insurance business, we're called,

18   you know, agents.  And, for lack of a better term, since,

19   you know, we're -- we are -- we're all in the -- well, most

20   of us who are in the life insurance business.

21           So, you know, I didn't -- I didn't think of that

22   in terms of any -- anything strange, other than, you know,

23   what else -- what else -- you know, what else are you going

24   to call me?  Sales rep -- sales representative.

25           But, I can't recall if Mike sent me this

1    information or said, "Call John." He very well may have

2    called -- said, "Call John Beluccio," (sic), oh, however you

3    pronounce his name. I can never pronounce it. "Call John

4    and he will -- he's the one that'll do all the paperwork,

5    your subscription agreement, and the PPM, and so forth, and

6    get that information from him."

7            So, he's pretty busy guy, so if I remember

8    correctly, he said, "Call John at Eckert and Seamans." He

9    gave me his phone number, and so, I did, and John sent this

10   over. I'm not -- I wouldn't swear to that, but it -- I

11   certainly got this -- the instructions and began to file all

12   of them.

13           MR. HEINTZ: Okay, so you spoke --

14           MR. BEASLEY: -- after --

15           MR. HEINTZ: So, when you called --

16           MR. BEASLEY: -- I finally get my business sold.

17           MR. HEINTZ: When you called, you spoke to Mike

18   Tierney on the phone, is what you said. So, who is Mike --

19           MR. BEASLEY: Yeah.

20           MR. HEINTZ: -- Tierney? Who is Mike Tierney?

21           MR. BEASLEY: Now, he is an agent, an insurance

22   agent, with A Better Financial Plan on the insurance side.

23           MR. HEINTZ: So, why -- I guess, why was he

24   explaining this to you, the merchant cash advance? Why did

25   he have a -- handle that call and explain to you about this

22

1    other alternative investment?

2          MR. BEASLEY:  Because he -- it's, kind of, his

3    designated job or part of -- part of his job.  He

4    recruited -- he was an insurance agent himself.  He also

5    sold the merchant cash advance, and he recruited both

6    insurance agents and the merchant cash advance.  So, he was

7    -- you  know --

8          MR. HEINTZ:  And --

9          MR. BEASLEY:  -- kind of had the title of a

10   personal producer and oh, I don't know.  You might say in

11   charge of marketing maybe.

12         MR. HEINTZ:  So, let's go back.

13         MR. BEASLEY:  Not in charge of it, but --

14         MR. HEINTZ:  Right.

15         MR. BEASLEY:  But that was -- that was part of his

16   job duties was to communicate and talk with the agents to

17   recruit them.

18         MR. HEINTZ:  Right, so to recruit agents to raise

19   funds for Complete Business Solutions Group?

20         MR. BEASLEY:  For both of them.

21         MR. HEINTZ:  Okay.

22         MR. BEASLEY:  Yeah.

23         MR. HEINTZ:  So, who did -- who did Mike Tierney

24   work for?

25         MR. BEASLEY:  He worked for A Better Financial

23

1    Plan Insurance Agency, as well as A Better Financial Plan

2    Management Company that did the merchant cash advance.

3            MR. HEINTZ:  And, I'm sorry.  You may have already

4    said this, but what was -- what was his position?

5            MR. DIEFENBACH:  I'm going to -- I'm going to

6    object --

7            MR. BEASLEY:  So, personal producer.

8            MR. DIEFENBACH:  Hold on a second, Gary.  I'm

9    going to object, not -- and when I object, Gary, just to let

10   you know, you still answer the question afterwards.  But,

11   I'm going to object that it may be outside of his knowledge.

12    But, if you do know, Gary, please answer the question.  I

13   just don't want --

14           MR. HEINTZ:  Okay.  Yeah.

15           MR. DIEFENBACH:  -- speculation.  Yeah.  But, if

16   you know, Gary, answer it.  If you don't know, and you're

17   just guessing, don't -- you know, say so.  But, if you know,

18   answer the question.

19           MR. BEASLEY:  Well, I don't know absolutely.  But,

20   it's -- but, I've been in this business a long time, so you

21   know, I know what he -- what he does, and his job duties,

22   and he -- and so, he is a personal producing life insurance

23   -- an insurance agent in annuities and so forth.

24           And he sells the merchant cash advance and he

25   recruits, as far as in charge of handling a degree of some

24

1    of the recruits that the -- you know, agents that want to

2    talk about this, because --

3              MR. HEINTZ:  Okay.

4              MR. BEASLEY:  -- I signed up through him -- I

5    mean, I spoke with him at some point.  When I said, "I want

6    to -- I'm interested in doing this," they put him on the

7    phone to talk to me about what I -- you know, answer

8    questions and get me what I needed to do to get enrolled and

9    so forth.

10             MR. HEINTZ:  All right.  Well -- and in your

11   conversations with Mr. Tierney, or Mike Tierney, did you

12   ever discuss, like insurance products, or just the merchant

13   cash advances?

14             MR. BEASLEY:  We started off on merchant cash

15   advance, because that's what I was interested in.  I had

16   plenty of companies that I already worked with on the

17   insurance side.  And -- but he wanted me to consider joining

18   the company that they -- that they worked with, and that's

19   just a normal part of this business.

20             You know, if we're going to show you a really nice

21   product to market, then we'd like to have your business on

22   the other side of it as well.  And I said, "Yeah.  Yeah, I'd

23   be glad to do that."  And so, I signed up, as an agent under

24   them.

25             But, I never produced anything because I was

25

1   waiting to see if this merchant cash advance thing was going

2   to work.  And it didn't work very well in Texas.  It seemed

3   like Texans don't like to do -- don't trust people in

4   Philadelphia, I guess.  I don't know.  I can't -- I don't

5   know the answer to that.

6           MR. HEINTZ:  So, did -- to your knowledge, did --

7   Mike Tierney, he also sold the merchant cash advances?

8           MR. BEASLEY:  Yes.

9           MR. HEINTZ:  Do you know what fund or what entity

10  he sold those for?

11          MR. BEASLEY:  I didn't understand all of that

12  question.

13          MR. HEINTZ:  Like, so when he's -- when I mean

14  selling, he's out collecting investor funds to purchase the

15  notes from Par Funding, correct?

16          MR. BEASLEY:  Yes.

17          MR. HEINTZ:  Okay, so was he -- and you had -- you

18  were doing that and you had Merchant Growth.  What was --

19  Mike Tierney, was he just selling it as an individual, or

20  did he have a fund, or was he doing it for A Better

21  Financial Plan?

22          MR. BEASLEY:  I don't know how he was established

23  with them.

24          MR. HEINTZ:  Okay.

25          MR. BEASLEY:  But, I know that he did sell in

```
 1  | market -- the merchant cash advance with Complete Business
 2  | Solutions.  And then, on the other side, he was an agent
 3  | with -- for Dean.
 4  |          MR. ROTUNDA:  Maybe I can just make it --
 5  |          MR. HEINTZ:  Oh.
 6  |          MR. ROTUNDA:  -- easier?
 7  |          MR. HEINTZ:  Yeah.
 8  |          MR. ROTUNDA:  Did he just tell you this?  Did Mr.
 9  | Tierney -- I mean, I guess what I'm asking is, how do you
10  | know that he sold the merchant cash advances?  Did he -- did
11  | he tell you he sold the merchant cash advances?  Did you
12  | find out from other sources?
13  |          MR. BEASLEY:  He gave me -- you know, he was kind
14  | of like a tutor.  He would tell me, you know, how he did it,
15  | how he, you know, explained things.  And, you know, we just
16  | discussed those, kind of, business strategies and marketing
17  | strategies.
18  |          MR. ROTUNDA:  Okay.  Thank you.
19  |          MR. HEINTZ:  All right, so you said he was kind of
20  | like a tutor.  So, was he knowledgeable about Complete
21  | Business Solutions Group and the merchant cash advances?
22  |          MR. BEASLEY:  Yes.
23  |          MR. HEINTZ:  How knowledgeable was he?
24  |          MR. BEASLEY:  Well, he was pretty knowledgeable
25  | but there's things that I felt like were not explained to me
```

1   as well as they should have been, and you know, just found

2   out on my own, or not at all.  So -- but, you know, he was -

3   - he was quite knowledgeable about the product and

4   everything.

5               MR. HEINTZ:  So, what are some of those things that

6   you think he didn't tell you about, or didn't explain, or --

7               MR. BEASLEY:  I would like to confer with my

8   counsel before I attempt to answer that question, if

9   possible.

10              (Witness takes a moment to confer with his

11   lawyer.)

12              MR. HEINTZ:  Okay.  Yeah.  Let's see.  So, John,

13   are you all just muting?

14              MR. DIEFENBACH:  Oh, sorry.  I had you on mute.

15   I am so sorry.

16              MR. HEINTZ:  Okay.

17              MR. DIEFENBACH:  I was going to say -- yeah,

18   we'll just both mute our camera and our microphone.  Gary,

19   if you can mute your camera and your microphone, and then

20   you can give me a call.  And, like I said, I'm not going to

21   give -- I'm not going to -- you know, of course, I'm not

22   going to be providing Gary with an answer.  But --

23              MR. HEINTZ:  Right.

24              MR. DIEFENBACH:     -- I want to make sure that

25   whatever answer he gives isn't something that is

28

1   privileged --

2            MR. HEINTZ:  No.  Yeah.

3            MR. DIEFENBACH:  -- and so forth.  So, I'll do

4   that.  And do you want to just take a -- we should -- I

5   don't know if we want to do it with this.  So, yeah, wait

6   and get your answer -- your question answered, but we are

7   running up on about an hour, so why don't we come back on.

8   He can answer your question and then, if you have a -- like

9   one or two follow-up questions off of that, and then we can

10  take a little bit of a longer break.

11           MR. HEINTZ:  Yeah.

12           MR. DIEFENBACH:  Does that sound good to

13  everybody?

14           MR. HEINTZ:  That sounds good.

15           MR. ROTUNDA:  Sounds good to me.

16           MR. DIEFENBACH:  Okay, so let's mute, Gary, and

17  close your -- mute your camera and mute your microphone.

18  And then give me a call, and we can discuss real quickly,

19  and then get back on.

20           (A brief conversation is held off the record

21  between Gary Beasley and his counsel, John Diefenbach.)

22           MR. DIEFENBACH:  All right.  You there, Jeramy?

23  I think you're on mute.  Can you hear me?  Jeramy, you're on

24  mute.  Are you there, Jeramy?

25           MR. BEASLEY:  All right, I'm back.

29

1          MR. DIEFENBACH:  Okay.  Is -- right now, they're

2    muted.  If they come back on --

3          MR. ROTUNDA:  And this is Joe.  I'm here.  I just

4    texted Jeramy to let him that he's on mute.

5          MR. DIEFENBACH:  Ah, okay.

6          MR. ROTUNDA:  He says he can't get off mute.

7          MR. DIEFENBACH:  Oh, no.  That's --

8          MR. ROTUNDA:  I know, right?  Something -- that's

9    a feature I think we'd like a lot in real life, being able

10   to mute somebody and they can't -- they can't get off mute.

11         MR. DIEFENBACH:  Yeah.  Yeah.

12         MR. ROTUNDA:  On a videoconference, it may not be

13   quite a --

14         MR. HEINTZ:  All right.

15         MR. ROTUNDA:  Hey, there he is.

16         MR. DIEFENBACH:  Ah, there we go.

17         MR. HEINTZ:  Can you all hear me now?

18         MR. ROTUNDA:  Yeah.

19         MR. DIEFENBACH:  Yeah.  We got you.

20         MR. HEINTZ:  All right, so --

21         MR. DIEFENBACH:  Okay.  You may want to repeat

22   the question, just so he's sure and --

23         MR. BEASLEY:  Yeah, if you would, please.

24         MR. HEINTZ:  Okay, so we'll go back.  I think Mr.

25   Beasley had said that, you know, there were some things that

30

1   Mr. Tierney didn't explain to him, or that he wished he

2   would have, I think, about now, you wish he would have

3   explained.  And I just asked, "What were those -- what were

4   those things that you -- were those items of discussions

5   that you wish Mr. Tierney would have explained to you or

6   discussed with you?"

7          MR. BEASLEY:  That these people, the clients did

8   not need to be credited -- accredited investors.  And I

9   thought, "Okay, good."  Well, I found out through John

10  that --

11         MR. DIEFENBACH:  I'm going to object.  I'm going

12  to step in right here and Gary, you can answer the question.

13   But, as far as it's anything that you and I discussed, I'm

14  going to instruct you to not relay that, because that's

15  attorney-client privileged information.  So, don't talk

16  about anything that you and I discussed.  And then also, if

17  it's -- if you're going to say anything about what actions

18  you may have taken or so forth, I'm going to instruct you to

19  not answer the question as well, under the Fifth Amendment.

20         But, as far as anything that Mr. Tierney, or A

21  Better Financial Plan or Par Funding may have told you, or

22  did not tell you, then please, go ahead and answer the

23  question.  Do you understand that, Gary?

24         MR. BEASLEY:  Yes.

25         MR. DIEFENBACH:  So, don't -- let me repeat.

31

1    Don't -- I don't want you to say anything.  I'm going to

2    instruct you not to say anything that was discussed between

3    you and I.  Okay?  That's privileged.  Don't --

4            MR. BEASLEY:  Right.

5            MR. DIEFENBACH:  Don't say anything that was

6    discussed between you and I.  And also --

7            MR. BEASLEY:  Right.

8            MR. DIEFENBACH:  -- don't say anything within --

9    with regards to what actions you have taken that might be --

10   you know, that are potentially incriminating.  What I want

11   you -- what you can answer is say what -- what, if anything,

12   Mike Tierney, or A Better Financial Plan, or Par Funding did

13   not or did say to you.  You understand that?  So only --

14           MR. BEASLEY:  Yes.

15           MR. DIEFENBACH:  -- answer that part.  You may go

16   ahead and answer.

17           MR. BEASLEY:  Okay, so Mike explained to me that

18   you did not need -- these investors did not need to be

19   accredited investors, because it's part of the questions on

20   the subscription agreement.  And I wished he would have

21   explained more.

22           MR. HEINTZ:  So, Mr. Tierney told you they didn't

23   need to be accredited investors.  Did anybody tell you they

24   needed to be accredited -- accredited investors?

25           MR. BEASLEY:  No.

32

1    MR. HEINTZ:  You know, is there anything else you
2    wish Mr. Tierney would have explained more thoroughly, or
3    told you at all?
4           MR. BEASLEY:  Not that I can recall at the moment.
5           MR. ROTUNDA:  Let me just ask, did Mr. Tierney
6    ever tell you that the merchant cash advance product may be
7    a security?
8           MR. BEASLEY:  No, he did not say that.
9           MR. ROTUNDA:  Did Mr. Tierney ever talk to you
10   about something referred to as Rule 506?
11          MR. BEASLEY:  No.
12          MR. ROTUNDA:  Okay.
13          MR. HEINTZ:  Did Mr. Tierney ever tell you about
14   any kind of regulatory action against CBSG or Par Funding?
15          MR. BEASLEY:  No.
16          MR. DIEFENBACH:  I'm going to object real quick
17   as to time.  It's kind of vague.  If you can, be more
18   specific as to timing, and then ask that question.  And
19   Gary, listen to the timing of the question and then answer
20   it.
21          MR. HEINTZ:  Right.  So, when you called -- when
22   you were -- decided to move forward and sell your securities
23   business, and you called and you spoke with Mike Tierney,
24   leading up until when you started offering these merchant
25   cash advances, any time between then did -- were you told by

1    Mike Tierney, or anybody at A Better Financial Plan, about

2    those regulatory orders in Pennsylvania or New Jersey?

3            MR. BEASLEY:  No.

4            MR. ROTUNDA:  And I think I know -- I think I

5    know, kind of, where this one's going and I'm just going to

6    do it in the interest of time, because I know we're talking

7    about maybe taking a more extended break.  I don't want to

8    put words in anybody's mouth, but I just -- my dog is

9    talking, so I'm going to turn it over to Jeramy.

10           MR. HEINTZ:  Sorry, were -- Joe, were you done?  Or

11   no, your dog interrupted you.

12           MR. DIEFENBACH:  I think he's waiting for the dog

13   to stop -- to stop barking.

14           MR. ROTUNDA:  Okay.  I think they have something

15   to say.  I was just going to ask if Mike Tierney ever talked

16   to you about those two regulatory orders?

17           MR. HEINTZ:  I heard him.  Did Mike Tierney ever

18   talk to you -- talk to you about those regulatory orders?

19           MR. BEASLEY:  Is this an extension of your last

20   question or a separate question?

21           MR. ROTUNDA:  It's separate.  You can strike my

22   question, and Max's question, and Fred's question, and just

23   go ahead with what Jeramy's asking.

24           MR. BEASLEY:  Okay.

25           MR. HEINTZ:  Yeah, it was just, did Mike Tierney

34

1    ever discuss the regulatory orders in New Jersey or

2    Pennsylvania with you?

3          MR. BEASLEY:  No.  I'm -- excuse me.  Only after

4    he got a call from Earl Franklin, and Earl was questioning

5    him, and Mike called me to explain what it was.

6          MR. HEINTZ:  Okay.  Yeah, so after there was

7    prompting, he told you.  And just a few more, then we'll set

8    up for the break.  Do you remember, or do you know, what

9    Mike Tierney's email address is?

10          MR. BEASLEY:  I text him all the time.  I would

11    have to look up his address.  I don't even know if I have

12    his email address, frankly, but I probably do somewhere.

13          MR. HEINTZ:  Okay.  Let me --

14          MR. BEASLEY:  But we texted and phone called most

15    all the time.

16          MR. HEINTZ:  Let me see if I can -- so, throughout

17    this -- throughout your time selling, you know, notes and --

18    these notes for merchant cash advances, is Mike Tierney the

19    one you would reach out to for advice, or turn to him for

20    questions?

21          MR. BEASLEY:  Yes, most all the time.

22          MR. HEINTZ:  Is there anybody else at A Better

23    Financial Plan that you would reach out to, if you had, like

24    a question or anything like that?

25          MR. BEASLEY:  No.  I have spoken with John, the

35

1  attorney, about some questions within the subscription

2  agreement, or this or that.  But, it was either Mike or

3  John.  That's really all.

4          MR. HEINTZ:  Okay.  All right.  I think we can go

5  ahead and take a break now.  And I'm still going to stay on

6  this subject.  I want to go through the agent list.  I

7  have -- or agent guide.  I have a few more questions, but I

8  can touch on those after a break.

9          MR. BEASLEY:  I can go for a little bit longer,

10  since I just took a break.  But, if everybody --

11          MR. DIEFENBACH:  Yeah, Gary -- Gary prolonged the

12  phone call to take a bathroom break.

13          MR. HEINTZ:  Oh, okay.

14          MR. DIEFENBACH:  Yeah, he didn't think of the

15  rest of us.

16          MR. BEASLEY:  That's what I said.  Yeah.

17          MR. HEINTZ:  All right.

18          MR. ROTUNDA:  It's up to -- it's completely up to

19  you all.

20          MR. HEINTZ:  Yeah.

21          MR. DIEFENBACH:  I'm okay to go a little bit

22  longer, but I don't want to go too much longer.  So, if

23  everybody wants to break now and I don't have --

24          MR. HEINTZ:  I think we can break now.  I'm having

25  an issue with my Adobe.  Everything's just white, so I need

36

1    to work on that, so I can share the screen.

2           MR. DIEFENBACH: When do you want to come back

3    on, like --

4           MR. HEINTZ: Let's do 10 minutes.

5           MR. DIEFENBACH: -- 11:00?

6           MR. HEINTZ: 11:00, yeah.

7           MR. DIEFENBACH: Okay.

8           MR. HEINTZ: 11:00.

9           MR. DIEFENBACH: Yeah, that works. Great.

10          MR. HEINTZ: Okay.

11          MR. DIEFENBACH: Okay. So, Gary, go ahead and

12   mute and mute your thing -- mute both. And then, if you

13   need to call me, go ahead and call me. If not, just come

14   back on at 11:00, okay?

15          (A ten-minute break was taken.)

16          MR. HEINTZ: All right, so we're recording. Mr.

17   Beasley, I'll just remind you that you're under oath. We

18   just got back from about a 10-minute break.

19          So, I'm going to go ahead and share my screen real

20   quick. We were, kind of, talking through the agent guide,

21   and talking about Mike Tierney. Now, let me see if I can

22   get this -- is it shared right now?

23          MR. BEASLEY: Yes.

24          MR. HEINTZ: Is it the agent guide?

25          MR. BEASLEY: Oh, no.

1          MR. DIEFENBACH:  No, I don't see it.  I don't see

2     anything.

3          MR. BEASLEY:  I would like to ask John a question.

4      I'd like to confer with him a moment.

5          MR. HEINTZ:  Okay.

6          MR. DIEFENBACH:  Yeah, so go ahead, Gary, and

7     mute.

8          MR. ROTUNDA:  Absolutely.

9          MR. DIEFENBACH:  Mute and -- your camera and your

10    microphone and give me a call real quick.

11         MR. HEINTZ:  Joe, can you see the agent guide?

12         MR. DIEFENBACH:  Yep.  I see it.  It's there.

13         MR. ROTUNDA:  I see it.

14         MR. DIEFENBACH:  Okay, so we'll be back on in

15    just a second, and it looks like everything's ready to go.

16         MR. HEINTZ:  Okay.

17         MR. ROTUNDA:  Take your time.

18         MR. DIEFENBACH:  Okay.

19         (Witness takes a moment to confer with his

20    lawyer.)

21         MR. DIEFENBACH:  All right, we're coming back on.

22     Jeramy, are you there?

23         MR. HEINTZ:  I'm here.

24         MR. DIEFENBACH:  Okay.  Just to let you know

25    before we go on the record, Mr. Beasley explained to me, as

1   he thought over the break, there was something that you had

2   asked him a question about that he realizes now, something

3   he didn't recall, that he thinks his answer was not entirely

4   accurate.

5           MR. HEINTZ:  Okay.

6           MR. DIEFENBACH:  So, I discussed that with him

7   and so, the options are, either you guys can go back on and

8   give him an opportunity to explain, to answer the question,

9   or I can just ask him at the end.

10          So, whichever you prefer, but I want to give him

11  the opportunity, since he thought of it, and he wants to

12  make sure he's entirely accurate in what he says, to give

13  him the opportunity to do that.  So, you can either do it

14  now or we'll do it at the end, whichever you decide.

15          MR. HEINTZ:  No, we can go ahead and do now, so

16  he -- yeah.

17          MR. DIEFENBACH:  Okay.  Then, whenever you want

18  to go on the record, do you want me to bring it up?

19          I'll tell you what it had to do with, and then you

20  can ask the question if you want.  It had to do with the

21  question regarding whether or not Mike Tierney brought up

22  506B and whether or not he explained that this was a

23  security, or it could be a security.

24          So, I'll let him explain in his -- you know,

25  whatever he has to say, but he wanted to clarify that.

39

1           MR. HEINTZ:  All right.

2           MR. DIEFENBACH:  Okay.  Yep.

3           MR. HEINTZ:  Okay, Mr. Beasley, do I need to re-ask

4    the question, or do you just want to start it, explaining?

5    I believe the question was, did Mike Tierney ever talk about

6    Rule 506 with you?

7           MR. BEASLEY:  Okay.  The answer to that is no.

8    But, he did say that, under Section D, it is -- it is

9    regulated under Section D and is not considered a security

10   that needs to be registered, or under Section D, it's

11   allowable.

12          MR. HEINTZ:  Did he say why it was allowable?

13          MR. BEASLEY:  No, not that I --

14          MR. HEINTZ:  Was he talking about Regulation D?

15          MR. BEASLEY:  Yeah, Regulation D.

16          MR. ROTUNDA:  Joe, does that cover the -- I

17   believe you asked him if it was a security, if Mike Tierney

18   ever said it was a security, or if he ever discussed 506.

19   And so, Mr. Beasley just said, under Regulation D, it was a

20   security that did not need to be registered, correct?

21          MR. BEASLEY:  That's correct.

22          MR. HEINTZ:  Okay.  Okay.  All right.  Well, thank

23   you for that clarification.

24          MR. BEASLEY:  Okay.

25          MR. HEINTZ:  All right, so are we still -- are we

40

1   still seeing my screen here, the agent guide?

2          MR. BEASLEY:  Yes.

3          MR. HEINTZ:  Okay, so I want to go back to this.

4   So, this guide is something you said you didn't know if it

5   was from Mike Tierney or if he told you to call John.  So,

6   do you remember, did John send you this document or did Mike

7   Tierney?

8          MR. BEASLEY:  I do not recall which one --

9          MR. HEINTZ:  Okay.

10          MR. BEASLEY:  -- gave it to me.

11          MR. HEINTZ:  And so, either way, you received this

12   document.  And then, did you start going down this

13   checklist?

14          MR. BEASLEY:  Yes.

15          MR. HEINTZ:  Okay, so you contacted John Pauciulo

16   and paid him the money to start the wheel rolling, the ball

17   rolling, I guess?

18          MR. BEASLEY:  Yep, uh-huh.

19          MR. HEINTZ:  Okay and so, he drafted up the

20   documents you would use for merchant?

21          MR. BEASLEY:  Yes.

22          MR. HEINTZ:  And he helped -- he set up Merchant as

23   a Delaware corporation?

24          MR. BEASLEY:  Yes.

25          MR. HEINTZ:  So, Merchant didn't exist until you

41

1  engaged Mr. Pauciulo and had him start his work, correct?

2            MR. BEASLEY:  I didn't hear the first part of that

3  question.

4            MR. HEINTZ:  Okay.  Merchant Growth and Income

5  Funding didn't exist until you made this contact with John

6  Pauciulo and paid him the initial $5,000.00?

7            MR. BEASLEY:  Yeah, that was the beginning of it.

8            MR. HEINTZ:  Okay.

9            MR. BEASLEY:  Yeah.

10           MR. HEINTZ:  And so, did you come up with the name

11  of Merchant Income Growth and Funding or --

12           MR. BEASLEY:  Yes.

13           MR. HEINTZ:  And where did you open the bank

14  account?  They say, number six, right here, they -- you need

15  to open a bank account.  Where did you end up opening your

16  bank account for your fund?

17           MR. BEASLEY:  At the bank I was using at the time,

18  Wells Fargo.

19           MR. HEINTZ:  Okay.  Do you know why they suggested

20  these three banks?

21           MR. BEASLEY:  No.

22           MR. HEINTZ:  They never said why?

23           MR. BEASLEY:  No, never said why.  Let's see, "You

24  will open a bank account at" -- no, he -- but, since I had

25  mine at Wells Fargo, I just set it up there.  And I didn't -

42

1   - I just assumed that was -- one of those three was just a

2   recommendation or maybe what they used, and so, I chose the

3   Wells Fargo.

4            MR. HEINTZ:  Okay and who is Michelle Price?

5            MR. BEASLEY:  She is the CPA that works for ABC

6   Management Company, LLC, to my knowledge.  To my knowledge,

7   I've got that correct.

8            MR. HEINTZ:  ABFP Management Company?  I believe

9   you said ABC.

10            MR. BEASLEY:  Oh, yeah.  AB -- ABFP.

11            MR. HEINTZ:  Okay, so -- and I see that name here

12   in this paragraph.  Is it -- when was the first time you

13   heard this name, or saw this name, this entity, ABFP

14   Management Company?

15            MR. BEASLEY:  In this letter.

16            MR. HEINTZ:  So, at the presentation, or in the

17   advertisement all leading up to this, you never -- you never

18   heard that name before, or seen that name before?

19            MR. BEASLEY:  I don't recall it.

20            MR. HEINTZ:  What was the name of the entity that

21   was used in the advertisement, presentation, leading up

22   until this point?

23            MR. BEASLEY:  I don't recall.

24            MR. HEINTZ:  Was it A Better Financial Plan, or was

25   it some other kind of entity, or --

43

1          MR. BEASLEY:  It was A Better Financial Plan to my

2    knowledge, but which entity or how it was stated, it's --

3    that was two and a half years ago, or something like?

4          MR. HEINTZ:  Right.

5          MR. BEASLEY:  I don't recall.

6          MR. HEINTZ:  Because -- so, back to Michelle Price,

7    did you ever talk to Michelle Price?

8          MR. BEASLEY:  A time or two.

9          MR. HEINTZ:  And what was her primary business

10   relationship with you?  Like, what did she do?  Why would

11   you talk to her, or have the need to talk to her?

12         MR. BEASLEY:  She wanted to know if she could be

13   added to my bank account, so that she could transfer the

14   funds and handle the funds.  She was on other -- everyone's

15   accounts, so that she could -- when the money came in to the

16   bank account and that she could do what she needed to do

17   with it, to send it on to Complete Business Solutions.

18         MR. HEINTZ:  And so, when she took that money out

19   of your -- or Merchant's account, where did that money go,

20   to your knowledge?

21         MR. BEASLEY:  To my knowledge -- well, it went to

22   Complete Business Solutions, to my knowledge.

23         MR. HEINTZ:  Okay.  All right, and what was the --

24   in paragraph eight here, where it start with, "Once you have

25   at least $200,000.00 total available funds?" was there a cap

44

1    on it, or was it -- just had to be at least $200,000.00?

2          MR. BEASLEY:  They preferred to have $200,000.00

3    come in at one time, with any one individual, for oh,

4    accounting purposes, I suppose.  I think they just preferred

5    that, rather than dealing with smaller amounts of money.  I

6    think it was a -- that's my assumption.

7          Other than that, there's no -- when I had -- when

8    I went -- when I only had less, I would call Mike and he --

9    they -- he said, "Okay.  You can -- you can send that."

10         MR. HEINTZ:  When you say Mike, you're talking

11   about Mike Tierney?

12         MR. BEASLEY:  Yeah.

13         MR. HEINTZ:  Okay, so if you had less than 200, but

14   enough, he would -- he would let you go ahead and complete

15   the rest of the transaction?

16         MR. BEASLEY:  Yeah, if I didn't have another

17   customer that was going to be coming in quick, you know

18   shortly, then just -- I went -- it was okay to go ahead and

19   send the money in that case.

20         MR. HEINTZ:  So, we've got to get -- number nine,

21   and here's something I want to touch on.  It's all

22   throughout all these documents.  In number nine, it starts,

23   "The MCA Investment Company."  Did Merchant ever execute

24   notes or invest with another MCA or -- company, other than

25   Par Funding?

45

1              MR. BEASLEY:  Did who?

2              MR. HEINTZ:  Did Merchant -- sorry, did you or

3    Merchant -- I'm just referring to it as Merchant, Merchant

4    Growth and Income Funding.

5              MR. BEASLEY:  Okay.

6              MR. HEINTZ:  Did Merchant ever execute notes or

7    invest with another merchant cash advance company, other

8    than CBSG and Par Funding?

9              MR. BEASLEY:  No, Merchant Growth and Income

10   Funding, LLC, my fund did not invest with anyone but

11   Complete Business Solutions.

12             MR. HEINTZ:  Did Mike -- did Mike Tierney, or Dean

13   Vagnozzi, or anybody at A Better Financial Plan, did they

14   ever talk about another MCA investment company?

15             MR. BEASLEY:  Not to me they didn't.

16             MR. HEINTZ:  So, they're only -- the only

17   investments you were making in their financial plan we're

18   dealing with were Par Funding and Complete Business

19   Solutions Group, to your knowledge?

20             MR. BEASLEY:  Correct.

21             MR. HEINTZ:  So, did you ever ask why this

22   document, the PPM, any of the documents never directly

23   referred to Par Funding or Complete Business Solutions

24   Group?

25             MR. BEASLEY:  Yes, I can -- my understanding was

1    that Par Funding is the -- was the marketing arm of the

2    organization.  And Complete Business Solutions did the --

3    you know, was the parent company with the Business

4    Administration and so forth.  That's my understanding.  That

5    is my understanding.

6                MR. HEINTZ:  Right.  But, I still think -- were you

7    ever told, or did you ever ask, why they never explained

8    that in any of those documents, and they just refer to it in

9    this document, and other documents, just as a merchant cash

10   advance company, or merchant cash -- MCA investment company?

11               MR. BEASLEY:  You know, this is just a -- in my

12   opinion, an instruction page, and it was no more than, you

13   know, just a page in the steps to get things set up, so --

14               MR. HEINTZ:  Okay.

15               MR. BEASLEY:  -- it was -- it seemed to be clear

16   to me, so --

17               MR. HEINTZ:  All right.  We'll touch on that again

18   in the other documents.  But, we'll --

19               MR. BEASLEY:  Okay.

20               MR. HEINTZ:  -- we'll keep moving.

21               MR. BEASLEY:  Okay.

22               MR. HEINTZ:  So, we're talking about payment here.

23    What was Merchant paying to A Better Financial Plan?

24               MR. DIEFENBACH:  Objection.  Oh, are you talking

25    about Merchant Growth when you're saying merchant?

47

1          MR. HEINTZ:  Yeah, Merchant Growth, sorry.

2          MR. DIEFENBACH:  Okay.  Okay.

3          MR. HEINTZ:  I'll refer to them as Merchant Growth.

4          MR. DIEFENBACH:  Okay.  I just wasn't sure if you

5     were referring to another entity or not.

6          MR. HEINTZ:  Got you.  Got you.

7          MR. DIEFENBACH:  Yeah, if you're referring to

8     Merchant Growth, Mr. Beasley's entity, then yeah, go ahead

9     and answer the question.

10         MR. HEINTZ:  Okay.  Yes, Merchant Growth.  What did

11    Merchant Growth pay A Better Financial Plan?

12         MR. BEASLEY:  They -- they paid them an override,

13    you know, a split on the commission.  You know, they had to

14    get -- you know, they -- they had to get paid, too.  And so,

15    that -- that went to -- that went to their company for their

16    portion of the override.  And --

17         MR. DIEFENBACH:  If I may step in, I think Mr.

18    Beasley might be confused.  Jeramy, if you could repeat the

19    question and --

20         MR. HEINTZ:  Yeah.

21         MR. DIEFENBACH:  -- let him know that this is his

22    entity that you're talking about, because I think he's

23    thinking of Par Funding.

24         MR. HEINTZ:  Oh, okay.  Okay.  So, Mr. Beasley,

25    let's look at number nine here.  Merchant Growth is going to

48

1    get paid 20 percent annually in 12 payments.  You see that?

2              MR. BEASLEY:  Yes.

3              MR. HEINTZ:  Is that what would happen?  Is that

4    what would happen, Mr. Beasley?

5              MR. BEASLEY:  I'm thinking through the mechanics

6    here.

7              MR. HEINTZ:  Okay.

8              MR. BEASLEY:  So, as it states, it's -- the

9    merchant cash advance company is paying my fund the 20

10   percent, 12 equal payments.  (Inaudible) will pay your

11   investor his or her monthly cut, portion, for -- from that

12   20 percent in 12 equal payments.

13             MR. HEINTZ:  So, let me stop you there.  So, in

14   this case, Merchant Growth was being paid 20 percent

15   annually, in 12 equal payments, by Par Funding.  And that

16   money would go into your account, the -- I mean -- sorry --

17   Merchant Growth's account?

18             MR. BEASLEY:  Yes.

19             MR. HEINTZ:  And then, Michelle would access that

20   money and pay that to Merchant's investors, Merchant

21   Growth's investors.

22             MR. BEASLEY:  Yeah.

23             MR. HEINTZ:  Is that correct?

24             MR. BEASLEY:  Yeah, to -- she would pay what was

25   due to the investors and then, what was also due to A Better

49

1   Financial Plan Management Company.

2          MR. HEINTZ:  And so, she would pay them.  That

3   would be 25 percent.  Now, 25 percent of what?  Of, like --

4   of revenue for the fund, or what was that 25 percent linked

5   to?

6          MR. BEASLEY:  The interest that was paid from the

7   business owner for the loan.  That amount of interest

8   payment that they were paid, they sent 20 percent of it to

9   me and so forth, and the 75 -- as it says in the last

10  sentence, the 75 percent balance remained in my fund, which

11  was my fee.

12         MR. HEINTZ:  Okay and so, what were you paying A

13  Better Financial Plan Management Company for?

14         MR. BEASLEY:  To invest the money to small and

15  medium-sized businesses.

16         MR. HEINTZ:  So, they -- they got -- I just want to

17  understand.  They got 25 percent of -- for investing for the

18  fund, for the Merchant Growth fund?

19         MR. BEASLEY:  Yes.

20         MR. HEINTZ:  Did they perform any other functions

21  for Merchant Growth?

22         MR. BEASLEY:  Michelle did the bookkeeping to do

23  all the accounting.

24         MR. HEINTZ:  And so, this 25 percent fee, this

25  wasn't a fixed fee.  If you brought in a million dollars,

50

1    obviously more would be coming back, so they would get paid

2    more based off -- based off what you were raising.  Is that

3    how you understood it?

4              MR. BEASLEY:  Yeah.  Yeah, it's all on a

5    percentage basis, yeah.

6              MR. HEINTZ:  Okay and number 12 -- I know I had

7    asked you earlier about Mike Tierney's email address.  Is --

8    number 12, is that -- is that his email address, to your

9    knowledge, or do you recollect that?

10             MR. BEASLEY:  The toolbar is --

11             MR. HEINTZ:  Oh.

12             MR. BEASLEY:  -- off my screen.

13             MR. HEINTZ:  Sorry.

14             MR. BEASLEY:  If you can, scroll up a little bit.

15

16             MR. HEINTZ:  Is that --

17             MR. BEASLEY:  I don't know how to --

18             MR. HEINTZ:  Is that --

19             MR. BEASLEY:  I don't know how to move it.

20             MR. HEINTZ:  Is this better?

21             MR. BEASLEY:  Yes.  So, question 12, "Any

22   questions" -- yeah, "reach out to Mike Tierney and/or

23   Anita."  Anita was in the office, in the accounting office

24   as well, along with Michelle.

25             MR. HEINTZ:  So, she helped Michelle?  Anita did?

51

1           MR. BEASLEY:  Yes, and she was an assistant to
2    Michelle, as I understood it.
3           MR. HEINTZ:  And what was her -- do you know her
4    full name?
5           MR. BEASLEY:  Oh, I've seen it in emails, but --
6    and so forth, but -- and spoke to her.  But, I can't think
7    of her last name.
8           MR. HEINTZ:  Okay, so going back, have you ever
9    emailed -- have you ever emailed Mike Tierney?
10          MR. BEASLEY:  I can't remember if I've emailed
11   him, but I've spoke to him and talked -- and texted him on
12   many occasions.
13          MR. HEINTZ:  But, to your knowledge, this
14   Mike@ABetterFinancialPlan.com, that's his -- that's how you
15   would reach out to him, and same with Anita, with
16   Anita@ABetterFinancialPlan.com?
17          MR. BEASLEY:  Yes, that's his email, whether -- I
18   can't remember using it.  Now, I did communicate with Anita
19   and -- well, I probably did email Mike, come to think about
20   it, from -- yeah.  And I guess it was that address.  I'm
21   sure it was.
22          MR. HEINTZ:  Okay.  Okay, so I'm going to move down
23   to the next page.  I don't think I have any -- so, these
24   look like instructions if you were using qualified money.
25          MR. BEASLEY:  Yeah.  Yeah, there was different

52

1    instructions for the qualified money.

2            MR. HEINTZ:  Who picked CamaPlan?

3            MR. BEASLEY:  I don't know.  They did.  They just

4    said that's the third party company that they hire -- they

5    hired -- they use for self-directed IRAs money.

6            MR. HEINTZ:  When we get cash investors.  I'm

7    trying to see -- so, just to clear something up, right here,

8    it says, "The management agreement prohibits us from

9    providing accounting advice."  But, you had just said that

10   Michelle did the bookkeeping and accounting for Merchant

11   Growth, so is that a true statement there, what they're

12   saying, the management agreement prohibits them from

13   providing accounting advice?

14           MR. BEASLEY:  Well, I never asked, but Michelle

15   was in charge of directing the funds from my account to me,

16   and to the client, and to Dean's office.

17           MR. HEINTZ:  And so, you went else -- you went

18   elsewhere.  You had a different CPA or a different tax

19   preparer, not Michelle or anybody with A Better Financial

20   Plan?

21           MR. BEASLEY:  Exactly.  Yes, that's right.

22           MR. HEINTZ:  All right, so I'm looking at this

23   page.  This is a page that, maybe you and John discussed

24   yesterday.  So, this looks like a -- just a signature page

25   that doesn't go with any other document in this folder that

53

1    you provided.

2            We've seen doc -- other documents that this

3    document matches and it looks to be the same as a signature

4    page off a nondisclosure.  So, I just want to ask you, did

5    you sign -- ever sign a nondisclosure agreement with A

6    Better Financial Plan?

7            MR. DIEFENBACH:  If I can step in real quick

8    before Gary answers, Gary, please go -- we talked about

9    this.  Please go ahead and answer the question, but do not

10   discuss any of the things that you and I discussed.  Do you

11   understand that?

12           So, answer Mr. Heintz's question about this

13   signature page and anything he has about the document that's

14   attached to this, but do not discuss what you and I

15   discussed.  And -- go ahead.

16           MR. BEASLEY:  I'm thinking.  My memory is working

17   on this situation.

18           MR. DIEFENBACH:  Maybe, Jeramy, if you repeat

19   the question, because I -- I --

20           MR. HEINTZ:  Right.

21           MR. BEASLEY:  I believe -- I believe this -- this

22   document does belong with something else.  If it belongs to

23   this, you know these instruction pages, that doesn't really

24   make sense.  And so, I am -- I believe that this was part of

25   a nondisclosure agreement, but I'm not sure of that.

54

1           MR. HEINTZ:  Okay.  Do you remember ever signing a

2    nondisclosure agreement?

3           MR. BEASLEY:  I am sure I did because they were

4    adamant about signing a nondisclosure.

5           MR. HEINTZ:  And if you can -- if you can't, that's

6    okay.  Do you remember who that nondisclosure was between?

7    You and who?

8           MR. BEASLEY:  I -- I don't know for sure, because

9    I don't, you know, recall the document.  I -- I couldn't

10   tell you.  I don't know which entity that went to, frankly.

11          MR. HEINTZ:  Okay.  All right.  Okay.  We'll come

12   back to that, maybe.  I just, kind of, want to touch -- and

13   a lot of these -- we're not going to discuss at length, a

14   lot of these exhibits.  But, I just want to touch on some of

15   them.

16          These are the -- I guess, the formation documents

17   for the Delaware -- for Merchant Growth.  Is that correct?

18          MR. BEASLEY:  Yes, it -- yeah.  Appears to be,

19   yeah.  May 11th of '18.

20          MR. HEINTZ:  And those were -- those were drafted

21   by John Pauciulo?

22          MR. BEASLEY:  That's right.

23          MR. HEINTZ:  I don't know how to say his name, so

24   that's how I've decided to --

25          MR. BEASLEY:  Me neither.

1    MR. HEINTZ: All right. Let me see here. And

2    there's your official -- so, this is the management services

3    agreement, executed between Merchant Growth -- and so, here,

4    I'm just going to job your memory a little bit. You had

5    said that you had visited Philadelphia and their offices in

6    the fall of '18. So, could it have been the fall of '17 or

7    prior to this, this May 2018?

8    MR. BEASLEY: I don't remember what I did last

9    Tuesday (inaudible) then. But -- so, May of '18. No. I

10   don't know if it was in the fall of '17. I could look it up

11   in some records and probably come up with -- with a date

12   that -- when I went up there.

13        But, it took me a while, a little while to make

14   the decision. And then, I had to find a buyer to sell my

15   securities business, because I had to get out of that before

16   I could join up with this. And so, that took a while. It

17   took -- took a -- took longer than I wanted it to take,

18   obviously.

19        But -- so, I might -- I may have went up, you know

20   met them in say, January or February, or something like

21   that. But, it -- I just can't remember, but I can probably

22   find that information if I needed it.

23        MR. HEINTZ: Okay. What did I -- I took off --

24   hold on. Okay. So, that is the agreement and that's with

25   ABFP Management Company. So, that's who Merchant Growth is

                                                                    56

1    contracting with.  That's who Merchant Growth is going to be

2    dealing with.  Is that correct?

3              MR. BEASLEY:  Yes.

4              MR. HEINTZ:  Okay.  I think I'm almost done with

5    this exhibit.  But, there's a few more and again, this is --

6    looks to be repeat of that limited liability agreement.  I'm

7    trying to find -- okay.  This is page 26 of Exhibit 1.  It

8    looks hand-written.  It says "radio ad".  Did you write that

9    at the top?

10             MR. BEASLEY:  Yeah.

11             MR. HEINTZ:  Okay and was this an accurate

12   depiction of what your -- the audio of your radio ad that

13   you were running says?

14             MR. DIEFENBACH:  Objection.  I'm going to

15   instruct you Gary.  You can answer questions about this

16   particular document and you producing it.  But, with regards

17   to -- I don't want you to answer any questions under the

18   Fifth Amendment with regards to beyond that.

19             MR. HEINTZ:  That's fine.  Really, my concern

20   here -- my -- the question I have here is who wrote this

21   advertisement?

22             MR. BEASLEY:  Could you scroll down a little bit

23   more so I can read the --

24             MR. HEINTZ:  Oh, yeah.

25             MR. BEASLEY:  -- ad and make sure that this is --

1    okay.

2             MR. DIEFENBACH:  And I'm going to -- Mr. Beasley,

3    I'm going to -- I'm going to instruct you that, in the event

4    that -- that there's a third party besides yourself who

5    wrote this document, then answer the question.  But, if it's

6    not a third party that wrote this document, then I'm going

7    to instruct you to plead the Fifth.

8             MR. BEASLEY:  Well, I probably need to consult

9    with you on it to -- if I can.  So, can we have a talk about

10   it?  Can I consult with --

11            MR. HEINTZ:  Mm-hmm.  Oh, yes.  Yes, you can.

12            MR. DIEFENBACH:  Okay.  Yeah, just bear with us

13   for a minute.  Thanks, guys.

14            Just give me a call.  Mute your -- mute your

15   camera and your microphone, Gary, and give me a call.

16            (Witness takes a moment to confer with his

17   lawyer.)

18            MR. HEINTZ:  All right.  Everybody back and we can

19   hear?  Joe's dogs are back.

20            MR. DIEFENBACH:  Yeah.

21            MR. ROTUNDA:  The dogs are back.

22            MR. HEINTZ:  With a vengeance, it sounds like.  All

23   right, so we're back on.  So, the last question we last off

24   with, Mr. Beasley, was this page.  Was it --

25            MR. DIEFENBACH:  I think you need to share your

58

1    screen again, but yeah.

2              MR. HEINTZ:  Oh, okay.  You're correct.  All right,

3    everybody see it now?

4              MR. DIEFENBACH:  Yep.

5              MR. HEINTZ:  Okay, so it's page 26 of what's been

6    marked as Exhibit 1.  So, Mr. Beasley, I -- the question I

7    have for you is -- oh, who gave you this write-up of this

8    advertisement?

9              MR. BEASLEY:  I was given a template by Mike, an

10   example, and this is close to what he had given me.  I

11   modified it slightly.

12             MR. HEINTZ:  Okay, so Mike Tierney gave this to

13   you?

14             MR. BEASLEY:  A -- not this specifically, but --

15             MR. HEINTZ:  Right.  He gave you a template for a

16   radio ad?

17             MR. BEASLEY:  Yeah.

18             MR. HEINTZ:  And what about the 18337 growth?  Is

19   that something you set up or somebody else set that number

20   up?

21             MR. BEASLEY:  I set that number up.

22             MR. HEINTZ:  Okay.  All right.  Going down, so

23   Grasshopper.  What is Grasshopper?

24             MR. BEASLEY:  That's a voicemail.

25             MR. HEINTZ:  Is that what -- so, in the last page,

59

1    where it said --

2            MR. BEASLEY:  Yeah, "Call the growth number."

3            MR. HEINTZ:  Call the growth number, then this is

4    the message you would hear?

5            MR. BEASLEY:  Yes.  I used this one ad.  And then,

6    it was way too long, and people would drop off the call, so

7    I shortened it dramatically.

8            MR. HEINTZ:  Again, was there -- was there a

9    template provided for the voice message on Grasshopper?

10           MR. BEASLEY:  Let me read this.  I don't think so.

11   No, there -- there really wasn't a template per se, but I

12   did get --

13           MR. DIEFENBACH:  Okay.  I'm going to -- oh, okay.

14   If you're going to -- to the extent, Mr. Beasley, that

15   you're going to say something that you received information

16   from somebody else, please go ahead and answer that

17   question.  Anything beyond that, I don't want you to answer

18   or talk about coming up with the content to put into this

19   document.

20           MR. HEINTZ:  Let me try this.  Mr. Beasley, you can

21   answer yes or no.  Did someone else give you a template for

22   this Grasshopper message?

23           MR. BEASLEY:  Not a specific template, no.

24           MR. HEINTZ:  Was it somebody else's idea to use

25   Grasshopper?

60

1           MR. BEASLEY:  Yes.

2           MR. HEINTZ:  Was that Mike Tierney?

3           MR. BEASLEY:  Yes, a suggestion on his part.

4           MR. HEINTZ:  A suggestion, okay.  Well, and was

5    that a suggestion to -- to reach more people, to bring in

6    more investors?

7           MR. BEASLEY:  Actually, he said they had so many

8    calls coming in that they wanted to use this rather lengthy

9    message to screen out the calls, and only the more

10   interested ones would pursue --

11          MR. HEINTZ:  Okay.

12          MR. BEASLEY:  -- the phone conversation.  And I

13   wasn't getting that many calls, so I shortened it later on.

14          MR. HEINTZ:  Okay.  Let's see what else.  I think

15   this, kind of, repeats itself.  I just want to make sure, so

16   I don't put --

17          MR. ROTUNDA:  If I can just ask a clarifying

18   question, when Mike Tierney was communicating with you

19   regarding the advertisements, was he communicating on behalf

20   of A Better Financial Plan or A Better Financial Plan

21   Management Company?  Or, I guess the third option would be,

22   did he distinguish?

23          MR. BEASLEY:  He didn't distinguish, but, you

24   know, it was all regarding the management company, the

25   Complete Business -- or the merchant cash advance is what

61

1    this was concerning.

2              MR. ROTUNDA:  Was there some -- there's --

3              MR. BEASLEY:  Well, let me -- let me rethink that.

4     I'm sorry I answered that too quickly.

5              MR. ROTUNDA:  Take your time.

6              MR. BEASLEY:  No, I misstated that.  The radio ad

7     is a general ad for our product offerings.  And when the

8     people would call in, talk to them, decide which one -- you

9     know, just -- you kind of take it from there as to what they

10    might be interested in and what they were calling about,

11    what got their attention, what their situation was.

12             MR. ROTUNDA:  Would it be correct to say -- and I

13    don't want to put words in your mouth.  What -- does that

14    mean there's no distinction?  There was really no

15    distinction on behalf of who Tierney was acting on behalf

16    of, be it A Better Financial Plan or A Better Financial Plan

17    Management Company?

18             MR. BEASLEY:  I can't -- I don't -- I don't know.

19             MR. ROTUNDA:  Okay.

20             MR. BEASLEY:  I don't know the answer to that,

21    sir.

22             MR. ROTUNDA:  That's quite all right, sir.

23             MR. HEINTZ:  All right.  Joe, anything else on

24    that?

25             MR. ROTUNDA:  No.

62

1            MR. HEINTZ:  I'm going to --

2            MR. ROTUNDA:  Thank you.

3            MR. HEINTZ:  I've got one more question regarding

4    this exhibit.  Let me see if I can find what I'm trying to

5    look for here.  I'm going to look somewhere else.  Okay.

6    I'm pulling up -- it's a question off another document.

7    This document wasn't included in the exhibits, but it's

8    just, kind of, to jog your memory.

9            MR. BEASLEY:  Okay.

10           MR. HEINTZ:  Okay.  Let me get my sharing on.  All

11   right.  Are you all able to see this document?  It says --

12   it's titled at the top, "Section E: Nondisclosure --

13   Nondisclosure Agreement".  Can you all see that?

14           MR. DIEFENBACH:  Yes.

15           MR. BEASLEY:  I can.

16           MR. HEINTZ:  Okay.  All right, so I'm going to

17   scroll down.  It's actually about a two-page, three-page

18   document.  So, does that look like the signature page that

19   we -- that we showed earlier?  And I can show it again.

20   It's marked with the same tag number down here.  I'm not

21   even sure what these numbers are called.

22           Does this -- let me go to the top -- does this --

23   and you can read some of this.  Does this look like a

24   nondisclosure like, that you signed?

25           MR. DIEFENBACH:  And I'm going to object --

63

1          MR. HEINTZ:  Yeah.

2          MR. DIEFENBACH:  -- if it calls to spec -- you

3    know, calls to speculation.  But, Mr. Beasley, if you -- if

4    you do recall, then please, answer the question and let him

5    know.  But, if you're not, if you're not sure, then --

6          MR. HEINTZ:  Right, if you're not sure, I don't

7    want you -- I don't want you to --

8          MR. DIEFENBACH:  Right.  But, if you think you --

9          MR. HEINTZ:  -- try to guess.

10          MR. DIEFENBACH:  -- recall, then go ahead.

11          MR. BEASLEY:  No, I don't recall specifically.

12          MR. HEINTZ:  Okay.  Let me see if I can -- this

13    is -- I'm going to try and do something real quick.  And --

14          MR. ROTUNDA:  And while Jeramy's trying to do

15    that, I'll just ask the real quick questions.  Did you ever

16    -- are you aware of a company named Razr Financial?

17          MR. BEASLEY:  Razr?

18          MR. ROTUNDA:  It's spelled R -- yes, sir.  It's

19    spelled R-a-z-r.

20          MR. BEASLEY:  No, never heard of it.

21          MR. ROTUNDA:  Okay and I think the signatory page

22    that Mr. Heintz just displayed had a Dean and Davis Parker

23    signatures on it.  Are you aware of Dean or Davis Parker?

24          MR. BEASLEY:  Dean Vagnozzi, but not Parker.

25          MR. ROTUNDA:  Okay.  Thank you.

64

1          MR. HEINTZ:  Bear with me here.  I'm just trying to
2    get this exhibit back up and --
3          MR. BEASLEY:  While you're looking on that, I've
4    got a question I'd like to consult with John about.  Can we
5    take a quick break?
6          MR. ROTUNDA:  Yes, sir.
7          MR. HEINTZ:  Hold on.  I've got it real quick, and
8    then we'll -- and then, yes, we can take a break for --
9          MR. ROTUNDA:  Let him consult with counsel.
10          MR. HEINTZ:  Oh, okay.
11          MR. ROTUNDA:  Let's let him --
12          MR. HEINTZ:  Okay.
13          MR. ROTUNDA:  Let's let him consult with counsel.
14          MR. HEINTZ:  Okay.
15          MR. ROTUNDA:  Sure.
16          MR. HEINTZ:  Yeah.
17          MR. DIEFENBACH:  Okay.  Go ahead and mute both
18    and give me a call, Gary.
19          (Witness takes a moment to confer with his
20    lawyer.)
21          MR. DIEFENBACH:  Yeah, I think we're ready to go.
22          MR. HEINTZ:  Okay.  All right, Joe, did you have a
23    question, or can I go ahead and show -- share the screen for
24    this document?
25          MR. ROTUNDA:  Go right ahead.

65

1            MR. BEASLEY:  Yeah.

2            MR. HEINTZ:  Okay and again, as John said earlier,

3      if you're not sure, Mr. Beasley, you don't have to

4      speculate.  But -- so, here is the document you provided us.

5       Can you -- everybody see that?

6            MR. DIEFENBACH:  Yeah.

7            MR. BEASLEY:  Uh-huh.

8            MR. HEINTZ:  So, "Witness whereof undersigned have

9      hereto executed this agreement by duly authorized officer or

10     representative."  Then, we've got disclosing party, Dean

11     Vagnozzi.  We've got recipient.

12            Then, we've got ABetterFinancialPlan.com, LLC by

13     Dean Vagnozzi, sole member.  Then, again, for lack of a

14     better word, we've got this -- I don't know what you call

15     these.  It's kind of like, if it was in a series of

16     documents, or maybe a printer stamp -- I don't know --

17     M1591259.1.  So, we've got that document, but it looks like

18     it's part of another document.  So then, let me jump off.

19            Okay, so now we -- we have what here is the

20     executed -- executed nondisclosure agreement, Section E,

21     Nondisclosure.  Again, it's between this Razr MCA fund,

22     ABetterFinancialPlan.com, LLC, and Dean Vagnozzi as an

23     individual.  You'll see each page is marked with the same

24     M1591259.1.

25            So again, does this represent or look like the

66

1   nondisclosure that doesn't seem to be in the documents that

2   you provided to us?

3         MR. DIEFENBACH: And again, just, Mr. Beasley, to

4   the extent that you have personal knowledge and you recall,

5   then please, answer their question. But, don't speculate.

6         MR. ROTUNDA: And if I -- just -- just to

7   interject -- and I know it's a longer document -- is this

8   the type of document that may be more appropriate for us to

9   provide you a copy of, after this proceeding and maybe you

10   can get back with us and just let us know whether or not it

11   looks like the nondisclosure agreement that -- or any other

12   document that may have been provided to Mr. Beasley?

13         MR. DIEFENBACH: If you want to provide that to

14   us, yeah, we can look at it and see, and he can discuss.

15   But, I -- I don't know, unless he can track down or he can

16   get a copy of --

17         MR. ROTUNDA: Sure.

18         MR. DIEFENBACH: -- the one he actually signed

19   that he can -- you know, how well he's going to be able to

20   answer that question to -- you know, to compare the two

21   documents.

22         MR. ROTUNDA: Yeah. Totally. I --

23         MR. DIEFENBACH: But, you can certainly try.

24         MR. ROTUNDA: -- totally, totally --

25         MR. DIEFENBACH: You can certainly --

1           MR. ROTUNDA:   -- get that.

2           MR. DIEFENBACH:   -- try.

3           MR. ROTUNDA:   I totally get that and (inaudible).

4           MR. BEASLEY:   I could look again to see if I can

5     find a copy of that document.

6           MR. HEINTZ:   Okay.

7           MR. DIEFENBACH:   If he does find it, then we will

8     -- we will for sure provide that to you, so you have that.

9           MR. HEINTZ:   Right.

10          MR. ROTUNDA:   Great.

11          MR. DIEFENBACH:   But, it very well may be that he

12    signed it, it got sent over to A Better Financial Plan, and

13    they did not -- he did not make a copy of it before he sent

14    it to them.

15          MR. HEINTZ:   Oh, I've got you.

16          MR. ROTUNDA:   Yeah, completely understand.

17          MR. DIEFENBACH:   Yeah.

18          MR. HEINTZ:   So, the documents that we've been

19    going through, this Exhibit 1, was that a -- like a -- was

20    that like a large packet of documents?  Like -- so, we've

21    got the agent guide, Section A: Getting Started, you know,

22    and so, you go through there.

23          Then, we've got Section B:  Paperwork

24    Instructions, Section C:  Other Information.  Then, there's

25    -- on the other one, that's -- Section E is the

68

1    nondisclosure.  So, was -- is that how that came, in like a

2    big packet of documents, Mr. Beasley?

3            MR. BEASLEY:  Yeah, there was -- there was several

4    things to go through and sign.  The -- a lot of that is John

5    producing -- John's office producing the documents and then,

6    you know, sending them back for my signature, or just

7    sending them back for my file.

8            MR. HEINTZ:  Okay.  I'm going to go through a few

9    more.  I don't think we're going to get to all these

10   exhibits today, but I'm just going to, kind of, move through

11   a little quicker, because I know we're, kind of, getting

12   long.  But -- so, I'm going to go to Exhibit 2.  I'll bring

13   it up here.

14           All right.  Can everybody see that?

15           MR. DIEFENBACH:  Yep.

16           MR. HEINTZ:  Okay.

17           MR. BEASLEY:  Yeah.

18           MR. HEINTZ:  So, this looks like photocopy of, like

19   a folder.

20           MR. BEASLEY:  Yes.

21           MR. HEINTZ:  So, where did you get these documents,

22   this folder and all the documents that were in it?

23           MR. BEASLEY:  A -- that was given to -- sent -- a

24   package of -- a box of those, like a dozen or so, were sent

25   to me from Complete Business Solutions.

69

1           MR. HEINTZ:  Okay.  Did you ever receive any of
2    these from any other merchant cash advance company?
3           MR. BEASLEY:  No.
4           MR. HEINTZ:  Was this the only, kind of, documents
5    that you would hand out to clients?
6           MR. BEASLEY:  That's just a pocket folder
7    specifically, and then, I collected some of those documents.
8     That document I printed off the internet to show people,
9    the attorney, "There's my picture I took while I was sitting
10   in the training room."  And you can --
11          MR. HEINTZ:  So, this is -- this is where that
12   presentation was, or where you -- when you went to
13   Philadelphia?
14          MR. BEASLEY:  That's right, and you can look
15   through and see the front door of -- or the front window and
16   front door.  And then, these -- the people, the employees
17   working on their computers there.
18          MR. HEINTZ:  Okay.  Who created this, or gave you
19   this?  This came from Complete Business Solutions Group,
20   this flowchart?
21          MR. BEASLEY:  No.
22          MR. DIEFENBACH:  I'm going to object here.  And,
23   Mr. Beasley, to the extent that you received this from -- to
24   the extent you received this from a third party, or a third
25   party had input into this, then please, answer the question.

70

1    Otherwise, I'm going to instruct you to invoke your Fifth

2   Amendment Right.

3           So, go ahead and answer the question.  If you

4   received this or received input from a third party, please

5   answer and let them know.

6           MR. BEASLEY:  Well, I received input from a third

7   party to understand everything.

8           MR. HEINTZ:  Well, who gave -- who gave -- did

9   you -- I guess, did a third party create this flowchart?

10          MR. BEASLEY:  John, I guess we need to speak.

11          MR. DIEFENBACH:  To save time, Mr. Beasley, if --

12  if a third -- if you -- if a third party created this, then

13  you can answer the question.  And, if a third party did not

14  create this document, then I just want you to invoke your

15  Fifth Amendment Right.  So, who created it?

16          MR. BEASLEY:  I'll invoke my Fifth Amendment

17  Right.

18          MR. HEINTZ:  I think -- and this is -- this looks

19  like to be, just general information about Par Funding.  Is

20  that correct?

21          MR. BEASLEY:  That's a page of pamphlet, brochure

22  that Par Funding uses for their marketing.

23          MR. HEINTZ:  Okay and that -- that was in the

24  folder that was provided to you by Par -- by Complete

25  Business Solutions Group?

71

1              MR. BEASLEY:  That's right.

2              MR. HEINTZ:  Okay.  That's all -- there's one thing

3       left on this Exhibit 1 that I wanted to touch on.  Let me

4       just job my memory.  Can everybody see this?

5              MR. DIEFENBACH:  Yes.  It's smaller again, so I

6       don't know if Mr. Beasley can read it.  So, you may want

7       to --

8              MR. HEINTZ:  Right.

9              MR. DIEFENBACH:  -- enlarge it.

10             MR. HEINTZ:  Okay, so this is included in all this

11      formation documents.

12             MR. BEASLEY:  Okay.

13             MR. HEINTZ:  And, at the -- at the end here, it

14      is -- a longer document than I thought -- security agreement

15      between Complete Business Solutions Group and Merchant

16      Growth and Income Funding.  Is this a document that was

17      executed when you -- when you had -- when Merchant Growth's

18      money would be invested with Par or Complete Business

19      Solutions Group?

20             MR. BEASLEY:  Yeah, that's a document as a part of

21      the information package or the subscription package.

22             MR. HEINTZ:  Mm-hmm.  So, who is -- who is Joe

23      Cole, Joseph Cole?

24             MR. BEASLEY:  The CFO.

25             MR. HEINTZ:  Mm-hmm.  He current -- he currently is

72

1    the CFO?

2                MR. BEASLEY:  To my knowledge.

3                MR. HEINTZ:  Okay.  Is he -- who are the owners of

4    Complete Business Solutions Group, or the principles, I

5    should say?

6                MR. DIEFENBACH:  And I'm going to object, calls

7    for speculation, unless you know, Mr. Beasley.  If you know

8    who the owners are, please, answer the question.  But, to

9    the extent that you're just guessing, don't answer it.

10               MR. BEASLEY:  Joe Cole is an owner and Perry

11   Abbonizio -- Abbonizio -- Abbonizio, he is a part owner.  And

12   that's -- and there's -- that's all I know for sure.

13               MR. HEINTZ:  Okay.  How do you know that Joseph

14   Cole is a -- is a part owner?

15               MR. BEASLEY:  On a document that I've seen in the

16   past, and noticing that he was the chief financial officer.

17               MR. HEINTZ:  And how do you know that Perry

18   Abbonizio is a part owner?

19               MR. BEASLEY:  He said -- he stated it more than

20   once.

21               MR. HEINTZ:  I'm sorry.  I missed -- I missed that.

22               MR. BEASLEY:  He's stated it more than once.

23               MR. HEINTZ:  Just in conversation?  Did he state it

24   at the presentation?

25               MR. BEASLEY:  If I recall, yes.

73

1          MR. HEINTZ:  And then, he's said it in other

2     conversations you've had with him since then?

3          MR. BEASLEY:  Yes.  A partner to what degree, I

4     don't know.

5          MR. HEINTZ:  Okay.  But you -- have you ever seen

6     any documents with Perry Abbonizio's name on them?

7          MR. BEASLEY:  No, not --

8          MR. HEINTZ:  Okay.

9          MR. BEASLEY:  -- that I can think of.

10          MR. HEINTZ:  Yeah.  And the last page of this

11     exhibit again, is the flowchart.  Is this the same one that

12     we just -- that we just looked at in Exhibit 2 that you

13     already answered on?

14          MR. BEASLEY:  It looks like it.

15          MR. HEINTZ:  Okay.  All right.  Let's see.  I'd

16     like to bring up -- Joe, do you have anything else on

17     Exhibit 1 or Exhibit 2 or --

18          MR. ROTUNDA:  Not on those, no.

19          MR. HEINTZ:  Okay.  And I'll be quick.  I know --

20     I'm not going to -- like I said, we're not going to go page-

21     by-page on all of these, all these documents.  This is

22     what's marked S28 Exhibit 3.  It's a merchant PPM.  And this

23     is a document that was drafted by John Pauciulo.  Is that

24     correct, Mr. Beasley?  I'm going to --

25          MR. BEASLEY:  Which?

74

1              MR. HEINTZ:  I'm blowing it up right now.

2              MR. BEASLEY:  Oh, okay.

3              MR. DIEFENBACH:  We don't see it.  I don't know

4    if it's not --

5              MR. HEINTZ:  Yeah.

6              MR. DIEFENBACH:  -- shared or not.

7              MR. HEINTZ:  I was going to blow it up first and

8    then -- sorry.

9              MR. DIEFENBACH:  Okay.  Perfect.  Okay.

10   Everybody see that?

11             MR. BEASLEY:  Hang on a second.

12             MR. HEINTZ:  Okay.

13             MR. DIEFENBACH:  I see it.

14             MR. BEASLEY:  Okay.  Now, I can -- I can barely

15   see it, but I can see it.

16             MR. HEINTZ:  Okay.

17             MR. BEASLEY:  Yeah.

18             MR. HEINTZ:  And that's the document you would use,

19   as far as when you're -- when you're dealing with an

20   investor or a client.  Is that correct, Mr. Beasley?

21             MR. BEASLEY:  Yeah, the PPM?  Uh-huh.

22             MR. HEINTZ:  Okay.  And this was drafted by John

23   Pauciulo?

24             MR. BEASLEY:  Yes.  Yes.

25             MR. HEINTZ:  Did -- and this was something -- you

75

1    paid him the money.  He drafted these.  He sent it to you.

2    That -- and that was it, right, or is that correct?

3              MR. BEASLEY:  That's right.

4              MR. HEINTZ:  Okay.  And so, your understanding that

5    you had signed an agreement with A Better Financial Plan

6    Management Company, correct?

7              MR. BEASLEY:  Yes.

8              MR. HEINTZ:  As far as Merchant Growth Fund, we'd

9    gone through that document and it was Merchant Growth Fund

10   executed with an ABFP Management Company.  Is that --

11             MR. BEASLEY:  That's correct.

12             MR. HEINTZ:  That -- that's correct?  Okay.  And

13   was Mr. Pauciulo, was he -- was he aware of ABFP Management

14   Company?

15             MR. BEASLEY:  Perry?

16             MR. HEINTZ:  No, Mr. John Pauciulo.

17             MR. BEASLEY:  Oh, yes.  Yeah, he knew.

18             MR. HEINTZ:  He knew what their role was to be in

19   you all's agreement, and he knew about -- all about -- or

20   did you know if he -- did he have knowledge of ABFP

21   Management Company and their role?

22             MR. BEASLEY:  I certainly would assume he does,

23   but --

24             MR. HEINTZ:  So, the reason I'm asking is, in this

25   last paragraph of page 77 in Exhibit 3, it talks about no

76

1    operating history and experience of the manager. It kind of

2    goes through that this is kind of new to you, as management,

3    but the company, meaning Merchant Growth, has entered into a

4    management agreement with A Better Financial Plan, LLC,

5    which will provide management services.

6          And it goes on and it says it again, "A Better

7    Financial Plan, LLC and its affiliates," and it talks about

8    their experience. So, my question is, is why does that not

9    say an ABFP Management Company?

10         MR. DIEFENBACH: And I'm going to object. Mr.

11   Beasley, to the extent that you have personal knowledge and

12   you know why Mr. Pauciulo drafted it this way, then please,

13   answer the question. But, if you do not know why he drafted

14   it this way, then don't speculate.

15         MR. BEASLEY: Yeah, I don't know why it's stated

16   that way.

17         MR. HEINTZ: Did you read through these documents,

18   prior to using them?

19         MR. BEASLEY: Oh, yeah.

20         MR. HEINTZ: And did you wonder why there was -- if

21   the entity that was going to be doing the management, and

22   the only entity that would be doing the management with

23   Merchant Growth, did you wonder why it wasn't listed here as

24   an ABFP Management Company?

25         MR. BEASLEY: Hmm. I probably need to consult

77

1    with my attorney on that answer, so can I speak with John on

2    that answer?

3              MR. HEINTZ:  Yes, sir.  Yes.

4              MR. DIEFENBACH:  Okay.  Go ahead and mute, Gary

5    and then, just give me a call.

6              (Witness takes a moment to confer with his

7    lawyer.)

8              MR. BEASLEY:  Okay.  Now, I'm back.  So, to answer

9    your question, you know, there was -- at this point, there's

10   a lot of documents there.  I'm seeing A Better Financial

11   Plan, LLC.  It didn't occur to me that -- to make any

12   distinction or to question what was in that -- in that

13   document.

14             It's sent to me by their attorney, so it ought to

15   be right.  And -- but, I -- so, I just didn't give it any

16   thought or question it at all.  It never really got my

17   attention.

18             MR. HEINTZ:  Okay.  So, at this point, you know,

19   there's a few entities.  We're seeing A Better Financial

20   Plan, LLC.  We're seeing just A Better Financial Plan.

21   We're seeing ABetterFinancialPlan.com, LLC, and we're seeing

22   ABFP Management Company.  So, what was your understanding of

23   all these different entities, or names of entities, that you

24   were talking to and dealing with?

25             MR. BEASLEY:  Well, I know from the beginning that

78

1  this Merchant Growth company had a totally separate business

2  -- an entity from the insurance agency. I just -- I just

3  knew that and -- or assumed that. I mean, I knew that, what

4  they were doing. I assumed they knew it, too, because

5  they -- you know, why wouldn't they?

6        So, it didn't -- it just didn't question me until,

7  you know, later on, a distinction of the specific name of

8  the entities.

9        MR. HEINTZ: Did you ever question anybody that you

10 talked to, Mike Tierney, about the different names of

11 entities? Did you ever ask about that?

12        MR. BEASLEY: No.

13        MR. HEINTZ: What was your understanding -- and I

14 know we've touched on this throughout. But, what was your

15 understanding -- what did ABFP Management Company, LLC do?

16        MR. BEASLEY: My understanding later on is that

17 they handled the administration of the merchant cash advance

18 company. Now, that was my impression. I never had any long

19 ex -- conversation about that with anybody, but that's just

20 my impression.

21        MR. HEINTZ: Mm-hmm. And do you know where ABFP

22 Management Company, LLC was -- is -- was officed? Do you

23 know? Do they have offices?

24        MR. BEASLEY: I was never at Dean's office because

25 he was, like 30 miles away from being in downtown

79

1 | Philadelphia. And so, I just assumed that his offices

2 | contained -- you know, he had one office that contained the

3 | operations of both.

4 | But -- because I know -- well, I'm pretty sure or

5 | certain that the address that both of them are the same, and

6 | so, the address is that same address in King of Prussia.

7 | MR. HEINTZ: Okay. Joe, do you have anything you

8 | want to add on that, on the entities?

9 | MR. ROTUNDA: Yeah. I've just got a few things,

10 | and I'm going to be looking -- I've got -- the joys of

11 | electronics. I've got notes in two different places here,

12 | so I'll sort of be, kind of, going back and forth.

13 | So, I think you had answered my first question.

14 | Have you ever seen letterhead that shows A Better Financial

15 | Plan?

16 | MR. BEASLEY: I don't recall ever seeing a

17 | letterhead from them. When I was up there, you know, we did

18 | the meeting. We just left with various stuff. I didn't see

19 | any letterheads. And then, since then, it's always been,

20 | you know, pretty much emails and text messages back and

21 | forth, from Mike and anyone at A Better Financial Plan.

22 | MR. ROTUNDA: Have you ever seen a logo for A

23 | Better Financial Plan?

24 | MR. BEASLEY: Only as a signature on their email.

25 | MR. ROTUNDA: Okay.

80

1              MR. BEASLEY:  In the signature block --

2              MR. ROTUNDA:  Have you ever seen --

3              MR. BEASLEY:  -- of their email.

4              MR. ROTUNDA:  So, it would be in the signature

5    block of an email.  There would be a graphic with a logo for

6    A Better Financial Plan?

7              MR. BEASLEY:  Yeah.

8              MR. ROTUNDA:  Okay.  Have you ever seen a logo for

9    A Better Financial Plan Management Company?

10             MR. BEASLEY:  Not that I recall, but I've never

11   looked for one.

12             MR. ROTUNDA:  Okay.  Have you ever called A Better

13   Financial Plan at the office's main telephone number?

14             MR. BEASLEY:  Yes.

15             MR. ROTUNDA:  Do you recall if the phone was

16   answered by a person who identified the -- themselves as

17   with A Better Financial Plan, or A Better Financial Plan

18   Management Company?

19             MR. BEASLEY:  Hmm.  Well, I -- a few times I've

20   called them, actually.  It was just -- well, it was A Better

21   Financial Plan and then, I'd ask to speak with someone.

22   But, my -- the very large majority of all the calls have

23   just been between me and Mike and Perry occasionally.  And

24   that was done with -- usually with text or their cell phone.

25             MR. ROTUNDA:  Okay.

81

1           MR. BEASLEY:  So, that's -- that's -- yeah.

2           MR. ROTUNDA:  Okay.  Have you ever visited the

3    internet website for A Better Financial Plan?

4           MR. BEASLEY:  No, I never have because I never got

5    involved with their insurance side of things, and so, I had

6    no reason to.  I had -- I had more or less planned to work

7    with them on the insurance side, if the merchant cash

8    advance program worked very well for me.  But, it -- since

9    it didn't, I -- I didn't do any of the insurance business

10   with them at all.

11          MR. ROTUNDA:  Are you aware of the insurance

12   products sold by A Better Financial Plan?

13          MR. BEASLEY:  Just their main insurance company.

14          MR. ROTUNDA:  Would these be annuities, or would

15   they be writing life insurance?

16          MR. BEASLEY:  Both.

17          MR. ROTUNDA:  Okay.  I -- I don't know if you're

18   aware, but Michael Tierney filed a sworn declaration with

19   the court and I just want to read a few lines of that to

20   you.

21          MR. BEASLEY:  Okay.

22          MR. ROTUNDA:  And I'll do it very briefly and all

23   I want to know is, just based on your knowledge, whether or

24   not you agree with what Michael Tierney is saying.  And he

25   is not representing anything about you.  He's talking about

82

1    A Better Financial Plan and A Better Financial Plan

2    Management Company.  So --

3              MR. BEASLEY:  Okay.

4              MR. ROTUNDA:  -- the first -- first question would

5    be the statement, "ABetterFinancialPlan.com, LLC operates an

6    insurance agency."  Is that your understanding?

7              MR. BEASLEY:  ABetterFinancialPlan.com, LLC?

8              MR. ROTUNDA:  Correct.

9              MR. BEASLEY:  To my knowledge, yeah, that's my

10   understanding.

11             MR. ROTUNDA:  "It has no relationship --

12             MR. BEASLEY:  I haven't seen any of their --

13             MR. ROTUNDA:  -- with the merchant --

14             MR. BEASLEY:  -- any particular verification of

15   that.

16             MR. ROTUNDA:  Okay.  Yeah, and I'm just -- I

17   just -- I just want to know what your -- what your

18   impression is, right?  If this is how --

19             MR. BEASLEY:  Yeah.

20             MR. ROTUNDA:  -- other -- other persons have

21   described this to you.  It -- and we're speaking about

22   ABetterFinancialPlan.com, "It has no relationship to the

23   merchant cash advance business."

24             MR. BEASLEY:  Yeah, no legal relationship because

25   it -- it's always been my understanding that that's -- that

83

1   has to be treated as a separate entity.  You don't commingle

2   investment money with insurance money, or so forth.  They're

3   two separate types of entities, so I agree with that

4   statement.

5          MR. ROTUNDA:  Okay.  And I'll finish it with, "It

6   has no relationship to merchant cash investments."

7          MR. BEASLEY:  I honestly can't answer one way or

8   the other on that.

9          MR. ROTUNDA:  Okay.

10         MR. BEASLEY:  I would tend to agree.

11         MR. DIEFENBACH:  I think if you want to ask Mr.

12  Beasley, with regards to in his experience with him, whether

13  that happened, he could probably answer that.

14         MR. ROTUNDA:  Yeah.  Do -- did -- and let me just

15  ask you that then.  That's perfect.  Is your -- is your

16  experience that ABetterFinancialPlan.com has no relationship

17  to the merchant cash advance business or to merchant cash

18  investments?

19         MR. BEASLEY:  Could you restate the question, just

20  to make sure I heard it right?

21         MR. ROTUNDA:  Sure.  Based on your experience, is

22  it true that ABetterFinancialPlan.com, LLC has no

23  relationship to the merchant cash advance business or to

24  merchant cash investments?

25         MR. BEASLEY:  That's my understanding.

84

1              MR. ROTUNDA:  Okay.  And that's your understanding

2    based upon your dealings with ABetterFinancialPlan.com, LLC?

3              MR. BEASLEY:  Yes.

4              MR. ROTUNDA:  Okay.

5              MR. BEASLEY:  To see any legal documents to

6    support that, I -- I don't have.

7              MR. ROTUNDA:  Do you remember being provided with

8    a video of Dean Vagnozzi?

9              MR. BEASLEY:  Yes.  I was waiting for you to

10   finish your sentence.  Yes, it's a video of the merchant

11   cash advance, and explaining how it works, and how it --

12   explaining all about it as a piece of sales material.

13             MR. ROTUNDA:  And have you seen -- and Jeramy,

14   you're going to know the exhibit number on this one.  Have

15   you seen the video that Jeramy has marked as Exhibit -- and

16   Jeramy?

17             MR. HEINTZ:  Nine, Exhibit 9.  Yeah.  So, just to

18   go back a little bit, I'm going to share screen real quick.

19    And I will pull up -- is that okay, Joe?

20             MR. ROTUNDA:  Please.

21             MR. HEINTZ:  Okay.  All right.  All right, can

22   everybody see that?

23             MR. DIEFENBACH:  Yep.

24             MR. HEINTZ:  Okay.

25             MR. BEASLEY:  Yes.

85

1              MR. HEINTZ:  So, this is an email, Mr. Beasley.

2       This is marked as S28 Exhibit 7.  Does this look like an

3       email that you sent?  Is that your email address that you

4       were using in 2019?

5              MR. BEASLEY:  Yeah.  Let me see.  Yeah, it looks

6       like it came from me.

7              MR. HEINTZ:  Okay and the --

8              MR. BEASLEY:  And if you scroll on down, I can

9       confirm that.

10             MR. HEINTZ:  Okay.

11             MR. BEASLEY:  Yeah.  Yep, certainly looks like a

12      letter I sent -- email.

13             MR. HEINTZ:  So, in this email, there's a link,

14      "The Retirement 1, 2, 3," and I guess that's in L pages or I

15      pages dot co/mcagarybeasley.

16             MR. BEASLEY:  Yeah.

17             MR. HEINTZ:  Where did that link come from?  Is

18      that something you set up?

19             MR. BEASLEY:  Mike Tierney sent that to me to link

20      it to that video.

21             MR. HEINTZ:  And I'm going to close this out and

22      I'm going to open another one real quick.

23             MR. BEASLEY:  Okay.

24             MR. HEINTZ:  So, when you -- when you click on that

25      link, it takes you -- here.  Can everybody see that?  This

86

1    is Exhibit 8, S28 Exhibit 8.  Everybody see it?

2              MR. DIEFENBACH:  Yes.

3              MR. BEASLEY:  Yep.  Yep.

4              MR. HEINTZ:  Okay.  It has your encore up here and

5    then it -- is all this content below.  And, you know, answer

6    the same way we've -- I know we've been asking you about

7    third party stuff.  But, did a third party create this link,

8    and this page, and videos?

9              MR. BEASLEY:  Yeah.  Dean and his office created

10   the first one -- well, all of them.  And I used that often

11   as verification and education of the product, and

12   confirmation that John, the attorney, is with a large law

13   firm, and spoke -- and speaks in favor of, you know of the

14   operation.

15             MR. HEINTZ:  Okay.  And so, would you say -- and

16   I'll get -- I'll let -- I'm going to let Joe jump back in.

17   Joe, do you -- did you want me to play the video?  Or -- the

18   video is the next exhibit.

19             MR. ROTUNDA:  No, I think the video speaks for

20   itself.  I -- the only question that I would have for Mr.

21   Beasley is whether or not the person identified in that

22   video as Dean Vagnozzi is the same Dean Vagnozzi that he

23   knows to be associated with A Better Financial Plan.

24             MR. BEASLEY:  Yeah, the gentleman that's giving

25   the presentation, speaking on that video, the first video,

1   is Dean Vagnozzi.

2            MR. ROTUNDA:  Okay.  Thank you.

3            MR. HEINTZ:  And so, would you say, Mr. Beasley,

4   that this link, you know, the offer of the Grasshopper, the

5   offer of a template for the advertisement, hooking you up

6   with John, is that everything that you're including in that

7   advertisement you first saw, when they said they had, like

8   an investment system?  Is that what they're kind of meaning

9   like, "Here you go.  We've got all this stuff to give you"?

10           MR. DIEFENBACH:  I'm going to object as -- as far

11  as you're getting into what Mr. Beasley intended and what he

12  presented to the public, I don't want Mr. Beasley to -- I'm

13  going to instruct him not to answer with what he presented

14  to the public.

15           If you want to ask specific questions about input,

16  and where the input came from, then, Gary, go ahead and

17  answer those questions.  But, I don't want you to answer

18  with regards to what you presented to the public, and why

19  you -- why you did what you did to the public, or what --

20  why you did what you presented to the public.

21           MR. BEASLEY:  Okay.

22           MR. HEINTZ:  I guess if you let me -- let me

23  rephrase my question.  Maybe I can clean it up.  How much

24  input and direction were you given by Mike Tierney and A

25  Better Financial Plan involved with these Par Funding

88

1    investments?

2           MR. BEASLEY:  Well, substantial.  Aside from the

3    meeting in person, the training meeting, education meeting

4    or whatever, marketing meeting in Philadelphia, 80 percent

5    of the information came from Mike.  That was his job.

6           MR. HEINTZ:  Okay.  And so, would you say they did

7    more than just back office management?

8           MR. BEASLEY:  He worked on -- you know, in both

9    sides of that company, or let me say he worked on the

10   insurance side and he worked with the merchant cash advance.

11    And he was, you know, well experienced in both.  So --

12          MR. HEINTZ:  I guess what I'm trying to say is that

13   A Better -- ABFP Management Company is saying, "We just did

14   back office for these -- all these individual funds.  That's

15   all we did."  But, it appears some of this is more front-

16   line stuff, bringing it -- giving you stuff to try to

17   attract investors and stuff to give investors, then giving

18   it to you.

19          Would you say that was more than just -- that they

20   provided more than just back office accounting services?

21          MR. BEASLEY:  And you're speaking of the

22   management company?

23          MR. HEINTZ:  Yes.

24          MR. BEASLEY:  Did the management company give more

25   than just accounting?

1           MR. HEINTZ:  And back off -- yeah.  Yes.

2           MR. BEASLEY:  I -- I'd -- I can express my

3    opinion, but I don't have a definitive answer to that

4    question.

5           MR. HEINTZ:  No, that's -- that's fine, if you just

6    want to express your opinion.

7           MR. BEASLEY:  The merchant cash advance operation

8    administration that Michelle Price was -- pretty much

9    oversaw that administration of that side.  But, all the

10   emails about the money and deposits and the banking and the

11   money flow for merchant cash advance came from Michelle or

12   Anita.  That stuff never came from Mike.  Mike spoke of

13   marketing and he sent me those videos and so, he was in the

14   sales and marketing side of merchant cash, as well as the

15   insurance side.

16          MR. HEINTZ:  Mm-hmm.  Okay.  Joe, do you have

17   anything -- anything there or can I move on?

18          MR. ROTUNDA:  Are you familiar with ProMed

19   Capital?

20          MR. BEASLEY:  Never heard of them.

21          MR. ROTUNDA:  Okay.  Are you familiar with any

22   type of investments in personal injury medical receivables

23   that may be offered by A Better Financial Plan?

24          MR. BEASLEY:  Never heard of anything like that.

25          MR. ROTUNDA:  Okay.  Are you aware of Mike Tierney

1    -- okay.  Let me -- never mind.  I don't have any other

2    questions.

3           MR. HEINTZ:  Okay.  Let's see here.  I see a light

4    at the end of the tunnel.  All right, I'm going to go back

5    to the PPM briefly.  And again, PPM, this LLC agreement,

6    subscription agreement, Class A promissory note, those are

7    the documents from John Pauciulo, whatever, Pauciulo.  How

8    do you say it --

9           MR. BEASLEY:  Not (inaudible).

10          MR. HEINTZ:  -- John?  John, how do you say it,

11   Pauciulo?

12          MR. DIEFENBACH:  I think it's Pacculio (sic).

13          MR. HEINTZ:  Pacculio (sic).

14          MR. BEASLEY:  Pacculio (sic).  I think that's it.

15    Pacculio (sic).

16          MR. HEINTZ:  Pacculio (sic).  Now, if you look

17   through these documents -- and let me get my share.  I don't

18   see it on my share thing.  There it is.  All right, so we're

19   -- we've been looking through this PPM.

20          So, throughout this entire document, and all the

21   documents, again, I want to touch on, they never mention

22   Complete Business Solutions Group or Par Funding.  Do you

23   know why that is?

24          MR. BEASLEY:  Well, their overview of the merchant

25   cash advance financing --

91

1        MR. HEINTZ:  I'm not talking about this specific

2    section.  I'm just saying throughout this entire document,

3    throughout all the documents --

4        MR. BEASLEY:  Yeah, go back to the beginning of

5    the document, if you would.  I missed --

6        MR. HEINTZ:  This -- this one.

7        MR. BEASLEY:  -- that.

8        MR. HEINTZ:  This is the --

9        MR. BEASLEY:  Oh, yeah, the --

10       MR. HEINTZ:  -- PPM.

11       MR. BEASLEY:  Yeah.  Okay, so I'm sorry.  Now, if

12   you would, ask your question again.

13       MR. HEINTZ:  So, this is the PPM.

14       MR. BEASLEY:  Yes.

15       MR. HEINTZ:  It does not ever mention Complete

16   Business Solutions Group or Par Funding.  Why -- do you know

17   why that is?

18       MR. BEASLEY:  Well, I know why it's -- doesn't

19   mention Par Funding, or I mean, my opinion is that -- that's

20   the marketing arm.  And why it doesn't mention Complete

21   Business Solutions, I don't -- I don't know.  I don't know;

22   never thought about it.

23       MR. HEINTZ:  Okay.  I'm going to look at Exhibit

24   13.  Okay.  Does everybody see this document?  It's an email

25   chain between Gary Beasley and Earl Franklin.

1            MR. DIEFENBACH:  Yes.

2            MR. BEASLEY:  Yes.

3            MR. HEINTZ:  Okay.  All right, so let me get to the

4    pertinent part.  Okay, so Tuesday, May 28, 2019, Earl asks,

5    "Is there merchant cash advancing company -- advance company

6    mentioned in the PPM Par Funding?  Then, also to clarify, my

7    funds go from me to you in Merchant Growth -- from me to you

8    in Merchant Growth, correct?"  And so, I just wanted to

9    clarify this statement.

10           You wrote back, "Complete Business Solutions

11   Group, CBSG, the parent company, and Par Funding are not

12   mentioned in the PPM.  I know this sounds strange, but it is

13   the way these investments work.  I can explain further."

14   What did you mean by that?  Like, that's the way these

15   investments work, like --

16           MR. BEASLEY:  So, technically the business

17   (inaudible) is -- my fund -- and I -- we collect -- collect

18   the money.  We send it to ABFP administrative office to

19   Anita -- I mean to Michelle that oversees it.  Well, it

20   actually -- the money goes into my bank account and then

21   Michelle takes it out of the bank account and sends it to

22   Complete Business Solutions.

23           And then they -- she sees that the money is then

24   paid back out of my fund account to the clients and to

25   everyone else.  So, I was just under the impression that

93

1    this is the way that it has to be to separate the companies

2    and I -- I just assumed that's the way this part of the

3    world -- investment world works.  And I just didn't question

4    it.

5              And, you know, I thought, "Well, this is -- this

6    is different."  But, my -- you know, this -- these documents

7    that I'm signing people up with, and sending the money in,

8    and all this is from a 400 attorney law firm.  The attorney

9    heads up the Securities Division of that law firm, to my

10   knowledge.  Started off his first job in the securities --

11   as a securities something.  I forgot.  I'd have to think

12   about it.

13             And I spoke to him.  He's a nice guy.  And, you

14   know, they've got 15 offices up there, and so, I'm kind of

15   going on the faith that everything ought to be in order.

16             MR. HEINTZ:  Right.  I --

17             MR. BEASLEY:  And Dean seemed --

18             MR. HEINTZ:  Yeah.

19             MR. BEASLEY:  -- like an upstanding guy, been in

20   the business a long time.  And -- you know and I -- if I had

21   -- if the attorney hadn't have been in the picture, and

22   Dean's long experience in the insurance industry hadn't been

23   there, and I was just dealing with Complete Business

24   Solutions only, I don't know that I would have had the

25   confidence to get in -- you know, go to business -- or be in

94

1    business with them.

2            I -- that would have been a much, much tougher

3    decision for me to make, even though I wanted to help small

4    businesses in any way I can.  Without the big law firm

5    drafting all the -- all these documents and everything, and

6    Dean's long-term experience, I wouldn't have -- it would

7    have been very difficult for me to be -- participate in it.

8    I probably --

9            MR. HEINTZ:  Yeah.

10           MR. BEASLEY:  -- would not have.

11           MR. HEINTZ:  Well, that -- and I understand that.

12   Did -- was -- did you ever have an express conversation with

13   anybody -- not you questioning -- or did anybody ever tell

14   you why they weren't listing CBSG or Par Funding in any

15   documents?

16           MR. BEASLEY:  Did any -- did any who ask me?  Any

17   client?

18           MR. HEINTZ:  Did any -- anybody.  No.

19           MR. BEASLEY:  Or --

20           MR. HEINTZ:  No.  Anybody on that -- on the -- A

21   Better Financial Plan or Par Funding and Perry Abbonizio --

22   Abbonizio, sorry, Dean Vagnozzi, or Mike Tierney, anybody

23   ever tell you specifically why they weren't listing CBSG or

24   Par Funding in the documents?

25           MR. BEASLEY:  No, nobody explained that and I --

95

1    and I've thought about it, but I dismissed it because of the

2    reasons I just stated.

3              MR. HEINTZ:  Okay.  Yeah.  That makes sense.  Okay.

4     Joe, do you have anything here before I -- before I move

5    on?

6              MR. ROTUNDA:  No.

7              MR. HEINTZ:  Anything to add?  All right.

8              MR. DIEFENBACH:  How much -- how much longer do

9    you think you have, Jeramy?  I don't want to cut you short

10   or anything, but if you're going to be a little bit longer,

11   I was wondering if we could just take a short break.

12             MR. HEINTZ:  Yeah, let's take a short break.  It's

13   not going to be -- we're through the --

14             MR. DIEFENBACH:  Yeah, the meat of it.

15             MR. HEINTZ:  The meat of it.

16             MR. DIEFENBACH:  Sure.

17             MR. HEINTZ:  I just want to get --

18             MR. DIEFENBACH:  Yep.

19             MR. HEINTZ:  -- touch on a few exhibits and ask

20   about -- yeah, ask a few more questions, maybe -- maybe an

21   hour at max.  But, we can take a 10-minute break.  Does that

22   work for everybody?

23             MR. DIEFENBACH:  Yeah, that works for me.  Does

24   it work for you, Gary?

25             MR. HEINTZ:  Then, we can hope --

96

1           MR. BEASLEY:  Yeah.

2           MR. HEINTZ:  -- hope to be wrapped up by 2:00.

3           MR. DIEFENBACH:  Okay.  Perfect.

4           MR. ROTUNDA:  And I -- I'll have less than five

5     minutes of questions.

6           MR. HEINTZ:  Okay.

7           MR. DIEFENBACH:  Okay and as it stands right now,

8     I don't -- I don't have anything that I -- I don't

9     anticipate asking any questions, but we'll see if something

10    -- so --

11          MR. HEINTZ:  Sure.

12          MR. DIEFENBACH:  Okay.  Great.  Thanks.  Then,

13    we'll go ahead and just mute and --

14          MR. HEINTZ:  Yeah, and I'm going to stop --

15          MR. DIEFENBACH:  -- we'll be back in 10 minutes.

16          MR. HEINTZ:  I'm stopping recording.  Okay.

17          MR. DIEFENBACH:  Great.

18          MR. HEINTZ:  All right.

19          (A 10-minute break was taken.)

20          MR. HEINTZ:  So, we're back on, and again, Mr.

21    Beasley, I'll remind you that you're under oath.  Okay.

22    Okay.  I'm going to touch on some things, Mr. Beasley, you

23    may have knowledge of.  You may not.  And that's okay.  Just

24    let me know either way.

25          Have you ever been to the Par Funding website?

97

1           MR. BEASLEY:  Yes, it's been a good while.

2           MR. HEINTZ:  Mm-hmm.  And what's your

3    understanding?  So, what's your understanding of -- I think

4    you've already touched on this.  Par is the marketing arm.

5    CBSG is the actual -- where the money moves out to merchants

6    and back, and everything like that?

7           MR. BEASLEY:  Yeah, it's my understanding that

8    that's the operations office, you might say, and the parent

9    company.  And Par Funding is a DBA, to my understanding, and

10   that's the marketing arm that's located in Miami.

11          MR. HEINTZ:  Okay.  Now, CBSG, do they have offices

12   in Miami, or is that just Par Funding?

13          MR. BEASLEY:  That's just Par Funding to my

14   knowledge.

15          MR. HEINTZ:  Okay.  Are they -- are those two

16   considered separate entities, or is -- is it all just -- I

17   mean, so obviously there's claims that ABFP Management

18   Company is a separate entity from ABetterFinancialPlan.com,

19   LLC.  Are CBSG and Par Funding considered to be separate in

20   that same way?

21          MR. BEASLEY:  I'm not sure.  It seems that I've

22   seen Par Funding DBA.  But, that might have been in your

23   all's documents that I saw Par Funding DBA.  As a matter of

24   fact, it seems like it was in your documents and I frankly

25   assumed that that was correct.  But, I've never seen that in

98

1    writing specifically.

2            MR. HEINTZ:   Like, on their -- their formation

3    documents or anything like that?

4            MR. BEASLEY:   Yeah.

5            MR. HEINTZ:   So, I'm referring to something real

6    quick just to see.   Okay, so security agreement -- let me

7    see if I can -- and this is my curiosity, because obviously,

8    if there's -- there's a lot of entities claiming that

9    they're not these entities or separate entity or whatnot.

10           So, we've got this security agreement that we've

11   already looked at, between Merchant Growth and Complete

12   Business Solutions Group, Delaware Corporation, with an

13   address of 2000 PGA Boulevard, Palm Beach Gardens,

14   Florida.

15           So, it appears from this document that Par and

16   Complete Business Solutions Group are, kind of,

17   interchangeable, because they're using -- you said they

18   don't have a Florida office, CBSG doesn't.

19           MR. BEASLEY:   Not -- not to my knowledge and

20   that's interesting that it's stated that way.   I didn't -- I

21   didn't catch that, or it was a long time ago and I didn't --

22   security agreement made on January the 25th, sub 20.   Yeah,

23   so -- so, they updated some documents, I think, along the

24   way and -- but I never -- that never drew my particular

25   attention.

99

1              MR. HEINTZ:  Okay.

2              MR. BEASLEY:  So --

3              MR. HEINTZ:  All right.  So, I'm going to go

4     through -- have you ever been -- you said you've never been

5     -- you've never been to A Better Financial Plan's website.

6     Is that correct?

7              MR. BEASLEY:  I can't recall.  If it was, it was,

8     you know, when I was first getting involved.  But, I can't

9     recall.

10             MR. HEINTZ:  Okay and I'm -- I'm going to --

11             MR. BEASLEY:  And --

12             MR. HEINTZ:  -- pull it up.  I'm going to pull

13    it --

14             MR. BEASLEY:  -- I (inaudible) --

15             MR. HEINTZ:  -- pull it up here for the sole

16    purpose of -- let's see.  Addresses.  Well, you know what?

17    Let me get -- let me come back to that one actually.  All

18    right.  Have you ever been to A Better Financial Plan's

19    Facebook webpage?

20             MR. BEASLEY:  No.

21             MR. HEINTZ:  Or their LinkedIn page?

22             MR. BEASLEY:  No.

23             MR. HEINTZ:  Have you ever been to Dean Vagnozzi's

24    LinkedIn page?

25             MR. BEASLEY:  No.

100

1          MR. HEINTZ:  Mike Tierney's LinkedIn page?

2          MR. BEASLEY:  No.  I'm old school.  I don't like -

3    -

4          MR. HEINTZ:  No, I get it.  I get it.

5          MR. BEASLEY:  -- Facebook.

6          MR. ROTUNDA:  I don't like social media either,

7    for the record.  I'm not --

8          MR. BEASLEY:  Yeah.

9          MR. ROTUNDA:  -- with that.  I'm not a Facebook

10   guy.

11         MR. BEASLEY:  I catch heck from relatives all the

12   time for it.

13         MR. HEINTZ:  Yeah.  Do you know who Beth Breslow

14   (phonetic) is?

15         MR. BEASLEY:  Beth works in the -- in the -- with

16   the merchant cash -- well, no.  I can't say that.  All I

17   know is Beth is an administrative person in Dean's

18   operation, and I'm trying to think of what emails she's sent

19   me in the past.

20         It seems like she works in the -- with the

21   merchant cash advance business stuff.  And she's -- she's

22   just part of the administrative team along with Anita and

23   Michelle, as far as I understand.

24         MR. HEINTZ:  Okay, so she -- she also filed a sworn

25   declaration with -- with -- so -- and I was just going to go

101

1    through a few statements she makes in there.  She states

2    that, "I am a contract bookkeeper who has managed accounts

3    for ABFP Management Company for approximately two years."

4    Is that something you have knowledge of?

5          MR. BEASLEY:  Not necessarily, but -- but yeah,

6    not really.

7          MR. HEINTZ:  Is there more than -- so, the agent

8    checklist showed earlier -- and you talked about it

9    earlier -- that it was all, like Michelle Price handling the

10   money.  And there was no mention of Beth Breslow, so we're

11   just curious.  Does she manage money for other funds or --

12         MR. BEASLEY:  Well, I spoke with Michelle

13   primarily because she's the CPA, so I believe she's in

14   charge of operations in that area.  And that's an

15   assumption.

16         And then, Beth, I get emails from Beth from time

17   to time.  But, the majority of the time, it seems like it's

18   Anita, so I just didn't think about Beth as being part of

19   the team.  But, she's been around for a while and so, a

20   couple years, I guess.

21         MR. HEINTZ:  Okay.  She also makes the statement,

22   "ABFP Management Company is the management company engaged

23   in the business of managing independent investment funds at

24   the behest of their fund managers, and providing back office

25   services, accounting, and administrative support."

102

1          MR. BEASLEY:  Okay.  Sounds like I was right then.

2          MR. HEINTZ:  Well, my question is -- there's just

3    some wording in here, "managing independent investment funds

4    at the behest of their fund managers."  Did Merchant -- and

5    I think we've covered this.  I'm just going to recap it.

6    Merchant Growth didn't exist prior to you going to

7    Philadelphia and deciding to sign up with ABFP, correct?

8          MR. BEASLEY:  Hang on a second.  Sorry.  I didn't

9    mute my phone --

10          MR. HEINTZ:  That's all right.

11          MR. BEASLEY:  -- to be quiet here.  So -- so, I'm

12    sorry.  Would you please state -- restate your question?

13          MR. HEINTZ:  Yes.  It's -- the statement that,

14    "ABFP Management Company is a management company engaged in

15    the business of managing independent investment funds at the

16    behest of their fund managers."  Now, does that sound

17    accurate, considering how you linked up with A Better

18    Financial Plan management, and A Better Financial Plan, for

19    that matter?

20          MR. BEASLEY:  So, that statement starts off with

21    ABFP?

22          MR. HEINTZ:  Yeah.  Here.  Let me just bring it up

23    real quick.

24          MR. BEASLEY:  Because that -- if it is, it's --

25    sounds a little different, but -- but I --

103

1              MR. HEINTZ:  Can you see that?

2              MR. BEASLEY:  Yeah.

3              MR. HEINTZ:  Number three.

4              MR. BEASLEY:  I'm familiar with -- multiple

5      performing --

6              MR. HEINTZ:  And I'm really just talking about the

7      first --

8              MR. BEASLEY:  Yes.  I guess when --

9              MR. HEINTZ:  -- two lines.

10             MR. BEASLEY:  -- she's talking about fund

11     managers, she's talking about people like me.  Right?

12             MR. HEINTZ:  Oh, no.  I understand that.

13             MR. BEASLEY:  Oh, okay.

14             MR. HEINTZ:  My point is, it's not like you had

15     merchant funds and you were out there looking for management

16     and you sought them out.  Like, Merchant didn't exist prior

17     to you seeing an advertisement, and then contacting, and

18     then flying up there and meeting, getting the spiel, making

19     the decision.  So, could you have gone and done Merchant

20     without A Better Financial Plan?

21             MR. BEASLEY:  I would have never, you know,

22     thought about it or considered it.  The only thing I knew

23     about those kind of people is when they related it back to

24     On Deck Capital and Shark Tank, when they mentioned it on

25     Shark Tank, and what's his name being a partner in that.

104

1    Kevin O'Leary was a partner in On Deck Capital.

2              And so, that's the only thing that -- relation

3    anywhere that I ever thought about this kind of a company,

4    and what they did, and so forth.  I just wasn't aware of a

5    lending company that did exactly what they did, but I

6    thought it was great, what they do, and when I found them,

7    and so forth.  But --

8              MR. HEINTZ:  Okay.

9              MR. BEASLEY:  -- the jury's out, I guess, now.

10             MR. HEINTZ:  Joe, do you have anything to touch on

11   with -- regarding Ms. Breslow?

12             MR. ROTUNDA:  No.

13             MR. HEINTZ:  Okay.  All right, let's see here.

14   Have you ever spoken to, or reached out and contact Perry

15   Abbonizio?

16             MR. BEASLEY:  Yeah, several times.

17             MR. HEINTZ:  Is he somebody else like -- kind of

18   like Mike Tierney, if you were -- had questions or something

19   going on, you could reach out to Mr. Abbonizio?

20             MR. BEASLEY:  Yes.

21             MR. HEINTZ:  And what are some of the things you'd

22   reach out to him about?

23             MR. BEASLEY:  Maybe if I couldn't get a hold of

24   Mike, and maybe if I felt that I wanted to hear it more

25   straight from a partner.  I think it's -- pretty much the

105

1    only reason that I can recall talking to him is for if I

2    couldn't get a hold of Mike and wanted to have a pretty

3    quick question to ask him.  I can't think of any particular

4    thing offhand about -- about speaking with him.

5          MR. HEINTZ:  Okay, so it was mostly just to try to

6    track down Mike Tierney?

7          MR. BEASLEY:  Well, answer questions that I would

8    be asking Mike, if I couldn't get a hold of Mike.

9          MR. HEINTZ:  Can you give me examples of some of

10   those questions?

11         MR. BEASLEY:  Oh, nothing -- nothing comes to mind

12   at the moment.

13         MR. HEINTZ:  Would it be about Par Funding or

14   Complete Business Solutions Group or --

15         MR. BEASLEY:  It would be about the merchant

16   funding.  Yeah, that's -- that's the only reason I would

17   call him.

18         MR. HEINTZ:  And he knew who you were?  He knew

19   about your fund and everything?

20         MR. BEASLEY:  Yeah, he -- oh, I spoke to him, you

21   know, while I was up there in the training, and he seemed to

22   remember me.  But, yeah, we've spoken a few times, so --

23   over the last couple years.  But, I can't think of a

24   specific reason I called him, other than just some question

25   that came up and I couldn't get a hold of Mike.

1      MR. HEINTZ:  Okay.

2      MR. BEASLEY:  When you're talking with a client,

3 and sometimes you want to -- you want to get an answer and

4 sometimes it's important enough just to give him a ring, or

5 the prospect, I should say, is there with you.

6      MR. HEINTZ:  Are you aware, like -- so, let's

7 just -- for the sake of this question, we'll call you an

8 agent.  Are you aware of how many other agents there are

9 around the -- around the nation, around the U.S.?

10      MR. BEASLEY:  For who?

11      MR. HEINTZ:  That are doing the same thing that --

12 are running a fund and are linked up with A Better Financial

13 Plan and investing it in their funds, or all investing in

14 Par?

15      MR. BEASLEY:  Okay.  With relating to A Better

16 Business (sic) Plan organization, that's the only group that

17 I'm affiliated -- that I know about.  I'm under the

18 impression there's about 40, but I don't --

19      MR. HEINTZ:  And who told you that, or where'd you

20 get that information?

21      MR. BEASLEY:  I think Perry had mentioned that and

22 the last time I heard it, it was probably -- I think I heard

23 -- I heard that number when Perry was talking to Earl.  I

24 think Perry made mention of that.  I'm not -- if I'm -- I'm

25 not 100 percent sure of that, but my best guess is there's

```
 1    about 40, 40 guys like me, affiliated with A Better
 2    Financial Plan, doing the merchant growth business.
 3              MR. HEINTZ:  Do you know of any others that are --
 4    or have you met any of those other 40, 40 agents?
 5              MR. BEASLEY:  No.  I kind of wish, you know, over
 6    the years, that -- or over the past couple years that I
 7    would have gotten some business cards from some of the other
 8    guys, just to stay in touch.  But -- well, I think I did,
 9    but I -- I haven't spoken to anybody else and the only
10    people were, you know, about a dozen of us at that meeting
11    that day.
12              And that's -- that's about it.  I mean, so I
13    really haven't spoke to anybody outside of AB -- AB -- or
14    either of those two entities, Complete Business Solutions or
15    ABFP.  I really haven't spoke to anybody affiliated, anybody
16    else.
17              MR. HEINTZ:  All right.  I've got just -- S28,
18    Exhibit 5.  Joe, I have -- I just want to touch on this
19    one -- or these few exhibits, and then, if you have any
20    questions, I'll let you take over.  I'm going to start
21    with -- let me see here.  These are some text messages.
22              Okay, so I'm just going to share this.  All right.
23    Can everybody see that?
24              MR. BEASLEY:  Yeah.
25              MR. HEINTZ:  So -- well, we talked about this
```

108

1    earlier, but I think this was another time where Earl had

2    asked you about the cease and desist orders.

3           MR. BEASLEY:  Yeah.

4           MR. HEINTZ:  And it looks like here -- is Michael -

5    - is that going to be Mike Tierney?

6           MR. BEASLEY:  That's right.

7           MR. HEINTZ:  Okay, so he explained the Penn State

8    cease and desist order letter, 2016, because they didn't

9    have proper process in place.  They were sending client

10   funds directly to CBSG.

11          MR. BEASLEY:  Yeah, that -- that is before I got a

12   hold of Mike, or to Perry about it, whichever one I'd have -

13   - before -- before I spoke to Mike about it.  So, that --

14   that was -- was my assumption that the problem was, because

15   that was the only problem that I thought of.  You know, they

16   had -- had -- I did look up Par Funding one time because

17   somebody said something about complaints.

18          And I looked them up and so, some -- there was

19   some complaints out there by business owners that had been

20   harassed for loan collection.  And so, that's why I made

21   that response to Earl.

22          And I said, "But, I'll call and verify that,"

23   because -- but that's what I would assume that that cease

24   and desist order is about some business owner that was

25   getting harassed by them as, you know, collecting -- a bill

1   collector -- a bill collector. And so, I -- so, then I

2   called Mike and Mike explained the cease and desist order

3   from Pennsylvania.

4            MR. HEINTZ: Okay.

5            MR. BEASLEY: So, does that answer your question?

6            MR. HEINTZ: Yes. Joe?

7            MR. ROTUNDA: I just have a few -- actually, I

8   have just two wrap-up questions for when you're done,

9   Jeramy, and then, that's all I have.

10           MR. HEINTZ: I think I'm done, unless John or you

11  have something else, any clarifications or your wrap-up

12  questions?

13           MR. ROTUNDA: So, first question: are you aware

14  of any disruptions in payments to investors who purchased

15  merchant cash investments?

16           MR. DIEFENBACH: I'm going to -- I'm going to

17  object and just request that you be a little more specific.

18   That's pretty broad and vague, and it's not necessarily

19  (inaudible). You know, it could be anybody, not ABFP, or

20  Par Funding, or anything. So, if you can just, kind of,

21  narrow it down, and also as to time as well, that could be

22  helpful.

23           MR. ROTUNDA: Are you aware of any disruptions,

24  since January 1, 2020, to -- in connection with the payment

25  of returns to any individuals who purchased merchant cash

110

1    advance investments that was somehow tied to A Better

2    Financial Plan or Par Funding?  In other words, what I'm

3    asking you is, are you aware of any -- are investors still

4    getting paid?

5           MR. BEASLEY:  I would like to speak with my

6    counsel on that before I reply.

7           MR. ROTUNDA:  Sure.

8           MR. DIEFENBACH:  Okay.  Yeah, just go ahead and

9    mute, Gary, and give me a call.

10          MR. BEASLEY:  Okay.

11          (Witness takes a moment to confer with his

12   lawyer.)

13          MR. BEASLEY:  Okay.  I'm back.

14          MR. HEINTZ:  Great.

15          MR. DIEFENBACH:  All right, we're ready to roll.

16          MR. BEASLEY:  So, will you -- if you could state

17   the question for me and -- and I'll --

18          MR. HEINTZ:  Yeah, hold on.  Yeah.

19          MR. BEASLEY:  Okay.

20          MR. HEINTZ:  Everybody hear me?

21          MR. BEASLEY:  Yeah.

22          MR. ROTUNDA:  Okay.  For the period of January 1,

23   2020 through the present, are you aware of any disruptions

24   in the payment of returns to investors who purchased

25   investments in merchant cash advances that were tied to

111

1   either A Better Financial Plan or Par Funding/Complete

2   Business Solutions?

3           MR. BEASLEY:  Yes, unfortunately there were -- our

4   worst nightmare happened.  The Coronavirus interrupted their

5   business, hit -- you know, that's a direct hit to them and

6   what they do.  And so, it has had a major impact on them,

7   and so, it's terrible.  But, it's an example of how bad it's

8   hit a lot of people --

9           MR. ROTUNDA:  Would it surprise --

10          MR. BEASLEY:  -- a lot of people.

11          MR. ROTUNDA:  Would it surprise you that A Better

12  Financial Plan is posting information on its Facebook

13  website that shows the Coronavirus has not impacted the

14  payment of returns?

15          MR. BEASLEY:  Yeah, that would bother me.

16          MR. ROTUNDA:  Okay.

17          MR. BEASLEY:  I mean, that would be misleading --

18          MR. ROTUNDA:  Yeah.

19          MR. BEASLEY:  -- in my opinion.

20          MR. ROTUNDA:  Yeah.  I will tell you I noticed

21  that some of the Facebook webpage has been scrubbed very

22  recently.  But, you may want to just check it out.  And I --

23  I'm not going to ask you about why they're not paying

24  returns or anything like that.  I just wanted to just ask

25  that one question.

112

1              MR. BEASLEY:  Okay.

2              MR. ROTUNDA:  And the only other question that I

3    have is -- and I'll preface it by saying that -- well, let

4    me just ask it, ask it this way.  Have you heard from Perry

5    Abbonizio in the past 30 days?

6              MR. BEASLEY:  Yes.  Yes.

7              MR. ROTUNDA:  Okay.  Did he contact you or did you

8    contact him?

9              MR. BEASLEY:  I contacted him.

10             MR. ROTUNDA:  Okay.  Can you tell me what he told

11   you?

12             MR. BEASLEY:  I want to think of specifically why

13   I called him.  My client -- I called him because --

14             MR. DIEFENBACH:  I'm going to object as non-

15   responsive.  Gary, pay attention to the question.  He's not

16   asking why you called him or what you asked him.  He's

17   asking you what Perry told you, so just -- that's all you

18   need to tell him.  If he wants to know why you called, he'll

19   ask that in -- afterwards.  But, just listen to the question

20   and tell him why you -- or what Perry said to you.

21             MR. BEASLEY:  Perry said to me that they would do

22   their very best to resume payments in the future, to

23   reinstate the payments in the future.  They would do the

24   best that they possibly could, but there was no guarantee

25   that that can happen.

113

1              MR. ROTUNDA:  Okay.

2              MR. BEASLEY:  But, he would stand by us and our

3      clients and wants us all to be able to continue in what was

4      a great business in helping business owners.  And then, that

5      was about the end of the conversation.

6              MR. ROTUNDA:  And to the best of your knowledge,

7      does Perry Abbonizio still work for Par Funding or Complete

8      Business Solutions?

9              MR. BEASLEY:  To my knowledge.

10             MR. ROTUNDA:  Okay.  That's all I have.

11             MR. BEASLEY:  Okay.

12             MR. HEINTZ:  I want to follow up on one thing that

13     came to -- came to mind.  What about -- it was my

14     understanding that a lot of these were insured.  Is the

15     insurance kicking in for any of those, to cover the -- any

16     losses?

17             MR. BEASLEY:  Yes, I'm sure it is.

18             MR. HEINTZ:  But, you don't have personal knowledge

19     of that?

20             MR. BEASLEY:  No, I don't have personal knowledge

21     of that.

22             MR. HEINTZ:  And that's not something Mr. Abbonizio

23     talked about, was insurance covering any losses or anything

24     like that?

25             MR. BEASLEY:  I didn't -- I didn't ask him that

114

1   question, because I know how the (inaudible) and it should

2   be a pretty big help for them.

3         MR. HEINTZ:  I'm sorry.  You broke up a little bit.

4    Can you -- can you repeat that?

5         MR. BEASLEY:  I said I didn't -- I didn't ask him

6   how that was working because I know how it's supposed to

7   work.  I suppose that it's one of those things, too soon to

8   tell, or it's -- it's not enough help, because it's been

9   such a major --

10        MR. HEINTZ:  Right.

11        MR. BEASLEY:  -- devastating impact to their

12  business.  But, it was -- well, so that's really all I know.

13   I didn't ask him --

14        MR. HEINTZ:  Okay.

15        MR. BEASLEY:  -- (inaudible).

16        MR. HEINTZ:  Okay.  Joe, anything else?

17        MR. ROTUNDA:  No, nothing from me.

18        MR. HEINTZ:  I think we've touched on all the

19  exhibits.  Oh, there's one more I had flagged.  And I know -

20  - I just want to be clear on it.  It's something we've seen

21  before, but just slightly altered.  Are you all seeing this?

22   It looks -- it's the flowchart.

23        MR. BEASLEY:  Yes, I've seen that.

24        MR. HEINTZ:  It's Exhibit 14 or -- for today's

25  interview.  Now, it is different from previous ones.

115

1    There's this ABFP ACCT in there.  What is that -- why was

2    that added, I guess?

3              MR. BEASLEY:  I suppose I better consult with my

4    counsel before I answer that question, or attempt to answer

5    that question.

6              MR. HEINTZ:  Okay.

7              MR. BEASLEY:  Sorry to do that to you guys.

8              MR. HEINTZ:  No, no.  That's --

9              MR. ROTUNDA:  Not a problem.

10             MR. HEINTZ:  No, go ahead.

11             (Witness takes a moment to confer with his

12   lawyer.)

13             MR. BEASLEY:  Okay.  I -- guys, I'm back.

14             MR. HEINTZ:  All right.  Okay.

15             MR. BEASLEY:  So, to explain and answer your

16   question about the chart, hang on just a moment, if you

17   would.  Okay, so this chart was my -- an original --

18   original chart that I made to explain to people the flow of

19   the money.  And later on, Mike saw this and he said, "This

20   is not correct."

21             And I said, "What do you -- what do you -- what do

22   you mean it's not correct?"  And he says, "The money does

23   not flow through us.  You should take that out of the

24   flowchart."  And then, after we spoke about it, it's like,

25   "Okay.  Now I -- now I understand.  I get it."  So, I

116

1    corrected the flowchart and took that out.

2            So, do you want me to go through the flowchart

3    with you, or is that necessary?  I mean, do you want me to?

4            MR. HEINTZ:  No, I don't think that's -- I don't

5    think that's necessary.  Joe, do you -- I mean --

6            MR. ROTUNDA:  No.

7            MR. HEINTZ:  Okay.

8            MR. ROTUNDA:  No, not on my end.

9            MR. BEASLEY:  And it has Wells Fargo up there, but

10   I had to change Wells Fargo.  I changed banks and so, I've

11   got Citizens in there now.

12           MR. HEINTZ:  So, this is an old -- this was an

13   old -- this one was the older -- an older flowchart?

14           MR. BEASLEY:  Yeah, it was, like -- yeah.

15           MR. HEINTZ:  Okay.

16           MR. BEASLEY:  Yeah.

17           MR. HEINTZ:  All right.  I don't have any further

18   questions.  Joe, do you have any follow-up?

19           MR. ROTUNDA:  I do not.

20           MR. HEINTZ:  John, do you have anything you want to

21   -- want to add or clarify here?

22           MR. DIEFENBACH:  No, I think we're good.  The --

23   I guess, just one -- one thing, just to clarify real quick.

24    And I think this was just answered, but I just want to be

25   clear.  Gary, this chart right here that is still up on the

117

1    screen, this was the -- this was a -- the first version of

2    the chart and it's different than the chart we were looking

3    at earlier today.  Is that correct?

4              MR. BEASLEY:  That's right.

5              MR. DIEFENBACH:  Okay.  Yeah, that's all I have.

6     I don't have any other questions.

7              MR. HEINTZ:  Okay.  And, Mr. Beasley, is there

8    any -- anything you have that you want to add to -- add to

9    the record?

10             MR. BEASLEY:  Only the fact that I've been in this

11   business for 40 years to help people.  Otherwise, I would

12   have got out of it a long time ago.  It's too much effort.

13   I like helping people and was stuck in the life insurance

14   business and then I really got (inaudible) the merchant cash

15   advance company because, like I said, my dad was a business

16   owner.

17             And there was times when he had to sell our ski

18   boat when I was 10 years old to build a garage onto the

19   service station.  And I came home and said, "What -- what

20   happened to the boat?" and he said, "We sold it."  "Why?

21   Why did you sell the boat?"  And he said, "We -- well, I've

22   got to buy a grease rack for the -- for the new garage."

23   And I was made at him for a month.

24             And so, that was my first exposure to cash flow

25   for a small business owner, and what it can do for -- do to

118

1    a family when you have to scrape and not have money.  So,

2    one of the big reasons why I wanted to support the small and

3    medium-sized businesses through this manner.  So, anyway --

4              MR. HEINTZ:  Okay.  All right.  Well, thank you so

5    much for sitting down with us today.

6              MR. DIEFENBACH:  Thank you.

7              MR. HEINTZ:  I'm going to go ahead and go off the

8    record.

9              MR. DIEFENBACH:  Okay.  I just do have -- I have

10   one administrative thing to discuss real quick, but it can

11   be off the record, so --

12             MR. HEINTZ:  It can be off the record?  Okay.

13             MR. DIEFENBACH:  Yep.

14             (The interview was concluded.)

15                        * * * * *

16

17

18

19

20

21

22

23

24

25

119

1               TRANSCRIBER'S CERTIFICATE

2

3    I, Ann Dooley, hereby certify that the foregoing

4    transcript is a complete, true and accurate

5    transcription of all matters contained on the recorded

6    proceedings in the matter of:

7    UNITED FIDELIS GROUP, INTERVIEW OF GARY BEASLEY.

8

9    *Ann Dooley*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25