## DECLARATION OF RAYNALDA N. MILORD

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Raynalda N. Milord. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am a Senior Paralegal Specialist at the U.S. Securities and Exchange Commission (the "Commission").

3. The Commission received audio file Beasley Radio AD KLBJ. As part of my duties at the Commission, I sent this audio file to Diversified Reporting Services, Inc. and ordered a transcript.

4. A true and correct copy of the transcript of audio file Beasley Radio AD KLBJis attached as Exhibit A hereto.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 22nd day of July 2020.

*Raynalda Milord*
RAYNALDA N. MILORD

```
                                                                      1

 1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2                                                     EXHIBIT

 3    In the Matter of:         )                         A

 4                              )   File No. FL-04188-A

 5    UNITED FIDELIS GROUP      )

 6

 7    SUBJECT:   Email-6B Radio AD KLBJ

 8    PAGES:     1 through 4

 9

10

11

12

13

14

15                      AUDIO TRANSCRIPTION

16

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                       (202) 467-9200
```

2

PROCEEDINGS

Email-6B Radio AD KLBJ

FEMALE VOICE: The following is for audition purposes only. It is not intended for broadcast use in any way or on any medium without prior talent and production payments. Any use outside of this is strictly prohibited. Initiating copy protection now.

MALE VOICE: I'm sure you know the stock market is in its tenth year of consecutive growth. That has never happened before. A correction is coming, the question is when. Many people would like to take some gains off the table, but where can you put it to get a good return?

We feel we have the solutions. It's not gold, it's not real estate, and it's not an indexed annuity. My name is Gary Beasley, President of Encore Financial Solutions here in Austin. And when it comes to growing and protecting your wealth, we do things a lot differently. It's time you learn how the big boys invest.

We offer stock market alternatives that do not change value every day and are designed for growth or income and has less risk than the market. If you want to significantly improve your finances then grab your cellphone and listen to a free recorded message

```
                                                                    3
 1   for more information.  Call 1-833-7-GROWTH, that's
 2   1-833-7-GROWTH.  Call 1-833-7-GROWTH.
 3              (End of audio file.)
 4                     * * * * *
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                TRANSCRIBER'S CERTIFICATE
 2
 3  I, Cheryl Shifflett, hereby certify that the foregoing
 4  transcript is a complete, true and accurate
 5  transcription of all matters contained on the recorded
 6  proceedings in the matter of
 7  Email-6B Radio AD KLBJ.
 8
 9
10
11              Cheryl A. Shifflett
12
13              _____
14              Transcriber
15
16
17
18
19
20
21
22
23
24
25
```