**Berlin, Amie R.**

| | |
|---|---|
| **From:** | Berman, Brett <BBerman@foxrothschild.com> |
| **Sent:** | Thursday, July 30, 2020 8:23 AM |
| **To:** | Douglas K. Rosenblum; Gaetan J. Alfano |
| **Subject:** | FW: [EXT] Re: Surplus Shed v. Par Funding 20-12937 |

Another example – and I will avoid sending you every single one, which are many – but I need some direction this morning on what to do as I cannot simply ignore courts and counsel.

**Brett A. Berman, Esq.**
**Partner**
**Co-Chair of Litigation Department**



**Firm Website** | **COVID-19 Resource Center**

**PA:** 2000 Market Street | 20th Floor | Philadelphia, PA  19103
**NY:** 101 Park Avenue | Suite 1700 | New York, NY 10178
_____

**(215) 299-2842** (Philadelphia office)
**(212) 878-7945** (New York office)
**(215) 299-2150** (facsimile)
**bberman@foxrothschild.com**

California | Colorado | Connecticut | Delaware | DC | Florida | Georgia | Illinois | Minnesota | Nevada | New Jersey | New York | North Carolina | Pennsylvania | South Carolina | Texas | Washington

---

**From:** Frank D'Amore <fdamore@rrslegal.com>
**Sent:** Thursday, July 30, 2020 8:12 AM
**To:** Frankowski, Brittney <BFrankowski@countyofberks.com>; Berman, Brett <BBerman@foxrothschild.com>
**Cc:** Rothermel, Amy <ARothermel@countyofberks.com>
**Subject:** Re: [EXT] Re: Surplus Shed v. Par Funding 20-12937

I am sorry for the delayed responses I have been in trial for the last couple of days. When is the soonest we can get this in? I am not pointing to any nefarious doing by Mr. Berman, but I would be remiss to not point out that his client does retain what we are contending is an illegal benefit, of a relatively small amount of money. If its pushed out long enough the injunction may even, arguably, become moot.

This is routine argument, and any warm body with a license from Mr. Berman's firm will do. His partner, "Steph" was apparently good enough to handle it last time.

Thank you

---

**From:** Frankowski, Brittney <BFrankowski@countyofberks.com>
**Sent:** Tuesday, July 28, 2020 5:37 PM
**To:** Frank D'Amore <fdamore@rrslegal.com>; Berman, Brett <BBerman@foxrothschild.com>
**Cc:** Rothermel, Amy <ARothermel@countyofberks.com>
**Subject:** Re: [EXT] Re: Surplus Shed v. Par Funding 20-12937

I was going to reach out tomorrow and let you know the date has changed to August 7 at 9:30. Does that work?

Sincerely,
Brittney Frankowski
Administrative Assistant
to Honorable James M. Lillis

---

**From:** Berman, Brett <BBerman@foxrothschild.com>
**Sent:** Tuesday, July 28, 2020 5:34:43 PM
**To:** Frankowski, Brittney <BFrankowski@countyofberks.com>; Frank D'Amore <fdamore@rrslegal.com>
**Cc:** Rothermel, Amy <ARothermel@countyofberks.com>
**Subject:** RE: [EXT] Re: Surplus Shed v. Par Funding 20-12937

**County of Berks Warning:** This is an external email. Please exercise caution.

I am so sorry but I am not available Friday.  when are some options for next week?

**Brett A. Berman, Esq.**
**Partner**
**Co-Chair of Litigation Department**



**Firm Website | COVID-19 Resource Center**

**PA:** 2000 Market Street | 20th Floor | Philadelphia, PA  19103
**NY:** 101 Park Avenue | Suite 1700 | New York, NY 10178
_____

**(215) 299-2842** (Philadelphia office)
**(212) 878-7945** (New York office)
**(215) 299-2150** (facsimile)
**bberman@foxrothschild.com**

California | Colorado | Connecticut | Delaware | DC | Florida | Georgia | Illinois | Minnesota | Nevada | New Jersey | New York | North Carolina | Pennsylvania | South Carolina | Texas | Washington

---

**From:** Frankowski, Brittney <BFrankowski@countyofberks.com>
**Sent:** Tuesday, July 28, 2020 11:39 AM
**To:** Frank D'Amore <fdamore@rrslegal.com>; Berman, Brett <BBerman@foxrothschild.com>

**Cc:** Rothermel, Amy <ARothermel@countyofberks.com>
**Subject:** RE: [EXT] Re: Surplus Shed v. Par Funding 20-12937

Counsel,
Upon the Judge's review, a hearing will be held on Friday, July 31 at 11:00 a.m. assuming counsel's availability?

*Sincerely,*
*Brittney Frankowski*
*Administrative Assistant*
*to Honorable James M. Lillis*
*610-478-6208 extension 3 7 4 1*

---

**From:** Frank D'Amore <fdamore@rrslegal.com>
**Sent:** Friday, July 24, 2020 12:48 PM
**To:** Frankowski, Brittney <BFrankowski@countyofberks.com>; Berman, Brett <BBerman@foxrothschild.com>
**Cc:** Rothermel, Amy <ARothermel@countyofberks.com>
**Subject:** Re: [EXT] Re: Surplus Shed v. Par Funding 20-12937

**County of Berks Warning:** This is an external email. Please exercise caution.

Thanks Brittney.

You will see from the motion why I believe this needs to be heard sooner rather than later. I will submit a rule with the Motion as well.

We simply wanted to keep this in front of the assigned judge.

Thanks. Courtesy copies should be coming.

---

**From:** Frankowski, Brittney <BFrankowski@countyofberks.com>
**Sent:** Friday, July 24, 2020 12:45 PM
**To:** Berman, Brett <BBerman@foxrothschild.com>
**Cc:** Frank D'Amore <fdamore@rrslegal.com>; Rothermel, Amy <ARothermel@countyofberks.com>
**Subject:** Re: [EXT] Re: Surplus Shed v. Par Funding 20-12937

Last week it was, that's all I'm saying, I haven't seen a formal filing so for the moment we agree.

Sincerely,
Brittney Frankowski
Administrative Assistant
to Honorable James M. Lillis

---

**From:** Berman, Brett <BBerman@foxrothschild.com>
**Sent:** Friday, July 24, 2020 12:41:59 PM
**To:** Frankowski, Brittney <BFrankowski@countyofberks.com>
**Cc:** Frank D'Amore <fdamore@rrslegal.com>; Rothermel, Amy <ARothermel@countyofberks.com>
**Subject:** Re: [EXT] Re: Surplus Shed v. Par Funding 20-12937

**County of Berks Warning:** This is an external email. Please exercise caution.

But it is not an emergency so what are we talking about here?

**Brett A. Berman, Esq.**
**Partner**
**Co-Chair of Litigation Department**



**Firm Website** | **COVID-19 Resource Center**

**PA:** 2000 Market Street | 20th Floor | Philadelphia, PA  19103
**NY:** 101 Park Avenue | Suite 1700 | New York, NY 10178
_____

**(215) 299-2842** (Philadelphia office)
**(212) 878-7945** (New York office)
**(215) 299-2150** (facsimile)
**bberman@foxrothschild.com**

California | Colorado | Connecticut | Delaware | DC | Florida | Georgia | Illinois | Minnesota | Nevada | New Jersey | New York | North Carolina | Pennsylvania | South Carolina | Texas | Washington


On Jul 24, 2020, at 12:41 PM, Frankowski, Brittney <BFrankowski@countyofberks.com> wrote:

> I agree, if this no longer being scheduled as an emergency as initially indicated to the Court, the motion/petition, rule and proposed order should be filed and it will be assigned a future hearing date upon being received.
>
> Attorney Berman, I apologize, when it's an emergency with a quick turnaround date, we select dates with counsel via email often before the formal filing occurs to ensure everyone is available.
>
> Sincerely,
> Brittney Frankowski
> Administrative Assistant
> to Honorable James M. Lillis
>
> ---
>
> **From:** Berman, Brett <BBerman@foxrothschild.com>
> **Sent:** Friday, July 24, 2020 12:36:56 PM
> **To:** Frank D'Amore <fdamore@rrslegal.com>
> **Cc:** Frankowski, Brittney <BFrankowski@countyofberks.com>; Rothermel, Amy <ARothermel@countyofberks.com>
> **Subject:** Re: [EXT] Re: Surplus Shed v. Par Funding 20-12937
>
> **County of Berks Warning:** This is an external email. Please exercise caution.

There is no motion filed. How are we talking about scheduling a hearing?  Given that frank said there is no emergency, why would this not be on a normal schedule?  I am very confused.

**Brett A. Berman, Esq.**
**Partner**
**Co-Chair of Litigation Department**



**Firm Website** | **COVID-19 Resource Center**

**PA:** 2000 Market Street | 20th Floor | Philadelphia, PA  19103
**NY:** 101 Park Avenue | Suite 1700 | New York, NY 10178
_____

**(215) 299-2842** (Philadelphia office)
**(212) 878-7945** (New York office)
**(215) 299-2150** (facsimile)
**bberman@foxrothschild.com**

California | Colorado | Connecticut | Delaware | DC | Florida | Georgia | Illinois | Minnesota | Nevada | New Jersey | New York | North Carolina | Pennsylvania | South Carolina | Texas | Washington


On Jul 24, 2020, at 12:31 PM, Frank D'Amore <fdamore@rrslegal.com> wrote:

> We are available.
>
> Thanks
>
> ___
>
> **From:** Frankowski, Brittney <BFrankowski@countyofberks.com>
> **Sent:** Friday, July 24, 2020 10:29 AM
> **To:** Frank D'Amore <fdamore@rrslegal.com>; Berman, Brett <BBerman@foxrothschild.com>
> **Cc:** Rothermel, Amy <ARothermel@countyofberks.com>
> **Subject:** RE: Surplus Shed v. Par Funding 20-12937
>
> Good morning,
> There is availability on Friday, July 31 at 9:30 a.m. if that works for everyone?
>
> Sincerely,
> Brittney Frankowski
> Administrative Assistant
> to Honorable James M. Lillis
> 610-478-6208 extension 3741
>
> ___
>
> **From:** Frank D'Amore <fdamore@rrslegal.com>
> **Sent:** Friday, July 24, 2020 9:10 AM
> **To:** Frankowski, Brittney <BFrankowski@countyofberks.com>; Rothermel, Amy

<ARothermel@countyofberks.com>
**Cc:** Berman, Brett <BBerman@foxrothschild.com>
**Subject:** Surplus Shed v. Par Funding 20-12937

**County of Berks Warning:** This is an external email. Please exercise caution.

Hello Brittney and Amy,

We are going to be filing our Motion in the above-captioned case today. We would really like this matter to stay in front of Judge Lillis rather than an emergency judge. Ed Stock will be handling the argument.

He has availability next Friday. Does that work for the Judge?

Thank you.

**FOR INFORMATION RE: COVID-19 AND WHAT YOU CAN DO… CLICK www.DoYourPartBerks.com**

This message and the attachment(s) are intended for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any retention, use, dissemination, distribution or copying of this communication including attachments is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply to the original message at the above address and then delete all copies of the message.
Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

**FOR INFORMATION RE: COVID-19 AND WHAT YOU CAN DO… CLICK www.DoYourPartBerks.com**

This message and the attachment(s) are intended for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any retention, use, dissemination, distribution or copying of this communication including attachments is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply to the original message at the above address and then delete all copies of the message.

Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

**FOR INFORMATION RE: COVID-19 AND WHAT YOU CAN DO… CLICK www.DoYourPartBerks.com**

This message and the attachment(s) are intended for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any retention, use, dissemination, distribution or copying of this communication including attachments is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply to the original message at the above address and then delete all copies of the message.
Thank you.

**FOR INFORMATION RE: COVID-19 AND WHAT YOU CAN DO… CLICK www.DoYourPartBerks.com**

This message and the attachment(s) are intended for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any retention, use, dissemination, distribution or copying of this communication including attachments is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply to the original message at the above address and then delete all copies of the message.
Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

**FOR INFORMATION RE: COVID-19 AND WHAT YOU CAN DO… CLICK www.DoYourPartBerks.com**

This message and the attachment(s) are intended for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any retention, use, dissemination, distribution or copying of this communication including attachments is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply to the original message at the above address and then delete all copies of the message.
Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.