UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

      Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL

**THIS CAUSE** comes before the Court upon Plaintiff Security and Exchange Commission's Motion to Unseal [ECF No. 47] ("Motion"), filed on July 30, 2020. The Motion seeks to unseal the filings, orders, and docket sheet in this case, with the exception of the law enforcement agency transcripts and declarations filed as exhibits to Plaintiff's Motion for Temporary Restraining Order [ECF No. 14]. Having reviewed the Motion, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED** as follows:

The Court hereby directs the Clerk of Court to **UNSEAL** all documents, filings, orders, and the docket in this case, **EXCEPT FOR** Docket Entries: 31-14, 31-15, 32, 32-1, 32-2, 32-3, 32-4, 33, 33-4, 33-5, 33-9, 33-10, 33-11, 34-1, 34-2, 34-3, 34-5, 41, 41-8, 41-26, 41-27, 41-29, 41-30, 41-31 and 41-32, which **SHALL REMAIN UNDER SEAL** until further Order of the Court for the reasons set forth in Plaintiff's Motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of July, 2020.

                                                    _____
                                                    RODOLFO A. RUIZ II
                                                    UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record