# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-cv-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff*

vs.

COMPLETE BUSINESS SOLUTION GROUP, INC. D/B/A PAR FUNDING, ET AL.,

    *Defendant(s).*

_____/

## NOTICE OF APPEARANCE

    Daniel L. Rashbaum, Esq. hereby enters his appearance as counsel on behalf of Defendant Perry S. Abbonizio in the above-captioned matter, and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Date: August 3, 2020

    Respectfully submitted,

/s/ Daniel L. Rashbaum
Daniel L. Rashbaum
Fla Bar No. 75084

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
2 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4260
drashbaum@mnrlawfirm.com

*Counsel for Perry S. Abbonizio*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

>By:   /s/ Daniel L. Rashbaum
>      Daniel L. Rashbaum