UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
   INC. d/b/a/ PAR FUNDING, et al.,
                                              /

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING EVIDENCE REFERENCED AND READ DURING THE AUGUST 3, 2020 HEARING ON DEFENDANT DEAN VAGNOZZI'S "EXPEDITED MOTION FOR PROTECTIVE ORDER AS TO DEPOSITION"**

      Plaintiff Securities and Exchange Commission hereby files the correspondence referenced during the August 3, 2020 hearing on Defendant Dean Vagnozzi's "Expedited Motion for Protective Order as to Deposition," reflecting that undersigned counsel offered to take the deposition on Tuesday, August 4 or Wednesday, August 5, 2020. [Exhibit A].

August 3, 2020                            Respectfully submitted,

                                          By:    s/ Amie Riggle Berlin
                                                   Amie Riggle Berlin
                                                   Senior Trial Counsel
                                                   Florida Bar No. 630020
                                                   Direct Dial: (305) 982-6322
                                                   Email:  berlina@sec.gov
                                                   Attorney for Plaintiff

                                                   **SECURITIES AND EXCHANGE COMMISSION**
                                                   801 Brickell Avenue, Suite 1800
                                                   Miami, Florida 33131
                                                   Telephone:  (305) 982-6300
                                                   Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 3rd day of August 2020 via email and cm-ecf on all defense counsel in this case.

                                  s/ Amie Riggle Berlin
                                  Amie Riggle Berlin