**Berlin, Amie R.**

---

| | |
|---|---|
| **From:** | Berlin, Amie R. |
| **Sent:** | Sunday, August 2, 2020 9:35 PM |
| **To:** | brian.miller@akerman.com |
| **Cc:** | alejandro.paz@akerman.com |
| **Subject:** | Re: Gissas Deposition |

Brian,
Other defendants are requesting a hearing date of Thursday, and so I can't take it at that time. As a courtesy, I can offer you Tuesday or Wednesday of this week for his deposition. If you would like it to be on one of those days, let me know.
Thanks,
Amie

> On Aug 2, 2020, at 9:23 PM, "brian.miller@akerman.com" <brian.miller@akerman.com> wrote:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
>
> Amie,
>
> We are literally about to hit the button on the filing.  We are asking for Thursday or later.  If you agree, we will not file; otherwise we will.  Thanks.
>
>
> https://protect2.fireeye.com/v1/url?k=2d27389b-73975a9c-2d27dc2d-867c6
> b071c6f-3dbe0e2d32349fcf&q=1&e=26328aca-d30c-4886-9203-293419bd7340&u=
> http%3A%2F%2Fwww.akerman.com%2F
>
> CONFIDENTIALITY NOTE: The information contained in this transmission
> may be privileged and confidential, and is intended only for the use
> of the individual or entity named above. If the reader of this message
> is not the intended recipient, you are hereby notified that any
> dissemination, distribution or copying of this communication is
> strictly prohibited. If you have received this transmission in error,
> please immediately reply to the sender that you have received this
> communication in error and then delete it. Thank you.
>
> -----Original Message-----
> From: Berlin, Amie R. <BerlinA@sec.gov>
> Sent: Sunday, August 2, 2020 9:15 PM
> To: Miller, Brian (Ptnr-Mia) <brian.miller@akerman.com>
> Cc: Paz, Alejandro (Assoc-Mia) <alejandro.paz@akerman.com>
> Subject: Re: Gissas Deposition
>
> Brian,
> We can move the deposition to Tuesday morning at 11am. Let me know if that is agreeable.
> Amie
>

>> On Aug 2, 2020, at 8:24 PM, "brian.miller@akerman.com" <brian.miller@akerman.com> wrote:

>>

>> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

>>

>> Mr. Vagnozzi had no notice or opportunity to object to the expedited discovery timeframe, which we certainly would have done.  We do not have access to documents necessary to prepare for a deposition.  And I do not think that notice at 11:58 p.m. on a Friday for a deposition on Monday morning, especially when we had a tropical storm, is adequate due process.  If you are willing to postpone, which is all I am asking to do because I would like to work with you on this, please let me know no later than 8:30 p.m.  Otherwise we will file our motion.  Thanks.

>>

>>

>> https://protect2.fireeye.com/v1/url?k=24ea078c-7a5a9a99-24eae33a-8630

>> f

>> fab37ab-bb1a0b6ce02de129&q=1&e=0015d1a5-84f2-4ba9-adc3-90711bc2f589&u

>> =

>> http3A%2F%2Fwww.akerman.com%2F

>>

>> CONFIDENTIALITY NOTE: The information contained in this transmission

>> may be privileged and confidential, and is intended only for the use

>> of the individual or entity named above. If the reader of this

>> message is not the intended recipient, you are hereby notified that

>> any dissemination, distribution or copying of this communication is

>> strictly prohibited. If you have received this transmission in error,

>> please immediately reply to the sender that you have received this

>> communication in error and then delete it. Thank you.

>>

>> -----Original Message-----

>> From: Berlin, Amie R. <BerlinA@sec.gov>

>> Sent: Sunday, August 2, 2020 8:09 PM

>> To: Miller, Brian (Ptnr-Mia) <brian.miller@akerman.com>

>> Cc: Paz, Alejandro (Assoc-Mia) <alejandro.paz@akerman.com>

>> Subject: Re: Gissas Deposition

>>

>> Can you explain your due process argument? I'm trying to understand if there is a valid basis for it before I give my position. Are you disputing that you had 2 days notice? Please explain the argument so I can confer with you.

>>

>>>> On Aug 2, 2020, at 8:07 PM, "brian.miller@akerman.com" <brian.miller@akerman.com> wrote:

>>>

>>> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

>>>

>>>

>>> Hi Amie,

>>>

>>> I will not send you a draft of our motion.  I outlined our basis below.  We do not have adequate time to prepare for the deposition, and given the agreement to postpone the preliminary injunction hearing as to Vagnozzi until August 11, there is no urgency.  We can produce him for deposition later in the week if you still wish to proceed.

>>>

>>> Thanks.

>>>

>>> Brian
>>>
>>>
>>> https://protect2.fireeye.com/v1/url?k=41b40c13-1f049109-41b4e8a5-869
>>> 7
>>> e
>>> 44c76c2-1fa8a3070129424e&q=1&e=61e4325e-95a7-4661-819f-a9eea663f96a&
>>> u
>>> =
>>> http%3A%2F%2Fwww.akerman.com%2F
>>>
>>> CONFIDENTIALITY NOTE: The information contained in this transmission
>>> may be privileged and confidential, and is intended only for the use
>>> of the individual or entity named above. If the reader of this
>>> message is not the intended recipient, you are hereby notified that
>>> any dissemination, distribution or copying of this communication is
>>> strictly prohibited. If you have received this transmission in
>>> error, please immediately reply to the sender that you have received
>>> this communication in error and then delete it. Thank you.
>>>
>>> -----Original Message-----
>>> From: Berlin, Amie R. <BerlinA@sec.gov>
>>> Sent: Sunday, August 2, 2020 8:03 PM
>>> To: Miller, Brian (Ptnr-Mia) <brian.miller@akerman.com>
>>> Cc: Paz, Alejandro (Assoc-Mia) <alejandro.paz@akerman.com>
>>> Subject: Re: Gissas Deposition
>>>
>>> I can give you my position after you tell me the basis for your motion for protective order. Please let me know what you are arguing or send me a draft or your motion and I will give you my position on the motion.
>>>
>>>>> On Aug 2, 2020, at 6:56 PM, "brian.miller@akerman.com" <brian.miller@akerman.com> wrote:
>>>>
>>>> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>>>>
>>>>
>>>> Hi Amie.  I am going to file an urgent motion for protective order against a deposition of Mr. Vagnozzi for tomorrow morning.  I will note your position as opposed.  Please let me know if you re-consider your position.  Thanks.
>>>>
>>>> Brian
>>>>
>>>>
>>>> https://protect2.fireeye.com/v1/url?k=9240bf40-ccf0309c-92405bf6-86
>>>> a
>>>> b
>>>> 8
>>>> bdaf1e2-50d724337219d449&q=1&e=ae516bc0-7ab4-49c8-b755-c17d4b7d025e
>>>> &
>>>> u
>>>> =
>>>> http%3A%2F%2Fwww.akerman.com%2F
>>>>

>>>> CONFIDENTIALITY NOTE: The information contained in this
>>>> transmission may be privileged and confidential, and is intended
>>>> only for the use of the individual or entity named above. If the
>>>> reader of this message is not the intended recipient, you are
>>>> hereby notified that any dissemination, distribution or copying of
>>>> this communication is strictly prohibited. If you have received
>>>> this transmission in error, please immediately reply to the sender
>>>> that you have received this communication in error and then delete it. Thank you.
>>>>
>>>> -----Original Message-----
>>>> From: Miller, Brian (Ptnr-Mia)
>>>> Sent: Sunday, August 2, 2020 5:03 PM
>>>> To: 'Berlin, Amie R.' <BerlinA@sec.gov>
>>>> Cc: Paz, Alejandro (Assoc-Mia) <alejandro.paz@akerman.com>
>>>> Subject: RE: Gissas Deposition
>>>>
>>>> Thank you Amie.  But I don't understand why you would not be willing to move his deposition until later in the
week if you still need it.  We simply don't have enough time to adequately prepare.  Please re-consider your position and
let me know.
>>>>
>>>> -----Original Message-----
>>>> From: Berlin, Amie R. <BerlinA@sec.gov>
>>>> Sent: Sunday, August 2, 2020 4:32 PM
>>>> To: Miller, Brian (Ptnr-Mia) <brian.miller@akerman.com>
>>>> Cc: Paz, Alejandro (Assoc-Mia) <alejandro.paz@akerman.com>;
>>>> dan.small@hklaw.com
>>>> Subject: Re: Gissas Deposition
>>>>
>>>> Thanks, Brian. We have no objection to the PI hearing occurring August 11th for your client. I'm copying Dan
(counsel for Mr. Gissas) since you are both seeking the same unopposed relief regarding the hearing date.
>>>>
>>>> I am not postponing or cancelling Mr. Vagnozzi's Deposition. It will occur tomorrow as scheduled.
>>>>
>>>> Thanks,
>>>> Amie
>>>>
>>>>>> On Aug 2, 2020, at 4:08 PM, "brian.miller@akerman.com" <brian.miller@akerman.com> wrote:
>>>>>
>>>>> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless
you recognize the sender and know the content is safe.
>>>>>
>>>>>
>>>>> Amie,
>>>>>
>>>>> On behalf of Mr. Vagnozzi, I would join in the Gissas request to continue the PI hearing.  We can be available
August 11.  I would also request that you cancel his deposition I think your paralegal calendared for tomorrow morning.
We really don't have adequate time to prepare for either consistent with allowing our client due process.  Moreover,
this would give the parties more time to consider my proposal that I sent earlier today.  Thanks.
>>>>>
>>>>> Brian
>>>>>
>>>>>

>>>>> https://protect2.fireeye.com/v1/url?k=56e10633-08519b16-56e1e285-8
>>>>> 6
>>>>> c
>>>>> 8
>>>>> 9
>>>>> b3c9da5-3e98ee349c616bc3&q=1&e=28abe24f-8f2a-4cca-9842-8e09ae63785
>>>>> 3
>>>>> &
>>>>> u
>>>>> =
>>>>> http%3A%2F%2Fwww.akerman.com%2F
>>>>>
>>>>> CONFIDENTIALITY NOTE: The information contained in this
>>>>> transmission may be privileged and confidential, and is intended
>>>>> only for the use of the individual or entity named above. If the
>>>>> reader of this message is not the intended recipient, you are
>>>>> hereby notified that any dissemination, distribution or copying of
>>>>> this communication is strictly prohibited. If you have received
>>>>> this transmission in error, please immediately reply to the sender
>>>>> that you have received this communication in error and then delete it. Thank you.
>>>>>
>>>>> -----Original Message-----
>>>>> From: Berlin, Amie R. <BerlinA@sec.gov>
>>>>> Sent: Sunday, August 2, 2020 3:53 PM
>>>>> To: Jeffrey Cox <jlc@sallahlaw.com>; Viviana Rodrigues
>>>>> <vv@sallahlaw.com>; James Sallah <jds@sallahlaw.com>;
>>>>> dan.small@hklaw.com; Christopher.Iaquinto@hklaw.com;
>>>>> Allison.Kernisky@hklaw.com; Daniel Rashbaum
>>>>> <drashbaum@mnrlawfirm.com>; Jeffrey Marcus
>>>>> <jmarcus@mnrlawfirm.com>; Paz, Alejandro (Assoc-Mia)
>>>>> <alejandro.paz@akerman.com>; Miller, Brian
>>>>> (Ptnr-Mia) <brian.miller@akerman.com>; Robert F. Elgidely
>>>>> <RElgidely@foxrothschild.com>; Joseph A. DeMaria
>>>>> <jdemaria@foxrothschild.com>; Brett Berman
>>>>> <BBerman@foxrothschild.com>; rstumphauzer@sfslaw.com; Douglas
>>>>> Rosenblum <DKR@pietragallo.com>; Gaetan J. Alfano
>>>>> <GJA@pietragallo.com>
>>>>> Cc: Jacqmein, Victoria <JacqmeinV@SEC.GOV>; Schmidt, Linda S.
>>>>> <SCHMIDTLS@SEC.GOV>
>>>>> Subject: Gissas Deposition
>>>>>
>>>>> The deposition of John Gissas, scheduled for tomorrow, is cancelled.
>>>>>
>>>>> Counsel for Mr. Gissas, Dan Small, is requesting a continuance of the PI hearing as to his client, until August 11. If
you wish to join in his motion or seek a continuance of the hearing date as to your client, please contact Dan and reach
out to me and the Receiver's counsel to confer by 10am tomorrow.
>>>>>
>>>>> Thank you,
>>>>> Amie