UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
   INC. d/b/a/ PAR FUNDING, et al.,
_____/

SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF FINANCIAL INSTITUTIONS TO WHICH THE COURT'S ORDER
WAS SENT AND AMOUNTS FROZEN PURSUANT TO THE ASSET FREEZE ORDER

Pursuant to the Court's Order of August 3, 2020, the Securities and Exchange Commission hereby notifies the Court that we faxed the Court's July 28, 2020 Order to the financial institutions listed below. The financial institutions that have advised us they froze monies are indicated on this list with the amounts they advised us are frozen.

1. Actum Processing, LLC
2. Atlantic Capital Bank
3. Atlantic Community Bankers Bank
4. Austin Telco Federal Credit Union
5. Bancorpsouth
6. Bank of America
7. Bryn Mawr Trust Corp.
8. CamaPlan Self-Directed IRA LLC
9. Capital One 360
10. Centennial Bank
11. Charles Schwab
    a. $10,530,440 frozen – 2 accounts held by Lisa McElhone
12. Citizens Bank
    a. $2,302,126 frozen – 12 accounts held by various entities and individuals[1]

---

[1] Accounts ending in 3282 ($21,814 – Full Spectrum Processing), 3290 ($10,135 – Full Spectrum Processing), 0345 ($123,459 – Lisa McElhone), 8156 ($401,393 – Lisa McElhone), 9567 ($41,211 – Abetterfinancialplan.com), 8766 ($827,357 – Dean Vagnozzi), 0350 ($3 – Dean

13. Columbia State Bank
14. Comerica Legal Processing Services
15. ENT Credit Union
16. First Bank of New Jersey
    a. $7,414,320 frozen
        i. $6,722,319 held in Complete Business Solutions accounts
        ii. $692,001 held in Joseph Cole Barleta accounts
17. First Citizens Bank (acquired by Biscayne Bank)
18. First Source Bank (Indianapolis, IN)
19. Florida Community Bank nka Synovus
20. Glacier Bank
    a. $7,431,803 frozen
        i. $4,839,634 held in Eagle Six Consultant account ending in 2187
        ii. $108,149 held in Heritage Business Consulting account ending in 2233
        iii. $2,484,020 held in Complete Business Solutions Group account ending in 3352
21. JP Morgan Chase
22. Kota Pay
23. Liberty Bank (Middletown, Connecticut)
24. Meridian Bank
25. NuView Trust Co.
26. OnPoint Community Credit Union
27. PNC Bank
28. Priority Payment Systems
29. Republic Bank
30. Santander Bank, N.A.
31. TD Ameritrade
32. TD Bank
33. The Bancorp Bank
34. Victory Bank
    a. $1,076,029 frozen
        i. $1,068,148 held in Abetterfinancialplan.com account ending in 4507
        ii. $7,881 held in Dean and Christa Vagnozzi account ending in 4566
35. Wells Fargo

---

Vagnozzi), 9575 ($208,528 – ABBFP Management Company), 9737 ($397 – ABFP Income Fund), 9745 ($7,885 – ABFP Income Fund 2), 8962 ($15,861 – Perry Abbonizio), and 7616 ($644,081 – Perry Abbonizio)

August 4, 2020                                    Respectfully submitted,

                                                               By:     s/ Amie Riggle Berlin
                                                                          Amie Riggle Berlin
                                                                          Senior Trial Counsel
                                                                          Florida Bar No. 630020
                                                                          Direct Dial: (305) 982-6322
                                                                          Email:  berlina@sec.gov
                                                                          Attorney for Plaintiff

                                                                          **SECURITIES AND EXCHANGE COMMISSION**
                                                                          801 Brickell Avenue, Suite 1800
                                                                          Miami, Florida 33131
                                                                          Telephone:  (305) 982-6300
                                                                          Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 4th day of August 2020 via email and cm-ecf on all defense counsel in this case.

                                                           s/ Amie Riggle Berlin
                                                           Amie Riggle Berlin