# EXHIBIT 2

# 1 Global Capital, LLC and 1 West Capital, LLC
## Liquidation Analysis
## August 1, 2019

| | NOTES | Plan of Liquidation | Chapter 7 |
|---|---|---|---|
| **Cash Balance** | 1 | $88,819,000 | $88,819,000 |
| | | | |
| **Future Collections Estimates** | | | |
| MCA | 2 | $15,000,000 | $7,500,000 |
| Litigation - Collections | 3 | $5,500,000 | $4,125,000 |
| Receivership | 4 | $4,500,000 | $4,500,000 |
| Litigation - Bankruptcy | 5 | $4,000,000 | $2,000,000 |
| | | $29,000,000 | $18,125,000 |
| | | | |
| **Gross Recovery Estimate** | 6 | $117,819,000 | $106,944,000 |
| | | | |
| **Administration Claims:** | | | |
| Fees/holdback through 10-01-19 | 7 | ($2,000,000) | ($2,000,000) |
| Operating Budget thru 10-01-19 | 8 | ($1,077,000) | ($1,000,000) |
| Insurance | 9 | ($150,000) | |
| Prof Fees Thru Confirmation 10-01-19 | 10 | ($3,339,000) | ($3,339,000) |
| **Total Administration Claims** | | **($6,566,000)** | **($6,339,000)** |
| | | | |
| **Projected Total Cash for Trust** | | $111,253,000 | $100,605,000 |
| | | | |
| **Liquidating Trust Expenses - Operating Period** | | | |
| Operating Budget | 11 | ($681,000) | ($500,000) |
| Professional Fees | 12 | ($1,758,000) | ($5,000,000) |
| US Trustee Fees | 13 | ($600,000) | |
| Chapter 7 Fee (3%) | 14 | | ($3,018,150) |
| Non Operating Professional Fees | 15 | ($2,000,000) | |
| **Total Plan Expenses** | | **($5,039,000)** | **($8,518,150)** |
| | | | |
| **Projected Cash to Distribute** | | $106,214,000 | $92,086,850 |
| | | | |
| **Secured and Priority Claims** | | | |
| Secured claims | 16 | ($2,500,000) | ($2,500,000) |
| Priority claims | 17 | ($1,000,000) | ($1,000,000) |
| | | | |
| **Sub Total** | | ($3,500,000) | ($3,500,000) |
| | | | |
| **Projected Cash to General Unsecured Claims** | 18 | $102,714,000 | $88,586,850 |
| | | | |
| Estimate of Claims Basis | 19 | $300,000,000 | $400,000,000 |
| | | | |
| **Projected Distribution Recovery** | 20 | 34% | 22% |

# 1 Global Capital, LLC and 1 West Capital, LLC
# Liquidation Analysis
# August 1, 2019

**NOTES:**

1. Cash balance is as of July 15, 2019.
2. MCA portfolio collections managed in house by the collection department with a team in place.
3. Litigation collections are outside contingent collection firms.
4. Receivership matters include future receipts from Bright Smile, Ganador and other receivership related matters.
5. Litigation - Bankruptcy is an estimate of general bankruptcy litigation matters, including preference and avoidance matters and professional litigation.
6. Gross recovery estimate is a projection and may materially change.
7. Projection of professional fee holdbacks for the Chapter 11 period.
8. Operating Budget is staff and operations through the plan Effective Date.
9. Insurance includes Director and Officer insurance.
10. Professional Fees includes an estimate of fees yet to be incurred through October 1.
11. Liquidating Trust expenses are a budget and at a run rate through December 31, 2019.
12. Professional fees are related to the Liquidating Trust. Chapter 7 Fees would be materially higher based upon a new team and a new strategy to manage the matter.
13. US Trustee Fees are estimated based upon distributions.
14. Chapter 7 compensation is capped at a statutory 3% fee.
15. Non Operating Professional fees includes fees for counsel, accountants and litigation matters for the duration of the case post operations.
16. Secured claims are currently an estimate, subject to further review and objections.
17. Priority claims are currently an estimate, subject to further review and objections.
18. Projected Cash to distribute is an estimate, subject to material changes and will occur over a time period of one to three years.
19. The current estimate does not include:
    * The SEC claim of $285,599,532, which the Plan Proponents believe will resolved consensually.
    * The Travis, Oliphant and Collins claims totaling $151,778,601, subject to pending objection and pending litigation.
    The estimate of claims basis is a projection assuming gross claims will be reduced to an amount in this range. Material changes can occur to the final claims basis. The claims basis will likely be higher in a Chapter 7.
20. Projected distribution and recovery is a projection based upon a number of estimates for the amount of recoveries and the amount of costs incurred and to be incurred by the estate to finalize the matter.