UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 20-cv-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al,

    Defendants.
_____/

### MOTION FOR COMPLETE BUSINESS SOLUTIONS GROUP, INC. AND FULL SPECTRUM PROCESSING, INC. PERMISSION TO EXCEED THE 10 PAGE LIMIT

Pursuant to Rule 7.1, Defendants, Complete Business Solutions Group, Inc. d/b/a Par Funding ("CBSG") and Full Spectrum Processing, Inc. ("Full Spectrum"), respectfully request permission to exceed the 10 page limit set forth in the Court's paperless order ECF 74, in advance of today's 3:30 p.m. hearing, and state as follows:

Undersigned counsel initially appeared in this action on behalf of Defendants, CBSG and Full Spectrum, as well as three individual Defendants, and a relief Defendant. Subsequently, the individual Defendants and Relief Defendant have retained separate counsel, while undersigned counsel continues to represent CBSG and Full Spectrum.

The Court has scheduled a hearing for August 4 at 3:30 p.m. to consider the appropriate scope of the Receivership Order. *See* ECF 74. The Court allowed the parties to each file memorandum not to exceed 10 pages, in advance of the hearing.

Rather than filing its own separate memorandum of up to 10 pages, CBSG and Full Spectrum have joined in a memorandum filed by counsel for the individual Defendants, and Relief Defendant, in order to present a single unitary document to the Court. That filing exceeds the page limit by three pages. Accordingly, as the filing by CBSG and Full Spectrum, combined with the filing by the individual Defendants, and relief Defendant is less than the 20 total pages allotted by the Court, undersigned counsel respectfully submits that the parties have complied with the intent and the spirit of the Court's page limitation Order. However, pursuant to Local Rule 7.l, Defendants move for an extension of the page limit so that CBSG and Full Spectrum, along with the individual Defendants, and Relief Defendant are in compliance with the Local Rules of this Court.

Respectfully submitted,

**FOX ROTHSCHILD LLP**
*Attorneys for Complete Business Solutions Group, Inc. d/b/a Par Funding and Full*
One Biscayne Tower, Suite 2750
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 442-6547

By: /s/*Joseph DeMaria*
**Joseph A. DeMaria, B.C.S.**
Florida Bar No. 764711
Email: JDeMaria@FoxRothschild.com

**Brett Berman**
2000 Market Street, 20th Floor
Philadelphia, PA 19103,
Tel: (215) 299-2000
Email: bberman@foxrothschild.com

Sec. Email: mmiller-hayle@foxrothschild.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **August 4, 2020**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

           *s/Joseph A. DeMaria*
           Joseph A. DeMaria