## SUPPLEMENTAL DECLARATION OF MELISSA DAVIS

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Melissa Davis. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am Partner at KapilaMukamal, LLP ("KM"), a forensic and insolvency advisory CPA firm. I am a Certified Public Accountant, Certified Insolvency Restructuring Advisor and a Certified Fraud Examiner and a practitioner addressing forensic accounting issues for more than 15 years. KM was retained by the Securities and Exchange Commission to analyze the baking activity of Complete Business Solutions Group, Inc. d/b/a Par Funding ("Par Funding").

3. On July 23, 2020 I issued a Declaration summarizing certain transfers and activity based on my analysis of the Par Funding bank records ("July 23, 2020 Declaration"). A copy of the July 23, 2020 Declaration is attached as **Exhibit A**. The information in this Declaration is based on my review and analysis of the documents identified in the July 23, 2020 Declaration.[1]

4. In addition to the activity I identified in the July 23, 2020 Declaration, I determined that from July 2015 to June 2020, Par Funding transferred $42,334,600 to Heritage Business Consulting and transferred $42,643,174 to Eagle Six Consulting, Inc. from Par Funding Accounts containing commingled Investor Funds.

5. During the period July 2015 to June 2020, Par Funding transferred $1,097,725 to Broadway Advance, LLC from Par Funding Accounts containing commingled Investor Funds.

6. Beginning in December 2019 through February 21, 2020, Par Funding made a series of transfers to Priority Payment Systems totaling $63,650,827 from the Par Funding Accounts containing commingled Investor Funds.

7. On February 21, 2020 Par Funding began to make transfers out of the Par Funding Accounts which were labeled as "Par Funding Pref." During the period from February 21, 2020 to June 30, 2020, these transfers totaled $45,990,953, of which $20,865,953 occurred during the month of June 2020 from the JP Morgan Chase accounts. Based on my discussions with the SEC, although labeled as Par Funding Pref, these transfers were also payments to Priority Payment Systems from the Par Funding Accounts.

---

[1] In addition to the documents identified in Exhibit A, I also reviewed the June 2020 bank statements for Par Funding Glacier bank accounts to determine the inflows, outflows and ending balance. I also reviewed correspondence from JP Morgan and Glacier bank regarding the Par Funding bank account balances in July 2020.

**EXHIBIT 1**

1

8.  *Table 1* summarizes the beginning balances, inflows, outflows and ending balances in the Par Funding Accounts for 2020:

**Table 1 - 2020 Monthly Bank Activity and Ending Balances**

*Source: Bank Records for TD Bank (#9496, #9782, #9790, #9807 & #6895), Glacier Bank (#3352 & #2091) and JP Morgan Chase (#9100, #9118 and #9126)*

| Month | Total Inflows | Total Outflows | Month End Balance |
|---|---|---|---|
| December-19 | | | $ 30,746,359 |
| January-20 | 120,175,997 | (133,235,254) | 17,687,102 |
| February-20 | 42,775,593 | (51,321,735) | 9,140,959 |
| March-20 | 55,759,149 | (50,317,857) | 14,582,251 |
| April-20 | 46,430,143 | (40,748,952) | 20,263,442 |
| May-20 | 50,269,808 | (46,636,269) | 23,896,981 |
| June-20 | $ 45,914,532 | $ (60,956,068) | 8,855,445 |

9.  *Table 2* summarizes the ending bank account balances in the Par Funding Accounts by bank for each month in 2020. The ending balances in July 2020 were less than the ending balances as compared to prior months in 2020.

**Table 2 - Monthly Ending Balance by Bank**

*Source: Bank Records for TD Bank (#9496, #9782, #9790, #9807 & #6895), Glacier Bank (#3352 & #2091) and JP Morgan Chase (#9100, #9118 and #9126)*

| Month | TD Bank Ending Balance | Glacier Bank Ending Balance | JP Morgan Chase Ending Balance | Total Ending Balance |
|---|---|---|---|---|
| January-20 | $ 7,659,231 | $ 10,027,871 | $ - | $ 17,687,102 |
| February-20 | - | 3,642,870 | 5,498,088 | 9,140,959 |
| March-20 | - | 6,890,580 | 7,691,671 | 14,582,251 |
| April-20 | - | 6,653,378 | 13,610,064 | 20,263,442 |
| May-20 | - | 6,763,578 | 17,133,403 | 23,896,981 |
| June-20 | - | 8,772,926 | 82,519 | 8,855,445 |
| July-20 | $ - | $ 2,484,020 | $ - | $ 2,484,020 |

10.  On July 7, 2020 Par Funding closed the JP Morgan Chase account numbers ending in 9118 and 9126. On July 20, 2020 Par Funding closed the JP Morgan Chase bank account ending in 9100.[2]

---

[2] Based on correspondence dated July 31, 2020 from JP Morgan Chase. The balances in the JP Morgan accounts at the time they were closed was $323,115 and this amount is not included within the totals in Table 2. Only the Glacier accounts remained opened as of July 31, 2020.

11.     I reserve the opportunity to revise this Supplemental Declaration based on additional information that may become available.

**********

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 4th day of August 2020.

*[signature: Melissa D]*

Melissa Davis

# **DECLARATION OF MELISSA DAVIS**

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Melissa Davis. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am Partner at KapilaMukamal, LLP ("KM"), a forensic and insolvency advisory CPA firm. I am a Certified Public Accountant, Certified Insolvency Restructuring Advisor and a Certified Fraud Examiner and a practitioner addressing forensic accounting issues for more than 15 years.

3.  KM was retained by the Securities and Exchange Commission ("the Commission"), which asked me to review the following financial materials for purposes of issuing this Declaration:

   a. Bank records, signature cards and accounting opening documents for Complete Business Solutions Group d/b/a Par Funding "Par Funding" ("Par Funding or CBSG") bank accounts ("Par Funding Accounts") listed in *Table 1*:

| Table 1 - Par Funding Accounts | | |
|---|---|---|
| **Bank Name** | **Account Number** | **Date Range Analyzed** |
| The Bancorp Bank | 6442 | August 14, 2014 - November 30, 2019 |
| The Bancorp Bank | 6468 | August 14, 2014 - November 30, 2019 |
| TD Bank | 9782 | January 1, 2016 - February 29, 2020 |
| TD Bank | 9790 | January 1, 2016 - February 29, 2020 |
| TD Bank | 9807 | January 1, 2016 - February 29, 2020 |
| Republic Bank | 4126 | February 18, 2016 - February 28, 2019 |
| Republic Bank | 4169 | February 18, 2016 - February 28, 2019 |
| TD Bank | 9496 | June 21, 2019 - February 29, 2020 |
| TD Bank | 6895 | October 4, 2019 - February 12, 2020 |
| Glacier Bank | 2091 | December 4, 2019 - March 1, 2020 |
| Glacier Bank | 3352 | February 13, 2020 - May 29, 2020 |
| JP Morgan Chase | 9100 | February 29, 2020 - June 30, 2020 |
| JP Morgan Chase | 9118 | February 29, 2020 - June 30, 2020 |
| JP Morgan Chase | 9126 | February 29, 2020 - June 30, 2020 |

   b. Bank Records for Fidelis Financial Planning, LLC ("Fidelis") for the period July 2015 to June 2020 ("Fidelis Accounts") listed in *Table 2*:

| Table 2 - Fidelis Accounts | | |
|---|---|---|
| **Bank Name** | **Account Number** | **Date Range Analyzed** |
| Wells Fargo | 2432 | April 23, 2019 - November 29, 2019 |
| Synovus | 9934 | May 1, 2020 - June 30, 2020 |



1

  c. Par Funding investor Promissory Notes and Security Agreements, and

  d. CamaPlan Self Directed IRA ("CamaPlan") transaction schedules.

4. The information contained in paragraphs 5 to 20 are based on my review and analysis of the documents identified in paragraph 3.

5. The signature cards and account opening documents for the Par Funding bank accounts identified in *Table 1* above reflect that Lisa McElhone is an authorized signatory on each Par Funding bank account.

6. From July 2015 until June 2020, the Par Funding Accounts show a total of $119,836,389 in incoming funds from individuals or IRA self-directed accounts who have executed security agreements or promissory note with CBSG.

7. From July 2015 until June 2020, the Par Funding Accounts show a total of $4,678,425 in incoming funds from individuals or IRA self-directed accounts or entities who have similar names as the investors referred to in ¶6 or, the activity appears to be investor activity.

8. Collectively these incoming funds, totaling $124,514,814, are referred to in this Declaration as "Investor Funds". The Investor Funds were commingled in the Par Funding Accounts with funds from other sources including the Par Funding business operations. I determined the following as it relates to the Investor Funds:

  a. $92,460,225 of these Investor Funds were received by Par Funding between July 2015 and December 2017.

  b. $32,054,589 of these Investor Funds were received by Par Funding between January 2018 and June 2020.

  c. $15,374,950 of these Investor Funds were received by Par Funding from CamaPlan accounts between July 2015 and June 2020.

9. The Commission identified certain entities that are referred to as Agent Funds. I determined that there were incoming funds in the form of wire transfers and deposits to the Par Funding Accounts from the Agent Funds totaling $367,884,080 during the period July 2015 to June 2020 and there were incoming funds in the form of wire transfers and deposits to the Par Funding Accounts from the Agent Funds totaling $357,104,247 during the period from January 2018 to June 2020.

10. The total incoming Investor Funds and Agent Funds Par Funding received during the period July 2015 to June 2020 totals $492,398,894.

11.  The Par Funding bank accounts reflect the following information with respect to the entities wiring or otherwise sending funds to Par Funding beginning in January 2018:

**Table 3**

| Time Period | Entity Name | Total Amount Entity Transferred to Par Funding Accounts |
|---|---|---|
| February 2018 – July 2019 | ABFP Income Fund[1] | $25,487,690 |
| August 2018 – November 2019 | ABFP Income Fund 2 | $13,252,600 |
| May 2018 – December 2019 | Fidelis Financial Planning | $11,603,000 |
| April 2019 – January 2020 | Retirement Evolution Group | $6,500,000 |
| June 2018 – July 2019 | Retirement Evolution Income Fund | $1,825,000 |

12.  Between July 2015 and October 2019, Par Funding transferred approximately $11.3 million to McElhone directly from Par Funding Accounts containing commingled Investor Funds.

13.  Between July 2019 and October 2019, Par Funding transferred approximately $1.8 million to ALB Management from Par Funding Accounts containing commingled Investor Funds.

14.  Between July 2016 and April 2019, Par Funding transferred approximately $4.9 million to Beta Abigail from Par Funding Accounts containing commingled Investor Funds.

15.  Between February 2017 and November 2019, Par Funding transferred approximately $9.5 million to New Field Ventures, LLC from Par Funding Accounts containing commingled Investor Funds.

---

[1] This amount includes all incoming funds with the payor description "ABFP Income Fund, LLC" in the transaction support. There are additional incoming funds where the transaction support payor name is "ABFP Income Fund". Since there are multiple entities that begin with the name "ABFP Income Fund" I did not include those amounts which total $16,547,000 within **Table 3**.

3

16. Between July 2018 and September 2018, Par Funding transferred about $14.3 million to the LME 2017 Family Trust from Par Funding Accounts containing commingled Investor Funds.

17. The Par Funding Accounts reflect the following information with respect to money Par Funding transferred to the entities set forth below:

**Table 4**

| Time Period | Entity Name | Total Amount Transferred From Par Funding Accounts |
|---|---|---|
| August 2016 – January 2018 | Abetterfinancialplan.com | $1,914,045 |
| February 2019 – October 2019 | ABFP Income Fund | $12,735,528 |
| February 2019 – November 2019 | ABFP Income Fund 2 | $6,537,788 |
| June 2018 – May 2020 | Fidelis Financial Planning | $4,675,066 |
| July 2018 – December 2019 | Retirement Evolution Income Fund | $2,099,583 |

18. The Par Funding Accounts reflect that from July 2015 to June 2020 Par Funding paid $5,909,322 to law firms.

19. As of May 29, 2020, the balance in the Par Funding Glacier Bank account was $6,763,578.[2] As of June 30, 2020 the balance is the Par Funding JP Morgan Chase accounts total $82,319 after transfers labeled "Par Fund Pref" totaling $20,865,953 were made out of the JP Morgan accounts during the month of June 2020.

20. Based on my review of the Fidelis Bank Account records identified in **Table 2**, I determined that Fidelis received $8,726,200 from parties who appear to be investors during the period April 2018 through June 2020.

21. I reserve the opportunity to revise this Declaration based on additional information that may become available.

*** * * * * * * * * * **

---

[2] The June 2020 bank statement for Glacier Bank account was not available as of the date of this Declaration.

4

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 23rd day of July 2020.

*Melissa D*

Melissa Davis

5