UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:20-CV-81205

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

vs.

COMPLETE BUSINESS SOLUTIONS GROUP,
   INC. d/b/a/ PAR FUNDING,
LISA MCELHONE, *et al.*,

      Defendants, and

L.M.E. 2017 FAMILY TRUST,

      Relief Defendant.
_____/

**DEFENDANT LISA MCELHONE'S AND RELIEF DEFENDANT L.M.E. 2017 FAMILY TRUST'S NOTICE OF JOINDER IN DEFENDANT DEAN VAGNOZZI'S BRIEF ON CURRENT SCOPE OF RECEIVERSHIP AND ASSET FREEZE ISSUES (D.E. 82)**

     Defendant Lisa McElhone and Relief Defendant L.M.E. 2017 Family Trust, by and through undersigned counsel, file this Notice of Joinder in Defendant Dean Vagnozzi's Brief on Current Scope of Receivership and Asset Freeze Issues (D.E. 82) as the same general factual, statutory, and legal arguments presented in said Brief apply to them.

                                               Respectfully submitted,

| | |
|---|---|
| Law Offices of Alan S. Futerfas | **GRAYROBINSON, P.A.** |
| *Attorneys for Lisa McElhone* | *Attorneys for L.M.E. 2017 Family Trust* |
| 565 Fifth Avenue, 7th Floor | 333 S.E. 2d Avenue, Suite 3200 |
| New York, New York 10017 | Miami, Florida 33131 |
| (212) 684-8400 | Telephone #: (305) 416-6880 |
| asfuterfas@futerfaslaw.com | Facsimile #: (305) 416-6887 |
| | joel.hirschhorn@gray-robinson.com |
| By: /s/*Alan S. Futerfas* | |
|     ALAN S. FUTERFAS | By: s/Joel Hirschhorn |
| |     JOEL HIRSCHHORN |
| |     Florida Bar #104573 |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Joel Hirschhorn<br>
JOEL HIRSCHHORN