**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-81205-RAR**

**SECURITIES AND EXCHANGE
COMMISSION,**

      Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING**, *et al.,*

      Defendants.
_____/

**ORDER RESETTING PRELIMINARY INJUNCTION HEARING**

**THIS CAUSE** comes before the Court *sua sponte*. On July 28, 2020, the Court entered an Order Granting the Securities and Exchange Commission's *Ex Parte* Motion for Temporary Restraining Order and Other Relief [ECF No. 42] ("Order"). Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Order set a preliminary injunction hearing via Zoom for August 4, 2020, or as soon thereafter as the matter can be heard. *See* Order at 3. The Court held status conferences with the parties on August 3 and August 4, 2020. *See* Paperless Minute Entries [ECF Nos. 73 and 92]. During the August 4th status conference, the Court tentatively set the preliminary injunction hearing for August 18, 2020 at 10:00 A.M., and the parties agreed to notify the Court if said date presented any conflicts. On August 5, 2020, the Securities and Exchange Commission filed a Notice of Defendants' Positions on Postponing Preliminary Injunction Hearing to September 16, 2020 [ECF No. 94] ("Notice"). Having reviewed the Notice and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the preliminary injunction hearing for *all* Defendants will take place on **Tuesday, August 18, 2020 at 10:00 A.M.** via Zoom. The Court will provide

information on how to join via Zoom in advance of the hearing.  The parties shall adhere to the following briefing schedule:

1. The Court will hold a telephonic status conference on **Monday, August 17, 2020 at 2:30 P.M.**  The parties are instructed to call 1-877-402-9753 by no later than 2:25 P.M.  The access code is 9372453 and the password is 0918.  The Court requires that the parties appear via a landline (i.e., not a cellular phone or a speaker phone) for clarity.

2. On or before **Tuesday, August 11, 2020 at 12:00 P.M.**, Plaintiff shall deliver two hard copy sets of its witness list and pre-marked exhibits to Chambers.  Plaintiff shall provide the witness list and pre-marked exhibits to Defendants electronically by the same deadline.

3. Defendants are granted leave to file memoranda in opposition to the preliminary injunction on or before **Friday, August 14, 2020 at 12:00 P.M.**  Each memorandum in opposition shall not exceed 40 pages.

4. Any Defendants who plan to call witnesses or present exhibits shall deliver two hard copy sets of their witness list and pre-marked exhibits to Chambers by **Friday, August 14, 2020 at 12:00 P.M.**  Defendants shall provide their witness list and pre-marked exhibits to Plaintiff electronically by the same deadline.

5. Plaintiff shall deliver two hard copy sets of any supplemental evidence to Chambers on or before **Friday, August 14, 2020 at 12:00 P.M.**  Plaintiff shall provide the supplemental evidence to Defendants electronically by the same deadline.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of August, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record