UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.: 20-cv-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al,

    Defendants.
_____/

**FOX ROTHSCHILD LLP's MOTION TO WITHDRAW AS COUNSEL FOR
JOSEPH COLE BARLETA, JOSEPH W. LAFORTE,
LISA MCELHONE AND THE LME 2017 FAMILY TRUST**

Pursuant to S.D. Fla. Local Rules 11.1(d)(3)(A), undersigned counsel respectfully requests the Court enter an order granting the withdrawal of Fox Rothschild LLP, and attorneys Joseph A. DeMaria, Robert F. Elgidely, Alex L. Braunstein, and Brett Berman, as counsel for Individual Defendants Joseph Cole Barleta, Joseph W. LaForte, Lisa McElhone ("Individual Defendants") and Relief Defendant The LME 2017 Family Trust ("Relief Defendant"), and state as follows:

1.      On July 27, 2020, Joseph A. DeMaria, Robert F. Elgidely and Alex L. Braunstein of Fox Rothschild LLP filed their Notices of Appearance in this case on behalf of Individual Defendants and Relief Defendant [ECF No. 16, 17 and 18], as well as on behalf of Corporate Defendants Complete Business Solutions Group, Inc. ("CBSG") and Full Spectrum Processing, INc. ("Full Spectrum"). On July 28, 2020, Brett Berman filed a Motion to Appear *Pro Hac Vice*

[ECF No. 37], and an Order Granting that Motion was entered by the Court on July 29, 2020 [ECF No. 44].

2. Subsequently, Joseph Cole Barleta, Joseph W. LaForte, Lisa McElhone and The LME 2017 Family Trust separately retained counsel.

3. As Individual Defendants and Relief Defendant will continue to be represented by other counsel, the withdrawal of this Firm and Messrs. DeMaria, Berman, Elgidely and Braunstein, LLP will not interfere with their representation and the progress of these proceedings.

4. Pursuant to Local Rule 11.1, notice of this motion to withdraw as counsel was provided to counsel for Joseph Cole Barleta, Joseph W. LaForte, Lisa McElhone and The LME 2017 Family Trust, and to opposing counsel. The contact information for Individual Defendants and the Relief Defendant will continue to be through their attorneys:

- **ATTORNEYS FOR DEFENDANT, JOSEPH COLE BARLETA**

  **Andre G. Raikhelson, Esq.**
  Law Offices of Andre G. Raikhelson, LLC
  301 Yamato Road, Suite 1240
  Boca Raton, FL 33431
  Telephone: 954.895.5566
  Facsimile: 954.951.0620
  Email: arlaw@raikhelsonlaw.com

  **Bettina Schein, Esq.**
  *Pro Hac Vice Pending*
  Law Offices of Bettina Schein
  565 Fifth Avenue, 7th Floor
  New York, New York 10017
  Telephone: 212.880.9417
  Email: bschein@bettinascheinlaw.com

- **ATTORNEYS FOR DEFENDANT, JOSEPH W. LAFORTE**

  **Daniel Scott Fridman, Esq.**
  Fridman Fels & Solo, PLLC
  2525 Ponce de Leon Blvd., Suite 750
  Coral Gables, Florida 33134
  Telephone: 305.569.7720
  Facsimile: 786.627.4145
  Email: dfridman@ffslawfirm.com

  **James R. Froccaro, Esq.**
  20 Vanderventer Avenue
  Suite 103W
  Port Washington, NY 11050
  Telephone: 561.944.5062
  Email: jrfesq61@aol.com

- **ATTORNEYS FOR DEFENDANT, LISA MCELHONE**

| | |
|---|---|
| **Alan S. Futerfas, Esq.** | **Joel Hirschhorn** |
| The Law Offices of Alan Futerfas | GrayRobinson |
| 565 Fifth Avenue, 7th Floor | 333 S.E. 2nd Avenue, Suite 3200 |
| New York, NY  10017 | Miami, Florida 33131 |
| Telephone: 212.684.8400 | Telephone: 305.416.6880 |
| Facsimile: 212.684.5269 | Facsimile: 305.416.6887 |
| Email: asfuterfas@futerfaslaw.com | Email: Joel.Hirschhorn@grayrobinson.com |

- **ATTORNEYS FOR RELIEF DEFENDANT, THE LME 2017 TRUST**

| | |
|---|---|
| **Daniel Scott Fridman, Esq.** | **Joel Hirschhorn** |
| Fridman Fels & Solo, PLLC | GrayRobinson |
| 2525 Ponce de Leon Blvd., Suite 750 | 333 S.E. 2nd Avenue, Suite 3200 |
| Coral Gables, Florida 33134 | Miami, Florida 33131 |
| Telephone: 305.569.7720 | Telephone: 305.416.6880 |
| Facsimile: 786.627.4145 | Facsimile: 305.416.6887 |
| Email: dfridman@ffslawfirm.com | Email: Joel.Hirschhorn@grayrobinson.com |

WHEREFORE, Fox Rothschild LLP and Joseph A. DeMaria, Brett Berman, Robert F. Elgidely and Alex L. Braunstein, respectfully request the Court to enter an Order granting their withdrawal as counsel in this case on behalf of the Joseph Cole Barleta, Joseph W. LaForte, Lisa McElhone and The LME 2017 Family.  Undersigned counsel is submitting a proposed Order granting this Motion to the Court.

Respectfully submitted,

**Fox Rothschild LLP**
One Biscayne Tower, Suite 2750
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 442-6547

By:   /s/*Joseph A. DeMaria*
**Joseph A. DeMaria, B.C.S.**
Florida Bar No. 764711
Email: JDeMaria@FoxRothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 13, 2020**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

<u>/s/Joseph A. DeMaria</u>
Joseph A. DeMaria
