UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.,*

Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION TO AMEND RECEIVERSHIP ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Expedited Motion to Amend Receivership Order [ECF No. 105] ("Motion"), filed on August 7, 2020. On August 7, 2020, Defendants Complete Business Solutions Group, Inc. and Full Spectrum Processing, Inc. filed a Response to the Motion [ECF No. 107]. Defendants L.M.E. 2017 Family Trust and Lisa McElhone filed a Response to the Motion on August 12, 2020 [ECF No. 132]. Additionally, the Receiver Ryan K. Stumphauzer filed a Response to the Motion on August 12, 2020 [ECF No. 133]. Having reviewed the Motion and Responses, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 105] is **GRANTED**. Given the difficulties the Receiver has encountered to obtain information he needs to adequately preserve the Receivership Entities' assets and protect investor funds, the Court finds it necessary to expand the scope of the receivership. The Court will separately enter an Order delineating the amended scope of the receivership.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of August, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record