UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
INC. d/b/a/ PAR FUNDING, et al.

Defendants, and

L.M.E. 2017 FAMILY TRUST,

Relief Defendant.
_____/

PLAINTIFF'S EXHIBITS ADMITTED INTO EVIDENCE DURING AUGUST 18, 2020
PRELIMINARY INJUNCTION HEARING

| NUMBER | DESCRIPTION |
|---|---|
| Ex. 1 | PA Business Records for Full Spectrum |
| Ex. 2 | March 5, 2020 Deposition Transcript, LaForte |
| Ex. 3 | June 30, 2020 Deposition Transcript, CBSG |
| Ex. 4 | February 11, 2020 30b6 Deposition Transcript, CBSG |
| Ex. 5 | SEC Attestation, Full Spectrum not registered |
| Ex. 6 | Corporate records of CBSG |
| Ex. 7 | Fictitious name filing, CBSG dba Par Funding |
| Ex. 8 | Nov 28, 2018 PA Order against CBSG |
| Ex. 9 | December 2018 NJ Order against CBSG |
| Ex. 10 | SEC Attestation, CBSG not registered |

| NUMBER | DESCRIPTION |
|---|---|
| Ex. 11 | CBSG Form D 2020 |
| Ex. 12 | McElhone Linked In Page |
| Ex. 13 | Declaration of Melissa Davis |
| Ex. 14 | Oregon Cease and Desist Order against McElhone |
| Ex. 15 | SEC Attestation regarding McElhone not registered |
| Ex. 16 | SEC Attestation regarding Cole not registered |
| Ex. 17 | December 5, 2019 Deposition of LaForte |
| Ex. 18 | Declaration of Kara DePietro |
| Ex. 19 | Declaration of Michael Foti |
| Ex. 20 | Transcript of Nov 2019 Sales Dinner |
| Ex. 21 | SEC Attestation re Joseph LaForte not registered |
| Ex. 22 | Jed Foret Declaration of Perry Abbonizio address |
| Ex. 23 | **SEALED DOCUMENT** |
| Ex. 24 | Texas State Board Deposition of Gary Beasley |
| Ex. 25 | Rene Meyer Declaration |
| Ex. 26 | SEC Attestation re Abbonizio not registered |
| Ex. 27 | Declaration of Christine Rainwater - November 6, 2018 email from "Joe Mack." |
| Ex. 28 | Declaration of Michelle Rago - December 3, 2019 email from Joe Mack to Michelle Rago |
| Ex. 29 | PA Certified records for A Better Financial Plan Capital Management, LLC |
| Ex. 30 | Certified records for abetterfinancialplan.com, LLC. |
| Ex. 31 | Certified court record of Information, Plea, and Sentencing papers for NY criminal case against LaForte, for which he was sentenced in 2007 |
| Ex. 32 | LaForte CRD |
| Ex. 33 | LaForte's Criminal Plea in NJ Fed Case |
| Ex. 34 | LaForte Criminal Sentencing in NJ Case |

| | |
|---|---|
| Ex. 35 | Declaration of Ray Andjich - FBOP Inmate Locator for LaForte |
| Ex. 36 | Abbonizio FINRA Certified CRD |
| Ex. 37 | TX Cease and Desist Order |
| Ex. 38 | List of ABFP Investment Fund Investors Undated ABFP Income Fund Investors - V Jacqmein Dec |
| Ex. 39 | Certified Delaware Records for ABFP Investment Fund |
| Ex. 40 | November 15, 2018 Testimony Transcript of Dean Vagnozzi |
| Ex. 41 | ABFP Management's Management Services Agreement with Fidelis Financial Planning, LLC - 2018-04-24 ABFP Fidelis Planning Mgmt Service Agreement- Dec V Jacqmein |
| Ex. 42 | Declaration of Jeramy Heintz - ABFP Management Services Agreement Agreement with Merchant Growth saying ABFP Mgmt is manager co |
| Ex. 43 | Parfunding Website-V Jacq Dec |
| Ex. 44 | Declaration of Michael Foti |
| Ex. 45 | Pa_Certfi. State_abetterfinancialplan.com LLC _6.29.20 |
| Ex. 46 | Declaration of V Jacqmein - abetterfinancialplanning.com website - ABPF Website |
| Ex. 47 | ABFP.comLLC SEC Attestation not registered |
| Ex. 48 | ABFP Management SEC Attestation not registered |
| Ex. 49 | ABPF Income Fund LLC SEC Attestation not registered |
| Ex. 50 | ABFP Income Fund 2, LP Form D |
| Ex. 51 | RE Income Fund LLC Form D |
| Ex. 52 | ABFP Income Fund LLC Form D |
| Ex. 53 | PADOBS Dec - ABFP Finders Agreement with CBSG |
| Ex. 54 | Retirement Evolution LLC Form D |
| Ex. 55 | ABFP Income Fund 2 PPM - V Jacqmein Dec |
| Ex. 56 | ABFP Form D |
| Ex. 57 | Certified PA order against Vagnozzi/ABFP |

| | |
|---|---|
| Ex. 58 | Retirement Evolution Income Fund LLC Form D |
| Ex. 59 | RE Income Fund, LLC PPM pulled from enjoyretirement website |
| Ex. 60 | February 2018 email from Vagnozzi to Abbonizio - V Jacqmein dec |
| Ex. 61 | Fidelis Financial Planning LLC Dec of V Jacqmein - FFP MCA Fidelis Fund Client PPM |
| Ex. 62 | Declaration of Gary DeLucco - Fidelis PPM |
| Ex. 63 | Omitted |
| Ex. 64 | Form D for Fidelis D and D-A |
| Ex. 65 | Declaration of Ray Andjich- Furman CPA License record |
| Ex. 66 | Jed Foret Declaration of Michael Furman Proof of where Furman lives |
| Ex. 67 | SEC_Attest_The United Fidelis Group Inc. not registered |
| Ex. 68 | SEC_Attest_Fidelis Financial Planning, LLC not registered |
| Ex. 69 | SEC_Attest_Michael Furman not registered |
| Ex. 70 | Declaration of Ray Andjich- Par Funding web capture |
| Ex. 71 | Par Funding Note |
| Ex. 72 | Omitted |
| Ex. 73 | Declaration of Ray Andjich Court Search |
| Ex. 74 | Declaration of Crystal Ivory |
| Ex. 75 | 2019 CBSG Form D |
| Ex. 76 | Expert report of Charles S. Lunden, |
| Ex. 77 | PADOBS Dec - Jan 2018 PA Subpoena |
| Ex. 78 | PADOBS Dec - Composite of Finders Agreements |
| Ex. 79 | PADOBS Dec - CBSG Chart showing investors by Finder and how much they raised |
| Ex. 80 | 2018-05-21 Email from Michelle Price to Donna Iannuzzi re abfp starts other funds |
| Ex. 81 | LaForte Linked In Page |

| Ex. 82 | LaForte Twitter Page |
|---|---|
| Ex. 83 | Forbes profile for LaForte |
| Ex. 84 | Composite of LaForte's Forbes articles |
| Ex. 85 | Declaration of Chad Frost |
| Ex. 86 | Declaration of Jim Frost |
| Ex. 87 | Fidelis and United Fidelis Corporate Documents |
| Ex. 88 | PADOBS Dec -CBSG Response to PADOBS Subpoena |
| Ex. 89 | PADOBS Dec Security Agreements and Promissory Notes to PADOBS |
| Ex. 90 | PADOBS Dec CBSG Amended and Restated Note Purchase Agreement-TX |
| Ex. 91 | Declaration of Julie Caricato |
| Ex. 92 | Declaration of Mary Carleton |
| Ex. 93 | Declaration of Pamela A Fleetwood |
| Ex. 94. | Declartion of Robert L. Fleetwod |
| Ex. 95 | Declaration of JR Harrison |
| Ex. 96 | Declaration of Eric Husebo |
| Ex. 97 | Declaration of Amos Jones |
| Ex. 98 | Declaration of Loniese Jones |
| Ex. 99 | Declaration of Julie Katz |
| Ex. 100 | Declaration of Bruce McNider |
| Ex. 101 | Declaration of Ronald Lipowski |
| Ex. 102 | Declaration of Joseph Pucci |
| Ex. 103 | Declaration of Marc A. Reiiken |
| Ex. 104 | Declaration of Steven Weinkranz |
| Ex. 105 | Declarations of Sean Whalen |

| Ex. 106 | Declaration of Gianna Wolfe |
|---|---|
| Ex. 107 | PA Corporate Records for Par Funding |
| Ex. 108 | Camaplan documents |
| Ex. 109 | Declaration of Brad Beebe |
| Ex. 110 | Declaration of Jeramy Heintz Texas Agent Guide |
| Ex. 111 | Merchant Site Inspection Report |
| Ex. 112 | SEC Form D Website forms and instructions |
| Ex. 113 | Fidelis Financial Planning LLC PPM Declaration of V Jacqmein |
| Ex. 114 | Declaration of V Jacqmein - Gisas Par Funding email |
| Ex. 115 | Gissas note par funding abfp wire - Declaration of V Jacqmein |
| Ex. 116 | Joe Mack and Vag talking about their roles - V Jacqmein Dec |
| Ex. 117 | Par Funding sending notes to gissas Dec of V Jacqmein |
| Ex. 118 | Vagnozzi asking laforte as if laforte is in charge Dec of V Jacqmein |
| Ex. 119 | 2018.04.02 A Abbonizio Vagnozzi CBSG Marketing Material - Dec of V Jacqmein |
| Ex. 120 | 2018.01.09 Abbonizzio Vagnozzi Westhead Furman MCA Paperwork Meyers - Dec V Jacqmein |
| Ex. 121 | 2018.01.30 Furman Perry Vagnozzi Anita need update on new not for meyer - Declaration of V Jacqmein |
| Ex. 122 | Exhibit 21 - 2016.11.28 Vagnozzi Roshelli Gentilotti Huesser McNally MCA-V Jacqmein Dec |
| Ex. 123 | 7-6-18vagnozzi; perry abbonizio 7-10-18 Note |
| Ex. 124 | **SEALED DOCUMENT** |
| Ex. 125 | **SEALED DOCUMENT** |
| Ex. 126 | **SEALED DOCUMENT** |
| Ex. 127 | **SEALED DOCUMENT** |
| Ex. 128 | **SEALED DOCUMENT** |
| Ex. 129 | **SEALED DOCUMENT** |

| | |
|---|---|
| Ex. 130 | **SEALED DOCUMENT** |
| Ex. 131 | CBSG Financial Statements - 12.31.2017 |
| Ex. 132 | **SEALED DOCUMENT** |
| Ex. 133 | **SEALED DOCUMENT** |
| Ex. 134 | **SEALED DOCUMENT** |
| Ex. 135 | **SEALED DOCUMENT** |
| Ex. 136 | **SEALED DOCUMENT** |
| Ex. 137 | Transcript of A Better Financial Plan Very Happy Clients – Milord Dec |
| Ex. 138 | Transcript of Bill Bromleey Meltdown – Milord Dec |
| Ex. 139 | Transcript of A Better Financial Plan Ideal Investment Video – Milord Dec |
| Ex. 140 | **SEALED DOCUMENT** |
| Ex. 141 | **SEALED DOCUMENT** |
| Ex. 142 | July 6, 2018 email from Michelle Price to Alexis Abbonizio re ABFP Gissas fund CBSG - Dec of V Jacqmein |
| Ex. 143 | Transcript of Email-1C Link Video- Milord Dec |
| Ex. 144 | Transcript of A Better Financial Plan Unbranded Video – Milord Dec |
| Ex. 145 | FORM D RE Income Fund 2 |
| Ex. 146 | **SEALED DOCUMENT** |
| Ex. 147 | **SEALED DOCUMENT** |
| Ex. 148 | **SEALED DOCUMENT** |
| Ex. 149 | Transcript of Zoom Video-GMT20200419-135006 Deqar John – Milord Dec |
| Ex. 150 | Transcript of Vagnozzi Viimeo – Milord Dec |
| Ex. 151 | Transcript of Vagnozzi and Pauciulp Video – Milord Dec |
| Ex. 152 | **SEALED DOCUMENT** |
| Ex. 153 | **SEALED DOCUMENT** |

| | |
|---|---|
| Ex. 154 | **SEALED DOCUMENT** |
| Ex. 155 | Transcript of Recording -6 Advertisement Recording – Milord Dec |
| Ex. 156 | **SEALED DOCUMENT** |
| Ex. 157 | Transcript of Transcript of Beasley Radio AD KLBJ – Milord Dec |
| Ex. 158 | Transcript of ABFP April 6, 2020 Zoom Call – Milord Dec |
| Ex. 159 | March 26, 2019 Deposition Transcript of Dean Vagnozzi |
| Ex. 160 | SEC C&D Order Against Abetterfinanciallplan.com and Vagnozzi |
| Ex. 161 | Gissas S Fla Investors – Dec of V Jacqmein |
| Ex. 162 | RE Income Fund 2 LLC PPM |
| Ex. 163 | PADOBS ByBel Rutledge 2-15-18 Response |
| Ex. 164 | 1-11-18 DV email to agents about fund model |
| Ex. 165 | ABPF Income Fund LLC PPM – Jacqmein Dec |
| Ex. 166 | SEC Attestation ABPF Income Fund LLC |
| Ex. 167 | UCC Lien Filings |
| Ex. 168 | Composite of Photos of Par Funding |
| Ex. 169 | 5/2/16 Email from Robert Lemon to Dean Vagnozzi re Can you attend |
| Ex. 170 | 6/27/16 Email from Phillip Mowry to Dean Vagnozzi re MCA Update |
| Ex. 171 | 2/27/17 Email from Phillip Mowry to Dean Vagnozzi re MCA Dinner |
| Ex. 172 | 5/5/17 Email from Steve Cushmore to Dean Vagnozzi re Perry |
| Ex. 173 | 10/26/17 Email from Shannon Westhead to sz32836@yahoon.com cc Abbonizion and Vagnozzi re Flying to Philadelphia |
| Ex. 174 | 11/21/17 at 5:42 pm Email from Frank Andrews to Vagnozzi re Perry meeting you in DE – indeed he is |
| Ex. 175 | 11/21/17 at 7:48 pm Email from Frank Andrew to Vagnozzi re Perry meeting you in DE – Fear of Missing out |
| Ex. 176 | 12/11/17 Email from Alexis Abbonizio to Shannon Westhead re MCA DEC Updates |
| Ex. 177 | 12/14/17 Email from Joe Mack to Vagnozzi and Joe Cole re proof of Commissions |

| | |
|---|---|
| Ex. 178 | 12/14/17 Email from Joe Mack to Vagnozzi re Also |
| Ex. 179 | Fleetwood Services, LLC et al v Complete Business Solutions Group,, IInc. d/b/a Par Funding, et al Case No. 18-cv-00268 (E.D. PA) |
| Ex. 180 | 1/24/18 Email from Joe Mack to Vagnozzi re Legal Settlement |
| Ex. 181 | 4/3/18 Email from Vagnozzi to Joe Cole and Alexis Abbonio re 2nd Fund |
| Ex. 182 | Declaration of Gerald Dzurek |
| Ex. 183 | CBSG (HMC) Chart |
| Ex. 184 | 2/2/17 Email from James Schapperle to Vagnozzi re March 1st 6;30 pm Save the Date |
| Ex. 185 | 2/13/17 Email from Alexis to Vagnozzi and Denise Sands re MCA Security Agreement |
| Ex. 186 | Furman Notes |
| Ex. 187 | Certification of Trust – The LME 2017 Family Trust |
| Ex. 188 | Michael Furman's Responses to Requests for Admissions |
| Ex. 189 | Mitchell Declaration |
| Ex. 190 | Vagnozzi Accounting |
| Ex. 191 | June MCA Update |
| Ex. 192 | Fidelis Financial Planning |
| Ex. 193 | Fidelis Financial Workbook Principal |
| Ex. 194 | Declaration of Victoria Jacqmein re Take Back Your Financial Video Future |
| Ex. 195 | Retirement Evolution spreadsheet |
| Ex. 196 | Declaration of Christopher McMorrow |
| Ex. 197 | Retirement Evolution CBSG Notes |
| Ex. 198 | ABFP Financial Record for Blue Stream Investor Spreadsheet |
| Ex. 199 | Declaration of Shannon Westhead |
| Ex. 200 | Declaration of Paul Nick |
| Ex. 201 | Fleetwood First Amended Complaint |

| Ex. 202 | Fleetwood Second Amended Complaint |
| --- | --- |
| Ex. 203 | Declaration of Robert Stoller |
| Ex. 204 | Declaration of Joseph Brock |
| Ex. 205 | Declaration of Joseph Greenberg |
| Ex. 206 | Declaration of Richard Muldawer |
| Ex. 207 | Declaration of Karen Smith |
| Ex. 208 | Declaration of Phillip Mowry |
| Ex. 209 | CBSG & Related LLC Purchase Fund Transfer 8-13-20 |
| Ex. 210 | Voicemail of Robert Hawrylak |
| Ex. 211 | Declaration of David Gollner |
| Ex. 212 | Declaration of Francis Cassidy |
| Ex. 213 | Declaration of Joseph Gassman |
| Ex. 214 | Declaration of Mark Nardelli |
| Ex. 215 | Melissa Davis Supplemental Declaration |
| Ex. 216 | Declaration of Raymond Andjich |
| Ex. 217 | Declaration of James Klenk |