# DO NOT ENTER

## UNDER ANY CIRCUMSTANCES

EXHIBIT

168



























