**SEC v COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**
Recipients of Asset Freeze Order

1.  Actum Processing, LLC
    a.  $2,349,871 frozen
        i.  $2,000,292 held in Complete Business Solutions Group Inc. account ending in 0035
        ii.  $75,662 held in Fast Advance Funding account ending in 0047
        iii.  $64,400 held in Contract Financing Solutions Inc. account ending in 0160
        iv.  $101,072 held in Capital Source 2000 Inc. account ending in 0058
        v.  $108,445 in 2 accounts (ending in 0067 and 0176) held by Broadway Advance
2.  Atlantic Capital Bank – no accounts frozen
3.  Atlantic Community Bankers Bank – no accounts frozen
4.  Austin Telco Federal Credit Union – no accounts frozen
5.  Bancorpsouth – no accounts frozen
6.  Bank of America – no accounts frozen
7.  Bryn Mawr Trust Corp. – no accounts frozen
8.  CamaPlan Self-Directed IRA LLC – no accounts frozen
9.  Capital One 360
    a.  $324,707 frozen in 2 accounts (ending in 7181 and 9777) held by Dean and Christa Vagnozzi
10. Centennial Bank – no accounts frozen
11. Charles Schwab
    a.  $10,530,440 frozen in 2 accounts held by Lisa McElhone
12. Citizens Bank
    a.  $2,302,126 frozen – 12 accounts held by various entities and individuals[1]
13. Columbia Bank (New Jersey) – no accounts frozen
14. Columbia State Bank – no accounts frozen
15. Comerica Bank – no accounts frozen
16. Empire National Bank – no accounts frozen
17. Empire State Bank
    a.  $7,664,875 frozen in 2 accounts (ending in 4825 and 5805) held by Complete Business Solutions Group, Inc.
18. ENT Credit Union – no accounts frozen
19. FedChex
20. First Bank of New Jersey
    a.  $7,414,320 frozen
        i.  $6,722,319 held in Complete Business Solutions accounts

---

[1] Accounts ending in 3282 ($21,815 – Full Spectrum Processing), 3290 ($10,135 – Full Spectrum Processing), 0345 ($123,459 – Lisa McElhone), 8156 ($401,393 – Lisa McElhone), 9567 ($41,211 – Abetterfinancialplan.com), 8766 ($827,358 – Dean Vagnozzi), 0350 ($3 – Dean Vagnozzi), 9575 ($208,528 – ABBFP Management Company), 9737 ($397 – ABFP Income Fund), 9745 ($7,885 – ABFP Income Fund 2), 8962 ($15,861 – Perry Abbonizio), and 7616 ($644,081 – Perry Abbonizio)

**EXHIBIT**

**A**

   ii.   $692,001 held in Joseph Cole Barleta accounts
21. First Citizens Bank (acquired by Biscayne Bank) – no accounts frozen
22. First Source Bank (Indianapolis, IN) – no accounts frozen
23. Florida Community Bank nka Synovus
  a.   $180,701 frozen
   i.   $167,737 in 2 accounts (ending in 9306 and 1697) held by The United Fidelis Group Corp.
   ii.   $12,964 held in Fidelis Financial Planning LLC account ending in 9934
24. Glacier Bank
  a.   $7,431,803 frozen
   i.   $4,839,634 held in Eagle Six Consultant account ending in 2187
   ii.   $108,149 held in Heritage Business Consulting account ending in 2233
   iii.   $2,484,020 held in Complete Business Solutions Group account ending in 3352
25. JP Morgan Chase – no accounts frozen
26. Kota Pay – no accounts frozen
27. Liberty Bank (Middletown, Connecticut) – no accounts frozen
28. Meridian Bank
  a.   $1,374,623 frozen in 2 accounts (ending in 6314 and 6306) held by Capital Source 2000
29. Network Merchants, LLC – no accounts frozen
30. NuView Trust Co. – no accounts frozen
31. OnPoint Community Credit Union – no accounts frozen
32. PNC Bank – no accounts frozen
33. Priority Payment Systems
  a.   $6,158,010 frozen
   i.   $2,128,323 held in Par Funding account ending in 6911
   ii.   $2,594,601 held in Par Funding Prefund account ending in 7027
   iii.   $8,142 held in 21Capital Source 2000 Inc. account ending in 6995
   iv.   $96,930 held in 80Capital Source 2000 Prefund account ending in 7219
   v.   $168,528 held in Contract Financing Solutions Inc. account ending in 6641
   vi.   $816,620 held in Contract Financing Solutions Inc. Prefund ending in 7028
   vii.   $12,920 held in Fast Advance Funding LLC account ending in 6519
   viii.   $331,946 held in Fast Advance Funding LLC Prefund account ending 7107
34. Republic Bank – no accounts frozen
35. Santander Bank, N.A. – no accounts frozen
36. TD Ameritrade
  a.   $1,471,940 frozen
   i.   $362,187 held in Dean and Christa Vagnozzi account ending in 4382
   ii.   $62,947 held in Furman Holdings account ending in 8663
   iii.   $25,000 in 2 accounts (ending in 1058 and 3362) held by Michael Furman
   iv.   $1,018,806 held in ABFP Income Fund 2 account ending in 1080
   v.   $.01 held in Anita Vagnozzi account ending in 4114

      vi. $3,000 in 2 accounts (ending in 9955 and 1954) held by Dean Vagnozzi as Custodian

37. TD Bank – no accounts frozen
38. The Bancorp Bank – no accounts frozen
39. Victory Bank
    a. $1,076,029 frozen
      i. $1,068,148 held in Abetterfinancialplan.com account ending in 4507
      ii. $7,881 held in Dean and Christa Vagnozzi account ending in 4566
40. Wells Fargo
    a. $2,501,275 frozen
      i. $1,831,054 held in Retirement Evolution Group  account ending in 6902
      ii. $669,814 held in Retirement Evolution Insured Income Fund ending in 0153
      iii. $366 held in Retirement Evolution Income Fund account ending in 8510
      iv. $41 held in RE Income Fund 2 account ending in 5153