UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                           CASE NO.: 20-cv-81205-RAR

COMPLETE BUSINESS SOLUTIONS GROUP,
  INC. d/b/a/ PAR FUNDING, et al.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT OF PRELIMINARY INJUNCTION AND OTHER RELIEF

    Plaintiff Securities and Exchange Commission hereby notifies the Court that Defendant Joseph LaForte has agreed to the preliminary injunction and other preliminary relief against him. Mr. LaForte's counsel is working to obtain a copy of an executed consent, which will take several days due to Mr. LaForte's current location. We anticipate filing the Consent before September 4, 2020, and will notify the Court if that changes.

Dated: August 26, 2020                    Respectfully submitted,

                                      By:    s/Amie Riggle Berlin
                                                Amie Riggle Berlin
                                                Senior Trial Counsel
                                                Fla. Bar No. 630020
                                                Direct Dial: (305) 982-6322
                                                Email: BerlinA@sec.gov

                                                Attorney for Plaintiff
                                                Securities and Exchange Commission
                                                801 Brickell Ave., Suite 1800
                                                Miami, FL 33131
                                                Telephone: (305) 982-6300
                                                Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, serving all parties through their counsel via CM/ECF.
                                                                        Amie Riggle Berlin
                                                                       Amie Riggle Berlin