UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
  INC. d/b/a/ PAR FUNDING, et al.,
_____/

## PLAINTIFF'S MOTION FOR ENTERY OF PROPOSED CONSENT ORDER

Plaintiff Securities and Exchange Commission respectfully request the entry of the Proposed Order filed simultaneously herewith, to which Defendant Lisa McElhone has consented (Exhibit A). If entered, this Order would resolve the pending issues concerning the entry of a preliminary injunction and other relief.

September 2, 2020                           Respectfully submitted,

                              By:   s/ Amie Riggle Berlin
                                    Amie Riggle Berlin
                                    Senior Trial Counsel
                                    Florida Bar No. 630020
                                    Direct Dial: (305) 982-6322
                                    Email: berlina@sec.gov
                                    Attorney for Plaintiff

                                    **SECURITIES AND EXCHANGE COMMISSION**
                                    801 Brickell Avenue, Suite 1800
                                    Miami, Florida 33131
                                    Telephone: (305) 982-6300
                                    Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 2nd day of September 2020 via cm-ecf on all defense counsel in this case.

            s/ Amie Riggle Berlin
            Amie Riggle Berlin