-----Original Message-----
From: yilancio@aol.com
To: ruiz@flsd.uscourts.gov <ruiz@flsd.uscourts.gov>; dean@abetterfinancialplan.com <dean@abetterfinancialplan.com>; jason@abetterfinancialplan.com <jason@abetterfinancialplan.com>
Sent: Thu, Aug 20, 2020 8:42 pm
Subject: ABFP SEC complaint Case No. 20-cv-81205-RAR

Your Honor,

Below is an email that I sent an hour ago, to the Receiver of the PAR Funding/ABFP Investment companies. I would sincerely appreciate you read my email in its entirety.

Thank you.

Ara Yilancioglu
Wilmington, DE

```
FILED BY _____ D.C.
SEP 08 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.
```

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

20 August 2020

Mr. Stumphauzer,

My name is Ara Yilancioglu. I have several investments with ABFP. I have been a client of ABFP for over 3 years. I have been so pleased with my investments with ABFP, I have referred friends and family to them.

The purpose of my email is to communicate my shock, disappointment, frustration, and financial PAIN you and your investigators are causing me.

Of the several investments I hold with ABFP, one investment that I needed absolute stability and certain and continued monthly income/interest payments was my "INCOME FUND 6". It was recently forced to change to "INCOME FUND 6 PARALLEL", by NO FAULT of ABFP, nor Mr. Vagnozzi, nor his staff. We know this was the result of the Chinese virus aka COVID-19 pandemic. That investment was forced to restructure its terms because of the Chinese Pandemic. However, ABFP and Mr. Vagnozzi was, I believe, as transparent as possible with his clients and also was in constant communication with us during the transition to the "Income 6 Parallel Fund." The speed and transparency and thoroughness that Mr. Vagnozzi personally communicated to all the investors during that transition is to be commended!

I have trusted ABFP and Mr. Vagnozzi with approximately $750,000, and can't stress enough, I HAVE NEVER BEEN DISAPPOINTED with the return on my investments! Furthermore, I never even FELT deceived nor lied to nor mislead.

As your organization is delaying monthly payouts from various investment instruments that ABFP provides, YOUR INVESTIGATION IS SEVERELY IMPACTING MY WELL-BEING!

In closing, know that your investigation IS HURTING the VAST MAJORITY of the investors with ABFP.

I formally request you accelerate this investigative process so as to prevent irreparable financial harm. I pray for the all the staff of ABFP, Mr. Vagnozzi, and that a very fast resolution is brought forth from this debacle your firm has now created for all of ABFP's investors.

If you need further assistance, I can be contacted via mobile at (302) 584-7551 and email at yilancio@aol.com.

A reply to this email would be appreciated.

Respectfully,

Ara Yilancioglu
Wilmington, DE

Mr. Ara Yilancioglu
4034 Society Dr
Claymont, DE 19703

WILMINGTON DE 197
03 SEP 2020 PM 1 T

09/04

Judge Rodolfo A. Ruiz
299 East Broward Blvd
Courtroom 205C, Chambers 205D
Ft. Lauderdale, FL 33301




USA FIRST-CLASS FOREVER