UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

    Defendants.
_____/

## ORDER GRANTING THE RECEIVER'S UNOPPOSED COMBINED (1) FIFTH EXPEDITED MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS; (2) MOTION TO LIFT LITIGATION AS TO CERTAIN AFFIRMATIVE PROCEEDINGS FILED ON BEHALF OF THE RECEIVERSHIP ENTITIES PRIOR TO RECEIVERSHIP; AND (3) MOTION TO AUTHORIZE RELEASE OF LIEN ON BOSHART ENTERPRISES

**THIS CAUSE** comes before the Court upon the Receiver's Combined Fifth Expedited Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings; Motion to Lift Litigation as to Certain Affirmative Proceedings Filed on Behalf of The Receivership Entities Prior to Receivership; and Motion to Authorize Release of Lien on Boshart Enterprises [ECF No. 264] ("Motion"), filed on September 16, 2020.  In the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose of either: (1) vacating the current writs of garnishment because of a subsequent satisfaction of the underlying debt; or (2) vacating the current writs of garnishment because they attach accounts containing funds not subject to attachment.

The Receiver also seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order as to the case of *Vagnozzi, et al. v. Philadelphia Inquirer, LLC, et al.*, Docket No. 191000777, Court of Common Pleas of Philadelphia County, Pennsylvania, so that the Receiver may discontinue a Receivership Entity's prosecution of that case.

The Receiver also seeks this Court's approval to permit the Receiver to execute and deliver a release or termination of the Boshart Security Agreement, because the underlying debt has been satisfied and Par Funding agreed to release or terminate the Boshart Security Agreement prior to the entry of the Order Appointing Receiver on July 27, 2020 [ECF No. 36].

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Receiver's Combined Fifth Expedited Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings; Motion to Lift Litigation Injunction as to Certain Affirmative Proceedings Filed on Behalf of The Receivership Entities Prior to Receivership; and Motion to Authorize Release of Lien on Boshart Enterprises [ECF No. 264] is **GRANTED** as follows:

1. The litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted in the following matters and solely for the purposes described in the Motion:

   a. *Complete Business Solutions Group, Inc. v. Marks Home & Yard Service LLC and Mark A. Novitski,* Docket No. 200203613, Court of Common Pleas of Philadelphia County, Pennsylvania.

   b. *Complete Business Solutions, Inc. v. Saint Johns Properties, LLC and Steven Hendrickson and Keith Lenger*, Docket No. 200202910, Court of Common Pleas of Philadelphia County, Pennsylvania.

c. *Complete Business Solutions Group, Inc. v. Sunrooms America Inc., and Michael Foti,* Docket No. 200101883, Court of Common Pleas of Philadelphia County, Pennsylvania.

d. *Vagnozzi, et al. v. Philadelphia Inquirer, LLC, et al*., Docket No. 191000777, Court of Common Pleas of Philadelphia County, Pennsylvania.

2.  The Receiver is authorized to execute and deliver a release or termination of the Boshart Security Agreement as described in the Motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of September, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of record