September 21, 2020

FILED BY_____AG_____D.C.

SEP 25 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

RE:  SEC vs. Complete Business Solutions, et al.

Honorable Judge Ruiz,

I am writing the court today to express my concern about many facets of this case that I feel are gross miscarriages of justice as it pertains to the defendants in this case, but specifically, A Better Financial Plan (ABFP).

Having worked at ABFP for ~3 years, and in the financial services industry for 25 years, I can say with the utmost confidence, that ABFP has always put their clients at the forefront, and has always strived to do the right thing by them, always. As a licensed Registered Representative for over 20+ years, I have never had so much as a smudge on my license and have had zero disclosures throughout my career. Why? Because I have always strived to do the right thing for my clients and their families who have entrusted me with their hard earned money. That said, when I joined ABFP three years ago, a huge part of my due diligence was to make sure they too shared similar values and strived for excellence while doing right by those who they served. Needless to say, I was more than impressed with the way ABFP conducted their business – with honesty, transparency, and high morals. I was eager to join such a fantastic company with a long history of success and client satisfaction.

Prior to the actions brought forth by the SEC in late July 2020, not a single client of ABFP, who had invested in the MCA through Par, had lost a penny. I think that is well documented. As COVID-19 reared its ugly head back in March 2020, it caused a ripple though Par's business and hindered their ability to make good on their note obligations, and for good reason, since a significant portion of their merchants were forced to take pause or close completely. As we all know, Par restructured those notes in order to continue paying "some" interest, albeit at a smaller percentage, but interest nonetheless. They could have very easily closed up shop and moved across the street under a different name, and legally they could do that. However, they were intent on making good on their obligations via a restructuring.

Up until the action brought forth by the SEC, Par has stated they were collecting roughly $1-1.5 million/day from their merchants. A far cry better than those efforts yielded back in March when their collection efforts were practically nothing. Assuming that's accurate, simple math would dictate, based on the aforementioned numbers, that they could reasonably expect to collect roughly $30-$40 million each month! Given the fact that Par owes roughly $365 million to investors, this would have allowed them to collect the total amount owed in less than one year - that is until, the SEC decided to cease their operations which has done significantly more harm to investors now than anything they profess to claim otherwise to this court. This is a fact.

The SEC has the sole responsibility of protecting investors, period. They enforce the rules of law around the securities industry in order to do so. The atrocities that they have matriculated in this case have done the complete opposite of protecting investors, completely. You had investors receiving monthly interest payments, yes maybe to a lesser degree since the pandemic than initially, but interest nonetheless and now they're getting nothing. Many of our investors relied on those payments for daily living expenses, supplemental income, college savings, and the list goes on. Now, as a result of the allegations by the SEC, these investors are getting ZERO interest and have no idea when they will see their principal returned. Please tell me how that is protecting investors? Additionally, the SEC has repeatedly stated they have no issue with other investments/funds administered by ABFP, yet those investments are owned and operated by a parent entity which they've put in receivership, so effectively they ARE completely affected, further harming even more investors who aren't even in the Par funds.

The Receivership in this case hasn't done any favors for anyone either. It boggles my mind, and I know the minds of many others, how the SEC can run to a court of law with nothing but hunches and unproven allegations and is awarded with the implementation of a Receiver. As a basis for comparison, Wells Fargo was brought up on charges just a couple of years back for opening false accounts, using fictitious names, names of existing client's unknowingly, moving money around said accounts, etc. and *they* didn't even get a Receiver appointed! How a Receiver was acceptable here as it pertains specifically to ABFP, is preposterous. ABFP is a small business and even the most elementary accountant can quickly and easily see there was no malfeasance. Not to mention, the receiver is basically ignoring ABFP and focusing solely on Par. They have neglected our business and have no idea what it entails to run it, yet they were appointed to do just that. The most amazing part of this receivership is that we are now almost 8 weeks into this and the receiver hasn't even reached out to Dean, ABFP employees, etc. to even discuss what transpired, 8 weeks! This receivership has completely destroyed the livelihoods of investors, employees, and businesses. There's no other way to look at it and no one is doing anything about it. And why…because the overreaching arm of the SEC "thinks" they may have something.

Please tell me how anyone, in this case the SEC, can completely shut down a thriving business, severely negatively impact investors, destroy jobs, etc. based on a series of hunches? Is there no such thing as *due process*? Whatever happened to "*innocent until proven guilty?*" This is akin to putting someone in a jail cell and then telling them that your first going to go see if you can discover something they did wrong in an effort to substantiate why you put them there. This is absolutely the same thing. If there is anything criminal in all this, this is it in my honest opinion. The SEC stated that this is "*just a simple case of misrepresentations and omissions and unregistered securities offerings*" [DE261]. I mean REALLY? If that's the case, does that warrant shutting down a company for the foreseeable future, firing 15 employees in a pandemic, and leaving more uncertainty and panic amongst investors than ever before? It's unfathomable and frankly, ridiculous. I guess when you're the SEC and have no one to answer to, you can do whatever you want without consequence, all while destroying lives along the way.

The most important aspect of our business at ABFP, was the relationships and rapport we had with our clients. They all knew our names, knew our families, knew about our desires and goals – the very same way we did about theirs. Our relationships you can say, were somewhat familial with our clients. We also prided ourselves on clear and constant communication with our clients. Nobody wants to constantly wonder what's going on, especially when it comes to their money, and we couldn't have been more sensitive to that. Constantly, and without fail, we always proactively communicated with our clients. Since this unnecessary receivership has commenced, we have been locked out of our offices, had our emails shut off, lost access to our CRM, had our reputations destroyed, and are prohibited from contacting clients – consequently causing panic and sleepless nights among our investors and employees, and rightfully so. It's excessive and severely inappropriate based on a civil suit that is, again, "*just a simple case of misrepresentations and omissions and unregistered securities offerings*" [DE261].

Some of our investments over the years have performed better than others, but never, and I mean never, has there ever been any allegation about the misappropriation of money. Keep in mind, the State of PA Banking Commission and the SEC out of NY State concluded a three-year investigation mere DAYS prior to the SEC filing suit in this case. They found nothing either with regards to misappropriated funds, malfeasance, etc. They too had solely a registration issue and handled it how any case should be handled, not like this one. How one hand doesn't speak to the other within the same organization is rather perplexing, but moreover concerning.

Now that there has been a joint filing submitted to the court as it relates to the scheduling of a trial, its become clear that this will unnecessarily drag on for another year or so. Unless I'm interpreting this incorrectly, that means ABFP, investors, employees, etc. have to just wait for that to commence before

getting any semblance of understanding as to how this plays out and what it means for them? Again, what a travesty.

In my opinion, the SEC has already won this case. They have destroyed ABFP, a 17-year old thriving business, dragged names through the mud, and caused much greater uncertainty amongst investors, etc. Even if ABFP were to prevail in this case, please explain how its supposed to just pick up where it left off and continue running the business? A business mind you, that is completely reliant on integrity, trust, and morality - all of which have been stripped away as a result of this. Additionally, this case was supposed to be under seal initially, which I assume was to try and avoid this devastation. However, due to someone's incompetence, it was unsealed. That, as we all know, has led to the national media picking up the story and incessantly writing about it, albeit with negative overtones, inaccurate information, and deliberate omissions in order to spin their story. The headlines alone would make any investor run for the hills, and thats even before anything has been determined, anyone charged with a crime, or any ruling has been handed down by a court. But again, does it even matter what the court rules, or how the SEC or ABFP fair in all this? The answer is emphatically NO. The damage is done and irreparable in my opinion, so again, the SEC has already achieved their goal based *solely* on allegations.

My only hope in the short term, is that we at ABFP can get back in the office and get back to work immediately by catering to our clients in the non-receivership entities. The longer this persists, it's more nails in the coffin for everyone involved. We put a man on the moon, but a receiver can't assess what's going on in a 15-person company in almost two months in order to allow us back in the office to run the investments the SEC claims they have no issue with? Its like no one cares. I hope that's not the case, but much to my dismay, it seemingly is.

In conclusion, I want to sincerely thank the court for its transparency, clear explanations, unbiased perspective, and fair rulings throughout this case thus far. I think there is no question everyone involved feels similarly. It is my hope that investors can get repaid what they're owed expeditiously and without any further unnecessary delays, since this is the most important aspect of this case in my opinion. I also pray that we can get back in our office and manage those clients and investments that so desperately need our attention. It's a shame what's transpired. Thank you again for your time.

Sincerely,

Jason Zwiebel

JASON P ZWIEBEL
194 LEMONTON WAY
WAYNE, PA 19087-4672

PHILADELPHIA PA 190
22 SEP 2020 PM 6 L

Honorable Judge Rodolfo Ruiz II
U.S. Federal Building & Courthouse
299 E. Broward Blvd.
Courtroom 205C, Chambers 205D
Fort Lauderdale, Florida 33301

33301-191654