UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                CASE NO.: 20-cv-81205-RAR

COMPLETE BUSINESS SOLUTIONS GROUP,
    INC. d/b/a/ PAR FUNDING, et al.,

    Defendants.
_____/

### DECLARATION OF ARIEL BENJAMIN (BEN) MANNES

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Ariel Benjamin Mannes. I am over twenty-one years of age and have personal knowledge of the matters set forth in this Declaration.

2. I began work at Full Spectrum Processing ("Full Spectrum") on June 10, 2019 and was the Chief Compliance Officer for all Full Spectrum accounts to include Complete Business Solutions Group ("CBSG") until the recent appointment of the Receiver.

3. As the Compliance Officer, I was assigned to review credit insurance problems for CBSG policies. Joseph Cole Barleta asked me to address issues with CBSG's insurance policies with Euler Hermes, as they would not process claims from the 2018 policies. In examining the policies, accounts identified for claims and in discussions with Euler Hermes staff, it was determined that CBSG's insurance policies were incorrectly purchased, as it does not provide coverage for CBSG's merchant cash advance business model; best defined as "Advance Factoring". Instead, the Euler Hermes insurance policies sold to CBSG from a broker named Anthony Bernato provides credit insurance coverage for other types of factoring transactions requiring a third-party invoice, which CBSG does not do.

4. Thus, no CBSG claims were ever processed by Euler Hermes, because the policies does not cover MCA transactions.

5. On numerous occasions, I made my manager Joseph Cole Barleta, his client Joseph LaForte, their investor relations consultant Perry Abbonizio and his PPMs Dean Vagnozzi, Vince Camarta and John Gissas aware that the policies bought by CBSG do not cover their MCA transactions and that the Euler Hermes policies does not cover the types of transactions

EXHIBIT
234

performed by CBSG. They know this because I told them, verbally via telephone, in person at our offices and/or in writing, more than once in a span beginning in the Summer 2019 through Spring of 2020.

6. Attached as Exhibit A is a true and correct copy reflecting correspondence with Euler Herman about the lack of coverage in July 2019.

7. Attached as Exhibit B is a true and correct copy of one of the memoranda I sent about the lack of insurance coverage.

8. There is also an insurance policies concerning A Better Financial Plan that was included in the CBSG insurance policies. This policies does not provide coverage either. I advised Mr. Vagnozzi of that fact, and both he and Perry Abbonizio called me again in March and April of 2020 to confirm that our coverage was not valid for claims based on COVID-19 related defaults, and to ask what our current coverage status was.

9. The issue with the lack of insurance continued being discussed until the appointment of the Receiver. Joseph Cole Barleta, Joseph LaForte, Dean Vagnozzi, Perry Abbonizio, and others constantly asked me about the status of the insurance coverage, and I told them repeatedly, and recently, that nothing had changed. While we had paid premiums on a policies, we had no ability to file claims for CBSG accounts covered under that policies, as the policies does not cover the MCA type of factoring CBSG conducts, where no third party invoice exists.

10. CBSG continued paying for its insurance policies, and asked for a limited renewal for the policies where PPMs were named as beneficiaries even though its executives knew the policies did not cover MCA transactions.

11. In an attempt to rectify the loss of premiums faced by our clients, one of my jobs for CBSG was to locate an insurance provider that would insure MCA-type transactions. However, after numerous discussions with insurance carriers, I was unable to identify or locate any insurance provider that insures MCA transactions, which I reported that back to Joseph Cole Barleta and Joseph LaForte.

12. Finally, I was advised that Aida Lau had been transferred out of the accounting department at FSP's 205 Arch Street office supporting CBSG since late-2019. In 2019, after being counseled by her supervisor, she was moved to the 20 N. 3rd Street office, assigned to assist Joseph LaForte and continued working in that capacity until the Receiver was appointed in this case. I have personal knowledge of this through my employment at CBSG.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed this 17 day of August 2020.

Ariel Benjamin Mannes, MA, CPP

**Subject:** RE: Insurance Claims Followup
**From:** Anthony Z
**Date:** 7/22/2019, 2:35 PM
**To:** Bret.Dunbar@eulerhermes.com, Alexis Houser
**CC:** Roohi.Kake@eulerhermes.com, Ben Mannes <bmannes@parfunding.com>

We sent these contracts in at the time of funding to and your firm approved them

We paid our insurance bill

You are required to either complete the claim or provide an official response as to why we are being denied the claim

We paid for the insurance – we deserve a more sincere effort on your part to satisfy the terms of agreement

Anthony Zingarelli

---

**From:** Bret.Dunbar@eulerhermes.com <Bret.Dunbar@eulerhermes.com>
**Sent:** Monday, July 22, 2019 2:02 PM
**To:** Alexis Houser <ahouser@parfunding.com>; Anthony Z <anthonyz@parfunding.com>
**Cc:** Roohi.Kake@eulerhermes.com
**Subject:** RE: Insurance Claims Followup

We do not provide loan guarantee insurance.  We provide Accounts Receivable (invoice) insurance.

**Bret Dunbar**

**Euler Hermes North America** | One Penn Plaza, Suite 3325, New York, NY  | USA - 10119
Phone: +1 212.502.0533 | Mobile: +1 732.778.3077 | Fax: +1 212.502.0508 | **bret.dunbar@eulerhermes.com**
**eulerhermes.us**





This is not an automatic email and is sent directly from my business email account. Please reply with "unsubscribe" if you wish for me not to reach out moving forward.

**From:** Alexis Houser [mailto:ahouser@parfunding.com]
**Sent:** Monday, July 22, 2019 1:40 PM
**To:** DUNBAR, Bret (EH:AMER); Anthony Z
**Cc:** KAKE, Roohi (EH:USA)
**Subject:** Re: Insurance Claims Followup

This is loan garuntee insurance, so why would there be an invoice instead of a contract?

On Mon, Jul 22, 2019 at 1:11 PM Bret.Dunbar@eulerhermes.com <Bret.Dunbar@eulerhermes.com> wrote:

> Hi Lexi,
>
> You have noted to our Claims Department that there were no invoices. If there are no invoices, there is no A/R, and therefore there is nothing we are covering.
>
> Regards,
>
> Bret
>
> **Bret Dunbar**
>
> **Euler Hermes North America** | One Penn Plaza, Suite 3325, New York, NY  | USA - 10119
> Phone: +1 212.502.0533 | Mobile: +1 732.778.3077 | Fax: +1 212.502.0508 | **bret.dunbar@eulerhermes.com**
> **eulerhermes.us**
>
> 
>
> 
>
> This is not an automatic email and is sent directly from my business email account. Please reply with "unsubscribe" if you wish for me not to reach out moving forward.



EXHIBIT
A
_____

**From:** Alexis Houser [mailto:ahouser@parfunding.com]
**Sent:** Monday, July 22, 2019 9:52 AM
**To:** KAKE, Roohi (EH:USA); DUNBAR, Bret (EH:AMER)
**Subject:** Insurance Claims Followup

Good Morning,

I'm reaching out because I haven't heard back about the insurance claims that I submitted. I just went through my email, and I submitted all of the necessary documentation for the following claims (listed below) at the end of march/early April. The supporting documentation was sent from the email insurance@parfunding.com, and was sent to Roohi's email as well as CCAdmin@eulerhermes.com. Can you please let me know the status of these ASAP?

1. Shore Break Electric/ Tony Nuzzo
2. Ameripro Auto Glass
3. Street Games
4. El Bouza inc
5. Club X
6. J&J Trucking
7. Happy Hands Auto Spa
8. Hybrid Mechanical
9. New Shepard Quality Windows
10. Diamat
11. Gurndoor Chicagos Pizza
12. Catalyst Construction
13. OMS Moving and Storage

Thank you so much,

--
**Lexi Huff**

Error! Filename not specified.
20 N. 3rd St
Philadelphia, PA 19106

| Error! Filename not specified. | Office: (267) 450-9367 |
| Error! Filename not specified. | Fax: (888) 305-7562 |

CONFIDENTIALITY NOTICE: This email and any attachments are intended solely for the use of the named recipient(s). Please do not forward or copy without the author's consent. Any dissemination of this email by anyone other than an intended recipient is strictly prohibited. If you have received this email in error, please permanently delete the email and all attachments from your system. All information contained in this document are considered proprietary and shall not be reproduced, transmitted or shared with any individual or company outside the specific group for which this information is strictly intended

```
Euler Hermes is the world's leading provider of trade related insurance solutions, helping companies of all sizes trade with confidence
Euler Hermes is a member of Allianz. www.eulerhermes.com
                 ---------------------------------
This e-mail may contain confidential and/or privileged information. If you are not the intended recipient or have received this e-mail i
Read our full e-mail disclaimer statement and monitoring policy
 (http://www.eulerhermes.com/Pages/legals.aspx) before taking any action based on the contents of this e-mail.
```

--
**Lexi Huff**



20 N. 3rd St
Philadelphia, PA 19106

|  | Office: (267) 450-9367 |
|  | Fax: (888) 305-7562 |

CONFIDENTIALITY NOTICE: This email and any attachments are intended solely for the use of the named recipient(s). Please do not forward or copy without the author's consent. Any dissemination of this email by anyone other than an intended recipient is strictly prohibited. If you have received this email in error, please permanently delete the email and all attachments from your system. All information contained in this document are considered proprietary and shall not be reproduced, transmitted or shared with any individual or company outside the specific group for which this information is strictly intended

**Subject:** Update on Euler Hermes
**From:** Ben Mannes
**Date:** 8/7/2019, 11:19 AM
**To:** Joe Cole <joecole@parfunding.com>, Joe Mack <Joe@parfunding.com>
**CC:** "John P. Hartley" <jhartley@parfunding.com>

*Gentlemen,*

This morning, John and I had our 4th call with Euler regarding their honoring our claims from Mar/April. Below this email is a recap from their regional VP on this matter. To summarize, we are at a stalemate with Euler because:

- We signed a policy that described a business model we don't truly fit in, and
- They never read our MCA agreements and did due diligence upon underwriting our policy.

That said, they made it clear that all consumer-based claim that sells directly to consumers and doesn't invoice their 3rd party debtors (Chicago Pizza, El Bouza, Street Games, Happy Hands, etc) will not be honored. They will, however, process the B2B-type claims we can provide a statement of 3rd party accounts & invoices for; but made no promises (only that they will investigate further in claims).

**Therefore, we recommend the following Plan of Action moving forward on the insurance issue:**

1. Internally determine which claims we've submitted are able to have invoices reverse-engineered through ACH records to see if we can submit (50-60% of total), while;
2. Identify Insurance competitors that may be more suited for us, while still covered by Euler (shop around, but due more due diligence on the front end to see if our claims will be processed).
3. Do a cost vs. benefit analysis on taking legal action against Anthony Bernardo (insurance malpractice by selling us coverage that wasn't applicable to our business model) and Euler (to refund our premiums)

*Once we weigh those, the following questions are presented for your decision(s):*

1. Do we pursue the 50-60% of the claims they tacitly said they may process if we can get the info they need or cut bait and seek our premiums back and go with another carrier?
2. Do we file suit against Bernardo to cover us for losses and our promises to PPMs?

Thank you,


**Ben Mannes**

*Chief Compliance Officer*

Full Spectrum Processing

(215) 922-2636 x 118

bmannes@parfunding.com


---------- Forwarded message ---------
From: **Ryan.Wimberly@eulerhermes.com** <Ryan.Wimberly@eulerhermes.com>
Date: Wed, Aug 7, 2019 at 10:52 AM
Subject: RE: CBSG / Par Funding & Euler Hermes
To: Susan.Horn@eulerhermes.com <Susan.Horn@eulerhermes.com>, Dan Ring <dring@parfunding.com> <dring@parfunding.com>, Jasmine.Smith@eulerhermes.com <Jasmine.Smith@eulerhermes.com>, Lisa.Bond@eulerhermes.com <Lisa.Bond@eulerhermes.com>, Bret.Dunbar@eulerhermes.com <Bret.Dunbar@eulerhermes.com>, Joshua.Greaver@eulerhermes.com <Joshua.Greaver@eulerhermes.com>, Ben Mannes <bmannes@parfunding.com> <bmannes@parfunding.com>


All,

Thanks for your time, I found it very helpful. To recap our call:

Euler is on the risk when the risk commences. This is defined as the merchant you've funded raising an invoice to a debtor for services or product rendered in a B2B transaction. The debtor in this transaction is the party CBSG/Par should submit to Euler for underwriting of coverage. Once the A/R exists (services/product rendered, invoice raised, purchased by CBSG/Par), Euler covers the trade credit to the debtor up to the amount specifically approved by Euler underwriting at the time the underlying trade transaction occurred (i.e. merchant conducting business with the debtor).

The debtor in the transaction, not the merchant, is the party to default in order for a claim to be viable, at which point the debt must be assigned to Euler prior to any claim payment.

In terms of both existing and future claims, we will require the following documentation to review for coverage:

-Statement of Account
-Copies of invoices to the debtor that have been purchased from the merchant
-Documentation of amount advanced against these invoices.

**Euler team** – please feel free to weigh in with any clarifications.

Thanks,

**Ryan Wimberly**
Regional Vice President - Northeast



Euler Hermes North America | One Penn Plaza, Suite 3325 | New York, NY | 10119 | United States
Office: (617) 248.8857 | Mobile: (617) 599.6561

Ryan.Wimberly@eulerhermes.com | eulerhermes.us





Follow us:

---

-----Original Appointment-----
**From:** WIMBERLY, Ryan (EH:NORTH AMERICA)
**Sent:** Monday, August 05, 2019 9:45 AM
**To:** WIMBERLY, Ryan (EH:NORTH AMERICA); HORN, Susan (EH:Collections); Dan Ring (dring@parfunding.com); SMITH, Jasmine (EH:NORTH AMERICA); Bond, Lisa (EH:AMER); DUNBAR, Bret (EH:AMER); Greaver, Joshua (EH:NORTH AMERICA); Ben Mannes (bmannes@parfunding.com)
**Subject:** CBSG / Par Funding & Euler Hermes
**When:** Wednesday, August 07, 2019 9:00 AM-9:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** (866) 344-8970, passcode 89423167 then #

Euler Hermes is the world's leading provider of trade related insurance solutions, helping companies of all sizes trade with confidence at home and abroad
Euler Hermes is a member of Allianz. www.eulerhermes.com
              ----------------------------------
This e-mail may contain confidential and/or privileged information. If you are not the intended recipient or have received this e-mail in error, notify the
Read our full e-mail disclaimer statement and monitoring policy
(http://www.eulerhermes.com/Pages/legals.aspx) before taking any action based on the contents of this e-mail.