UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.*,

    Defendants.
_____/

## ORDER GRANTING THE RECEIVER'S SIXTH MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS

**THIS CAUSE** comes before the Court upon the Receiver's Sixth Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings [ECF No. 318] ("Motion"), filed on October 14, 2020. In the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose of allowing the Receiver, in his discretion, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either has resolved or has agreed to resolve prior defaults in certain cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Receiver's Sixth Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings [ECF No. 318] is **GRANTED**. The litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purposes described in the Motion:

1. *Complete Business Solutions Group, Inc. v. Salt Logistics LLC and Susana Mireles Varela,* Docket No. 200203401.

2. *Complete Business Solutions Group, Inc. v. D and N Security Management Group D&N Security Management Group, Priority Security Services CCTV LLC and Chris Hair,* Docket No. 190902746.

3. *Complete Business Solutions Group, Inc. v. Larrymey Lane Hawkins Sole Proprietor d/b/a Hawkins Systems Solutions and Larrymey Lane Hawkins*, Docket No. 200201605.

4. *Complete Business Solutions Group, Inc v. R and S Great Adventures LLC and Reginald Thompson,* Docket No. 200202292.

5. *Complete Business Solutions Group, Inc v Tennessee Everything Inc., Michael Crone and Jessica Crone,* Docket No. 200202580.

6. *Complete Business Solutions Group, Inc. v. MSD Group Inc. and Michael Doherty,* Docket No. 200102994.

7. *Complete Business Solutions Group, Inc. v. Swift Recycling LLC and Alejandro Hernandez,* Docket No. 200400266.

8. *Complete Business Solutions Group, Inc. v. Markus Corp. and Marek Kusmierczyk,* Docket No. 200400147.

9. *Complete Business Solutions Group, Inc. v. CK Professional Services LLC and Christopher Galford,* Docket No. 200200731.

10. *Complete Business Solutions Group, Inc. v. Christopher Ernie Perez, Jr. Sole Proprietor d/b/a Forza Group and Christopher Ernie Perez,* Docket No. 200300729.

11. *Complete Business Solutions Group, Inc. v. Robotic Assistance Devices Inc. and Steven Reinharz,* Docket No. 200200083.

12. *Complete Business Solutions Group, Inc. v. New Image Construction of New Jersey Inc, Salam Ghaida, and Michael Ghaida*, Docket No. 200102511.

The litigation injunction is also lifted with respect to *Five Five Five LLC, et al. v. Complete Business Solutions Group, Inc.*, State of Colorado, District Court, El Paso County, Case No. 2020CV30857, Division 2.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of October, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:     Counsel of record