UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

     Defendants.

_____/

**ORDER GRANTING THE RECEIVER'S UNOPPOSED MOTION TO LIFT
LITIGATION INJUNCTION TO PERMIT THE RECEIVER TO VOLUNTARILY
RELEASE PAR FUNDING'S SUBORDINATE SECURITY INTEREST ALLOWING
FOR SALE OF 12405 EAST BRANDT ROAD, LOCKEFORD, CALIFORNIA**

**THIS CAUSE** comes before the Court upon the Receiver's Unopposed Motion to Lift

Litigation Injunction to Permit the Receiver to Voluntarily Release Par Funding's Subordinate

Security Interest Allowing for the Sale of 12405 East Brandt Road, Lockeford, California [ECF

No. 321] ("Motion"), filed on October 14, 2020.  In the Motion, the Receiver seeks to modify the

Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift

the litigation injunction provided for in that Order to permit the Receiver, in his discretion, to take

steps necessary to voluntarily release Par Funding's subordinate security interest allowing for the

sale of 12405 East Brandt Road, Lockeford, California.

The Receiver has made a sufficient and proper showing in support of the relief requested.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Unopposed Motion to Lift Litigation

Injunction to Permit the Receiver to Voluntarily Release Par Funding's Subordinate Security

Interest Allowing for the Sale of 12405 East Brandt Road, Lockeford, California [ECF No. 321]

is **GRANTED** as follows:

      1.      The litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted to authorize the Receiver, in his discretion, to take steps necessary to voluntarily release Par Funding's subordinate security interest allowing for the sale of 12405 East Brandt Road, Lockeford, California.

      2.      On the close of escrow, the net proceeds of sale remaining after liens, encumbrances, and cost of sale, as authorized above, have been paid, shall be placed into an interest bearing segregated account to be held jointly in the names of Ryan K. Stumphauzer, as Receiver and The Dennis Wood ROBS 401(k) retirement plan, at an authorized facility.  The net proceeds may be released only on further order of this Court or by a mutual written agreement, signed by Ryan K. Stumphauzer, as Receiver and Dennis Wood as the administrator of the Dennis Wood ROBS 401(k) retirement plan.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of October, 2020.

                                              _____

                                          **RODOLFO A. RUIZ II**
                                          **UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of record