**EXHIBIT 1**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a/ PAR FUNDING, et al.,

       Defendants.
_____/

**[PROPOSED] ORDER GRANTING RECEIVER'S MOTION TO LIFT LITIGATION INJUNCTION TO PERMIT RECEIVER TO VOLUNTARILY RELEASE SUBORDINATESECURITY INTERESTS IN 230 NORTH BROAD STREET, BAYFIELD, WIS. AND 441 EAST MONBO ROAD, STATESVILLE, N.C.**

      **THIS CAUSE** comes before the Court upon the Receiver, Ryan K. Stumphauzer's Motion to Lift Litigation Injunction to Permit Receiver to Voluntarily Release Subordinate Security Interests in 230 North Broad Street, Bayfield, Wis. and 441 East Monbo Road, Statesville, N.C. [ECF No. ___] ("Motion"), filed on November 5, 2020.  In the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order to permit the Receiver to release subordinate liens and security interests to facilitate sales of real property located at 230 North Broad Street, Bayfield, WI and 441 East Monbo Road, Statesville, N.C.

      The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

- 2 -

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted to authorize the Receiver to take the action as set forth in the Motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of November, 2020.

                                                                    **RODOLFO A. RUIZ II**
                                                                     **UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of record