**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-81205-RAR**

**SECURITIES AND EXCHANGE**
**COMMISSION,**

      Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS**
**GROUP, INC. d/b/a PAR FUNDING**, *et al.,*

      Defendants.
_____/

**ORDER GRANTING THE RECEIVER'S SEVENTH MOTION TO LIFT**
**LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS**

**THIS CAUSE** comes before the Court upon the Receiver's Seventh Motion to Lift

Litigation Injunction as to Certain Garnishment Proceedings [ECF No. 371] ("Motion"), filed on

November 5, 2020.  In the Motion, the Receiver seeks to modify the Court's Amended Order

Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction

provided for in that Order for certain garnishment matters currently pending in the Court of

Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose of

allowing the Receiver: (1) in his discretion, to dissolve current writs of garnishment, to mark

judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either

has resolved or has agreed to resolve prior defaults in certain cases in the Court of Common Pleas

of Philadelphia County, Pennsylvania; (2) to cancel certain Security Agreements; and (3) to waive

the requirement for financial institutions served with writs of garnishment to file Answers to

Interrogatories in Attachment, and to dissolve writs of garnishment, if a financial institution

represents to the Receiver in writing that it has no accounts with the merchants (and/or guarantors).

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion [ECF No. 371] is **GRANTED** as follows:

1.     The litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purpose described in the Motion:

   a.   *Complete Business Solutions Group, Inc. v. Site Development Group LLC and Hunter Thomas*, Docket No. 200302403.

   b.   *Complete Business Solutions Group, Inc. v. Il Pastaio and La Pasta Boutique LLC and Victor Munoz*, Docket No. 191201357.

   c.   *Complete Business Solutions Group, Inc. v. NOS Inc. and Shivangi Mehta*, Docket No. 191101297.

   d.   *Complete Business Solutions Group, Inc v. Limo Star NY Inc., Mayering Castaneda, Acevedo Posada and Albert Andres*, Docket No. 200400138.

   e.   *Complete Business Solutions Group, Inc v. Sky Capital Finance LLC and Jack Roddy*, Docket No. 200400401.

   f.   *Complete Business Solutions Group, Inc. v. Connected Transportation Partners Inc. and Marvin Wilcher*, Docket No. 200400788.

   g.   *Complete Business Solutions Group, Inc. v. Prosperity Technology LLC and Jesse Aranda*, Docket No. 190500096.

2.     The Receiver is authorized to lift the litigation injunction to release the November 26, 2018 Security Agreement between Complete Business Solutions Group, Inc  and Brian Daniel Sommers, Jr. a/k/a Brian Daniel Sommers and Nicole Sommers, and to release the January 22, 2019 Security Agreement between Complete Business Solutions Group, Inc. and Dane Wilson and Reika Wilson.

3.     The litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted solely for the purpose described

in the Motion to allow the Receiver to waive the requirement for financial institutions served with writs of garnishment to file Answers to Interrogatories in Attachment, and to dissolve current writs of garnishment, if a financial institution represents to the Receiver in writing that it has no accounts with the merchants (and/or guarantors).

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of November, 2020.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of record