**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 20-CIV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al.,

    Defendants,

# REQUEST TO BE REMOVED FROM SERVICE LIST AS COUNSEL FOR BROADWAY ADVANCE, LLC

Fred A. Schwartz respectfully requests that this Court issue an Order removing from the electronic service list Fred A. Schwartz ("Schwartz"), who appeared in these proceedings to clarify a freeze order as counsel for Broadway Advance, LLC ("Broadway "). In support thereof, the undersigned states as follows:

1. Schwartz appeared in this matter requesting a clarification as to whether funds held for his client, Broadway Advance, LLC ("Broadway") by Actum Processing, was subject to freeze orders issued by the Court.

2. Predicated on an Order of the Court, Broadway and the Receiver exchanged certain documents. With the gracious cooperation of the counsel for the

Receiver, it was jointly recommended to the Court that the funds were not subject to the freeze order.

3. Pursuant to a subsequent Order by the Court Actum has released the previous restrained funds.

4. Although Schwartz appreciates seeing how quickly the Court rules on Motions, often late at night, his assistant has complained about receiving five or more docket entries each day when our client no longer has an interest in this matter.

WHEREFORE, it is respectfully requested that the Court order the clerk to remove Schwartz from electronic the service list.

Respectfully submitted,

Shahady & Wurtenberger, P.A.

By: */s/ Fred A. Schwartz*
Fred A. Schwartz, Esq.
Bar # 360538
fschwartz@swlawyers.law
200 East Palmetto Park Rd.
Suite 103
Boca Raton, FL 33432
(561) 910-3064

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2020 I electronically filed the foregoing with the Clerk of the Southern District of Florida.

> */s/ Fred A. Schwartz*
> Fred A. Schwartz