**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-81205-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.,*

      Defendants.
_____/

## ORDER REFERRING MOTION

Pursuant to 28 U.S.C. section 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Bruce E. Reinhart to take all action as required by law on the following motion:

- Receiver's First Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for July 27, 2020 – September 30, 2020 [ECF No. 438].

It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Reinhart on all motions and submissions pertaining to the referenced motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of December, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**