**DSI® Development Specialists, Inc.**
Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

<u>VIA EMAIL (rstumphauzer@sfslaw.com)</u>

February 1, 2021

Mr. Ryan Stumphauzer
Receiver
c/o Stumphauzer, Foslid, Sloman, Ross & Kolaya PLLC
2 South Biscayne Boulevard
Suite 1600
Miami, Florida 33131

Dear Ryan:

In accordance with the Amended Order Appointing Receiver (D.E. #141) ("Amended Order"), following is our quarterly report relating to the operations and analyses undertaken by Development Specialists Inc. ("DSI") since the date of the prior report. Except as may be noted, all activity and financial data is for the period from October 1, 2020, the date of the prior report, and December 31, 2020 ("Reporting Period")

A. **<u>A summary of operations of the Receiver</u>**

During the Reporting Period, DSI worked on the general operations matters provided below.

**Expanded Receivership**

On December 16, 2020, the Court issued the <u>Order Granting Motion To Expand Receivership Estate</u>. This motion increased the number of entities under the Receivership ("Expanded Receivership Entities") and the asset base. To this end, during the Reporting Period,

- Banking

    Soon after the Court issued the Order, we communicated with the banks with which the Expanded Receivership Entities may have done business. This resulted in identifying 26 bank accounts for the Expanded Receivership Entities with a cash balance of nearly $9 million. Each of the banks for which accounts were identified have been informed that only the Receiver may have access to the accounts.

    Additionally, we worked and are continuing to work with the Receiver's bank to open new accounts for each of the Expanded Receivership Entities.

MIAMI/FT. LAUDERDALE
500 West Cypress Creek Road, Suite 400 • Fort Lauderdale, FL 33309 • Telephone: 305.374.2717 • Fax: 305.374.2718 • www.DSIConsulting.com

NEW YORK • LOS ANGELES • CHICAGO • WILMINGTON • SAN FRANCISCO • COLUMBUS • LONDON

Mr. Ryan K. Stumphauzer
February 1, 2021
Page 2

>
> Furthermore, DSI has obtained the bank statements for many of the accounts for the period from July 2020 through December 31, 2020 in order to reconcile and analyze the accounts and bring the financial reporting up-to-date.
>
> - Property Management
>
> The Expanded Receivership Entities includes numerous commercial and residential properties. During the Reporting Period, along with counsel, we met with the property manager. The Receivership re-engaged the manager and continues to work through the issues that remained unresolved prior to the Order such as insurance matters, repairs and maintenance and utilities. This work is on-going.

**General Operations.**

>
> - Staffing
>
> DSI continues to oversee the Accounting and Collections staff. DSI provides management and oversight over all key functions of the day-to-day operations. During the Reporting Period, DSI and staff transitioned to Work from Home due to restrictions imposed by the City of Philadelphia due to the Covid-19 pandemic. All staff were issued corporate computer equipment. DSI communicates daily with individual staff and holds weekly video and audio conference calls with each department. DSI continues to monitor the guidelines for the City of Philadelphia in order to determine when to the staff can resume working in the office.
>
> - Reconcile bank accounts.
>
> It was previously noted that the bank accounts for CBSG and FSP had not been reconciled for much of 2019 and none of 2020. To date, the accounting staff have reconciled all of the accounts for 2019 and have nearly completed the pre-Receivership period for 2020. Once this is completed, the staff will ensure that the bank reconciliations for the Expanded Receivership Entities are complete.

**Collections**
> - Analysis of merchant cash advance ("MCA") accounts.
>
> As previously mentioned, at the outset of the Receivership, the Receiver was provided a listing of the MCA accounts ("Portfolio"). This listing included nearly thousands of accounts with a gross balance of over $400 million at the start of the Reporting Period. The accounts were marked performing, non-performing, under-performing or default. During the Reporting Period, DSI continued to analyze the Portfolio. To this end, we

**DSI** Development Specialists, Inc.

Mr. Ryan K. Stumphauzer
February 1, 2021
Page 3

noted that 50% of the total Portfolio is due from 16 merchants in 5 related groups referred to as the "Exception Portfolio" and for which collections remain challenging. We have analyzed and documented our review of certain of the Exception Portfolio for further investigation.

We also identified other merchants within the Portfolio which filed bankruptcy. Collections of these accounts have been halted given bankruptcy laws.

- Collections Activity

Collections staff continue to work with merchants in order to maximize recovery. The staff have initiated or responded to thousands of telephone calls, e-mails and other correspondence with merchants. Furthermore, we have finalized the collections protocol setting parameters upon which staff may settle outstanding amounts due from merchants. As part of the settlement, the merchants are required to provide recent financial statements and banking information.

Under the MCA agreement, CBSG is allowed to file UCC-1's to secure it's position in the merchants' assets. During the Reporting Period, we filed numerous UCC-1's against the allowable assets.

**Forensic Accounting and Litigation Support**

- General Matters

During the reporting period, DSI continued to compile the transactions for the pre-receivership period. The results of our analysis will assist further investigation and identification of possible causes of action. Furthermore, we continue to review non-financial records as part of our analyses of the Portfolio and other matters relating to the operations of the business.

B. **The amount of cash on hand, the amount and nature of accrued administrative expenses, and the amount of unencumbered funds in the estate.**

Exhibit A shows the activity of the Receivership through for the Reporting Period and the cumulative period. Total cash as of December 31, 2020 is $65,087,116. All of the cash is unencumbered.

The accrued administrative fees for the quarter ended December 31, 2020 are:

- Receiver/co-counsel – Stumphauzer, Foslid, Sloman, Ross & Kolaya PLLC    $292,546.10
- Co-counsel – Pietragallo Gordon Alfano Bosick & Raspanti, LLP    $592,792.30
- Transition Counsel – Fox Rothschild, LLP    $25,235.00



Mr. Ryan K. Stumphauzer
February 1, 2021
Page 4

- Financial Advisor/Operations Consultant – Development Specialists, Inc.     $1,354,261.00
- Digital Evidence/Computer Forensics Professional – Lawgical Insights, LLC     $72,638.75
- Investigation Firm – HD Investigative Group, LLC     $36,843.75

All other administrative expenses, such as payroll and office expenses, are paid in the ordinary course of business. Certain employee wages, specifically paid time off, for employees who have returned to work may be owed to employees but has not been quantified.

**C. A schedule of all the Receiver's receipts and disbursements.**

Exhibit A details the receipts and disbursements for the Reporting Period.

**D. A description of known Receivership Property, including approximate or actual valuations, anticipated or proposed dispositions, and reasons for retaining assets where no disposition is intended.**

Receivership Property includes:

| Asset: | Estimate value (at 12/31/2020) |
|---|---|
| Cash in bank | $65,087,000 |
| Cash held by ACH processors | $750,000 |
| Portfolio balance (without reduction for collectability/bad debt) | $374,000,000 |
| Other accounts receivable[1] | $52,700,000 |
| Investment in wholly-owned subsidiary[2] | $6,300,000 |
| Life settlement policies (gross death benefits)[3] | $25,700,000 |
| Real estate[4] | $63,000,000 |
| Furniture and fixtures | $100,000 |

---

[1] This balance of "other accounts receivable" includes, among other things, amounts owed by third-parties to Eagle Six Consulting (ESC) and Heritage Business Consulting (HBC), two Expanded Receivership Entities.  The records of ESC and HBC also reflect that these entities are owed additional amounts that are recorded as loans they made to other Expanded Receivership Entities, including the entities that own the "Real estate" referenced below.  This is also true with respect to the entities that own the properties located in Haverford, Pennsylvania and Paupack, Pennsylvania, which are included within the Receivership Estate. For purposes of consistency and to avoid double counting those amounts within these balances, the additional loan balances owed from the other Expanded Receivership Entities and in connection with the Haverford and Paupack properties are neither included in this accounts receivable balance, nor are they factored into the value of the real estate listed below.
[2] CBSG is the 100% member of Eagle Union Quest One, LLC, the owner of 2008 Cessna model 680, tail #N789MJ.
[3] Approximate death benefit of life settlement insurance policies owned by Receivership Entities under the A Better Financial Plan. We have engaged a professional to value this life settlement portfolio.
[4] Per Receiver Ryan K. Stumphauzer's Quarterly Status Report Dated February 1, 2021.



Mr. Ryan K. Stumphauzer
February 1, 2021
Page 5

E. **A description of liquidated and unliquidated claims held by the Receivership Estate, including the need for forensic and/or investigatory resources; approximate valuations of claims; and anticipated or proposed methods of enforcing such claims.**

Working with counsel, this process is ongoing and we have yet to determine the claims and the estimated value of the claims. As noted above, we continue to work on the forensic review of the books and records and will provide more information.

F. **A list of all known creditors with their addresses and the amounts of their claims.**

We provided a list of the known creditors of CBSG in our report to you dated August 31, 2020 and filed as Exhibit 1 to D.E #214, Receiver Ryan K. Stumphauzer's Notice Of Filing Sworn Statement Pursuant To Paragraph 9 Of The Amended Receivership Order. At this time, we have no additional information to report. However, we continue to review records and are developing a list of creditors related to the non-CBSG entities including investors, trade and vendor payables.

G. **The status of Creditor Claims Proceedings, after such proceedings have commenced.**

The Creditor Claims Proceedings have not yet commenced.

H. **The Receiver's recommendations for a continuation or discontinuation of the receivership and the reasons for the recommendations.**

It is my recommendation that the receivership continues. The Receivership is benefitted by our collections work plan and efforts which is averaging several hundred thousand dollars a week and knowledge of the Receivership Entities' books and records all of which is vital to working with you and counsel on various causes of actions and to maximize the assets of the receivership.

Sincerely,

Bradley D. Sharp
President & CEO

Copy to:  Mr. Gaetan J. Alfano (GJA@Pietragallo.com)
Mr. Tom J. Frey (e-mail TFrey@DSIConsulting.com)
Mr. Timothy A. Kolaya (e-mail TKolaya@sfslaw.com)
Mr. George E. Shoup, III (e-mail GShoup@DSIConsulting.com)
Mr. Yale S. Bogen (e-mail YBogen@DSIConsulting.com)



# Exhibit "A"

Ryan K Stumphauzer, Receiver

Report prepared by:
Financial Advisor and Operational Consultant to the Receiver
Development Specialists, Inc.

**INTERIM REPORT IN PREPARATION OF STATUS CONFERENCE**

# STANDARDIZED FUND ACCOUNTING REPORT

CIVIL - RECEIVERSHIP FUND

---

Consolidated Par Funding Receivership Entities [1]

Civil Court Docket No. 20-cv-81205-RAR

Reporting Period 10/1/2020 to 12/31/2020

**Note 1:** Complete Business Solutions Group, Inc. d/b/a Par Funding, Full Spectrum Processing, Inc., ABetterFinancialPlan.com LLC d/b/a A Better Financial Plan, ABFP Management Company, LLC f/k/a Pillar Life Settlement Management Company, LLC, ABFP Income Fund, LLC, ABFP Income Fund 2, L.P., ABFP Income Fund 3, LLC, ABFP Income Fund 4, LLC, ABFP Income Fund 6, LLC, ABFP Income Fund Parallel LLC, ABFP Income Fund 2 Parallel, ABFP Income Fund 3 Parallel, ABFP Income Fund 4 Parallel, ABFP Income Fund 6 Parallel, ABFP, Multi-Strategy Investment Fund LP, ABFP Multi-Strategy Fund 2 LP, MK Corporate Debt Investment Company LLC, United Fidelis Group Corp., Fidelis Financial Planning, LLC, Retirement Evolution Group, LLC, RE Income Fund LLC, RE Income Fund 2 LLC, Fast Advance Funding LLC, New Field Ventures LLC, 118 Olive PA LLC, 205 B Arch St. Management LLC, 242 S 21st St. LLC, 300 Market St, LLC,  627-629 E Girard, LLC, 803 S 4th St, LLC, 1427 Melon St, LLC, 1530 Christian St. LLC, 1635 East Passyunk, LLC, 1932 Spruce St, LLC, 4633 Walnut St. LLC, 1223 N 25th St. LLC, 1250 N 25th St. LLC, 135-137 N. 3rd St. LLC, 715 Sansom St. LLC, 861 N 3rd St. LLC, 915-917 S. 11th, LLC, 20 N 3rd St. Ltd, Capital Source 2000, Inc., Beta Abigail, LLC, Heritage Business Consulting, Inc., Eagle Six Consulting, Inc., Liberty Eight Avenue, LLC, LME 2017 Family Trust.

STANDARDIZED FUND ACCOUNTING REPORT for PAR FUNDING - Cash Basis
Receivership; Civil Court Docket No. 20-cv-81205-RAR
Reporting Period 10/1/2020 to 12/31/2020

| Fund Accounting: | | **Current Period** | **Prior Period(s)** | **Case-to-date** |
|---|---|---:|---:|---:|
| | | **10.1.20 - 12.31.20** | **7.28.20 - 9.30.20** | **Total** |
| Line 1 | **Beginning Balance:** | $35,939,842 | $28,779,570 | $28,779,570 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Receipts** | 21,065,006 | 7,439,944 | 28,504,949 |
| | Business Receipts - Overpayments | (49,571) | 0 | (49,571) |
| Line 3 | **Cash and Securities** | 8,872,904 | 0 | 8,872,904 |
| | Change in Value of Securities | 44,456 | 3,810 | 48,266 |
| Line 4 | **Interest/Dividend Income** | 10,729 | 1,102 | 11,830 |
| Line 5 | **Business Asset Liquidation** | 0 | 0 | 0 |
| Line 6 | **Personal Asset Liquidation** | 0 | 0 | 0 |
| Line 7 | **Third-Party Litigation Income** | 0 | 0 | 0 |
| Line 8 | **Miscellaneous**[1] | 79,950 | 6,257 | 86,206 |
| | **Total Receipts**[2] | 30,023,473 | 7,451,112 | 37,474,585 |
| | **Total Funds Available (Lines 1 - 8):** | $65,963,314 | $36,230,683 | $66,254,155 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | 0 | 0 | 0 |
| Line 10 | **Disbursements for Receivership Operations:** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 0 | 0 | 0 |
| Line 10b | *Business Asset Expenses* | | | |
| | Payroll & Benefits | 279,290 | 100,031 | 379,321 |
| | IT Expense | 159,259 | 30,150 | 189,410 |
| | Utilities | 3,568 | 4,146 | 7,714 |
| | Insurance | 20,769 | 1,223 | 21,992 |
| | Other Operating Expense | 5,938 | 194 | 6,132 |
| | Other | 3,348 | 2,511 | 5,859 |
| | **Total Business Asset Expenses**[2] | 472,173 | 138,256 | 610,428 |
| Line 10c | *Personal Asset Expenses* | 0 | 0 | 0 |
| Line 10d | *Investment Expenses* | 0 | 0 | 0 |
| | Premiums Due on Life Settlement Policies | 404,026 | 152,585 | 556,611 |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | 0 | 0 | 0 |
| | 2. Litigation Expenses | 0 | 0 | 0 |
| | *Total Third-Party Litigation Expenses* | 0 | 0 | 0 |
| Line 10f | *Tax Administrator Fees and Bonds* | 0 | 0 | 0 |
| Line 10g | *Federal and State Tax Payments* | 0 | 0 | 0 |
| | **Total Disbursements for Receivership Operations** | $876,199 | $290,841 | $1,167,040 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | 0 | 0 | 0 |
| Line 12 | **Disbursements to Court/Other:** | 0 | 0 | 0 |
| | **Total Funds Disbursed (Line 9 - 12)** | $876,199 | $290,841 | $1,167,040 |
| Line 13 | **Ending Balance:** | $65,087,116 | $35,939,842 | $65,087,116 |

STANDARDIZED FUND ACCOUNTING REPORT for PAR FUNDING - Cash Basis
Receivership; Civil Court Docket No. 20-cv-81205-RAR
Reporting Period 10/1/2020 to 12/31/2020

|  |  | Current Period | Prior Period(s) | Case-to-date |
|---|---|---|---|---|
| **Line 14** | **Ending Balance of Fund - Net Assets:** |  |  |  |
| *Line 14a* | Cash & Cash Equivalents | $65,087,116 | $35,939,842 | $65,087,116 |
| *Line 14b* | Investments |  |  | Unknown |
| *Line 14c* | Other Assets or Uncleared Funds |  |  |  |
|  | **Total Ending Balance of Fund - Net Assets** | $65,087,116 | $35,939,842 | $65,087,116 |

| **OTHER SUPPLEMENTAL INFORMATION:** |  |  |  |  |
|---|---|---|---|---|
|  |  | Current Period | Prior Period(s) | Case-to-date |
|  | *Report of Items NOT To Be Paid by the Fund:* |  |  |  |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** |  |  |  |
| **Line 17** | **DC & State Tax Payments** |  |  |  |
| **Line 18** | **No. of Claims:** |  |  |  |
| *Line 18a* | # of Claims Received This. Reporting Period ................................... |  |  |  |
| *Line 18b* | # of Claims Received Since Inception of Fund ................................ |  |  |  |
| **Line 19** |  |  |  |  |
| *Line 19a* | # of Claimants/Investors Paid This Reporting Period ..................... |  |  |  |
| *Line 19b* | # of Claimants/Investors Paid Since Inception of Fund ........... ....... |  |  |  |

Note 1: Includes $16,574.82 of expense reimbursements from Solar Vision and Solar Exchange for shared IT expenses.

Note 2: Excludes inter-receivership receipts/disbursements.

**Schedule 1.1**
STANDARDIZED FUND ACCOUNTING REPORT for PAR FUNDING - Cash Basis
Receivership; Civil Court Docket No. 20-cv-81205-RAR
Reporting Period 10/1/2020 to 12/31/2020

| Entity | Bank Name | Account Number | Beginning Cash Balance as of 7/28/20 | Ending Cash Balance as of 12/31/2020 |
|---|---|---|---:|---:|
| **Pre-receiver Accounts**[1] | | | | |
| Complete Business Solutions Group, Inc. | Chase | Multiple | $322,915 | $0 |
| Complete Business Solutions Group, Inc. | Empire Bank | x5805 | $5,999,980 | $0 |
| Complete Business Solutions Group, Inc. | Empire Bank | x4825 | $1,664,854 | $0 |
| Complete Business Solutions Group, Inc. | Bank of the San Juans/Glacier Bank | x3352 | $2,771,657 | $0 |
| Complete Business Solutions Group, Inc. | FedChex | N/A | $327,706 | $0 |
| Complete Business Solutions Group, Inc. | Actum | N/A | $679,697 | $0 |
| Complete Business Solutions Group, Inc. | Priority Payment | N/A | $4,722,924 | $0 |
| Complete Business Solutions Group, Inc. | Kotapay | N/A | $20,000 | $0 |
| Complete Business Solutions Group, Inc. | First Bank of NJ | x7807 | $153,221 | $0 |
| Complete Business Solutions Group, Inc. | First Bank of NJ | x7831 | $749,390 | $0 |
| Complete Business Solutions Group, Inc. | First Bank of NJ | x7823 | $6,585,485 | $0 |
| Full Spectrum Processing Inc. | Citizens Bank | x3290 | $11,469 | $0 |
| Full Spectrum Processing Inc. | Citizens Bank | x3282 | $21,075 | $0 |
| ABFP Income Fund 2 | Citizens Bank | x9745 | $7,885 | $0 |
| ABFP Income Fund 2 | TD Ameritrade | x1080 | $1,003,564 | $1,051,830 |
| abetterfinancialplan.com, LLC | Citizens Bank | x9567 | $62,951 | $0 |
| ABFP Multi-Strategy Investment Fund LP | Citizens Bank | x9702 | $667,652 | $0 |
| ABFP Management Company | Citizens Bank | x9737 | $397 | $0 |
| ABFP Management Company | Citizens Bank | x9575 | $208,528 | $0 |
| ABFP Multi-Strategy Investment Fund 2 LP | Citizens Bank | x9729 | $839,389 | $0 |
| MK Corporate Debt Investment Company LLC | Citizens Bank | x8766 | $565,000 | $0 |
| abetterfinancialplan.com, LLC | Victory Bank | x4566 | $7,900 | $0 |
| Fidelis Financial Planning LLC | Synovous Bank | x9934 | $12,914 | $0 |
| The United Fidelis Group Corp. | Synovous Bank | x9306 | $25,170 | $0 |
| The United Fidelis Group Corp. | Synovous Bank | x1697 | $147,846 | $0 |
| Retirement Evolution Group LLC | Wells Fargo | x6902 | $1,200,000 | $0 |
| Fast Advance Funding LLC | Citizens Bank | x6860 | $0 | $1,002,053 |
| Fast Advance Funding LLC | Citizens Bank | x6879 | $0 | $58,347 |
| New Field Ventures LLC | Citizens Bank | x9508 | $0 | $37 |
| 118 Olive PA LLC | Citizens Bank | x3584 | $0 | $2,601 |
| 205 B Arch St Management LLC | Citizens Bank | x2953 | $0 | $1,498 |
| 242 S 21st St LLC | Citizens Bank | x3231 | $0 | $19,082 |
| 300 Market St LLC | Citizens Bank | x3347 | $0 | $69,727 |
| 627-629 E Girard LLC | Citizens Bank | x3762 | $0 | $64,836 |
| 803 S 4th St LLC | Citizens Bank | x1914 | $0 | $9,305 |
| 1427 Melon St LLC | Citizens Bank | x3339 | $0 | $96,684 |
| 1530 Christian St. LLC | Citizens Bank | x3215 | $0 | $20,924 |
| 1635 East Passion LLC | Citizens Bank | x3258 | $0 | $6,999 |
| 1932 Spruce St LLC | Citizens Bank | x3142 | $0 | $31,649 |
| 4633 Walnut St. LLC | Citizens Bank | x3320 | $0 | $21,169 |
| 1223 N 25th St. LLC | Citizens Bank | x2961 | $0 | $14,348 |
| 1250 N 25th St LLC | Citizens Bank | x2937 | $0 | $23,277 |
| 1250 N 25th St LLC | Citizens Bank | x3622 | $0 | $713 |
| 135-137 N. 3rd St. LLC | Citizens Bank | x0379 | $0 | $82,741 |
| 715 Sansom St. LLC | Citizens Bank | x3223 | $0 | $37,814 |
| 861 N 3rd St. LLC | Citizens Bank | x3606 | $0 | $42,777 |
| 915-917 S. 11th LLC | Citizens Bank | x2945 | $0 | $27,099 |
| 20 N. 3rd St. Ltd | Citizens Bank | x3312 | $0 | $5,772 |
| Capital Source 2000, Inc | First Bank of NJ | x7151 | $0 | $300,000 |
| Beta Abigail, LLC | First Bank of NJ | x9967 | $0 | $392,001 |
| Eagle Six Consulting, Inc. | BOSJ | | $0 | $140,820 |
| Liberty Eighth Avenue LLC | BOSJ | | $0 | $6,400,632 |

**Schedule 1.1**
STANDARDIZED FUND ACCOUNTING REPORT for PAR FUNDING - Cash Basis
Receivership; Civil Court Docket No. 20-cv-81205-RAR
Reporting Period 10/1/2020 to 12/31/2020

| Entity | Bank Name | Account Number | Beginning Cash Balance as of 7/28/20 | Ending Cash Balance as of 12/31/2020 |
|---|---|---|---|---|
| **Receiver Accounts** | | | | |
| Complete Business Solutions Group, Inc. | City National Bank | x1839 | $0 | $11,664,510.66 |
| Complete Business Solutions Group, Inc. | City National Bank | x5736 | $0 | $116,715.67 |
| Complete Business Solutions Group, Inc. | City National Bank | x2430 | $0 | $39,103,742.17 |
| Complete Business Solutions Group, Inc. | City National Bank | x5554 | $0 | $4,812.84 |
| Complete Business Solutions Group, Inc. | City National Bank | x3071 | $0 | $23,469.58 |
| Complete Business Solutions Group, Inc. | Actum | N/A | $0 | $12,000.00 |
| Complete Business Solutions Group, Inc. | FedChex | N/A | $0 | $327,706.00 |
| Complete Business Solutions Group, Inc. | Kotapay | N/A | $0 | $20,000.00 |
| Complete Business Solutions Group, Inc. | Priority Payment Systems | N/A | $0 | $50,000.00 |
| Full Spectrum Processing Inc. | City National Bank | x5700 | $0 | $80,244.34 |
| ABFP Income Fund 2 | City National Bank | x8328 | $0 | $1,133.10 |
| abetterfinancialplan.com, LLC. | City National Bank | x2189 | $0 | $218,786.75 |
| ABFP Multi-Strategy Investment Fund LP. | City National Bank | x3575 | $0 | $370,117.77 |
| ABFP Management Company | City National Bank | x3737 | $0 | $208,977.25 |
| ABFP Multi-Strategy Investment Fund 2 LP. | City National Bank | x3872 | $0 | $1,010,845.05 |
| MK Corporate Debt Investment Company LLC. | City National Bank | x3944 | $0 | $565,813.53 |
| Fidelis Financial Planning LLC. | City National Bank | x5835 | $0 | $12,918.31 |
| The United Fidelis Group Corp. | City National Bank | x5682 | $0 | $170,497.73 |
| Retirement Evolution Group LLC. | City National Bank | x5754 | $0 | $1,200,090.95 |
| | | | $28,779,570 | $65,087,116 |

Note 1: The Receiver has identified the majority of the open expanded receivership entities bank accounts and is in the process of opening new accounts at City National Bank and transferring the money from the pre-receiver accounts to the new receivership accounts.

**Schedule 1.2**
STANDARDIZED FUND ACCOUNTING REPORT for PAR FUNDING - Cash Basis
Receivership; Civil Court Docket No. 20-cv-81205-RAR
Reporting Period 10/1/2020 to 12/31/2020

**Source of Funds - Receipts**

| Date | Category | Description | Total |
|---|---|---|---|
| 10/1/2020 | Business Receipts | Customer Receipt | $338 |
| 10/1/2020 | Business Receipts | Customer Receipt | $438,294 |
| 10/2/2020 | Business Receipts | Customer Receipt | $12 |
| 10/2/2020 | Business Receipts | Customer Receipt | $49 |
| 10/2/2020 | Business Receipts | Customer Receipt | $100 |
| 10/2/2020 | Business Receipts | Customer Receipt | $444 |
| 10/2/2020 | Business Receipts | Customer Receipt | $2,586 |
| 10/2/2020 | Business Receipts | Customer Receipt | $3,547 |
| 10/2/2020 | Business Receipts | Customer Receipt | $200 |
| 10/2/2020 | Business Receipts | Customer Receipt | $388 |
| 10/2/2020 | Business Receipts | Customer Receipt | $1,000 |
| 10/2/2020 | Business Receipts | Customer Receipt | $1,750 |
| 10/2/2020 | Business Receipts | Customer Receipt | $372,354 |
| 10/2/2020 | Miscellaneous1 | G-Suite Payment - Test | $0.51 |
| 10/2/2020 | Business Receipts | Customer Receipt | $673.66 |
| 10/5/2020 | Business Receipts | Customer Receipt | $40 |
| 10/5/2020 | Business Receipts | Customer Receipt | $100 |
| 10/5/2020 | Business Receipts | Customer Receipt | $375,192 |
| 10/6/2020 | Business Receipts | Customer Receipt | $800 |
| 10/6/2020 | Business Receipts | Customer Receipt | $4,054 |
| 10/6/2020 | Business Receipts | Customer Receipt | $331,128 |
| 10/7/2020 | Business Receipts | Customer Receipt | $500 |
| 10/7/2020 | Business Receipts | Customer Receipt | $1,987 |
| 10/7/2020 | Business Receipts | Customer Receipt | $3,610 |
| 10/7/2020 | Business Receipts | Customer Receipt | $22,555 |
| 10/7/2020 | Business Receipts | Customer Receipt | $83,580 |
| 10/7/2020 | Business Receipts | Customer Receipt | $343,895 |
| 10/8/2020 | Business Receipts | Customer Receipt | $339,766 |
| 10/9/2020 | Business Receipts | Customer Receipt | $100 |
| 10/9/2020 | Business Receipts | Customer Receipt | $613 |
| 10/9/2020 | Business Receipts | Customer Receipt | $1,115 |
| 10/9/2020 | Business Receipts | Customer Receipt | $1,353 |
| 10/9/2020 | Business Receipts | Customer Receipt | $1,742 |
| 10/9/2020 | Business Receipts | Customer Receipt | $388 |
| 10/9/2020 | Business Receipts | Customer Receipt | $1,000 |
| 10/9/2020 | Business Receipts | Customer Receipt | $1,750 |
| 10/9/2020 | Business Receipts | Customer Receipt | $2,000 |
| 10/9/2020 | Business Receipts | Customer Receipt | $22,602 |
| 10/9/2020 | Business Receipts | Customer Receipt | $355,054 |
| 10/9/2020 | Business Receipts | Vision Solar - July, Aug, Sept G Suite and 365 Fee | $25,145.85 |
| 10/9/2020 | Business Receipts - Overpa | Overpayment Refund | ($2,550) |
| 10/9/2020 | Cash and Securities | Transfer to Priority Payment for reserve deposit | |
| 10/13/2020 | Business Receipts | Customer Receipt | $1,400 |
| 10/13/2020 | Business Receipts | Customer Receipt | $3,500 |
| 10/13/2020 | Business Receipts | Customer Receipt | $376,022 |
| 10/13/2020 | Business Receipts - Overpa | Overpayment Refund | ($483) |

| Date | Category | Description | Total |
|---|---|---|---:|
| 10/13/2020 | Business Receipts - Overpayment | Overpayment Refund | ($518) |
| 10/14/2020 | Business Receipts | Customer Receipt | $125 |
| 10/14/2020 | Business Receipts | Customer Receipt | $125 |
| 10/14/2020 | Business Receipts | Customer Receipt | $125 |
| 10/14/2020 | Business Receipts | Customer Receipt | $624 |
| 10/14/2020 | Business Receipts | Customer Receipt | $746 |
| 10/14/2020 | Business Receipts | Customer Receipt | $950 |
| 10/14/2020 | Business Receipts | Customer Receipt | $1,115 |
| 10/14/2020 | Business Receipts | Customer Receipt | $1,165 |
| 10/14/2020 | Business Receipts | Customer Receipt | $1,250 |
| 10/14/2020 | Business Receipts | Customer Receipt | $1,363 |
| 10/14/2020 | Business Receipts | Customer Receipt | $1,667 |
| 10/14/2020 | Business Receipts | Customer Receipt | $325,103 |
| 10/14/2020 | Business Receipts | Customer Receipt | $41,458.61 |
| 10/14/2020 | Business Receipts | Customer Receipt | $912,521.05 |
| 10/14/2020 | Business Receipts - Overpayment | Overpayment Refund | ($96) |

**Schedule 1.2**
STANDARDIZED FUND ACCOUNTING REPORT for PAR FUNDING - Cash Basis
Receivership; Civil Court Docket No. 20-cv-81205-RAR
Reporting Period 10/1/2020 to 12/31/2020

**Use of Funds - Disbursements**

| Date | Category | Description | Total |
|---|---|---|---|
| 10/1/2020 | Other | Wire Fee | $15 |
| 10/1/2020 | Other | Wire Fee | $15 |
| 10/1/2020 | Other Operating Expense | AC Maintenance at 20 N 3rd St | $250 |
| 10/1/2020 | Other Operating Expense | Changed Alarm Codes | $250 |
| 10/1/2020 | IT Expense | Annual Quickbook Fees | $6,686 |
| 10/2/2020 | Other | Actum Fees | $25 |
| 10/2/2020 | Other | Wire Fee | $15 |
| 10/2/2020 | Other | Wire Fee | $15 |
| 10/2/2020 | Other | Wire Fee | $15 |
| 10/2/2020 | Other | Wire Fee | $15 |
| 10/2/2020 | Other | Wire Fee | $15 |
| 10/2/2020 | Other | Wire Fee | $15 |
| 10/2/2020 | Premiums Due on Life Settlement Policies | | $823 |
| 10/2/2020 | Premiums Due on Life Settlement Policies | | $11,315 |
| 10/2/2020 | Other | ACH Fee | $17 |
| 10/2/2020 | IT Expense | G Suite | $15,078 |
| 10/5/2020 | Other | Wire Fee | $15 |
| 10/5/2020 | Premiums Due on Life Settlement Policies | | $1,806 |
| 10/5/2020 | Premiums Due on Life Settlement Policies | | $3,849 |
| 10/5/2020 | Other | Wire Fee | $15 |
| 10/5/2020 | Other | Wire Fee | $15 |
| 10/5/2020 | Utilities | PECO Bill | $842 |
| 10/5/2020 | IT Expense | Ring Central Bill | $5,600 |
| 10/6/2020 | Other | Wire Fee | $15 |
| 10/6/2020 | IT Expense | G-Suite Payment | $45,511 |
| 10/6/2020 | IT Expense | Heritage Business Systems, Inc. | $69 |
| 10/6/2020 | IT Expense | FSP Web Hosting | $180 |
| 10/7/2020 | Other | Wire Fee | $15 |
| 10/7/2020 | Other | Wire Fee | $15 |
| 10/7/2020 | Other | Wire Fee | $15 |
| 10/7/2020 | Other | Wire Fee | $15 |
| 10/9/2020 | Other | Wire Fee | $15 |
| 10/9/2020 | Other | Wire Fee | $15 |
| 10/9/2020 | Other | Wire Fee | $15 |
| 10/9/2020 | Other | Wire Fee | $15 |
| 10/13/2020 | Other | Wire Fee | $15 |
| 10/13/2020 | Other | Wire Fee | $15 |
| 10/14/2020 | Other | Wire Fee | $15 |
| 10/14/2020 | Utilities | Comcast | $832 |
| 10/14/2020 | IT Expense | IT Consultants | $1,711 |
| 10/14/2020 | Utilities | Comcast 20 N 3rd St | $401 |
| 10/14/2020 | Utilities | Comcast 205 Arch St. | $401 |
| 10/15/2020 | Other | Wire Fee | $15 |
| 10/15/2020 | Other | Wire Fee | $15 |
| 10/15/2020 | Other | Wire Fee | $15 |
| 10/15/2020 | Other | Bank Fee | $1 |
| 10/15/2020 | Other | Bank Fee | $105 |
| 10/15/2020 | Other | Bank Fee | $111 |
| 10/16/2020 | Other | Wire Fee | $15 |
| 10/16/2020 | Other | Wire Fee | $15 |
| 10/16/2020 | Other | Wire Fee | $15 |
| 10/16/2020 | Other | Wire Fee | $15 |
| 10/16/2020 | Payroll & Benefits | Payroll | $45,369 |
| 10/16/2020 | Other Operating Expense | Fidelis Office Rent | $2,556 |
| 10/16/2020 | Other | Wire Fee | $15 |

| Date | Category | Description | Total |
|---|---|---|---|
| 10/19/2020 | Other | Actum Fees | $75 |
| 10/19/2020 | Other | Actum Fees | $75 |
| 10/19/2020 | Other | Wire Fee | $12 |
| 10/19/2020 | Other | Wire Fee | $15 |
| 10/19/2020 | Other | Wire Fee | $15 |
| 10/19/2020 | Other | Wire Fee | $15 |
| 10/20/2020 | Other | Wire Fee | $15 |
| 10/20/2020 | Other | Wire Fee | $15 |
| 10/20/2020 | Other | Wire Fee | $15 |
| 10/20/2020 | Other | Wire Fee | $15 |
| 10/21/2020 | Other | Wire Fee | $15 |
| 10/21/2020 | Other | Wire Fee | $15 |
| 10/21/2020 | Other Operating Expense | Postage reload | $100 |
| 10/21/2020 | Other Operating Expense | Office Supplies | $231 |
| 10/21/2020 | Other Operating Expense | Security Services | $301 |
| 10/23/2020 | Other | Wire Fee | $15 |
| 10/23/2020 | Insurance | Florida Hospital insurance payment - Riemer Insurance Group | $20,769 |
| 10/23/2020 | IT Expense | IT Consultants | $3,279 |
| 10/26/2020 | Other | Wire Fee | $15 |
| 10/26/2020 | Other | Wire Fee | $15 |
| 10/26/2020 | Other | Wire Fee | $15 |
| 10/26/2020 | IT Expense | Elliot Davis professional Fees - Right Networks | $5,401 |
| 10/26/2020 | IT Expense | TIAA Bank | $1,851 |
| 10/27/2020 | Other | Wire Fee | $15 |
| 10/28/2020 | Other | Wire Fee | $15 |
| 10/28/2020 | Premiums Due on Life Settlement Policies | | $491 |
| 10/28/2020 | Payroll & Benefits | Payroll | $47,176 |
| 10/28/2020 | Utilities | PGW | $27 |
| 10/28/2020 | Utilities | PGW | $33 |
| 10/28/2020 | Utilities | PGW | $40 |
| 10/28/2020 | Utilities | PECO Bill | $189 |
| 10/29/2020 | Other | Wire Fee | $15 |
| 10/29/2020 | Premiums Due on Life Settlement Policies | | $727 |
| 10/30/2020 | Other | Wire Fee | $15 |
| 10/30/2020 | Other | Wire Fee | $15 |
| 10/30/2020 | Other | Wire Fee | $15 |
| 11/2/2020 | Other | Actum Fees | $25 |
| 11/2/2020 | Other | Wire Fee | $15 |
| 11/3/2020 | Other | Actum Fees | $25 |
| 11/3/2020 | Other | Actum Fees | $25 |
| 11/3/2020 | Other | Wire Fee | $15 |
| 11/3/2020 | Other | ACH Fee | $10 |
| 11/3/2020 | Utilities | PECO Bill | $348 |
| 11/4/2020 | Other | Wire Fee | $15 |
| 11/5/2020 | Other | Wire Fee | $12 |
| 11/6/2020 | Other | Wire Fee | $15 |
| 11/6/2020 | IT Expense | Google Payment | $657 |
| 11/6/2020 | Premiums Due on Life Settlement Policies | | $38,266 |
| 11/6/2020 | Other | Wire Fee | $15 |
| 11/6/2020 | Payroll & Benefits | Payroll | $743 |
| 11/9/2020 | Other | Wire Fee | $15 |
| 11/9/2020 | Other | Wire Fee | $15 |
| 11/10/2020 | Other | Wire Fee | $15 |
| 11/10/2020 | Other | Wire Fee | $15 |
| 11/10/2020 | Other | Wire Fee | $15 |
| 11/10/2020 | Other | Wire Fee | $15 |
| 11/10/2020 | Other | Wire Fee | $15 |
| 11/10/2020 | IT Expense | Microsoft 365 | $883 |
| 11/10/2020 | Other Operating Expense | Locksmith | $218 |
| 11/10/2020 | Payroll & Benefits | Payroll | $44,210 |
| 11/12/2020 | Other | Wire Fee | $15 |
| 11/12/2020 | Other | Wire Fee | $15 |

| Date | Category | Description | Total |
|---|---|---|---|
| 11/12/2020 | Other | Wire Fee | $15 |
| 11/12/2020 | Other | Wire Fee | $15 |
| 11/12/2020 | Other | Wire Fee | $15 |
| 11/13/2020 | Other | Fraud check - Funds returned on 11/16 | $18,500 |
| 11/13/2020 | Other | Wire Fee | $15 |
| 11/13/2020 | Other | Wire Fee | $15 |
| 11/13/2020 | Other | Wire Fee | $15 |
| 11/13/2020 | Other | Wire Fee | $15 |
| 11/13/2020 | Other | Wire Fee | $15 |
| 11/13/2020 | Other | Wire Fee | $15 |
| 11/13/2020 | Other | Wire Fee | $15 |
| 11/13/2020 | Premiums Due on Life Settlement Policies | | $255 |
| 11/13/2020 | Premiums Due on Life Settlement Policies | | $593 |
| 11/13/2020 | Premiums Due on Life Settlement Policies | | $1,830 |
| 11/13/2020 | Premiums Due on Life Settlement Policies | | $4,160 |
| 11/13/2020 | Premiums Due on Life Settlement Policies | | $243 |
| 11/13/2020 | Premiums Due on Life Settlement Policies | | $644 |
| 11/13/2020 | Other Operating Expense | Office Supplies | $160 |
| 11/16/2020 | Other | Fraud check - Funds returned | ($18,500) |
| 11/16/2020 | Other | Bank Fee | $38 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $6,956 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $3,678 |
| 11/16/2020 | Other | Bank Fee | $25 |
| 11/16/2020 | Other | Bank Fee | $105 |
| 11/16/2020 | Other | Wire Fee | $15 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $1,277 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $1,975 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $2,485 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $2,696 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $5,439 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $6,607 |
| 11/16/2020 | Premiums Due on Life Settlement Policies | | $10,828 |
| 11/16/2020 | Other | Bank Fee | $55 |
| 11/17/2020 | Other | Wire Fee | $15 |
| 11/17/2020 | Other | Wire Fee | $15 |
| 11/17/2020 | Other | Wire Fee | $15 |
| 11/17/2020 | Other | Wire Fee | $15 |
| 11/17/2020 | Other | Wire Fee | $15 |
| 11/17/2020 | Other | Wire Fee | $15 |
| 11/17/2020 | Premiums Due on Life Settlement Policies | | $4,835 |
| 11/17/2020 | Premiums Due on Life Settlement Policies | | $12,181 |
| 11/18/2020 | Other | Wire Fee | $15 |
| 11/18/2020 | Other Operating Expense | Florida Hospital Locksmith | $492 |
| 11/18/2020 | Utilities | Comcast | $271 |
| 11/18/2020 | Other | Wire Fee | $15 |
| 11/20/2020 | Other | Wire Fee | $15 |
| 11/20/2020 | Other | Wire Fee | $15 |
| 11/20/2020 | Other | Wire Fee | $15 |
| 11/20/2020 | Other | Wire Fee | $15 |
| 11/20/2020 | Premiums Due on Life Settlement Policies | | $24,714 |
| 11/20/2020 | Utilities | PECO Bill | $186 |
| 11/23/2020 | Other | Wire Fee | $15 |
| 11/23/2020 | Other | Wire Fee | $15 |
| 11/23/2020 | Other | Wire Fee | $15 |
| 11/23/2020 | Premiums Due on Life Settlement Policies | | $18,854 |
| 11/23/2020 | Payroll & Benefits | Payroll | $46,806 |
| 11/24/2020 | Other | Wire Fee | $15 |
| 11/24/2020 | Premiums Due on Life Settlement Policies | | $11,425 |
| 11/24/2020 | Other Operating Expense | Office Supplies | $632 |
| 11/25/2020 | Other | Wire Fee | $25 |
| 11/25/2020 | Other | Wire Fee | $15 |
| 11/25/2020 | Other | Wire Fee | $15 |

| Date | Category | Description | Total |
|---|---|---|---|
| 11/25/2020 | Other | Wire Fee | $15 |
| 11/25/2020 | Other | Wire Fee | $15 |
| 11/25/2020 | Other | Wire Fee | $15 |
| 11/25/2020 | Other | Wire Fee | $15 |
| 11/27/2020 | Other | Wire Fee | $15 |
| 11/27/2020 | Premiums Due on Life Settlement Policies | | $10,382 |
| 11/27/2020 | Premiums Due on Life Settlement Policies | | $10,382 |
| 11/30/2020 | Other | Wire Fee | $15 |
| 11/30/2020 | Other | Wire Fee | $15 |
| 11/30/2020 | Other Operating Expense | Janitorial | $112 |

**Schedule 1.2**
STANDARDIZED FUND ACCOUNTING REPORT for PAR FUNDING - Cash Basis
Receivership; Civil Court Docket No. 20-cv-81205-RAR
Reporting Period 10/1/2020 to 12/31/2020

**Source of Funds - Transfers from Legacy Accounts to Receivership Accounts**

| Date | Category | Description | Total |
|---|---|---|---|
| 10/2/2020 | Transfer | Deposit from legacy CBSG First Bank of NJ bank account x7807 | $153,221 |
| 10/2/2020 | Transfer | Deposit from legacy CBSG First Bank of NJ bank account x7831 | $749,390 |
| 10/2/2020 | Transfer | Deposit from legacy CBSG First Bank of NJ bank account x7823 | $6,585,484.75 |
| 10/1/2020 | Transfer | Deposit from legacy ABFP account x4566 | $7,899.79 |
| 10/9/2020 | Transfer | Deposit from legacy ABFP account x9737 | $397.37 |
| | | **Total transfers from legacy accounts to receivership accounts** | **$7,496,392.24** |