# Exhibit "3"

## 005007 MCELHONE, LISA

Statement of Assets
As Of August 3, 2020

| Symbol | Asset Description | Maturity Date | Units/Shares or Face Value | Total Cost | Market Price | Market Value |
|---|---|---|---|---|---|---|
| **010** | **Common Stock** | | | | | |
| H10320017 | HERITAGE BUS. CONSULT INC. COMMON STOCK | | 1,000.0000 | $1.00 | | $1.00 |
| Total | | | | $1.00 | | $1.00 |
| **011** | **Private Stock** | | | | | |
| B39005994 | 1500 SHARES OF COMPLETE BUSINESS SOLUTIONS | | 1,500.0000 | $1.00 | $0.00 | $1.00 |
| Total | | | | $1.00 | | $1.00 |
| **093** | **Limited Liability Corp** | | | | | |
| 118OLIVEP | 118 OLIVE PA LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 125025LLC | 1250 N 25TH ST LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 1932SPRUC | 1932 SPRUCE ST, LLC MEMBER INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 205BARCHS | 205 B ARCH STREET MANAGEMENT LLC MEMBER INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 4633WALNT | 4633 WALNUT ST, LLC MEMBER INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 627269EGD | 627-269 E GIRARD LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 715SANSOM | 715 SANSOM ST LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 8034STLLC | 803 S. 4TH STREET, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 861N3SLLC | 861 N. 3rd ST LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| BLUEVHLLC | BLUE VALLEY HOLDINGS, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLC001317 | TRADEWINDS SOUTH LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLC100812 | LWP NORTH LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLC1223NS | 1223 NORTH 25TH STREET, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLC163118 | 1635 EAST PASSYUNK, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLC236017 | 20 NORTH 3RD STREET LIMITED MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLC242017 | 242 S. 21ST STREET, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLC300MST | 300 MARKET STREET, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLC500FAI | 500 FAIRMOUNT AVENUE, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLCESCHOL | EAGLE SIX CONSULTANTS HOLDING, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| LLCLME137 | 135-137 N. 3RD. ST, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| MELON1427 | 1427 MELON ST LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| Total | | | | $21.00 | | $21.00 |
| **503** | **BANK DEPOSIT PROGRAM** | | | | | |
| BKDEPP001 | BANK DEPOSIT PROGRAM | | 115,845.5000 | $115,845.50 | $1.00 | $115,845.50 |

# 005007 MCELHONE, LISA

Statement of Assets
As Of August 3, 2020

| Symbol | Asset Description | Maturity Date | Units/Shares or Face Value | Total Cost | Market Price | Market Value |
|---|---|---|---|---|---|---|
| **Total** | | | | **$115,845.50** | | **$115,845.50** |
| **700** | **Other Assets** | | | | | |
| 1530CHRST | 1530 CHRISTIAN STREET, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| 91517SH11 | 915-17 SOUTH 11TH, LLC MEMBERSHIP INTEREST | | 1.0000 | $1.00 | | $1.00 |
| **Total** | | | | **$2.00** | | **$2.00** |
| **Grand Total** | | | | **$115,870.50** | | **$115,870.50** |

## Market Value by Portfolio Report Category



- BANK DEPOSIT PROGRAM - 99.98 %
- Limited Liability Corp - 0.02 %
- Other Assets - 0.00 %
- Private Stock - 0.00 %
- Common Stock - 0.00 %