UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

        Defendants.
_____/

## ORDER GRANTING RECEIVER'S THIRD MOTION TO EXPAND RECEIVERSHIP ESTATE AND MOTION TO CORRECT SCRIVENER'S ERRORS IN PRIOR ORDERS EXPANDING RECEIVERSHIP ESTATE

**THIS CAUSE** comes before the Court upon the Receiver's Third Motion to Expand Receivership Estate and Motion to Correct Scrivener's Errors in Prior Orders Expanding Receivership Estate [ECF No. 468], filed on January 14, 2021. In the Motion, the Receiver seeks to expand the scope of the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] ("Receivership Order"), which has been previously amended by this Court's Order dated September 4, 2020 [ECF No. 238] and the Order Granting Motion to Expand Receivership Estate dated December 16, 2020 [ECF No. 436] ("Order on Motion to Expand").[1]

---

[1] The current "Receivership Entities" are Complete Business Solutions Group, Inc. d/b/a Par Funding ("Par Funding"); Full Spectrum Processing, Inc.; ABetterFinancialPlan.com LLC d/b/a A Better Financial Plan; ABFP Management Company, LLC f/k/a Pillar Life Settlement Management Company, LLC; ABFP Income Fund, LLC; ABFP Income Fund 2, L.P.; United Fidelis Group Corp.; Fidelis Financial Planning LLC; Retirement Evolution Group, LLC;, RE Income Fund LLC; RE Income Fund 2 LLC; ABFP Income Fund 3, LLC; ABFP Income Fund 4, LLC; ABFP Income Fund 6, LLC; ABFP Income Fund Parallel LLC; ABFP Income Fund 2 Parallel; ABFP Income Fund 3 Parallel; ABFP Income Fund 4 Parallel; and ABFP Income Fund 6 Parallel; ABFP Multi-Strategy Investment Fund LP; ABFP Multi-Strategy Fund 2 LP; MK Corporate Debt Investment Company LLC; Capital Source 2000, Inc.; Fast Advance Funding LLC; Beta Abigail, LLC; New Field Ventures, LLC; Heritage Business Consulting, Inc.; Eagle Six Consulting, Inc.; 20 N. 3rd St. Ltd.; 118 Olive PA LLC; 135-137 N. 3rd St. LLC; 205 B Arch St Management LLC; 242 S. 21st St. LLC; 300 Market St. LLC; 627-629 E. Girard LLC; 715 Sansom St. LLC; 803 S. 4th St. LLC; 861

The Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Third Motion to Expand Receivership Estate and Motion to Correct Scrivener's Errors in Prior Orders Expanding Receivership Estate [ECF No. 468] is **GRANTED** as follows:

1. For the same reasons articulated in the Order on Motion to Expand [ECF No. 436], the scope of the receivership created in this case is expanded to include the following entities:

    a. Blue Valley Holdings, LLC;

    b. LWP North LLC; and

    c. 500 Fairmount Avenue, LLC.

2. The name of ABFP Multi-Strategy Fund 2 LP, one of the Receivership Entities, is corrected to ABFP Multi-Strategy Investment Fund 2 LP.

3. The name of Eagle Six Consulting Inc, one of the Receivership Entities, is corrected to Eagle Six Consultants, Inc.

4. The Court finds that based upon the Securities and Exchange Commission's previous filings and the information the Receiver has supplied in the Motion, the same findings and conclusions that led the Court to include the other Receivership Entities apply equally to those listed in paragraphs 1 through 3 above.  Ryan K. Stumphauzer is appointed Receiver of all entities listed in paragraphs 1 through 3 above and all the "Receivership Assets" of those entities, as defined in the Receivership Order [ECF No. 141].  The Receivership Order shall apply with equal

---

N. 3rd St. LLC; 915-917 S. 11th LLC; 1250 N. 25th St. LLC; 1427 Melon St. LLC; 1530 Christian St. LLC; 1635 East Passyunk LLC; 1932 Spruce St. LLC; 4633 Walnut St. LLC; 1223 N. 25th St. LLC; Liberty Eighth Avenue LLC; and The LME 2017 Family Trust; and the receivership also includes the properties located at 568 Ferndale Lane, Haverford PA 19041; 105 Rebecca Court, Paupack, PA 18451; and 107 Quayside Dr., Jupiter FL 33477.

force and effect to the entities listed in paragraphs 1 through 3 above as it applies to the other Receivership Entities. The terms and provisions of the operative Receivership Order are incorporated by reference herein.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of February, 2021.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record