# Exhibit 2

**(Total Compensation and Expenses Requested)**

**Total Compensation and Expenses Requested**

| Professional Firm | Category | Hours | Fees | Expenses | Total Billed |
|---|---|---|---|---|---|
| Stumphauzer Foslid Sloman Ross & Kolaya, PLLC | Attorneys | 888.3 | $291,543.50 | $884.12 | $292,427.62 |
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attorneys | 2,279.0 | $508,620.50 | $84,171.81 | $592,792.31 |
| Development Specialists, Inc. | Operations Consultant | 3,010.9 | $1,318,257.50 | $36,003.46 | $1,354,260.96 |
| Lawgical Insight, LLC | eDiscovery Specialist | 146.8 | $47,693.75 | $1,000.00 | $48,693.75 |
| HD Investigative Group, LLC | Investigations Firm | 163.8 | $36,843.75 | $0.00 | $36,843.75 |
| Fox Rothschild | Attorneys | 69.0 | $25,235.00 | $0.00 | $25,235.00 |
|  |  | **6,557.8** | **$2,228,194.00** | **$122,059.39** | **$2,350,253.39** |