**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA 299 BROWARD BLVD FORT-LAUDERDALE FL33301**

**BASAVAVARAJ HOOLI V/S SECURITIES EXCHANGE COMMISSION CASE NO 20-CIV-81205-RAR DATED 3/26/2021**

**PLAITIFF DEFENDENTS**

**REF;- ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENTIONS DATED 02/10/2021**

**YOUR HONOR WE RURAL HOSPITAL MANAGEMENT REPRESENTED BY C.E.O PRAY THE HONORABLE COURT THAT**

1) **WE DID NOT RECEIVE ANY NOTICE FROM THE SECURITIES COMMISSION IN FEB 2021**
2) **MR.BASAVARAJ HOOLI WAS TESTED POSITIVE FOR COVID19 BY BAY HEALTH CARE DOVER. DE AND QUARANTINED IN RED ROOF INN NEWCASTLE DE 19720, HE WAS ADMITTED TO CHRISTINA HOSPITAL WILMINGTON, DE ON JAN 11TH, 2021 AS HIS O2% NWAS REDUSED TO 60% WAS ADMITTED TO ICU.**
3) **MR.HOOLI WAS QUARANTINED IN BUDGET INN 3 MEMORIAL DRIVE UNTILL MARCH 1ST. 2021**
4) **MR. HOOLI CAME TO KNOW LATER BY ATTORNEY SHILPA JADWANI,AROUND MARCH 15TH,2021**
5) **WE PRAY YOUR HONOR $2, 155, 01.64 EXPENSE FOR ONLY 2 MONTHS TO RECEIVER ETC NOT ACCEPTABLE. WE APPEAL YOUR DECISION. TO HIGHER AUTHORITIES YOUR ACTION A) NOT TO OPEN COVID 19 HOSPITAL FOR POOR PEOPLE B) NOT TO PAY MECHANICAL LEIN OF EMPLOYEE MR.HOOLI$153,494 FOR 2YEARS (2018 &19)**

Regional General Hospital Serves 3 Counties(for Over 95000 Population this only one Hospital Served over 100 years) The Population consists of AmericanAfricans ,American Spanish & American whit Retires. Now the Health Services are abruptly Closed due to Complete Businesses Fraudulently Foreclosed The Regional General Hospital Fraudulently Foreclosed 2020 till Now.

The Region

The Regional General Hospital Problems started with Dr,Pagidipati(Lost his Medical License in 1995 for killing his patient due Grossly Committed Errors) was CEO of the Hospital in 2017 January,Hospital Received $ 1.5 Millions for Electronic Medical Records for 3 Yrs,ment use as salary to Doctors,Nurses $Medical Records. With drew on His,wifes &three Children Going to College.Hospital had no funds

Owner Jorge Perez managed without paying salary to some people like me ,and closed Hospital & ER for 6 Months and tried to sell Hospital.He made agreement to Sell to Rural Hospital Management Company,even we got 2 Months Extension for Closed Hospital on May 20 to July 20,2019.

Rural Hospital Management Company,meanwhile Jorge Perez was arrested with his Team,for Billing Medicare Fraudulently his Billing Operation was From Bangalore India. Although I am the one who told to Employees & Doctors of Few Hospitals

Fraud Foreclosure of the Regional General Hospital Williston Fl 32696 by Complete Business Solutions(CBS)started from County officials,County Republican Judge Presiding awarded and upheld Fraud Foreclosure by CBS same Hon.Judge Dismissed Rural Hospital Claim to open Hospital to Public.

Rural Hospital Management Company was Represented by Six Doctors and even the City Manager wrote a Supportive Letter to open the closed Hospital. Rural Hospital Management complained Every week to Florida State for Fraud Foreclosure of Regional General Hospital by CBS

THe COVID19 started Rural Hospital Management Requested City,County,State Representatives, both US Senators,Governor and President to help COVID19 patients of 3 Counties. We had approached Governor through Republican Active person & Billionaire Danny Gaikwad from India,First we were Promised later Governor wanted EScrew amount $150,000.

[signature]

**Basavaraj Hooli** MSc (Medical) , MBA(Health). DLM(ASCP)

Wholesale Supplier of Surgical Masks, Gloves and Other Protective Equipment

Rural Hospital Management Co, LLC

PO Box 73, Williston, FL 32696

352-239-3880

**USA Medical Licensing,Training & Placement**

**C/o. Public Relation Officer, KLES Dr. Prabhakar Kore Hospital & Medical Research Centre,**

FILED BY ___ D.C.

APR 02 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-81205-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING,** *et al.*,

Defendants.

_______________________________/

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Bruce E. Reinhart's Report and Recommendation [ECF No. 486] ("Report"), filed on February 5, 2021. The Report recommends that the Court grant the Receiver's First Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for July 27, 2020 through September 30, 2020 [ECF No. 438] ("Application"). *See* Report at 2. The Report properly notified the parties of their right to object to Magistrate Judge Reinhart's findings and the consequences for failing to object. *Id.* at 2. It also indicated that if counsel did not intend to file objections, they were required to file a notice advising the Court within five days of the Report—*i.e.*, by February 10, 2021. *Id.* at 3.

This Court further entered a Paperless Order reminding the parties that if they intended to file objections to the Report, they were to notify the Court by 5:00 P.M. EST on February 10, 2021. *See* Paperless Order [ECF No. 488]. The time for notifying the Court of an intent to file objections to the Report has expired and no party has filed such a notice.



When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Because no party indicated an intent to file an objection to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Reinhart's findings. Rather, the Court has carefully reviewed the Report for clear error. Finding none, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report **[ECF No. 486]** is **AFFIRMED AND ADOPTED**.
2. The Application **[ECF No. 438]** is **GRANTED** as follows:

| | |
|---|---|
| Professional Fees | $2,073,116.31 |
| Expenses | $81,902.33 |
| **TOTAL** | **$2,155,018.64** |

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of February, 2021.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Gmail Search mail

# City of Williston support for hospital

Inbox x

**Scott Lippmann**
to me

Mr. Hooli:

The City of Williston is fully supportive of any effort to re-establish healthcare service Williston and the surrounding unincorporated county for a very long time. The hospit economic benefits to the community. The presence of a local hospital is one of the f also a part of the City's economic development strategy as well.

As we have discussed, the City is ready and able to provide utilities and other City se

Thank you for your efforts to re-establish healthcare services at the former Regional

*Scott*

Scott Lippmann
City and Airport Manager

Scott.lippmann@willistonfl.org
352-224-8050 (cell)

# Rural Hospital Management Company

175 Sw 7TH ST Williston Fl 32696

May 29, 2019

Scott Lippmann

City manager Williston FL 32696

Dear Sir,

Sub Regional General Hospital Williston

We have incorporated the rural Hospital management company.

1) Dr. John Chacko MD President
2) Dr. Krishna .M MD Director
3) Dr. (Mrs.) Jaya Krishna MD Director
4) Dr.(Mrs.) Birk .MD Director
5) Dr. K.P. Reddy MD Director
6) Dr. Mohan Kutty MD Director

We are planning to operate if we are given an opportunity to work for Regional General Hospital to start ER in 24 Hrs, and follow admission to Hospital and all other functions of Hospital

The other hospitals with Jorge Perez management had similar situation, county judges ordered

In the interest of county residents health We have already complained to police. We request your kindness to help to open RGH for Public. Thanking you

Basavaraj Hooli MSc(Med) MBA DLM(ASCP)
C.E.O

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

**CASE#20-CIV-81205-RAR**

October 27h 2020

**Rural Hospital Management company & Basavaraj Hooli CEO**

PLAINTIFF

**V/S**

**COMPLETE BUSINESS SOLUTIONS GROUP**

d/b/a PAR FUNDING et al.

DEFENDENTS

Complete Business Solution Group(CBSGr) complained to State of Florida, Revenue DeptComplaint #100573on Basavaraj A Hooli MSc(Medical),MBA(Health)DLM(ASCP) CEO Rural Hospital Management company LLC. The complaint (#100573 EX 1 a) was investigated by Greg Sidoti Manager Investigations Dept of Revenue State of Florida informed, Fraud Foreclosure. By CBSGr, recalled, their Complaint#100573 EX1bGreg.Sidoti informed Mr.Basavaraj Hooli on 29th Sept, 2020. Mr. Jorge Perez Owner of Regional General Hospital Williston Fl and Joseph La Forte, Owner of Complete Business Solutions were arrested..

Plaintiff Basavaraj Hooli, studied from Kasurba Medical College Manipal (India) taught JNMedical College Belgium for sophomore MD students (India), then came to USA worked in UKMedical Center Lexington Ky ,U Medical Center,Cincinnati,then completed MBA(Health Management) 1982-83, Hospital Administrator Residency from University of Miami(1983-84) Started Oneco Medical Center, Bradenton &Lockwood Medical Center Sarasota, had IMC Gold Plus HMO 1985-87, After sale of IMC Gold Plus HMO, started Well Care HMO with 5 Physicians, now it is the Largest HMO in USA.

1) I was Teaching NCLEX-RN and USMLE Step 1 to Nurses and Physicians to procure License to work in USA (Passing these tests and also USMLE Step2,) in Belgaum &Bangalore. Jorge Perez had his 30 USA Hospitals billing was done in Bangalore, India Jorge Perez, wanted me to Hire 3-5 Physicians and Nurses(Mr. Perez was paying $150/Hr for Doctors,$30/ Hr for RN, Indian Physicians happy for $75/Hr &Nurses $25/Hr. I came for 1 Month to Kansas Hospital, made arrangements & went back to India. Jorge Perez Recruited (with my 6 Months

hard work) 30 Doctors,30 Nurses and 30 Physio Therapists. They were to be Sponsored for Kaplan NCLEX&USMLE Training Visas, since each Visa Cost $200. The UF English student visa did not cost $200/each, English Student Visa was sponsored, but Visa was rejected. (Nursing and Medical Education Instruction in English) All have spent Money $200/each, Fees &other Expense, they all complained on me for Cheating. In August My elder brother died by COVID19,I could not go to India, as I should have been arrested. If Jorge Perez had sponsored Kaplan Training Visa, all would have come; I would have made $1.5 Millions. Jorge Perez cheated. When I demanded compensation, Jorge Perez, Promised me the Regional General Hospital, if I can get extension of License from May 21to July 21, 2019. I got extension from AHCA, again Jorge Perez Cheated me..

2) I have a Mechanical Lien $153,494 for my work from Jan2018 to June 2019. My Salary FUTA(Federal Unemployment Tax was not paid by Employers) I did not get any Unemployment, now I am living on my $1289/Month Social Security. I can not afford Apartment, I am staying in my Friends House I pray Honorable Court to Pay my Mechanical Lien and Liability $1.5 Million, Transfer the Regional General Hospital Title to Rural Hospital Management Company. We want to open for three Counties 1) COVID19 Outpatient Clinic 2) COVID19 Testing by Antigen, Results in 5 Minutes (This Antigen COVID 19 test is developed in India) costs $5/each test Now they are spending $360/Test. 3) We admit COVID19 Patients in separate Building, 10 Beds and assure you 100% Cure, In India Prime Minister by Ayurvedic Medicine, same will be given with Patient Consent.

3) By Court Order, There was License same License can be Transferred and we correct all deficiencies, at Present CON is not required. Dr.Pagidipati stole $1.0 Million and also Medical Equipments through his relative stole $1.9 Million worth, Need Court order to get back to Regional General Hospital

4) We promise to the Hon. Court we shall pay all Legitimate Liens, we can not pay Beckman, because the Debt is from Illinois state Hospital ,some Attorneys want!

We Pray Honorable Court to Grant a Fund for Suffering from(Closure of Regional General Hospital 11/03//2018, now 1year11 Months,11days some Hardship funds of $1,153484 and opening funds totally $2.9 Millions From Dr.Pagidipati who stole from Regional General Hospital now he is Ballioner.
so that we open the
1)Out Patient Clinic ,& do the Immunogenic Antigen Testing, Results to them in 30 Minutes on Out Patient drive Through basis for safety & security. use all CDC rules.
2) We can also admit in Other Building who is Positive for COVID19 testing start them With their consent giving them Ayurvedic & allopathic treatment. We are 100% sure to help them, with proven Treatment in India (Death Rate 0.001% with old age complication.
We promise to pay all Legitimate Liens Please help us.

We pray the Honorable Court to award the Hospital to Basavaraj Hooli, CEO Rural Hospital Management company LLC

PWe pray the Honorable Court allow us to open Hospital for help of Community.

We promise the Honorable Court the Legitimate/Lien/ Taxes, Beckman and any other shall be paid in due Course once we start operating the Hospital

**We Pray the Honorable US Southern District Court that AMENDED ORDER APPOINTING RECEIVER Should Not Apply, Receivership came only after Fraudulent Foreclosure of Regional General Hospital by Complete Business Solutions**

Thanking you

Yours faithfully

Basavaraj A Hooli MSc(Medical),MBA(Health), DLM(ASCP)

CERTIFICATE OF SERVICE

I HERE BY CERTIFY that on this 27th day of September, 2020, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing

US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ( JACKSONVILLE. FL)
CIVIL DOCKET FOR CASE # NEW CASE 10/13/2020

Plaintiff Defendant

BASAVARAJ A HOOLI v/s1) JORGE PEREZ Owner Regional General Health Partners ,13595, 134th Ave Miami Fl 33186

ABPMotors@gmail.com

2) Dr.Pagidipati 2955 SE 3rd CT Ocala Fl 34471 Email DrPagidipati@gmail.com

3) GREG SIDOTI Finance Regulations Investigation Manager State of Florida 401 NW 2nd Ave Suite N-708 Miami Fl 33128
Email Greg.Sidoti@flofr.com

4) Complete Business Solutions Group, Represented by Brian H. Smith Esq. 20 North 3rd St Philadelphia PA19106 owner Joseph Laforte (Been Arrested by FCC (Exhibit1) for Fraud Foreclosure of Regional General Hospital Williston Fl32696)
4) Dr.Pagidipati 2955 SE 3rd CT Ocala Fl 34471 Email DrPagidipati@gmail.com

**Sub**
**Regional General Hospital Williston Fl 32696,Hospital served Population of Over 95,000 for over 100 yrs has been closed from 11/2018, Now Remains Closed ,our efforts to Open the Hospital to serve people from 5/2019 have failed due to Fraud Foreclosure and over 95000 people are suffering ,now with COVID 19,we even prayed**
**Hon. Governor for help for Treating COVID19 Patients, Fraud Foreclosure has stopped.(Exhibit 2)**

**JURISDICTION**
We filed Complaint in Northern District Gainesville, for "Lack of Subject Matter Jurisdiction" our complaint was dismissed. We are also attaching Order from US DISTRICT COURT MIDDLE DISTRICT order of Regional General Hospital for Jorge Perez and others.(Exhibit 3)

**COMPLAINT**
Comes now the Plaintiff Basavaraj A. Hooli filing pro se sues
1) Jorge Perez Owner REGIONAL HEALTH PARTNERS LLC doing business as Regional General Hospital Williston Fl 32696(ABPMotors@gmail.com)
a) Jorge Perez has cheated me in Bringing Physicians, Nurses & Physiotherapists to his 30 Rural Hospitals,1) All Physicians, Nurses and Physic Therapists were Sponsored for English Training visas, (Exhibit 4) but all are educated in English for 4-12 years in English, Kaplan License Training Visas were costing $200/Each,therefore all 60 Candidates were refused to issue Student Visas. All lost Money for Visa fees &other

expenses, since all 30 Hospitals were closed they filed Police complaints against me for Cheating.

b) On May 20,2019 Jorge Promised me to Run Hospital operations and get Few Doctors, Nurses & Physiotherapists, if I can get 2 Months Extension From May 21st to July 2019,I got him extension from AHCA but did not give the Operation There for I am exposed to over at least $1 Million Liability &Police custody if I visit to India.

2)Dr.D.Pagidipati MD (Lost his Medical License in Tennessee State in 1990,due to death of his Patient, cause Negligence) CEO of Hospital from 04/2015 to 01/2017.(DrPagidipati@gmail.com) has stolen Medicare Electronic Medical Records Fund of Regional General Hospital Williston. Around Jan 2017 $1 Million, From Medicare came to Hospital Account in Drummond County Bank, Dr.Pagidipati as CEO withdrew & handed charge to Jorge Perez. The Fund was to Train Physicians& Nurses n Electronic Medical Records for 3 Years(2017,18&19). Dr.Pagidipati has stolen Medicare fund(Exhibit5) earlier &returned with fine. We gave Police complaint No Action by Police We pray the Honorable Court to Return the Medicare funds with Fine for Hospital Operations Dr.D .Pagidipati used his Relative Registered Agent to sell all Ultra Sound, Lab and Xray,ER Ventilators,etc worth $1,096,990(Exibit 6) working New Equipments .

3) Complete Business Solutions Group,(CBSGroup) Represented by Brian H. Smith Esq. 20 North 3rd St Philadelphia PA19106 owner Joseph Laforte (Been Arrested by FCC for Fraud Foreclosure of Regional General Hospital Williston Fl32696)

a) Complete Business Solutions Never Financed Jorge Perez, who had cash over $400 Millions. Complete Business Solutions Group used a Corporation, I Health(Exhibit 7 ) Attached, address was Jorge Perez's office address and Mr. Noël. Minajanes signs in front of Notory,for Dequeen Hospital, that agreement was cancelled due to Dequeen County Officials, but it is used as Fraud Security Agreement,& Regional General Hospital was closed 11 /01//2018,where as 12/11/2018 Security Agreement(Exhibit 8). We brought this issue to the same Hon. Judge in Dec, 2018 who was also handling our case and Foreclosure Case.(Exhibit 9)

a) Any Mortgage in Florida required applying to Finance Dept M3 Application (Mortgage Application)

b) There should be Bank Deposit in Regional General Hospital Account for $650,000

c) There must be document showing in Property Appraisers Title of hospital pledged to Hospital Title, none of them were. Hon. Judge was informed by us in our case 38-2019-CA -000762. for Fraud Foreclosure. Even the Hon. Judge has sent 1) Dept of Finance 2) I Health office addressed to closed office of Jorge Perez! 13595 134th Ave #209 Miami FL

4) Greg.Sidoti Sr.Investigation Mgr, Finance Dept, State of Florida, 401 NW 2nd Ave Suite N708 Miami Fl 33128 (Greg.Sidoti@flofr.com) sent me a of complaint given by CBSGroup,took my explanation. I wrote to FBI Tampa about CBSGroup, who investigated & informed to Greg .Sidoti. Then I received letter from Greg.Sidoti (Exhibit10), who did not take any action after Investigation & we had complained. State Statute says Take Proper Action; if FRAUD is found after Investigation (Mr.Greg.Sidoti is not following State Rules.) We pray Hon. Court to Fine $3.5 Million to CBSGroup;

same fine can be used for Hospital Development. We promise to Hon. Court every Legitimate Lien shall be paid, if we are given an opportunity to operate the Hospital

Plaintiff affirms, he is 72 yrs old,MBA in Healthcare, with GPA 3.65 and 1 year Residency in Hospital Administration from University of Miami (1983-84) developed Oneco Medical Center a Out Patient Clinic for IMC Gold Plus HMO. Contract for 3 years,IMC Gold Plus HMO was sold to HUMANA HMO, Later with Dr.Ramappa,Dr.Kumar,and Dr.Emandi developed Well Care HMO,now it is the Largest HMO in USA. Plaintiff affirms Reopening the Regional general hospital with Local Doctors(Now 6 Drs and expect more from Gainsville,making it as HMO and Multispeciality Clinic and Hospital. Establish 10 Dialysis Rooms for Dialysis the contract was negotiated, now can Implement. There are 3 buildings 1) Hospital and ER, Outpatient Clinic, Lab, Xray in the Main Hospital Building, and then the other two Buildings can be used for COVID19 Clinic and Hospital. In India they have Developed COVID19 testing by Antigen-Antibody Testing, results available in 30 Minutes and cost is only $5/Test.Plan to adopt same here.

For out Patients basically Ayurvedic Teas,Tulsi Water for Drinking daily in the Night A Glass of boiled Milk with Turmeric, shall Develop Immunity (Vit,C,D,E, Zinc,Mg,Ca etc)

RECEIVERSHIP OF REGIONAL GENERAL HOSPITAL TO COMPLETE BUSINESS SOLUTIONS GROUP IS VERY SHOCKING NEWS.
DISTRICT COURT IN FORTLAUDERDALE FLORIDA HAS ISSUED,(Exhibit 11) RECEIVERSHIP TO COMPLETE BUSINESS SOLUTIONS GROUP, JURIDICTION IS DISTRICT COURT JACKSONVILLE, WE PRAY HON.COURT TO HELP US TO OPEN REGIONAL GENERAL HOSPITAL PRAY FOR CANCELLATION OF RECEIVERSHIP TO COMPLETE BUSINESS SOLUTIONS GROUP.

Therefore we pray Honorable court to consider this case. Thank you very much for your Kindness.

Yours faithfully

Basavaraj Hooli (basavarajhooli22@gmail.com)
Certificate of Service to All

To

The Hon. Governor

Aug,25th 2020

State of Florida, Tallahassee FL 32399

Sub 1) Corona 19 Testing

2) Corona Patients Hospitalization in Rural three Counties Levy, Dixie &Gilchrest

Respected Sir,

Jorge Perez Closed Regional General Hospital (RGH) Williston FL 32696, in disguise of Renovation of ER&hospital in Nov 2018, on 20th May, 2019 6 months Closure was over he had $500,000 Fines from AHCA for Violations from 2016-18. We Rural hospital Management co with six Doctors, to Reopen RGH on 21st, 2019

Jorge Perez made $97 Million but did not want to give up Hospital to be open without paying $5 Million.AHCA advised us to get New License to start Hospital. We negotiated with Perez but in the end Perez Cheated us for the Last 2 Years there is No hospital to serve the Rural three Counties, Levy,Dixi&Gilchrest. The Hospital is in Existence for last 100 yrs., now 95000 population has No hospital. Now due to CORONA VIRUS, people are dying. We pray your kindness to give us We will have best care and assure you 100% recovery of Hospitalized patients

Williston Hospital to 1) Establish CORONA Testing and Admitting Corona Patients of these Three counties. Now the Hospital is awarded Fraud Foreclosure and Now the Hospital Title changed from Perez to CBSG.

We pray your kindness to help over 95000 population to open hospital Doors to People and penalized the culprits, we open Hospital Doors in 2 Weeks, first Testing and then admitting the CORONA Patients Thanking you

Basavaraj Hooli

CEO Rural Hospital Management Co Williston Fl 32696

IN THE CIRCUITCOURT IN THE

EIGHT JUDICIAL CIRCUIT, IN &

FOR LEVY COUNTY FLORIDA

CASE NO 38-2019-000762

BASAVARAJ HOOLI

Plaintiff

Regional Health Partners

Defendant

SUBPOENA

THE STATE OF FLORIDA

TO EACH SHERIEF OF THE STATE you are hereby commanded to serve the Summons and copy of the complaint or petition in this action on defendant

Manager
Drummond Community Bank
342 E. Noble Ave, Williston FL 32696

As per Florida Civil Procedure 1.351 Production of Documents and things without Deposition and Scope of Rule 1.350(a) and 10 Days' Notice Served by Registered Mail on 8th Nov,2019

Please Provide Following Documents to the 8th Judicial Circuit Court for Levy County, Case#38-2019-000762

1) All Medicare ,Medicaid &Insurance Payments and withdrawals to Regional General Hospital Williston, FL 32696 from July 2014 to July 2019.The Accounts were Managed by Dr.Pagidipati CEO and Regional Health Partners.

Each Defendant is required to serve written defenses to the complaint or petition to Basavaraj Hooli whose address is PO Box 73, Williston, Florida 32696 within 20 days after service of this summons on that Defendant, exclusive of the day of service and to file the original of the defenses with the clerk of this court before service on plaintiff. If the Defendant fails to do so, a default will be entered against the defendant for the relief demanded in the complaint or petition.

Dated ~~November 19, 2019~~ Dec. 9, 2019

COUNTY AND CIRCUIT COURT SUUM CUIQUE LEVY COUNTY, FLORIDA

Dany J Shipp
Watson
Clerk of the Court/ Deputy clerk

Basavaraj Hooli <basavarajhooli22@gmail.com>

# Complaint #100573 - Complete Business Solutions Group Inc.

1 message

**Sidoti, Greg** <Greg.Sidoti@flofr.com> Tue, Sep 29, 2020 at 10:43 AM
To: "basavarajhooli22@gmail.com" <basavarajhooli22@gmail.com>

Mr. Hooli,

The Office of Financial Regulation (OFR) has completed its review of your complaint. In your complaint you indicated Complete Business Solutions Group Inc. has provided a fraudulent mortgage to Regional Health Partners, LLC relating to the Regional General Hospital at 125 SW 7th St Williston FL 32696.

At this time, based on our review, OFR has determined that further action is not warranted.

In connection with our review of your complaint, the OFR has determined that this complaint relates to a loan on commercial real property provided by an institutional investor and is exempt from regulation under Florida Statute 494. Therefore this complaint is outside of the OFR's jurisdiction.

(Exhibit 19)

Additionally, in reviewing your complaint, our office has identified federal investigations relating to Regional Health Partners and Complete Business Solutions Group. These investigations have resulted in the arrests of both Jorge Perez and Joseph LaForte. The OFR has a separate open investigation relating to Complete Business Groups Solutions Group Inc.'s offering of unregistered securities and has provided your contact information to the other agencies involved in the case.

Furthermore, Complete Business Solutions Group Inc. has had a receiver appointed by the United States District Court, Southern District of Florida. The receiver has been authorized, empowered, and directed to use its full and exclusive power, duty, and authority to take any other action as necessary and appropriate for the preservation of the Receivership Entities' property interests or to prevent the dissipation or concealment of such property interests: administer and manage their business affairs. Additional information about the receiver can be found at https://parfundingreceivership.com/

In determining whether to take legal action, OFR considers a myriad of factors, including the nature of the conduct, the consumer injury at issue, other consumers that may be affected, and the likelihood of deterring future unlawful conduct.

OFR appreciates you bringing this matter to our attention. The information you provided is used as part of a method of identifying firms and individuals for further examination and review. All information will be retained for future reference. Many enforcement actions taken by OFR have been the result of an investigation initiated as a result of a customer complaint.

Thank you for your patience and cooperation throughout our review process.

Sincerely,

An official website of the United States government
Here's how you know

THE UNITED STATES
DEPARTMENT of JUSTICE
JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE

Monday, June 29, 2020

## Ten Defendants Charged in $1.4 Billion Rural Hospital Pass-Through Billing Scheme

Ten individuals, including hospital managers, laboratory owners, billers and recruiters, were charged in an indictment unsealed today for their participation in an elaborate pass-through billing scheme using rural hospitals in several states as billing shells to submit fraudulent claims for laboratory testing. The indictment alleges that from approximately November 2015 through February 2018, the conspirators billed private insurance companies approximately $1.4 billion for laboratory testing claims as part of this fraudulent scheme, and were paid approximately $400 million.

Jorge Perez, 60, of Miami-Dade County, Florida; Seth Guterman, 54, of Chicago, Illinois; Ricardo Perez, 57, of Miami-Dade County, Florida; Aaron Durall, 48, and Neisha Zaffuto, 44, each of Broward County, Florida; Christian Fletcher, 34, of Atlanta, Georgia; James Porter Jr., 49, of Marion County, Florida; Sean Porter, 52, of Citrus County, Florida; Aaron Alonzo, 44, and Nestor Rojas, 45, each of Miami-Dade County, Florida, were charged in an indictment filed in the Middle District of Florida.

All defendants (except Sean Porter) were charged with one count of conspiracy to commit health care fraud and wire fraud. In addition, Jorge Perez, Guterman, Ricardo Perez and Durall were each charged with five counts of substantive health care fraud; Durall and Zaffuto were charged with two counts of conspiracy to commit money laundering; Jorge Perez, Guterman, Ricardo Perez, Fletcher, James Porter and Sean Porter were charged with one count of conspiracy to commit money laundering and the following defendants were charged with substantive money laundering: Durall (three counts); Zaffuto (one count); Jorge Perez (seven counts); Guterman (one count); Ricardo Perez (five counts); Fletcher (two counts); James Porter (12 counts) and Sean Porter (two counts).

Jorge Perez, Ricardo Perez, and Durall appeared this afternoon before U.S. Magistrate Judge Joel B. Toomey of the Middle District of Florida. Initial appearances for Zaffuto, Fletcher, James Porter Jr., Sean Porter, Aaron Alonzo, and Nestor Rojas are scheduled before Magistrate Judge Toomey on June 30 and July 1.

"This was allegedly a massive, multi-state scheme to use small, rural hospitals as a hub for millions of dollars in fraudulent billings of private insurers," said Assistant Attorney General Brian A. Benczkowski of the Justice Department's Criminal Division. "The charges announced today make clear that the department is committed to dismantling fraud schemes that target our health care system, however complex or elaborate."

"Trust and integrity undergird the confidence and reliability in our healthcare system," said U.S. Attorney Maria Chapa Lopez for the Middle District of Florida. "Fraudulent and deceptive business practices undermine those values and erode the public's trust in that system. We will continue to pursue those who set these tenets aside and compromise the care and safety of our citizens for profit."

"The FBI views health care fraud as a severe crime problem that impacts every American," said Special Agent in Charge Rachel L. Rojas of the FBI's Jacksonville Field Office. "Fraud and abuse take critical resources out of our health care system, and contribute to the rising cost of health care for everyone. The FBI and our law enforcement partners will continue to investigate these crimes and prosecute all those who are intent in defrauding the American public."

Instrument # 657366
Book: 1491 Page: 2 pg(s)
REC:9/20/2019 1:05 PM
Danny J. Shipp, Levy County Clerk, Florida
Rec: $18.50

Deputy Clerk MBASS1

**CLAIM OF LIEN**

STATE OF FLORIDA
COUNTY OF LEVY

BEFORE ME, the undersigned notary public, personally appeared Basavaraj Hooli who being duly sworn and says that he is the contractor of Regional Health Partners, Lienor, whose address is 125 SW 7th Street, Williston, FL 32696. and that in accordance with a contract with Basavaraj Hooli and Regional Health Partners, LLC,

Lienor furnished labor, services or materials consisting of $153,494.00 on the following described real property in Levy County, Florida:

Tract 693 FT on Hwy In SW ¼ of NW ¼ or Book 1300 Page 62 -HOSPITAL-

125 SW 7th Street, Williston, FL 32696 - SEE ATTACHED - Exhibit A

owned by Regional Health Partners, LLC for a total value of $153,494.000 of which there remains unpaid $123,944 in unpaid wages and $29,500.00 in unreimbursed expenses for a total of $153,494.00 and furnished the first of the items on March 13, 2018 and the last of the items on June 1, 2019, and that Lienor filed a MECHANICAL LIEN with the Levy County Courthouse and was awarded a default judgment in the amount of $153,494.00 on 16th September, 2019

Signed, sealed and delivered
in the presence of:

[signature]
Print Name Melinda Bass

[signature]
Print Name Melissa Allen

Lienor:

By: [signature]
Print Name Basavaraj Hooli

SWORN TO AND SUBSCRIBED BEFORE ME, by Basavaraj A. Hoolie.
who is personally known to me or produced Valid Fl DL, Exp: 1-30-27 as identification, and who did take an oath this 20th day of September, 2019.

(Seal)

DEPUTY CLERK, per F.S. 695.03(1)
Danny J. Shipp, Clerk of Court

[signature]
Notary Public; State of Florida Melinda Bass
My Commission Expir...

Tract 693 FT on Hwy In SW ¼ of NW ¼ or Book 1300 Page 62 – HOSPITAL

125 SW 7th Street, Williston, FL 32696 – SEE ATTACHED – Exhibit A

owned by Regional Health Partners, LLC for a total value of $153,494.000 of which there remains unpaid $123,944 in unpaid wages and $29,500.00 in unreimbursed expenses for a total of $153,494.00 and furnished the first of the items on March 13, 2018 and the last of the items on June 1, 2019, and that Lienor filed a MECHANICAL LIEN with the Levy County Courthouse and was awarded a default judgment in the amount of $153,494.00 on 16th September, 2019

Signed, sealed and delivered in the presence of:

[signature]

Print Name Melinda Bass

[signature]

Print Name Melissa Allen

Lienor:

By: [signature]

Print Name Basavaraj Hooli

SWORN TO AND SUBSCRIBED BEFORE ME, by Basavaraj A. Hoolie, who is personally known to me or produced Valid Fl DL, Exp: 1-30-27 as identification, and who did take an oath this 20th day of September, 2019.

(Seal)

**DEPUTY CLERK, per F.S. 695.03(1)**
**Danny J. Shipp, Clerk of Court**
**Levy County, Florida**

[signature]

Notary Public; State of Florida Melinda Bass

My Commission Expires:

This document prepared by and should be returned to:

Basavaraj Hooli
8094 SW 52nd Ct
Ocala, FL 34476

06-13-19 0007 68 ACRES
TRACT 693 FT ON HWY IN SW1/4
OF NW1/4 OR BOOK 1532 PAGE 872
-HOSPITAL-
S-T-R 06 13 19

COMPLETE BUSINESS SOLUTIONS GROUP INC
C/O PAR FUNDING
20 NORTH 3RD ST
PHILADELPHIA, PA 19106

2020

05076-001-00

Map Id: WI 2 6004.00 1.00

**BUILDING CHARACTERISTICS**

| CATEGORY | TYPE | % | PTS |
|---|---|---|---|
| FRAME | STUD FRAME | 100 | 100.0 |
| CEILING WALL | DRYWALL | 100 | 0.00 |
| EX WALL | MODULAR METAL | 100 | 0.00 |
| ROOF | GABLE OR HIP | 100 | 0.00 |
| ROOF COVER | GALV METAL | 100 | 0.00 |
| INTERIOR | VINYL / PLANK | 100 | 0.00 |
| INTERIOR WALL | DRYWALL | 100 | 0.00 |
| HEATING TYPE | FORCED AIR DUCTED | 100 | 0.00 |
| AIR | CENTRAL | 100 | 0.00 |

| CATEGORY | UNITS | ADJ |
|---|---|---|
| WALL HEIGHT | 8.00 | 0 |

| BASE RATE ADJ | ADJ |
|---|---|
| Quality Adjustment | 0.7000 |
| Construction Adjustm | 0.6000 |

TOTAL ADJUSTED POINTS 42
DEPRECIATION ADJ

| TYPE | STYLE | CLS | QUA | CAP | PERIMETER | LOC | % COMP |
|---|---|---|---|---|---|---|---|
| 1900 | 10 | 5 | 0 | M | 222 | 1.00 | 100 |

| REPL COST NEW | AYB | EYB | DT | NORM | % GOOD |
|---|---|---|---|---|---|
| 96,902 | 2001 | 2001 | CM | 14.00 | 86.00% |

| SAR | AREA | B | H | P. of B. | EFF. AREA | DPR VALUE |
|---|---|---|---|---|---|---|
| BAS | 2,870 | | X | 100 | 2,870 | 82,932 |
| CAN | 48 | | | 30 | 14 | 405 |
| | 2,918 | | | 2,870 | 2,884 | $83,336 |

ADJ. BASE RATE 33.60
ACREAGE 87.68 PRICE/SF 592.73

7300 PRV HOSPITAL

** VALUE SUBJECT TO CHANGE **

BAS 70 / 41 / 41 / 29 / 8 / 33
CAN 8 / 6 / 6 / 8

BUILDING: 2
RU VAL: 4
SITE ADDRESS: 125 SW 7 ST, WILLISTON
1900 PRO SERVICES BLDG

| LEVY |
|---|
| PRIMARY VALUATION M |
| BUILDING VALUE |
| EXTRA FEATURE VALUE |
| TOTAL MARKET LAND V |
| MARKET VALUE OF AG |
| TOTAL LAND VALUE AG |
| MARKET VALUE |
| ASSESSED VALUE |
| PREVIOUS YEAR VALUE |
| CAP BASE YEAR |
| TAXABLE VALUE |
| EXEMPTIONS |
| TOTAL EXEMPTIONS VA |
| SENIOR EXEMPTION VAL |
| SR/HISTORIC TAXABLE |

| PERMIT NO. TP | DESCR ST |
|---|---|
| 97128 STOR | |

BAS2020:50,38:=
CAN2020:7
9,79:=S6 E8 N6

QUALITY ADJUSTM

| LN | VOLUME / YEAR | PAGE / CLERK | DATE OF SALE | I N | Q U | V I | R E | SALES PRICE | NOTE AMOUNT | MAC | MAC AMOUNT | GRANTOR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1532 | 0872 | 04/20/2020 | CT | U | I | 11 | 100 | 0 | N | 0 | REGIONAL HEALTH | COMPLETE |
| 2 | 1300 | 0062 | 08/14/2013 | WD | U | V | 12 | | 0 | N | 0 | CYPRESS HEALTH SYSTEMS | REGIONAL |
| 3 | 00909 | 0049 | 09/01/2004 | WD | Q | I | 00 | 1202600 | 0 | N | 0 | WILLISTON CITY OF | |

| L T | OB / XF CODE | DESCRIPTION | BLD | CAP | LENGTH | WIDTH | UNITS | GRADE | FACTOR | UNIT PRICE | ADJ UNIT PRICE | ORIG COND | ACTUAL YEAR | EFF YEAR | YEAR ON ROLL | % COND | OB/XF MKT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

BUILD
LAND
VALU
FIVE
INCOM

| L T | L N | USE CODE | LAND USE DESCRIPTION | CAP | R D | LOC ZONE | FRONT | DEPTH | SIZE FACTOR | UNITS | UNIT TYPE | D T | DPTH FACT | COND FACTOR | UNIT PRICE | ADJ UNIT PRICE | LAND VALUE | OTHER ADJUSTMENTS AND NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

| LN | DATE | BLD | USER ID | CD | PARCEL NOTES |
|---|---|---|---|---|---|
| 1 | | | | | NOTE: NATURE COAST HOSPITAL |
| 2 | | | | | 93544628 & 93544737 & 93544543 (01) REGIONAL HEALTH PARNERS LLC OWNER |
| 3 | | | | | 82993198 & 82993502 & 82993684 (00) REGIONAL HEALTH PARTERNS LLC OWNER |

From
Raj Hooli
1405 US Hwy 19.
Thomston. Ga 30286.

To Honorable Jude
Rodolfo Ruiz II
District Judge
299 Broward Blvd
Fort lauderdale
Fl 33301

U.S. Marshal Service
X-RAYED
Post 9