UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** is before the Court on the Unopposed Motion to Withdraw as Counsel [ECF No. 571] ("Motion to Withdraw"), filed by Miranda Lundeen Soto, Esq., of the law firm of Buchanan Ingersoll & Rooney PC.  Having reviewed the Motion to Withdraw and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Motion to Withdraw is **GRANTED**.

2.    Miranda Lundeen Soto, Esq., is hereby relieved of all responsibility of the representation of Fox Rothschild LLP in this action and she shall have no further obligation in this matter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of May, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**