# Exhibit 2

**(Total Compensation and Expenses Requested)**

**Total Compensation and Expenses Requested**

| Professional Firm | Category | Hours | Fees | Expenses | Total Billed |
|---|---|---|---|---|---|
| Stumphauzer Foslid Sloman Ross & Kolaya, PLLC | Attorneys | 926.6 | $297,364.00 | $2,005.58 | $299,369.58 |
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attorneys | 2,954.6 | $614,983.25 | $48,476.31 | $663,459.56 |
| Development Specialists, Inc. | Operations Consultant | 2,815.1 | $1,266,795.00 | $2,366.51 | $1,269,161.51 |
| Lawgical Insight, LLC | eDiscovery Specialist | 181.3 | $58,906.25 | $4,330.60 | $63,236.85 |
| HD Investigative Group, LLC | Investigations Firm | 226.3 | $50,905.00 | $0.00 | $50,905.00 |
| Fox Rothschild | Attorneys | 90.7 | $33,666.50 | $312.00 | $33,978.50 |
| | | **6,557.8** | **$2,322,620.00** | **$57,491.00** | **$2,380,111.00** |