**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-cv-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR LISA MCELHONE

    Michael F. Bachner, Esq., respectfully moves to withdraw as counsel for Defendant Lisa McElhone. In support of this request, Mr. Bachner states as follows:

1. Ms. McElhone is presently represented by Alan Futerfas, Esq. I was retained to work with Mr. Futerfas. Ms. McElhone is no longer requires my services in the case.

2. In accordance with Local Rule 11.1(d)(3), I have notified Ms. McElhone both orally and via email of my intention to withdraw as counsel. I have also notified the SEC and co-counsel of my intention to withdraw as counsel. The address of co-counsel for Ms. McElhone appears below.

    WHEREFORE, Michael Bachner, Esq., respectfully requests entry of an Order granting his motion to withdraw as counsel for Lisa McElhone. A proposed Order has been attached for Your Honor's convenience.

Dated: August 13, 2021                        Respectfully Submitted,

Michael F. Bachner, Esq.
*Attorney for Lisa McElhone*
39 Broadway, Suite 1610
New York, New York 10006
(212) 344-7778 (office)
(212) 344-7774 (fax)
(917) 225-9276 (mobile)
mb@bhlawfirm.com (email)

By: */s/ Michael Bachner*
MICHAEL BACHNER
ADMITTED PRO HAC VICE

ALAN FUTERFAS, Esq.
*Attorney for Lisa McElhone*
565 Fifth Avenue
New York, NY 10017

GRAYROBINSON, P.A.
*Local Counsel for Lisa McElhone*
333 S.E. 2d Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
joel.hirschhorn@gray-robinson.com

By: */s/* Joel Hirschhorn
JOEL HIRSCHHORN, ESQ
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this this 13th day of 2021, the foregoing Motion to Withdraw as Counsel for Lisa was served in accordance with the Federal Rules of Civil Procedure and/or the Local Rules of the United States District Court for the Southern District of Florida upon the attorneys for the Plaintiff in the above-entitled action by electronic mail with hard copies made available by mail upon request.

/s/ *Michael F. Bachner*
MICHAEL F. BACHNER