# Exhibit 2

**(Total Compensation and Expenses Requested)**

**Total Compensation and Expenses Requested**

| Professional Firm | Category | Hours | Fees | Expenses | Total Billed |
|---|---|---|---|---|---|
| Stumphauzer Foslid Sloman Ross & Kolaya, PLLC | Attorneys | 1,017.2 | $313,440.00 | $1,894.40 | $315,334.40 |
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attorneys | 2,547.8 | $580,899.50 | $69,080.75 | $649,980.25 |
| Development Specialists, Inc. | Operations Consultant | 3,239.5 | $1,447,977.50 | $11,102.26 | $1,459,079.76 |
| Lawgical Insight, LLC | eDiscovery Specialist | 90.6 | $29,445.00 | $5,142.55 | $34,587.55 |
| HD Investigative Group, LLC | Investigations Firm | 26.0 | $5,850.00 | $0.00 | $5,850.00 |
| Fox Rothschild | Attorneys | 54.8 | $21,286.00 | $0.00 | $21,286.00 |
|  |  | **6,557.8** | **$2,398,898.00** | **$87,219.96** | **$2,486,117.96** |