# Exhibit 2

**(Total Compensation and Expenses Requested)**

**Total Compensation and Expenses Requested**

| Professional Firm | Category | Hours | Fees | Expenses | Total Billed |
|---|---|---|---|---|---|
| Stumphauzer Foslid Sloman Ross & Kolaya, PLLC | Attorneys | 966.1 | $328,625.00 | $5,496.91 | $334,121.91 |
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attorneys | 1,428.4 | $525,211.75 | $97,891.50 | $623,103.25 |
| Development Specialists, Inc. | Operations Consultant | 2,452.5 | $1,033,941.50 | $33,280.57 | $1,067,222.07 |
| Lawgical Insight, LLC | eDiscovery Specialist | 73.0 | $22,450.00 | $353.37 | $22,803.37 |
| HD Investigative Group, LLC | Investigations Firm | 71.5 | $16,087.50 | $0.00 | $16,087.50 |
| Fox Rothschild | Attorneys | 65.9 | $23,220.50 | $734.86 | $23,955.36 |
| | | **6,557.8** | **$1,949,536.25** | **$137,757.21** | **$2,087,293.46** |