## Plaintiff's Witness List

### Will Call

1. Perry S. Abbonizio
c/o Jeffrey Marcus, Esq.
Jason L. Mays, Esq.
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd., Suite 1750
Miami, FL 33131
Telephone 305-400-4260

He will testify regarding Par Funding, its promissory note offerings, the use of agent fund managers and sales agents, the formation of agent funds and creation of offering materials, and how the investment was offered and sold.  Direct-2.5 hours. Cross – 2.5 hours.

2. Alexis Abbonizio
c/o Annabelle Nadler, Esq.
Jeffrey S. Weiner P.A.
Two Datran Center, Suite 1910
9130 South Dadeland Blvd.
Miami, FL 33156
Telephone: 305-985-6640

She will testify about Michael Furman's role in the Par Funding offerings, the promissory notes, marketing materials, and agent funds.  Direct 1 hour. Cross – 1 hour.

3. Gary P. DeLucco
[redacted]
Jupiter, FL 33477
Telephone: [redacted]

Investor who will testify about Furman and the offer and sale of notes. Direct 1.5 hours. Cross 1.5 hours.

4, Michael C. Furman
c/o Zachary P. Hyman, Esq.
Millennial Law, Inc.
501 E. Las Olas Blvd., Suite 200/308
Fort Lauderdale, FL 33301
Telephone: 954-271-2719

Defendant will testify about the facts relevant to the claims alleged against him, the Par Funding offerings, Fidelis, ABFP Management, ABFP and its related funds, marketing the offerings, and his conduct in connection with the offer and sale of notes of Par Funding, Fidelis, ABFP, and other issuers. Direct 2.5 hours. Cross 2.5 hours.

5. John Murray
FBI
600 Arch Street
Philadelphia, PA 19106
Telephone: 215-418-4000
He will authenticate recordings and videos the FBI made.
Direct 30 mins. Cross 1 hour.

6. Mark Reikes
████████████████
West Palm Beach, FL 33414
Telephone: ██████████

Investor who will testify about Furman and the offer and sale of notes. Direct 1.5 hour. Cross 1.5 hour.

7. Brad Sharp (DSI)
c/o Tim Kolaya, Esq.
Stemphauzer Foslid Sloman Ross & Kolaya, PLLC
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone: 305-614-1400

He will testify about Par Funding, ABFP and its related fund, Fidelis, United Fidelis, and agent funds including Fidelis, and the securities offerings of Par Funding, ABFP, Fidelis and agent funds. Direct 1 hour. Cross 1.5 hour.

**May Call**
8. Stephen A. Bouchard, Director of Examinations (by Zoom)
New Jersey Bureau of Securities
Office of the New Jersey Attorney General
153 Halsey St., 6th floor
Newark, NJ 07102
Telephone: 973-504-3643

He will testify regarding the Order entered by New Jersey Bureau of Securities and whether the NJBS engaged in the conduct and made the statements Furman claimed. Direct 45 mins. Cross - 2 hours.

9. Lori Boyogueno (by Zoom)
Senior Securities Compliance Examiner and Enforcement Administrator
Pennsylvania Department of Banking and Securities
Bureau of Securities Compliance and Examinations
17 North 2nd St., Suite 1300
Harrisburg, PA 17101

Telephone: 717-783-4241

She will testify regarding the Orders entered by the Pennsylvania Dept. of Banking and Securities that are alleged in the Complaint. Direct 45 mins. Cross – 2 hours.

10. Melissa Davis (expert witness)
c/o Amie Berlin, Esq.
Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, FL  33131
Telephone: 305-982-6322

She will testify about financial aspects of the securities offerings and sales of Par Funding, Fidelis, and ABFP, including the notes issued, exchanged, and the flow and amount of funds transferred.  Direct 1 hour. Cross 1 hour.

11. Stephen Decker
▇▇▇▇▇▇▇▇▇▇
Miami, Florida, 33193

Investor who will testify about Furman and the offer and sale of notes. Direct 1 hour. Cross 1 hour.

12. Joseph Gassman
c/o Brian P. McVan, Esq.
McVan & Weidenburner
162 S. Easton Rd.
Glenside, PA 19038
Telephone: 215-884-6800

Agent fund manager who will testify about the Par Funding offering, role of agent funds, role of ABFP management, and the offer and sale of securities in connection with the offerings. Cross 1 hour.

13. Renee Meyer
▇▇▇▇▇▇▇▇▇▇
Palm City, FL 34990
Telephone: ▇▇▇▇▇

Investor who will testify about Furman and the offer and sale of notes. Direct 1 hour. Cross 2.5 hours.

14. William Robert Mitchell, Certified Fraud Examiner
Texas State Securities Board
Thomas Jefferson Rusk State Office Building
208 E. 10th St.

3

Austin, TX 78701
Telephone: 512-305-8301

He will testify regarding the investigation by Texas State Securities Board and the related Emergency Cease and Desist Order.  Direct 1 hour. Cross 3 hours.

15.  Robert Renner

West Palm Beach, FL 33417
Telephone:

Investor who will testify about Furman and the offer and sale of notes. Direct 1 hour. Cross 1 hour.

16.  James Klenk
c/o Tim Kolaya, Esq.
Stemphauzer Foslid Sloman Ross & Kolaya, PLLC
2 South Biscayne Blvd., Suite 1600
Miami, Florida 33131
Telephone: 305-614-1400
He will testify as to amounts of Notes sold by Furman and his companies, and transfer of funds to Par Funding from Furman and his companies and Par Funding's loans in default. Direct 45 minutes. Cross 2 hours.

17.  Crystal Ivory, Accountant
c/o Amie R. Berlin, Esq.
Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, FL  33131
Telephone: 305- 982-6322

SEC accountant who would testify about Par Funding's lawsuits against borrowers/merchants in default on the loans.  Cross 2 hours.

18. Dean J. Vagnozzi
c/o Brian Miller, Esq.
Alejandro Paz, Esq.
Akerman LLP
Three Brickell City Center
98 Southeast Seventh St.
Miami, FL 33131
Telephone: 305-374-5600

He may testify regarding CBCG is organized and how notes were sold and offerings managed. Direct-2.5 hours. Cross 2 hours.

4

19. Victoria Villarose
███████████████
Philadelphia, PA 19107
Telephone: ███████████

Former head of underwriting at Par Funding, she may testify about Par Funding, the structure and management of Par Funding, and the onsite inspections and underwriting. Direct 1 hour- Cross 2 hours.

20. Wendy Furman Lyman
███████████████
Philadelphia, PA 19107
Telephone: ███████████

Former head of underwriting at Par Funding, she may testify about Par Funding, the structure and management of Par Funding, and the onsite inspections and underwriting. Direct 1 hour- Cross 2 hours.

21. Eugene Sheldon
███████████████
West Palm Beach, FL 33411

Investor who will testify about Furman and the offer and sale of notes. Direct 1 hour. Cross 1 hour.

Any witness on Defendant's witness list previously disclosed in discovery.