UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.,*

    Defendants.
_____/

## JUDGMENT AS TO LIABILITY

On December 15, 2021, following a jury trial, the jury returned a verdict in favor of the Securities and Exchange Commission ("SEC") and against Defendant Michael C. Furman on the following violations of the Securities Exchange Act of 1934 and Securities Act of 1933:

1. Count I – Securities Exchange Act of 1934 Section 10(b) and Rule 10b-5(a)
2. Count II – Securities Exchange Act of 1934 Section 10(b) and Rule 10b-5(b)
3. Count III – Securities Exchange Act of 1934 Section 10(b) and Rule 10b-5(c)
4. Count IV – Securities Act of 1933 Section 17(a)(1)
5. Count V – Securities Act of 1933 Section 17(a)(2)
6. Count VI – Securities Act of 1933 Section 17(a)(3)
7. Count VII – Securities Act of 1933 Sections 5(a) and 5(c)

*See* Verdict [ECF No. 1101]. Accordingly, pursuant to Fed. R. Civ. P. 58, it is

**ORDERED AND ADJUDGED** that judgment on the merits is entered in favor of the SEC against Defendant Michael C. Furman. As discussed at the conclusion of trial, the SEC must submit a consent judgment with respect to the issues of disgorgement, prejudgment interest, and a

civil penalty or a Motion for those issues to be decided by this Court within 60 days of this Order being entered, **on or before February 13, 2022**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December, 2021.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**