UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities & Exchange Commission,    Case No.: 9:20-cv-81205-RAR

    Plaintiff,

v.

Complete Business Solutions
Group, Inc.,

    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Clifford E. Haines, Esq., of the law firm of Haines and Associates, The Widener Building, 5th Floor, Philadelphia, Pennsylvania 19107, Telephone No. (215) 246-2200, for purposes of appearance in the above-styled case only, as counsel on behalf of non-parties Mark Nardelli, Francis Cassidy, David Gollner and Christopher McMarrow, who have been subpoenaed to testify by plaintiff in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Clifford E. Haines to receive electronic filings in this case, and in support thereof, states as follows:

    1.    Clifford E. Haines, Esq. is not admitted to practice in the Southern District of Florida, and is a member in good standing of The Pennsylvania Bar, The Philadelphia Bar, and the United States District Court for the Eastern District of Pennsylvania.

- 2 -

2. Movant, Jonathan E. Minsker, of the law firm of Minsker Law PLLC, 1100 Biscayne Blvd., Ste 3701, Miami, Florida 33132, Telephone No. (786) 988-1020, is a member in good standing of, among other bars, The Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Clifford E. Haines, Esq. has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Movant hereby requests, pursuant to Section 2B CM/ECF Administrative Procedures, that the Court provide Notice of Electronic Filings to Clifford E. Haines at email address: chaines@haines-law.com.

5. A proposed Order granting this motion is attached hereto.

WHEREFORE, Jonathan E. Minsker, respectfully requests that this Court enter an Order permitting Clifford E. Haines, Esq. to appear before this Court on behalf of non-parties Mark Nardelli, Francis Cassidy, David Gollner and Christopher McMarrow, for all purposes relating to

- 3 -

the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Clifford E. Haines, Esq.

Date: December 23, 2021                                  Respectfully submitted,

                    /s/ Jonathan E. Minsker
Jonathan E. Minsker
Florida Bar No. 38120
MINSKER LAW PLLC
1100 Biscayne Blvd., Ste. 3701
Miami, Florida  33132
Telephone:  (786) 988-1020
jminsker@minskerlaw.com

*Counsel for Non-Parties Mark Nardelli, Francis Cassidy, David Gollner and Christopher McMarrow*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 23, 2021, a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing was served via the Court's ECF system on all counsel of record.

      /s/ *Jonathan E. Minsker*
      Jonathan E. Minsker