UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:20-cv-81205-RAR

Securities & Exchange Commission,

    Plaintiff,

v.

Complete Business Solutions
Group, Inc.,

    Defendant.
_____/

## CERTIFICATION OF CLIFFORD E. HAINES, ESQ.

Clifford E. Haines, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of The Pennsylvania Bar, The Philadelphia Bar, and the United States District Court for the Eastern District of Pennsylvania; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                                                   Clifford E. Haines