UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities & Exchange Commission,   Case No.: 9:20-cv-81205-RAR

        Plaintiff,

v.

Complete Business Solutions
Group, Inc.,

        Defendant.
_____/

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Clifford E. Haines, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court, having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Clifford E. Haines, Esq. may appear and participate in this action on behalf of non-parties Mark Nardelli, Francis Cassidy, David Gollner and Christopher

McMarrow.  The Clerk shall provide electronic notification of all electronic filings to Clifford E. Haines, Esq., at chaines@haines-law.com.

      DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of _____, 2021.

                                                    _____  
                                                  HON. RODOLFO A. RUIZ II  
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record