# Exhibit 2

**(Total Compensation and Expenses Requested)**

**Total Compensation and Expenses Requested**

| Professional Firm | Category | Hours | Fees | Expenses | Total Billed |
|---|---|---|---|---|---|
| Stumphauzer Foslid Sloman Ross & Kolaya, PLLC | Attorneys | 1,021.2 | $334,232.50 | $10,108.51 | $344,341.01 |
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attorneys | 1,294.9 | $442,062.00 | $58,296.57 | $500,358.57 |
| Development Specialists, Inc. | Operations Consultant | 1,471.1 | $623,999.75 | $32,133.73 | $656,133.48 |
| Lawgical Insight, LLC | eDiscovery Specialist | 47.3 | $12,606.25 | $0.00 | $12,606.25 |
| HD Investigative Group, LLC | Investigations Firm | 65.0 | $14,625.00 | $0.00 | $14,625.00 |
| | | **6,557.8** | **$1,427,525.50** | **$100,538.81** | **$1,528,064.31** |