UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-cv-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC., d/b/a PAR FUNDING, *et al*,

    Defendants
_____/

### DEFENDANT JOSEPH COLE BARLETA'S MOTION TO ADJOURN THE HEARING TO APRIL 19TH OR A LATER DATE

Defendant Joseph Cole Barleta respectfully requests that the hearing on the Receiver's Motion to Compel Mr. Barleta to comply with the Receiver's requests for information be adjourned from Monday, April 4, 2022 to April 19, 2022 in the afternoon, or at a later date in April convenient to the Court's calendar. The Receiver consents to the instant motion to adjourn the hearing.

The reason for the instant motion is because undersigned counsel for Mr. Barleta, as previously scheduled, will be out of the country on April 4, 2022, and for the rest of that week. One of the counsel for the Receiver will be out of the country the following week.

Accordingly, it is respectfully requested that the hearing presently scheduled on April 4th be adjourned to April 19th in the afternoon, or on a later date in April convenient to the Court's calendar.

Respectfully submitted,

*[signature: Bettina Schein]*

Bettina Schein, Esq.
565 Fifth Avenue, 7th Floor
New York, New York 10017
(212) 880-9417
bschein@bettinascheinlaw.com
*/s/ Bettina Schein*
BETTINA SCHEIN
*Admitted Pro Hac Vice*

Andre G. Raikhelson, Esq.
301 Yamato Road, Suite 1240Boca Raton, FL 33431 Telephone:
(954) 895-5566
arlaw@raikhelsonlaw.com
*Local Counsel for Joseph Cole Barleta*
*/s/ Andre G. Raikhelson*
ANDRE G. RAIKHELSON
Florida Bar No. 123657