UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

    Defendants.
_____/

### ORDER GRANTING THE RECEIVER'S MOTION TO LIFT THE LITIGATION INJUNCTION TO ALLOW COMMENCEMENT OF PROCEEDINGS AGAINST KINGDOM LOGISTICS LLC, KC LOGISTICS SALES LLC, KCII HOLDINGS LLC AND SCOTT HAIRE

**THIS CAUSE** comes before the Court upon the Receiver's Motion to Lift the Litigation Injunction to Allow Commencement of Proceedings Against Kingdom Logistics LLC, KC Logistics Sales LLC, KCII Holdings LLC, and Scott Haire [ECF No. 1215] ("Motion"), filed on April 21, 2022.

In the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order to pursue causes of action against Kingdom Logistics LLC, KC Logistics Sales LLC, KCII Holdings LLC and Scott Haire for the benefit of the Receivership Estate.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED**. The litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020

[ECF No. 141] is hereby lifted to allow pursuit of claims against the following persons and entities for the purposes described in the Motion:

1. Kingdom Logistics LLC;

2. KC Logistics Sales LLC;

3. KCII Holdings LLC; and

4. Scott Haire.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of April, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of record