UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No. 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
INC. d/b/a PAR FUNDING, *et al.*,

   Defendants.

_____/

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFF'S OMNIBUS MOTION FOR FINAL JUDGMENT

  **THIS CAUSE** comes before the Court upon the Defendants, Joseph LaForte, Lisa McElhone and Joseph Cole Barleta's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Omnibus Motion for Final Judgment [D.E. 1214].

  Accordingly, it is hereby

  **ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**.

The deadline for the Defendants to file their Response to the Plaintiff's Motion is July 1, 2022.

**DONE AND ORDERED** Fort Lauderdale, Florida, this _____ day of _____, 2022.

                     _____
                     **RODOLFO A. RUIZ II**
                     **UNITED STATES DISTRICT JUDGE**

Copies to:  Counsel of Record