# Exhibit 2

**(Total Compensation and Expenses Requested)**

**Total Compensation and Expenses Requested**

| Professional Firm | Category | Hours | Fees | Expenses | Total Billed |
|---|---|---|---|---|---|
| Stumphauzer Foslid Sloman Ross & Kolaya, PLLC | Attorneys | 970.6 | $307,576.50 | $8,115.49 | $315,691.99 |
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attorneys | 1,905.9 | $631,071.50 | $61,742.00 | $692,813.50 |
| Development Specialists, Inc. | Operations Consultant | 535.2 | $245,228.36 | $1,186.08 | $246,414.44 |
| Lawgical Insight, LLC | eDiscovery Specialist | 30.8 | $9,718.75 | $1,067.03 | $10,785.78 |
| HD Investigative Group, LLC | Investigations Firm | 55.0 | $12,375.00 | $0.00 | $12,375.00 |
| | | **3,497.5** | **$1,205,970.11** | **$72,110.60** | **$1,278,080.71** |