**EXHIBIT 1**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a/ PAR FUNDING, et al.,

      Defendants.
_____/

**[PROPOSED] ORDER GRANTING RECEIVER, RYAN K. STUMPHAUZER'S TWENTY-THIRD MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS**

**THIS CAUSE** comes before the Court upon the Receiver's Twenty-Third Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings [ECF No. _____] ("Motion"), filed on June 10, 2022.

In the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose to authorize the Receiver, in his discretion, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either has resolved, or has agreed to resolve, prior defaults, or otherwise filed for bankruptcy protection, in certain cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Receiver's Motion is **GRANTED** with respect to the relief requested. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purpose as described in the Motion:

a. *Fast Advance Funding LLC v. Ecosense Interiors LLC and Guilia Finetto,* Philadelphia Court of Common Pleas Docket No. 1906068040.

b. *Complete Business Solutions Group Inc. d/b/a Par Funding v. MHGC Holdings LLC and Gabriel Gaviria*, Philadelphia Court of Common Pleas Docket No. 200301939.

c. *Complete Business Solutions Group Inc. d/b/a Par Funding v. La Esquina Del Pan Con Bistec #2 and Gabriel Jamie Gaviria*, Philadelphia Court of Common Pleas Docket No. 200301965.

d. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Modern Living Supplies Inc. d/b/a Modern Living Supplies and Mark Naylon*, Philadelphia Court of Common Pleas Docket No. 190901459.

e. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Dragan Segvic LLC and Dragan Segvic,* Philadelphia Court of Common Pleas Docket No. 200600328.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of _____, 2022.

                                                                            _____
                                                                            **RODOLFO A. RUIZ II**
                                                                            **UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of record