UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

    Defendants.
_____/

### ORDER GRANTING RECEIVER, RYAN K. STUMPHAUZER'S TWENTY-FOURTH MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS

**THIS CAUSE** comes before the Court upon the Receiver's Twenty-Fourth Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings [ECF No. 1288] ("Motion"), filed on June 30, 2022.

In the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose to authorize the Receiver, in his discretion, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either has resolved, has agreed to resolve prior defaults, or otherwise filed for bankruptcy protection, in certain cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purpose as described in the Motion:

a) *Complete Business Solutions Group Inc. d/b/a Par Funding v. Car City Inc. d/b/a Car City and Charles Ives,* Philadelphia Court of Common Pleas Docket No. 200500946.

b) *Complete Business Solutions Group Inc. d/b/a Par Funding v. Byers Insurance Agency Inc. d/b/a Byers Insurance Agency d/b/a Kellie Byers Agency and Nancy Byers,* Philadelphia Court of Common Pleas Docket No. 200201419.

c) *Complete Business Solutions Group Inc. d/b/a Par Funding v. Mantis Home Improvement and Property Management LLC d/b/a Mantis Home Improvement and Property Management d/b/a Mantis Home Improvement & Property and Yadira Abreu,* Philadelphia Court of Common Pleas Docket No. 200300142.

d) *Complete Business Solutions Group Inc. d/b/a Par Funding v. LC Diamonds USA Ltd., Inc. d/b/a LC Diamonds USA Ltd. d/b/a Conscious Diamonds Inc. and Leeron Zion Karioff,* Philadelphia Court of Common Pleas Docket No. 200600243.

e) *Complete Business Solutions Group Inc. d/b/a Par Funding v. GPN Express Company and Petru Grati*, Philadelphia Court of Common Pleas Docket No. 20030052.

f) *Complete Business Solutions Group Inc. d/b/a Par Funding v. Park Transportation Inc. d/b/a Park Transportation, Christin Kim and Eric Seo,* Philadelphia Court of Common Pleas Docket No. 200101510.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of June, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of record