UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP, INC.
d/b/a PAR FUNDING, *et al.*

      Defendants,

and

THE LME 2017 FAMILY TRUST, a/k/a
LME 2017 FAMILY TRUST,

      Relief Defendant.
_____/

### DEFENDANT, MICHAEL C. FURMAN'S NOTICE OF APPEAL

Defendant, Michael C. Furman ("***Mr. Furman***") files this Notice of Appeal of the Final Judgment [ECF No. 1103], and Order Denying Mr. Furman's Motion for a New Trial [ECF No. 1271].

      Respectfully submitted,

      **MILLENNIAL LAW, INC.**
      *Attorneys for Michael C. Furman*
      501 E. Las Olas Blvd Ste 200/308
      Fort Lauderdale Fl 33301
      Phone: 954-271-2719

      By: *s/ Zachary P. Hyman*

2

                                          Zachary P. Hyman
                                          Florida Bar No.  98581
                                          zach@millenniallaw.com
                                          jessica@millenniallaw.com
                                          assistant@millenniallaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **18th** day of July, 2022, the foregoing was filed using the Court's CM/ECF Filing system which will transmit Notices of Electronic Filing generated by CM/ECF to all counsel of record.

                                    By:  *s/ Zachary P. Hyman*
                                        Zachary P. Hyman