**CBSG Creditors - 07/30/20**

| Creditor | Manager | Date | Amount | Balance | Rate | Monthly | Maturity | Paid Back | Payment Date | Bank | Account | Routing | QB Account | Address | Email | Phone | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capricorn Income Fund | Al Vagnozzi | 05/01/20 | $ 201,000.00 | $ 201,000.00 | 5.0% | $ 837.50 | 04/30/27 | - | 1 | Citizens Bank | 6311055906 | 036076150 | Investor-CIF | 21 West Front St Suite 300 Media, PA 19063 | albertvagnozzi@gmail.com | 484.888-2663 | split distribution $837.50 to parallel fund / $77,055.05 per Alexis |
| Capricorn Income Fund I Parallel LLC | Al Vagnozzi | 05/01/20 | $ 18,493,211.16 | $ 18,493,211.16 | 5.0% | $ 77,055.05 | 04/30/27 | - | 1 | Citizens Bank | 6314814247 | 036076150 | Investor-CIF | 21 West Front St Suite 300 Media, PA 19063 | albertvagnozzi@gmail.com | 484.888-2663 | |
| Pisces Income Fund Parallel LLC | Alec Vagnozzi | 05/01/20 | $ 14,800,100.00 | $ 14,162,100.00 | 5.0% | $ 59,008.75 | 04/30/27 | - | 1 | Citizens Bank | 6312210204 | 036076150 | Investor-PIF | 234 Mall Blvd King of Prussia, PA 19406 | alec@abetterfinancialplan.com, shannon@abetterfinancialplan.com | - | Paid back $638,000.00 in 06/20, revised distribution |
| Jade Fund, LLC | Andy McKinley | 05/01/20 | $ 201,000.00 | $ 201,000.00 | 5.0% | $ 837.50 | 04/30/27 | - | 1 | Citizens Bank | 6312210018 | 036076150 | Investor-JIF | 1423 S. Howard St. Philadelphia, PA 19147 | andy.1423@comcast.net | - | |
| VKS Management | Anthony Sabella | 05/01/20 | $ 600,000.00 | $ 600,000.00 | 5.0% | $ 2,500.00 | 04/30/27 | - | 1 | JP Morgan | 289311232 | 021000021 | Investor-VKSM | 2501 S Tamiami Trail Sarasota, FL 34239 | anthony@sabellacpa.com | - | |
| Cape Cod Income Fund | Brian Drake | 05/01/20 | $ 1,412,000.00 | $ 1,412,000.00 | 5.0% | $ 5,883.33 | 04/30/27 | - | 1 | TD Bank | 8256093663 | 211370545 | Investor-CAP | 104 Crowell Rd Chatham, MA 02633 | brian@retirementmoney.biz | - | |
| Albert Chehebar | Chehebar Group | 05/01/20 | $ 15,500,000.00 | $ 15,500,000.00 | 5.0% | $ 64,583.33 | PENDING | - | 1 | Israel Discount Bank | 8063348 | 026009768 | Investor-ECH | 1407 Broadway Suite 503 New York, NY 10018 | jojoc123@gmail.com | - | wire routing |
| Albert E. Chehebar (Eddie) | Chehebar Group | 05/01/20 | $ 175,000.00 | $ 175,000.00 | 5.0% | $ 729.17 | PENDING | - | 1 | JP Morgan Chase | 3307951086 | 021000021 | Investor-ECH | 2112 East 4th Street Brooklyn, NY 11223 | eddie@chehebar.com | 917.622.0900 | wire routing |
| Cherie Chehebar (Eddie) | Chehebar Group | 05/01/20 | $ 150,000.00 | $ 150,000.00 | 5.0% | $ 625.00 | PENDING | - | 1 | JP Morgan Chase | 3307951102 | 021000021 | Investor-ECH | 2112 East 4th Street Brooklyn, NY 11223 | eddie@chehebar.com | 917.622.0900 | wire routing |
| Danielle Halabi | Chehebar Group | 05/01/20 | $ 500,000.00 | $ 500,000.00 | 5.0% | $ 2,083.33 | PENDING | - | 1 | JP Morgan Chase | 772382743 | 021000021 | Investor-DHA | 2015 E 4th St Brooklyn, NY 11223 | danielle176@aol.com | - | paid $4,166.67 on 07/15 for july and june |
| Ezra Chehebar (Eddie) | Chehebar Group | 05/01/20 | $ 3,981,250.00 | $ 3,981,250.00 | 5.0% | $ 16,588.54 | PENDING | - | 1 | JP Morgan Chase | 753723167 | 021000021 | Investor-ECH | 1407 Broadway New York, NY 10018 | eddie@chehebar.com | 917.622.0900 | wire routing / accrued $731,250.00 partial accrual on original deal through March 15, 9 months |
| Ezra Chehebar LLC (Zudy) | Chehebar Group | 05/01/20 | $ 1,600,000.00 | $ 1,600,000.00 | 5.0% | $ 6,666.67 | PENDING | - | 1 | JP Morgan Chase | 826817160 | 021000021 | Investor-ESH | 1407 Broadway Suite 503 New York, NY 10018 | zudy@shehebar.com | - | wire routing |
| Gamed LLC (Zudy) | Chehebar Group | 05/01/20 | $ 2,000,000.00 | $ 2,000,000.00 | 5.0% | $ 8,333.33 | PENDING | - | 1 | JP Morgan Chase | 227895953 | 021000021 | Investor-GAM | 1961 Ocean Parkway Brooklyn, NY 11223 | zudy@shehebar.com | - | wire routing |
| GEMJ Chehebar (Jojo) | Chehebar Group | 05/01/20 | $ 4,000,000.00 | $ 4,000,000.00 | 5.0% | $ 16,666.67 | PENDING | - | 1 | JP Morgan Chase | 1502305219 | 021003576 | Investor-GCH | 1407 Broadway, Suite 503 New York, NY 10018 | jojoc123@gmail.com | - | |
| Isaac Bennet Sales | Chehebar Group | 05/01/20 | $ 2,000,000.00 | $ 2,000,000.00 | 5.0% | $ 8,333.33 | PENDING | - | 1 | Signature Bank | - | - | Investor-IBE | 1185 Caledonia Rd Toronto, Ontario M6A 2X1 | pbrener@incgroup.ca | - | same deal as Chehebars, mailing checks |
| Isaac Shehebar | Chehebar Group | 05/01/20 | $ 15,000,000.00 | $ 15,000,000.00 | 5.0% | $ 62,500.00 | PENDING | - | 1 | Metropolitan Commercial Bank | 0455004854 | 026013356 | Investor-ISH | 1407 Broadway, Suite #503 New York, NY 10018 | isaac@skiva.com | 646.229.8084 | wire routing |
| Jack Terzi | Chehebar Group | 05/01/20 | $ 3,000,000.00 | $ 3,000,000.00 | 5.0% | - | PENDING | - | - | | | | Investor-JTE | 362 Fifth Avenue, 12th Fl New York, NY 10001 | jack@jtreholdings.com | - | pending signed agreement for assignment to zudy / gabriel |
| Josef Chehebar (Jojo) | Chehebar Group | 05/01/20 | $ 2,200,000.00 | $ 2,200,000.00 | 5.0% | $ 9,166.67 | PENDING | - | 1 | JP Morgan Chase | 725098011 | 021000021 | Investor-JCH | 1430 Broadway Rm 704 New York, NY 10018 | jojoc123@gmail.com | - | |
| Joyce Chehebar (Eddie) | Chehebar Group | 05/01/20 | $ 225,000.00 | $ 225,000.00 | 5.0% | $ 937.50 | PENDING | - | 1 | JP Morgan Chase | 3307951078 | 021000021 | Investor-ECH | 21124 East 4th Street Brooklyn, NY 11223 | eddie@chehebar.com | 917.622.0900 | wire routing |
| Lindsay Blake | Chehebar Group | 05/01/20 | $ 325,000.00 | $ 325,000.00 | 5.0% | - | HOLD | - | | | | | Investor-RFR | 11 Cayuga Ct. Springfield, NJ 07081 | chuckfrei@yahoo.com | 973.464.5939 | currently in litigation |
| Michael Berkowitz | Chehebar Group | 05/01/20 | $ 100,000.00 | $ 100,000.00 | 5.0% | $ 416.67 | 04/30/27 | - | 1 | Valley National Bank | 84259744 | 021201383 | Investor-MBE | 11061 Via Sorrento Boyton Beach, FL 33437 | thindustries@aol.com | - | |
| Michael Chehebar | Chehebar Group | 05/01/20 | $ 3,275,000.00 | $ 3,275,000.00 | 5.0% | $ 13,645.83 | PENDING | - | 1 | JP Morgan Chase | 118658571 | 021000021 | Investor-MCH | 1407 Broadway Suite 503 New York, NY 10018 | michael@skiva.com | - | wire routing / accrued $275,000.00 partial accrual on original $1M deal through March 15, 11 months |
| Richard Chera | Chehebar Group | 05/01/20 | $ 1,000,000.00 | $ 1,000,000.00 | 5.0% | $ 4,166.67 | PENDING | - | 1 | Signature Bank | 1503359665 | 026013576 | Investor-RCH | 667 Madison Ave 5th Fl New York, NY 10065 | rchera@cacq.com | - | same deal as Chehebars |
| Robert Frei | Chehebar Group | 05/01/20 | $ 500,000.00 | $ 500,000.00 | 5.0% | - | HOLD | - | | | | | Investor-RFR | 11 Cayuga Ct. Springfield, NJ 07081 | chuckfrei@yahoo.com | 973.464.5939 | currently in litigation |
| She'erit Ezra (Jojo) | Chehebar Group | 05/01/20 | $ 1,000,000.00 | $ 1,000,000.00 | 5.0% | $ 4,166.67 | PENDING | - | 1 | JP Morgan Chase | 737636089 | 021000021 | Investor-SEZ | 676 9th St Lakewood, NJ 08701 | jojoc123@gmail.com | - | wire routing |
| Steven Chehebar (Eddie) | Chehebar Group | 05/01/20 | $ 70,000.00 | $ 70,000.00 | 5.0% | $ 291.67 | PENDING | - | 1 | JP Morgan Chase | 3307951110 | 021000021 | Investor-ECH | 2112 East 4th Street Brooklyn, NY 11223 | eddie@chehebar.com | 917.622.0900 | wire routing |
| MK One Income Fund | Chris McMorrow | 05/01/20 | $ 1,353,775.00 | $ 1,353,775.00 | 5.0% | $ 5,640.73 | 04/30/27 | - | 1 | Citizens Bank | 6312209966 | 036076150 | Investor-MKOF | 373 E Main St Ste 109 Collegeville, PA 19426 | mcmorrowfinancial@gmail.com | - | 07/01 payment will be $4,492.40 |
| Mariner MCA Income Fund | Dan Reisinger | 05/01/20 | $ 4,325,735.00 | $ 4,325,735.00 | 5.0% | $ 18,023.90 | 04/30/27 | - | 1 | Citizens Bank | 6312209974 | 036076150 | Investor-MMIF | 108 Forest Hill Dr. Mall Stop D-2, Blakelee, PA 18610 | dan@safeinvestingservices.com | - | |
| MCA Capital Fund | David Alperstein | 05/01/20 | $ 600,000.00 | $ 600,000.00 | 5.0% | $ 2,500.00 | 04/30/27 | - | 1 | Wells Fargo | 3361663606 | 021200025 | Investor-MNF | 1080 N Delaware Ave Ste 505 Philadelphia, PA 19125 | david@mcacapfund.com | - | |
| MCA National Fund | David Alperstein | 05/01/20 | $ 8,950,000.00 | $ 8,950,000.00 | 5.0% | $ 37,291.67 | 04/30/27 | - | 1 | Wells Fargo | 8629126650 | 021200025 | Investor-MNF | 1080 N Delaware Ave Ste 505 Philadelphia, PA 19125 | david@mcacapfund.com | - | |
| LWM Equity Fund | David Goldner | 05/01/20 | $ 1,213,586.80 | $ 1,213,586.80 | 5.0% | $ 5,056.61 | 04/30/27 | - | 1 | Citizens Bank | 6313174287 | 036076150 | Investor-LWM | 3087 Innovation Way Hermitage, PA 16148 | david@leavelegacy.com | - | |
| LWM Income Fund 2 | David Goldner | 05/01/20 | $ 636,000.00 | $ 636,000.00 | 5.0% | $ 2,650.00 | 04/30/27 | - | 1 | Citizens Bank | 6312210248 | 036076150 | Investor-LWM | 3087 Innovation Way Hermitage, PA 16148 | david@leavelegacy.com | - | |
| LWM Income Fund Parallel LLC | David Goldner | 05/01/20 | $ 4,884,473.65 | $ 4,884,473.65 | 5.0% | $ 20,351.97 | 04/30/27 | - | 1 | Citizens Bank | 6312210344 | 036076150 | Investor-LWM | 3087 Innovation Way Hermitage, PA 16148 | david@leavelegacy.com | - | |
| Dakota Joy Holdings ROTH LLC | Dean Parker | 05/01/20 | $ 1,500,000.00 | $ 1,500,000.00 | 5.0% | $ 6,250.00 | 04/30/27 | - | 1 | First National Bank of Bellville | 132597 | 113103687 | Investor-DAK | 205 Heritage Trail N Bellville, TX 77418 | deanalanparker@gmail.com | - | wiring to parallel fund only, pending signed assignment docs |
| RAZR MCA Fund | Dean Parker | 05/01/20 | $ 987,300.32 | $ 987,300.32 | 5.0% | $ 4,113.75 | 04/30/27 | - | 1 | Citizens Bank | 6312209906 | 036076150 | Investor-RAZR | 205 Heritage Trail N Bellville, TX 77418 | deanalanparker@gmail.com | - | |
| ABFP Income Fund 2 | Dean Vagnozzi | 05/01/20 | $ 6,641,800.00 | $ 6,641,800.00 | 5.0% | $ 27,674.17 | 04/30/27 | - | 1 | Citizens Bank | 6312209745 | 036076150 | Investor-ABFP | 234 Mall Blvd Suite 270 King of Prussia, PA 19406 | dean@abetterfinancialplan.com | 610.812.6656 | |
| ABFP Income Fund 3 Parallel LLC | Dean Vagnozzi | 05/01/20 | $ 28,826,000.00 | $ 27,904,000.00 | 5.0% | $ 116,266.67 | 04/30/27 | - | 1 | Citizens Bank | 6312210220 | 036076150 | Investor-ABFP | 234 Mall Blvd Suite 270 King of Prussia, PA 19406 | dean@abetterfinancialplan.com | 610.812.6656 | Paid back $922,000.00 in 06/20, revised distribution |
| ABFP Income Fund 4 Parallel LLC | Dean Vagnozzi | 05/01/20 | $ 21,276,436.00 | $ 20,631,150.00 | 5.0% | $ 85,963.13 | 04/30/27 | - | 1 | Citizens Bank | 6312210239 | 036076150 | Investor-ABFP | 234 Mall Blvd Suite 270 King of Prussia, PA 19406 | dean@abetterfinancialplan.com | 610.812.6656 | Paid back $645,286.00 in 06/20, revised distribution |
| ABFP Income Fund 6 Parallel LLC | Dean Vagnozzi | 05/01/20 | $ 18,376,074.38 | $ 17,125,074.38 | 5.0% | $ 71,354.48 | 04/30/27 | - | 1 | Citizens Bank | 6312210247 | 036076150 | Investor-ABFP | 234 Mall Blvd Suite 270 King of Prussia, PA 19406 | dean@abetterfinancialplan.com | 610.812.6656 | Paid back $1,251,000.00 in 06/20, revised distribution |
| ABFP Income Fund Parallel LLC | Dean Vagnozzi | 05/01/20 | $ 19,045,690.00 | $ 18,324,690.00 | 5.0% | $ 76,352.88 | 04/30/27 | - | 1 | Citizens Bank | 6312210212 | 036076150 | Investor-ABFP | 234 Mall Blvd Suite 270 King of Prussia, PA 19406 | dean@abetterfinancialplan.com | 610.812.6656 | Paid back $721,000.00 in 06/20, revised distribution |
| Steven Wittmer IRA | Dean Vagnozzi | 05/01/20 | $ 1,004,000.00 | $ 1,004,000.00 | 5.0% | $ 4,183.33 | 04/30/27 | - | 1 | Meridian Bank | 4023461 | 031918828 | Investor-SWI | 122 East Butler Avenue Suite 100 Ambler, PA 19002 | steve.c.wittmer@gmail.com | - | FFC: Steven C. Wittmer - T16091601 |
| Mid Atlantic MCA Fund | Dennis Drake | 05/01/20 | $ 4,650,500.00 | $ 4,650,500.00 | 5.0% | $ 19,377.08 | 04/30/27 | - | 1 | WSFS Bank | 21130077 | 031100102 | Investor-MID | 205 Philadelphia Pike Wilmington, DE 19809 | kathy@smartsadreretirement.com | - | |
| Mark Mehok | Fran Cassidy | 05/01/20 | $ 230,000.00 | $ 230,000.00 | 5.0% | $ 958.33 | 04/30/27 | - | 1 | - | - | - | Investor-MME | 878 Derby Drive West Chester, PA 19380 | mmehok@comcast.net | - | mailing checks |
| Mark Mehok IRA | Fran Cassidy | 05/01/20 | $ 350,000.00 | $ 350,000.00 | 5.0% | $ 1,458.33 | 04/30/27 | - | 1 | Meridian Bank | 4023461 | 031918828 | Investor-MME | 122 East Butler Avenue Suite 100 Ambler, PA 19002 | mmehok@comcast.net | - | FFC: Mark Mehok - S170307-01 |
| Victory Income Fund | Fran Cassidy | 05/01/20 | $ 940,000.00 | $ 940,000.00 | 5.0% | $ 3,916.67 | 04/30/27 | - | 1 | Citizens Bank | 6312209850 | 036076150 | Investor-VIF | 66 E. Golfview Rd. Ardmore, PA 19003 | fcassidyaci@comcast.net | - | |
| Merchant Growth Income Funding | Gary Beasley | 05/01/20 | $ 500,000.00 | $ 500,000.00 | 5.0% | $ 2,083.33 | 04/30/27 | - | 1 | Citizens Bank | 6312209958 | 036076150 | Investor-MGIF | 3110 A-Glen Ora Street Austin, TX 78704 | gary@encore-financial.com | - | |
| Sherpa 1 Income Fund | Greg Talbot | 05/01/20 | $ 9,946,700.00 | $ 9,946,700.00 | 5.0% | $ 41,444.58 | 04/30/27 | - | 1 | Citizens Bank | 6312209869 | 036076150 | Investor-SIF | 27406 N. 22nd Lane Phoenix, AZ 85085 | gregtalbot11@gmail.com | - | |
| Alan Candell | House | 05/01/20 | $ 822,957.43 | $ 692,857.43 | - | $ 40,000.00 | 11/05/21 | - | WEEKLY | Citizens Bank | 036076150 | 6220754577 | Investor-ACA | 9705 Collins Ave. #405 Bal Harbor, FL 33154 | alaneus47@aol.com | 610.745.4512 | principal payback |
| Alvin Holdings | House | 05/01/20 | $ 600,000.00 | $ 600,000.00 | 5.0% | - | HOLD | - | | | | | Investor-AHO | 6029 Mendota Dr. Plano, TX 75024 | spwade@yahoo.com | - | quarterly |
| Equity Trust FBO Patrick Gibbons | House | 05/01/20 | $ 1,065,000.00 | $ 1,065,000.00 | 5.0% | $ 4,437.50 | 04/30/27 | - | 1 | Citi Bank | 205575210 | 321171184 | Investor-PGI | 1 Equity Way West Lake, OH 44145 | gibbop@aol.com | 610.324.0253 | FFC: Patrick J Gibbons, Z141468 - Wiring payments |
| Gary Nitsche | House | 05/01/20 | $ 2,000,000.00 | $ 2,000,000.00 | 5.0% | $ 8,333.33 | 04/30/27 | - | 1 | WSFS | 468907357 | 031100102 | Investor-GNI | 115 Centremost Lane Wilmington, DE 19801 | gnitsche@attys4u.com | 302.528.5999 | |
| Karen Smith | House | 05/01/20 | $ 675,000.00 | $ 675,000.00 | 5.0% | $ 2,812.50 | 04/30/27 | - | 1 | Chase | 110606580 | 111000614 | Investor-KSM | 9028 Villa Park Circle Dallas, TX, 75225 | karen@tararoyal.com | - | |
| Marivel Cartwright | House | 05/01/20 | $ 500,000.00 | $ 500,000.00 | 5.0% | $ 2,083.33 | 04/30/27 | - | 1 | TD Bank | 4311997336 | 031201360 | Investor-JCA | 20 Hornblende Lane, Willingboro, NJ 08046 | jcartwright01@yahoo.com, c_cartwright@ymail.com | 201.951.8996 | paying back $50K of note on 08/01/20, pending revised schedule |
| Nancy Smith | House | 05/01/20 | $ 50,000.00 | $ 50,000.00 | 5.0% | $ 208.33 | 04/30/27 | - | 1 | Chase | 110606580 | 111000614 | Investor-KSM | 9028 Villa Park Circle Dallas, TX, 75225 | karen@tararoyal.com | - | |
| Nashi | House | 05/01/20 | $ 3,985,000.00 | $ 3,685,000.00 | 5.0% | $ 16,604.17 | 04/30/27 | - | 1 | Ent Credit Union | 1.00083E+12 | 307070005 | Investor-NAS | 2 N. Nevada Ave. Suite 1100 Colorado Springs, CO 80903 | Jerod@reacos.com | - | pending payback of principal 08/01/20 |
| Patrick Gibbons | House | 05/01/20 | $ 281,250.00 | $ 281,250.00 | 5.0% | $ 1,171.88 | 04/30/27 | - | 1 | Wells Fargo | 1210000248 | 121000248 | Investor-PGI | 200 Kensey Rd Plymouth Meeting, PA 19462 | gibbop@aol.com | 610.324.0253 | wire only |
| Tember Eaton | House | 05/01/20 | $ 1,000,000.00 | $ 1,000,000.00 | 5.0% | $ 4,166.67 | 04/30/27 | - | 1 | ENT Credit Union | 1.00075E+12 | 307070005 | Investor-TEA | 2 N. Nevada Ave., Suite 1100 Colorado Springs, CO 80903 | rod@reacos.com | - | |
| Titan Holdings LLC | House | 05/01/20 | $ 5,395,000.00 | $ 5,395,000.00 | 5.0% | $ 22,479.17 | 04/30/27 | - | 1 | BB&T Bank | 0000256535149 | 051404260 | Investor-MMI | 809 Autumn Breeze Ct Herndon, VA 20170 | matt@acasiagroup.com | 703.338.9599 | |
| Par Equity Lenders | Isaac Klein | 05/01/20 | $ 5,900,000.00 | $ 5,900,000.00 | 5.0% | - | HOLD | - | | | | | Investor-IKA | 948 Kilmer Lane Valley Stream, NY 11581 | klein.isaac@gmail.com | 347.972.6379 | monthly |
| Jax Fund | Jaclyn Kerbeck | 05/01/20 | $ 503,000.00 | $ 503,000.00 | 5.0% | $ 2,095.83 | 04/30/27 | - | 1 | Citizens Bank | 6312209915 | 036076150 | Investor-JFUN | P.O. Box 143 Gladwyne, PA 19035 | jjacalyn@jaxfund.com | 215.852.9406 | |
| Retirement Evolution | John Gissas | 05/01/20 | $ 7,000,000.00 | $ 7,000,000.00 | 5.0% | $ 29,166.67 | 04/30/27 | - | 1 | Wells Fargo | 2303556902 | 063107513 | Investor-REV | Freedom Plaza 3990 E Sr 44 Wildwood, FL 34785 | Johngissas@aol.com | - | named party on SEC complaint |
| Retirement Evolution Insure Income Fund | John Gissas | 05/01/20 | $ 5,000,000.00 | $ 5,000,000.00 | 5.0% | $ 20,833.33 | 04/30/27 | - | 1 | Wells Fargo | 2303556902 | 063107513 | Investor-REV | Freedom Plaza 3990 E Sr 44 Wildwood, FL 34785 | Johngissas@aol.com | - | named party on SEC complaint |
| Spartan MCA Income Fund Parallel LLC | John Myura | 05/01/20 | $ 3,976,600.00 | $ 3,976,600.00 | 5.0% | $ 16,569.17 | 04/30/27 | - | 1 | Citizens Bank | 6312210255 | 036076150 | Investor-SPIF | 24 Degas Circle Wilmington, DE 19808 | jmyura@abetterfinancialplan.com | - | Paid back $201,000.00 in 06/20, revised distribution |
| Merchant Factoring Income Fund | Joseph Cacchione | 05/01/20 | $ 786,000.00 | $ 786,000.00 | 5.0% | $ 3,275.00 | 04/30/27 | - | 1 | Citizens Bank | 6312209931 | 036076150 | Investor-MIF | 234 Mall Blvd Suite 270 King of Prussia, PA 19406 | joec@abetterfinancialplan.com | - | |
| Wellen Fund I | Joseph Gassman | 05/01/20 | $ 2,317,300.00 | $ 2,317,300.00 | 5.0% | $ 9,655.42 | 04/30/27 | - | 1 | Citizens Bank | 6312209842 | 036076150 | Investor-WFU | 1657 The Fairway #194 Jenkintown, PA 19046 | jgassman@me.com | - | amended note $336,800.00 lower principal, $6,848.76 payment for 08/01/20 |
| Blue Stream Income Fund | Kurt Hemry | 05/01/20 | $ 1,899,950.00 | $ 1,899,950.00 | 5.0% | $ 7,916.46 | 04/30/27 | - | 1 | Citizens Bank | 6312210034 | 036076150 | Investor-BLU | 11535 SW 67th Ave Portland, OR 97223 | kurt@ironwoodwc.com | - | |
| GR8 Income Fund | Mark Nardelli | 05/01/20 | $ 1,380,000.00 | $ 1,380,000.00 | 5.0% | $ 5,750.00 | 04/30/27 | - | 1 | Citizens Bank | 6312209907 | 036076150 | Investor-GRIF | 2232 Page Road, Suite 204 Durham, NC 27703 | mark@gr8funds.com | - | |
| Fidelis Financial Planning | Michael Furman | 05/01/20 | $ 7,455,000.00 | $ 7,455,000.00 | 5.0% | $ 31,062.50 | 04/30/27 | - | 1 | Wells Fargo | 1038889934 | 061100606 | Investor-FID | 1615 Forum Place #500 West Palm Beach, FL 33401 | mfurman@unitedfidelisgroup.com | - | |
| Merchant Services Income Fund Parallel | Michael Tierney | 05/01/20 | $ 18,126,319.00 | $ 18,018,319.00 | 5.0% | $ 75,076.33 | 04/30/27 | - | 1 | Citizens Bank | 6312210271 | 036076150 | Investor-MSI | 234 Mall Blvd King of Prussia, PA 19406 | mike@abetterfinancialplan.com | - | Paid back $108,000.00 in 06/20, revised distribution |
| STFG Income Fund | Paul Nick | 05/01/20 | $ 7,903,980.00 | $ 7,903,980.00 | 5.0% | $ 32,933.25 | 04/30/27 | - | 1 | Citizens Bank | 6312209893 | 036076150 | Investor-STF | 1334 Brittmoore Rd. Ste 1318 Houston, Texas 77043 | pauljnick@gmail.com | - | |
| Dan Cistone | Perry Abbonizio | 05/01/20 | $ 1,050,000.00 | $ 1,050,000.00 | 5.0% | $ 4,375.00 | 04/30/27 | - | 1 | TD Bank | 365322544 | 036001808 | Investor-DCI | 1471 Buck Hill Drive Southampton, PA 18966 | daniel.cistone@verizon.net | - | |
| Daniel O'neill | Perry Abbonizio | 05/01/20 | $ 1,700,000.00 | $ 1,190,000.00 | - | $ 170,000.00 | 02/21/21 | - | 1 | | | | Investor-DON | 1990 Springer Rd Harleysville, PA 19438 | | - | mailing checks |
| Ed Hurd | Perry Abbonizio | 05/01/20 | $ 450,000.00 | $ 450,000.00 | 5.0% | $ 1,875.00 | 04/30/27 | - | 1 | Charles Schwab | 4.40016E+11 | 121202211 | Investor-EHU | 176 Helios Dr Apt 310 Jupiter, FL 33477 | edhurd@aol.com | - | |
| Jose Alves | Perry Abbonizio | 05/01/20 | $ 650,000.00 | $ 650,000.00 | 5.0% | $ 2,708.33 | 04/30/27 | - | 1 | Police and Fire FCU | 0754801017 | 236084285 | Investor-JAL | 1016 Gravel Hill road Southampton, PA 18966 | joseal0725@msn.com | - | |
| Renee Romagnole | Perry Abbonizio | 05/01/20 | $ 250,000.00 | $ 250,000.00 | 5.0% | $ 1,041.67 | 04/30/27 | - | 1 | Charles Schwab | 4.40029E+11 | 121202211 | Investor-RRO/RRE | 176 Helios Dr Apt 310 Jupiter, FL 33477 | rromagnole@gmail.com | - | |
| Timothy Hughes IRA | Perry Abbonizio | 05/01/20 | $ 1,169,375.01 | $ 1,169,375.01 | 5.0% | $ 4,872.40 | 04/30/27 | - | 1 | Meridian Bank | 4023461 | 031918828 | Investor-THU | 122 East Butler Avenue Suite 100 Ambler, PA 19002 | TimH@mss1.com | - | FFC: Timothy P. Hughes - T170221-01 |
| MCA Carolina Income Fund | Philip Sharpton | 05/01/20 | $ 200,000.00 | $ 200,000.00 | 5.0% | $ 833.33 | 04/30/27 | - | 1 | Citizens Bank | 6312209990 | 036076150 | Investor-MCIF | 331 E Main St Suite 200 Rook Hill, SC 29730 | sbsphil@comporium.net | - | |
| AGM Capital Fund | Vinnie Carmada | 07/10/19 | $ 223,000.00 | $ 223,000.00 | 20.0% | $ 3,716.66 | 07/10/20 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 07/25/19 | $ 318,000.00 | $ 318,000.00 | 20.0% | $ 5,300.00 | 07/25/20 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 09/25/19 | $ 620,550.00 | $ 620,550.00 | 20.0% | $ 10,342.50 | 09/25/20 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 10/10/19 | $ 821,695.00 | $ 821,695.00 | 20.0% | $ 13,694.91 | 10/10/20 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 10/25/19 | $ 300,326.24 | $ 300,326.24 | 20.0% | $ 5,005.43 | 10/25/20 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 11/10/19 | $ 518,250.00 | $ 518,250.00 | 20.0% | $ 8,637.50 | 11/10/20 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 11/25/19 | $ 864,250.00 | $ 864,250.00 | 20.0% | $ 14,404.16 | 11/25/20 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 12/10/19 | $ 1,069,500.00 | $ 1,069,500.00 | 20.0% | $ 17,825.00 | 12/10/20 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 12/25/19 | $ 3,795,438.11 | $ 3,795,438.11 | 20.0% | $ 63,257.30 | 12/25/20 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 01/10/20 | $ 2,886,900.00 | $ 2,886,900.00 | 20.0% | $ 48,115.00 | 01/10/21 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 01/25/20 | $ 4,954,787.00 | $ 4,954,787.00 | 20.0% | $ 82,579.78 | 01/25/21 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 02/10/20 | $ 4,891,487.31 | $ 4,891,487.31 | 20.0% | $ 81,524.78 | 02/10/21 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 02/25/20 | $ 3,843,400.00 | $ 3,843,400.00 | 20.0% | $ 64,055.00 | 02/25/21 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 03/10/20 | $ 2,891,965.42 | $ 2,891,965.42 | 20.0% | $ 48,199.20 | 03/10/21 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 03/25/20 | $ 1,140,500.00 | $ 1,140,500.00 | 20.0% | $ 19,008.33 | 03/25/21 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 04/10/20 | $ 1,719,438.04 | $ 1,719,438.04 | 20.0% | $ 28,657.31 | 04/10/21 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 04/25/20 | $ 1,445,000.00 | $ 1,445,000.00 | 20.0% | $ 24,083.33 | 04/25/21 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 05/10/20 | $ 4,227,150.00 | $ 4,227,150.00 | 20.0% | $ 70,452.50 | 05/10/21 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 05/25/20 | $ 4,183,513.27 | $ 4,183,513.27 | 20.0% | $ 69,725.22 | 05/25/21 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 06/10/20 | $ 3,256,414.99 | $ 3,256,414.99 | 20.0% | $ 54,273.58 | 06/10/21 | - | 10 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund | Vinnie Carmada | 06/25/20 | $ 645,700.00 | $ 645,700.00 | 20.0% | $ 10,761.66 | 06/25/21 | - | 25 | TD Bank | 4360439793 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 09/25/19 | $ 607,075.40 | $ 607,075.40 | 18.0% | $ 9,106.13 | 09/25/20 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 10/25/19 | $ 820,350.00 | $ 820,350.00 | 18.0% | $ 12,305.25 | 10/25/20 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 11/10/19 | $ 325,300.00 | $ 325,300.00 | 18.0% | $ 4,879.50 | 11/10/20 | - | 10 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 11/25/19 | $ 505,950.00 | $ 505,950.00 | 18.0% | $ 7,589.25 | 11/25/20 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 12/10/19 | $ 489,167.03 | $ 489,167.03 | 18.0% | $ 7,337.50 | 11/25/20 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 12/10/19 | $ 662,050.00 | $ 662,050.00 | 18.0% | $ 9,930.75 | 12/10/20 | - | 10 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 12/25/19 | $ 145,250.00 | $ 145,250.00 | 18.0% | $ 2,178.75 | 12/25/20 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 01/10/20 | $ 281,200.00 | $ 281,200.00 | 18.0% | $ 4,218.00 | 01/25/21 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 01/10/20 | $ 1,442,700.00 | $ 1,442,700.00 | 18.0% | $ 21,640.50 | 01/10/21 | - | 10 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 02/25/20 | $ 887,700.00 | $ 887,700.00 | 18.0% | $ 13,315.00 | 02/25/21 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 03/10/20 | $ 1,407,316.95 | $ 1,407,316.95 | 18.0% | $ 21,109.75 | 03/10/21 | - | 10 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 03/25/20 | $ 1,308,915.56 | $ 1,308,915.56 | 18.0% | $ 19,633.73 | 03/25/21 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 04/25/20 | $ 150,000.00 | $ 150,000.00 | 18.0% | $ 2,250.00 | 04/25/21 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 05/10/20 | $ 721,700.00 | $ 721,700.00 | 18.0% | $ 10,825.50 | 05/10/21 | - | 10 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 05/25/20 | $ 1,714,050.03 | $ 1,714,050.03 | 18.0% | $ 25,710.75 | 05/25/21 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 06/10/20 | $ 1,257,100.00 | $ 1,257,100.00 | 18.0% | $ 18,856.50 | 06/10/21 | - | 10 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| AGM Capital Fund 2 | Vinnie Carmada | 06/25/20 | $ 35,586.45 | $ 35,586.45 | 18.0% | $ 533.80 | 06/25/21 | - | 25 | TD Bank | 4366238107 | 026013673 | Investor-AGCF | 5260 Merrick Road Massapequa, NY 11758 | jmcarthur@agmorgan.net | - | |
| WorkWell Fund | Yajun Chu | 05/01/20 | $ 502,000.00 | $ 502,000.00 | 5.0% | $ 2,091.67 | 04/30/27 | - | 1 | Citizens Bank | 6312210026 | 036076150 | Investor-WWEF | 1701 Pennsylvania Ave. NW Suite 200 Washington, DC 20006 | michael52725@gmail.com | - | |
| | | | **$ 370,719,940.10** | **$ 365,293,654.10** | | **$ 2,378,402.81** | | | | | | | | | | | |

| Manager | Balance | % | Type | Payback Schedule - 07/24/20 - 07/30/20 | | | |
|---|---|---|---|---|---|---|---|

| Name | Amount | % | Type |  |  | Payable | Paid | Remaining |
|---|---|---|---|---|---|---|---|---|
| Al Vagnozzi | $ 18,694,211.00 | 5.1% | PPM |  |  |  |  |  |
| Alec Vagnozzi | $ 14,162,100.00 | 3.9% | PPM | AGM Capital Fund | $ 368,522.71 | $ 368,522.71 | $ - |  |
| Andy McKinley | $ 201,000.00 | 0.1% | PPM | AGM Capital Fund 2 | $ 72,239.18 | $ 72,239.18 | $ - |  |
| Anthony Sabella | $ 600,000.00 | 0.2% | PPM | AGM Principal (pending) | $ 1,076,035.50 | $ - | $ 1,076,035.50 |  |
| Brian Drake | $ 1,412,000.00 | 0.4% | PPM | RAZR Fund | $ 987,300.32 | $ - | $ 987,300.32 |  |
| Chehebar Group | $ 56,601,250.00 | 15.5% | Direct | Nashi | $ 300,000.00 | $ 100,000.00 | $ 200,000.00 |  |
| Chris McMorrow | $ 1,353,775.00 | 0.4% | PPM |  |  |  |  |  |
| Dan Reisinger | $ 4,325,735.00 | 1.2% | PPM |  |  |  |  |  |
| David Alperstein | $ 9,550,000.00 | 2.6% | PPM |  |  |  |  |  |
| David Goldner | $ 6,734,059.80 | 1.8% | PPM |  |  |  |  |  |
| Dean Parker | $ 2,487,300.32 | 0.7% | PPM |  |  |  |  |  |
| Dean Vagnozzi | $ 91,630,714.38 | 25.1% | PPM |  |  |  |  |  |
| Dennis Drake | $ 4,650,500.00 | 1.3% | PPM |  |  |  |  |  |
| Fran Cassidy | $ 1,520,000.00 | 0.4% | PPM |  |  |  |  |  |
| Gary Beasley | $ 500,000.00 | 0.1% | PPM |  |  |  |  |  |
| Greg Talbot | $ 9,946,700.00 | 2.7% | PPM |  |  |  |  |  |
| House | $ 15,944,107.43 | 4.4% | Direct |  |  |  |  |  |
| Isaac Klein | $ 5,900,000.00 | 1.6% | Direct |  |  |  |  |  |
| Jaclyn Kerbeck | $ 503,000.00 | 0.1% | PPM |  |  |  |  |  |
| John Gissas | $ 12,000,000.00 | 3.3% | PPM |  |  |  |  |  |
| John Myura | $ 3,976,600.00 | 1.1% | PPM |  |  |  |  |  |
| Joseph Cacchione | $ 786,000.00 | 0.2% | PPM |  |  |  |  |  |
| Joseph Gassman | $ 2,317,300.00 | 0.6% | PPM |  |  |  |  |  |
| Kurt Hemry | $ 1,899,950.00 | 0.5% | PPM |  |  |  |  |  |
| Mark Nardelli | $ 1,380,000.00 | 0.4% | PPM |  |  |  |  |  |
| Michael Furman | $ 7,455,000.00 | 2.0% | PPM |  |  |  |  |  |
| Michael Tierney | $ 18,018,319.00 | 4.9% | PPM |  |  |  |  |  |
| Paul Nick | $ 7,903,980.00 | 2.2% | PPM |  |  |  |  |  |
| Perry Abbonizio | $ 4,759,375.01 | 1.3% | Direct |  |  |  |  |  |
| Philip Sharpton | $ 200,000.00 | 0.1% | PPM |  |  |  |  |  |
| Vinnie Carmada | $ 57,378,677.00 | 15.7% | PPM |  |  |  |  |  |
| Yajun Chu | $ 502,000.00 | 0.1% | PPM |  |  |  |  |  |
|  | $ 365,293,654.10 |  |  |  |  |  |  |  |

| | | |
|---|---|---|
| Total PPM: | $ 281,748,921.76 | |
| Total Direct: | $ 83,544,732.34 | |
| | $ 365,293,654.10 | |