UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING,** *et al.***,**

    Defendants.
_____/

**ORDER GRANTING RECEIVER RYAN K. STUMPHAUZER'S MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN COUNTERPARTIES IN DEFAULT UNDER AGREEMENTS WITH COMPLETE BUSINESS SOLUTIONS GROUP, INC., CAPITAL SOURCE 2000, INC., LIBERTY EIGHTH AVENUE, LLC, OR CONTRACT <u>FINANCING SOLUTIONS, INC.</u>**

**THIS CAUSE** comes before the Court upon the Receiver Ryan K. Stumphauzer's Motion to Lift Litigation Injunction as to Certain Counterparties in Default Under Agreements with Complete Business Solutions Group, Inc. ("CBSG"), Capital Source 2000, Inc. ("CS2000"), Liberty Eighth Avenue, LLC ("Liberty Eighth"), or Contract Financing Solutions, Inc. ("CFS") [ECF No. 1346] ("Motion"), filed on August 4, 2022.

Through this Motion, the Court-Appointed Receiver, Ryan K. Stumphauzer ("Receiver"), seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the Litigation Injunction for the limited purpose of allowing the Receiver to pursue claims against certain counterparties in default under agreements with CBSG, CS2000, Liberty Eighth, or CFS ("Agreements"). The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED**.

Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted so as to allow the Receiver to pursue claims, as he deems appropriate, against the following counterparties, as well as certain of the guarantors under the various Agreements and any collateral and security these counterparties provided to CBSG, CS2000, Liberty Eighth, or CFS:

   a. Alternative Materials, LLC

   b. Ashika Shoes

   c. CMAC Mechanical, LLC

   d. Dr. Dino Demetriou d/b/a United Chiropractic

   e. GPCR, Inc.

   f. GR Rodent Proofing, Inc.

   g. Keys Karts & ATVs, LLC

   h. Luscher HVAC, Inc.

   i. Mike Reaves Mechanical, LLC

   j. Nola Creations, LLC

   k. Prodigal Sons and Daughters Behavioral Healthcare, Inc.

   l. Quest Express, Inc.

   m. Star Nails and Spa, SP

   n. Tag Motors, LLC

   o. Vicki Alstrom Sole Proprietor

   p. Waroquier Coal Company

   q. Westhill Risk Management Corporation

r. Winslow's Delivery Services

s. Worldwide Guru Corporation

t. YLT Wholesale, Inc.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of August, 2022.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record