UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING,** *et al.*,

    Defendants.
_____/

**ORDER GRANTING RECEIVER RYAN K. STUMPHAUZER'S COMBINED TWENTY-FIFTH MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS AND TO AUTHORIZE RECEIVER TO DISMISS WITHOUT PREJUDICE *FAST ADVANCE FUNDING, LLC V. STRUCTURAL SOLUTIONS OF NJ, LLC, ET AL.* IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**THIS CAUSE** comes before the Court upon the Receiver's Combined Twenty-Fifth Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings and to Authorize Receiver to Dismiss Without Prejudice *Fast Advance Funding, LLC v. Structural Solutions of NJ, LLC, et al.* in the United States District Court for the Eastern District of Pennsylvania [ECF No. 1345] ("Motion"), filed on August 4, 2022.

In Section I of the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose of authorizing the Receiver, in his discretion, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either

has resolved or agreed to resolve prior defaults, or otherwise filed for bankruptcy protection, in certain cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested in Section I thereof. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purpose as described in the Motion:

a. *Complete Business Solutions Group Inc. d/b/a Par Funding v. South Trails RV Center LLC, d/b/a South Trails RV Center and Michael Schriver,* Philadelphia Court of Common Pleas, Docket No. 200100901.

b. *Complete Business Solutions Group Inc. d/b/a Par Funding v. First American International and Investment Corporation d/b/a Faith Global Realty Group and Ginny Lin,* Philadelphia Court of Common Pleas, Docket No. 191003369.

c. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Williams Group Inc. d/b/a Williams Group d/b/a Advanced Construction Services and Luke Williams,* Philadelphia Court of Common Pleas, Docket No. 200600184.

d. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Mayeuxs Lawnscape LLC d/b/a Mayeuxs Lawnscape and Taylor Mayeuxs,* Philadelphia Court of Common Pleas, Docket No. 191203139.

e. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Dreamforte LLC d/b/a Dreamforte and Remymartin Obidiegwu Okafor,* Philadelphia Court of Common Pleas, Docket No. 190703277.

f. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Beautifully Bare LLC d/b/a Beautifully Bare d/b/a Beautifully Bare Laser d/b/a Beautifully Bare Laser Hair Removal, Teresa Moran, and Wendy Barto,* Philadelphia Court of Common Pleas, Docket No. 200400222.

    g. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Pearl City Inc. d/b/a Pearl City d/b/a Pearl City Consultants, and Yang Ming Hu*, Philadelphia Court of Common Pleas, Docket No. 200202349.

    h. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Boshart Enterprises Inc. d/b/a Boshart Enterprises d/b/a BIG T IGA, and Aaron Boshart*, Philadelphia Court of Common Pleas, Docket No. 190703694.

    i. *Complete Business Solutions Group Inc. d/b/a Par Funding v. TTS Bridal Suite Inc. d/b/a TTS Bridal Suite d/b/a TT'S Bridal Suite, d/b/a Bridal Suite of Centereach, and William John Gardell*, Philadelphia Court of Common Pleas, Docket No. 200202524.

    j. *Contract Financing Solutions Inc. v. Market ST LLC d/b/a Market St., and Matthew Grubb*, Philadelphia Court of Common Pleas, Docket No. 200101185.

    k. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Chris Bartek Sole Proprietor d/b/a Youngs HVAC Pros, and Chris D. Bartek*, Philadelphia Court of Common Pleas, Docket No. 200102926.

    l. *Contract Financing Solutions Inc. v. Duffy Enterprises LLC d/b/a All American Tree Service d/b/a Duffy Enterprises, and Michael Patrick Duffy*, Philadelphia Court of Common Pleas, Docket No. 191202404.

In Section II of the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order to dismiss, without prejudice, the Complaint filed in the United States District Court for the Eastern District of Pennsylvania styled *Fast Advance Funding, LLC v. Structural Solutions of NJ, LLC, et al.*, Case No. 2:20-cv-01961-MAK.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested in Section II thereof. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted so as to allow the Receiver to dismiss, without prejudice, the Complaint filed in the United

States District Court for the Eastern District of Pennsylvania styled *Fast Advance Funding, LLC v. Structural Solutions of NJ, LLC, et al.*, Case No. 2:20-cv-01961-MAK.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of August 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of record