UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
 INC. d/b/a/ PAR FUNDING, et al.,
_____/

## PLAINTIFF'S UNOPPOSED MOTION

Plaintiff Securities and Exchange Commission hereby seeks an Order striking the Commission's initial Reply [ECF No. 1339], which is not the correct file. The Commission filed an Amended Reply on August 4, 2022, and seeks a one-day enlargement of time so that the Amended Reply (DE 1341) is deemed timely filed.

Accordingly, the Commission respectfully seeks an Order striking from the record Docket Entry 1339 and directing the Clerk of Court to Strike Docket Entry 1339 and deem the Amended Reply DE 1341 timely filed.

Counsel for Defendants Michael Furman, Joseph LaForte, Lisa McElhone, and Joseph Cole Barleta do not oppose the relief sought in this Motion.

August 17, 2022           Respectfully submitted,

             By:   Amie Riggle Berlin
                Amie Riggle Berlin
                Senior Trial Counsel
                Florida Bar No. 630020
                Direct Dial: (305) 982-6322
                Email: berlina@sec.gov
                Attorney for Plaintiff

SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF CONFERRAL

Undersigned conferred with defense counsel for all defendants at issue in the Motion for Final Judgments and Omnibus Reply in support thereof - namely, counsel for Furman, LaForte, McElhone, and Cole Barleta - who advised that they do not oppose the relief sought in this motion.

<u>Amie Riggle Berlin</u>
Amie Riggle Berlin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 17th day of August 2022 via CM-ECF on all defense counsel in this case.

<u>Amie Riggle Berlin</u>
Amie Riggle Berlin