UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
INC. d/b/a/ PAR FUNDING, et al.,
_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION

**THIS MATTER** came before the Court upon Plaintiff, Securities and Exchange Commission's Unopposed Motion. The Court having reviewed the motion and the record and finding good cause for the Plaintiff's request,

**IT IS HEREBY ORDERED** that the Motion **IS GRANTED.** Plaintiffs initial Reply (DE 1339) is stricken and the Clerk of Court is directed to remove DE 1339 from the record and the Amended Reply filed August 4, 2022 (DE 1341) is deemed timely filed .

**DONE** and **ORDERED** in Fort Lauderdale, Florida, this ____ day of August 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

Copies to:  All Counsel of Record