UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
INC. d/b/a PAR FUNDING, *et al.*,

    Defendants.
_____/

## DEFENDANTS JOSEPH LAFORTE AND LISA MCELHONE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPPOSITION TO THE RECEIVER'S MOTION TO SHOW CAUSE

    Defendants, Joseph LaForte and Lisa McElhone (collectively the "Defendants"), by and through their undesigned counsel, respectfully request an extension of time of one business day to file their Memorandum in Opposition to the Receiver's Motion for an Order to Show Cause why the Defendants should not be held in contempt (D.E. 1328), and as support therefore state as follows:

    1.    The current deadline for the Defendants to file their Memorandum in Opposition to the Receiver's Order to Show Cause why the Defendants should not be held in contempt is August 26, 2022.

    2.    Defendants respectfully request an extension of this deadline for one business day (through Monday, August 29th) due to the press of other deadlines and unforeseen circumstances that have delayed the completion of the Defendants' work.

3. The Defendants also believe that this brief extension is warranted because the Receiver only recently provided the Defendants with the bank statements and other records which he relied upon in preparing and filing the contempt motion.[1]

4. The Defendants have been working expeditiously on this matter, but require time to evaluate the Receiver's newly produced materials in order to respond to the Receiver's allegations and prepare their defenses.

5. Defendants are seeking a one-day extension of the deadline due to the foregoing circumstances, and not for the purposes of delay.

6. The Receiver does not oppose the requested extension, and has advised that he would also like a brief extension (through Thursday, September 8) to file a Reply brief. Assuming the Court grants Defendants a one-day extension, the Defendants have no objection to the Receiver being given the extension he requested.

WHEREFORE, the Defendants Joseph LaForte and Lisa McElhone respectfully request a one-day extension of time, up to and including August 29, 2022, to file their Response to the Receiver's Motion for an Order to Show Cause, and request that the Receiver be given a one-day extension, up to and including September 8, 2022, to file his Reply.

### S.D. Fla L. R. 7.1(a)(3) Certification of Counsel

Counsel for the Defendants hereby certify that they have conferred with counsel for the Receiver, Timothy A. Kolaya, and are authorized to represent that the Receiver does not oppose the relief sought in this Motion.

---

[1] These materials were produced by the Receiver at 9:56 p.m. on Friday August 19, 2022 – one week before Defendants response brief was due – even though the Defendants had asked for them nine days prior, and had procured the Receiver's agreement to produce them seven days before the production was actually made.

| | |
|---|---|
| **KOPELOWITZ OSTROW**<br>**FERGUSON WEISELBERG GILBERT**<br>*Attorneys for Joseph W. LaForte*<br>One W. Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 525-4100<br><br>By: */s/ David L. Ferguson*<br>  DAVID L. FERGUSON<br>  Florida Bar Number: 0981737<br>  Ferguson@kolawyers.com<br>  JOSHUA R. LEVINE<br>  Florida Bar Number: 91807<br>  Levine@kolawyers.com | **KAPLAN ZEENA LLP**<br>*Attorneys for Defendant Lisa McElhone*<br>2 South Biscayne Boulevard, Suite 3050<br>Miami, Florida 33131<br>Telephone: (305) 530-0800<br>Facsimile: (305) 530-0801<br><br>By: */s/ James M. Kaplan*<br>  JAMES M. KAPLAN<br>  Florida Bar No.: 921040<br>  james.kaplan@kaplanzeena.com<br>  elizabeth.salom@kaplanzeena.com<br>  service@kaplanzeena.com<br>  NOAH E. SNYDER<br>  Florida Bar No.: 107415<br>  noah.snyder@kaplanzeena.com<br>  maria.escobales@kaplanzeena.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  25th  day of August, 2022, I electronically filed the forgoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmissions of Notices of Electronic Filing generated by CM/ECF.

By: */s/ James M. Kaplan*
  JAMES M. KAPLAN