IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

   Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al.,

   Defendants.
_____/

### RECEIVER'S AND LISA MCELHONE AND JOSEPH LAFORTE'S WITNESS LISTS AND EXHIBIT LISTS FOR CONTEMPT HEARING ON SEPTEMBER 12, 2022

 Ryan K. Stumphauzer, Esq., Court-Appointed Receiver ("Receiver") of the Receivership Entities, and Defendants Lisa McElhone ("McElhone") and Joseph LaForte ("LaForte"), by and through their respective undersigned counsel, pursuant to this Court's Paperless Order dated September 8, 2022 [ECF No. 1399], hereby file their witness lists and exhibit lists for the contempt hearing scheduled for September 12, 2022, at 11:00 a.m., on the Receiver's Motion for an Order to Show Cause Why Defendants Joseph LaForte and Lisa McElhone Should Not Be Held in Contempt [ECF No. 1328] (the "Motion")

I.   **Witness Lists**

A.   **Receiver's Witness List**[1]

1. Receiver, Ryan K. Stumphauzer, Esq. (In Person)

    a. The Receiver will testify about (i) his investigation into certain merchants that owed balances under their merchant cash advance agreements with the Receivership Entities but made payments to other companies and (ii) his review of bank records and other information he obtained through the issuance of subpoenas.

    b. Estimated Time for Direct and Cross Examination: 1 hour and 45 minutes.

2. John Mulvihill (In Person)

    a. Mr. Mulivhill is expected to testify about transactions involving the payment of money into the bank account of his company, BG Sky Trade, LLC, and transfers out of that account.

    b. Estimated Time for Direct and Cross Examination: 1 hour and 15 minutes.

3. Francis Scarpati (By Deposition)[2]

    a. Mr. Scarpati will testify about his involvement in collecting payments from merchants of the Receivership Entities and the transfer of those funds to Mr. LaForte and Ms. McElhone's attorneys and other professionals in this case, as well as their family members and associates.

    b. Estimated Time for Direct and Cross Examination: 10 minutes.

4. Joseph LaForte (By Proffer / Stipulation)

    a. The Receiver will proffer specific questions he intended to ask of Mr. LaForte at the hearing, and counsel for Mr. LaForte will stipulate that Mr. LaForte

---

[1] The Receiver has served subpoenas on James "Jimmy" LaForte and Sage Choi LaForte commanding them to appear and testify at the hearing, but understands that neither of these witnesses are likely to appear. In the event they do appear, the Receiver intends to question them about their involvement in receiving and/or transferring funds that are the subject of the Motion.

[2] The Receiver does not intend to read the deposition transcript into the record. Rather, the Receiver intends to provide the Court with a copy of the transcript and identify those portions that are relevant to the Motion.

   would have asserted his Fifth Amendment Rights and refused to provide a substantive response to those questions.

   b. Estimated Time for Direct and Cross Examination: 10 minutes.

5. Lisa McElhone (By Proffer / Stipulation)

   a. The Receiver will proffer specific questions he intended to ask of Ms. McElhone at the hearing, and counsel for Ms. McElhone will stipulate that Ms. McElhone would have asserted his Fifth Amendment Rights and refused to provide a substantive response to those questions.

   b. Estimated Time for Direct and Cross Examination: 10 minutes.

B. **Lisa McElhone and Joseph LaForte's Witness List[3,4]**

   1. Francis Scarpati (By Deposition and Declaration)

      a. Mr. Scarpati will testify regarding a loan he made to James LaForte and payments he made on James LaForte's behalf as part of that loan, his employment with CFS and unilateral efforts to collect from CFS clients before the Receivership was expanded over CFS, and other matters which are the subject of his Declaration.

      b. Estimated Time for Direct and Cross Examination: 10 minutes.

   2. James LaForte (by Declaration)

      a. James LaForte will testify regarding the matters which are the subject of his Declaration.

      b. Estimated Time for Direct and Cross Examination: 5 minutes

---

[3] McElhone and LaForte reserve the right to call any witness which the Receiver calls on direct to the extent necessary to offer relevant testimony that the witness is competent to proffer which may go beyond the scope of cross-examination.

[4] The Receiver objects to the admissibility of the testimony of any witness "by declaration." Specifically, the Receiver objects to the admissibility of the Declaration of James LaForte and the Declaration of Vincent Bardong, given that these declarations are hearsay and the statements contained therein are not subject to cross examination. As for Francis Scarpati, the Receiver had an opportunity to examine this witness at a deposition regarding his declaration and, therefore, the Receiver does not object to the admissibility of this declaration for the purpose of allowing the Court to consider the statements donts in declaration in the context of his deposition testimony.

3. Vincent Bardong (By Declaration)

    a. Mr. Bardong will testify regarding the matters which are the subject of his Declaration.

    b. Estimated Time for Direct and Cross Examination: 5 minutes.

## II. Exhibit Lists[5]

### A. Receiver's Exhibit List

| No. | Description |
|---|---|
| 1 | Bank of America - Records Custodian Declaration – Financial Mutual Account x8062 |
| 2 | Bank of America - Account Statement - Financial Mutual Account x8062 |
| 3 | Bank of America - Records Custodian Declaration – Financial Mutual Account x8758 |
| 4 | Bank of America - Account Statement - Financial Mutual Account x8758 |
| 5 | Bank of America - Records Custodian Declaration – Platinum Rapid Account x0184 |
| 6 | Bank of America – Account Statement – Platinum Rapid Account x0184 |
| 6a | Bank of America – Wire Details – Platinum Rapid Account x0184 |
| 7 | Fifth Third Bank - Records Custodian Declaration – Platinum Rapid Account x2104 |
| 8 | Fifth Third Bank – Account Statement – Platinum Rapid Account x2104 |
| 9 | Fifth Third Bank – Account Statement – Platinum Rapid Account x2112 |
| 10 | Fifth Third Bank – Account Statement – Platinum Rapid Account x2120 |
| 11a | Fifth Third Bank – ACH Data – Platinum Rapid Account x2104 |
| 11b | Fifth Third Bank – ACH Data – Platinum Rapid Account x2112 |
| 11c | Fifth Third Bank – ACH Data – Platinum Rapid Account x2120 |
| 12 | Fifth Third Bank – Wire Details – Platinum Rapid (All Accounts) |
| 13 | Email Between Tyson Hoff and "Terry Lane" at CFS dated May 4, 2021 |
| 14 | Letter on Platinum Rapid Letterhead to Alpero General Contracting |
| 15 | Wire Transfer from Lee Roofing to Financial Mutual |
| 16 | Summary of Payments from CFS Merchants to Financial Mutual / Platinum Rapid |
| 17 | TD Bank - Records Custodian Declaration – BG SKY Trade |
| 18 | TD Bank – Account Statement – BG SKY Trade Account x4771 |
| 18a | TD Bank – Wire Details – BG SKY Trade Account x4771 |
| 19a | Summary of Payments from B&T and Lifeguard to BG Sky Trade |
| 19b | Summary of Payments from Bene Market to BG Sky Trade |
| 19c | Summary of Payments from Bene Market to Financial Mutual |
| 20 | BCB - Records Custodian Declaration – Bushwick |
| 21 | BCB – Account Statement – Bushwick Account x0608 |
| 21a | BCB – Checks – Bushwick Account x0608 |
| 22 | BCB – Account Statement – Bushwick Account x0616 |

---

[5] The parties reserve the right to object to the admissibility of the exhibits listed on the opposing party's exhibit list.

| 22a | BCB – Checks – Bushwick Account x0616 |
|-----|---------------------------------------|
| 22b | BCB –Incoming Wires – Bushwick Account x0616 |
| 22c | BCB –Incoming Wires 2 – Bushwick Account x0616 |
| 22d | BCB – Outgoing Wires – Bushwick Account x0616 |
| 22e | BCB – Outgoing Wires 2 – Bushwick Account x0616 |
| 23a | Summary of Funds Distributed from Financial Mutual |
| 23b | Summary of Funds Distributed from BG Sky Trade |
| 23c | Summary of Funds Distributed from Bushwick BG |
| 24  | Deposition Transcript of Frank Scarpati and exhibits thereto |
| 25  | Excerpts of Text Messages (John Mulvihill and Frank Scarpati) |
| 26  | Excerpts of Text Messages (John Mulvihill and James "Jimmy" LaForte) |

B.   **Lisa McElhone and Joseph LaForte's Exhibit List**

| No. | Description |
|-----|-------------|
| 27  | Declaration of James LaForte |
| 28  | Declaration of Francis Scarpati |
| 29  | Deposition Transcript of Francis Scarpati and Exhibit B to his Deposition |
| 30  | Declaration of Vincent Bardong |
| 31  | Firstrust Bank – Account Statements - CFS Account x3794 |
| 32  | Firstrust Bank – Account Statements - CFS Account x3760 |
| 33  | Florida Division of Corporations Entity Details for Lee Roofing LLC and Alpero General Contracting and Roofing Systems LLC |

Dated: September 10, 2022                    Respectfully Submitted,

**KOPELOWITZ OSTROW**                        **STUMPHAUZER FOSLID**
**FERGUSON WEISELBERG GILBERT**              **SLOMAN ROSS & KOLAYA, PLLC**
One W. Las Olas Blvd., Suite 500             Two South Biscayne Blvd., Suite 1600
Fort Lauderdale, Florida 33301               Miami, FL 33131
Tel: (954) 525-4100                          Telephone: (305) 614-1400
                                             Facsimile: (305) 614-1425

By: */s/ David L. Ferguson*                  By: */s/ Timothy A. Kolaya*
DAVID L. FERGUSON                            TIMOTHY A. KOLAYA
Florida Bar Number: 0981737                  Florida Bar No. 056140
Ferguson@kolawyers.com                       tkolaya@sfslaw.com

*Attorneys for Defendant Joseph W. LaForte*  *Co-Counsel for Receiver*

| | |
|---|---|
| **KAPLAN ZEENA LLP**<br>2 South Biscayne Boulevard, Suite 3050<br>Miami, Florida 33131<br>Telephone: (305) 530-0800<br>Facsimile: (305) 530-0801<br><br>By: */s/ James M. Kaplan*<br>JAMES M. KAPLAN<br>Florida Bar No.: 921040<br>james.kaplan@kaplanzeena.com<br>elizabeth.salom@kaplanzeena.com<br>service@kaplanzeena.com<br>NOAH E. SNYDER<br>Florida Bar No.: 107415<br>noah.snyder@kaplanzeena.com<br>maria.escobales@kaplanzeena.com<br>julie.valdes@kaplanzeena.com<br><br>*Attorneys for Defendant Lisa McElhone* | **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103<br>Telephone: (215) 320-6200<br>Facsimile: (215) 981-0082<br><br>By: */s/ Gaetan J. Alfano*<br>GAETAN J. ALFANO<br>Pennsylvania Bar No. 32971<br>(Admitted Pro Hac Vice)<br>GJA@Pietragallo.com<br><br>*Co-Counsel for Receiver* |

**LAW OFFICES OF ALAN S. FUTERFAS**
565 Fifth Avenue, 7th Floor
New York, New York 10017
Telephone: 212-684-8400

By: */s/ Alan S. Futerfas*
ALAN S. FUTERFAS
*Admitted Pro Hac Vice*
asfuterfas@futerfaslaw.com

*Attorneys for Defendant Lisa McElhone*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2022, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA
