UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

          **Plaintiff,**

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
   INC. d/b/a/ PAR FUNDING, et al.,

          **Defendants.**
_____/

## JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS

On September 14, 2022, the Court conducted a hearing on Plaintiff's Omnibus Motion for Final Judgment Against Defendants Furman, Barleta, LaForte and McElhone (the "Omnibus Motion"). At the conclusion of that hearing, the Court advised the parties that it would reserve ruling on the Omnibus Motion to provide them with additional time to discuss potential settlements, and that the parties should file a Joint Status Report with an update on their settlement negotiations on or before September 23, 2022. *See* also Paperless Order, ECF No. 1414).

Since the September 14 hearing, counsel for the parties have engaged in earnest settlement discussions, involving numerous settlement conferences conducted virtually and by phone. The parties were not able to reach a settlement. Mr. Zachary Hyman, on behalf of Defendant Michael Furman, and Andre Raikhelson, on behalf of Cole, agree to this filing.

September 23, 2022        Respectfully submitted,

        By:     <u>s/Amie Riggle Berlin</u>
               Amie Riggle Berlin, Esq.
               Senior Trial Counsel
               Florida Bar No. 630020
               Direct Dial: (305) 982-6322
               Direct email: berlina@sec.gov

               Attorney for Plaintiff
               **SECURITIES AND EXCHANGE COMMISSION**
               801 Brickell Avenue, Suite 1950
               Miami, Florida 33131

Telephone: (305) 982-6300
Facsimile:   (305) 536-4154

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
*Attorneys for Joseph W. LaForte*
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100

By: */s/ David L. Ferguson*
    DAVID L. FERGUSON
    Florida Bar Number:  0981737
    Ferguson@kolawyers.com
    JOSHUA R. LEVINE
    Florida Bar Number: 91807
    Levine@kolawyers.com

**LAW OFFICES OF ALAN S. FUTERFAS**
565 Fifth Avenue, 7th Floor
New York, New York  10017
Telephone:  212-684-8400
asfuterfas@futerfaslaw.com
*Attorneys for Lisa McElhone*

By:  */s/ Alan S. Futerfas*
     ALAN S. FUTERFAS
     *Admitted Pro Hac Vice*

**KAPLAN ZEENA LLP**
*Attorneys for Defendant Lisa McElhone*
2 South Biscayne Boulevard, Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801

By: */s/ James M. Kaplan*
    JAMES M. KAPLAN
    Florida Bar No.: 921040
    james.kaplan@kaplanzeena.com
    elizabeth.salom@kaplanzeena.com
    service@kaplanzeena.com
    NOAH E. SNYDER
    Florida Bar No.: 107415
    noah.snyder@kaplanzeena.com
    maria.escobales@kaplanzeena.com
    julie.valdes@kaplanzeena.com