UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.,*

    Defendants.

_____/

## WILLIAM G. WOLK, ESQ.'S AND EATON & WOLK, PL'S MOTION TO WITHDRAW AS LOCAL COUNSEL

Movants WILLIAM G. WOLK, ESQ. and EATON & WOLK, PL move this Court to enter an order permitting them to withdraw as local counsel for Defendant DEAN VAGNOZZI and BOCHETTO & LENTZ, P.C. In support, Movants state as follows:

1. Undersigned counsel appeared in this matter as local counsel for Bochetto & Lentz, P.C., which had filed a Motion to Lift Stay of Litigation to permit Dean Vagnozzi to pursue a legal malpractice claim in his individual capacity against Eckert Seamans.

2. On September 8, 2022, the Court lifted that stay. [D.E. 1398].

3. As a result, undersigned counsel's work in this case has ended.

WHEREFORE, Movants WILLIAM G. WOLK, ESQ. and EATON & WOLK, PL respectfully move the Court for an order permitting them to withdraw as local counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed on October 18, 2022 with the CM/ECF filing portal, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

**EATON & WOLK, PL**
*Local Counsel for Bochetto & Lentz, P.C.*
2665 S. Bayshore Drive, Suite 609
Miami, Florida 33133
Telephone: 305-249-1640
Email:  wwolk@eatonwolk.com
            mcomas@eatonwolk.com

By:    *s/William G. Wolk*
            WILLIAM G. WOLK
            FBN: 103527