UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice [ECF No. 1452] indicating that at this stage, administratively closing this case would be appropriate. Litigation on liability issues has concluded, Final Judgments have been entered against all Defendants, and Plaintiff and Receiver have notified the Court that the Receiver is consenting to Final Judgments against the corporate Defendants—all of which obviates the need for further litigation. The Court having carefully reviewed the file, the Notice, and being otherwise fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file all appropriate documents regarding the claims administration portion of this action.

    2. The Court retains jurisdiction to enforce the Final Judgments and to oversee the Receivership.

    3. The SEC can seek to re-open the case for the purpose of entering the Receiver's Consent Judgments after the SEC staff obtains authorization from the Commissioners of the SEC.

4. The Clerk shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of November, 2022.

                                              **RODOLFO A. RUIZ II**
                                              **UNITED STATES DISTRICT JUDGE**