**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-81205-RAR**

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.*,

    Defendants.
_____/

**INTERIM SCHEDULING ORDER**
**REGARDING THE CLAIMS ADMINISTRATION PROCESS AND**
**ORDER SETTING INTERIM CASE MANAGEMENT CONFERENCE**

Pursuant to the Court's Order dated November 21, 2022 [ECF No. 1447], the Securities and Exchange Commission, Defendants Lisa McElhone and Joseph LaForte, and the Receiver, Ryan K. Stumphauzer (the "Receiver") (collectively, the "Parties"), have conferred and proposed this schedule for the Court's consideration regarding the claims administration process in this litigation. The Court, having reviewed the parties' proposed scheduling order and the record in this matter, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. On or before **December 2, 2022**, the Receiver shall file a motion and proposed order with the Court to authorize the Receiver's engagement of a claims administration company to assist the Receiver in the administration of the claims process in this litigation.

2. On or before **December 16, 2022**, the Receiver shall file a Motion to Establish and Approve (i) Procedure to Administer and Determine Claims, (ii) Proof of Claim Form, (iii) Claims

Bar Date, and (iv) Notice Procedures, along with a proposed order, which will establish the claims administration process for this litigation.

3. The Court will conduct an interim status conference via Zoom on **Wednesday January 11, 2023 at 11:00 A.M.**, during which the Court will request the Parties to provide an update regarding the progress of the claims administration process. The Zoom conference can be accessed at:

https://www.zoomgov.com/j/1619666946?pwd=eld5c29zeldQRFFjUDhDQkx4Rzd3Zz09

Meeting ID is 161 966 6946 and the Passcode is 872384.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of November, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of Record