**Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING RECEIVER, RYAN K. STUMPHAUZER'S MOTION FOR EXTENSION OF TIME TO FILE, AND FOR LEAVE TO EXCEED PAGE LIMITATION ON, MOTION TO ESTABLISH AND APPROVE: (1) PROOF OF CLAIM FORM; (2) CLAIMS BAR DATE AND NOTICE PROCEDURES; AND (3) PROCEDURE TO ADMINISTER AND DETERMINE CLAIMS**

THIS CAUSE comes before the Court upon Receiver, Ryan K. Stumphauzer's ("Receiver") Motion for Extension of Time to File, and for Leave to Exceed Page Limitation on, Motion to Establish and Approve: (1) Proof of Claim Form; (2) Claims Bar Date and Notice Procedures; and (3) Procedure to Administer and Determine Claims (the "Motion") [ECF No. _____].

Having reviewed the Motion and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline for the Receiver to file the Motion to Establish and Approve: (1) Proof of Claim Form; (2) Claims Bar Date and Notice Procedures; and (3) Procedure to Administer and Determine Claims is extended to Wednesday, December 21, 2022. Further, the Receiver is authorized to file a 25-page Motion to Establish and Approve: (1) Proof of Claim Form; (2) Claims Bar Date and Notice Procedures; and (3) Procedure to Administer and Determine Claims.

- 2 -

**DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of December, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of record