**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:20-cv-81205-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

v.

**COMPLETE BUSINESS SOLUTIONS GROUP,**
**INC. d/b/a/ PAR FUNDING, et al.,**

        **Defendants**
_____/

**DEFENDANT JOSEPH COLE BARLETA'S UNOPPOSED MOTION**
**TO RELEASE CAPITAL SOURCE 2000 FROM THE RECEIVERSHIP**

    Defendant **JOSEPH COLE BARLETA** ("Barleta"), by and through their undersigned counsel, hereby move the Court for entry of an order to release Capital Source 2000 ("CS 2000") from the Receivership, and to address the disposition of certain bank accounts and assets, and respectfully state in support as follows:

    1.    After extensive discussions with counsel for both the Receiver and the SEC, Barleta has prepared the enclosed draft order that would accomplish the separation of Capital Source 2000 and to clarify the release of certain assets and accounts. The substance of the relief is fully described in the proposed order submitted herewith and attached hereto as Text of Proposed Order and will not be repeated herein.

    2.    Moreover, Barleta has provided a sworn declaration, attached hereto as Exhibits A, attesting to the factual matters set forth in the proposed order.

    3.    It should be known to the Court that Mr. Barleta has 70% ownership, while Mr. Bromney has 30% ownership of CS 2000.

4.	On information and belief, Mr. Bromley has been in contact with the Receiver, and has some reservations regarding the return of CS 2000. However, it appears that the Receiver, through Receiver counsel, has addressed all of the concerns.

5.	Regardless, at this point, Mr. Bromley has not signed a proposed declaration like Mr. Cole has. Mr. Cole's position is that Mr. Bromley's aquiescence is immaterial to the return of CS 2000 as he is, at best, a minority stakeholder. However, if the Court wishes for something to be done regarding this, Cole will comply with all of the Court's Requirements.

6.	This issue has, likewise, been discussed between Receiver's counsel and Cole's counsel, who will leave it to the Court to fashion any remedy it sees fit, assuming one is even necessary.

**WHEREFORE**, Barleta respectfully request that this Court enter the attached order.

## Local Rule 7.1 Statement

Pursuant to Southern District of Florida Local Rule 7.1, undersigned counsel has conferred with counsel for both the SEC and the Receiver in a good-faith effort to resolve the issues raised in this motion, The Receiver has no objection to the relief sought. The SEC has advised that it will not oppose the relief sought herein and takes no position.

Dated: February 27, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February 2023, a true and correct copy of the foregoing was served via the Court's CM/ECF System upon all counsel of record.

<u>-</u>   Andre G. Raikhelson, Esq
<u>-</u>   FBN: 123657