# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ANGELA E. NOBLE**
Clerk of Court

Appeals Section

Date: 3/7/2023

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**ROA**

IN RE:   District Court No: 20-81205-CV - RAR

U.S.C.A. No: 22-13811-CC

Style: SECURITIES & EXCHANGE COMMISSION V. COMPLETE B

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- __0__ Volume(s) of pleadings
- __0__ Volume(s) of Transcripts
- Exhibits: __0__ boxes;  ____ folders;
  - __1__ envelopes;  __0__ PSIs (sealed)
  - ☐ other: ____
  - ☐ other: ____
- ☑ Other:  DE121-USB Drive, Ex. P113,P124,P126,P143,P326,P327
- ☐ Other: ____

Sincerely,
Angela E. Noble, Clerk of Court

By: ____ Deputy Clerk

*Certified to be a true and correct copy of the document on file*
*Angela E. Noble, Clerk,*
*U.S. District Court*
*Southern District of Florida*
By: Jimena Elias
Date 3/7/2023 Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 400 N. Miami Avenue
   Miami, Fl 33128-7716
   305-523-5080

☐ 299 E. Broward Boulevard
   Ft. Lauderdale, Fl 33301
   954-769-5413

☐ 701 Clematis Street
   West Palm Beach, Fl 33401
   561-803-3408

APPEAL,BER,CLOSED,MEDIATION,RECOUT,REF_DISCOV

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## ABRIDGED CIVIL DOCKET FOR CASE #: 9:20-cv-81205-RAR
### Internal Use Only

Securities & Exchange Commission v. Complete Business Solutions Group, Inc. et al
Assigned to: Judge Rodolfo A. Ruiz, II
Referred to: Magistrate Judge Bruce E. Reinhart
Case in other court: USCA, 21-10195-G
22-11694-G
USCA, 22-12376-G
USCA, 22-13811-B
USCA, 22-13853-B
USCA, 23-10228-A
USCA, 23-10228-A
Cause: 15:0077 Securities Fraud

Date Filed: 07/24/2020
Date Terminated: 11/23/2022
Jury Demand: Defendant
Nature of Suit: 850 Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Securities & Exchange Commission**     represented by **Alise Meredith Johnson**
Securities and Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131
305-982-6385
Email: johnsonali@sec.gov
*ATTORNEY TO BE NOTICED*

**Linda Salup-Schmidt**
Securities & Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131
305-982-6315
Fax: 536-4154
Email: schmidtls@sec.gov
*ATTORNEY TO BE NOTICED*

**Martin F. Healey**
US Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA 02110
617-573-8952
Email: healeym@sec.gov
*ATTORNEY TO BE NOTICED*

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By: [signature] Jimena Elias
Deputy Clerk
Date: 3/7/2023

**Michael J. Roessner**
United States Securities and Exchange
Commission
Division of Enforcement
100 F. Street, NE
Mail Stop 5985
Washington, DC 20549-0022
202-551-4347
Fax: 703-813-9366
Email: RoessnerM@SEC.gov
*ATTORNEY TO BE NOTICED*

**Robert Kent Levenson**
Securities & Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131
305-982-6341
Fax: 536-4154
Email: levensonr@sec.gov
*TERMINATED: 11/19/2021*
*ATTORNEY TO BE NOTICED*

**Amie Riggle Berlin**
United States Securities and Exchange
Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131
305-982-6300
Fax: 305-536-4154
Email: berlina@sec.gov
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Alan J. Candell**
135 S 18th street
Philadelphia, PA 19103
*TERMINATED: 08/14/2020*

**Intervenor Plaintiff**

**Joseph Caputo**     represented by    **Chris A. Barker**
Barker, Rodems & Cook, P.A.
501 East Kennedy Boulevard
Suite 790
Tampa, FL 33602
813-489-1001

|  |  |
|---|---|
|  | Fax: 813-489-1008<br>Email: chris@barkercook.com<br>*ATTORNEY TO BE NOTICED* |
| V.<br><u>Defendant</u> |  |
| **Complete Business Solutions Group, Inc.**<br>*doing business as*<br>Par Funding | represented by **Brett A. Berman**<br>Fox Rothschild, LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA 19103<br>215-299-2842<br>Email: bberman@foxrothschild.com<br>*TERMINATED: 08/15/2020*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alex Louis Braunstein**<br>Fox Rothschild LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>(561)804-4497<br>Fax: (561)835-9602<br>Email: abraunstein@foxrothschild.com<br>*TERMINATED: 08/15/2020*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph A. DeMaria**<br>Fox Rothschild LLP<br>2 S. Biscayne Blvd<br>Suite 2750<br>Miami, FL 33131<br>305.442.6547<br>Fax: 305.442.6541<br>Email: jdemaria@foxrothschild.com<br>*TERMINATED: 08/15/2020*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert F. Elgidely**<br>Fox Rothschild LLP<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2750<br>Miami, FL 33131<br>305-442-6543<br>Fax: 305-442-6541<br>Email: relgidely@foxrothschild.com<br>*TERMINATED: 08/15/2020* |

|  |  |  |
|---|---|---|
|  |  | ATTORNEY TO BE NOTICED |
| **Defendant** |  |  |
| **Full Spectrum Processing, Inc.** | represented by | **Brett A. Berman**<br>(See above for address)<br>*TERMINATED: 08/15/2020*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>ATTORNEY TO BE NOTICED |
|  |  | **Alex Louis Braunstein**<br>(See above for address)<br>*TERMINATED: 08/15/2020*<br>ATTORNEY TO BE NOTICED |
|  |  | **Joseph A. DeMaria**<br>(See above for address)<br>*TERMINATED: 08/15/2020*<br>ATTORNEY TO BE NOTICED |
|  |  | **Robert F. Elgidely**<br>(See above for address)<br>*TERMINATED: 08/15/2020*<br>ATTORNEY TO BE NOTICED |

**Defendant**

**ABetterFinancialPlan.com LLC**
*doing business as*
Better Financial Plan

**Defendant**

**ABPF Management Company, LLC**
*formerly known as*
Pillar Life Settlement Management
Company, LLC

**Defendant**

**ABPF Income Fund, LLC**

**Defendant**

**ABPF Income Fund 2, L.P.**

**Defendant**

**United Fidelis Group Corp.**

**Defendant**

**Fidelis Financial Planning LLC**

**Defendant**

| | | |
|---|---|---|
| **Retirement Evolution Group, LLC** | represented by | **Allison Beth Kernisky**<br>Holland & Knight LLP<br>701 Brickell Avenue<br>Suite 3300<br>Miami, FL 33131<br>(305) 374-8500<br>Fax: (305) 374-8500<br>Email: allison.kernisky@hklaw.com<br>*TERMINATED: 08/08/2022*<br>*ATTORNEY TO BE NOTICED*<br><br>**Chad M Vanderhoef**<br>Holland , Knight LLP<br>100 North Tampa Street<br>Suite 4100<br>Tampa, FL 33602<br>(813) 227-6388<br>Fax: (813) 229-0134<br>Email: chad.vanderhoef@hklaw.com<br>*TERMINATED: 08/07/2022*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel I. Small**<br>Holland & Knight LLP<br>701 Brickell Avenue<br>Suite 3000<br>Miami, FL 33131<br>305-789-7788<br>Fax: 305-789-7799<br>Email: dan.small@hklaw.com<br>*TERMINATED: 08/08/2022*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Retirement Evolution Income Fund LLC**<br>*formerly known as*<br>Re Income Fund, LLC | represented by | **Allison Beth Kernisky**<br>(See above for address)<br>*TERMINATED: 08/08/2022*<br>*ATTORNEY TO BE NOTICED*<br><br>**Chad M Vanderhoef**<br>(See above for address)<br>*TERMINATED: 08/07/2022*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel I. Small**<br>(See above for address)<br>*TERMINATED: 08/08/2022*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

RE Income Fund 2, LLC     represented by   **Allison Beth Kernisky**
(See above for address)
*TERMINATED: 08/08/2022*
*ATTORNEY TO BE NOTICED*

**Chad M Vanderhoef**
(See above for address)
*TERMINATED: 08/07/2022*
*ATTORNEY TO BE NOTICED*

**Daniel I. Small**
(See above for address)
*TERMINATED: 08/08/2022*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Mcelhone**     represented by   **Brett A. Berman**
(See above for address)
*TERMINATED: 08/14/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Miller Kaplan**
Kaplan Zeena LLP
2 South Biscayne Boulevard
Suite 3050
Miami, FL 33131
305-530-0800
Fax: 305-530-0801
Email: james.kaplan@kaplanzeena.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan S. Futerfas**
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-684-8400
Fax: 212-684-5259
Email: asfuterfas@futerfaslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alejandro Oscar Soto**
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Blvd
Suite 750
Coral Gables, FL 33134
3055697707
Email: asoto@ffslawfirm.com

*ATTORNEY TO BE NOTICED*

**Alex Louis Braunstein**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Daniel Scott Fridman**
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Blvd.
Suite 750
Coral Gabes, FL 33134
305-569-7720
Fax: 786-627-4145
Email: dfridman@ffslawfirm.com
*ATTORNEY TO BE NOTICED*

**David Lawrence Ferguson**
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ferguson@kolawyers.com
*ATTORNEY TO BE NOTICED*

**Joel Hirschhorn**
GrayRobinson
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131
United Sta
305-416-6880
Fax: 3054166887
Email: Joel.Hirschhorn@gray-robinson.com
*ATTORNEY TO BE NOTICED*

**Joseph A. DeMaria**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Michael F. Bachner**
Bachner & Herskovits
39 Broadway, Suite 1610
New York, NY 10004
212-344-7778
Fax: 344-7774

Email: mb@bhlawfirm.com
*TERMINATED: 08/16/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Elliot Snyder**
Kaplan Zeena LLP
2 South Biscayne Blvd.
One Biscayne Tower, Suite 3050
Miami, FL 33131
305-530-0800
Fax: 305-530-0801
Email: noah.snyder@kaplanzeena.com
*ATTORNEY TO BE NOTICED*

**Robert F. Elgidely**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Cole Barleta**
*also known as*
Joe Cole

represented by **Brett A. Berman**
(See above for address)
*TERMINATED: 08/14/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alejandro Oscar Soto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alex Louis Braunstein**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Andre G. Raikhelson**
Law Offices of Andre G. Raikhelson, LLC.
301 Yamato Road
Suite 1240
Boca Raton, FL 33431
(954)895-5566
Fax: (954) 951-0620
Email: arlaw@raikhelsonlaw.com
*ATTORNEY TO BE NOTICED*

**Bettina Schein**
Law Offices of Bettina Schein

565 Fifth Avenue, 7th Floor
New York, NY 10017
212-880-9417
Email: bschein@bettinascheinlaw.com
*TERMINATED: 09/06/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Scott Fridman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Lawrence Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Hirschhorn**
(See above for address)

**Joseph A. DeMaria**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Robert F. Elgidely**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph W. LaForte**
*also known as*
Joe Mack
*also known as*
Joe Macki
*also known as*
Joe McElhone

represented by **Brett A. Berman**
(See above for address)
*TERMINATED: 08/14/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Scott Fridman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Miller Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alejandro Oscar Soto**
(See above for address)
*TERMINATED: 05/13/2022*

*ATTORNEY TO BE NOTICED*

**Alex Louis Braunstein**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Alexis Fields**
KOPELOWITZ OSTROW
One West Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33301
954-525-4100
Fax: 954-525-4300
Email: fields@kolawyers.com
*ATTORNEY TO BE NOTICED*

**David Lawrence Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Froccaro**
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
516-944-5062
Email: jrfesq61@aol.com
*TERMINATED: 06/01/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joel Hirschhorn**
(See above for address)

**Joseph A. DeMaria**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Joshua Robert Levine**
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
1 W. Las Olas Blvd.
Suite 500
Ft. Lauderdale, FL 33301
954-525-4100
Fax: 954-525-4300
Email: levine@kolawyers.com
*ATTORNEY TO BE NOTICED*

**Robert F. Elgidely**

(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Seth David Haimovitch**
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
One West Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33301
9545254100
Email: haimovitch@kolawyers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Perry S Abbonizio** represented by **Daniel Lawrence Rashbaum**
Marcus Neiman & Rashbaum LLP
2 South Biscayne Blvd.
Suite 1750
Miami, FL 33131
(305) 400-4261
Fax: (866)780-8355
Email: drashbaum@mnrlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Mays**
Marcus Neiman Rashbaum & Pineiro
One Biscayne Tower
2 S. Biscayne Blvd.
Suite 1750
Miami, FL 33131
305-434-4941
Email: jmays@mnrlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Eldridge Marcus**
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
Fax: 866-780-8355
Email: jmarcus@mnrlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alejandro Oscar Soto**
(See above for address)

|  |  |  | Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd.<br>Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>Email: bfloch@mnrlawfirm.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|---|
| **Defendant** |  |  |  |
| **Dean J Vagnozzi** |  | represented by | **Alejandro Paz**<br>Akerman LLP<br>98 Southeast Seventh Street<br>Ste #1100<br>Miami, FL 33131<br>305-374-5600<br>Email: alejandro.paz@akerman.com<br>*ATTORNEY TO BE NOTICED* |
|  |  |  | **Brian Paul Miller**<br>King & Spalding<br>Three Brickell City Centre<br>Southeast Financial Center<br>200 S Biscayne Boulevard<br>Suite 4700<br>Miami, FL 33131<br>305-462-6000<br>Email: BMiller@KSLAW.com<br>*ATTORNEY TO BE NOTICED* |
|  |  |  | **George Bochetto**<br>Bochetto & Lentz<br>1524 Locust Street<br>Philadelphia, PA 19102<br>215-735-3900<br>Fax: 735-2455<br>Email: gbochetto@bochettoandlentz.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  |  | **William Gregg Wolk**<br>Eaton & Wolk PL<br>2665 S. Bayshore Dr.<br>Suite 609<br>Miami, FL 33133<br>305-249-1640<br>Fax: 786-221-1759<br>Email: wwolk@eatonwolk.com<br>*TERMINATED: 10/18/2022* |

*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael C Furman** represented by **Elroy M John , Jr.**
Florida Justice Law Firm, PLLC
101 NE 3rd Avenue
Ste. 1500
Fort Lauderdale, FL 33301
954-637-2767
Fax: 954-634-5601
Email: elroy@onlyforjustice.com
*TERMINATED: 06/10/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Cox**
Sallah Astarita & Cox, LLC
3010 North Military Trail
Suite 210
Boca Raton, FL 33431
561-989-9080
Fax: 561-989-9020
Email: jlc@sallahlaw.com
*TERMINATED: 04/20/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Paul Hyman**
Millennial Law
501 E Las Olas Blvd
Suite 200/314
Ft. Lauderdale, FL 33301
954-271-2719
Email: zach@millenniallaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Sallah**
Sallah Astarita & Cox, LLC
3010 N Military Trail
Suite 210
Boca Raton, FL 33431
561 989-9080
Fax: 561-989-9020
Email: jds@sallahlaw.com
*TERMINATED: 04/20/2021*
*ATTORNEY TO BE NOTICED*

**Joshua Arnold Katz**
Sallah Astarita & Cox, LLC

3010 N Military Trail
Suite 210
Boca Raton, FL 33431
561-989-9080
Fax: 989-9020
Email: jak@sallahlaw.com
*TERMINATED: 04/20/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Gissas**                                  represented by **Allison Beth Kernisky**
(See above for address)
*TERMINATED: 08/08/2022*
*ATTORNEY TO BE NOTICED*

**Chad M Vanderhoef**
(See above for address)
*TERMINATED: 08/07/2022*
*ATTORNEY TO BE NOTICED*

**Daniel I. Small**
(See above for address)
*TERMINATED: 08/08/2022*
*ATTORNEY TO BE NOTICED*

**Defendant**

**L.M.E. 2017 Family Trust**                    represented by **Alejandro Oscar Soto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alex Louis Braunstein**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Brett A. Berman**
(See above for address)
*TERMINATED: 08/14/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Scott Fridman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Hirschhorn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph A. DeMaria**

(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Robert F. Elgidely**
(See above for address)
*TERMINATED: 08/14/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The LME 2017 Family Trust**                          represented by **Alejandro Oscar Soto**
(See above for address)

**Daniel Scott Fridman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Hirschhorn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Invictus Residential Pooler Trust 3A**    represented by **Damian George Waldman**
Law Offices of Damian G. Waldman, P.A.
14010 Roosevelt Blvd., Suite 701
Clearwater, FL 33762
727-538-4160
Fax: 727-538-4201
Email: damian@dwaldmanlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Nardelli**
c/o Clifford E. Haines, Esq.
The Widener Bldg, 5th FL
1339 Chestnut Street
Philadelphia, PA 19107
215-246-2200

**Defendant**

**Katie Brinson Hinton**
500 E. Kennedy blvd, Suite 200
Tampa, FL 33602
813-223-0000


V.
**Consol Defendant**

| | | |
|---|---|---|
| Fred A. Schwartz | represented by | **Fred Arthur Schwartz**<br>Shahady Wurtenberger, P.A.<br>200 East Palmetto Park Road<br>Ste 103<br>Boca Raton, FL 33432<br>561-910-3064<br>Email: fschwartz@swlawyers.law<br>*TERMINATED: 11/17/2020* |

V.

**Respondent**

| | | |
|---|---|---|
| **19 Country Drive, LLC** | represented by | **James David Silver**<br>Kelley Kronenberg<br>8201 Peters Road<br>Suite 4000<br>Fort Lauderdale, FL 33324<br>954. 370.9970<br>Fax: 954. 382.1988<br>Email: jsilver@kklaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Katie Brinson Hinton**<br>Jennis Morse Etlinger<br>606 East Madison Street<br>Tampa, FL 33602<br>813-229-2800<br>Fax: 813-405-4046<br>Email: khinton@jennislaw.com<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Michelle Scaramellino** | represented by | **James David Silver**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Katie Brinson Hinton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **Lead Funding II, LLC** | represented by | **Ronald Matthew Gache**<br>LOGS Legal Group LLP<br>2424 N. Federal Highway<br>Suite 360<br>Boca Raton, FL 33431<br>561-287-5599<br>Email: rgache@logs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

          **Scott Adam Simon**  
          Shapiro, Fishman & Gache, LLP  
          2424 North Federal Highway  
          Suite 360  
          Boca Raton, FL 33431  
          561-287-5599  
          Fax: 561-287-5589  
          Email: ssimon@logs.com  
          *LEAD ATTORNEY*  
          *ATTORNEY TO BE NOTICED*

<u>Intervenor</u>  
**River Bend Corporation**       represented by  **Ronald Matthew Gache**  
          (See above for address)  
          *LEAD ATTORNEY*  
          *ATTORNEY TO BE NOTICED*

          **Scott Adam Simon**  
          (See above for address)  
          *LEAD ATTORNEY*  
          *ATTORNEY TO BE NOTICED*

<u>Intervenor</u>  
**Pinetree Financial Corporation**    represented by  **Ronald Matthew Gache**  
          (See above for address)  
          *LEAD ATTORNEY*  
          *ATTORNEY TO BE NOTICED*

          **Scott Adam Simon**  
          (See above for address)  
          *LEAD ATTORNEY*  
          *ATTORNEY TO BE NOTICED*

<u>Intervenor</u>  
**Pinetree Partners Lending LLC**   represented by  **Ronald Matthew Gache**  
          (See above for address)  
          *LEAD ATTORNEY*  
          *ATTORNEY TO BE NOTICED*

          **Scott Adam Simon**  
          (See above for address)  
          *LEAD ATTORNEY*  
          *ATTORNEY TO BE NOTICED*

<u>Intervenor</u>  
**RH Indigo Trails LLP**         represented by  **Mark Joseph Wolfson**  
c/o Foley & Lardner LLP                                        Foley & Lardner  
Suite 2700                                                        100 N Tampa Street  
100 North Tampa Street                                    Suite 2700 PO Box 3391

Tampa
Tampa, FL 33602-5810
United Sta
8132254111

Tampa, FL 33601-3391
813-229-2300
Fax: 221-4210
Email: mwolfson@foley.com
*TERMINATED: 11/15/2021*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Intervenor** | | |
| **John J. Rybinski** | represented by | **Douglas Keith Wickenden** <br> Grant Fridkin Pearson et al <br> 5551 Ridgewood Drive <br> Suite 501 <br> Naples, FL 34108 <br> 239-514-1000 <br> Fax: 514-0377 <br> Email: kwickenden@gfpac.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Paul T Kohler** | represented by | **William Gregg Wolk** <br> (See above for address) <br> *TERMINATED: 10/18/2022* <br> *ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Albert Vagnozzi** | represented by | **William Gregg Wolk** <br> (See above for address) <br> *TERMINATED: 10/18/2022* <br> *ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Capricorn Income Fund I, LLC** | represented by | **William Gregg Wolk** <br> (See above for address) <br> *TERMINATED: 10/18/2022* <br> *ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Capricorn Income Fund I Parallel, LLC** | represented by | **William Gregg Wolk** <br> (See above for address) <br> *TERMINATED: 10/18/2022* <br> *ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Toorak Capital Partners LLC** | represented by | **Nardo Dorsin** <br> 11351 NW 30TH PL <br> Sunrise, FL 33323 <br> (954) 330-2308 <br> Email: nd@lgplaw.com <br> *LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2022 | 1121 | Plaintiff's CERTIFICATE of Compliance Re Admitted Evidence by Amie Riggle Berlin on behalf of Securities & Exchange Commission (Attachments: # 1 Exhibit P-4, # 2 Exhibit P-5, # 3 Exhibit P-6, # 4 Exhibit P-18, # 5 Exhibit P-19, # 6 Exhibit P-20, # 7 Exhibit P-36, # 8 Exhibit P-39, # 9 Exhibit P-43, # 10 Exhibit P-45, # 11 Exhibit P-49, # 12 Exhibit P-51, # 13 Exhibit P-52, # 14 Exhibit P-53, # 15 Exhibit P-55, # 16 Exhibit P-56, # 17 Exhibit P-64, # 18 Exhibit P-86, # 19 Exhibit P-96, # 20 Exhibit P-99, # 21 Exhibit P-103, # 22 Exhibit P-104, # 23 Exhibit P-144, # 24 Exhibit P-176, # 25 Exhibit P-192, # 26 Exhibit P-205, # 27 Exhibit P-215, # 28 Exhibit P-270, # 29 Exhibit P-288, # 30 Exhibit P-389, # 31 Exhibit P-410, # 32 Exhibit P-415, # 33 Exhibit P-424, # 34 Exhibit P-526, # 35 Exhibit P-549, # 36 Exhibit P-550, # 37 Exhibit P-551, # 38 Exhibit P-552, # 39 Exhibit P-553, # 40 Exhibit P-554, # 41 Exhibit P-556, # 42 Exhibit P-558, # 43 Exhibit P-559, # 44 Exhibit P-560, # 45 Exhibit P-563, # 46 Exhibit P-567, # 47 Exhibit P-572, # 48 Exhibit P-573, # 49 Exhibit P-574, # 50 Exhibit P-576, # 51 Exhibit P-578, # 52 Exhibit P-579, # 53 Exhibit P-585, # 54 Exhibit P-586, # 55 Exhibit P-587) (Berlin, Amie) (Entered: 01/04/2022) *See en.* |