**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-81205-RAR**

**SECURITIES AND EXCHANGE**
**COMMISSION**,

      Plaintiff,

**v.**

**COMPLETE BUSINESS SOLUTIONS**
**GROUP, INC. d/b/a PAR FUNDING**, *et al.*,

      Defendants.

_____/

**ORDER ON RECEIVER'S STATUS REPORT REGARDING LITIGATION STAY FOR**
**RECEIVER'S CLAIMS AGAINST ECKERT SEAMANS AND JOHN PAUCIULO**

**THIS CAUSE** comes before the Court upon the Receiver's Status Report Regarding Whether Litigation Stay Should Remain in Place for Receiver's Claims Against Eckert Seamans and/or John Pauciulo [ECF No. 1534] ("Status Report"), filed on March 24, 2023. The Court having reviewed the Status Report, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Litigation Stay shall remain in place for any action or claims between any Receivership Entity and Eckert Seamans and/or John W. Pauciulo so that the Receiver may continue settlement negotiations with these parties without the necessity of pursuing expensive and time-consuming litigation. Moreover, by June 22, 2023, the Receiver shall either: (a) file a Status Report indicating that he has resolved the Receivership Entities' claims against Eckert Seamans and/or John Pauciulo, or advising the Court on the status of these negotiations; or (b) file a Motion to Lift the Litigation Stay to pursue claims against Eckert Seamans Cherin & Mellott, LLC and/or John W. Pauciulo.

**DONE AND ORDERED** in Miami, Florida, this 24th day of March, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**