UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.*,

    Defendants.
_____/

**ORDER GRANTING RECEIVER, RYAN K. STUMPHAUZER'S COMBINED TWENTY-SEVENTH MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS AND TO AUTHORIZE RECEIVER TO SETTLE CLAIMS ASSERTED AGAINST THE ESTATE OF RICHARD WELKOWITZ**

**THIS CAUSE** comes before the Court upon the Receiver's Combined Twenty-Seventh Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings and to Authorize Receiver to Settle Claims Asserted Against the Estate of Richard Welkowitz [ECF No. 1541] ("Motion"), filed on April 10, 2023.

In Section I of the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose to authorize the Receiver, in his direction, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either has resolved, has agreed to resolve prior defaults, or otherwise filed for bankruptcy protection, in certain cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested in Section I of the Motion. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purpose as described in the Motion:

a. *Complete Business Solution Group Inc. d/b/a Par Funding v. Master Roof and Remodel LLC d/b/a Master Roof and Remodel d/b/a Master Roof & Remodel, and Christopher Bennett*, Philadelphia Court of Common Pleas Docket No. 200302146.

b. *Complete Business Solution Group Inc. d/b/a Par Funding v. State Document Preparation Services Inc. d/b/a State Document Preparation Services LLC d/b/a Legal Aid Administration Document Preparation LLC, and Christopher Santoro,* Philadelphia Court of Common Pleas Docket No. 190704706.

c. *Complete Business Solution Group Inc. d/b/a Par Funding v. Farfalle Inc. d/b/a Farfalle Italian Market d/b/a Farfalle Italian Market and Café, Jeff Nedeau, and Gina Nasson*, Philadelphia Court of Common Pleas Docket No. 171004008.

d. *Contract Financing Solutions Inc. v. Pragmatic Environmental Solutions Company d/b/a PESC and Lucinus Staengl,* Philadelphia Court of Common Pleas Docket No. 200202581.

e. *Complete Business Solution Group Inc. d/b/a Par Funding v. Alonso Logistics Inc. d/b/a Alonso Logistics and Gabriel Nelson Alonso Iglesias*, Philadelphia Court of Common Pleas Docket No. 200301629.

f. *Complete Business Solution Group Inc. d/b/a Par Funding v. AC Auto Carriers LLC d/b/a AC Auto Carriers, Kenneth Andrade, Steven Capodicasa*, *and Bryan Andrade*, Philadelphia Court of Common Pleas Docket No. 200103453.

g. *Contract Financing Solutions Inc. v. Meerafzal Fazaldin Inc. d/b/a Willow Sunoco and Meerafzal Fazaldin,* Philadelphia Court of Common Pleas Docket No. 200600710.

h. *Complete Business Solution Group Inc. d/b/a Par Funding v. Limo Star NY Inc d/b/a limo star NY, Mayering Castaneda, and Albert Andres Acevedo Posada*, Philadelphia Court of Common Pleas Docket No. 200400138.

i. *Complete Business Solution Group Inc. d/b/a Par Funding v. Joseph Seals Sole Proprietor d/b/a So Cal Mobile Auto Detail and Wash d/b/a So Cal Wash and Detail Mobile, and Joseph Seals,* Philadelphia Court of Common Pleas Docket No. 191000498.

j. *Complete Business Solution Group Inc. d/b/a Par Funding v. Vapehub Inc. d/b/a Vapehub and Justin Simmons,* Philadelphia Court of Common Pleas Docket No. 191100672.

k. *Complete Business Solution Group Inc. d/b/a Par Funding v. Pet Club Miramar LLC d/b/a Pet Club Miramar d/b/a Pet Club, Charliston Seixas, and Shirely Seixas,* Philadelphia Court of Common Pleas Docket No. 190703393.

l. *Complete Business Solution Group Inc. d/b/a Par Funding v. MSMV Inc. d/b/a MSMV d/b/a Main Street Meats and Real Foods Market d/b/a Healthy Family Farms LLC and Sharon Palmer,* Philadelphia Court of Common Pleas Docket No. 190802254.

m. *Complete Business Solution Group Inc. d/b/a Par Funding v. Rudy Camacho Sole Proprietor d/b/a AAA Seafoods and Rudy Camacho,* Philadelphia Court of Common Pleas Docket No. 190702389.

n. *Complete Business Solution Group Inc. d/b/a Par Funding v. Frank Brown Towing Inc. d/b/a Frank Brown Towing d/b/a Brown Auto Service and Repair and David Clemen,* Philadelphia Court of Common Pleas Docket No. 190704708.

o. *Complete Business Solutions Group, Inc. d/b/a Par Funding v. Akiladelphia Creative Contracting LLC d/b/a Akiladelphia Creative and Akil Bowler*, Philadelphia Court of Common Pleas Docket No. 200400137.

p. *Complete Business Solutions Group, Inc. d/b/a Par Funding v. Stockton Management Group LLC d/b/a 516 Bar & Grille d/b/a Stocktons Restaurant & Spirits d/b/a Stocktons Restaurant and Randal Lee Stockton*, Philadelphia Court of Common Pleas Docket No. 200600699.

In Section II of the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order to authorize the Receiver to settle claims against the Estate of Richard Welkowitz.

The Receiver has made a sufficient and proper showing in support of the relief requested in Section II of the Motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested in Section II thereof. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted insofar as it allows the Receiver to settle claims against the Estate of Richard Welkowitz.

**DONE AND ORDERED** in Miami, Florida this 11th day of April, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**