# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# ASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a/ PAR FUNDING, et al.,

      Defendants.
_____/

## MOTION TO WITHDRAW JACQUELINE Z. DEROVANESIAN AS COUNSEL

Pursuant to Local Rule 7.1, Jacqueline Z. DerOvanesian, formerly of Stumphauzer Kolaya Nadler & Sloman, PLLC, moves this Court for an Order withdrawing her as counsel for the Receiver Ryan K. Stumphauzer in the above-captioned matter and directing the Clerk of the Court to remove Ms. DerOvanesian from receiving CM/ECF filings in the cases, and in support thereof states as follows:

1. As of April 22, 2023, Jacqueline DerOvanesian will no longer be employed by Stumphauzer Kolaya Nadler & Sloman, PLLC.

2. Following Jacqueline DerOvanesian's withdrawal, Receiver Ryan K. Stumphauzer will continue to be represented by the remaining counsel of record at Stumphauzer Kolaya Nadler & Sloman, PLLC, at Two South Biscayne Boulevard, Suite 1600, Miami, FL 33132, as well as the counsel of record at Pietragallo Gordon Alfano Bosick & Raspanti, LLP.

3. Receiver Ryan K. Stumphauzer does not object to Ms. DerOvanesian's withdrawal.

WHEREFORE, Jacqueline DerOvanesian requests that the Court enter an Order withdrawing her as counsel for Receiver Ryan K. Stumphauzer and directing the Clerk of the Court

to remove her from receiving CM/ECF filings in these cases. For the Court's convenience, a proposed order is attached hereto as Exhibit A.

Dated: April 19, 2023                                     Respectfully Submitted,

                                    **STUMPHAUZER KOLAYA**
                                    **NADLER  & SLOMAN, PLLC**
                                    Two South Biscayne Boulevard, Suite 1600
                                    One Biscayne Tower
                                    Miami, FL 33131
                                    Telephone: (305) 614-1400
                                    Facsimile: (305) 614-1425

                            By:    /s/ *Jacqueline Z. DerOvanesian*
                                    Jacqueline Z. DerOvanesian, Esq.
                                    Fla. Bar No. 125662
                                    jderovanesian@sfslaw.com

                                    *Attorney for Receiver Ryan K. Stumphauzer*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of April, 2022, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

                                    /s/ *Jacqueline Z. DerOvanesian*
                                    Jacqueline Z. DerOvanesian