

Honorable Rudolpho A. Ruiz
Southern District Court Of Florida

CASE 9:20-CV-81205-RAR

John Vagnozzi
2321 S. Carlisle Street
Philadelphia, Pa. 19145

Your Honor,
 I was very disappointed that the April 17 status hearing was private. Myself and others were interested if equip was going to report on the total amount of claims they received and the total amount of monies that are owed to the investors. I read that some of the investors were asking questions about fees they paid and interest they are owed. I am only interested in the total amount of actual principle we are owed.

The Receiver noted in the last report that He has 118 million dollars in cash and approximately 50 million in real estate for a total of 170 million. I emailed Ms. Berlin about the disgorgement money from the Leforte's, Barlett and Furman were suppose to have paid. How come the receiver does not show that money in his possession, if He doesn't have it where is it.

To me it is simple math how much cash are we owed in principle and how much the receiver has in cash. I know equip only received the paper work for money owed and they collected the paperwork over a three month period, the total should have been added as they collected it.

I don't think the receiver should be sitting on all that cash. As you can tell by my letter that I am tired of waiting for some kind of settlement to the situation. When we were offered the 4% interest from Par funding We were told that if we did not agree to the knew terms they would file Bankruptcy, so most of us agreed and signed the terms, but if the Government is sitting on all the cash it is only fair they start returning it to us. If the receiver wants to keep a percentage so he can finish his job then we can receive the rest at a later date at least we have some of our monies in our pockets.

Thank You for listening,

*John Vagnozzi* - 5/26/2023
John Vagnozzi

John Vagnozzi
2321 S. Carlisle St
Phila PA 19145

PHILADELPHIA PA 190
26 APR 2023 PM 6 L

Honorable Rudolofo Ruiz
Southern District of Florida
299 East Broward Blvd
Fort Lauderdale, FL. 33301

33301-194499