# Exhibit 2
**(Total Compensation and Expenses Requested)**

**Total Compensation and Expenses Requested**

| Professional Firm | Category | Hours | Fees | Expenses | Total Billed |
|---|---|---|---|---|---|
| Stumphauzer Kolaya Nadler & Sloman, PLLC | Attorneys | 367.2 | $131,326.00 | $4,017.15 | $135,343.15 |
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attorneys | 1,375.0 | $454,774.50 | $142,261.94 | $597,036.44 |
| Development Specialists, Inc. | Operations Consultant | 345.9 | $154,726.03 | $1,626.33 | $156,352.36 |
| Lawgical Insight, LLC | eDiscovery Specialist | 11.25 | $3,656.25 | $180.15 | $3,836.40 |
| HD Investigative Group, LLC | Investigations Firm | 24.0 | $5,400.00 | $0.00 | $5,400.00 |
| | | **2,123.4** | **$749,882.78** | **$148,085.57** | **$897,968.35** |