UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
  INC. d/b/a/ PAR FUNDING, et al.,
_____/

## NOTICE OF FILING

Plaintiff Securities and Exchange Commission hereby files the indictment unsealed today in the Eastern District of Pennsylvania against Complete Business Solutions Group ("CBSG") (which is in the receivership in this case), Lisa McElhone, Joseph LaForte, and Joseph Cole Barleta, as well as James LaForte. The indictment includes 63 charges as well as two forfeiture counts, including a forfeiture count against CBSG and individual defendants in this case for about $416 million.

May 23, 2023

Respectfully submitted,

By:  s/ Amie Riggle Berlin
Amie Riggle Berlin
Senior Trial Counsel
Florida Bar No. 630020
Direct Dial: (305) 982-6322
Email: berlina@sec.gov
Attorney for Plaintiff

**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 23rd day of May 2023 via cm-ecf on all defense counsel in this case.

s/ Amie Riggle Berlin
Amie Riggle Berlin