| | |
|---|---|
| **Subject:** | RE: CS2000 |
| **Date:** | Thursday, March 16, 2023 at 12:49:48 PM Eastern Daylight Time |
| **From:** | Gaetan J. Alfano <GJA@Pietragallo.com> |
| **To:** | Andre Raikhelson <arlaw@raikhelsonlaw.com> |
| **CC:** | G. Guy Smith (Gguysmith@aol.com) <gguysmith@aol.com>, Timothy Kolaya <tkolaya@sknlaw.com>, Yale Bogen - Development Specialists, Inc. (ybogen@DSIConsulting.com) <ybogen@dsiconsulting.com> |

**Attachments:** image878201.png

A wire transfer in the amount of $2,233,562.08 was initiated this morning.   We are waiting for the wire confirmation number.

**Gaetan J. Alfano, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Office: (215) 988-1441 | Fax: (215) 754-5181
GJA@Pietragallo.com| BIO|vCard



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**From:** Andre Raikhelson <arlaw@raikhelsonlaw.com>
**Sent:** Thursday, March 16, 2023 11:47 AM
**To:** Gaetan J. Alfano <GJA@Pietragallo.com>
**Cc:** G. Guy Smith (Gguysmith@aol.com) <gguysmith@aol.com>; Timothy Kolaya <tkolaya@sknlaw.com>; Yale Bogen - Development Specialists, Inc. (ybogen@DSIConsulting.com) <ybogen@dsiconsulting.com>; Joe Cole <joecole@knewlogic.com>; William Bromley <whbnew@gmail.com>
**Subject:** Re: CS2000

Gaetan,

We have the majority of the files received on the drop box downloaded (still downloading). Both Mr. Barleta and I thank you for handling this and personally overseeing the transfer.

I also want to confirm that we will be transferring the domain over by the end of the week.

We have not had a chance to review the physical documents, but if something is missing, I'll follow up.

One last thing, please send confirmation whenever you complete the wire. I am expecting this today as you told me "tomorrow," yesterday.

-Andre