| | |
|---|---|
| **Subject:** | FW: Joseph Cole Barleta |
| **Date:** | Wednesday, May 24, 2023 at 12:28:52 PM Eastern Daylight Time |
| **From:** | Gaetan J. Alfano <GJA@Pietragallo.com> |
| **To:** | mmatozzo@unitedsavingsbank.com <mmatozzo@unitedsavingsbank.com> |
| **CC:** | Andre G. Raikhelson Esquire (arlaw@raikhelsonlaw.com) <arlaw@raikhelsonlaw.com>, Timothy Kolaya <tkolaya@sknlaw.com> |
| **Attachments:** | image054316.png, image170801.png, 2020.08.27 ECF 202 Order Granting Preliminary Injunction by Consent as to Defendant Joseph Cole Barleta(8220654.1).pdf |

Mr. Matozzo,

My email below bounced due an apparently incorrect address.

Please confirm receipt.

Thank you.

Gaetan Alfano

**Gaetan J. Alfano, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Office: (215) 988-1441 | Fax: (215) 754-5181
GJA@Pietragallo.com| BIO|vCard



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**From:** Gaetan J. Alfano <GJA@Pietragallo.com>
**Sent:** Wednesday, May 24, 2023 12:26 PM
**To:** mmattozzo@unitedsavingsbank.com
**Cc:** Andre G. Raikhelson Esquire (arlaw@raikhelsonlaw.com) <arlaw@raikhelsonlaw.com>; Timothy Kolaya <tkolaya@sknlaw.com>
**Subject:** Joseph Cole Barleta

Good afternoon Mr. Mattozzo,

I represent Ryan K. Stumphauzer, Esq., Court Appointed Receiver for Complete Business Solutions Group, Inc. ( "CBSG") and related entities in the matter captioned SEC v. CBSG, et al, Case No. 20-CV-81205-RAR, pending in the United States District Court for the Southern District of Florida.  I write as I understand generally that Mr. Barleta may be conducting  business with your bank and that this Order may be relevant to Mr. Barleta's business with your Bank.

Please note that on August 27, 2020, the Court entered the attached Order, which includes an Asset Freeze of Mr. Barleta's assets up to 5.5 million. See p.4 of the attached Order.

I have copied Mr. Barleta's counsel, Mr. Raikhelson, on this email, as well as my co-counsel, Mr. Kolaya. Please fee free to contact me if you would like to discuss this email.

Thank you.

Gaetan Alfano
**Gaetan J. Alfano, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Office: (215) 988-1441 | Fax: (215) 754-5181
GJA@Pietragallo.com| BIO|vCard



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.