| | |
|---|---|
| **Subject:** | Re: Joseph Cole Barleta |
| **Date:** | Friday, May 26, 2023 at 12:51:03 PM Eastern Daylight Time |
| **From:** | Gaetan J. Alfano <GJA@Pietragallo.com> |
| **To:** | Andre Raikhelson <arlaw@raikhelsonlaw.com> |
| **CC:** | mmatozzo@unitedsavingsbank.com <mmatozzo@unitedsavingsbank.com>, Timothy Kolaya <tkolaya@sknlaw.com>, Joe Cole <joecole@knewlogic.com> |
| **Attachments:** | image054316.png, image503982.png |

Andre,
Are you willing to provide the Receiver with complete statements for this account?

I cannot evaluate the accuracy of these representations without reviewing them.

Thank you.
Gaetan



Sent from my iPhone

**Gaetan J. Alfano, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Office: (215) 988-1441 | Fax: (215) 754-5181
GJA@Pietragallo.com| BIO|vCard



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

> On May 26, 2023, at 12:43 PM, Andre Raikhelson <arlaw@raikhelsonlaw.com> wrote:
>
>
> Dear Mr. Matozzo:
>
> I represent Mr. Barleta. As you can see, Mr. Barleta is precluded from employing any device, scheme or artifice to defraud, make any untrue statement of material fact or omit a material fact, or engage in any practice which operatives or would operate as a fraud. Mr. Barleta has not been accused of doing any illegal act independent of the litigation pertaining to Par Funding. Likewise, Capital Source 2000, Inc. has not been accused of conducting anything illegal or violative of any federal or state law. As such, Judge Ruiz specifically held, based on the agreement of the parties, that Capital Source 2000, Inc is not a receivership entity.
>
> Likewise, Mr. Barleta has not sold an unregistered security.

Finally, as to the asset freeze. There is absolutely no evidence that Mr. Barleta is attempting to dissipate his assets.

Specifically to Mr. Alfano,

I do not know what your intent is in sending Mr. Matozzo your email without any proof that Mr. Barleta is violating this or any other court order. Mr. Barleta has, and continues, to comply with all valid court orders from any jurisdiction. However, please let this e-mail be construed as a cease and desist for you not to interfere with the affairs of Mr. Barleta or his respective business entities unless you have actual proof that such entities are violating a court order. Should you continue to interfere, Mr. Barleta will explore any and all legal action, including filing a lawsuit for Tortious Interference.

Respectfully,

Andre G. Raikhelson, Esq.

---

**From:** Gaetan J. Alfano <GJA@Pietragallo.com>
**Date:** Wednesday, May 24, 2023 at 12:28 PM
**To:** mmatozzo@unitedsavingsbank.com <mmatozzo@unitedsavingsbank.com>
**Cc:** Andre G. Raikhelson Esquire (arlaw@raikhelsonlaw.com) <arlaw@raikhelsonlaw.com>, Timothy Kolaya <tkolaya@sknlaw.com>
**Subject:** FW: Joseph Cole Barleta

Mr. Matozzo,

My email below bounced due an apparently incorrect address.

Please confirm receipt.

Thank you.

Gaetan Alfano

**Gaetan J. Alfano, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Office: (215) 988-1441 | Fax: (215) 754-5181
GJA@Pietragallo.com| BIO|vCard

<image054316.png>

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**From:** Gaetan J. Alfano <GJA@Pietragallo.com>

**Sent:** Wednesday, May 24, 2023 12:26 PM
**To:** mmattozzo@unitedsavingsbank.com
**Cc:** Andre G. Raikhelson Esquire (arlaw@raikhelsonlaw.com) <arlaw@raikhelsonlaw.com>; Timothy Kolaya <tkolaya@sknlaw.com>
**Subject:** Joseph Cole Barleta

Good afternoon Mr. Mattozzo,

I represent Ryan K. Stumphauzer, Esq., Court Appointed Receiver for Complete Business Solutions Group, Inc. ( "CBSG") and related entities in the matter captioned SEC v. CBSG, et al, Case No. 20-CV-81205-RAR, pending in the United States District Court for the Southern District of Florida.  I write as I understand generally that Mr. Barleta may be conducting  business with your bank and that this Order may be relevant to Mr. Barleta's business with your Bank.

Please note that on August 27, 2020, the Court entered the attached Order, which includes  an Asset Freeze of Mr. Barleta's assets up to 5.5 million.  See p.4 of the attached Order.

I have copied Mr. Barleta's counsel, Mr. Raikhelson, on this email, as well as my co-counsel, Mr. Kolaya.  Please fee free to contact  me if you would like to discuss this email.

Thank you.

Gaetan Alfano
**Gaetan J. Alfano, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Office: (215) 988-1441 | Fax: (215) 754-5181
GJA@Pietragallo.com| BIO|vCard

<image054316.png>

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.