# United Savings Bank

1510 Packer Avenue • Philadelphia, PA 19145

**Statement Ending 04/28/2023**

CAPITAL SOURCE 2000 INC
Statement Number: XXXXXX2240

Page 1 of 4

RETURN SERVICE REQUESTED

>000357 3883171 0001 93672 10Z 3



CAPITAL SOURCE 2000 INC
8 THE GRN STE 14196
DOVER DE 19901-3618

### Contact Us

| | | |
|---|---|---|
| | Branch Name | 10th & Fitzwater |
| | Branch Number | 215-923-8490 |
| | Mailing Address | 732 South 10th Street<br>Philadelphia, PA 19147 |
| | Online Access | www.unitedsavingsbank.com |

Proud to be **5-Star Rated** and Your Community Bank for 111 years and counting!
Have a Question?
Let us Help!
Email us at info@unitedsavingsbank.com or call 610-627-0100.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUS CHK | XXXXXX2240 | $2,160,804.90 |

## SMALL BUS CHK-XXXXXX2240

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2023 | Beginning Balance | $2,218,562.09 |
| | 0 Credit(s) This Period | $0.00 |
| | 10 Debit(s) This Period | -$57,757.19 |
| 04/28/2023 | Ending Balance | $2,160,804.90 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2023 | Beginning Balance | | | $2,218,562.09 |
| 04/11/2023 | CHECK NUMBER 1501 | $7,500.00 | | $2,211,062.09 |
| 04/17/2023 | DELUXE BUS SYS. BUS PRODS 230414 CCD 14008863 | $147.75 | | $2,210,914.34 |
| 04/18/2023 | ConvergeHub Inc PAYMENT 230417 CCD 200244140099 | $7,000.00 | | $2,203,914.34 |
| 04/20/2023 | Actum Processing Actum Fees CCD 102967196 | $100.00 | | $2,203,814.34 |
| 04/24/2023 | CHECK NUMBER 1504 | $449.25 | | $2,203,365.09 |
| 04/24/2023 | CHECK NUMBER 1502 | $15,000.00 | | $2,188,365.09 |
| 04/25/2023 | CHICKIES & PETES POS 215-6049960  PA US       025656 ************1005  00000000 | $60.19 | | $2,188,304.90 |
| 04/26/2023 | CHECK NUMBER 1507 | $7,500.00 | | $2,180,804.90 |



Established 1912
www.unitedsavingsbank.com
