IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

      Defendants.

_____/

## RECEIVER RYAN K. STUMPHAUZER'S EXHIBIT AND WITNESS LIST FOR EVIDENTIARY HEARING ON RECEIVER'S MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT JOSPEH COLE BARLETA SHOULD NOT BE HELD IN CONTEMPT

The Receiver, Ryan K. Stumphauzer, files his list of exhibits to be introduced and potential witnesses to be called at the evidentiary hearing on June 5, 2023, at 10:00 a.m. (the "Evidentiary Hearing") (*see* ECF No. 1553) on the Receiver's Motion for an Order to Show Cause Why Defendant Joseph Cole Barleta Should Not Be Held in Contempt (ECF No. 1552).

## EXHIBIT LIST

| No. | Date Identified | Date Admitted | Witness | Objection | Date of Exhibit | Description of Exhibit |
|---|---|---|---|---|---|---|
| 1 | | | | | 8/13/2020 | Amended Order Appointing Receiver (ECF No. 141) |
| 2 | | | | | 4/29/2022 | Order Granting Receiver's Motion to Compel (ECF No. 1222) |
| 3 | | | | | As of 8/31/2019 | Interagency Biographical and Financial Report Prepared by Joseph Cole Barleta and Submitted to Cendera Bancorp, Inc. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | | | | | | 5/17/2022 | Email from B. Schein to G. Alfano |
| 5 | | | | | | 9/8/2022 | Email from T. Kolaya to A. Raikhelson |
| 6 | | | | | | 3/25/2023 | Email from G. Alfano to A. Raikhelson |
| 7 | | | | | | 4/6/2023 | Email from A. Raikhelson to G. Alfano |
| 8 | | | | | | 4/20/2023 | Email from A. Raikhelson to G. Alfano |

## **WITNESS LIST**

1.   Joseph Cole Barleta; and

2.   Timothy A. Kolaya (if necessary).

Dated: June 2, 2023

Respectfully Submitted,

**STUMPHAUZER KOLAYA**
**NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone:  (305) 614-1400

By:   */s/ Timothy A. Kolaya*
      TIMOTHY A. KOLAYA
      Florida Bar No. 056140
      tkolaya@sknlaw.com

*Co-Counsel for Receiver*

        **PIETRAGALLO GORDON ALFANO**
        **BOSICK & RASPANTI, LLP**
        1818 Market Street, Suite 3402
        Philadelphia, PA 19103
        Telephone: (215) 320-6200

By:  */s/ Gaetan J. Alfano*
     GAETAN J. ALFANO
     Pennsylvania Bar No. 32971
     *(Admitted Pro Hac Vice)*
     GJA@Pietragallo.com
     DOUGLAS K. ROSENBLUM
     Pennsylvania Bar No. 90989
     *(Admitted Pro Hac Vice)*
     DKR@Pietragallo.com

*Co-Counsel for Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Timothy A. Kolaya*
        TIMOTHY A. KOLAYA