UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

    Defendants.
_____/

### ORDER SETTING BRIEFING SCHEDULE FOR RECEIVER'S MOTION TO REIMPOSE LITIGATION STAY AS TO CLAIMS AGAINST SEAMANS AND/OR JOHN W. PAUCIULO

**THIS CAUSE** comes before the Court upon Ryan K. Stumphauzer, Court-Appointed Receiver's, Motion to Reimpose Litigation Stay as to Claims Against Eckert Seamans Cherin & Mellot, LLC ("Seamans") and John W. Pauciulo, ("Motion"), [ECF No. 1598]. The Court having reviewed the Motion and the record in this matter, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. All interested parties shall have **ten (10) days** from the date of this Order to file a response to the Motion.

2. Until this Court rules on the Motion, there shall be no judgment executions or attachments as against any insurance coverage applicable to the existing claims versus Seamans or John W. Pauciulo in any of the following actions:

    a. *Melchior v. Vagnozzi, et al.*, No. 20-5562 (E.D. Pa. 2020)

    b. *Montgomery, et al. v. Eckert Seamans Cherin & Mellott, LLC, et al.*, No. 20-23750 (S.D. Fla. 2020)

    c. *Parker, et al. v. Pauciulo, et al.*, No. 20-00892 (Phila. Ct. Com. Pl. 2020)

    d. *Dean Vagnozzi v. Pauciulo, et al.*, No. 210402115 (Phila. Ct. Com. Pl. 2021)

    e. *Albert Vagnozzi, et al. v. Pauciulo, et al.*, No. 210502334 (Phila. Ct. Com. Pl. 2021)

    f. *Legacy Advisory Group, Inc., et al. v. Pauciulo, et al.*, No. 211001003 (Phila. Ct. Com. Pl. 2021).

3. The Receiver shall file a status report within **thirty (30) days** from the date of this Order updating the Court on the progress of finalizing and seeking the Court's approval of the settlement with Seamans and John W. Pauciulo.

**DONE AND ORDERED** in Miami, Florida, this 16th day of June, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**