UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al.,

      Defendants.
_____/

**RECEIVER'S MOTION FOR ORDER AUTHORIZING RECEIVER'S SALE OF
REAL PROPERTY LOCATED AT 568 FERNDALE LANE, HAVERFORD, PA 19041**

Ryan K. Stumphauzer, Esq., Court-Appointed Receiver ("Receiver") of the Receivership Entities, by and through his undersigned counsel, files this Motion for Order Authorizing Receiver's Sale of Real Property Located at 568 Ferndale Lane, Haverford, PA 19041 (the "Haverford Property"). In support thereof, the Receiver states:

1. On January 10, 2023, the Receiver filed a Motion for Order: (1) Authorizing Receiver's Sale of All Real Property Within the Receivership Estate; and (2) Compelling Lisa McElhone and Joseph LaForte to Vacate and Surrender Haverford Home or, in The Alternative, Pay Obligations for Single-Family Homes [ECF No. 1484] ("Motion for Order Authorizing Sale").

2. On January 11, 2023, the Court entered an Order Approving the Motion for Order Authorizing Sale [ECF 1486] (the "Order Authorizing Sale").

3. In accordance with the Order Authorizing Sale, the Receiver has entered into a contingent Contract for Sale of Real Estate for the sale of the Haverford Property (the "Contract").

The Contract, which is subject to approval by this Court, is scheduled for a closing on June 29, 2023.

4. Attached hereto as Exhibit 1 is a Declaration of Ryan K. Stumphauzer. Esq. (the "Declaration"), providing additional detail regarding the proposed sale, and requesting the Court to enter an order authorizing and approving the proposed sale, as provided for in the Contract.

5. Attached hereto as Exhibit 2 is a Stipulation of Waiver of Requirements Under 28 U.S.C. §2001 and 28 U.S.C. §2004 for the Sale of 568 Ferndale Lane, Haverford, Pennsylvania 19041.

6. Attached hereto as Exhibit 3 is a Proposed Order Authorizing Receiver's Sale of Real Property Located at 568 Ferndale Lane, Haverford, PA 19041 (the "Proposed Order").

7. The Receiver requests that, should no party file an objection to the Contract within seven (7) days of the filing of this Motion (*i.e.*, by June 26, 2023), the Court enter the Proposed Order.

**WHEREFORE**, the Receiver respectfully requests that the Court enter the Proposed Order, provided that no party files an objection to the Contract within seven (7) days from the filing of this Motion (*i.e.*, by June 26, 2023),

Dated: June 19, 2023
Respectfully Submitted,

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
(305) 614-1400 (Telephone)

By: */s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA
Florida Bar No. 056140
tkolaya@sknlaw.com

*Co-Counsel for Receiver*

- 3 -

                    **PIETRAGALLO GORDON ALFANO**
                    **BOSICK & RASPANTI, LLP**
                    1818 Market Street, Suite 3402
                    Philadelphia, PA 19103
                    (215) 320-6200 (Telephone)

By: */s/ Gaetan J. Alfano*
      GAETAN J. ALFANO
      Pennsylvania Bar No. 32971
      *(Admitted Pro Hac Vice)*
      GJA@Pietragallo.com

*Co-Counsel for Receiver*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 19, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                      */s/ Timothy A. Kolaya*
                                      TIMOTHY A. KOLAYA