UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a/ PAR FUNDING, et al.,

      Defendants.
_____/

**ORDER (1) DENYING NON-PARTY, FIRSTBANK PUERTO RICO
d/b/a FIRSTBANK FLORIDA'S MOTION TO INTERVENE AND RELIEF
FROM THE AMENDED ORDER APPOINTING RECEIVER AND (2)
GRANTING RECEIVER'S MOTION TO LIFT LITIGATION INJUNCTION TO
ALLOW CONTINUATION OF FORECLOSURE PROCEEDINGS INVOLVING
<u>PROPERTY LOCATED AT 11278 NW 88TH TERRACE, MIAMI, FL 33178</u>**

**THIS CAUSE** comes before the Court upon Non-Party, Firstbank Puerto Rico d/b/a Firstbank Florida's ("Firstbank") Motion to Intervene and Relief from the Amended Order Appointing Receiver [ECF No. 1857] (the "Motion to Intervene"); and (2) the Receiver's Motion to Lift the Litigation Injunction to Allow Continuation of Foreclosure Proceedings Involving Property Located at 11278 NE 88th Terrace, Miami, Florida 33178 (the "Receiver's Motion to Lift Litigation Injunction") [ECF No. _____] (the "Receiver's Motion").

In the Motion to Intervene, Firstbank requests permission to intervene in this action for the limited purpose of seeking relief from the Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order to allow Firstbank to pursue a state court lawsuit (the "State Court Lawsuit") involving a foreclosure of its

- 2 -

mortgage (the "Firstbank Mortgage") over property located at 11278 NE 88th Terrace, Miami, Florida 33178 (the "Property").

In the Receiver's Motion, the Receiver requests the Court to deny the Motion to Intervene, but nevertheless requests the Court to lift the litigation injunction in the Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], for the limited purpose of allowing Firstbank to foreclose on its Mortgage and proceed with the State Court Lawsuit, including the foreclosure claim in which in which Firstbank seeks a determination that a mortgage and judgment recorded by CBSG as liens on the Property are inferior and subordinate to the Firstbank Mortgage

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Motion to Intervene is **DENIED** and the Receiver's Motion is **GRANTED**. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted to allow Non-Party, Firstbank Puerto Rico d/b/a Firstbank Florida to proceed with its State Court Lawsuit.

**DONE AND ORDERED** in Miami, Florida, this _____ day of _____, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of record