IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.,*

       Defendants.
_____/

**RECEIVER RYAN K. STUMPHAUZER'S NOTICE OF FILING
TIME RECORDS IN CONNECTION WITH ORDER GRANTING RECEIVER'S
EXPEDITED MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

The Receiver, Ryan K. Stumphauzer, pursuant to the Court's Order Granting Receiver's Expedited Motion to Quash July 23, 2023[1] Subpoena and for Protective Order [ECF No. 1623] (the "Order"), provides notice of filing the attached time records of the attorneys' fees the Receiver has incurred in connection with the Receiver's Expedited Motion to Quash July 23, 2023 Subpoena and for Protective Order [ECF No. 1620] (the "Motion to Quash"). In the Order, the Court instructed the Receiver "to file a notice with the billing records detailing the time his counsel incurred in filing this Motion, by no later than July 5, 2023. Thereafter, the Court will enter a subsequent order determining the amount of attorneys' fees and costs to be paid to the Receiver pursuant to this Order." *See* Order at 2.

Enclosed as Exhibit 1 and Exhibit 2 are records of the time the Receiver and his counsel incurred in connection with the Motion to Quash. These time records reflect that the Receiver has

---

[1] In filing this Notice, the Receiver notes that this reference to July 23, 2023, should have been "June 23, 2023."

incurred the following attorneys' fees in connection with the Motion to Quash:

| **Law Firm** | **Hours** | **Fees** |
|---|---|---|
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP (Exhibit 1) | 8.7 | $2,786.50 |
| Stumphauzer Kolaya Nadler & Sloman, PLLC (Exhibit 2) | 1.5 | $592.50 |
| **Total:** | **10.2** | **$3,279.00** |

A proposed Order awarding the Receiver attorneys' fees in this amount is attached as Exhibit 3.

Dated: July 3, 2023

Respectfully Submitted,

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400

By: */s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA
Florida Bar No. 056140
tkolaya@sknlaw.com

*Co-Counsel for Receiver*

**PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP**
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200

By: */s/ Gaetan J. Alfano*
GAETAN J. ALFANO
Pennsylvania Bar No. 32971
*(Admitted Pro Hac Vice)*
GJA@Pietragallo.com
DOUGLAS K. ROSENBLUM
Pennsylvania Bar No. 90989
*(Admitted Pro Hac Vice)*
DKR@Pietragallo.com

*Co-Counsel for Receiver*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 3, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         */s/ Timothy A. Kolaya*
                                         TIMOTHY A. KOLAYA