# Exhibit "1"

| TRANS NO | PROF | DATE | MATTER ID | CLIENT/REPORTING NAME | MATTER | CODE | HOURS | RATE | FEES |
|---|---|---|---|---|---|---|---|---|---|
| 6518213 | GJA | 6/23/2023 | SFSLAW-114215.032 | CORRESPONDENCE FROM COUNSEL FOR PARKER PLAINTIFFS REGARDING GJA DEPOSITION; REVIEW SUBPOENA FOR DEPOSITION | ASSET ANALYSIS AND RECOVERY (AAR) | AAR / T | 0.30 | $395.00 | $118.50 |
| 6517188 | MEY | 6/26/2023 | SFSLAW-114215.032 | DRAFTING MOTION FOR PROTECTIVE ORDER | ASSET ANALYSIS AND RECOVERY (AAR) | AAR / T | 2.10 | $295.00 | $619.50 |
| 6517240 | MEY | 6/26/2023 | SFSLAW-114215.032 | EDITING MOTION FOR PROTECTIVE ORDER TO INCLUDE GJA'S SUGGESTIONS | ASSET ANALYSIS AND RECOVERY (AAR) | AAR / T | 2.30 | $295.00 | $678.50 |
| 6517319 | MEY | 6/26/2023 | SFSLAW-114215.032 | EDITING MOTION FOR PROTECTIVE ORDER PER GJA'S SUGGESTIONS (PARKER) | ASSET ANALYSIS AND RECOVERY (AAR) | AAR / T | 1.20 | $295.00 | $354.00 |
| 6517378 | MEY | 6/26/2023 | SFSLAW-114215.032 | EDITING MOTION FOR PROTECTIVE ORDER RE: SUBPOENA FOR FINAL TIME | ASSET ANALYSIS AND RECOVERY (AAR) | AAR / T | 0.90 | $295.00 | $265.50 |
| 6519249 | GJA | 6/26/2023 | SFSLAW-114215.032 | REVIEW, REVISE MOTION TO QUASH AND FOR A PROTECTIVE ORDER REGARDING PARKER PLAINTIFFS' DEPOSITION SUBPOENA | ASSET ANALYSIS AND RECOVERY (AAR) | AAR / T | 1.90 | $395.00 | $750.50 |
| TOTALS | | | | | | | 8.70 | | $2,786.50 |