Exhibit "2"

| Date | User | Description | Matter number | Matter description | Hours | Rate ($) | Billable ($) |
|---|---|---|---|---|---|---|---|
| 6/26/2023 | Timothy Kolaya | Finalize and file motion to quash subpoena and for protective order in connection with subpoena served by Cliff Haines. | 2020-00554 | CBSG / Par Funding Receivership | 0.8 | $395.00 | $316.00 |
| 6/26/2023 | Ryan Stumphauzer | Review of motion to quash deposition notice to Alfano, review Rosenblum email with proposed edits to same, review Kolaya redline copy, draft email to Alfano and Rosenblum with feedback re: same. | 2020-00554 | CBSG / Par Funding Receivership | 0.4 | $395.00 | $158.00 |
| 6/27/2023 | Timothy Kolaya | Review of response to expedited motion to quash subpoena and order granting motion, and follow up emails with co-counsel re same. | 2020-00554 | CBSG / Par Funding Receivership | 0.3 | $395.00 | $118.50 |
| | | | | **TOTALS** | **1.5** | | **$592.50** |