Exhibit "3"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al.,

        Defendants.
_____/

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES TO RECEIVER IN CONNECTION WITH ORDER GRANTING RECEIVER'S EXPEDITED MOTION TO QUASH JULY 23, 2023 SUBPOENA AND FOR PROTECTIVE ORDER**

**THIS CAUSE** comes before the Court upon Ryan K. Stumphauzer, Court-Appointed Receiver's Expedited Motion to Quash July 23, 2023 Subpoena and for Protective Order [ECF No. 1620] (the "Motion to Quash"), the Court's Order Granting Receiver's Expedited Motion to Quash July 23, 2023 Subpoena and for Protective Order [ECF No. 1623] (the "Order Granting Motion to Quash"), and the Receiver's Notice of Filing Time Records in Connection with Order Granting Receiver's Expedited Motion to Quash July 23, 2023 Subpoena and for Protective Order [ECF No. ____] (the "Notice of Filing Time Records"). The Court has reviewed the Motion to Quash, the Order Granting Motion to Quash, the Notice of Filing Time Records, and the record in this matter. For the reasons set forth in the Order Granting Motion to Quash, it is hereby

**ORDERED AND ADJUDGED** that

1.      In the Order Granting Motion to Quash, the Court stated:

Pursuant to Fed. R. Civ. P. 26(c) and 37(a)(5), Plaintiffs in the case of *Parker, et al. v. Pauciulo, et al.*, Case No. 210502334 (Phila Ct. Com. Pl. 2021) and their counsel shall pay the Receiver his reasonable expenses incurred in making the Motion, including attorneys' fees, in an amount to be determined by the Court. The Receiver is

      INSTRUCTED to file a notice with the billing records detailing the time his counsel incurred in filing this Motion, by no later than July 5, 2023. Thereafter, the Court will enter a subsequent order determining the amount of attorneys' fees and costs to be paid to the Receiver pursuant to this Order.

Order Granting Motion to Quash at 2.

      2.      Fed. R. Civ. P. 26(c)(3) and 37(a)(5)(A) command courts to award reasonable attorneys' fees and costs to a party prevailing on a motion to quash a subpoena and for a protective order. The Court, having scrutinized the 10.2 hours of billing records submitted by the Receiver in connection with filing the Motion to Quash and pursuing the Order Granting Motion to Quash, finds the time spent and hourly rates requested reasonable. *See* Receiver's Notice of Filing Time Records. Accordingly, Plaintiffs in the case of *Parker, et al. v. Pauciulo, et al.*, Case No. 210502334 (Phila Ct. Com. Pl. 2021) and their counsel are **INSTRUCTED** to pay the Receiver **$3,279.00** in attorneys' fees on or before **July _____, 2023**.

      **DONE AND ORDERED** in Miami, Florida, this _____ day of July, 2023.

                                                             _____
                                                             **RODOLFO A. RUIZ II**
                                                             **UNITED STATES DISTRICT JUDGE**

Copies to:     Counsel of record