UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.,*

    Defendants.

_____/

### NOTICE OF WITHDRAWAL OF DEFENDANT DEAN VAGNOZZI'S MOTION TO COMPEL RECEIVER TO DISCLOSE "SETTLEMENT IN PRINCIPLE"

On July 5, 2023, Defendant, Dean Vagnozzi ("Vagnozzi"), filed his Motion to Compel Receiver to Disclose "Settlement in Principle", DE 1632. Defendant Vagnozzi now files this Notice to inform the Court that he is withdrawing said Motion.

    Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
Telephone: 215-735-3900
Fax: 215-735-2455
E-mail: gbochetto@bochettoandlentz.com

By:   */s/ George Bochetto*
       George Bochetto, Esquire
       *Pro Hac Vice*
       *Attorneys for Dean Vagnozzi*

2

And

EATON & WOLK, PL
*Local Counsel for Bochetto & Lentz, P.C.*
2665 S. Bayshore Drive, Suite 609
Miami, Florida 33133
Telephone:  305-249-1640
Email:  wwolk@eatonwolk.com
mcomas@eatonwolk.com

By: *s/William G. Wolk*_____
WILLIAM G. WOLK
FBN: 103527

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed on July 6, 2023 with the CM/ECF filing portal, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted, this 6th day of July, 2023.

**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
Telephone: 215-735-3900
Fax: 215-735-2455

By: */s/ George Bochetto*
George Bochetto, Esquire
*Pro Hac Vice*
E-mail: gbochetto@bochettoandlentz.com

*Attorneys for Dean Vagnozzi*

And

EATON & WOLK, PL
*Local Counsel for Bochetto & Lentz, P.C.*
2665 S. Bayshore Drive, Suite 609
Miami, Florida 33133
Telephone:  305-249-1640
Email:  wwolk@eatonwolk.com
           mcomas@eatonwolk.com

By: *s/William G. Wolk*
WILLIAM G. WOLK
FBN: 103527