**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-CV-81205-RAR**

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**

**COMPLETE BUSINESS SOLUTIONS GROUP,**
**INC. d/b/a PAR FUNDING,** *et al.***,**

      **Defendants.**

_____/

<u>**JOINT NOTICE OF APPEAL**</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Appellate Procedure 3 and 4, Defendants Lisa McElhone and Joseph LaForte, Individually and as Beneficiaries Of The LME 2017 Trust, hereby jointly appeal to the United States Court of Appeals for the Eleventh Circuit from the Paperless Order Denying their Motion to Modify the Preliminary Injunction (ECF 1566).

Dated: July 14, 2023.

      **KAPLAN ZEENA LLP**
      *Attorneys for Defendant Lisa McElhone*
      2 South Biscayne Boulevard, Suite 3050
      Miami, Florida 33131
      Telephone: (305) 530-0800
      Facsimile: (305) 530-0801

      By: /s/ *James M. Kaplan*
        JAMES M. KAPLAN
        Florida Bar No.: 921040
        james.kaplan@kaplanzeena.com
        elizabeth.salom@kaplanzeena.com
        service@kaplanzeena.com
        NOAH E. SNYDER
        Florida Bar No.: 107415
        noah.snyder@kaplanzeena.com
        maria.escobales@kaplanzeena.com

**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT**
*Attorneys for Appellant Joseph W. LaForte*
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100

By: */s/ David L. Ferguson*
DAVID L. FERGUSON
Florida Bar Number: 0981737
Ferguson@kolawyers.com
SETH D. HAIMOVITCH
Florida Bar Number: 0085939
Haimovitch@kolawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  14th  day of July, 2023, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmissions of Notices of Electronic Filing generated by CM/ECF.

By: */s/ James M. Kaplan*
JAMES M. KAPLAN

- 2 -