**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-CV-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,
  v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al.,

       Defendants.
_____/

**[PROPOSED] ORDER GRANTING DEAN VAGNOZZI LEAVE TO FILE A DECLARATORY JUDGMENT COMPLAINT TO DETERMINE INSURANCE COVERAGE CONCERNING CLAIMS AGAINST ECKERT SEAMANS AND PAUCIULO**

**THIS CAUSE** comes before the Court upon Defendant Dean Vagnozzi's Motion for Leave to file to a Declaratory Judgment Action Against Insurers of Eckert Seamans and John W. Pauciulo, Esquire (the "Motion"). The Court has reviewed the Motion, the responses thereto by interested parties, and the record in this matter.

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby granted.

2. Dean Vagnozzi is hereby granted leave to file the proposed Complaint for Declaratory Judgment attached to his Motion as Exhibit "A."

**DONE AND ORDERED** in Miami, Florida, this _____ day of August, 2023.

                                                   _____
                                                   **RODOLFO A. RUIZ II**
                                                   **UNITED STATES DISTRICT JUDGE**

Copies to:     Counsel of record