UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*

      Defendants.
_____/

**RECEIVER, RYAN K. STUMPHAUZER'S TWENTY-EIGHTH MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS**

      Ryan K. Stumphauzer, Esq., Court-Appointed Receiver ("Receiver") of the Receivership Entities[1], by and through his undersigned counsel, hereby files this Twenty-Eighth Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings, and states as follows:

---

[1] The "Receivership Entities" are Complete Business Solutions Group, Inc. d/b/a Par Funding ("Par Funding"); Full Spectrum Processing, Inc.; ABetterFinancialPlan.com LLC d/b/a A Better Financial Plan; ABFP Management Company, LLC f/k/a Pillar Life Settlement Management Company, LLC; ABFP Income Fund, LLC; ABFP Income Fund 2, L.P.; United Fidelis Group Corp.; Fidelis Financial Planning LLC; Retirement Evolution Group, LLC;, RE Income Fund LLC; RE Income Fund 2 LLC; ABFP Income Fund 3, LLC; ABFP Income Fund 4, LLC; ABFP Income Fund 6, LLC; ABFP Income Fund Parallel LLC; ABFP Income Fund 2 Parallel; ABFP Income Fund 3 Parallel; ABFP Income Fund 4 Parallel; and ABFP Income Fund 6 Parallel; ABFP Multi-Strategy Investment Fund LP; ABFP Multi-Strategy Fund 2 LP; MK Corporate Debt Investment Company LLC; Fast Advance Funding LLC; Beta Abigail, LLC; New Field Ventures, LLC; Heritage Business Consulting, Inc.; Eagle Six Consulting, Inc.; 20 N. 3rd St. Ltd.; 118 Olive PA LLC; 135-137 N. 3rd St. LLC; 205 B Arch St Management LLC; 242 S. 21st St. LLC; 300 Market St. LLC; 627-629 E. Girard LLC; 715 Sansom St. LLC; 803 S. 4th St. LLC; 861 N. 3rd St. LLC; 915-917 S. 11th LLC; 1250 N. 25th St. LLC; 1427 Melon St. LLC; 1530 Christian St. LLC; 1635 East Passyunk LLC; 1932 Spruce St. LLC; 4633 Walnut St. LLC; 1223 N. 25th St. LLC; 500 Fairmount Avenue, LLC; Liberty Eighth Avenue LLC; Blue Valley Holdings, LLC; LWP North LLC; The LME 2017 Family Trust; Recruiting and Marketing Resources, Inc.; Contract Financing Solutions, Inc.; Stone Harbor Processing LLC; LM Property Management

**I.     MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS**

1. The Receiver hereby moves this Court to lift the Litigation Injunction for the limited purpose of allowing the Receiver, in his discretion, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either has resolved, or has agreed to resolve, prior defaults, or otherwise filed for bankruptcy protection, in the following cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.[2]

2. The cases are:

    a. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Catherine G. Ysaguirre and RIMFX, Inc.*, Philadelphia Court of Common Pleas Docket No. 170500783.

    b. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Dreamers Home Health Care LLC, Bashiel H. Smith, and Antionette C. Korvah*, Philadelphia Court of Common Pleas Docket No. 170502631.

    c. *Complete Business Solutions Group Inc. by and through its Court Appointed Receiver Ryan K. Stumphauzer v. Department of Green Energy Inc. and Annika Kielland* Philadelphia Court of Common Pleas Docket No. 220202821.

    d. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Connect Link Inc. d/b/a Sam Diverse Specialty Contractors, Mary Jo D Gaumer, and Daniel Gaumer*, Philadelphia Court of Common Pleas Docket No. 190300635.

    e. *Complete Business Solutions Group Inc. d/b/a Par Funding v. JRose Wholesale Flowers Corporation d/b/a JRose Wholesale Flowers and Troy Baksh*, Philadelphia Court of Common Pleas Docket No. 200600012.

---

LLC; and ALB Management, LLC; and the receivership also includes the properties located at 107 Quayside Dr., Jupiter FL 33477; and 2413 Roma Drive, Philadelphia, PA 19145.

[2] *See* the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] (the "Operative Receivership Order"). The Receiver generally incorporates the background section of his prior Motions to Lift Litigation Injunction as to Certain Garnishment Proceedings. [*See, e.g.,* ECF No. 111.]. To conserve resources and promote efficiency, the Receiver is providing only a summary narrative, as approved by the Court at the October 7, 2020 status conference.

    f.  *Complete Business Solutions Group Inc. d/b/a Par Funding v. Franken Frames Inc. d/b/a Franken Homes d/b/a Johnson City Framing, Roger Chase and Kimberly Chase*, Philadelphia Court of Common Pleas Docket No. 180105445.

    g.  *Complete Business Solutions Group Inc. d/b/a Par Funding v. Brower Enterprises Inc. d/b/a Brower Sales d/b/a Brower Health and Stanley Brower*, Philadelphia Court of Common Pleas Docket No. 180200627.

    h.  *Complete Business Solutions Group Inc. d/b/a Par Funding v. Jama's Beauty College Inc. d/b/a Jama's Beauty College and Jacqueline Marie Williams-Woody*, Philadelphia Court of Common Pleas Docket No. 190904518.

    i.  *Complete Business Solutions Group Inc. d/b/a Par Funding v. Solene Boutique LLC d/b/a Solene Boutique d/b/a Solene and Lia Kalin,* Philadelphia Court of Common Pleas Docket No. 191103515.

3.    The Receiver has determined, in his professional judgment, that it is in the best interests of the Receivership Estate to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments with respect to these cases.

WHEREFORE, Ryan K. Stumphauzer, as Court-Appointed Receiver, by and through his undersigned counsel, respectfully requests this Honorable Court to grant the motion and lift the Litigation Injunction on a limited basis as set forth above. A proposed order for the Court's consideration is attached as Exhibit 1.

## **CERTIFICATION REGARDING PRE-FILING CONFERENCE**

The undersigned counsel has conferred with all counsel of record and unrepresented parties in this matter regarding the relief sought through this motion and certifies that all counsel of record and unrepresented parties have either: (1) not responded to the Receiver's meet and confer requests; or (2) confirmed that their clients either do not oppose or take no position with respect to the relief sought. The SEC also takes no position on the motion to lift the litigation injunction.

Dated: August 9, 2023

Respectfully Submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400

By: */s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA
Florida Bar No. 056140
tkolaya@sknlaw.com

*Co-Counsel for Receiver*

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200

By: */s/ Gaetan J. Alfano*
GAETAN J. ALFANO
Pennsylvania Bar No. 32971
*(Admitted Pro Hac Vice)*
GJA@Pietragallo.com
DOUGLAS K. ROSENBLUM
Pennsylvania Bar No. 90989
*(Admitted Pro Hac Vice)*
DKR@Pietragallo.com

*Co-Counsel for Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA