UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.*,

    Defendants.
_____/

**ORDER GRANTING RECEIVER'S TWENTY-EIGHTH MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS**

**THIS CAUSE** comes before the Court upon the Receiver's Twenty-Eighth Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings [ECF No. 1656] ("Motion"), filed on August 9, 2023.

The Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose of authorizing the Receiver, in his direction, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either has resolved or agreed to resolve prior defaults, or otherwise filed for bankruptcy protection, in certain cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020 [ECF No. 141] is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purpose as described in the Motion:

a. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Catherine G. Ysaguirre and RIMFX, Inc.*, Philadelphia Court of Common Pleas Docket No. 170500783.

b. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Dreamers Home Health Care LLC, Bashiel H. Smith, and Antionette C. Korvah*, Philadelphia Court of Common Pleas Docket No. 170502631.

c. *Complete Business Solutions Group Inc. by and through its Court Appointed Receiver Ryan K. Stumphauzer v. Department of Green Energy Inc. and Annika Kielland*, Philadelphia Court of Common Pleas Docket No. 220202821.

d. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Connect Link Inc. d/b/a Sam Diverse Specialty Contractors, Mary Jo D Gaumer, and Daniel Gaumer*, Philadelphia Court of Common Pleas Docket No. 190300635.

e. *Complete Business Solutions Group Inc. d/b/a Par Funding v. JRose Wholesale Flowers Corporation d/b/a JRose Wholesale Flowers and Troy Baksh*, Philadelphia Court of Common Pleas Docket No. 200600012.

f. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Franken Frames Inc. d/b/a Franken Homes d/b/a Johnson City Framing, Roger Chase and Kimberly Chase*, Philadelphia Court of Common Pleas Docket No. 180105445.

g. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Brower Enterprises Inc. d/b/a Brower Sales d/b/a Brower Health and Stanley Brower*, Philadelphia Court of Common Pleas Docket No. 180200627.

h. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Jama's Beauty College Inc. d/b/a Jama's Beauty College and Jacqueline Marie Williams-Woody*, Philadelphia Court of Common Pleas Docket No. 190904518.

i. *Complete Business Solutions Group Inc. d/b/a Par Funding v. Solene Boutique LLC d/b/a Solene Boutique d/b/a Solene and Lia Kalin,* Philadelphia Court of Common Pleas Docket No. 191103515.

**DONE AND ORDERED** in Miami, Florida, this 9th day of August, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**