**Pietragallo Gordon Alfano Bosick & Raspanti, LLP**

| Professional | Hours | Discounted Rate | Discounted Total |
|---|---:|---:|---:|
| Alexander M. Owens | 29.00 | $295.00 | $8,555.00 |
| Angela L. Velez | 5.70 | $295.00 | $1,681.50 |
| Christopher A. Iacono | 2.80 | $395.00 | $1,106.00 |
| Douglas K. Rosenblum | 179.90 | $395.00 | $71,060.50 |
| Eric G. Soller | 45.10 | $395.00 | $17,814.50 |
| Gaetan J. Alfano | 307.10 | $395.00 | $121,304.50 |
| Holly E. DiCesare | 6.50 | $295.00 | $1,917.50 |
| John Kettering | 326.30 | $395.00 | $128,888.50 |
| Kimberly Seigel | 176.40 | $100.00 | $17,640.00 |
| Marjii Ser | 21.60 | $100.00 | $2,160.00 |
| Megan E. Young | 72.00 | $295.00 | $21,240.00 |
| Michael A. Morse | 20.00 | $395.00 | $7,900.00 |
| Michael O. Bethune | 49.60 | $295.00 | $14,632.00 |
| Quintin DiLucente | 253.00 | $295.00 | $74,635.00 |
| Rebeca H. Miller | 26.80 | $295.00 | $7,906.00 |
| Richard J. Parks | 91.90 | $395.00 | $36,300.50 |
| Shannon E. Raketich | 23.00 | $100.00 | $2,300.00 |
| Timothy M. Hazel | 225.90 | $395.00 | $89,230.50 |
| Tonya W. Lupinacci | 84.90 | $295.00 | $25,045.50 |
| William Pietragallo II | 0.40 | $395.00 | $158.00 |
| | **1,947.90** | | **$651,475.50** |

# Exhibit 3(b)

**(Fee Schedule: Pietrogallo Gordon Alfano Bosick & Raspanti, LLP)**