UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 9:20-cv-81205-RAR

SECURITIES AND EXCHANGE COMMISSION
Plaintiff

  vs.

COMPLETE BUSINESS SOLUTIONS GROUP, INC.,
d/b/a PAR FUNDING, *et. al*.
Defendant

_____/

**NOTICE OF COMPLIANCE**

COMES NOW, Defendant Joseph Cole Barleta ("Cole"), by and through his Undersigned Counsel, and files the instant NOTICE OF COMPLIANCE.

1. On August 17, 2023, the Court instructed Joseph Cole Barleta [D.E. 1668] to demonstrate full compliance in the production of documents requested by the Receiver, and submit declarations under the penalty of perjury that Cole has complied with the Courts Order.

2. The Court has given Cole and his counsel until August 22, 2023 to comply.

3. On August 23, 2023, Cole has submitted to the Receiver additional documents that he has. He has no other documents to produce, and has indicated the same in his declaration.

4. Cole has produced all of the documents he has regarding the company FL Memory Lane, LLC. and Helliz Abbwal, LLC., as well as all of the property related that he has in his possession.

5. Cole has also produced additional statements.

6. All in all, Cole has produced an additional 112.3 megabytes of documents, or 305 additional items.

Respectfully submitted,

Law Offices of Andre G. Raikhelson, LLC.
Counsel for Joseph Cole Barleta
7000 W Palmetto Park Road, Suite 210
Boca Raton, Florida, 33433
Telephone:(954) 895-5566
arlaw@raikhelsonlaw.com
/s/ Andre G. Raikhelson
ANDRE G. RAIKHELSON
FBN:. 123657