**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-CV-81205-RAR/REINHART**

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*

Defendants.
_____/

**ORDER ON NON-PARTY PACIFIC LIFE INSURANCE COMPANY'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS CAUSE comes before the Court on Non-Party Pacific Life Insurance Company's Unopposed Motion for Extension of Time to respond to Receiver, Ryan K. Stumphauzer's Motion to Compel Pacific Life Insurance Company's Compliance with Subpoena (D.E. 1655). The Court having considered the Motion, and for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Non-Party Pacific Life Insurance Company's Unopposed Motion is **GRANTED**.

2. Pacific Life shall have until August 30, 2023 to file their response to Receiver, Ryan K. Stumphauzer's Motion to Compel Pacific Life Insurance Company's Compliance with Subpoena (D.E. 1655).

**SO ORDERED.**

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

Date: August ___, 2023