UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.*,

    Defendants.
_____/

**ORDER DENYING J. BRIAN FERGUSON'S
<u>MOTION TO INTERVENE AND LIFT THE LITIGATION INJUNCTION</u>**

**THIS CAUSE** comes before the Court upon Movant J. Brian Ferguson's Motion to Intervene and Lift the Litigation Injunction ("Motion"), [ECF No. 1687], filed on August 30, 2023. The Court has reviewed the Motion and the Receiver's Response, [ECF No. 1696], which acknowledges that the parties have agreed to the relief provided for in this Order. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida this 11th day of September, 2023.

*[signature]*
_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**