# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 18, 2023



George Bochetto
Bochetto & Lentz
1524 LOCUST ST
PHILADELPHIA, PA 19102

Mr. Brian P. Miller
King & Spalding, LLP
Southeast Financial Center
200 S BISCAYNE BLVD STE 4700
MIAMI, FL 33131

Matthew Louis Minsky
Bochetto & Lentz
1524 LOCUST ST
PHILADELPHIA, PA 19102

Alejandro Paz
Akerman, LLP
98 SE 7TH ST STE 1100
MIAMI, FL 33173

William Gregg Wolk
Eaton & Wolk, PL
2665 S BISCAYNE DR STE 609
MIAMI, FL 33133

Appeal Number:  23-13027-A
Case Style:  Securities and Exchange Commission v. Dean Vagnozzi
District Court Docket No:  9:20-cv-81205-RAR

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements

Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **09/15/2023**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation

If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements

Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file

an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-81205-RAR**

**SECURITIES AND EXCHANGE**
**COMMISSION,**

    Plaintiff,

**v.**

**COMPLETE BUSINESS SOLUTIONS**
**GROUP, INC. d/b/a PAR FUNDING,** *et al.,*

    Defendants.

_____/

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Defendant, Dean Vagnozzi, in the above-named case, hereby

appeals to the United States Court of Appeals for the Eleventh Circuit from the Order dated

September 7, 2023 (enclosed as **Exhibit A**) denying Defendant Dean Vagnozzi's Motion for Leave

to File Declaratory Judgment Complaint.

Dated:  September 14, 2023

Respectfully submitted,
**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
Telephone: 215-735-3900
Fax: 215-735-2455

By: */s/ George Bochetto*_____
Matthew Minsky, Esquire (FBN: 1033408)
George Bochetto, Esquire
*Pro Hac Vice*
E-mail: mminsky@bochettoandlentz.com
gbochetto@bochettoandlentz.com

*Attorneys for Dean Vagnozzi*