UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING**, *et al.*,

    Defendants.

_____/

### ORDER GRANTING RECEIVER'S TWENTY-NINTH MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS

**THIS CAUSE** comes before the Court upon the Receiver's Combined Twenty-Ninth Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings and to Authorize Foreclosure Sale on 1804 Green Hollow Dr., Iselin, NJ ("Motion"), [ECF No. 1748], filed on November 14, 2023.

In Section I of the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020, [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose to authorize the Receiver, in his direction, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either has resolved, has agreed to resolve prior defaults, or otherwise filed for bankruptcy protection, in certain cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020, [ECF No. 141], is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purpose as described in the Motion:

a. *Complete Business Solution Group Inc. d/b/a Par Funding v. Agency ACBH Inc. d/b/a Agency ACBH and William Harper, Jr.,* Philadelphia Court of Common Pleas Docket No. 190300886.

b. *Complete Business Solution Group Inc. d/b/a Par Funding v. Markus Corp. and Marek Kusmierczyk,* Philadelphia Court of Common Pleas Docket No. 200400147.

c. *Complete Business Solution Group Inc. d/b/a Par Funding v. ARM Transportation INC d/b/a ARM Transportation, d/b/a The Park AT AR, Faisal Khan, Amber Zulfiquan Khan, and Maryam Khan*, Philadelphia Court of Common Pleas Docket No. 190705030.

d. *Complete Business Solution Group Inc. d/b/a Par Funding v. Sidney Browne Sole Proprietor d/b/a All Tines and Sidney S. Browne*, Philadelphia Court of Common Pleas Docket No. 170802260.

e. *Complete Business Solution Group Inc. d/b/a Par Funding v. Sidney Browne Sole Proprietor d/b/a All Tines and Sidney S. Browne*, Philadelphia Court of Common Pleas Docket No. 191100531.

f. *Complete Business Solution Group Inc. d/b/a Par Funding v. AFBC Logistics, Inc. d/b/a AFBC Logistics and Mirzohid Muminov,* Philadelphia Court of Common Pleas Docket No. 200201606.

g. *Complete Business Solution Group Inc. d/b/a Par Funding v. Greenwood Collision Center, Inc. d/b/a Greenwood Collision Center, and Robert Myshkoff,* Philadelphia Court of Common Pleas Docket No. 190701652.

h. *Complete Business Solution Group Inc. d/b/a Par Funding v. Bera International LLC d/b/a Bera International d/b/a Bera Wines Inc. and Raquel Gonzalez*, Philadelphia Court of Common Pleas Docket No. 190802163.

i. *Complete Business Solution Group Inc. d/b/a Par Funding v. Jesse Black Sole Proprietor of AJ's Tree Service and Jesse Allen Black,* Philadelphia Court of Common Pleas Docket No. 191200171.

j. *Complete Business Solution Group Inc. d/b/a Par Funding v. Oakbend Enterprises Inc. d/b/a MAACO d/b/a MAACO of Athens d/b/a MAACO Auto Painting & Body Work et al.,* Philadelphia Court of Common Pleas Docket No. 190901717.

In Section II of the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020, [ECF No. 141], for the limited purpose of lifting the litigation injunction provided for in that Order relating to the case captioned *Citibank N.A. v. Surech Nayak aka Suresh Chandra Nayak, et al.* in the Middlesex County Superior Court of New Jersey at Case SWC-F-001688-20.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested in Section II thereof. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020, [ECF No. 141], is hereby lifted so as to allow the case captioned *Citibank N.A. v. Surech Nayak aka Suresh Chandra Nayak, et al.*, in the Middlesex County Superior Court of New Jersey at Case SWC-F-001688-20 to proceed.

**DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**