UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
  INC. d/b/a/ PAR FUNDING, et al.,
_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING FINAL JUDGMENT AGAINST ABFP RECEIVERSHIP ENTITIES, COURT FILINGS REGARDING ALLEGED CBSG AGENT FUNDS, AND RECENT CRIMINAL CASE FILINGS**

    Plaintiff Securities and Exchange Commission hereby files the following:

- Exhibit A: The Final Judgment, by consent, entered against Receivership Entities ABFP Income Fund Parallel, LLC, ABFP Income Fund 3, LLC, ABFP Income Fund 3 Parallel, LLC, ABFP Income Fund 4, LLC, ABFP Income Fund 4 Parallel, LLC, ABFP Income Fund 6, LLC, ABFP Income Fund 6 Parallel, LLC, ABFP Multi-Strategy Investment Fund, LP, and ABFP Multi-Strategy Investment Fund 2, LP. in *SEC v. ABFP Income Fund Parallel, LLC, et al.*, Case No. 23-cv-23721-BB (S.D. Fla. 2023).

- Exhibit B: Complaint, *SEC v. Shannon Westhead, et al.*, Case No. 23-cv-23749 (S.D. Fla. 2023).

- Exhibit C: Complaint, *SEC v. A.G. Morgan, et al.*, Case No. 22-cv-03421 (E.D.N.Y. 2022).

- Exhibit D: The recent indictment and filing in *U.S. v. James LaForte*, Case No. 23-cr-443 (E.D.N.Y. 2023) (referencing CBSG).

November 28, 2023                                  Respectfully submitted,

                                                  By:   s/ Amie Riggle Berlin
                                                        Amie Riggle Berlin
                                                        Senior Trial Counsel
                                                        Florida Bar No. 630020
                                                        Direct Dial: (305) 982-6322
                                                        Email:  berlina@sec.gov
                                                        Attorney for Plaintiff

                                                        **SECURITIES AND EXCHANGE**
                                                        **COMMISSION**
                                                        801 Brickell Avenue, Suite 1800
                                                        Miami, Florida 33131
                                                        Telephone:  (305) 982-6300
                                                        Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 28th day of November 2023 via cm-ecf on all defense counsel in this case.

                                                         s/ Amie Riggle Berlin
                                                         Amie Riggle Berlin