UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-81205-RAR

SECURITIES & EXCHANGE COMMISSION,

        Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

        Defendants.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE

**THIS CAUSE**, having come before this Court upon the District Court's referral of the pending claims of non-parties Radiant Images, Inc., Giane Wolfe, Tourmappers North America, LLC, Julie Paula Katz, Fleetwood Services, LLC, Robert Fleetwood, Pamela Fleetwood, Gex Management, Inc., Carl Dorvil, MH Marketing Solutions Group, Inc., Michael Heller, Sunrooms Group, Inc., Michael Foti, Petropangea, Inc. Johnny Harrison, Volunteer Pharmacy, LLC, Chad Frost, Sean Whalen and Yngyin Iris Chen ("Non-Party Movants") to the undersigned for a settlement conference, it is hereby **ORDERED AND ADJUDGED** as follows:

The Receiver, counsel for the Securities and Exchange Commission, and representatives on behalf of the Non-Party Movants shall appear remotely via Zoom videoconference before this Court on **Tuesday, January 23, 2024, at 10:00 a.m.**, for a settlement conference. The Court will email the Zoom link to counsel in advance of the settlement conference.

On the day before the settlement conference, the Court will conduct an *ex parte* fifteen (15) minute telephone conference with counsel for each side (without clients). Counsel shall email chambers (reinhart@flsd.uscourts.gov) at their earliest convenience to advise the Court of their availability on that date and schedule a time for their *ex parte* telephone conference. The following rules shall apply to the settlement proceedings:

a.) **NO CONTINUANCES.** This settlement conference shall not be continued unless good cause is shown for another date. Any motions for continuance of the settlement conference must be in writing, properly filed with the Court prior to the date of the conference, and shall contain a proposed date for rescheduling the conference. Counsel moving to continue the conference shall consult with opposing counsel in proposing a new date for the conference.

b.) **WRITTEN SUBMISSIONS TO THE COURT.** No later than **Tuesday, January 16, 2024**, counsel shall submit directly to chambers a written submission of no more than five (5) pages (single spaced), which shall contain a brief explanation of the dispute between the parties, a proposal for resolving the dispute, and a brief explanation of why such resolution is appropriate. The submission shall also indicate whether there are any liens or any third parties whose involvement would help facilitate settlement. The parties are instructed **not to submit such documents to the Clerk of Court**. Rather, to facilitate timely submission of the documents, **each party shall email their submissions to reinhart@flsd.uscourts.gov**. Such submissions will be kept confidential and will

not be disclosed to the opposing party without prior approval of the submitting party.

c.) **ATTENDANCE OF PARTIES REQUIRED.** The Receiver, counsel for the Securities and Exchange Commission, and representatives on behalf of the Non-Party Movants shall participate in the settlement conference. Except as provided under Local Rule 16.2E, counsel and each party, or representatives of each party, with ultimate settlement authority must be present at the settlement conference.

d.) **STATEMENTS NOT ADMISSIBLE.** Statements made by any party during the settlement conference shall be confidential and privileged. Accordingly, parties are encouraged to be frank in their discussions. The Court expects the parties to address each other with courtesy and respect.

**DONE and ORDERED** in Chambers this 19th day of December, 2023, at West Palm Beach in the Southern District of Florida.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE