UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-81205-RAR

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS GROUP,
INC. d/b/a PAR FUNDING, *et al.*,

      Defendants.

_____/

## DEFENDANT LISA MCELHONE'S NOTICE OF COMPLIANCE

Defendant, Lisa McElhone, notifies the Court that she has produced corporate records and made disclosure to the Plaintiff, Securities and Exchange Commission, in accordance with the directives in the Court's Order dated February 20, 2024 (ECF No. 1805).

Dated: March 21, 2024.

        **KAPLAN ZEENA LLP**
        *Attorneys for Defendant Lisa McElhone*
        2 South Biscayne Boulevard, Suite 3050
        Miami, Florida 33131
        Telephone: (305) 530-0800
        Facsimile: (305) 530-0801

        By: */s/ Noah E. Snyder*
          JAMES M. KAPLAN
          Florida Bar No.: 921040
          james.kaplan@kaplanzeena.com
          elizabeth.salom@kaplanzeena.com
          service@kaplanzeena.com
          NOAH E. SNYDER
          Florida Bar No.: 107415
          noah.snyder@kaplanzeena.com
          maria.escobales@kaplanzeena.com

KAPLAN ZEENA LLP
2 South Biscayne Boulevard, One Biscayne Tower Suite 3050, Miami, Florida 33131
Telephone: (305) 530-0800; Facsimile: (305) 530-0801

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this  21st  day of March, 2024, I electronically filed the

foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on counsel of record via transmissions of Notices of Electronic

Filing generated by CM/ECF.

By: */s/  Noah E. Snyder*
　　　NOAH E. SNYDER