**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-CV-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

   Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.,*

   Defendants.

_____/

**RECEIVER, RYAN K. STUMPHAUZER'S STATUS**
**REPORT REGARDING CLAIMS DETERMINATION MOTION**

   Ryan K. Stumphauzer, Esq., Court-Appointed Receiver ("Receiver") of the Receivership

Entities,[1] hereby files this Status Report regarding the progress of his forthcoming motion to

approve the Receiver's claims determinations in this case, and states as follows:

_____

[1] The "Receivership Entities" are Complete Business Solutions Group, Inc. d/b/a Par Funding ("Par Funding"); Full Spectrum Processing, Inc.; ABetterFinancialPlan.com LLC d/b/a A Better Financial Plan; ABFP Management Company, LLC f/k/a Pillar Life Settlement Management Company, LLC; ABFP Income Fund, LLC; ABFP Income Fund 2, L.P.; United Fidelis Group Corp.; Fidelis Financial Planning LLC; Retirement Evolution Group, LLC;, RE Income Fund LLC; RE Income Fund 2 LLC; ABFP Income Fund 3, LLC; ABFP Income Fund 4, LLC; ABFP Income Fund 6, LLC; ABFP Income Fund Parallel LLC; ABFP Income Fund 2 Parallel; ABFP Income Fund 3 Parallel; ABFP Income Fund 4 Parallel; and ABFP Income Fund 6 Parallel; ABFP Multi-Strategy Investment Fund LP; ABFP Multi-Strategy Fund 2 LP; MK Corporate Debt Investment Company LLC; Fast Advance Funding LLC; Beta Abigail, LLC; New Field Ventures, LLC; Heritage Business Consulting, Inc.; Eagle Six Consulting, Inc.; 20 N. 3rd St. Ltd.; 118 Olive PA LLC; 135-137 N. 3rd St. LLC; 205 B Arch St Management LLC; 242 S. 21st St. LLC; 300 Market St. LLC; 627-629 E. Girard LLC; 715 Sansom St. LLC; 803 S. 4th St. LLC; 861 N. 3rd St. LLC; 915-917 S. 11th LLC; 1250 N. 25th St. LLC; 1427 Melon St. LLC; 1530 Christian St. LLC; 1635 East Passyunk LLC; 1932 Spruce St. LLC; 4633 Walnut St. LLC; 1223 N. 25th St. LLC; 500 Fairmount Avenue, LLC; Liberty Eighth Avenue LLC; Blue Valley Holdings, LLC; LWP North LLC; The LME 2017 Family Trust; Recruiting and Marketing Resources, Inc.; Contract Financing Solutions, Inc.; Stone Harbor Processing LLC; LM Property Management LLC; and ALB Management, LLC; and the receivership also includes the properties located at 107

As the Receiver and the Securities and Exchange Commission ("SEC") reported in their joint status report dated March 21, 2023 [ECF No. 1833], the Receiver has decided to seek the Court's approval of his determinations of the claims that investors submitted in this case utilizing a calculation method that considers the investors' net investment in Par Funding (*i.e.*, total cash in, minus total cash out).  The SEC has taken the position that the Court must first determine that Par Funding was operating a Ponzi scheme before this claim calculation methodology can be utilized.  Without taking a position on whether a Ponzi scheme determination is necessary for utilizing the Receiver's proposed claim calculation methodology, the Receiver is proceeding in that manner and is in the process of preparing his motion and supporting material for approval of the Receiver's claims calculations and for a Ponzi scheme determination.

The SEC has requested that, once the Receiver has finalized his draft motion, the Receiver provide the SEC with a copy of the draft motion and, prior to filing, allow the SEC two weeks to review the draft and confirm its position on the requested relief.  Accordingly, the Receiver intends to file another status report with the Court in two weeks (*i.e.*, on April 29, 2024), wherein the Receiver will provide the Court with a further update on the timeline for the filing of this motion.

Dated: April 5, 2024                                             Respectfully Submitted,

                                                                 **STUMPHAUZER KOLAYA**
                                                                 **NADLER & SLOMAN, PLLC**
                                                                 Two South Biscayne Blvd., Suite 1600
                                                                 Miami, FL 33131
                                                                 Telephone:  (305) 614-1400
                                                                 Facsimile:  (305) 614-1425

                                                                 By:      */s/ Timothy A. Kolaya*
                                                                          TIMOTHY A. KOLAYA
                                                                          Florida Bar No. 056140
                                                                          tkolaya@sknlaw.com

---

Quayside Dr., Jupiter FL 33477.

- 3 -

**PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP**
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone:  (215) 320-6200
Facsimile:   (215) 981-0082

By:  */s/ Gaetan J. Alfano*
GAETAN J. ALFANO
Pennsylvania Bar No. 32971
*(Admitted Pro Hac Vice)*
GJA@Pietragallo.com

*Co-Counsel for Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2024, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA