# Exhibit "1"

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 38 | Redacted | 138,534.93 |
| 20391 | Redacted | 169,579.96 |
| 20623 | Redacted | 39,148.34 |
| 503 | Redacted | 61,250.10 |
| 411 | Redacted | 47,416.66 |
| 20640 | Redacted | 221,000.00 |
| 450 | Redacted | 11,347.00 |
| 263 | Redacted | 200,666.66 |
| 20186 | Redacted | 687,166.67 |
| 510 | Redacted | 50,000.00 |
| 20641 | Redacted | 93,693.30 |
| 20560 | Redacted | 64,613.11 |
| 77 | Redacted | 91,909.96 |
| 150 | Redacted | 93,833.34 |
| 20634 | Redacted | 138,438.67 |
| 20068 | Redacted | 901,666.71 |
| 208 | Redacted | 268,300.00 |
| 20422 | Redacted | 165,259.67 |
| 211 | Redacted | 19,066.69 |
| 296 | Redacted | 236,776.66 |
| 99 | Redacted | 189,500.00 |
| 20007 | Redacted | 46,500.00 |
| 55 | Redacted | 92,851.63 |
| 20462 | Redacted | 47,666.69 |
| 20045 | Redacted | 97,766.68 |
| 373 | Redacted | 81,494.33 |
| 20284 | Redacted | 94,433.36 |
| 20202 | Redacted | 48,833.32 |
| 20432 | Redacted | 100,000.00 |
| 67 | Redacted | 41,566.65 |
| 305 | Redacted | 236,875.00 |
| 20684 | Redacted | 275,281.82 |
| 20692 | Redacted | 200,000.00 |
| 333 | BLUE STREAM INCOME FUND | 1,546,436.51 |
| 20108 | Redacted | 98,500.01 |
| 513 | Redacted | 61,220.82 |
| 20082 | Redacted | 145,760.00 |
| 20397 | Redacted | 97,173.00 |
| 20126 | Redacted | 73,868.91 |
| 415 | Redacted | 276,877.34 |
| 416 | Redacted | 203,735.82 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 20019 | Redacted | 86,117.41 |
| 490 | Redacted | 83,133.33 |
| Bulk | Redacted | 49,796,546.95 |
| 20482 | Cape Cod Income Fund | 1,002,683.49 |
| 20338 | Capricorn Income & Capricorn Parallel | 14,582,727.80 |
| 441 | Redacted | 48,833.32 |
| 443 | Redacted | 92,292.44 |
| 491 | Redacted | 198,975.00 |
| 242 | Redacted | 96,218.31 |
| 243 | Redacted | 97,173.00 |
| 244 | Redacted | 50,000.00 |
| 204 | Redacted | 47,375.00 |
| 20305 | Redacted | 158,522.01 |
| 141 | Redacted | 138,438.67 |
| 20344 | Redacted | 164,391.65 |
| 20137 | Redacted | 119,483.37 |
| 20270 | Redacted | 473,770.00 |
| 471 | Redacted | 116,103.31 |
| 20472 | Redacted | 102,685.51 |
| 179 | Redacted | 244,306.66 |
| 180 | Redacted | 97,173.00 |
| 20700 | Redacted | 82,751.59 |
| 308 | Redacted | 127,912.50 |
| 20001 | Redacted | 485,970.00 |
| 20013 | Redacted | 13,716.68 |
| 398 | Redacted | 38,066.69 |
| 168 | Redacted | 97,173.00 |
| 20090 | Redacted | 19,696.82 |
| 92 | Redacted | 145,760.00 |
| 20204 | Redacted | 67,625.00 |
| 20535 | Redacted | 447,751.93 |
| 20537 | Redacted | 965,000.00 |
| 154 | Redacted | 158,666.66 |
| 20297 | Redacted | 467,604.25 |
| 137 | Redacted | 468,435.00 |
| 504 | Redacted | 432,165.67 |
| 505 | Redacted | 97,173.00 |
| 303 | Redacted | 93,693.30 |
| 276 | Redacted | 97,173.00 |
| 152 | Redacted | 1,472,500.00 |
| 474 | Redacted | 193,749.90 |

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 234 | Redacted | 97,355.52 |
| 265 | Redacted | 65,000.00 |
| 30 | Redacted | 203,043.39 |
| 31 | Redacted | 108,583.36 |
| 84 | Redacted | 92,009.96 |
| 236 | Redacted | 138,438.67 |
| 83 | Redacted | 486,070.00 |
| 177 | Redacted | 97,666.68 |
| 20373 | Redacted | 84,903.26 |
| 20374 | Redacted | 180,433.29 |
| 20375 | Redacted | 146,600.00 |
| 20604 | Redacted | 184,584.90 |
| 7 | Redacted | 164,500.00 |
| 20012 | Redacted | 13,716.66 |
| 20377 | Redacted | 184,584.90 |
| 115 | Redacted | 235,100.00 |
| 20219 | Redacted | 111,200.00 |
| 20220 | Redacted | 336,000.00 |
| 20455 | Redacted | 560,543.38 |
| 193 | Redacted | 94,775.00 |
| 192 | Redacted | 83,133.33 |
| 283 | Redacted | 97,666.68 |
| 20478 | Redacted | 225,516.71 |
| 301 | Redacted | 19,066.62 |
| 378 | Redacted | 244,773.34 |
| 466 | Redacted | 99,333.34 |
| 20307 | Redacted | 110,750.94 |
| 20448 | Redacted | 97,666.68 |
| 20449 | Redacted | 242,666.66 |
| 232 | Redacted | 249,326.66 |
| 20247 | Redacted | 138,438.67 |
| 20245 | Redacted | 482,771.69 |
| 348 | Redacted | 42,501.65 |
| 20044 | Redacted | 97,666.68 |
| 20264 | Redacted | 286,146.74 |
| 88 | Redacted | 99,333.34 |
| 20476 | Redacted | 183,666.63 |
| 324 | Redacted | 124,550.00 |
| 3 | Redacted | 789,550.00 |
| 20637 | Redacted | 172,771.63 |
| 20639 | Redacted | 42,665.24 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 20636 | Redacted | 25,000.00 |
| 125 | Redacted | 40,916.59 |
| 20042 | Redacted | 676,350.00 |
| 20508 | Redacted | 72,880.00 |
| 20444 | Redacted | 166,126.41 |
| 434 | Redacted | 147,667.92 |
| 20652 | Redacted | 80,000.00 |
| 20653 | Redacted | 200,000.00 |
| 20464 | Redacted | 99,433.34 |
| 20299 | Redacted | 120,618.32 |
| 111 | Redacted | 461,462.24 |
| 427 | Redacted | 92,292.44 |
| 545 | Redacted | 200,000.00 |
| 20675 | Redacted | 114,791.63 |
| 20674 | Redacted | 173,833.34 |
| 20441 | Redacted | 326,766.66 |
| 140 | Redacted | 114,200.00 |
| 254 | Redacted | 97,559.96 |
| 20212 | Redacted | 96,118.31 |
| 250 | Redacted | 98,500.01 |
| 251 | Redacted | 51,851.37 |
| 157 | Redacted | 258,000.00 |
| 431 | Redacted | 200,000.00 |
| 472 | Redacted | 858,333.26 |
| 20490 | Redacted | 24,416.68 |
| 531 | Redacted | 44,375.00 |
| 60 | Redacted | 873,333.34 |
| 256 | Redacted | 9,533.31 |
| 212 | Redacted | 561,000.00 |
| 217 | Redacted | 142,136.63 |
| 120 | Redacted | 233,750.03 |
| 20745 | Redacted | 95,266.69 |
| 26 | Redacted | 92,751.63 |
| 486 | Redacted | 101,721.03 |
| 277 | Redacted | 278,833.33 |
| 20440 | Redacted | 141,600.00 |
| 20278 | Redacted | 256,666.66 |
| 47 | Redacted | 164,527.67 |
| 330 | Redacted | 378,675.00 |
| 437 | Redacted | 50,000.00 |
| 438 | Redacted | 50,000.00 |

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 436 | Redacted | 50,000.00 |
| 20190 | Redacted | 91,909.96 |
| 287 | Redacted | 13,435.17 |
| 288 | Redacted | 30,000.00 |
| 81 | Redacted | 157,500.00 |
| 20578 | GR8 Income Fund LLC | 1,303,000.04 |
| 20594 | Redacted | 80,000.00 |
| 533 | Redacted | 37,666.67 |
| 347 | Redacted | 145,760.00 |
| 109 | Redacted | 65,000.00 |
| 20471 | Redacted | 138,138.00 |
| 20241 | Redacted | 182,099.96 |
| 28 | Redacted | 253,066.66 |
| 29 | Redacted | 245,266.66 |
| 129 | Redacted | 249,326.66 |
| 20048 | Redacted | 454,999.96 |
| 20172 | Redacted | 93,693.30 |
| 132 | Redacted | 25,633.34 |
| 105 | Redacted | 295,000.00 |
| 20710 | Redacted | 1,833,333.41 |
| 20272 | Redacted | 400,000.00 |
| 20500 | Jade Fund LLC | 189,275.00 |
| 230 | Redacted | 63,600.00 |
| 537 | Redacted | 369,169.80 |
| 20028 | Redacted | 92,292.44 |
| 20136 | Redacted | 556,100.00 |
| 290 | Redacted | 385,700.00 |
| 291 | Redacted | 350,400.00 |
| 46 | Redacted | 70,125.00 |
| 335 | Redacted | 94,434.97 |
| 20477 | Redacted | 180,433.29 |
| 20065 | Redacted | 83,133.33 |
| 20067 | Redacted | 188,666.64 |
| 20294 | Redacted | 202,358.64 |
| 20191 | Redacted | 393,333.34 |
| 225 | Redacted | 118,016.64 |
| 20409 | Redacted | 198,666.66 |
| 534 | Redacted | 28,200.00 |
| 241 | Redacted | 97,801.65 |
| 20367 | Redacted | 186,344.93 |
| 353 | Redacted | 92,292.44 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 340 | Redacted | 95,276.64 |
| 455 | Redacted | 268,500.00 |
| 259 | Redacted | 252,651.00 |
| 253 | Redacted | 91,068.29 |
| 20127 | Redacted | 82,751.59 |
| 16 | Redacted | 474,280.00 |
| 136 | Redacted | 132,350.00 |
| 383 | Redacted | 84,902.96 |
| 82 | Redacted | 195,433.32 |
| 220 | Redacted | 94,433.36 |
| 215 | Redacted | 154,733.35 |
| 20739 | Redacted | 108,300.00 |
| 344 | Redacted | 59,600.00 |
| 547 | Redacted | 93,693.30 |
| 487 | Redacted | 57,200.00 |
| 20704 | Redacted | 200,000.00 |
| 447 | Redacted | 491,915.00 |
| 219 | Redacted | 46,433.36 |
| 461 | Redacted | 81,594.33 |
| 108 | Redacted | 53,566.69 |
| 20671 | Redacted | 249,426.66 |
| 20672 | Redacted | 183,666.63 |
| 299 | Redacted | 170,488.30 |
| 135 | Redacted | 46,766.69 |
| 20371 | Redacted | 49,349.99 |
| 20350 | Redacted | 844,774.90 |
| 20401 | Redacted | 113,375.01 |
| 64 | Redacted | 136,088.31 |
| 202 | Redacted | 47,683.31 |
| 213 | Redacted | 424,447.73 |
| 20253 | Redacted | 97,173.00 |
| 20057 | Redacted | 90,166.71 |
| 395 | Redacted | 98,500.01 |
| 394 | Redacted | 72,880.00 |
| 336 | Redacted | 91,168.29 |
| 316 | Redacted | 301,060.94 |
| 289 | Redacted | 428,050.00 |
| 224 | Redacted | 47,683.31 |
| 20290 | Redacted | 92,009.96 |
| 102 | Redacted | 91,168.29 |
| 20216 | Redacted | 93,693.30 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---:|
| 425 | Redacted | 137,541.68 |
| 20177 | Redacted | 41,933.36 |
| 20178 | Redacted | 145,760.00 |
| 223 | Redacted | 186,000.00 |
| 20380 | Redacted | 100,800.00 |
| 20398 | Redacted | 380,026.66 |
| 520 | Redacted | 138,438.67 |
| 521 | Redacted | 62,072.95 |
| 522 | Redacted | 93,693.30 |
| 20062 | Redacted | 192,084.97 |
| 20314 | Redacted | 99,333.34 |
| 20020 | Redacted | 162,500.00 |
| 43 | Redacted | 196,966.66 |
| 20525 | Redacted | 298,000.00 |
| 408 | Redacted | 94,433.36 |
| 20006 | Redacted | 300,000.00 |
| 166 | Redacted | 138,438.67 |
| 165 | Redacted | 99,333.34 |
| 20488 | Redacted | 82,500.00 |
| 20390 | Redacted | 280,500.00 |
| 20315 | Redacted | 48,587.00 |
| 20131 | Redacted | 57,690.00 |
| 90 | Redacted | 98,600.01 |
| 20513 | Redacted | 185,507.82 |
| 49 | Redacted | 98,700.00 |
| 20123 | Redacted | 28,400.00 |
| 167 | Redacted | 89,000.00 |
| 188 | Redacted | 80,000.00 |
| 20621 | Redacted | 97,059.98 |
| 20362 | Redacted | 112,808.29 |
| 203 | Redacted | 31,267.50 |
| 20227 | Redacted | 276,250.00 |
| 20041 | Redacted | 97,666.68 |
| 227 | Redacted | 47,666.57 |
| 463 | LWM EQUITY FUND LP | 540,506.75 |
| 462 | LWM INCOME FUND 2 LLC | 636,000.00 |
| 464 | LWM INCOME FUND PARALLEL LLC | 3,711,568.47 |
| 527 | Redacted | 117,262.38 |
| 252 | Redacted | 77,333.34 |
| 174 | Redacted | 46,883.33 |
| 361 | Redacted | 104,225.00 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 20518 | Redacted | 92,751.63 |
| 20214 | Redacted | 49,416.66 |
| 317 | Redacted | 83,133.33 |
| 201 | Redacted | 47,683.31 |
| 470 | MARINER MCA INCOME FUND LLC | 2,374,695.72 |
| 20631 | Redacted | 402,336.67 |
| 216 | Redacted | 46,766.66 |
| 20406 | Redacted | 58,718.66 |
| 20732 | Redacted | 236,780.00 |
| 20734 | Redacted | 184,584.90 |
| 20735 | Redacted | 145,760.00 |
| 164 | Redacted | 71,375.00 |
| 89 | Redacted | 46,666.66 |
| 20070 | Redacted | 128,833.32 |
| 518 | Redacted | 97,173.00 |
| 86 | Redacted | 47,999.98 |
| 20557 | Redacted | 84,903.26 |
| 20208 | MCA Capital Fund I, LLC | 292,000.00 |
| 454 | MCA CAROLINA INCOME FUND LLC | 185,833.35 |
| 20207 | MCA National Fund, LLC | 7,317,333.84 |
| 380 | Redacted | 97,173.00 |
| 381 | Redacted | 94,433.36 |
| 479 | MERCHANT FACTORING INCOME FUND | 768,016.68 |
| 20678 | Merchant Services Income Fund Parallel | 13,822,660.40 |
| 245 | Redacted | 98,500.01 |
| 68 | Redacted | 82,363.83 |
| 113 | Redacted | 304,706.06 |
| 392 | Redacted | 18,266.65 |
| 322 | Redacted | 29,166.52 |
| 274 | Redacted | 25,000.00 |
| 20372 | Redacted | 58,700.00 |
| 20149 | Redacted | 194,347.00 |
| 379 | Redacted | 141,600.00 |
| 20077 | Redacted | 77,076.15 |
| 20078 | Redacted | 91,168.29 |
| 20079 | Redacted | 97,766.68 |
| 375 | Redacted | 246,816.66 |
| 20271 | Redacted | 176,833.34 |
| 20110 | Redacted | 112,300.00 |
| 20111 | Redacted | 57,200.00 |
| 20112 | Redacted | 155,477.00 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 237 | Redacted | 87,693.30 |
| 257 | Redacted | 180,333.29 |
| 20197 | Redacted | 19,333.35 |
| 485 | MID-ATLANTIC MCA FUND LLC | 3,632,473.34 |
| 267 | Redacted | 60,000.00 |
| 100 | Redacted | 236,875.00 |
| 20120 | Redacted | 269,000.00 |
| 37 | MK ONE INCOME | 1,129,388.68 |
| 20095 | Redacted | 47,333.35 |
| 20221 | Redacted | 377,333.34 |
| 306 | Redacted | 95,166.69 |
| 183 | Redacted | 94,775.00 |
| 184 | Redacted | 63,977.51 |
| 311 | Redacted | 1,427,716.66 |
| 20349 | Redacted | 232,100.00 |
| 20351 | Redacted | 184,584.90 |
| 13 | Redacted | 244,406.66 |
| 206 | Redacted | 240,956.00 |
| 207 | Redacted | 38,898.66 |
| 61 | Redacted | 92,751.63 |
| 62 | Redacted | 236,776.66 |
| 388 | Redacted | 249,326.66 |
| 173 | Redacted | 89,950.00 |
| 119 | Redacted | 114,300.00 |
| 189 | Redacted | 112,320.00 |
| 329 | Redacted | 57,480.62 |
| 20084 | Redacted | 83,333.40 |
| 20595 | Redacted | 47,000.00 |
| 20696 | Redacted | 601,060.04 |
| 185 | Redacted | 92,009.96 |
| 508 | Redacted | 74,499.99 |
| 20405 | Redacted | 269,933.29 |
| 20295 | Redacted | 231,666.70 |
| 199 | Redacted | 81,594.33 |
| 85 | Redacted | 28,600.00 |
| 20308 | Redacted | 72,798.16 |
| 124 | Redacted | 146,500.00 |
| 20342 | Redacted | 155,540.00 |
| 41 | Redacted | 169,900.00 |
| 20561 | Redacted | 83,159.96 |
| 20562 | Redacted | 115,365.56 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 12 | Redacted | 23,687.50 |
| 20480 | Redacted | 83,902.83 |
| 14 | Redacted | 97,766.68 |
| 20392 | Redacted | 26,999.98 |
| 161 | Redacted | 315,583.29 |
| 162 | Redacted | 290,725.07 |
| 163 | Redacted | 196,999.99 |
| 397 | PISCES INCOME FUND LLC & PISCES INCOME FUND PARALLEL | 13,906,439.30 |
| 151 | Redacted | 369,324.97 |
| 50 | Redacted | 19,704.24 |
| 70 | Redacted | 102,949.97 |
| 72 | Redacted | 123,716.69 |
| 75 | Redacted | 227,746.67 |
| 262 | Redacted | 44,999.45 |
| 20552 | Redacted | 122,850.00 |
| 20015 | Redacted | 172,774.58 |
| 20203 | Redacted | 315,066.70 |
| 20566 | RAZR MCA Fund LLC | 857,142.01 |
| 20427 | Redacted | 122,916.62 |
| 97 | Redacted | 250,000.00 |
| 20617 | Redacted | 247,800.00 |
| 20660 | Redacted | 99,333.34 |
| 400 | Redacted | 700,000.01 |
| 20175 | Redacted | 234,266.66 |
| 20179 | Redacted | 170,053.00 |
| 20180 | Redacted | 280,100.00 |
| 349 | Redacted | 157,550.00 |
| 2 | Redacted | 280,000.00 |
| 20215 | Redacted | 108,300.00 |
| 402 | Redacted | 593,999.96 |
| 519 | Redacted | 83,133.33 |
| 20646 | Redacted | 35,667.26 |
| 20181 | Redacted | 46,433.36 |
| 20258 | Redacted | 114,300.00 |
| 20259 | Redacted | 118,200.00 |
| 20268 | Redacted | 113,300.00 |
| 331 | Redacted | 46,250.00 |
| 386 | Redacted | 15,624.87 |
| 80 | Redacted | 94,333.36 |
| 239 | Redacted | 95,166.69 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 240 | Redacted | 184,584.90 |
| 20304 | Redacted | 195,416.74 |
| 310 | Redacted | 380,880.00 |
| 20410 | Redacted | 331,625.00 |
| 181 | Redacted | 175,266.60 |
| 182 | Redacted | 100,326.66 |
| 339 | Redacted | 147,750.00 |
| 20254 | Redacted | 369,199.93 |
| 6 | Redacted | 99,433.34 |
| 20000 | Redacted | 47,666.69 |
| 20105 | Redacted | 181,999.96 |
| 20676 | Redacted | 237,500.02 |
| 20060 | Redacted | 91,666.70 |
| 63 | Redacted | 594,666.66 |
| 187 | Redacted | 190,333.31 |
| 20282 | Redacted | 91,168.29 |
| 20494 | Redacted | 138,438.67 |
| 65 | Redacted | 38,864.89 |
| 20283 | Redacted | 122,031.83 |
| 20052 | Redacted | 37,432.84 |
| 20333 | Redacted | 1,377,599.99 |
| 20334 | Redacted | 196,999.99 |
| 20166 | Redacted | 98,500.01 |
| 307 | Redacted | 10,000.00 |
| 117 | Redacted | 23,876.63 |
| 20093 | Redacted | 214,500.00 |
| 318 | Redacted | 99,333.34 |
| 266 | Redacted | 192,000.00 |
| 468 | Redacted | 9,533.31 |
| 20252 | Redacted | 270,600.00 |
| 20576 | Redacted | 86,017.41 |
| 20577 | Redacted | 92,292.44 |
| 172 | Redacted | 167,000.00 |
| 430 | Redacted | 46,146.23 |
| 345 | Redacted | 439,230.84 |
| 515 | Redacted | 23,833.31 |
| 481 | Redacted | 241,666.66 |
| 429 | SHERPA I INCOME FUND | 8,229,719.88 |
| 20396 | Redacted | 46,766.69 |
| 246 | Redacted | 50,000.00 |
| 247 | Redacted | 80,000.00 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 20265 | Redacted | 91,909.96 |
| 20413 | Redacted | 157,550.00 |
| 457 | SPARTAN INCOME FUND & SPARTAN INCOME FUND PARALLEL | 3,609,996.07 |
| 20499 | Redacted | 81,594.33 |
| 20534 | Redacted | 234,436.66 |
| 20651 | Redacted | 47,683.31 |
| 338 | Redacted | 147,750.00 |
| 433 | Redacted | 159,820.00 |
| 114 | Redacted | 150,150.00 |
| 20339 | Redacted | 50,981.96 |
| 20426 | Redacted | 239,250.00 |
| 20599 | STFG Income Fund LLC | 6,999,894.67 |
| 20359 | Redacted | 72,880.00 |
| 20519 | Redacted | 54,291.02 |
| 498 | Redacted | 14,784.04 |
| 535 | Redacted | 205,791.68 |
| 20474 | Redacted | 183,766.63 |
| 312 | Redacted | 661,666.66 |
| 93 | Redacted | 143,246.00 |
| 107 | Redacted | 138,438.67 |
| 116 | Redacted | 182,099.96 |
| 48 | Redacted | 158,300.00 |
| 391 | Redacted | 118,016.64 |
| 221 | Redacted | 462,590.00 |
| 20415 | Redacted | 188,766.64 |
| 20546 | Redacted | 3,383,895.87 |
| 96 | Redacted | 97,173.00 |
| 327 | Redacted | 43,645.47 |
| 275 | Redacted | 94,433.36 |
| 449 | Redacted | 207,658.01 |
| 20378 | Redacted | 114,200.00 |
| 493 | Redacted | 125,000.00 |
| 20156 | Redacted | 539,500.00 |
| 20384 | Redacted | 575,691.74 |
| 155 | Redacted | 91,909.96 |
| 156 | Redacted | 57,584.67 |
| 133 | Redacted | 89,433.38 |
| 190 | Redacted | 56,800.00 |
| 20332 | Redacted | 50,000.00 |
| 506 | Redacted | 104,375.00 |

Allowed Investor Claims

| Confirmation Number / Claim Number | Who is the current creditor? | Allowed Claim Amount |
|---|---|---|
| 362 | Redacted | 138,530.97 |
| 363 | Redacted | 91,099.29 |
| 20581 | Wellen Fund 1 | 1,796,906.57 |
| 233 | Redacted | 225,000.00 |
| 548 | Redacted | 63,733.33 |
| 260 | Redacted | 93,693.30 |
| 39 | Redacted | 113,300.00 |
| 20447 | Redacted | 91,909.96 |
| 10 | Redacted | 187,099.97 |
| 20613 | Redacted | 244,306.66 |
| 467 | Redacted | 100,000.00 |
| 20615 | Redacted | 485,867.00 |
| 332 | Redacted | 86,117.40 |
| 20358 | Redacted | 280,166.66 |
| 20663 | Redacted | 98,500.01 |
| 130 | Redacted | 297,333.35 |
| 153 | Redacted | 139,100.00 |
| 20650 | Redacted | 100,000.00 |
| 20025 | Redacted | 137,750.00 |
| 19 | Redacted | 94,200.04 |
| 21 | Redacted | 48,416.65 |
| 298 | Redacted | 143,666.67 |
| 20601 | Workwell Fund I LLC | 442,616.70 |
| 20347 | Redacted | 292,100.00 |
| | | $ 227,746,604.01 |