# Exhibit "3"

Insider Investors

| Confirmation Number / Claim Number | Who is the current creditor? | Asserted Claim Amount | Allowed Claim Amount |
|---|---|---:|---:|
| 20167 | MHL Union Alliance LLC-AGM Capital Fund | 66,969,888.87 | - |
| 20168 | MHL Union Alliance LLC - AGM Cap Fund 2 | 18,431,806.84 | - |
| 409 | Redacted - Chehebar Investor | 2,000,000.00 | 1,200,000.08 |
| 410 | Redacted - Chehebar Investor | 5,346,666.68 | 2,293,333.25 |
| 476 | Redacted - Chehebar Investor | 3,139,374.98 | 1,860,208.47 |
| 477 | Redacted - Chehebar Investor | 1,757,500.01 | 531,666.51 |
| 478 | Redacted - Chehebar Investor | 4,956,666.61 | 1,442,677.99 |
| 483 | Redacted - Chehebar Investor | 10,710,333.32 | 2,559,191.39 |
| 484 | Redacted - Chehebar Investor | 2,281,666.66 | 544,166.66 |
| 499 | Redacted - Chehebar Investor | 241,875.00 | 68,437.50 |
| 500 | Redacted - Chehebar Investor | 164,375.00 | 36,250.00 |
| 501 | Redacted - Chehebar Investor | 75,249.98 | 21,291.77 |
| 502 | Redacted - Chehebar Investor | 3,981,250.00 | 1,419,010.46 |
| 544 | Redacted - Chehebar Investor | 15,500,000.00 | 6,134,479.11 |
|  |  | $ 135,556,653.95 | $ 18,110,713.19 |