**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

**v.**

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*,

      Defendants.

_____/

### ORDER SETTING BRIEFING SCHEDULE FOR CLAIM DETERMINATION

**THIS CAUSE** comes before the Court upon Court-Appointed Receiver Ryan K. Stumphauzer's Motion to (1) Approve Proposed Treatment of Claims and (2) for Determination of Ponzi Scheme, ("Motion"), [ECF No. 1843]. The Court having carefully reviewed the Motion and the record in this matter, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     All claimants with outstanding objections as to the Receiver's determination of their claim shall file a response to the Motion of no more than **ten (10) pages on or before <u>May 7, 2024</u>**.

2.     The Receiver shall file a reply to each response, or each category of response if applicable, **on or before <u>May 21, 2024</u>**. Each reply shall be no more than **ten (10) pages**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of April, 2024.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**