UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

_Sharon K Manz_, Plaintiff,

vs. _Retirement (Par Funding) Evolution_, Defendant(s)

Case No. _9-20-CU-81205_

FILED BY __MC__ D.C.

MAY 07 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Motion For Referral To Volunteer Attorney Program

I, _Sharon K Manz_, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: _Sharon K Manz_
Printed name: _Sharon K Manz_
Address: _2101 Zaragoza Pl_
_The Villages, Fl_
_32159_

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other] on [date] on all counsel or parties of record on the Service List below.

Signature: _Sharon K Manz_
Printed name: _Sharon K Manz_
_stowetennis26@gmail.com_
_352-638-1794_

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant



MAY 01 2024
11:50 AM

USMS
INSPECTED
RECEIVED

Sharon Manz
2101 Zaragoza Pl
The Villages, FL 32162-9459

ORLANDO FL 328
3 MAY 2024 PM 6 L

Attention Clerk Office
United States District
Southern District of Florida
400 N. Miami Ave
Miami, FL 33128

9312881805 0075