Stephan and Carole Gammarino
270 Lincoln Road
King of Prussia, PA 19406
610-209-5413
5/7/24



Clerk's Office
Southern District of Florida
Wilkie D. Ferguson Jr. US Courthouse
400 North Miami Ave.
Miami, FL 33128

Re: SEC v Complete Business Solutions Group Inc. et al; Case No. 9:20-cv-81205-RAR

To Par Funding Receivership Team:

I continue to disagree with the manner in which the Receiver has proposed reimbursement to the investors and the proposed claims process. Once the money has been recovered from the criminals, I believe that every effort should be made to return 100% of investor money to the investors, who are the victims in this case. The thought of reducing the claim by the returns/dividends already paid to investors seems punitive. And to whom? The victims? The investors had, in good faith, placed savings, college and retirement funds into this investment, and were unaware of the fraud and misappropriation going on behind the scenes. Now that justice is being served toward the criminals in this case, isn't it about time the innocent are made whole? Considering our investment funds have been held up in court for four years, we have already suffered hardships, not to mention the loss of potential investment income. To further reduce our principal by what has previously been earned is adding insult to the existing injury. Please do the right thing for the investors and return 100% of our hard-earned money.

Respectfully,

Stephan and Carole Gammarno



PHILADELPHIA PA 190
8 MAY 2024 PM 9 L

Clerk's Office
Southern District of Florida
Wilkie D. Ferguson Jr. US Courthouse
400 North Miami Ave.
Miami FL 33128-01955

Carole Gammarino
270 Lincoln Rd
King of Prussia, PA 19406-1840





REC'D BY _____ D.C.
MAY 14 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI