U.S. District Court - Southern District of Florida

Case #: 9:20-cv-81205-RAR

Security and Exchange Commission, Plaintiff

v

Complete Business Solutions Group, Inc,
d/b/a PAR Funding, et.al.,
Defendants

FILED BY MC D.C.
MAY 29 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Request to Correct Mailing Address

I, Millen Livis, an interested party in the abovementioned case, am requesting the court to correct my mailing address as follows: 460 Neptune Road, Juno Beach, FL 33408

My email address for the court records should be mlivis2010@gmail.com

Thank you for your attention and assistance.

Millen Livis / M. Livis —

908-447-6887
mlivis2010@gmail.com
460 Neptune Road
Juno Beach, FL 33408

May 22, 2024

Michael Liris
460 Neptune Rd
Juno Beach, FL 33408






FCM LETTER
STUART, FL 34994
MAY 22, 2024

33128

$4.40

RDC 99

R2305H130515-14

CERTIFIED MAIL

9589 0710 5270 2027 8636 41

33128-771899

Clerk's Office
Southern District of Florida
Wilkie D. Ferguson Jr
US Court
400 North Miami Ave
Miami, FL 33128