UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al.,

       Defendants.
_____/

## RECEIVER'S MOTION FOR ORDER AUTHORIZING RECEIVER'S SALE OF REAL PROPERTY LOCATED AT 300 MARKET STREET, PHILADELPHIA, PA 19106

Ryan K. Stumphauzer, Esq., Court-Appointed Receiver ("Receiver") of the Receivership Entities, by and through his undersigned counsel, files this Motion for Order Authorizing Receiver's Sale of Real Property Located at 300 Market Street, Philadelphia, PA 19106 (the "Market Street Property"). In support thereof, the Receiver states:

1. On January 10, 2023, the Receiver filed a Motion for Order: (1) Authorizing Receiver's Sale of All Real Property Within the Receivership Estate; and (2) Compelling Lisa McElhone and Joseph LaForte to Vacate and Surrender Haverford Home or, in The Alternative, Pay Obligations for Single-Family Homes [ECF No. 1484] ("Motion for Order Authorizing Sale").

2. On January 11, 2023, the Court entered an Order Approving the Motion for Order Authorizing Sale [ECF 1486] ("Order Authorizing Sale").

3. In the Order Authorizing Sale, the Court authorized the Receiver to begin the process of marketing for sale all real estate within the Receivership Estate, including the Market Street Property.

- 1 -

4. 300 Market St. LLC, a Receivership Entity, is the owner of record of the Market Street Property and the Receiver is vested with full legal authority to act on behalf of 300 Market St. LLC, pursuant to the Amended Order Appointing Receiver (ECF 141), including the authority to waive the requirements of 28 U.S.C. § 2001 and 28 U.S.C. § 2004 for the sale of the Market Street Property.

5. In accordance with the Order Authorizing Sale, the Receiver has entered into a Purchase and Sale Agreement for the sale of the Market Street Property (the "Contract"). The Contract, which is subject to approval by this Court, is scheduled for a closing on June 27, 2024, provided the Court approves the Contract and authorizes the sale of the Market Street Property.

6. Attached hereto as **Exhibit 1** is a Declaration of Ryan K. Stumphauzer. Esq. (the "Declaration"), requesting the Court to enter an Order authorizing and approving the proposed sale, as provided for in the Contract.

7. The Receiver believes that the sale price for the Market Street Property under the Contract, which he has accepted subject to this Court's approval, is in the best interests of the Receivership Estate.

8. The Receiver represents that this Contract to Purchase the Market Street Property is a *bona fide* offer from a proposed buyer with whom the Receiver has no relationship and is the product of arms-length negotiation.

9. The Receiver proposes to proceed with the sale of the Market Street Property pursuant to the Contract, provided the Court approves the sale free and clear of liens, encumbrances, and other related obligations or claims.

10. A Proposed Order authorizing and approving the sale of the Market Street Property is attached as **Exhibit 2**.

11. To provide an opportunity for any potential objections to the sale of the Market Street Property pursuant to the Contract, the Receiver requests that the Court enter the Proposed Order no earlier than seven days, so that the Court may consider and resolve any potential objections to the Contract. Additionally, given that the closing date is scheduled for ten days from the date of this motion, the Receiver respectfully requests that the Court enter the Proposed Order as soon as practicable on or after June 7, 2024.

**WHEREFORE**, the Receiver respectfully requests that the Court enter the Proposed Order on or after June 7, 2024, approving the Contract and authorizing the Receiver to sell the Market Street Property.

### Local Rule 7.1 Certification

Pursuant to Local Rule 7.1, the undersigned counsel for the Receiver certifies that he has conferred with counsel for the United States Securities and Exchange Commission ("SEC"), regarding the relief requested in this motion. Counsel for the SEC has confirmed that the SEC does not oppose the relief requested herein and agrees to the waiver of the requirements of 28 U.S.C. §2001 and 28 U.S.C. §2004 for the sale of the Market Street Property.

Dated: May 31, 2024

Respectfully Submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400

By: */s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA
Florida Bar No. 056140
tkolaya@sknlaw.com

*Co-Counsel for Receiver*

- 4 -

        **PIETRAGALLO GORDON ALFANO**
        **BOSICK & RASPANTI, LLP**
        1818 Market Street, Suite 3402
        Philadelphia, PA 19103
        Telephone: (215) 320-6200

        By: */s/ Gaetan J. Alfano*
            GAETAN J. ALFANO
            Pennsylvania Bar No. 32971
            *(Admitted Pro Hac Vice)*
            GJA@Pietragallo.com
            DOUGLAS K. ROSENBLUM
            Pennsylvania Bar No. 90989
            *(Admitted Pro Hac Vice)*
            DKR@Pietragallo.com

        *Co-Counsel for Receiver*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 31, 2024, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Timothy A. Kolaya*
        TIMOTHY A. KOLAYA