IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case. No. 20-CV-81205-RAR ) |
| COMPLETE BUSINESS SOLUTIONS GROUP, INC., *et al.,* | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that non-parties Radiant Images, Inc., Giane Wolfe, Tourmappers North America, LLC, Julie Paula Katz, Kara DiPietro, HMC Inc., Fleetwood Services, LLC, Robert Fleetwood, Pamela Fleetwood, Gex Management, Inc., Carl Dorvil, MH Marketing Solutions Group, Inc., Michael Heller, Sunrooms Group, Inc., Michael Foti, Petropangea, Inc., Johnny Harrison, Volunteer Pharmacy, LLC, Chad Frost, Sean Whalen and Yngyin Iris Chen (collectively, the "Merchants" or "Merchant Victims"), appeal to the United States Court of Appeals for the Eleventh Circuit from Section III(D) of the Order entered in this action on June 26, 2024, which overruled the Victim Merchants' objections to the Receiver's motion to approve treatment of non-party merchant claims [ECF No. 1976].

Dated:  July 19, 2024

                                                Respectfully Submitted,

                                                **ALMEIDA LAW GROUP LLC**

                                                s/ Matthew J. Langley

                                                Matthew J. Langley, Esq.
                                                David S. Almeida, Esq.

-2-

849 W. Webster Avenue
Chicago, Illinois 60614.
(312) 576-3024
david@almeidalawgroup.com
matt@almeidalawgroup.com

Shane R. Heskin, Esq.
**WHITE & WILLIAMS LLP**
1650 Market Street, Suite 1800
Philadelphia, PA 19103
215-864-6329
heskins@whiteandwilliams.com
coreya@whiteandwilliams.com

*Counsel for the Merchant Victims*

-2-

## **CERTIFICATE OF SERVICE**

I certify that on July 19, 2024, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

/s/ Matthew J. Langley
Matthew J. Langley