# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al.,

      Defendants.
_____/

### NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing Ex. "5" john_pauciulo_3_minute_summary – compilation and Ex. "6" April 2018, attached to Dean Vagnozzi, Albert Vagnozzi, Alec Vagnozzi and Terry Kohler's Objection to the Motion to Approve Settlement and Entry of a Bar Order (CM/ECF No. 1987) are being filed conventionally pursuant to Court Order, a copy of which is attached.

                                      Respectfully submitted,

                                      **BOCHETTO & LENTZ, P.C.**
                                      1524 Locust Street
                                      Philadelphia, PA 19102
                                      Email: gbochetto@bochettoandlentz.com
                                      Email: mminsky@bochettoandlentz.com

                                      */s/ Matthew L. Minsky*

Dated: July 23, 2024            By: _____
                                      Matthew L. Minsky, Esquire (1033408)

                                      */s/ George Bochetto*
                                  By: _____
                                      George Bochetto, Esquire
                                      *Pro Hac Vice*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed July 23, 2024, with the CM/ECF filing portal, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted, this 23rd day of July 2024.

                                          **BOCHETTO & LENTZ, P.C.**
                                          1524 Locust Street
                                          Philadelphia, PA 19102
                                          Telephone: 215-735-3900
                                          Fax: 215-735-2455
                                          Email: gbochetto@bochettoandlentz.com
                                          Email: mminsky@bochettoandlentz.com

                                          */s/ Matthew L. Minsky*
                          By: _____
                                          Matthew L. Minsky, Esquire
                                          FBN: 1033408

**Quinn Gallagher**

| | |
|---|---|
| **From:** | Matthew Minsky <mminsky@bochettoandlentz.com> on behalf of Matthew Minsky |
| **Sent:** | Monday, July 22, 2024 4:57 PM |
| **To:** | Vincent Van Laar; David Heim; George Bochetto; Quinn Gallagher |
| **Subject:** | Fwd: Activity in Case 9:20-cv-81205-RAR Securities & Exchange Commission v. Complete Business Solutions Group, Inc. et al Order on Motion for Leave to File |

---------- Forwarded message ---------
From: <cmecfautosender@flsd.uscourts.gov>
Date: Mon, Jul 22, 2024 at 4:56 PM
Subject: Activity in Case 9:20-cv-81205-RAR Securities & Exchange Commission v. Complete Business Solutions Group, Inc. et al Order on Motion for Leave to File
To: <flsd_cmecf_notice@flsd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 7/22/2024 at 4:54 PM EDT and filed on 7/22/2024

| | |
|---|---|
| **Case Name:** | Securities & Exchange Commission v. Complete Business Solutions Group, Inc. et al |
| **Case Number:** | 9:20-cv-81205-RAR |
| **Filer:** | |
| **WARNING: CASE CLOSED on 11/23/2022** | |
| **Document Number:** | 2000(No document attached) |

**Docket Text:**
**PAPERLESS ORDER granting [1995] Motion for Leave to File Conventionally. Dean Vagnozzi, Albert Vagnozzi, Alec Vagnozzi and Terry Kohler may conventionally file Exhibits 5 and 6 in support of their Objections to the Entry of a Bar Order, [ECF No. 1987]. Signed by Judge Rodolfo A. Ruiz, II on 7/22/2024. (mei)**

**9:20-cv-81205-RAR Notice has been electronically mailed to:**

Alan S. Futerfas &nbsp &nbsp asfuterfas@futerfaslaw.com

Alejandro Paz &nbsp &nbsp alejandro.paz@akerman.com, marylin.herrera@akerman.com

Alejandro Mauricio Miyar &nbsp &nbsp amiyar@bergersingerman.com, drt@bergersingerman.com, DRT@ecf.inforuptcy.com, efile@bergersingerman.com, efile@ecf.inforuptcy.com, thydes@bergersingerman.com

Alejandro Oscar Soto &nbsp &nbsp asoto@ffslawfirm.com, clucien@ffslawfirm.com, vpantin@ffslawfirm.com

Alexis Fields &nbsp &nbsp fields@kolawyers.com, Chaparro@kolawyers.com

Alise Meredith Johnson &nbsp &nbsp johnsonali@sec.gov, jacqmeinv@sec.gov, landaul@sec.gov, vergest@sec.gov, wardro@sec.gov

Allison Jade Leonard &nbsp &nbsp aleonard@dvllp.com, jserna@dvllp.com, lfd@dvllp.com, rsaetae@dvllp.com, spitta@dvllp.com

Amie Riggle Berlin &nbsp &nbsp berlina@sec.gov, almontei@sec.gov, jacqmeinv@sec.gov, ordazm@sec.gov, suarezg@sec.gov, vergest@sec.gov

Amy Carver &nbsp &nbsp abcarver@welshrecker.com

Andre G. Raikhelson &nbsp &nbsp arlaw@raikhelsonlaw.com

Benjamin Joseph Biard &nbsp &nbsp biard.b@wssllp.com

Brad F. Barrios &nbsp &nbsp bbarrios@tcb-law.com, garnold@tcb-law.com, lharm@tcb-law.com, lmeriwether@tcb-law.com, service@tcb-law.com

Brandon Scott Floch &nbsp &nbsp bfloch@mnrlawfirm.com

Brian Paul Miller &nbsp &nbsp BMiller@KSLAW.com, miamilit@kslaw.com

Catherine M. Recker &nbsp &nbsp cmrecker@welshrecker.com

Chris A. Barker &nbsp &nbsp chris@barkercook.com, sodell@barkerrodemsandcook.com, susan@barkercook.com

Damian George Waldman &nbsp &nbsp damian@dwaldmanlaw.com, service@dwaldmanlaw.com

Daniel Lawrence Rashbaum &nbsp &nbsp drashbaum@mnrlawfirm.com, mordenes@mnrlawfirm.com

Daniel Nattan Gonzalez &nbsp &nbsp Dgonzalez@melandrussin.com,

ltannenbaum@ecf.courtdrive.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com, phornia@ecf.courtdrive.com

Daniel Scott Fridman &nbsp &nbsp dfridman@ffslawfirm.com, vpantin@ffslawfirm.com

David Lawrence Ferguson &nbsp &nbsp ferguson@kolawyers.com, 9002577420@filings.docketbird.com, levine@kolawyers.com, nunez@kolawyers.com

Douglas K. Rosenblum &nbsp &nbsp DKR@Pietragallo.com

Douglas Keith Wickenden &nbsp &nbsp kwickenden@gunster.com

Erica H. Dressler &nbsp &nbsp erica.dressler@troutman.com

Francis D. Murray &nbsp &nbsp fmurray@sknlaw.com, fmurray@ecf.courtdrive.com

Gaetan J. Alfano &nbsp &nbsp GJA@Pietragallo.com

George Bochetto &nbsp &nbsp gbochetto@bochettoandlentz.com

Henry Philip Bell &nbsp &nbsp hbell@brresq.com, gencarnacion@brresq.com, gisselle@brresq.com, hbell@bellpalaw.com, legal@brresq.com, lmoglia@brresq.com

James David Silver &nbsp &nbsp jsilver@kklaw.com, raldama@kklaw.com

James Miller Kaplan &nbsp &nbsp james.kaplan@kaplanzeena.com, elizabeth.salom@kaplanzeena.com, service@kaplanzeena.com

Jason Mays &nbsp &nbsp jmays@mnrlawfirm.com

Jason Elliot Slatkin &nbsp &nbsp jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Jason Kenneth Kellogg &nbsp &nbsp jk@lklsg.com, ame@lklsg.com

Jay A. Dubow &nbsp &nbsp jay.dubow@troutman.com

Jeffrey Clark Schneider &nbsp &nbsp jcs@lklsg.com, ams@lklsg.com, ph@lklsg.com

Jeffrey Eldridge Marcus &nbsp &nbsp jmarcus@mnrlawfirm.com, kmeyers@mnrlawfirm.com, mordenes@mnrlawfirm.com

Joel Hirschhorn &nbsp &nbsp Joel@hirschhorn.law, stacy@hirschhorn.law

Jonathan Eric Minsker &nbsp &nbsp jminsker@minskerlaw.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, selzey@kasowitz.com

Joshua Robert Levine &nbsp &nbsp levine@kolawyers.com, marcheco@kolawyers.com, nunez@kolawyers.com, pearl@kolawyers.com

Juan J Michelen &nbsp &nbsp jmichelen@sknlaw.com, jmichelen@ecf.courtdrive.com

Katherine Ann Johnson &nbsp &nbsp Katie.johnson@akerman.com, charlene.cerda@akerman.com, joyce.gutierrez@akerman.com, michael.goldberg@akerman.com

Katie Brinson Hinton &nbsp &nbsp khinton@jennislaw.com, ecf@jennislaw.com, marj@jennislaw.com

Keersten Lee Heskin &nbsp &nbsp kmartinez@heskinmartinezlaw.com, mail@heskinmartinezlaw.com

Linda Salup-Schmidt &nbsp &nbsp schmidtls@sec.gov

Mark E. Cedrone &nbsp &nbsp mec@cedronemancano.com

Marshall Dore Louis &nbsp &nbsp mlouis@BSFLLP.com, marshall-dore-1475@ecf.pacerpro.com, nal@sinclairlouis.com

Martin F. Healey &nbsp &nbsp healeym@sec.gov

Matthew John Langley &nbsp &nbsp matt@almeidalawgroup.com, algdocketing@ecf.courtdrive.com, katy@almeidalawgroup.com

Matthew Louis Minsky &nbsp &nbsp mminsky@bochettoandlentz.com

Melanie Emmons Damian &nbsp &nbsp mdamian@dvllp.com, jserna@dvllp.com, lfd@dvllp.com

Michael J. Roessner &nbsp &nbsp RoessnerM@SEC.gov, masseym@sec.gov

Michael K. Coran &nbsp &nbsp mcoran@klehr.com

Michael Roy Esposito &nbsp &nbsp michael.esposito@blankrome.com, sol.cruz@blankrome.com

Noah Elliot Snyder &nbsp &nbsp noah.snyder@kaplanzeena.com, maria.escobales@kaplanzeena.com, paralegal@kaplanzeena.com

Peter Harlan Levitt &nbsp &nbsp plevitt@shutts-law.com

Robert George Keefe &nbsp &nbsp robertkeefe12@gmail.com, rkeefe@bsfllp.com

Ronald Matthew Gache &nbsp &nbsp rgache@logs.com

Scott Adam Simon &nbsp &nbsp ssimon@logs.com

Seth David Haimovitch &nbsp &nbsp haimovitch@kolawyers.com, Chaparro@kolawyers.com, fields@kolawyers.com

Timothy Andrew Kolaya &nbsp &nbsp tkolaya@sknlaw.com, electronicservice@sfslaw.com, tkolaya@ecf.courtdrive.com

4

Todd Matthew Fuller &nbsp &nbsp tfuller@carltonfields.com, dkatz@carltonfields.com, efortich@carltonfields.com

Zachary Paul Hyman &nbsp &nbsp zach@millenniallaw.com, 4619041420@filings.docketbird.com, assistant@millenniallaw.com, jessica@millenniallaw.com, malcolm@millenniallaw.com, millenniallawforms@gmail.com

**9:20-cv-81205-RAR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Gile Family LLC
Rob Gile
570 Spruce St.
Aspen, CO 81611

Merchant Services Income Fund Parallel, LLC
549 Golden Cate Dr
Richboro, PA 18954

Andy McKinley
1423 S Howard Street
Philadelphia, PA 19147

Anthony Zingarelli
LBJ Freeway / Farmer's Branch
3010 LBJ Freeway
Suite 1200
Dallas, TX 75234

Basavaraj A. Hooli
2987 Wentworth Way
Tarpn Springs, FL 34688

Carole Gammarino
270 Lincoln Road
King of Prussia, PA 19406

Cathy Palmer
367 Abrams Mill Road
King of Prussia, PA 19406

Charles G. Avetian
2 Mill Court
Newtown Square, PA 19073

Daniel Cistone
1471 Buck Hill Drive

Southampton, PA 18966

Edward Hurd
176 Helios Drive
Apt 310
Jupiter, FL 33477

Elizabeth Ratcliff
570 Spruce St
Aspen, CO 81611

Gary Lyn Fleming
570 Spruce St
Aspen, CO 81611

Hetal N. Shah
41 Faulkner Drive
Westfield, NJ 07090

J. Brian Ferguson(Terminated)
3333 Pinnacle Hills Pkwy
Suite 410
Rogers, AR 72758

James E. Riddle
PO BOX 373
Snook, TX 77878

Jean P. Rospondek
1207 Parry Ave
Cinnaminson, NJ 08077

Jeffrey M Traver
703 Suellen Drive
King of Prussia, PA 19406

Jim Gile
570 Spruce St
Aspen, CO 81611

John Corej
3 Thames Court
Mt Laurel, NJ 08054

John Culligan
98 Chestnut Hill Lane
Columbus, NJ 08022

John DiLullo
6 Wubaditty Ln.
Vincentown, NJ 08088

Joseph Bowens
1 Horseshoe Lane
Mullica Hill, NJ 08062

Karean Eissler
149 Hidden Hollow Ct
Phoenixville, PA 19460

Mark Mehok
878 Derby Drive
West Chester, PA 19380

Mark Nye
6708 NE 70th Terrace
Kansas City, MO 64119

Mary Fleming
570 Spruce St
Aspen, CO 81611

Melody D. West
936 Akin Way
The Villages, FL 32163

Michael Tierney
549 Golden Cate Dr.
Richboro, PA 18954

Michael E. Wheatley
PO Box 1072
Prospect, KY 40059

Millen Livis
460 Neptune Road
Juno Beach, FL 33408

Naresh P. Shah
41 Faulkner Drive
Westfield, NJ 07090

Neal P. West
936 Akin Way
The Villages, FL 32163

Phillip H. Mowry
811 Woods End Ct.
Collegeville, PA 19462

Raymond W. Doreian
1001 City Avenue
Unit ED1129
Wynnewood, PA 19096

Renee Romagnole
176 Helios Drive
APT 310
Jupiter, FL 33477

Rob Gile
570 Spruce St
Aspen, CO 81611

Rob Gile
570 Spruce St
Aspen, CO 81611

Scott Bailey
3467 Nance Run
The Villages, Fl 32163

Scott Ryan
419 Garden Ln
Bryn Mawr, PA 19010

Sharon K. Manz
2101 Zoragoza Pl
The Villages, FL 32159

Shelli Nye
6708 NE 70th Terrace
Kansas City, MO 64119

Stanley J. Respondek
1207 Parry Ave
Cinnaminson, NJ 08077

Stephan Gammarino
270 Lincoln Road
King of Prussia, PA 19406