# Exhibit "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a/ PAR FUNDING, et al.,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING RECEIVER, RYAN K. STUMPHAUZER'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO (1) APPROVE PROPOSED PLAN OF DISTRIBUTION AND (2) AUTHORIZE FIRST INTERIM DISTRIBUTION**

    **THIS CAUSE** comes before the Court upon the Receiver's Motion for Extension of Time to File Motion to (1) Approve Proposed Plan of Distribution and (2) Authorize First Interim Distribution (the "Distribution Motion"), dated August 16, 2024 [ECF No. ___] (the "Motion").

    The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED**. The Receiver must file his Distribution Motion on or before August 23, 2024

    **DONE AND ORDERED** in Miami, Florida, this _____ day of August, 2024.

                                                                     _____
                                                                    **RODOLFO A. RUIZ II**
                                                                    **UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of record