UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SECURITIES AND EXCHANGE COMMISSION**    Case No.: 9:20-cv-81205-RAR

v.

*Plaintiff*

**COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING,** *et al*

*Defendants*
_____/

### OBJECTING PARTIES DEAN VAGNOZZI, ALBERT VAGNOZZI, ALEC VAGNOZZI AND TERRY KOHLER'S MOTION TO WITHDRAW VIDEO LINK FROM COURT FILING

Dean Vagnozzi ("Dean"), Albert Vagnozzi ("Albert"), Alec Vagnozzi ("Alec") (sometimes collectively referred to as the "Vagnozzis"), and Terry Kohler ("Kohler") (collectively "Objecting Parties"), by and through undersigned counsel, Bochetto & Lentz, P.C. ("B&L), hereby file this Motion to Withdraw the Video Link from Court Filing [ECF 2010] ("Motion"), and in support thereof state as follows:

1. On July 31, 2024, the Receiver filed a Motion to Stay the Court's Consideration of Motion to Approve Settlement with Eckert Seamans for Period of 90 Days and to Require Mediation. *See* [ECF 2004].

2. On August 6, 2024, Objecting Parties filed Opposition *Nunc Pro Tunc* to the Receiver's Motion to Stay ("Opposition"). *See* [ECF 2010].

3. In their Opposition, Objecting Parties included a link to a video statement of Dean Vagnozzi regarding Eckert's malpractice. See footnote 2, [ECF 2010].

4. Following discussion with the SEC, Objecting Parties however hereby seek

permission of the Court to withdraw the video link in foot note 2, [ECF 2010] from the Court Filing.

5. This motion is not opposed by the SEC.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.l(a)(3)(A), I hereby certify that counsel for the movant has conferred with counsel for Plaintiff in good faith. Counsel for Plaintiff does not oppose Objecting Parties' Motion.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
Telephone: 215-735-3900
Fax: 215-735-2455
Email: gbochetto@bochettoandlentz.com
Email: mminsky@bochettoandlentz.com

By: ___/s/ Matthew L. Minsky___
George Bochetto, Esquire
*Pro Hac Vice*
Matthew L. Minsky, Esquire
FBN: 1033408
*Attorneys for Dean Vagnozzi, Albert Vagnozzi, Alec Vagnozzi and Terry Kohler*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was electronically filed August 27, 2024, with the CM/ECF filing portal, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted, this 27th day of August 2024.

                                        **BOCHETTO & LENTZ, P.C.**
                                        1524 Locust Street
                                        Philadelphia, PA 19102
                                        Telephone: 215-735-3900
                                        Fax: 215-735-2455
                                        Email: gbochetto@bochettoandlentz.com
                                        Email: mminsky@bochettoandlentz.com

                                        */s/  Matthew L. Minsky*
By: _____
                                        George Bochetto, Esquire
                                        *Pro Hac Vice*
                                        Matthew L. Minsky, Esquire
                                        FBN: 1033408
                                        *Attorneys for Dean Vagnozzi, Albert Vagnozzi, Alec Vagnozzi and Terry Kohler*