# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**SECURITIES AND EXCHANGE COMMISSION**          Case No.: 9:20-cv-81205-RAR

v.

*Plaintiff*

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING,** *et al*

*Defendants*
_____/

## NOTICE OF STRIKING DOCKET ENTRY 2010

Pursuant to the Court's paperless order, [Docket Entry No. 2017], notice is hereby given of striking [Docket Entry No. 2010]. Objecting parties, Dean Vagnozzi, Albert Vagnozzi, Alec Vagnozzi and Terry Kohler will refile their Amended Opposition *Nunc Pro Tunc* to the Receiver's Motion to Stay [Docket Entry. No. 2004].

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
gbochetto@bochettoandlentz.com
mminsky@bochettoandlentz.com

By: /s/ Matthew L. Minsky
_____
George Bochetto, Esquire
*Pro Hac Vice*
Matthew L. Minsky, Esquire
FBN: 1033408
*Attorneys for Dean Vagnozzi, Albert Vagnozzi, Alec Vagnozzi and Terry Kohler*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed August 29, 2024, with the CM/ECF filing portal, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted, this 29th day of August 2024.

                                              **BOCHETTO & LENTZ, P.C.**
                                              1524 Locust Street
                                              Philadelphia, PA 19102
                                              gbochetto@bochettoandlentz.com
                                              mminsky@bochettoandlentz.com

                                                          /s/  Matthew L. Minsky
                         By: _____
                                              George Bochetto, Esquire
                                              *Pro Hac Vice*
                                              Matthew L. Minsky, Esquire
                                              FBN: 1033408
                                              *Attorneys for Dean Vagnozzi, Albert Vagnozzi, Alec Vagnozzi and Terry Kohler*