Exhibit "4"

Case 9:20-cv-81205-RAR   Document 2047-4   Entered on FLSD Docket 09/23/2024   Page 2 of 31

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR SUMTER COUNTY, FLORIDA

**STATE OF FLORIDA**                               **CASE NO.:   2023-CF-1218**

          **Plaintiff,**                           **OSP CASE NO.:  2022-0164-ORL**

v.

**JOHN GISSAS,**

          **Defendant.**

_____/

**AMENDED**
**INFORMATION**:

**COUNT 1:**
ORGANIZED FRAUD
(AGGREGATE VALUE OF THE PROPERTY OBTAINED WAS GREATER THAN $50,000)
817.034(4)(a)(1)
F1 – Level 7

**COUNT 2:**
SECURITIES FRAUD
517.301 & 517.302(2) & 517.312
F1 – Level 7

**COUNT 3:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 4:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 5:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 6:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 7:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 8:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 9:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 10:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 11:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 12:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 13:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 14:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 15:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 16:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 17:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 18:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 19:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 20:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 21:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 22:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 23:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 24:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 25:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 26:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 27:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 28:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 29:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 30:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 31:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 32:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 33:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 34:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 35:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 36:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 37:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 38:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 39:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 40:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 41:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 42:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 43:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 44:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 45:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 46:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**<u>COUNT 47:</u>**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**<u>COUNT 48:</u>**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**<u>COUNT 49:</u>**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**<u>COUNT 50:</u>**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**<u>COUNT 51:</u>**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**<u>COUNT 52:</u>**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**<u>COUNT 53:</u>**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**<u>COUNT 54:</u>**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 55:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 56:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**COUNT 57:**
FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITES TO
REGISTER SECURITIES
517.07
F3 – Level 4

**COUNT 58:**
SALE OF SECURITY BY UNREGISTRED DEALER
517.12 & 517.302(1)
F3 – Level 4

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA**

**COUNT 1**
**ORGANIZED FRAUD**

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES that beginning on or about July 1, 2018 and continuing through and including on or about July 31, 2020 , in the Fifth, Eleventh, and Thirteenth Judicial Circuits of Florida, to-wit: Sumter, Miami-Dade and Hillsborough Counties, **JOHN GISSAS** did engage in a scheme to defraud, to-wit: a systematic, ongoing course of conduct, with the intent to defraud one or more persons or corporations, to-wit: Arthur Gage, and/or Barbara Stirpe, and/or Gerald Calegan, and/or Carol Fardette, and/or, Carolyn Randle, and/or Michael Long, and/or Cheryl Gifford, and/or Stephen Salanco, and/or Gary Ross, and/or Harvey Bernstein, and/or Jane Bernstein, and/or Suzanne Bernstein, and/or Larry Cohen, and/or Linda Shipic, and/or Robin Schang, and/or Lloyd Rohlig, and/or Louis Dibilio, and/or Francis Dibilio, and/or Martin Domagala, and/or Meldoy West, and/or Neil West, and/or Michael Cipolla, and/or Michael Waldron, and/or Norbert Bashaw, and/or Patricia Staub, and/or Barbara Kuker, and/or Philip Beitel, and/or Robert Stoller, and/or Ronald Inverso, and/or Connie Inverso, and/or Ronald Lipowski, and/or Scott Bailey, and/or Wayne Lender, and/or Wendy Smiekel, and/or William Palmubo, and/or Sharon Manz, and/or others, with the intent to obtain property, to-wit: U.S Currency, from one or more of these same persons or corporations by false or fraudulent pretenses, representations or promises, or willful misrepresentations of a future act, and in so doing did obtain property, to-wit: U.S Currency and/or monetary instruments, with an aggregate value of FIFTY THOUSAND DOLLARS ($50,000) or more, in violation of Sections 817.034(4)(a)(1) and 777.011, Florida Statutes.

## COUNT 2
## SECURITIES FRAUD

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about July 1, 2018 and continuing through and including on or about July 31, 2020, in the Fifth, Eleventh, and Thirteenth Judicial Circuits of Florida, to-wit: Sumter, Miami-Dade, and Hillsborough Counties, **JOHN GISSAS,** in connection with the offer, sale, or purchase of any investment or security, did obtain money or property from Arthur Gage, and/or Barbara Stirpe, and/or Gerald Calegan, and/or Carol Fardette, and/or, Carolyn Randle, and/or Michael Long, and/or Cheryl Gifford, and/or Stephen Salanco, and/or Gary Ross, and/or Harvey Bernstein, and/or Jane Bernstein, and/or Suzanne Bernstein, and/or Larry Cohen, and/or Linda Shipic, and/or Robin Schang, and/or Lloyd Rohlig, and/or Louis Dibilio, and/or Francis Dibilio, and/or Martin Domagala, and/or Meldoy West, and/or Neil West, and/or Michael Cipolla, and/or Michael Waldron, and/or Norbert Bashaw, and/or Patricia Staub, and/or Barbara Kuker, and/or Philip Beitel, and/or Robert Stoller, and/or Ronald Inverso, and/or Connie Inverso, and/or Ronald Lipowski, and/or Scott Bailey, and/or Wayne Lender, and/or Wendy Smiekel, and/or William Palmubo, and/or Sharon Manz, and/or others, by means of any untrue statement of a material fact, or any omission to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or did employ a scheme to defraud and in the course thereof did obtain money or property of an aggregate value exceeding $50,000 from five or more persons, in violation of Sections 517.301, 517.302(2), and 517.312 Florida Statutes.

## COUNT 3
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about October 30, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **ARTHUR GAGE**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 4
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about October 30, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **ARTHUR GAGE**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 5
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about October 15, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **PETER STIRPE** and/or **BARBARA STIRPE**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 6
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about October 15, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to  **PETER STIRPE** and/or **BARBARA STIRPE**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 7
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about January 1, 2019 and continuing through and including on or about May 17, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **GERALD CALEGAN** and/or **CAROL FARDETTE**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 8
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about January 1, 2019 and continuing through and including on or about May 17, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to  **GERALD CALEGAN** and/or **CAROL FARDETTE**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 9
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about November 4, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **MICHAEL LONG** and/or **CAROLYN RANDLE**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 10
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about November 4, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **MICHAEL LONG** and/or **CAROLYN RANDLE**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 11
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about November 20, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **STEPHEN SALANCO** and/or **CHERYL GIFFORD**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 12
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about November 20, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **STEPHEN SALANCO** and/or **CHERYL GIFFORD**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 13
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about October 15, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **GARY ROSS**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 14
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about October 15, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **GARY ROSS**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 15
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about April 25, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **HARVEY BERNSTEIN**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 16
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about April 25, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **HARVEY BERNSTEIN**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 17
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about May 10, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **JANE BERNSTEIN**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 18
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about May 25, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **JANE BERNSTEIN**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

**COUNT 19**
**FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES**

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about September 26, 2019, in the Fifth and Eleventh Judicial Circuits of Florida, to-wit: Sumter and Miami-Dade Counties, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **SUZANNE BERNSTEIN**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

**COUNT 20**
**SALE OF SECURITY BY UNREGISTRED DEALER**

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about September 26, 2019, in the Fifth and Eleventh Judicial Circuits of Florida, to-wit: Sumter and Miami-Dade Counties, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **SUZANNE BERNSTEIN**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

**COUNT 21**
**FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES**

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about July 1, 2018 and continuing through and including on or about July 6, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **LARRY COHEN**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 22
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about July 1, 2019 and continuing through and including on or about July 6, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **LARRY COHEN**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 23
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about November 6, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **LINDA SHIPIC**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 24
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX,** Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about November 6, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **LINDA SHIPIC**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 25
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about December 1, 2019 and continuing through and including on or about January 17, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **ROBIN SCHANG**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 26
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about December 1, 2019 and continuing through and including on or about January 17, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **ROBIN SCHANG**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 27
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about April 10, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **LOUIS DIBILIO and/or FRANCIS DIBILIO**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

**COUNT 28**
**SALE OF SECURITY BY UNREGISTRED DEALER**

   **NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about April 10, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **LOUIS DIBILIO and/or FRANCIS DIBILIO**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

**COUNT 29**
**FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES**

   **NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about September 1, 2019 and continuing through and including on or about December 31, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **MARTIN DOMAGALA**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

**COUNT 30**
**SALE OF SECURITY BY UNREGISTRED DEALER**

   **NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about September 1, 2019 and continuing through and including on or about December 31, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **MARTIN DOMAGALA**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 31
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about June 13, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **NEIL WEST and/or MELODY WEST**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 32
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about June 13, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **NEIL WEST and/or MELODY WEST**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 33
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about December 1, 2019 and continuing through and including on or about February 11, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **MICAHEL CIPOLLA**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 34
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX,** Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about December 1, 2019 and continuing through and including on or about February 11, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **MICHAEL CIPOLLA**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 35
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX,** Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about December 1, 2019 and continuing through and including on or about February 7, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **MICHAEL WALDRON**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 36
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX,** Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about December 1, 2019 and continuing through and including on or about February 7, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **MICHAEL WALDRON**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 37
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about October 7, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **NORBERT BASHAW**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 38
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about October 7, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **NORBERT BASHAW**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 39
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about January 10, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **PATRICIA STAUB and/or BARBARA KUKER**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 40
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about April 1, 2019 and continuing through and including on or about January 10, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **PATRICIA STAUB and/or BARBARA KUKER**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 41
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about January 29, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **PHILIP BEITEL**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 42
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about January 29, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **PHILIP BEITEL**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 43
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about October 14, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **ROBERT STOLLER**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 44
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about October 4, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **ROBERT STOLLER,** said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 45
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about November 6, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **RONALD INVERSO and/or CONNIE INVERSO**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 46
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about November 6, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **RONALD INVERSO and/or CONNIE INVERSO,** said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 47
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about October 30, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **RONALD LIPOWSKI**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 48
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about October 30, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **RONALD LIPOWSKI,** said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 49
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about November 21, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **SCOTT BAILEY**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 50
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about November 21, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **SCOTT BAILEY**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 51
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about July 1, 2018 and continuing through and including on or about February 11, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **WAYNE LENDER**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 52
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about July 1, 2018 and continuing through and including on or about February 11, 2020, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **WAYNE LENDER,** said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 53
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about July 1, 2018 and continuing through and including on or about January 2, 2019, in the Fifth and Thirteenth Judicial Circuits of Florida, to-wit: Sumter and Hillsborough Counties, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **WENDY SMIEKEL**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 54
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about July 1, 2018 and continuing through and including on or about January 2, 2019, in the Fifth and Thirteenth Judicial Circuits of Florida, to-wit: Sumter and Hillsborough Counties, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **WENDY SMIEKEL,** said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 55
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about December 1, 2018 and continuing through and including on or about June 1, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **WILLIAM PALUMBO**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 56
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about December 1, 2018 and continuing through and including on or about June 1, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, John GISSAS did unlawfully sell or offer to sell a security to **WILLIAM PALUMBO,** said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

## COUNT 57
## FAILURE OF DEALER, ASSOCIATED PERSON, OR ISSUER OF SECURITIES TO REGISTER SECURITIES

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about August 27, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer for sale, from an office within this state, a security to **SHARON MANZ**, while being a dealer, associated person or issuer of securities, and not being registered as required by Chapter 517, Florida Statutes, in violation of Section 517.07 and 517.302(1), Florida Statutes.

## COUNT 58
## SALE OF SECURITY BY UNREGISTRED DEALER

**NICHOLAS B. COX**, Statewide Prosecutor for the State of Florida, by and through the undersigned Designated Assistant Statewide Prosecutor, under oath, CHARGES beginning on or about August 1, 2019 and continuing through and including on or about August 27, 2019, in the Fifth Judicial Circuit of Florida, to-wit: Sumter County, **JOHN GISSAS** did unlawfully sell or offer to sell a security to **SHARON MANZ**, said security was not registered as required by Chapter 517, Florida Statutes, in violation of Section 517.12 and 517.302(1), Florida Statutes.

**AND THE ABOVE OFFENSES OCCURRED IN TWO OR MORE JUDICIAL CIRCUITS AS PART OF A RELATED TRANSACTION OR WERE COMMITTED IN CONNECTION WITH AN ORGANIZED CRIMINAL CONSPIRACY AFFECTING TWO OR MORE JUDICIAL CIRCUITS OF THE STATE OF FLORIDA.**

NICHOLAS B. COX
STATEWIDE PROSECUTOR
STATE OF FLORIDA

Rebecca Smith-Hameroff
Assistant Statewide Prosecutor
Florida Bar Number 105212
135 W. Central Blvd
Suite 1000
Orlando, Florida 32812
407-245-0893
Rebecca.smithhameroff@myfloridalegal.com

STATE OF FLORIDA
COUNTY OF ORANGE

Personally appeared before me, Rebecca Smith-Hameroff, Designated Assistant Statewide Prosecutor for the State of Florida, who, being first duly sworn, says that he has received testimony under oath from the material witnesses which, if true, would constitute the offenses herein charged, and that this prosecution is instituted in good faith.

Sworn to and subscribed before me this ___ day of September, 2023, by Rebecca Smith-Hameroff, who is personally known to me.

Amy Romero
Notary Public
State of Florida at Large

AMY ROMERO
Commission # HH 013774
Expires July 24, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

**<u>BIOGRAPHICAL INFORMATION:</u>**
NAME**:** JOHN GISSAS
RACE: WHITE
SEX: MALE
DOB: 07/07/1950
LKA: 1406 Olustee Pl., Majorca PL, The Villages, FL 32163

