UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

        Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING,** *et al*.,

        Defendants.

_____/

**ORDER ESTABLISHING BRIEFING SCHEDULE ON RECEIVER'S MOTION TO SUPPLEMENT MOTION TO (1) APPROVE PROPOSED PLAN OF DISTRIBUTION AND (2) AUTHORIZE FIRST INTERIM DISTRIBUTION**

**THIS CAUSE** comes before the Court upon the Receiver's Motion to Supplement Motion to (1) Approve Proposed Plan of Distribution and (2) Authorize First Interim Distribution, filed on September 23, 2024, [ECF No. 2047] ("Motion to Supplement"). In the Motion to Supplement, the Receiver details five amendments he wishes to incorporate into his Motion to (1) Approve Proposed Plan of Distribution and (2) Authorize First Interim Distribution, [ECF No. 2014] ("Distribution Motion"). The Court having carefully reviewed the Motion to Supplement and the record in this matter, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Any claimants whose claims are impacted by the Motion to Supplement are permitted to file a response to the Motion to Supplement of no more than **ten (10) pages on or before October 7, 2024.**

2. The Receiver shall file a reply to each response, or each category of response if applicable, **on or before October 14, 2024**.

3. The Court will consider the proposed amendments detailed in the Motion to Supplement in conjunction with, and incorporate its rulings as part of, the Court's forthcoming Order on the Distribution Motion.

4. The previous proposed order submission deadline of September 30, 2024, as set out in [ECF No. 2026], is hereby extended. The Receiver, and all parties contesting the Receiver's Distribution Motion and Motion to Supplement, shall submit proposed orders to **ruiz@flsd.uscourts.gov in Word format on or before October 18, 2024**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of September, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of record