Exhibit "2"

**First Interim Distribution - All Receivership Entities**

| | Receivership Entity | Claimant | Claim # | Allowed Claim | First Int. Distr. |
|---|---|---|---|---|---|
| 1 | CBSG | MB | 322 | $29,166.52 | $14,797.61 |
| 2 | CBSG | RR | 20427 | $122,916.62 | $62,361.66 |
| 3 | CBSG | MM | 20070 | $128,833.32 | $65,363.50 |
| 4 | CBSG | KHS | 425 | $137,541.68 | $69,781.68 |
| 5 | CBSG | MCA CAROLINA INCOME FUND LLC | 454 | $185,833.35 | $94,282.42 |
| 6 | CBSG | Jade Fund LLC | 20500 | $189,275.00 | $96,028.54 |
| 7 | CBSG | LToETH | 20227 | $276,250.00 | $140,155.25 |
| 8 | CBSG | MCA Capital Fund I, LLC | 20208 | $292,000.00 | $148,146.00 |
| 9 | CBSG | Jax Fund LLC | 20407 | $418,341.70 | $212,245.37 |
| 10 | CBSG | JN&MA | 213 | $424,447.73 | $215,343.26 |
| 11 | CBSG | Workwell Fund I LLC | 20601 | $442,616.70 | $224,561.28 |
| 12 | CBSG | MERCHANT GROWTH & INCOME FUNDING LLC | 278 | $452,500.06 | $229,575.59 |
| 13 | CBSG | DC | 20297 | $467,604.25 | $237,238.69 |
| 14 | CBSG | VKS Management LLC | 20156 | $539,500.00 | $273,714.95 |
| 15 | CBSG | LWM EQUITY FUND LP | 463 | $1,026,670.15 | $520,880.40 |
| 16 | CBSG | LWM INCOME FUND 2 LLC | 462 | $618,033.35 | $313,558.80 |
| 17 | CBSG | TCET | 312 | $661,666.66 | $335,696.12 |
| 18 | CBSG | MERCHANT FACTORING INCOME FUND | 479 | $697,733.43 | $353,944.58 |
| 19 | CBSG | RAZR MCA Fund LLC | 20566 | $857,142.01 | $434,870.40 |
| 20 | CBSG | GSN | 60 | $873,333.34 | $443,085.06 |
| 21 | CBSG | DJHRL | 20537 | $965,000.00 | $489,592.08 |
| 22 | CBSG | Cape Cod Income Fund | 20482 | $1,002,683.49 | $508,710.77 |
| 23 | CBSG | MK ONE INCOME | 37 | $1,129,388.68 | $572,994.56 |
| 24 | CBSG | GR8 Income Fund LLC | 20578 | $1,303,000.04 | $661,076.17 |
| 25 | CBSG | NASHI INC | 311 | $1,427,716.66 | $724,351.06 |
| 26 | CBSG | BLUE STREAM INCOME FUND | 333 | $1,546,436.51 | $784,583.49 |
| 27 | CBSG | Wellen Fund 1 | 20581 | $1,796,906.57 | $911,659.30 |
| 28 | CBSG | MARINER MCA INCOME FUND LLC | 470 | $3,417,158.51 | $1,733,693.03 |
| 29 | CBSG | Titan Holdings LLC | 20546 | $3,466,395.87 | $1,758,673.54 |
| 30 | CBSG | SPARTAN INCOME FUND & SPARTAN INCOME FUND PARALLEL | 457 | $3,609,996.07 | $1,831,529.00 |
| 31 | CBSG | MID-ATLANTIC MCA FUND LLC | 485 | $3,632,473.34 | $1,842,932.83 |
| 32 | CBSG | LWM INCOME FUND PARALLEL LLC | 464 | $3,333,584.00 | $1,691,291.56 |
| 33 | CBSG | STFG Income Fund LLC | 20599 | $6,999,894.67 | $3,551,391.70 |
| 34 | CBSG | MCA National Fund, LLC | 20207 | $7,317,333.84 | $3,712,444.24 |
| 35 | CBSG | SHERPA I INCOME FUND | 429 | $8,229,719.88 | $4,175,342.67 |
| 36 | CBSG | Merchant Services Income Fund Parallel | 20678 | $13,822,660.40 | $7,012,917.16 |
| 37 | CBSG | PISCES INCOME FUND LLC & PISCES INCOME FUND PARALLEL | 397 | $13,906,439.30 | $7,055,422.33 |
| 38 | CBSG | Capricorn Income & Capricorn Parallel | 20338 | $14,582,727.80 | $7,398,536.83 |
| 39 | CBSG | Victory Income Fund LLC | 90001 | $630,500.34 | $319,883.01 |
| 40 | CBSG | Camaplan | Bulk | $1,376,117.00 | $698,172.00 |
| 41 | ABFP Income Fund | EVB | 125 | $40,916.59 | $15,053.29 |
| 42 | ABFP Income Fund | MAN | 20406 | $58,718.66 | $21,602.71 |
| 43 | ABFP Income Fund | J&HD | 230 | $63,600.00 | $23,398.57 |
| 44 | ABFP Income Fund | MK | 252 | $77,333.34 | $28,451.09 |
| 45 | ABFP Income Fund | CW | 20700 | $82,751.59 | $30,444.47 |
| 46 | ABFP Income Fund | JLT | 20127 | $82,751.59 | $30,444.47 |
| 47 | ABFP Income Fund | P&KA | 20561 | $83,159.96 | $30,594.71 |
| 48 | ABFP Income Fund | MTS | 237 | $87,693.30 | $32,262.54 |
| 49 | ABFP Income Fund | F&AV | 254 | $97,559.96 | $35,892.50 |
| 50 | ABFP Income Fund | RF | 20552 | $122,850.00 | $45,196.76 |
| 51 | ABFP Income Fund | TJ&PMC | 93 | $143,246.00 | $52,700.49 |
| 52 | ABFP Income Fund | PF | 20342 | $155,540.00 | $57,223.47 |
| 53 | ABFP Income Fund | GRC | 81 | $157,500.00 | $57,944.56 |
| 54 | ABFP Income Fund | REK | 349 | $157,550.00 | $57,962.96 |
| 55 | ABFP Income Fund | SI | 20413 | $157,550.00 | $57,962.96 |
| 56 | ABFP Income Fund | TC&HLA | 48 | $158,300.00 | $58,238.88 |
| 57 | ABFP Income Fund | KAVH | 20020 | $162,500.00 | $59,784.07 |
| 58 | ABFP Income Fund | CP | 20344 | $164,391.65 | $60,480.01 |
| 59 | ABFP Income Fund | DH | 7 | $164,500.00 | $60,519.88 |
| 60 | ABFP Income Fund | AS&RB | 20391 | $169,579.96 | $62,388.80 |
| 61 | ABFP Income Fund | MR&LLS | 20271 | $176,833.34 | $65,057.34 |
| 62 | ABFP Income Fund | KD | 43 | $196,966.66 | $72,464.42 |
| 63 | ABFP Income Fund | A&JB | 263 | $200,666.66 | $73,825.66 |
| 64 | ABFP Income Fund | NB | 20349 | $232,100.00 | $85,390.05 |
| 65 | ABFP Income Fund | KJT | 20398 | $234,266.66 | $86,187.17 |
| 66 | ABFP Income Fund | DM | 115 | $235,100.00 | $86,493.76 |
| 67 | ABFP Income Fund | DLA | 378 | $244,773.34 | $90,052.60 |
| 68 | ABFP Income Fund | DES | 20264 | $286,146.74 | $105,273.95 |
| 69 | ABFP Income Fund | PHM | 162 | $290,725.07 | $106,958.33 |
| 70 | ABFP Income Fund | M&GC | 113 | $304,706.06 | $112,101.96 |
| 71 | ABFP Income Fund | RLA | 310 | $380,880.00 | $140,126.51 |
| 72 | ABFP Income Fund | JR&MBS | 289 | $428,050.00 | $157,480.44 |
| 73 | ABFP Income Fund | SHLF | 345 | $439,230.84 | $161,593.90 |
| 74 | ABFP Income Fund | DJHRL | 20535 | $447,751.93 | $164,728.82 |
| 75 | ABFP Income Fund | DK&BB | 20245 | $482,771.69 | $177,612.66 |
| 76 | ABFP Income Fund | DCVL | 20455 | $560,543.38 | $206,225.02 |
| 77 | ABFP Income Fund | R&SG | 63 | $594,666.66 | $218,779.04 |

| | Receivership Entity | Claimant | Claim # | Allowed Claim | First Int. Distr. |
|---|---|---|---|---|---|
| 78 | ABFP Income Fund | DK&BB | 20246 | $482,771.69 | $177,612.66 |
| 79 | ABFP Income Fund | Camaplan | Bulk | $6,193,145.00 | $2,278,470.31 |
| 80 | ABFP Income Fund 2 | RF | 65 | $38,864.89 | $23,634.00 |
| 81 | ABFP Income Fund 2 | DWS | 348 | $42,501.65 | $25,845.54 |
| 82 | ABFP Income Fund 2 | VNV | 327 | $43,645.47 | $26,541.10 |
| 83 | ABFP Income Fund 2 | SNG | 20339 | $50,981.96 | $31,002.47 |
| 84 | ABFP Income Fund 2 | SCC | 20519 | $54,291.02 | $33,014.73 |
| 85 | ABFP Income Fund 2 | WFS | 156 | $57,584.67 | $35,017.62 |
| 86 | ABFP Income Fund 2 | BS&DMN | 513 | $61,220.82 | $37,228.79 |
| 87 | ABFP Income Fund 2 | KMB | 521 | $62,072.95 | $37,746.98 |
| 88 | ABFP Income Fund 2 | NP&HNS | 184 | $63,977.51 | $38,905.15 |
| 89 | ABFP Income Fund 2 | AAP | 20560 | $64,613.11 | $39,291.67 |
| 90 | ABFP Income Fund 2 | BK | 20126 | $73,868.91 | $44,920.18 |
| 91 | ABFP Income Fund 2 | MG | 20077 | $77,076.15 | $46,870.52 |
| 92 | ABFP Income Fund 2 | GJM | 20594 | $80,000.00 | $48,648.54 |
| 93 | ABFP Income Fund 2 | BK&LR | 373 | $81,494.33 | $49,557.25 |
| 94 | ABFP Income Fund 2 | PM | 199 | $81,594.33 | $49,618.06 |
| 95 | ABFP Income Fund 2 | JL | 461 | $81,594.33 | $49,618.06 |
| 96 | ABFP Income Fund 2 | S&CG | 20499 | $81,594.33 | $49,618.06 |
| 97 | ABFP Income Fund 2 | M&CC | 68 | $82,363.83 | $50,086.00 |
| 98 | ABFP Income Fund 2 | DB&JK | 192 | $83,133.33 | $50,553.94 |
| 99 | ABFP Income Fund 2 | MG | 317 | $83,133.33 | $50,553.94 |
| 100 | ABFP Income Fund 2 | BC | 490 | $83,133.33 | $50,553.94 |
| 101 | ABFP Income Fund 2 | RRD | 519 | $83,133.33 | $50,553.94 |
| 102 | ABFP Income Fund 2 | JLR | 20065 | $83,133.33 | $50,553.94 |
| 103 | ABFP Income Fund 2 | PY | 20480 | $83,902.83 | $51,021.87 |
| 104 | ABFP Income Fund 2 | J&KR | 383 | $84,902.96 | $51,630.06 |
| 105 | ABFP Income Fund 2 | DW&JAS | 20373 | $84,903.26 | $51,630.24 |
| 106 | ABFP Income Fund 2 | MS | 20557 | $84,903.26 | $51,630.24 |
| 107 | ABFP Income Fund 2 | SS | 20576 | $86,017.41 | $52,307.76 |
| 108 | ABFP Income Fund 2 | WF&RG | 332 | $86,117.40 | $52,368.57 |
| 109 | ABFP Income Fund 2 | BC | 20019 | $86,117.41 | $52,368.57 |
| 110 | ABFP Income Fund 2 | DR | 234 | $97,355.52 | $59,202.55 |
| 111 | ABFP Income Fund 2 | MS | 527 | $117,262.38 | $71,308.04 |
| 112 | ABFP Income Fund 2 | RF | 20283 | $122,031.83 | $74,208.37 |
| 113 | ABFP Income Fund 2 | ECD | 324 | $124,550.00 | $75,739.69 |
| 114 | ABFP Income Fund 2 | GWCJ | 47 | $164,527.67 | $100,050.38 |
| 115 | ABFP Income Fund 2 | AB | 20422 | $165,259.67 | $100,495.51 |
| 116 | ABFP Income Fund 2 | JRJ | 299 | $170,488.30 | $103,675.08 |
| 117 | ABFP Income Fund 2 | RAMI | 20015 | $172,774.58 | $105,065.38 |
| 118 | ABFP Income Fund 2 | JL | 20294 | $202,358.64 | $123,055.65 |
| 119 | ABFP Income Fund 2 | B&JC | 416 | $203,735.82 | $123,893.12 |
| 120 | ABFP Income Fund 2 | JJ&JEC | 316 | $301,060.94 | $183,077.18 |
| 121 | ABFP Income Fund 2 | Camaplan | Bulk | $2,480,859.00 | $1,508,627.01 |
| 122 | ABFP Income Fund 3 | RJ | 117 | $23,876.63 | $11,137.63 |
| 123 | ABFP Income Fund 3 | JKK | 219 | $46,433.36 | $21,659.58 |
| 124 | ABFP Income Fund 3 | RS&KM | 20181 | $46,433.36 | $21,659.58 |
| 125 | ABFP Income Fund 3 | JS | 135 | $46,766.69 | $21,815.06 |
| 126 | ABFP Income Fund 3 | STSL | 20396 | $46,766.69 | $21,815.06 |
| 127 | ABFP Income Fund 3 | M&MH | 20095 | $47,333.35 | $22,079.39 |
| 128 | ABFP Income Fund 3 | WK&GMH | 190 | $56,800.00 | $26,495.26 |
| 129 | ABFP Income Fund 3 | CV | 20204 | $67,625.00 | $31,544.75 |
| 130 | ABFP Income Fund 3 | JET | 46 | $70,125.00 | $32,710.92 |
| 131 | ABFP Income Fund 3 | WCW | 133 | $89,433.38 | $41,717.62 |
| 132 | ABFP Income Fund 3 | JB | 20057 | $90,166.71 | $42,059.69 |
| 133 | ABFP Income Fund 3 | JDN | 253 | $91,068.29 | $42,480.25 |
| 134 | ABFP Income Fund 3 | WR | 363 | $91,099.29 | $42,494.71 |
| 135 | ABFP Income Fund 3 | JC | 102 | $91,168.29 | $42,526.90 |
| 136 | ABFP Income Fund 3 | JG | 336 | $91,168.29 | $42,526.90 |
| 137 | ABFP Income Fund 3 | MG | 20078 | $91,168.29 | $42,526.90 |
| 138 | ABFP Income Fund 3 | R&KF | 20282 | $91,168.29 | $42,526.90 |
| 139 | ABFP Income Fund 3 | SM | 20265 | $91,909.96 | $42,872.86 |
| 140 | ABFP Income Fund 3 | AD | 77 | $91,909.96 | $42,872.86 |
| 141 | ABFP Income Fund 3 | WFS | 155 | $91,909.96 | $42,872.86 |
| 142 | ABFP Income Fund 3 | GS | 20190 | $91,909.96 | $42,872.86 |
| 143 | ABFP Income Fund 3 | W&MC | 20447 | $91,909.96 | $42,872.86 |
| 144 | ABFP Income Fund 3 | DHJJ | 84 | $92,009.96 | $42,919.51 |
| 145 | ABFP Income Fund 3 | JIL | 20290 | $92,009.96 | $42,919.51 |
| 146 | ABFP Income Fund 3 | PVP&HNS | 185 | $92,009.96 | $42,919.51 |
| 147 | ABFP Income Fund 3 | G&MM | 26 | $92,751.63 | $43,265.47 |
| 148 | ABFP Income Fund 3 | MH | 20518 | $92,751.63 | $43,265.47 |
| 149 | ABFP Income Fund 3 | NJF | 61 | $92,751.63 | $43,265.47 |
| 150 | ABFP Income Fund 3 | K&MW | 20062 | $92,751.63 | $43,265.47 |
| 151 | ABFP Income Fund 3 | BM&FJOJ | 55 | $92,851.63 | $43,312.12 |
| 152 | ABFP Income Fund 3 | DLC | 303 | $93,693.30 | $43,704.73 |
| 153 | ABFP Income Fund 3 | KMB | 522 | $93,693.30 | $43,704.73 |
| 154 | ABFP Income Fund 3 | A&MEP | 20641 | $93,693.30 | $43,704.73 |
| 155 | ABFP Income Fund 3 | W&CS | 260 | $93,693.30 | $43,704.73 |
| 156 | ABFP Income Fund 3 | JD | 547 | $93,693.30 | $43,704.73 |

| | Receivership Entity | Claimant | Claim # | Allowed Claim | First Int. Distr. |
|---|---|---|---|---|---|
| 157 | ABFP Income Fund 3 | JA&DRW | 20172 | $93,693.30 | $43,704.73 |
| 158 | ABFP Income Fund 3 | KE | 20216 | $93,693.30 | $43,704.73 |
| 159 | ABFP Income Fund 3 | WP | 19 | $94,200.04 | $43,941.10 |
| 160 | ABFP Income Fund 3 | JJM | 335 | $94,434.97 | $44,050.69 |
| 161 | ABFP Income Fund 3 | DB | 193 | $94,775.00 | $44,209.30 |
| 162 | ABFP Income Fund 3 | NP&HNS | 183 | $94,775.00 | $44,209.30 |
| 163 | ABFP Income Fund 3 | FA&CCW | 20212 | $96,118.31 | $44,835.91 |
| 164 | ABFP Income Fund 3 | CMS | 242 | $96,218.31 | $44,882.56 |
| 165 | ABFP Income Fund 3 | LD | 20621 | $97,059.98 | $45,275.17 |
| 166 | ABFP Income Fund 3 | JAS | 241 | $97,801.65 | $45,621.13 |
| 167 | ABFP Income Fund 3 | RN&JLB | 182 | $100,326.66 | $46,798.96 |
| 168 | ABFP Income Fund 3 | RPI | 70 | $102,949.97 | $48,022.65 |
| 169 | ABFP Income Fund 3 | RL | 20215 | $108,300.00 | $50,518.25 |
| 170 | ABFP Income Fund 3 | JCH | 20739 | $108,300.00 | $50,518.25 |
| 171 | ABFP Income Fund 3 | DTM | 20219 | $111,200.00 | $51,871.00 |
| 172 | ABFP Income Fund 3 | MS | 20110 | $112,300.00 | $52,384.12 |
| 173 | ABFP Income Fund 3 | LL | 20362 | $112,808.29 | $52,621.22 |
| 174 | ABFP Income Fund 3 | RW | 20268 | $113,300.00 | $52,850.58 |
| 175 | ABFP Income Fund 3 | Estate of JKS | 20675 | $114,791.63 | $53,546.38 |
| 176 | ABFP Income Fund 3 | CS | 20137 | $119,483.37 | $55,734.91 |
| 177 | ABFP Income Fund 3 | J&SSG | 64 | $136,088.31 | $63,480.55 |
| 178 | ABFP Income Fund 3 | WPBJ | 20025 | $137,750.00 | $64,255.67 |
| 179 | ABFP Income Fund 3 | ASR | 38 | $138,534.93 | $64,621.82 |
| 180 | ABFP Income Fund 3 | WMK | 153 | $139,100.00 | $64,885.40 |
| 181 | ABFP Income Fund 3 | G&MZ | 217 | $142,136.63 | $66,301.89 |
| 182 | ABFP Income Fund 3 | SJ&KAB | 114 | $150,150.00 | $70,039.85 |
| 183 | ABFP Income Fund 3 | JAM | 215 | $154,733.35 | $72,177.83 |
| 184 | ABFP Income Fund 3 | RN&JLB | 181 | $175,266.60 | $81,755.89 |
| 185 | ABFP Income Fund 3 | MTS | 257 | $180,333.29 | $84,119.32 |
| 186 | ABFP Income Fund 3 | DW&JAS | 20374 | $180,433.29 | $84,165.97 |
| 187 | ABFP Income Fund 3 | JLS | 20477 | $180,433.29 | $84,165.97 |
| 188 | ABFP Income Fund 3 | RF | 20105 | $181,999.96 | $84,896.77 |
| 189 | ABFP Income Fund 3 | HL | 20241 | $182,099.96 | $84,943.42 |
| 190 | ABFP Income Fund 3 | T&JD | 116 | $182,099.96 | $84,943.42 |
| 191 | ABFP Income Fund 3 | JRKJ | 20672 | $183,666.63 | $85,674.21 |
| 192 | ABFP Income Fund 3 | EAR | 20476 | $183,666.63 | $85,674.21 |
| 193 | ABFP Income Fund 3 | TGD&GJM | 20474 | $183,766.63 | $85,720.86 |
| 194 | ABFP Income Fund 3 | JM | 20367 | $186,344.93 | $86,923.55 |
| 195 | ABFP Income Fund 3 | W&MM | 10 | $187,099.97 | $87,275.75 |
| 196 | ABFP Income Fund 3 | RWM | 20093 | $214,500.00 | $100,056.93 |
| 197 | ABFP Income Fund 3 | DER | 20478 | $225,516.71 | $105,195.85 |
| 198 | ABFP Income Fund 3 | PMCS | 20295 | $231,666.70 | $108,064.61 |
| 199 | ABFP Income Fund 3 | G&OE | 120 | $233,750.03 | $109,036.41 |
| 200 | ABFP Income Fund 3 | MDW | 20732 | $236,780.00 | $110,449.79 |
| 201 | ABFP Income Fund 3 | SRT | 20252 | $270,600.00 | $126,225.66 |
| 202 | ABFP Income Fund 3 | GJN | 277 | $278,833.33 | $130,066.23 |
| 203 | ABFP Income Fund 3 | LG&JPS | 20390 | $280,500.00 | $130,843.68 |
| 204 | ABFP Income Fund 3 | RF | 20203 | $315,066.70 | $146,967.86 |
| 205 | ABFP Income Fund 3 | PHM | 161 | $315,583.29 | $147,208.83 |
| 206 | ABFP Income Fund 3 | RSD&DLG | 20254 | $369,199.93 | $172,219.17 |
| 207 | ABFP Income Fund 3 | PROVIDENT TRUST GROUP LLC, F/B/O LEL IRA | 151 | $369,324.97 | $172,277.49 |
| 208 | ABFP Income Fund 3 | JESJ&BSD Trust | 290 | $385,700.00 | $179,915.88 |
| 209 | ABFP Income Fund 3 | IAPL | 20048 | $454,999.96 | $212,241.95 |
| 210 | ABFP Income Fund 3 | JC | 20136 | $556,100.00 | $259,401.67 |
| 211 | ABFP Income Fund 3 | RM | 402 | $593,999.96 | $277,080.71 |
| 212 | ABFP Income Fund 3 | EWC | 20042 | $676,350.00 | $315,494.19 |
| 213 | ABFP Income Fund 3 | AL | 20068 | $901,666.71 | $420,596.74 |
| 214 | ABFP Income Fund 3 | RJD | 20333 | $1,377,599.99 | $642,603.37 |
| 215 | ABFP Income Fund 3 | Camaplan | Bulk | $9,101,411.00 | $4,245,497.57 |
| 216 | ABFP Income Fund 4 | CMZ | 398 | $38,066.69 | $19,028.15 |
| 217 | ABFP Income Fund 4 | AKR | 20623 | $39,148.34 | $19,568.83 |
| 218 | ABFP Income Fund 4 | KLM | 20177 | $94,433.36 | $47,203.79 |
| 219 | ABFP Income Fund 4 | M&JM | 216 | $46,766.66 | $23,376.95 |
| 220 | ABFP Income Fund 4 | JL | 202 | $47,683.31 | $23,835.15 |
| 221 | ABFP Income Fund 4 | JR | 224 | $47,683.31 | $23,835.15 |
| 222 | ABFP Income Fund 4 | SGR | 20651 | $47,683.31 | $23,835.15 |
| 223 | ABFP Income Fund 4 | WP | 21 | $48,416.65 | $24,201.72 |
| 224 | ABFP Income Fund 4 | BS | 20202 | $48,833.32 | $24,410.00 |
| 225 | ABFP Income Fund 4 | MS | 20111 | $57,200.00 | $28,592.19 |
| 226 | ABFP Income Fund 4 | MH | 164 | $71,375.00 | $35,677.76 |
| 227 | ABFP Income Fund 4 | RHB | 80 | $94,333.36 | $47,153.81 |
| 228 | ABFP Income Fund 4 | J&TK | 220 | $94,433.36 | $47,203.79 |
| 229 | ABFP Income Fund 4 | VJO | 275 | $94,433.36 | $47,203.79 |
| 230 | ABFP Income Fund 4 | KFT | 408 | $94,433.36 | $47,203.79 |
| 231 | ABFP Income Fund 4 | MMN | 381 | $94,433.36 | $47,203.79 |
| 232 | ABFP Income Fund 4 | B&JR | 20284 | $94,433.36 | $47,203.79 |
| 233 | ABFP Income Fund 4 | RHP | 239 | $95,166.69 | $47,570.36 |
| 234 | ABFP Income Fund 4 | NWH | 306 | $95,166.69 | $47,570.36 |
| 235 | ABFP Income Fund 4 | GD | 20745 | $95,266.69 | $47,620.34 |

| | Receivership Entity | Claimant | Claim # | Allowed Claim | First Int. Distr. |
|---|---|---|---|---|---|
| 236 | ABFP Income Fund 4 | JP&MGB | 340 | $95,276.64 | $47,625.32 |
| 237 | ABFP Income Fund 4 | KG | 20380 | $100,800.00 | $50,386.24 |
| 238 | ABFP Income Fund 4 | DF&KY | 31 | $108,583.36 | $54,276.86 |
| 239 | ABFP Income Fund 4 | W&LS | 39 | $113,300.00 | $56,634.54 |
| 240 | ABFP Income Fund 4 | FD | 140 | $114,200.00 | $57,084.41 |
| 241 | ABFP Income Fund 4 | V&JC | 20378 | $114,200.00 | $57,084.41 |
| 242 | ABFP Income Fund 4 | NS&TJJS | 119 | $114,300.00 | $57,134.40 |
| 243 | ABFP Income Fund 4 | RW | 20258 | $114,300.00 | $57,134.40 |
| 244 | ABFP Income Fund 4 | CS | 471 | $116,103.31 | $58,035.81 |
| 245 | ABFP Income Fund 4 | JRW | 225 | $118,016.64 | $58,992.21 |
| 246 | ABFP Income Fund 4 | TMF | 391 | $118,016.64 | $58,992.21 |
| 247 | ABFP Income Fund 4 | RPI | 72 | $123,716.69 | $61,841.46 |
| 248 | ABFP Income Fund 4 | JB | 136 | $132,350.00 | $66,156.94 |
| 249 | ABFP Income Fund 4 | MGDMGIL | 379 | $141,600.00 | $70,780.68 |
| 250 | ABFP Income Fund 4 | G&PG | 20440 | $141,600.00 | $70,780.68 |
| 251 | ABFP Income Fund 4 | PR&LJH | 41 | $169,900.00 | $84,926.81 |
| 252 | ABFP Income Fund 4 | JLR | 20067 | $188,666.64 | $94,307.57 |
| 253 | ABFP Income Fund 4 | TYJ | 20415 | $188,766.64 | $94,357.56 |
| 254 | ABFP Income Fund 4 | R&CW | 187 | $190,333.31 | $95,140.68 |
| 255 | ABFP Income Fund 4 | EOJT | 545 | $200,000.00 | $99,972.71 |
| 256 | ABFP Income Fund 4 | MYS | 201 | $208,948.93 | $104,445.95 |
| 257 | ABFP Income Fund 4 | RDS | 20175 | $234,266.66 | $117,101.36 |
| 258 | ABFP Income Fund 4 | SGG | 20534 | $234,436.66 | $117,186.34 |
| 259 | ABFP Income Fund 4 | ATB | 296 | $236,776.66 | $118,356.02 |
| 260 | ABFP Income Fund 4 | NJF | 62 | $236,776.66 | $118,356.02 |
| 261 | ABFP Income Fund 4 | DR | 20449 | $242,666.66 | $121,300.21 |
| 262 | ABFP Income Fund 4 | HWF | 29 | $245,266.66 | $122,599.86 |
| 263 | ABFP Income Fund 4 | G&AB | 20278 | $256,666.66 | $128,298.30 |
| 264 | ABFP Income Fund 4 | RH | 2 | $280,000.00 | $139,961.79 |
| 265 | ABFP Income Fund 4 | RDS&KLMC | 20180 | $280,100.00 | $140,011.77 |
| 266 | ABFP Income Fund 4 | Estate of PS | 20441 | $326,766.66 | $163,338.74 |
| 267 | ABFP Income Fund 4 | DTM | 20220 | $336,000.00 | $167,954.15 |
| 268 | ABFP Income Fund 4 | MFPL | 20221 | $377,333.34 | $188,615.17 |
| 269 | ABFP Income Fund 4 | G&JF | 330 | $378,675.00 | $189,285.82 |
| 270 | ABFP Income Fund 4 | TM | 221 | $462,590.00 | $231,231.87 |
| 271 | ABFP Income Fund 4 | DJ&MJK | 137 | $468,435.00 | $234,153.57 |
| 272 | ABFP Income Fund 4 | CS | 20270 | $473,770.00 | $236,820.34 |
| 273 | ABFP Income Fund 4 | JS | 16 | $474,280.00 | $237,075.27 |
| 274 | ABFP Income Fund 4 | G&MC | 212 | $561,000.00 | $280,423.44 |
| 275 | ABFP Income Fund 4 | EJB | 3 | $789,550.00 | $394,667.25 |
| 276 | ABFP Income Fund 4 | DWM | 152 | $1,420,000.00 | $709,806.21 |
| 277 | ABFP Income Fund 4 | Camaplan | Bulk | $6,088,699.00 | $3,043,518.56 |
| 278 | ABFP Income Fund 6 | G&BD | 20490 | $24,416.68 | $13,055.32 |
| 279 | ABFP Income Fund 6 | CP | 441 | $48,833.32 | $26,110.63 |
| 280 | ABFP Income Fund 6 | JWH | 20371 | $49,349.99 | $26,386.89 |
| 281 | ABFP Income Fund 6 | MDH | 20214 | $49,416.66 | $26,422.53 |
| 282 | ABFP Income Fund 6 | MDGJ | 20372 | $58,700.00 | $31,386.23 |
| 283 | ABFP Income Fund 6 | JCZ | 344 | $59,600.00 | $31,867.45 |
| 284 | ABFP Income Fund 6 | DP | 177 | $97,666.68 | $52,221.28 |
| 285 | ABFP Income Fund 6 | D&LR | 283 | $97,666.68 | $52,221.28 |
| 286 | ABFP Income Fund 6 | LCBJ | 20041 | $97,666.68 | $52,221.28 |
| 287 | ABFP Income Fund 6 | DW | 20044 | $97,666.68 | $52,221.28 |
| 288 | ABFP Income Fund 6 | DR | 20448 | $97,666.68 | $52,221.28 |
| 289 | ABFP Income Fund 6 | P&JT | 14 | $97,766.68 | $52,274.74 |
| 290 | ABFP Income Fund 6 | MG | 20079 | $97,766.68 | $52,274.74 |
| 291 | ABFP Income Fund 6 | BWR | 20045 | $97,766.68 | $52,274.74 |
| 292 | ABFP Income Fund 6 | WJP | 20663 | $98,500.01 | $52,666.85 |
| 293 | ABFP Income Fund 6 | MC | 245 | $98,500.01 | $52,666.85 |
| 294 | ABFP Income Fund 6 | FP | 250 | $98,500.01 | $52,666.85 |
| 295 | ABFP Income Fund 6 | BAS | 20108 | $98,500.01 | $52,666.85 |
| 296 | ABFP Income Fund 6 | JES | 395 | $98,500.01 | $52,666.85 |
| 297 | ABFP Income Fund 6 | RL | 20166 | $98,500.01 | $52,666.85 |
| 298 | ABFP Income Fund 6 | LD&MCB | 90 | $98,600.01 | $52,720.32 |
| 299 | ABFP Income Fund 6 | RGF, Individually & Executrix for EF, Sr. | 318 | $99,333.34 | $53,112.42 |
| 300 | ABFP Income Fund 6 | DRD | 466 | $99,333.34 | $53,112.42 |
| 301 | ABFP Income Fund 6 | KEM&LY | 165 | $99,333.34 | $53,112.42 |
| 302 | ABFP Income Fund 6 | KA | 20314 | $99,333.34 | $53,112.42 |
| 303 | ABFP Income Fund 6 | R&NC | 20660 | $99,333.34 | $53,112.42 |
| 304 | ABFP Income Fund 6 | RSSJ | 6 | $99,433.34 | $53,165.89 |
| 305 | ABFP Income Fund 6 | EA&LMC | 20464 | $99,433.34 | $53,165.89 |
| 306 | ABFP Income Fund 6 | K&MW | 20062 | $99,433.34 | $53,165.89 |
| 307 | ABFP Income Fund 6 | J&FC | 20401 | $113,375.01 | $60,620.34 |
| 308 | ABFP Income Fund 6 | RW | 20259 | $118,200.00 | $63,200.21 |
| 309 | ABFP Income Fund 6 | ECD | 20299 | $120,618.32 | $64,493.26 |
| 310 | ABFP Income Fund 6 | PD | 124 | $146,500.00 | $78,331.90 |
| 311 | ABFP Income Fund 6 | DW&JAS | 20375 | $146,600.00 | $78,385.37 |
| 312 | ABFP Income Fund 6 | SAS | 338 | $147,750.00 | $79,000.26 |
| 313 | ABFP Income Fund 6 | Estate of JRKS | 20674 | $173,833.34 | $92,946.73 |
| 314 | ABFP Income Fund 6 | J&SS | 82 | $195,433.32 | $104,496.00 |

| | Receivership Entity | Claimant | Claim # | Allowed Claim | First Int. Distr. |
|---|---|---|---|---|---|
| 315 | ABFP Income Fund 6 | PHM | 163 | $196,999.99 | $105,333.68 |
| 316 | ABFP Income Fund 6 | RJD | 20334 | $196,999.99 | $105,333.68 |
| 317 | ABFP Income Fund 6 | JVMI | 20409 | $198,666.66 | $106,224.83 |
| 318 | ABFP Income Fund 6 | RPI | 75 | $227,746.67 | $121,773.58 |
| 319 | ABFP Income Fund 6 | WaCS | 20613 | $244,306.66 | $130,628.03 |
| 320 | ABFP Income Fund 6 | CPM | 179 | $244,306.66 | $130,628.03 |
| 321 | ABFP Income Fund 6 | N&ES | 13 | $244,406.66 | $130,681.49 |
| 322 | ABFP Income Fund 6 | MM | 375 | $246,816.66 | $131,970.09 |
| 323 | ABFP Income Fund 6 | RVG | 20617 | $247,800.00 | $132,495.87 |
| 324 | ABFP Income Fund 6 | HG | 129 | $249,326.66 | $133,312.16 |
| 325 | ABFP Income Fund 6 | DD | 232 | $249,326.66 | $133,312.16 |
| 326 | ABFP Income Fund 6 | N&RR | 388 | $249,326.66 | $133,312.16 |
| 327 | ABFP Income Fund 6 | JRKJ | 20671 | $249,426.66 | $133,365.63 |
| 328 | ABFP Income Fund 6 | HWF | 28 | $253,066.66 | $135,311.90 |
| 329 | ABFP Income Fund 6 | AY | 208 | $268,300.00 | $143,456.99 |
| 330 | ABFP Income Fund 6 | ZM&KD | 20347 | $292,100.00 | $156,182.59 |
| 331 | ABFP Income Fund 6 | JB | 105 | $295,000.00 | $157,733.18 |
| 332 | ABFP Income Fund 6 | KM | 20525 | $298,000.00 | $159,337.25 |
| 333 | ABFP Income Fund 6 | JESJ&BSDT | 291 | $350,400.00 | $187,354.94 |
| 334 | ABFP Income Fund 6 | JM | 20191 | $393,333.34 | $210,310.92 |
| 335 | ABFP Income Fund 6 | CJ&LAP | 20001 | $485,970.00 | $259,842.70 |
| 336 | ABFP Income Fund 6 | DPR | 83 | $486,070.00 | $259,896.17 |
| 337 | ABFP Income Fund 6 | JHC | 447 | $491,915.00 | $263,021.42 |
| 338 | ABFP Income Fund 6 | AO | 20186 | $687,166.67 | $367,420.30 |
| 339 | ABFP Income Fund 6 | Camaplan | Bulk | $5,292,136.00 | $2,829,645.64 |
| 340 | ABFP MSIF | JDB | 353 | $92,292.44 | $22,247.52 |
| 341 | ABFP MSIF | Estate of FPJB | 427 | $92,292.44 | $22,247.52 |
| 342 | ABFP MSIF | CP | 443 | $92,292.44 | $22,247.52 |
| 343 | ABFP MSIF | JC | 20028 | $92,292.44 | $22,247.52 |
| 344 | ABFP MSIF | SS | 20577 | $92,292.44 | $22,247.52 |
| 345 | ABFP MSIF | DR | 20307 | $110,750.94 | $26,697.03 |
| 346 | ABFP MSIF | P&KA | 20562 | $115,365.56 | $27,809.40 |
| 347 | ABFP MSIF | HT | 20471 | $138,138.00 | $33,298.81 |
| 348 | ABFP MSIF | TJ&PMC | 107 | $138,438.67 | $33,371.28 |
| 349 | ABFP MSIF | CPL | 141 | $138,438.67 | $33,371.28 |
| 350 | ABFP MSIF | KEM | 166 | $138,438.67 | $33,371.28 |
| 351 | ABFP MSIF | DM | 236 | $138,438.67 | $33,371.28 |
| 352 | ABFP MSIF | KMB | 520 | $138,438.67 | $33,371.28 |
| 353 | ABFP MSIF | DK | 20247 | $138,438.67 | $33,371.28 |
| 354 | ABFP MSIF | RaCP | 20494 | $138,438.67 | $33,371.28 |
| 355 | ABFP MSIF | AP | 20634 | $138,438.67 | $33,371.28 |
| 356 | ABFP MSIF | WR | 362 | $138,530.97 | $33,393.53 |
| 357 | ABFP MSIF | E&LC | 434 | $147,667.92 | $35,596.04 |
| 358 | ABFP MSIF | ED | 20444 | $166,126.41 | $40,045.54 |
| 359 | ABFP MSIF | RHP | 240 | $184,584.90 | $44,495.05 |
| 360 | ABFP MSIF | NB | 20351 | $184,584.90 | $44,495.05 |
| 361 | ABFP MSIF | DG | 20377 | $184,584.90 | $44,495.05 |
| 362 | ABFP MSIF | DB | 20604 | $184,584.90 | $44,495.05 |
| 363 | ABFP MSIF | MDW | 20734 | $184,584.90 | $44,495.05 |
| 364 | ABFP MSIF | LHBL | 20513 | $185,507.82 | $44,717.52 |
| 365 | ABFP MSIF | DF&KY | 30 | $203,043.39 | $48,944.55 |
| 366 | ABFP MSIF | VML, Individually and Personal Rep. of Estate of DBL | 449 | $207,658.01 | $50,056.93 |
| 367 | ABFP MSIF | B&JC | 415 | $276,877.34 | $66,742.57 |
| 368 | ABFP MSIF | JCW | 537 | $369,169.80 | $88,990.10 |
| 369 | ABFP MSIF | ESL&ED | 111 | $461,462.24 | $111,237.62 |
| 370 | ABFP MSIF | Camaplan | Bulk | $10,715,277.00 | $2,582,967.33 |
| 371 | ANFP MSIF II | L&LR | 20315 | $48,587.00 | $30,383.33 |
| 372 | ANFP MSIF II | CMS | 244 | $50,000.00 | $31,266.93 |
| 373 | ANFP MSIF II | FP | 251 | $51,851.37 | $32,424.66 |
| 374 | ANFP MSIF II | JES | 394 | $72,880.00 | $45,574.68 |
| 375 | ANFP MSIF II | SS | 20359 | $72,880.00 | $45,574.68 |
| 376 | ANFP MSIF II | EW | 20508 | $72,880.00 | $45,574.68 |
| 377 | ANFP MSIF II | UML | 96 | $97,173.00 | $60,766.03 |
| 378 | ANFP MSIF II | CBR | 168 | $97,173.00 | $60,766.03 |
| 379 | ANFP MSIF II | CPM | 180 | $97,173.00 | $60,766.03 |
| 380 | ANFP MSIF II | CMS | 243 | $97,173.00 | $60,766.03 |
| 381 | ANFP MSIF II | DPAJMM | 276 | $97,173.00 | $60,766.03 |
| 382 | ANFP MSIF II | MMN | 380 | $97,173.00 | $60,766.03 |
| 383 | ANFP MSIF II | DJO | 505 | $97,173.00 | $60,766.03 |
| 384 | ANFP MSIF II | JaIK | 20253 | $97,173.00 | $60,766.03 |
| 385 | ANFP MSIF II | BA | 20397 | $97,173.00 | $60,766.03 |
| 386 | ANFP MSIF II | MN | 518 | $97,173.00 | $60,766.03 |
| 387 | ANFP MSIF II | CN | 92 | $145,760.00 | $91,149.35 |
| 388 | ANFP MSIF II | HP&EAGI | 347 | $145,760.00 | $91,149.35 |
| 389 | ANFP MSIF II | B&BC | 20082 | $145,760.00 | $91,149.35 |
| 390 | ANFP MSIF II | KLM | 20178 | $145,760.00 | $91,149.35 |
| 391 | ANFP MSIF II | MDW | 20735 | $145,760.00 | $91,149.35 |
| 392 | ANFP MSIF II | KJT | 20398 | $145,760.00 | $91,149.35 |
| 393 | ANFP MSIF II | MS | 20112 | $155,477.00 | $97,225.77 |

| | Receivership Entity | Claimant | Claim # | Allowed Claim | First Int. Distr. |
|---|---|---|---|---|---|
| 394 | ANFP MSIF II | RDS&KLMC | 20179 | $170,053.00 | $106,340.70 |
| 395 | ANFP MSIF II | MDM | 20149 | $194,347.00 | $121,532.68 |
| 396 | ANFP MSIF II | RTOMKH | 97 | $250,000.00 | $156,334.64 |
| 397 | ANFP MSIF II | JS | 259 | $252,651.00 | $157,992.42 |
| 398 | ANFP MSIF II | JWB | 20272 | $400,000.00 | $250,135.43 |
| 399 | ANFP MSIF II | WCS | 20615 | $485,867.00 | $303,831.38 |
| 400 | ANFP MSIF II | Camaplan | Bulk | $6,545,593.00 | $4,093,211.83 |
| 401 | Fidelis Financial Plannin | GD | 531 | $44,375.00 | $23,450.37 |
| 402 | Fidelis Financial Plannin | R&EM | 331 | $46,250.00 | $24,441.23 |
| 403 | Fidelis Financial Plannin | MK | 89 | $46,666.66 | $24,661.41 |
| 404 | Fidelis Financial Plannin | PS | 20595 | $47,000.00 | $24,837.57 |
| 405 | Fidelis Financial Plannin | A&PP | 411 | $47,416.66 | $25,057.76 |
| 406 | Fidelis Financial Plannin | W&CM | 548 | $63,733.33 | $33,680.45 |
| 407 | Fidelis Financial Plannin | PBTGI | 20084 | $83,333.40 | $44,038.28 |
| 408 | Fidelis Financial Plannin | LG | 167 | $89,000.00 | $47,032.85 |
| 409 | Fidelis Financial Plannin | RM | 20060 | $91,666.70 | $48,442.09 |
| 410 | Fidelis Financial Plannin | AM | 150 | $93,833.34 | $49,587.07 |
| 411 | Fidelis Financial Plannin | E&KJ | 88 | $99,333.34 | $52,493.59 |
| 412 | Fidelis Financial Plannin | RR | 339 | $147,750.00 | $78,079.81 |
| 413 | Fidelis Financial Plannin | D&SMRT | 154 | $158,666.66 | $83,848.82 |
| 414 | Fidelis Financial Plannin | S&LBT | 433 | $159,820.00 | $84,458.31 |
| 415 | Fidelis Financial Plannin | SK&EMSRLT | 172 | $167,000.00 | $88,252.64 |
| 416 | Fidelis Financial Plannin | K&LS | 223 | $186,000.00 | $98,293.36 |
| 417 | Fidelis Financial Plannin | SD | 266 | $192,000.00 | $101,464.12 |
| 418 | Fidelis Financial Plannin | FGS | 431 | $200,000.00 | $105,691.79 |
| 419 | Fidelis Financial Plannin | STG | 20426 | $239,250.00 | $126,433.80 |
| 420 | Fidelis Financial Plannin | FLN | 157 | $258,000.00 | $136,342.41 |
| 421 | Fidelis Financial Plannin | J&SW | 455 | $268,500.00 | $141,891.23 |
| 422 | Fidelis Financial Plannin | ML | 20120 | $269,000.00 | $142,155.46 |
| 423 | Fidelis Financial Plannin | WLA | 130 | $297,333.35 | $157,128.47 |
| 424 | Fidelis Financial Plannin | WK | 20384 | $575,691.74 | $304,229.45 |
| 425 | Fidelis Financial Plannin | Camaplan | Bulk | $1,689,732.00 | $892,953.99 |
| 426 | Retirement Evolution | SEJ | 468 | $9,266.63 | $4,889.35 |
| 427 | Retirement Evolution | JB | 534 | $26,100.00 | $13,771.14 |
| 428 | Retirement Evolution | HB | 533 | $33,041.67 | $17,433.77 |
| 429 | Retirement Evolution | WBE | 467 | $79,050.00 | $41,709.14 |
| 430 | Retirement Evolution | CG&SS | 308 | $126,900.00 | $66,956.22 |
| 431 | Retirement Evolution | GAS | 287 | $13,334.41 | $7,035.63 |
| 432 | Retirement Evolution | SEL | 498 | $14,784.03 | $7,800.49 |
| 433 | Retirement Evolution | CI | 20090 | $18,515.03 | $9,769.08 |
| 434 | Retirement Evolution | MW | 20197 | $19,333.35 | $10,200.85 |
| 435 | Retirement Evolution | RI | 20052 | $35,225.36 | $18,585.95 |
| 436 | Retirement Evolution | M&SD | 392 | $38,266.65 | $20,190.63 |
| 437 | Retirement Evolution | GAFFRDF | 436 | $50,000.00 | $26,381.49 |
| 438 | Retirement Evolution | PB | 20392 | $65,999.98 | $34,823.56 |
| 439 | Retirement Evolution | LLE | 49 | $98,700.00 | $52,077.06 |
| 440 | Retirement Evolution | R&MD | 20676 | $237,500.02 | $125,312.09 |
| 441 | Retirement Evolution | RM&LL | 20410 | $309,589.00 | $163,348.38 |
| 442 | Retirement Evolution | LC | 20131 | $38,640.35 | $20,387.80 |
| 443 | Retirement Evolution | RSI | 20646 | $32,507.68 | $17,152.02 |
| 444 | Retirement Evolution | FF | 186 | $23,499.97 | $12,399.28 |
| 445 | Retirement Evolution | JA | 132 | $24,373.34 | $12,860.10 |
| 446 | Retirement Evolution | LS | 203 | $30,772.50 | $16,236.49 |
| 447 | Retirement Evolution | CLR | 204 | $46,625.00 | $24,600.74 |
| 448 | Retirement Evolution | MBL | 267 | $60,000.00 | $31,657.79 |
| 449 | Retirement Evolution | LW | 188 | $77,363.36 | $40,819.21 |
| 450 | Retirement Evolution | THLT | 292 | $21,600.00 | $11,396.80 |
| 451 | Retirement Evolution | WDL | 506 | $99,050.00 | $52,261.73 |
| 452 | Retirement Evolution | BC | 20432 | $100,000.00 | $52,762.98 |
| 453 | Retirement Evolution | Blue Diamond (FBO CN IRA) | 20684 | $269,534.28 | $142,214.32 |
| 454 | Retirement Evolution | RWL | 307 | $9,399.97 | $4,959.70 |
| 455 | Retirement Evolution | PRG2FAT | 20611 | $18,000.03 | $9,497.35 |
| 456 | Retirement Evolution | MP | 407 | $25,440.04 | $13,422.92 |
| 457 | Retirement Evolution | BKRT dtd 11/22/89 | 20007 | $46,500.00 | $24,534.79 |
| 458 | Retirement Evolution | BS | 20462 | $46,666.70 | $24,622.74 |
| 459 | Retirement Evolution | JES | 487 | $56,800.00 | $29,969.37 |
| 460 | Retirement Evolution | JMM | 108 | $65,000.00 | $34,295.94 |
| 461 | Retirement Evolution | HMK | 109 | $65,000.00 | $34,295.94 |
| 462 | Retirement Evolution | DEZ | 265 | $65,000.00 | $34,295.94 |
| 463 | Retirement Evolution | PK | 508 | $75,000.00 | $39,572.24 |
| 464 | Retirement Evolution | CCR | 20472 | $93,063.24 | $49,102.94 |
| 465 | Retirement Evolution | SPL | 246 | $130,000.00 | $68,591.87 |
| 466 | Retirement Evolution | CAK | 20305 | $158,522.01 | $83,640.94 |
| 467 | Retirement Evolution | RH | 20304 | $180,417.05 | $95,193.41 |
| 468 | Retirement Evolution | SB | 535 | $189,120.86 | $99,785.80 |
| 469 | Retirement Evolution | KBI | 20006 | $278,100.00 | $146,733.85 |
| 470 | Retirement Evolution | PKS | 20405 | $304,366.63 | $160,592.91 |
| 471 | Retirement Evolution | PKS | 20631 | $402,336.67 | $212,284.82 |
| 472 | Retirement Evolution | LN | 286 | $7,771.42 | $4,100.43 |

| | Receivership Entity | Claimant | Claim # | Allowed Claim | First Int. Distr. |
|---|---|---|---|---|---|
| 473 | Retirement Evolution | GLS | 256 | $9,199.96 | $4,854.17 |
| 474 | Retirement Evolution | EBH | 517 | $9,399.98 | $4,959.71 |
| 475 | Retirement Evolution | AMS | 450 | $10,969.18 | $5,787.67 |
| 476 | Retirement Evolution | LN | 285 | $16,924.00 | $8,929.61 |
| 477 | Retirement Evolution | RJL | 50 | $18,390.64 | $9,703.45 |
| 478 | Retirement Evolution | DH | 301 | $18,466.59 | $9,743.52 |
| 479 | Retirement Evolution | ALG | 211 | $18,800.03 | $9,919.46 |
| 480 | Retirement Evolution | SWHJ | 536 | $19,200.02 | $10,130.50 |
| 481 | Retirement Evolution | PSST | 12 | $22,287.50 | $11,759.55 |
| 482 | Retirement Evolution | SKM | 515 | $23,166.63 | $12,223.40 |
| 483 | Retirement Evolution | MC | 274 | $23,833.31 | $12,575.16 |
| 484 | Retirement Evolution | EJNRI | 20636 | $23,875.00 | $12,597.16 |
| 485 | Retirement Evolution | DVMIT | 91 | $23,999.99 | $12,663.11 |
| 486 | Retirement Evolution | RBNT | 148 | $27,400.00 | $14,457.06 |
| 487 | Retirement Evolution | P&PL | 85 | $28,000.00 | $14,773.63 |
| 488 | Retirement Evolution | LV | 20123 | $28,000.00 | $14,773.63 |
| 489 | Retirement Evolution | EJNI | 20639 | $37,240.29 | $19,649.09 |
| 490 | Retirement Evolution | CFT | 78 | $37,866.66 | $19,979.58 |
| 491 | Retirement Evolution | NPW (Roth IRA) | 207 | $38,898.86 | $20,524.20 |
| 492 | Retirement Evolution | BJC | 67 | $41,566.65 | $21,931.80 |
| 493 | Retirement Evolution | LJDS | 227 | $44,666.24 | $23,567.24 |
| 494 | Retirement Evolution | RRC | 262 | $44,999.57 | $23,743.11 |
| 495 | Retirement Evolution | GLJ | 194 | $46,678.21 | $24,628.81 |
| 496 | Retirement Evolution | MEB | 174 | $46,833.33 | $24,710.66 |
| 497 | Retirement Evolution | RN | 198 | $47,000.00 | $24,798.60 |
| 498 | Retirement Evolution | MJ&KAD | 86 | $47,999.98 | $25,326.22 |
| 499 | Retirement Evolution | GAF | 437 | $49,333.34 | $26,029.74 |
| 500 | Retirement Evolution | GAF | 438 | $49,333.34 | $26,029.74 |
| 501 | Retirement Evolution | AMP | 510 | $50,000.00 | $26,381.49 |
| 502 | Retirement Evolution | WaJC | 20332 | $50,000.00 | $26,381.49 |
| 503 | Retirement Evolution | OPF | 329 | $56,717.42 | $29,925.80 |
| 504 | Retirement Evolution | PAM | 20308 | $66,974.32 | $35,337.65 |
| 505 | Retirement Evolution | EAT | 20652 | $71,000.00 | $37,461.72 |
| 506 | Retirement Evolution | TP | 509 | $75,000.00 | $39,572.24 |
| 507 | Retirement Evolution | NKB | 173 | $91,624.99 | $48,344.08 |
| 508 | Retirement Evolution | SB | 384 | $94,666.65 | $49,948.95 |
| 509 | Retirement Evolution | SAS | 191 | $94,750.00 | $49,992.92 |
| 510 | Retirement Evolution | GJC | 486 | $96,943.62 | $51,150.34 |
| 511 | Retirement Evolution | MG | 361 | $97,250.00 | $51,312.00 |
| 512 | Retirement Evolution | WM | 20650 | $100,000.00 | $52,762.98 |
| 513 | Retirement Evolution | Nuview Trust Company, Inc. FBO RS | 189 | $112,320.00 | $59,263.38 |
| 514 | Retirement Evolution | VJ&JAP | 493 | $115,855.92 | $61,129.04 |
| 515 | Retirement Evolution | RS | 20643 | $136,916.70 | $72,241.33 |
| 516 | Retirement Evolution | WP | 298 | $143,000.01 | $75,451.07 |
| 517 | Retirement Evolution | EJN | 20637 | $164,518.04 | $86,804.62 |
| 518 | Retirement Evolution | AP | 99 | $175,333.33 | $92,511.09 |
| 519 | Retirement Evolution | WP | 424 | $185,000.00 | $97,611.51 |
| 520 | Retirement Evolution | CJF | 491 | $187,215.00 | $98,780.21 |
| 521 | Retirement Evolution | MA | 100 | $232,501.00 | $122,674.46 |
| 522 | Retirement Evolution | CA | 98 | $197,025.00 | $103,956.26 |
| 523 | Retirement Evolution | EAT | 20653 | $198,500.00 | $104,734.52 |
| 524 | Retirement Evolution | B&DO | 305 | $220,000.00 | $116,078.56 |
| 525 | Retirement Evolution | NPW (IRA) | 206 | $240,956.00 | $127,135.57 |
| 526 | Retirement Evolution | GAS | 288 | $249,537.50 | $131,663.42 |
| 527 | Retirement Evolution | MDW | 205 | $250,000.00 | $131,907.45 |
| 528 | Retirement Evolution | WHS | 20358 | $279,499.99 | $147,472.53 |
| 529 | Retirement Evolution | RG | 358 | $352,706.20 | $186,098.30 |
| 530 | Retirement Evolution | GC | 209 | $373,234.51 | $196,929.65 |
| 531 | Retirement Evolution | JZ | 20350 | $819,112.13 | $432,187.97 |
| 532 | Retirement Evolution | RS | 20000 | $46,666.70 | $24,622.74 |
| 533 | Retirement Evolution | WKS | 233 | $224,200.00 | $118,294.60 |
| 534 | Retirement Evolution | DL | 549 | $45,336.34 | $23,920.80 |
| 535 | Retirement Evolution | RT | 550 | $18,866.66 | $9,954.61 |
| 536 | Retirement Evolution | LS | 551 | $169,158.17 | $89,252.89 |
| 537 | Retirement Evolution | JL | 552 | $24,733.32 | $13,050.04 |
| 538 | Retirement Evolution | AL | 553 | $50,000.00 | $26,381.49 |
| 539 | Retirement Evolution | JFLT | 554 | $91,000.00 | $48,014.31 |
| 540 | Retirement Evolution | GR | 555 | $39,893.18 | $21,048.83 |
| 541 | Retirement Evolution | CAMAPLAN | Bulk | $265,280.00 | $139,969.63 |
| | | | | **$227,825,696.58** | **$110,868,715.00** |