UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

      Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC.** *d/b/a* **PAR FUNDING**, *et al.*,

      Defendants.
_____/

## ORDER ESTABLISHING BRIEFING SCHEDULE ON RECEIVER'S MOTION TO SUPPLEMENT MOTION TO (1) APPROVE PROPOSED PLAN OF DISTRIBUTION AND (2) AUTHORIZE FIRST INTERIM DISTRIBUTION TO ADJUST ALLOWED CLAIM AMOUNTS AND PROPOSED FIRST INTERIM DISTRIBUTIONS FOR CERTAIN AGENT FUNDS

**THIS CAUSE** comes before the Court upon the Receiver's Motion to Supplement Motion to (1) Approve Proposed Plan of Distribution and (2) Authorize First Interim Distribution to Adjust Allowed Claim Amounts and Proposed First Interim Distributions for Certain Agent Funds, filed on December 4, 2024 ("Motion to Supplement"), [ECF No. 2070]. In the Motion to Supplement, the Receiver details certain adjustments to allowed claim amounts and proposed first interim distributions for five agent fund claimants that the Receiver wishes to incorporate into his Motion to (1) Approve Proposed Plan of Distribution and (2) Authorize First Interim Distribution ("Distribution Motion"), [ECF No. 2014]. The Court having carefully reviewed the Motion to Supplement and the record in this matter, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      Any claimant who opposes the Motion to Supplement is permitted to file a response to the Motion to Supplement of no more than **ten (10) pages on or before December 11, 2024.**

2.      The Receiver is then permitted to file a reply to each response, or a combined reply to all responses, if necessary, **on or before December 13, 2024**.

3.      The Court will consider the proposed amendment detailed in the Motion to Supplement (and any responses or replies to the Motion to Supplement) in conjunction with, and incorporate its rulings as part of, the Court's forthcoming Order on the Distribution Motion.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2024.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**