UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC.** *d/b/a* **PAR FUNDING**, *et al.*,

    Defendants.

_____/

### ORDER GRANTING RECEIVER'S THIRTY-THIRD MOTION TO LIFT LITIGATION INJUNCTION AS TO CERTAIN GARNISHMENT PROCEEDINGS

**THIS CAUSE** comes before the Court upon the Receiver's Thirty-Third Motion to Lift Litigation Injunction as to Certain Garnishment Proceedings ("Motion"), [ECF No. 2079], filed on December 19, 2024.

In the Motion, the Receiver seeks to modify the Court's Amended Order Appointing Receiver dated August 13, 2020, [ECF No. 141], so as to lift the litigation injunction provided for in that Order for certain garnishment matters currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania to be opened for the limited purpose to authorize the Receiver, in his direction, to dissolve current writs of garnishment, to mark judgments satisfied, and/or to reopen confessed judgments, where the counterparty merchant either has resolved, or has agreed to resolve, prior defaults, or otherwise filed for bankruptcy protection, in certain cases in the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED** with respect to the relief requested. Specifically, the litigation injunction set forth in the Court's Amended Order Appointing Receiver dated August 13, 2020, [ECF No. 141], is hereby lifted in the following matters in the Court of Common Pleas of Philadelphia County, Pennsylvania, and solely for the purposes described in the Motion:

a. *Complete Business Solutions Group, Inc. d/b/a Par Funding v. T C and B Corporate Wearables Inc. d/b/a T C and B Wearables, and Clark Fessler*, Philadelphia Court of Common Pleas, Docket No. 200302727;

b. *Complete Business Solutions Group, Inc. d/b/a Par Funding v. Brandon Excavating LLC and Michael Szermach*, Philadelphia Court of Common Pleas, Docket No. 200700108;

c. *Contract Financing Solutions Inc. v. Wildwood Country Club LLC, David McQuary*, Philadelphia Court of Common Pleas, Docket No. 200101368;

d. *Complete Business Solutions Group, Inc. d/b/a Par Funding v. Mid Valley Hospice Inc. and Anahid Safarian*, Philadelphia Court of Common Pleas, Docket No. 190606834;

e. *Fast Advance Funding v. Gator Drain and Plumbing LLC and Robyn Jennings*, Philadelphia Court of Common Pleas, Docket No. 190902220;

f. *Complete Business Solutions Group, Inc. d/b/a Par Funding v. Chika International Food Market Inc. and Chika Moughalu*, Philadelphia Court of Common Pleas, Docket No. 190300997; and

g. *Complete Business Solutions Group, Inc. d/b/a Par Funding v. Cherished Care LLC and Ashwini Anand*, Philadelphia Court of Common Pleas, Docket No. 200201404.

**DONE AND ORDERED** in Miami, Florida, this 19th day of December, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of record