UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING, et al.**,

    Defendants.
_____/

**NOTICE AND REQUEST FOR EXCLUSION**

**BE ADVISED THAT**

    GEMJ Chehebar GRAT, LLC
    Albert Chehebar
    Isaac Shehebar
    Isaac Shehebar 2008 AIJJ Grantor Retained Annuity Trust
    Michael Chehebar
    Ezra Shehebar
    Ezra Chehebar
    Ezra Shehebar LLC
    Cherie Chehebar
    Josef Chehebar
    Steven Chehebar
    Joyce Chehebar

**GIVE NOTICE**

That they (collectively referred to as the "SCIs") presently intend to opt out of the Settlement Agreement and proposed Opt-Out Bar Order when those matters are addressed at the Final Approval Hearing on February 26, 2025. ECF Nos. 2081, 2081-1, 2082.

The SCIs are engaged in ongoing discussions with the Receiver concerning this matter, and if those discussions are resolved such that the SCIs do not intend to opt out at the Final

Approval Hearing, they will file an Amended Notice prior to the Final Approval Hearing. ECF No. 2082 at p.5; *Id*. at p.9 ("**If…requests for exclusion are resolved before the hearing, the Court may cancel the Final Approval Hearing.**") (emphasis in original).

In the event the SCIs have not changed their position prior to the Final Approval Hearing, the SCIs respectfully request that they be permitted to appear and present their requests to the Court.

Dated: February 13, 2025.

Respectfully submitted,

s/ Marshall Dore Louis
Marshall Dore Louis
Florida Bar No. 512680
BOIES SCHILLER FLEXNER LLP
100 S.E. Second Street, Suite 2800
Miami, FL 33131
TEL: (305) 539-8400
FAX: (305) 539-1307
E-MAIL: mlouis@bsfllp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Notice is being served this 13th day of February 2025, upon all parties and their representatives who receive service of documents through CM/ECF in this matter, and those individuals listed on the attached Service List via US Mail and Email.

s/ Marshall Dore Louis
Marshall Dore Louis

**SERVICE LIST**

(1) Ryan K. Stumphauzer, Esq.
Stumphauzer Kolaya Nadler & Sloman PLLC
One Biscayne Tower
2 S. Biscayne Boulevard, Suite 1600
Miami, FL 33131
Email: rstumphauzer@sknlaw.com

(2) Timothy A. Kolaya
Stumphauzer Kolaya Nadler & Sloman PLLC
One Biscayne Tower
2 S. Biscayne Boulevard, Suite 1600
Miami, FL 33131
Email: tkolaya@sknlaw.com

(3) Jeffrey C. Schneider
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Email: jcs@lklsg.com

(4) Steven A. Schwartz
Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 West Lancaster Avenue
Haverford, PA 19041
Email: sas@chimicles.com

(5) Marc H. Edelson
Edelson Lechtzin LLP
411 S. State Street, Ste N-300
Newtown, PA 18940
Email: medelson@edelson-law.com

(6) Scott Lance
Silver, Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065
Email: ssilver@silverlaw.com

(7) Melanie Emmons Damian
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Email: mdamian@dvllp.com

(8) Jay A. Dubow
    Troutman Pepper
    3000 Two Logan Square
    Eighteenth and Arch Streets
    Philadelphia, PA 19103-27799
    Email: jay.dubow@troutman.com

(9) Catherine M. Recker
    Welsh and Recker, P.C.
    306 Walnut Street
    Philadelphia, PA 19106
    Email: cmrecker@welshrecker.com