UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, et al.,

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF REQUEST FOR EXCLUSION

**BE ADVISED THAT**

GEMJ Chehebar GRAT, LLC
Albert Chehebar
Isaac Shehebar
Isaac Shehebar 2008 AIJJ Grantor Retained Annuity Trust
Michael Chehebar
Ezra Shehebar
Ezra Chehebar
Ezra Shehebar LLC
Cherie Chehebar
Josef Chehebar
Steven Chehebar
Joyce Chehebar

**GIVE NOTICE**

That they (collectively referred to as the "SCIs") **WITHDRAW** their prior notice of opting out of the Settlement Agreement and proposed Opt-Out Bar Order. The SCIs **DO NOT SEEK EXCLUSION FROM OR OTHERWISE OPT OUT OF THE SETTLEMENT AGREEMENT OR PROPOSED OPT-OUT BAR ORDER.**

Dated: February 25, 2025.

Respectfully submitted,

s/ Marshall Dore Louis
Marshall Dore Louis
Florida Bar No. 512680
BOIES SCHILLER FLEXNER LLP
100 S.E. Second Street, Suite 2800
Miami, FL 33131
TEL: (305) 539-8400
FAX: (305) 539-1307
E-MAIL: mlouis@bsfllp.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of this Notice is being served this 25th day of February 2025, upon all parties and their representatives who receive service of documents through CM/ECF in this matter, and those individuals listed on the attached Service List via US Mail and Email.

s/ Marshall Dore Louis
Marshall Dore Louis

**SERVICE LIST**

(1) Ryan K. Stumphauzer, Esq.
Stumphauzer Kolaya Nadler & Sloman PLLC
One Biscayne Tower
2 S. Biscayne Boulevard, Suite 1600
Miami, FL 33131
Email: rstumphauzer@sknlaw.com

(2) Timothy A. Kolaya
Stumphauzer Kolaya Nadler & Sloman PLLC
One Biscayne Tower
2 S. Biscayne Boulevard, Suite 1600
Miami, FL 33131
Email: tkolaya@sknlaw.com

(3) Jeffrey C. Schneider
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Email: jcs@lklsg.com

(4) Steven A. Schwartz
Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 West Lancaster Avenue
Haverford, PA 19041
Email: sas@chimicles.com

(5) Marc H. Edelson
Edelson Lechtzin LLP
411 S. State Street, Ste N-300
Newtown, PA 18940
Email: medelson@edelson-law.com

(6) Scott Lance
Silver, Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065
Email: ssilver@silverlaw.com

(7) Melanie Emmons Damian
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Email: mdamian@dvllp.com

(8) Jay A. Dubow
Troutman Pepper
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-27799
Email: jay.dubow@troutman.com

(9) Catherine M. Recker
Welsh and Recker, P.C.
306 Walnut Street
Philadelphia, PA 19106
Email: cmrecker@welshrecker.com