**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY JG D.C.
Apr 30, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

April 30, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 25-10157-JJ
Case Style: Ryan K. Stumphauzer v. GEMJ Chehebar GRAT LLC., et al
District Court Docket No: 9:20-cv-81205-RAR

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 25-10157-JJ

---

SECURITIES & EXCHANGE COMMISSION,

Plaintiff,

RYAN K. STUMPHAUZER,

Receiver - Appellee,

versus

COMPLETE BUSINESS SOLUTIONS GROUP, INC.,
d.b.a.Par Funding, et al.,

Defendants,

GEMJ CHEHEBAR GRAT LLC,
ALBERT CHEHEBAR,
ISAAC SHEHEBAR,
ALBERT SHEHEBAR,
ISAAC SHEHEBAR 2008 AIJJ GRANTOR
RETAINED ANNUITY TRUST, et al.,

Intervenors - Appellants.

---

Appeal from the United States District Court
for the Southern District of Florida

---

ORDER: Motion to voluntarily dismiss appeal filed by Appellants GEMJ Chehebar GRAT LLC, Albert Chehebar, Isaac Shehebar, Albert Shehebar, Isaac Shehebar 2008 AIJJ Grantor Retained Annuity Trust, Michael Chehebar, Ezra Shehebar, Ezra Shehebar LLC, Cherie Chehebar, Josef Chehebar, Steven Chehebar, Joyce Chehebar and Ezra Chehebar is GRANTED by clerk [10455798-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date..

Effective April 30, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION