UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING, *et al.*

    Defendants.
_____/

**RECEIVER, RYAN K. STUMPHAUZER'S NOTICE OF
DISSOLUTION OF CERTAIN RECEIVERSHIP ENTITIES**

    Ryan K. Stumphauzer, Esq., Court-Appointed Receiver ("Receiver") of the Receivership Entities,[1] by and through his undersigned counsel, files this notice regarding the dissolution of certain Receivership Entities, and states:

    1.    Through various orders appointing the Receiver, modifying the operative receivership order, and expanding the Receivership Estate, the Court has appointed Ryan K.

---

[1] The "Receivership Entities" are Complete Business Solutions Group, Inc. d/b/a Par Funding; Full Spectrum Processing, Inc.; ABetterFinancialPlan.com LLC d/b/a A Better Financial Plan; ABFP Management Company, LLC f/k/a Pillar Life Settlement Management Company, LLC; ABFP Income Fund, LLC; ABFP Income Fund Parallel LLC; ABFP Income Fund 2, L.P.; ABFP Income Fund 2 Parallel; ABFP Income Fund 3, LLC; ABFP Income Fund 3 Parallel; ABFP Income Fund 4, LLC; ABFP Income Fund 4 Parallel; ABFP Income Fund 6, LLC; ABFP Income Fund 6 Parallel; ABFP Multi-Strategy Investment Fund LP; ABFP Multi-Strategy Fund 2 LP; MK Corporate Debt Investment Company LLC; United Fidelis Group Corp.; Fidelis Financial Planning LLC; Retirement Evolution Group, LLC;, RE Income Fund LLC; RE Income Fund 2 LLC; Contract Financing Solutions, Inc.; Fast Advance Funding LLC; Heritage Business Consulting, Inc.; Eagle Six Consulting, Inc.; The LME 2017 Family Trust; Beta Abigail, LLC; New Field Ventures, LLC; Recruiting and Marketing Resources, Inc.; Liberty Eighth Avenue LLC; LM Property Management LLC; ALB Management, LLC; and 20 N. 3rd St. Ltd.

- 1 -

Stumphauzer as the Receiver over several dozen legal entities and placed certain real property within the possession and control of the Receiver.

2. Some of these Receivership Entities are operating entities that were involved in businesses related to the operations of Par Funding, such as Fast Advance Funding LLC; Recruiting and Marketing Resources, Inc.; and Contract Financing Solutions, Inc.

3. Other Receivership Entities are single purpose entities ("SPE") that were established solely for the purpose of owning real estate, such as 915-917 S. 11th LLC and 300 Market Street LLC.

4. The Court placed several other properties—such as 2413 Roma Dr, Philadelphia, PA 19145 and 107 Quayside Drive, Jupiter, Florida 33477—which were not titled in the name of a SPE, directly under the possession and control of the Receiver.

5. As these Receivership Entities have ceased operations or the real estate has been sold, the Receiver has filed the appropriate paperwork to formally dissolve those business entities with the relevant governmental offices.

6. To date, the Receiver has formally terminated and dissolved the following 21 Receivership Entities:

    a. 118 Olive PA LLC;

    b. 135-137 N. 3rd St. LLC;

    c. 242 S. 21st St. LLC;

    d. 300 Market St. LLC;

    e. 627-629 E. Girard LLC;

    f. 715 Sansom St. LLC;

    g. 803 S. 4th St. LLC;

    h.  861 N. 3rd St. LLC;

    i.  915-917 S. 11th LLC;

    j.  1250 N. 25th St. LLC;

    k.  1427 Melon St. LLC;

    l.  1530 Christian St. LLC;

    m.  1635 East Passyunk LLC;

    n.  1932 Spruce St. LLC;

    o.  4633 Walnut St. LLC;

    p.  1223 N. 25th St. LLC;

    q.  500 Fairmount Avenue, LLC;

    r.  205 B Arch St Management LLC;

    s.  LWP North LLC;

    t.  Stone Harbor Processing LLC; and

    u.  Blue Valley Holdings, LLC.

7. The following three (3) properties, which were not titled in the name of a SPE, have been sold and, therefore, are no longer part of the Receivership Estate:

    a.  2413 Roma Drive, Philadelphia, PA 19145;

    b.  164 84th Street, Stone Harbor, NJ 08247; and

    c.  107 Quayside Drive, Jupiter, FL 33477.

8. The property located at 159 26th Street, Avalon, NJ 08202, which was titled in the name of a SPE, was brought into the Receivership Estate, but subsequently sold and, therefore, is no longer part of the Receivership Estate. The SPE that previously held the title to this property never, itself, became a Receivership Entity. Rather, Perry Abbonizio, who owned and controlled

the SPE, assigned the rights to the property to the Receiver as part of a settlement agreement. The Receiver coordinated the process of marketing and selling the property and, thereafter, received the net proceeds from the sale of the property.

9. In addition, following the Court's Order releasing Capital Source 2000, Inc. from the Receivership Estate as of February 28, 2023, [ECF No. 1514], that entity is no longer listed as a Receivership Entity.

10. Because these entities and properties are no longer part of the Receivership Estate, the Receiver has removed them from the footnote he typically includes in his court filings, and will continue to remove additional entities from the footnote as they are formally terminated and dissolved with the appropriate governmental offices.

WHEREFORE, Ryan K. Stumphauzer, as Court-Appointed Receiver, provides notice of the termination and dissolution of the Receivership Entities described above, and the removal of other real property from the scope of the Receivership Estate.

Dated: August 5, 2025

Respectfully Submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400

By: */s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA
Florida Bar No. 056140
tkolaya@sknlaw.com

*Co-Counsel for Receiver*

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200

        By:   */s/ Gaetan J. Alfano*
              GAETAN J. ALFANO
              Pennsylvania Bar No. 32971
              *(Admitted Pro Hac Vice)*
              GJA@Pietragallo.com
              DOUGLAS K. ROSENBLUM
              Pennsylvania Bar No. 90989
              *(Admitted Pro Hac Vice)*
              DKR@Pietragallo.com

              *Co-Counsel for Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2025, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

              */s/ Timothy A. Kolaya*
              TIMOTHY A. KOLAYA