

2500 N. Buffalo Drive Suite 100
Las Vegas, Nevada 89128
(702) 367-2323
(702) 367-2329
contact@TriumphPM.com
www.TriumphPropertyManagement.com



United States Courthouse

Attn: Judge Rodolfo A. Ruiz II
400 N. Miami Avenue
Courtroom 11-2
Miami, FL 33128



FILED BY MCO D.C.

OCT 06 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE: THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81205-RAR

Dear Sir or Madam,

I am writing to formally request that the Securities and Exchange Commission investigate the conduct of Mr. Stephen (Tzvi) Odzer, particularly with respect to a web of financial transactions involving BT Supplies West and related entities.

Based on recent court filings, including the **Motion to Lift Litigation Injunction filed on October 4, 2023 (Dkt. 799)** in the above-captioned case, there is significant evidence that Mr. Odzer engaged in the use of **shell entities, fictitious invoices**, and **inter-company money transfers** to obtain funding through deceptive means. These filings describe BT Supplies West as one such entity, used to manufacture false revenue streams and mislead lenders.

## Supporting Allegations from Court Records:

- **BT Supplies West** was one of multiple companies allegedly used by Mr. Odzer to present falsified financial statements and fictitious sales orders, enabling him to secure substantial funding from Par Funding and possibly other financial institutions.
- These transactions often involved the **creation of fake invoices and bank statements**, none of which were tied to actual product sales or legitimate services.
- The filings state that funds were passed between related entities to simulate repayment and activity, while underlying transactions lacked commercial substance.

As a result of these activities, numerous creditors, vendors, and other third parties — including myself — have suffered serious financial harm. I am currently pursuing litigation to recover losses resulting from Mr. Odzer's misrepresentations, which also appear to have triggered broader regulatory and legal consequences.

14413-13



2500 N. Buffalo Drive Suite 100
Las Vegas, Nevada 89128
(702) 367-2323
(702) 367-2329
contact@TriumphPM.com
www.TriumphPropertyManagement.com



While these matters are being adjudicated in civil court, the scale and pattern of misrepresentation merit **regulatory scrutiny under federal securities laws**, given the interstate nature of the fraud and the degree of financial misrepresentation.

I respectfully urge the SEC to:

1. Review the filings in Case No. 20-CV-81205-RAR, including Dkt. 799.
2. Open a formal investigation into Stephen Odzer and any related entities he controls or formerly controlled.
3. Assess whether any securities violations occurred in relation to the funding, solicitation of investors, or lending based on fraudulent financial disclosures.

Should your office require supporting documentation or a personal statement under oath, I am more than willing to cooperate and provide evidence of financial injury and contract history.

Thank you for your attention to this matter.

Sincerely,

Kamyar Zargari, CEO

Kami@TriumphPM.com

Mobile: 702-518-2626

14413-14



2500 N. Buffalo Drive Suite 100
Las Vegas, Nevada 89128
(702) 367-2323
(702) 367-2329
contact@TriumphPM.com
www.TriumphPropertyManagement.com



September 25, 2025

From the desk of: Kamyar Zargari

Triumph Property Management Corp

9030 W Sahara Ave., Ste 668

Las Vegas, Nevada 89117


Securities and Exchange Commission

100 F Street NE

Washington, D.C. 20549


*STUMPHAUZER FOSLID SLOMAN*
*ROSS & KOLAYA, PLLC*
*Two South Biscayne Blvd., Suite 1600*
*Miami, FL 33131*
*Telephone: (305) 614-1400*
*Facsimile: (305) 614-1425*

mailto:tkolaya@sfslaw.com


*PIETRAGALLO GORDON ALFANO*
*BOSICK & RASPANTI, LLP*
*1818 Market Street, Suite 3402*
*Philadelphia, PA 19103*
*Telephone: (215) 320-6200*
*Facsimile: (215) 981-0082*

mailto:GJA@Pietragallo.com, mailto:DKR@Pietragallo.com

14413-12

Triumph Property Management
Kamyar Zargari
9030 W SAHARA AVE PMB 668
LAS VEGAS NV 89117-5744



USPS CERTIFIED MAIL

9407 1118 9876 5478 8170 18

Attn Judge Rodolfo A. Ruiz II
United States Courthouse
400 N MIAMI AVE
COURTROOM 11-2
MIAMI FL 33128-1801



$6.04   US POSTAGE
FIRST-CLASS IMI
Sep 29 2025
Mailed from ZIP 97230
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 8
11923275

063S0010937441

27599835

14413-11





REC'D BY_____D.C.

OCT 0 6 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Order Supplies and Track Online: www.CertifiedMailLabels.com