# Exhibit "2"

**Eckert Seamans Settlement Proceeds**
**Parker Plaintiffs - Enhancement Payment**

| Agent Fund | Fund Manager | Claim No. | Allowed Claim | Enhancement |
|---|---|---|---|---|
| Blue Stream Income Fund | Kurt Hemry | 333 | $1,546,436.51 | $58,459.83 |
| Cape Cod Income Fund | Brian Drake | 20482 | $1,002,683.49 | $37,904.37 |
| GR8 Income Fund | Mark Nardelli | 20578 | $1,303,000.04 | $49,257.22 |
| Jade Fund, LLC | Andy McKinley | 20500 | $189,275.00 | $7,155.15 |
| LWM Equity Fund | David Gollner | 463 | $1,026,670.15 | $38,811.14 |
| LWM Income Fund 2 | David Gollner | 462 | $618,033.35 | $23,363.47 |
| LWM Income Fund Parallel LLC | David Gollner | 464 | $3,333,584.00 | $126,019.23 |
| Mariner MCA Income Fund | Dan Reisinger | 470 | $3,417,158.51 | $129,178.59 |
| MCA Carolina Income Fund | Philip Sharpton | 454 | $185,833.35 | $7,025.04 |
| Merchant Factoring Income Fund | Joseph Cacchione | 479 | $697,733.43 | $26,376.37 |
| Merchant Services Income Fund Parallel | Michael Tierney | 20678 | $13,822,660.40 | $522,537.02 |
| MK One Income Fund | Chris McMorrow | 37 | $1,129,388.68 | $42,694.20 |
| Pisces Income Fund Parallel LLC | / Alec Vagnozzi | 397 | $13,906,439.30 | $525,704.11 |
| RAZR MCA Fund | Dean Parker | 20566 | $857,142.01 | $32,402.48 |
| STFG Income Fund | Paul Nick | 20599 | $6,999,894.67 | $264,616.51 |
| Victory Income Fund | Fran Cassidy | 90001 | $630,500.34 | $23,834.76 |
| Wellen Fund I | Joseph Gassman | 20581 | $1,796,906.57 | $67,928.33 |
| WorkWell Fund | Yajun Chu | 20601 | $442,616.70 | $16,732.21 |
| | | | | |
| **Subtotal - Parker Plaintiff Agent Funds** | | | **$52,905,956.50** | **$2,000,000.00** |