# Exhibit "3"

**CBSG et al Receivership**
**2nd Distribution - CBSG**

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution (Cash) | 2nd Distribution Parker Plaintiff Enhancement | 2nd Distribution Total | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|---|
| **CBSG** | | | | | | | | |
| **INVESTORS** | | Amount to distribute: | | $ 92,969,189.99 | | | | |
| **Exchange Note Investors** | | | | | | | | |
| MK ONE INCOME | 37 | $1,129,388.68 | $572,994.56 | $513,699.92 | $42,694.20 | $556,394.12 | $1,129,388.68 | 100.00% |
| GSN | 60 | $873,333.34 | $443,085.06 | $415,854.19 | $0.00 | $415,854.19 | $858,939.25 | 98.35% |
| JN&MA | 213 | $424,447.73 | $215,343.26 | $202,108.82 | $0.00 | $202,108.82 | $417,452.08 | 98.35% |
| MERCHANT GROWTH & INCOME FUNDING LLC | 278 | $452,500.06 | $229,575.59 | $215,466.46 | $0.00 | $215,466.46 | $445,042.05 | 98.35% |
| NASHI INC | 311 | $1,427,716.66 | $724,351.06 | $679,834.30 | $0.00 | $679,834.30 | $1,404,185.36 | 98.35% |
| TEMBER C EATON TRUST | 312 | $661,666.66 | $335,696.12 | $315,065.10 | $0.00 | $315,065.10 | $650,761.22 | 98.35% |
| MB | 322 | $29,166.52 | $14,797.61 | $13,888.19 | $0.00 | $13,888.19 | $28,685.80 | 98.35% |
| BLUE STREAM INCOME FUND | 333 | $1,546,436.51 | $784,583.49 | $703,393.19 | $58,459.83 | $761,853.02 | $1,546,436.51 | 100.00% |
| PISCES INCOME FUND LLC & PISCES INCOME FUND PARALLEL | 397 | $13,906,439.30 | $7,055,422.33 | $6,325,312.87 | $525,704.11 | $6,851,016.97 | $13,906,439.30 | 100.00% |
| KHS | 425 | $137,541.68 | $69,781.68 | $65,493.07 | $0.00 | $65,493.07 | $135,274.75 | 98.35% |
| SHERPA I INCOME FUND | 429 | $8,229,719.88 | $4,175,342.67 | $3,918,736.80 | $0.00 | $3,918,736.80 | $8,094,079.47 | 98.35% |
| MCA CAROLINA INCOME FUND LLC | 454 | $185,833.35 | $94,282.42 | $84,525.88 | $7,025.04 | $91,550.93 | $185,833.35 | 100.00% |
| SPARTAN INCOME FUND & SPARTAN INCOME FUND PARALLEL | 457 | $3,609,996.07 | $1,831,529.00 | $1,718,967.92 | $0.00 | $1,718,967.92 | $3,550,496.92 | 98.35% |
| LWM INCOME FUND 2 LLC | 462 | $618,033.35 | $313,558.80 | $281,111.08 | $23,363.47 | $304,474.55 | $618,033.35 | 100.00% |
| LWM EQUITY FUND LP | 463 | $1,026,670.15 | $520,880.40 | $466,978.61 | $38,811.14 | $505,789.75 | $1,026,670.15 | 100.00% |
| LWM INCOME FUND PARALLEL LLC | 464 | $3,333,584.00 | $1,691,291.56 | $1,516,273.21 | $126,019.23 | $1,642,292.44 | $3,333,584.00 | 100.00% |
| MARINER MCA INCOME FUND LLC | 470 | $3,417,158.51 | $1,733,693.03 | $1,554,286.89 | $129,178.59 | $1,683,465.48 | $3,417,158.51 | 100.00% |
| MERCHANT FACTORING INCOME FUND | 479 | $697,733.43 | $353,944.58 | $317,412.48 | $26,376.37 | $343,788.85 | $697,733.43 | 100.00% |
| MID-ATLANTIC MCA FUND LLC | 485 | $3,632,473.34 | $1,842,932.83 | $1,729,670.90 | $0.00 | $1,729,670.90 | $3,572,603.73 | 98.35% |
| MM | 20070 | $128,833.32 | $65,363.50 | $61,346.42 | $0.00 | $61,346.42 | $126,709.92 | 98.35% |
| VKS MANAGEMENT LLC | 20156 | $539,500.00 | $273,714.95 | $256,893.13 | $0.00 | $256,893.13 | $530,608.08 | 98.35% |
| MCA NATIONAL FUND, LLC | 20207 | $7,317,333.84 | $3,712,444.24 | $3,484,286.93 | $0.00 | $3,484,286.93 | $7,196,731.17 | 98.35% |
| MCA CAPITAL FUND I, LLC | 20208 | $292,000.00 | $148,146.00 | $139,041.32 | $0.00 | $139,041.32 | $287,187.32 | 98.35% |
| LToETH | 20227 | $276,250.00 | $140,155.25 | $131,541.66 | $0.00 | $131,541.66 | $271,696.91 | 98.35% |
| DC | 20297 | $467,604.25 | $237,238.69 | $222,658.61 | $0.00 | $222,658.61 | $459,897.30 | 98.35% |
| CAPRICORN INCOME & CAPRICORN PARALLEL | 20338 | $14,582,727.80 | $7,398,536.83 | $6,943,841.71 | $0.00 | $6,943,841.71 | $14,342,378.54 | 98.35% |
| JAX FUND LLC | 20407 | $418,341.70 | $212,245.37 | $199,201.31 | $0.00 | $199,201.31 | $411,446.68 | 98.35% |
| RR | 20427 | $122,916.62 | $62,361.66 | $58,529.07 | $0.00 | $58,529.07 | $120,890.73 | 98.35% |
| CAPE COD INCOME FUND | 20482 | $1,002,683.49 | $508,710.77 | $456,068.35 | $37,904.37 | $493,972.72 | $1,002,683.49 | 100.00% |
| JADE FUND LLC | 20500 | $189,275.00 | $96,028.54 | $86,091.31 | $7,155.15 | $93,246.46 | $189,275.00 | 100.00% |
| DJHRL | 20537 | $965,000.00 | $489,592.08 | $459,503.01 | $0.00 | $459,503.01 | $949,095.09 | 98.35% |
| TITAN HOLDINGS LLC | 20546 | $3,466,395.87 | $1,758,673.54 | $1,650,589.97 | $0.00 | $1,650,589.97 | $3,409,263.51 | 98.35% |
| RAZR MCA FUND LLC | 20566 | $857,142.01 | $434,870.40 | $389,869.13 | $32,402.48 | $422,271.61 | $857,142.01 | 100.00% |
| GR8 INCOME FUND LLC | 20578 | $1,303,000.04 | $661,076.17 | $592,666.66 | $49,257.22 | $641,923.87 | $1,303,000.04 | 100.00% |
| WELLEN FUND 1 | 20581 | $1,796,906.57 | $911,659.30 | $817,318.94 | $67,928.33 | $885,247.27 | $1,796,906.57 | 100.00% |
| STFG INCOME FUND LLC | 20599 | $6,999,894.67 | $3,551,391.70 | $3,183,886.46 | $264,616.51 | $3,448,502.97 | $6,999,894.67 | 100.00% |
| WORKWELL FUND I LLC | 20601 | $442,616.70 | $224,561.28 | $201,323.22 | $16,732.21 | $218,055.42 | $442,616.70 | 100.00% |
| MERCHANT SERVICES INCOME FUND PARALLEL | 20678 | $13,822,660.40 | $7,012,917.16 | $6,287,206.22 | $522,537.02 | $6,809,743.24 | $13,822,660.40 | 100.00% |
| VICTORY INCOME FUND LLC | 90001 | $630,500.34 | $319,883.01 | $286,782.57 | $23,834.76 | $310,617.33 | $630,500.34 | 100.00% |
| CAMAPLAN | Bulk | $1,376,117.00 | $698,172.00 | $655,264.14 | $0.00 | $655,264.14 | $1,353,436.14 | 98.35% |
| ABFP INCOME FUND | Rec. | $11,308,368.64 | $5,378,535.83 | $5,384,693.65 | $0.00 | $5,384,693.65 | $10,763,229.48 | 95.18% |
| ABFP INCOME FUND 2 | Rec. | $4,305,458.73 | $2,026,467.52 | $2,050,125.62 | $0.00 | $2,050,125.62 | $4,076,593.14 | 94.68% |
| ABFP INCOME FUND 3 | Rec. | $24,416,692.50 | $11,770,202.80 | $11,626,470.03 | $0.00 | $11,626,470.03 | $23,396,672.83 | 95.82% |
| ABFP INCOME FUND 4 | Rec. | $19,210,105.40 | $9,291,574.10 | $9,147,255.09 | $0.00 | $9,147,255.09 | $18,438,829.19 | 95.99% |
| ABFP INCOME FUND 6 | Rec. | $17,875,791.14 | $8,672,755.35 | $7,611,440.79 | $0.00 | $7,611,440.79 | $16,284,196.14 | 91.10% |
| FIDELIS FIN. PLANNING | Rec. | $5,673,275.94 | $2,743,524.30 | $2,751,702.42 | $0.00 | $2,751,702.42 | $5,495,226.72 | 96.86% |
| RETIREMENT EVOLUTION FUNDS (ALL) | Rec. | $10,116,907.10 | $4,862,759.15 | $4,817,356.70 | $0.00 | $4,817,356.70 | $9,680,115.85 | 95.68% |
| **Receivership entities - Exchange Note Investors** | | | | | | | | |
| **TOTAL CBSG EXCHANGE NOTE INVESTOR CLAIMS** | | **$195,244,138.46** | **$96,666,647.53** | **$90,991,034.33** | **$2,000,000.00** | **$92,991,034.33** | **$189,657,681.87** | |
| | | | | | | | | |
| **Non-Exchange Note Investors** | | Amount to distribute: | | $0.00 | | | | |
| AHL | 20640 | $221,000.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| DJO | 504 | $432,165.67 | $0.00 | $0.00 | | $0.00 | 0.00% |
| PEF1L | 20696 | $2,349,560.04 | $0.00 | $0.00 | | $0.00 | 0.00% |
| RF | 386 | $15,624.87 | $0.00 | $0.00 | | $0.00 | 0.00% |
| AEC | 503 | $61,250.10 | $0.00 | $0.00 | | $0.00 | 0.00% |
| DH | 474 | $193,749.90 | $0.00 | $0.00 | | $0.00 | 0.00% |
| SEI | 481 | $241,666.66 | $0.00 | $0.00 | | $0.00 | 0.00% |
| RC | 400 | $700,000.01 | $0.00 | $0.00 | | $0.00 | 0.00% |
| GL | 472 | $858,333.26 | $0.00 | $0.00 | | $0.00 | 0.00% |
| JT | 20710 | $1,833,333.41 | $0.00 | $0.00 | | $0.00 | 0.00% |
| IBSAI | 409 | $0.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| IS2AGRAT | 410 | $2,293,333.25 | $573,333.31 | $0.00 | | $573,333.31 | 25.00% |
| MCL | 476 | $0.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| ESL | 477 | $0.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| GCGL | 478 | $1,442,677.99 | $360,669.50 | $0.00 | | $360,669.50 | 25.00% |
| IS | 483 | $2,559,191.39 | $639,797.85 | $0.00 | | $639,797.85 | 25.00% |
| JC | 484 | $0.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| JS | 499 | $0.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| CC | 500 | $0.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| SC | 501 | $0.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| EC | 502 | $0.00 | $0.00 | $0.00 | | $0.00 | 0.00% |
| AC | 544 | $6,134,479.11 | $1,533,619.78 | $0.00 | | $1,533,619.78 | 25.00% |
| **TOTAL CBSG NON-EXCHANGE NOTE INVESTOR CLAIMS** | | **$19,336,365.66** | **$3,107,420.44** | **$0.00** | | **$3,107,420.44** | **16.07%** |

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution (Cash) | 2nd Distribution Parker Plaintiff Enhancement | 2nd Distribution Total | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|---|
| **Insiders** | | Amount to distribute: | | $0.00 | | | | |
| MUALCF | 20167 | $0.00 | | $0.00 | | | | |
| MUAL-ACF2 | 20168 | $0.00 | | $0.00 | | | | |
| **TOTAL INSIDERS CLAIMS** | | $0.00 | $0.00 | $0.00 | | | | |
| | | | | | | | | |
| **TOTAL CBSG INVESTOR CLAIMS** | | $214,580,504.12 | $99,774,067.97 | $90,991,034.33 | | | | |
| | | | | 42.4% | | | | |
| | | | | | | | | |
| **EMPLOYEES** | | Amount to distribute: | | $0.00 | | | | |
| | | Allowed | | First Distr. | | | | |
| SB | 20144 | $1,859.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| FULL SPECTRUM PROCESSING | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| ABETTERFINANCIALPLAN.COM | Bulk | $16,033.15 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL EMPLOYEE CLAIMS** | | $17,892.15 | $0.00 | $0.00 | | | | |
| | | Distribution % | | 0.0% | | | | |
| | | | | | | | | |
| **TRADE VENDORS** | | Amount to distribute: | | $0.00 | | | | |
| AMEX TRS CO INC | 20323 | $7.20 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AMEX TRS CO INC | 20324 | $419.14 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AMEX TRS CO INC | 20331 | $4,060.21 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AMEX TRS CO INC | 20329 | $5,430.29 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AMEX TRS CO INC | 20328 | $10,865.75 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| WELTMAN WEINBERG & REIS CO LPA | 20132 | $11,660.10 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| SMALL HERRIN LLP | 20628 | $15,430.78 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AMEX TRS CO INC | 20327 | $19,687.14 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| WELTMAN WEINBERG & REIS CO LPA | 20133 | $24,467.76 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| HAYNES AND BOONE LLP | 20479 | $28,665.04 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AMEX TRS CO INC | 20325 | $30,824.59 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AMEX TRS CO INC | 20326 | $35,004.67 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| HUTCHENS LAW FIRM LLP | 20600 | $41,946.26 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | 20708 | $234,702.96 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| 20 N. 3RD ST. LTD | Bulk | $1.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| FULL SPECTRUM PROCESSING | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL TRADE VENDOR CREDITORS** | | $463,172.89 | $0.00 | $0.00 | | | | |
| | | | | | | | | |
| **MERCHANTS** | | Amount to distribute: | | $0.00 | | | | |
| AMERICORE HEALTH LLC | 20712 | $14,000.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| ST. ALEXIUS HOSPITAL CORPORATION #1 | 20717 | $17,380.53 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| DJL BUILDERS INC; C/O STROBL PLLC | 20475 | $26,404.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| PINEVILLE MEDICAL CENTER LLC | 20716 | $27,968.88 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AMERICORE HOLDINGS LLC | 20713 | $30,669.30 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| HANNAH SOLAR LLC | 20647 | $100,601.50 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| JACQUELINE CALDERIN CHAPTER 7 TRUSTEE | 20630 | $106,462.35 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| ELLWOOD MEDICAL CENTER OPERATIONS LLC | 20715 | $359,594.93 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| PLAYHUT, INC. N/KA PH DIP INC. | 354 | $1,973,420.95 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| SETH E. DIZARD, RECEIVER OF RIDGEWAY TRAILER CO. | 459 | $6,910,198.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| FAST ADVANCE FUNDING | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| FULL SPECTRUM PROCESSING | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| RECRUITING AND MARKETING SERVICES | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL MERCHANT CLAIMS** | | $9,566,700.44 | $0.00 | $0.00 | | | | |
| | | | | | | | | |
| **INSIDERS** | | Amount to distribute: | | $0.00 | | | | |
| CAPITAL SOURCE 2000 INC. | 496 | $8,130,039.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| LISA MCELHONE, TRUSTEE OF THE LME TRUST | 20726 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| CONTRACT FINANCING SOLUTIONS | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| EAGLE SIX CONSULTING | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| FULL SPECTRUM PROCESSING | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| HERITAGE BUSINESS CONSULTING | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| LME 2017 FAMILY TRUST | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| RECRUITING AND MARKETING SERVICES | Bulk | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL INSIDER CLAIMS** | | $8,130,039.00 | $0.00 | $0.00 | | | | |

## 20 N 3RD ST LTD.

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution (Cash) | 2nd Distribution Parker Plaintiff Enhancement | 2nd Distribution Total | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|---|
| **TRADE VENDOR** | | Amount to distribute: | | $0.00 | | | | |
| 20 NORTH THIRD STREET CONDOMINIUM ASSN | 20545 | $541,486.08 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL 20 N 3RD ST. LTD TRADE CLAIMS** | | $541,486.08 | $0.00 | $0.00 | | | | |

## CONTRACT FINANCING SOLUTIONS

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution (Cash) | 2nd Distribution Parker Plaintiff Enhancement | 2nd Distribution Total | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|---|
| **INSIDERS** | | Amount to distribute: | | $0.00 | | | | |
| LISA MCELHONE | 20690 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL CONTRACT FINANCING SOLUTIONS INSIDER CLAIM** | | $0.00 | $0.00 | $0.00 | | | | |

## EAGLE SIX CONSULTING

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution (Cash) | 2nd Distribution Parker Plaintiff Enhancement | 2nd Distribution Total | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|---|
| | | Amount to distribute: | | $0.00 | | | | |
| LISA MCELHONE, TRUSTEE OF THE LME TRUST | 20705 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL EAGLE SIX CONSULTING INSIDER CLAIM** | | $0.00 | $0.00 | $0.00 | | | | |

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution (Cash) | 2nd Distribution Parker Plaintiff Enhancement | 2nd Distribution Total | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|---|
| **FULL SPECTRUM PROCESSING** | | | | | | | | |
| **EMPLOYEES** | Amount to distribute: | | | $0.00 | | | | |
| EK | 20727 | $1,166.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| SL | 20533 | $1,211.53 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| VD | 20169 | $1,519.23 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| MV | 20217 | $1,600.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| MF | 20201 | $1,929.39 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| RJ | 20364 | $2,046.16 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| KM | 20196 | $2,080.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| STN | 20240 | $2,208.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| TL | 20277 | $2,288.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| CAR | 20484 | $2,288.46 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| AR | 20511 | $2,548.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| DP | 20368 | $3,173.07 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| JL | 20709 | $3,923.07 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| KY | 20142 | $8,076.93 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| JK | 20275 | $8,076.93 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| ABM | 20276 | $10,500.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL FULL SPECTRUM PROCESSING EMPLOYEE CLAIMS** | | $54,634.77 | $0.00 | $0.00 | | | | |
| **INSIDERS** | Amount to distribute: | | | $0.00 | | | | |
| LISA MCELHONE, TRUSTEE OF THE LME TRUST | 20682 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| LISA MCELHONE | 20689 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL FULL SPECTRUM PROCESSING INSIDER CLAIMS** | | $0.00 | $0.00 | $0.00 | | | | |
| **MERCHANTS** | Amount to distribute: | | | $0.00 | | | | |
| NATIONAL LABOR RELATIONS BOARD | 20667 | $59,614.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL FULL SPECTRUM PROCESSING MERCHANT CLAIMS** | | $59,614.00 | $0.00 | $0.00 | | | | |
| **TRADE VENDORS** | Amount to distribute: | | | $0.00 | | | | |
| AMEX TRS CO INC | 20330 | $28,485.13 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL FULL SPECTRUM PROCESSING TRADE CLAIMS** | | $28,485.13 | $0.00 | $0.00 | | | | |
| **HERITAGE BUSINESS CONSULTANTS** | | | | | | | | |
| **INSIDERS** | Amount to distribute: | | | $0.00 | | | | |
| LISA MCELHONE, TRUSTEE OF THE LME TRUST | 20703 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL HERITAGE BUSINESS CONS. INSIDER CLAIMS** | | $0.00 | $0.00 | $0.00 | | | | |
| **LME 2017 FAMILY TRUST** | | | | | | | | |
| **INSIDERS** | Amount to distribute: | | | $0.00 | | | | |
| LISA MCELHONE, TRUSTEE OF THE LME TRUST | 20681 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| LISA MCELHONE, TRUSTEE OF THE LME TRUST | 20686 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| LISA MCELHONE | 20688 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| LISA MCELHONE, TRUSTEE OF THE LME TRUST | 20698 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL LME 2017 FAMILY TRUST INSIDER CLAIMS** | | $0.00 | $0.00 | $0.00 | | | | |
| **RECRUITING AND MARKETING SERVICES** | | | | | | | | |
| **INSIDERS** | Amount to distribute: | | | $0.00 | | | | |
| LISA MCELHONE, TRUSTEE OF THE LME TRUST | 20685 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| LISA MCELHONE | 20691 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| JOSEPH LAFORTE | 20714 | $0.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL RECRUITING AND MARKETING RES. INSIDER CLAIMS** | | $0.00 | $0.00 | $0.00 | | | | |
| **MERCHANT** | Amount to distribute: | | | $0.00 | | | | |
| FW | 20512 | $43,000.00 | $0.00 | $0.00 | | | $0.00 | 0.00% |
| **TOTAL RECRUITING AND MARKETING RES. MERCHANT CLAIMS** | | $43,000.00 | $0.00 | $0.00 | | | | |