# Exhibit "6"

**CBSG et al Receivership**
**2nd Distribution - ABFP Entities**

| Creditor | Claim # | Description | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| **ABFP INCOME FUND** | | | | | | | |
| **INVESTORS** | | Amount to distribute: | | | $5,384,693.65 | | |
| DH | 7 | ABFP IF Investor | $164,500.00 | $60,519.88 | $59,072.08 | $119,591.95 | 72.70% |
| KD | 43 | ABFP IF Investor | $196,966.66 | $72,464.42 | $70,730.88 | $143,195.30 | 72.70% |
| TC&HLA | 48 | ABFP IF Investor | $158,300.00 | $58,238.88 | $56,845.65 | $115,084.54 | 72.70% |
| R&SG | 63 | ABFP IF Investor | $594,666.66 | $218,779.04 | $213,545.26 | $432,324.30 | 72.70% |
| GRC | 81 | ABFP IF Investor | $157,500.00 | $57,944.56 | $56,558.37 | $114,502.93 | 72.70% |
| TJ&PMC | 93 | ABFP IF Investor | $143,246.00 | $52,700.49 | $51,439.75 | $104,140.24 | 72.70% |
| M&GC | 113 | ABFP IF Investor | $304,706.06 | $112,101.96 | $109,420.18 | $221,522.14 | 72.70% |
| DM | 115 | ABFP IF Investor | $235,100.00 | $86,493.76 | $84,424.59 | $170,918.35 | 72.70% |
| EVB | 125 | ABFP IF Investor | $40,916.59 | $15,053.29 | $14,693.18 | $29,746.47 | 72.70% |
| PHM | 162 | ABFP IF Investor | $290,725.07 | $106,958.33 | $104,399.60 | $211,357.93 | 72.70% |
| J&HD | 230 | ABFP IF Investor | $63,600.00 | $23,398.57 | $22,838.81 | $46,237.38 | 72.70% |
| MTS | 237 | ABFP IF Investor | $87,693.30 | $32,262.54 | $31,490.73 | $63,753.27 | 72.70% |
| MK | 252 | ABFP IF Investor | $77,333.34 | $28,451.09 | $27,770.46 | $56,221.55 | 72.70% |
| F&AV | 254 | ABFP IF Investor | $97,559.96 | $35,892.50 | $35,033.86 | $70,926.36 | 72.70% |
| A&JB | 263 | ABFP IF Investor | $200,666.66 | $73,825.66 | $72,059.55 | $145,885.21 | 72.70% |
| JR&MBS | 289 | ABFP IF Investor | $428,050.00 | $157,480.44 | $153,713.09 | $311,193.53 | 72.70% |
| RLA | 310 | ABFP IF Investor | $380,880.00 | $140,126.51 | $136,774.30 | $276,900.81 | 72.70% |
| SHLF | 345 | ABFP IF Investor | $439,230.84 | $161,593.90 | $157,728.13 | $319,322.03 | 72.70% |
| REK | 349 | ABFP IF Investor | $157,550.00 | $57,962.96 | $56,576.33 | $114,539.28 | 72.70% |
| DLA | 378 | ABFP IF Investor | $244,773.34 | $90,052.60 | $87,898.30 | $177,950.89 | 72.70% |
| KAVH | 20020 | ABFP IF Investor | $162,500.00 | $59,784.07 | $58,353.88 | $118,137.95 | 72.70% |
| JLT | 20127 | ABFP IF Investor | $82,751.59 | $30,444.47 | $29,716.16 | $60,160.63 | 72.70% |
| DKaBB | 20245 | ABFP IF Investor | $482,771.69 | $177,612.66 | $173,363.69 | $350,976.35 | 72.70% |
| DKaBB | 20246 | ABFP IF Investor | $482,771.69 | $177,612.66 | $173,363.69 | $350,976.35 | 72.70% |
| DES | 20264 | ABFP IF Investor | $286,146.74 | $105,273.95 | $102,755.52 | $208,029.47 | 72.70% |
| MRaLLS | 20271 | ABFP IF Investor | $176,833.34 | $65,057.34 | $63,500.99 | $128,558.33 | 72.70% |
| PF | 20322 | ABFP IF Investor | $155,540.00 | $57,223.47 | $55,854.53 | $113,078.01 | 72.70% |
| CP | 20344 | ABFP IF Investor | $164,391.65 | $60,480.01 | $59,033.17 | $119,513.18 | 72.70% |
| NB | 20349 | ABFP IF Investor | $232,100.00 | $85,390.05 | $83,347.29 | $168,737.34 | 72.70% |
| AS&RB | 20391 | ABFP IF Investor | $169,579.96 | $62,388.80 | $60,896.29 | $123,285.10 | 72.70% |
| KJT | 20398 | ABFP IF Investor | $234,266.66 | $86,187.17 | $84,125.34 | $170,312.51 | 72.70% |
| MAN | 20406 | ABFP IF Investor | $58,718.66 | $21,602.71 | $21,085.92 | $42,688.63 | 72.70% |
| SI | 20413 | ABFP IF Investor | $157,550.00 | $57,962.96 | $56,576.33 | $114,539.28 | 72.70% |
| DCVL | 20455 | ABFP IF Investor | $560,543.38 | $206,225.02 | $201,291.56 | $407,516.58 | 72.70% |
| DJHRL | 20535 | ABFP IF Investor | $447,751.93 | $164,728.82 | $160,788.06 | $325,516.89 | 72.70% |
| RF | 20552 | ABFP IF Investor | $122,850.00 | $45,196.76 | $44,115.53 | $89,312.29 | 72.70% |
| P&KA | 20561 | ABFP IF Investor | $83,159.96 | $30,594.71 | $29,862.81 | $60,457.52 | 72.70% |
| CW | 20700 | ABFP IF Investor | $82,751.59 | $30,444.47 | $29,716.16 | $60,160.63 | 72.70% |
| CAMAPLAN | Bulk | ABFP IF Investor | $6,387,994.17 | $2,350,155.65 | $2,293,933.65 | $4,644,089.29 | 72.70% |
| **Total ABFP Income Fund Investor Claim** | | | **$14,994,937.49** | **$5,516,667.14** | **$5,384,693.65** | **$10,901,360.79** | |
| | | | Distribution % | | 35.9% | 72.70% | |
| **ABFP INCOME FUND 2** | | | | | | | |
| | | From CBSG | $2,050,125.62 | | | | |
| **INVESTORS** | | Amount to distribute: | | | $2,050,125.62 | | |
| GWCJ | 47 | ABFP IF 2 Investor | $164,527.67 | $100,050.38 | $51,780.07 | $151,830.45 | 92.28% |
| RF | 65 | ABFP IF 2 Investor | $38,864.89 | $23,634.00 | $12,231.54 | $35,865.54 | 92.28% |
| M&CC | 68 | ABFP IF 2 Investor | $82,363.83 | $50,086.00 | $25,921.50 | $76,007.50 | 92.28% |
| WFS | 156 | ABFP IF 2 Investor | $57,584.67 | $35,017.62 | $18,123.02 | $53,140.64 | 92.28% |
| NP&HNS | 184 | ABFP IF 2 Investor | $63,977.51 | $38,905.15 | $20,134.97 | $59,040.12 | 92.28% |
| DB&JK | 192 | ABFP IF 2 Investor | $83,133.33 | $50,553.94 | $26,163.68 | $76,717.62 | 92.28% |
| PM | 199 | ABFP IF 2 Investor | $81,594.33 | $49,618.06 | $25,679.33 | $75,297.39 | 92.28% |
| DR | 234 | ABFP IF 2 Investor | $97,355.52 | $59,202.55 | $30,639.68 | $89,842.23 | 92.28% |
| JRJ | 299 | ABFP IF 2 Investor | $170,488.30 | $103,675.08 | $53,655.99 | $157,331.07 | 92.28% |
| JJ&JEC | 316 | ABFP IF 2 Investor | $301,060.94 | $183,077.18 | $94,749.75 | $277,826.93 | 92.28% |
| MG | 317 | ABFP IF 2 Investor | $83,133.33 | $50,553.94 | $26,163.68 | $76,717.62 | 92.28% |
| ECD | 324 | ABFP IF 2 Investor | $124,550.00 | $75,739.69 | $39,198.31 | $114,938.01 | 92.28% |
| VNV | 327 | ABFP IF 2 Investor | $43,645.47 | $26,541.10 | $13,736.08 | $40,277.18 | 92.28% |
| WF&RG | 332 | ABFP IF 2 Investor | $86,117.40 | $52,368.57 | $27,102.83 | $79,471.39 | 92.28% |
| DWS | 348 | ABFP IF 2 Investor | $42,501.65 | $25,845.54 | $13,376.10 | $39,221.64 | 92.28% |
| BK&LR | 373 | ABFP IF 2 Investor | $81,494.33 | $49,557.25 | $25,647.86 | $75,205.10 | 92.28% |
| J&KR | 383 | ABFP IF 2 Investor | $84,902.96 | $51,630.06 | $26,720.62 | $78,350.68 | 92.28% |
| B&JC | 416 | ABFP IF 2 Investor | $203,735.82 | $123,893.12 | $64,119.64 | $188,012.76 | 92.28% |
| JL | 461 | ABFP IF 2 Investor | $81,594.33 | $49,618.06 | $25,679.33 | $75,297.39 | 92.28% |
| BC | 490 | ABFP IF 2 Investor | $83,133.33 | $50,553.94 | $26,163.68 | $76,717.62 | 92.28% |
| BS&DMN | 513 | ABFP IF 2 Investor | $61,220.82 | $37,228.79 | $19,267.39 | $56,496.18 | 92.28% |
| RRD | 519 | ABFP IF 2 Investor | $83,133.33 | $50,553.94 | $26,163.68 | $76,717.62 | 92.28% |
| KMB | 521 | ABFP IF 2 Investor | $62,072.95 | $37,746.98 | $19,535.57 | $57,282.55 | 92.28% |
| MS | 527 | ABFP IF 2 Investor | $117,262.38 | $71,308.04 | $36,904.76 | $108,212.80 | 92.28% |
| RAMI | 20015 | ABFP IF 2 Investor | $172,774.58 | $105,065.38 | $54,375.53 | $159,440.91 | 92.28% |

| Creditor | Claim # | Description | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| BC | 20019 | ABFP IF 2 Investor | $86,117.41 | $52,368.57 | $27,102.83 | $79,471.40 | 92.28% |
| JLR | 20065 | ABFP IF 2 Investor | $83,133.33 | $50,553.94 | $26,163.68 | $76,717.62 | 92.28% |
| MG | 20077 | ABFP IF 2 Investor | $77,076.15 | $46,870.52 | $24,257.37 | $71,127.89 | 92.28% |
| BK | 20126 | ABFP IF 2 Investor | $73,868.91 | $44,920.18 | $23,247.99 | $68,168.17 | 92.28% |
| RF | 20283 | ABFP IF 2 Investor | $122,031.83 | $74,208.37 | $38,405.80 | $112,614.17 | 92.28% |
| JL | 20294 | ABFP IF 2 Investor | $202,358.64 | $123,055.65 | $63,686.21 | $186,741.86 | 92.28% |
| SNG | 20339 | ABFP IF 2 Investor | $50,981.96 | $31,002.47 | $16,045.02 | $47,047.49 | 92.28% |
| DW&JAS | 20373 | ABFP IF 2 Investor | $84,903.26 | $51,630.24 | $26,720.71 | $78,350.95 | 92.28% |
| AB | 20422 | ABFP IF 2 Investor | $165,259.67 | $100,495.51 | $52,010.44 | $152,505.96 | 92.28% |
| PY | 20480 | ABFP IF 2 Investor | $83,902.83 | $51,021.87 | $26,405.86 | $77,427.73 | 92.28% |
| SaCG | 20499 | ABFP IF 2 Investor | $81,594.33 | $49,618.06 | $25,679.33 | $75,297.39 | 92.28% |
| SCC | 20519 | ABFP IF 2 Investor | $54,291.02 | $33,014.73 | $17,086.44 | $50,101.18 | 92.28% |
| MS | 20557 | ABFP IF 2 Investor | $84,903.26 | $51,630.24 | $26,720.71 | $78,350.95 | 92.28% |
| AAP | 20560 | ABFP IF 2 Investor | $64,613.01 | $39,291.67 | $20,335.01 | $59,626.67 | 92.28% |
| SS | 20576 | ABFP IF 2 Investor | $86,017.41 | $52,307.76 | $27,071.36 | $79,379.12 | 92.28% |
| GJM | 20594 | ABFP IF 2 Investor | $80,000.00 | $48,648.54 | $25,177.56 | $73,826.10 | 92.28% |
| CAMAPLAN | Bulk | ABFP IF 2 Investor | $2,480,859.00 | $1,508,627.01 | $780,774.73 | $2,289,401.74 | 92.28% |
| **Total ABFP Income Fund 2 Investor Claims** | | | **$6,514,135.79** | **$3,961,289.69** | **$2,050,125.62** | **$6,011,415.31** | **92.28%** |
| | | | Distribution % | | 31.5% | 92.28% | |

**ABFP INCOME FUND 3**

| INVESTORS | Claim # | Description | Amount to distribute: | 1st Distribution | 2nd Distribution $11,626,470.03 | Total ($) | Total (%) |
|---|---|---|---|---|---|---|---|
| W&MM | 10 | ABFP IF 3 Investor | $187,099.97 | $87,275.75 | $86,038.40 | $173,314.15 | 92.63% |
| WP | 19 | ABFP IF 3 Investor | $94,200.00 | $43,941.10 | $43,318.13 | $87,259.23 | 92.63% |
| G&MM | 26 | ABFP IF 3 Investor | $92,751.63 | $43,265.47 | $42,652.07 | $85,917.54 | 92.63% |
| ASR | 38 | ABFP IF 3 Investor | $138,534.93 | $64,621.82 | $63,705.64 | $128,327.46 | 92.63% |
| JET | 46 | ABFP IF 3 Investor | $70,125.00 | $32,710.92 | $32,247.16 | $64,958.08 | 92.63% |
| BM&FJOJ | 55 | ABFP IF 3 Investor | $92,851.63 | $43,312.12 | $42,698.06 | $86,010.17 | 92.63% |
| NJF | 61 | ABFP IF 3 Investor | $92,751.63 | $43,265.47 | $42,652.07 | $85,917.54 | 92.63% |
| J&SSG | 64 | ABFP IF 3 Investor | $136,088.31 | $63,480.55 | $62,580.55 | $126,061.11 | 92.63% |
| RPI | 70 | ABFP IF 3 Investor | $102,949.97 | $48,022.65 | $47,341.80 | $95,364.45 | 92.63% |
| AD | 77 | ABFP IF 3 Investor | $91,909.96 | $42,872.86 | $42,265.03 | $85,137.89 | 92.63% |
| DHJJ | 84 | ABFP IF 3 Investor | $92,009.96 | $42,919.51 | $42,311.01 | $85,230.52 | 92.63% |
| JC | 102 | ABFP IF 3 Investor | $91,168.29 | $42,526.90 | $41,923.97 | $84,450.86 | 92.63% |
| SJ&KAB | 114 | ABFP IF 3 Investor | $150,150.00 | $70,039.85 | $69,046.86 | $139,086.71 | 92.63% |
| T&JD | 116 | ABFP IF 3 Investor | $182,099.96 | $84,943.42 | $83,739.13 | $168,682.54 | 92.63% |
| RJ | 117 | ABFP IF 3 Investor | $23,876.63 | $11,137.63 | $10,979.73 | $22,117.36 | 92.63% |
| G&OE | 120 | ABFP IF 3 Investor | $233,750.03 | $109,036.41 | $107,490.54 | $216,526.95 | 92.63% |
| WCW | 133 | ABFP IF 3 Investor | $89,433.38 | $41,717.62 | $41,126.17 | $82,843.79 | 92.63% |
| JS | 135 | ABFP IF 3 Investor | $46,766.69 | $21,815.06 | $21,505.78 | $43,320.85 | 92.63% |
| PROVIDENT TRUST GROUP LLC, F/B/O LEL IRA | 151 | ABFP IF 3 Investor | $369,324.97 | $172,277.49 | $169,835.02 | $342,112.52 | 92.63% |
| WMK | 153 | ABFP IF 3 Investor | $139,100.00 | $64,885.40 | $63,965.49 | $128,850.89 | 92.63% |
| WFS | 155 | ABFP IF 3 Investor | $91,909.96 | $42,872.86 | $42,265.03 | $85,137.89 | 92.63% |
| PHM | 161 | ABFP IF 3 Investor | $315,583.29 | $147,208.83 | $145,121.78 | $292,330.61 | 92.63% |
| RN&JLB | 181 | ABFP IF 3 Investor | $175,266.60 | $81,755.89 | $80,596.79 | $162,352.68 | 92.63% |
| RN&JLB | 182 | ABFP IF 3 Investor | $100,326.66 | $46,798.96 | $46,135.47 | $92,934.43 | 92.63% |
| NP&HNS | 183 | ABFP IF 3 Investor | $94,775.00 | $44,209.30 | $43,582.52 | $87,791.83 | 92.63% |
| PVP&HNS | 185 | ABFP IF 3 Investor | $92,009.96 | $42,919.51 | $42,311.01 | $85,230.52 | 92.63% |
| WK&GMH | 190 | ABFP IF 3 Investor | $56,800.00 | $26,495.26 | $26,119.62 | $52,614.89 | 92.63% |
| DB | 193 | ABFP IF 3 Investor | $94,775.00 | $44,209.30 | $43,582.52 | $87,791.83 | 92.63% |
| JAM | 215 | ABFP IF 3 Investor | $154,733.35 | $72,177.83 | $71,154.52 | $143,332.35 | 92.63% |
| G&MZ | 217 | ABFP IF 3 Investor | $142,136.63 | $66,301.89 | $65,361.89 | $131,663.78 | 92.63% |
| JKK | 219 | ABFP IF 3 Investor | $46,433.36 | $21,659.58 | $21,352.50 | $43,012.08 | 92.63% |
| JAS | 241 | ABFP IF 3 Investor | $97,801.65 | $45,621.13 | $44,974.34 | $90,595.47 | 92.63% |
| CMS | 242 | ABFP IF 3 Investor | $96,218.31 | $44,882.56 | $44,246.23 | $89,128.79 | 92.63% |
| JDN | 253 | ABFP IF 3 Investor | $91,068.29 | $42,480.25 | $41,877.98 | $84,358.23 | 92.63% |
| MTS | 257 | ABFP IF 3 Investor | $180,333.29 | $84,119.32 | $82,926.72 | $167,046.05 | 92.63% |
| W&CS | 260 | ABFP IF 3 Investor | $93,693.30 | $43,704.73 | $43,085.10 | $86,789.83 | 92.63% |
| GJN | 277 | ABFP IF 3 Investor | $278,833.33 | $130,066.23 | $128,222.21 | $258,288.45 | 92.63% |
| JESJ&BSD TRUST | 290 | ABFP IF 3 Investor | $385,700.00 | $179,915.88 | $177,365.12 | $357,281.01 | 92.63% |
| DLC | 303 | ABFP IF 3 Investor | $93,693.30 | $43,704.73 | $43,085.10 | $86,789.83 | 92.63% |
| JJM | 335 | ABFP IF 3 Investor | $94,434.77 | $44,050.69 | $43,426.16 | $87,476.85 | 92.63% |
| JG | 336 | ABFP IF 3 Investor | $91,168.29 | $42,526.90 | $41,923.97 | $84,450.86 | 92.63% |
| WR | 363 | ABFP IF 3 Investor | $91,099.29 | $42,494.71 | $41,892.24 | $84,386.95 | 92.63% |
| RM | 402 | ABFP IF 3 Investor | $593,999.96 | $277,080.71 | $273,152.39 | $550,233.10 | 92.63% |
| KMB | 522 | ABFP IF 3 Investor | $93,693.30 | $43,704.73 | $43,085.10 | $86,789.83 | 92.63% |
| JD | 547 | ABFP IF 3 Investor | $93,693.30 | $43,704.73 | $43,085.10 | $86,789.83 | 92.63% |
| WPBJ | 20025 | ABFP IF 3 Investor | $137,750.00 | $64,255.67 | $63,344.69 | $127,600.36 | 92.63% |
| EWC | 20042 | ABFP IF 3 Investor | $676,350.00 | $315,494.19 | $311,021.26 | $626,515.45 | 92.63% |
| IAPL | 20048 | ABFP IF 3 Investor | $454,999.96 | $212,241.95 | $209,232.89 | $421,474.84 | 92.63% |
| JB | 20057 | ABFP IF 3 Investor | $90,166.71 | $42,059.69 | $41,463.39 | $83,523.08 | 92.63% |
| K&MW | 20062 | ABFP IF 3 Investor | $92,751.63 | $43,265.47 | $42,652.07 | $85,917.54 | 92.63% |
| AL | 20068 | ABFP IF 3 Investor | $901,666.71 | $420,596.74 | $414,633.72 | $835,230.47 | 92.63% |
| MG | 20078 | ABFP IF 3 Investor | $91,168.29 | $42,526.90 | $41,923.97 | $84,450.86 | 92.63% |
| RWM | 20093 | ABFP IF 3 Investor | $214,500.00 | $100,056.93 | $98,638.37 | $198,695.30 | 92.63% |
| M&MH | 20095 | ABFP IF 3 Investor | $47,333.35 | $22,079.39 | $21,766.36 | $43,845.75 | 92.63% |
| RF | 20105 | ABFP IF 3 Investor | $181,999.96 | $84,896.77 | $83,693.14 | $168,589.91 | 92.63% |
| MS | 20110 | ABFP IF 3 Investor | $112,300.00 | $52,384.12 | $51,641.44 | $104,025.56 | 92.63% |
| JC | 20136 | ABFP IF 3 Investor | $556,100.00 | $259,401.67 | $255,724.00 | $515,125.66 | 92.63% |

| Creditor | Claim # | Description | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| CS | 20137 | ABFP IF 3 Investor | $119,483.37 | $55,734.91 | $54,944.73 | $110,679.64 | 92.63% |
| JA&DRW | 20172 | ABFP IF 3 Investor | $93,693.30 | $43,704.73 | $43,085.10 | $86,789.83 | 92.63% |
| RS&KM | 20181 | ABFP IF 3 Investor | $46,433.36 | $21,659.58 | $21,352.50 | $43,012.08 | 92.63% |
| GS | 20190 | ABFP IF 3 Investor | $91,909.96 | $42,872.86 | $42,265.03 | $85,137.89 | 92.63% |
| RF | 20203 | ABFP IF 3 Investor | $315,066.70 | $146,967.86 | $144,884.22 | $291,852.08 | 92.63% |
| CV | 20204 | ABFP IF 3 Investor | $67,625.00 | $31,544.75 | $31,097.53 | $62,642.28 | 92.63% |
| FA&CCW | 20212 | ABFP IF 3 Investor | $96,118.31 | $44,835.91 | $44,200.25 | $89,036.16 | 92.63% |
| RL | 20215 | ABFP IF 3 Investor | $108,300.00 | $50,518.25 | $49,802.03 | $100,320.28 | 92.63% |
| KE | 20216 | ABFP IF 3 Investor | $93,693.30 | $43,704.73 | $43,085.10 | $86,789.83 | 92.63% |
| DTM | 20219 | ABFP IF 3 Investor | $111,200.00 | $51,871.00 | $51,135.60 | $103,006.61 | 92.63% |
| HL | 20241 | ABFP IF 3 Investor | $182,099.96 | $84,943.42 | $83,739.13 | $168,682.54 | 92.63% |
| SRT | 20252 | ABFP IF 3 Investor | $270,600.00 | $126,225.66 | $124,436.10 | $250,661.76 | 92.63% |
| RSD&DLG | 20254 | ABFP IF 3 Investor | $369,199.93 | $172,219.17 | $169,777.52 | $341,996.69 | 92.63% |
| SM | 20265 | ABFP IF 3 Investor | $91,909.96 | $42,872.86 | $42,265.03 | $85,137.89 | 92.63% |
| RW | 20268 | ABFP IF 3 Investor | $113,300.00 | $52,850.58 | $52,101.29 | $104,951.88 | 92.63% |
| R&KF | 20282 | ABFP IF 3 Investor | $91,168.29 | $42,526.90 | $41,923.97 | $84,450.86 | 92.63% |
| JIL | 20290 | ABFP IF 3 Investor | $92,009.96 | $42,919.51 | $42,311.01 | $85,230.52 | 92.63% |
| PMCS | 20295 | ABFP IF 3 Investor | $231,666.70 | $108,064.61 | $106,532.52 | $214,597.13 | 92.63% |
| RJD | 20333 | ABFP IF 3 Investor | $1,377,599.99 | $642,603.37 | $633,492.85 | $1,276,096.22 | 92.63% |
| LL | 20362 | ABFP IF 3 Investor | $112,808.29 | $52,621.22 | $51,875.18 | $104,496.40 | 92.63% |
| JM | 20367 | ABFP IF 3 Investor | $186,344.93 | $86,923.55 | $85,691.19 | $172,614.74 | 92.63% |
| DW&JAS | 20374 | ABFP IF 3 Investor | $180,433.29 | $84,165.97 | $82,972.71 | $167,138.68 | 92.63% |
| LG&JPS | 20390 | ABFP IF 3 Investor | $280,500.00 | $130,843.68 | $128,988.64 | $259,832.31 | 92.63% |
| STSL | 20396 | ABFP IF 3 Investor | $46,766.69 | $21,815.06 | $21,505.78 | $43,320.85 | 92.63% |
| W&MC | 20447 | ABFP IF 3 Investor | $91,909.96 | $42,872.86 | $42,265.03 | $85,137.89 | 92.63% |
| TGD&GJM | 20474 | ABFP IF 3 Investor | $183,766.63 | $85,720.86 | $84,505.55 | $170,226.41 | 92.63% |
| EAR | 20476 | ABFP IF 3 Investor | $183,666.63 | $85,674.21 | $84,459.57 | $170,133.78 | 92.63% |
| JLS | 20477 | ABFP IF 3 Investor | $180,433.29 | $84,165.97 | $82,972.71 | $167,138.68 | 92.63% |
| DER | 20478 | ABFP IF 3 Investor | $225,516.71 | $105,195.85 | $103,704.43 | $208,900.28 | 92.63% |
| MH | 20518 | ABFP IF 3 Investor | $92,751.63 | $43,265.47 | $42,652.07 | $85,917.54 | 92.63% |
| LD | 20621 | ABFP IF 3 Investor | $97,059.98 | $45,275.17 | $44,633.28 | $89,908.45 | 92.63% |
| A&MEP | 20641 | ABFP IF 3 Investor | $93,693.30 | $43,704.73 | $43,085.10 | $86,789.83 | 92.63% |
| JRKJ | 20672 | ABFP IF 3 Investor | $183,666.63 | $85,674.21 | $84,459.57 | $170,133.78 | 92.63% |
| ESTATE OF JKS | 20675 | ABFP IF 3 Investor | $114,791.63 | $53,546.38 | $52,787.22 | $106,333.60 | 92.63% |
| MDW | 20732 | ABFP IF 3 Investor | $236,780.00 | $110,449.79 | $108,883.88 | $219,333.67 | 92.63% |
| JCH | 20739 | ABFP IF 3 Investor | $108,300.00 | $50,518.25 | $49,802.03 | $100,320.28 | 92.63% |
| CAMAPLAN | Bulk | ABFP IF 3 Investor | $8,906,562.20 | $4,154,607.14 | $4,095,705.23 | $8,250,312.37 | 92.63% |
| **Total ABFP Income Fund 3 Investor Claims** | | | **$25,283,039.86** | **$11,793,674.99** | **$11,626,470.03** | **$23,420,145.02** | |
| | | | Distribution % | | 46.0% | 92.63% | |

**ABFP INCOME FUND 4**
**INVESTORS**  Amount to distribute: $9,147,255.09

| Creditor | Claim # | Description | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| RH | 2 | ABFP IF 4 Investor | $280,000.00 | $139,961.79 | $136,552.22 | $276,514.01 | 98.76% |
| EJB | 3 | ABFP IF 4 Investor | $789,550.00 | $394,667.25 | $385,052.88 | $779,720.13 | 98.76% |
| JS | 16 | ABFP IF 4 Investor | $474,280.00 | $237,075.27 | $231,299.95 | $468,375.23 | 98.76% |
| WP | 21 | ABFP IF 4 Investor | $48,416.65 | $24,201.72 | $23,612.15 | $47,813.86 | 98.76% |
| HWF | 29 | ABFP IF 4 Investor | $245,266.66 | $122,599.86 | $119,613.24 | $242,213.10 | 98.76% |
| DF&KY | 31 | ABFP IF 4 Investor | $108,583.36 | $54,276.86 | $52,954.64 | $107,231.50 | 98.76% |
| W&LS | 39 | ABFP IF 4 Investor | $113,300.00 | $56,634.54 | $55,254.88 | $111,889.42 | 98.76% |
| PR&LJH | 41 | ABFP IF 4 Investor | $169,900.00 | $84,926.81 | $82,857.94 | $167,784.75 | 98.76% |
| NJF | 62 | ABFP IF 4 Investor | $236,776.66 | $118,356.02 | $115,472.78 | $233,828.80 | 98.76% |
| RPI | 72 | ABFP IF 4 Investor | $123,716.69 | $61,841.46 | $60,334.96 | $122,176.42 | 98.76% |
| RHB | 80 | ABFP IF 4 Investor | $94,333.36 | $47,153.81 | $46,005.11 | $93,158.91 | 98.76% |
| NS&TJJS | 119 | ABFP IF 4 Investor | $114,300.00 | $57,134.40 | $55,742.57 | $112,876.97 | 98.76% |
| JB | 136 | ABFP IF 4 Investor | $132,350.00 | $66,156.94 | $64,545.31 | $130,702.25 | 98.76% |
| DJ&MJK | 137 | ABFP IF 4 Investor | $468,435.00 | $234,153.57 | $228,449.43 | $462,603.00 | 98.76% |
| FD | 140 | ABFP IF 4 Investor | $114,200.00 | $57,084.41 | $55,693.80 | $112,778.21 | 98.76% |
| DWM | 152 | ABFP IF 4 Investor | $1,420,000.00 | $709,806.21 | $692,514.83 | $1,402,321.04 | 98.76% |
| MH | 164 | ABFP IF 4 Investor | $71,375.00 | $35,677.76 | $34,808.62 | $70,486.38 | 98.76% |
| R&CW | 187 | ABFP IF 4 Investor | $190,333.31 | $95,140.68 | $92,822.99 | $187,963.67 | 98.76% |
| MYS | 201 | ABFP IF 4 Investor | $208,948.93 | $104,445.95 | $101,901.57 | $206,347.52 | 98.76% |
| JL | 202 | ABFP IF 4 Investor | $47,683.31 | $23,835.15 | $23,254.51 | $47,089.65 | 98.76% |
| G&MC | 212 | ABFP IF 4 Investor | $561,000.00 | $280,423.44 | $273,592.13 | $554,015.57 | 98.76% |
| M&JM | 216 | ABFP IF 4 Investor | $46,766.66 | $23,376.95 | $22,807.47 | $46,184.42 | 98.76% |
| J&TK | 220 | ABFP IF 4 Investor | $94,433.36 | $47,203.79 | $46,053.87 | $93,257.67 | 98.76% |
| TM | 221 | ABFP IF 4 Investor | $462,590.00 | $231,231.87 | $225,598.90 | $456,830.77 | 98.76% |
| JR | 224 | ABFP IF 4 Investor | $47,683.31 | $23,835.15 | $23,254.51 | $47,089.65 | 98.76% |
| JRW | 225 | ABFP IF 4 Investor | $118,016.64 | $58,992.21 | $57,555.12 | $116,547.34 | 98.76% |
| RHP | 239 | ABFP IF 4 Investor | $95,166.69 | $47,570.36 | $46,411.51 | $93,981.87 | 98.76% |
| VJO | 275 | ABFP IF 4 Investor | $94,433.36 | $47,203.79 | $46,053.87 | $93,257.67 | 98.76% |
| ATB | 296 | ABFP IF 4 Investor | $236,776.66 | $118,356.02 | $115,472.78 | $233,828.80 | 98.76% |
| NWH | 306 | ABFP IF 4 Investor | $95,166.69 | $47,570.36 | $46,411.51 | $93,981.87 | 98.76% |
| G&JF | 330 | ABFP IF 4 Investor | $378,675.00 | $189,285.82 | $184,674.69 | $373,960.51 | 98.76% |
| JP&MGB | 340 | ABFP IF 4 Investor | $95,276.64 | $47,625.32 | $46,465.13 | $94,090.45 | 98.76% |
| MGDMGIL | 379 | ABFP IF 4 Investor | $141,600.00 | $70,780.68 | $69,056.41 | $139,837.08 | 98.76% |
| MMN | 381 | ABFP IF 4 Investor | $94,433.36 | $47,203.79 | $46,053.87 | $93,257.67 | 98.76% |
| TMF | 391 | ABFP IF 4 Investor | $118,016.64 | $58,992.21 | $57,555.12 | $116,547.34 | 98.76% |
| CMZ | 398 | ABFP IF 4 Investor | $38,066.69 | $19,028.15 | $18,564.61 | $37,592.76 | 98.76% |

| Creditor | Claim # | Description | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| KFT | 408 | ABFP IF 4 Investor | $94,433.36 | $47,203.79 | $46,053.87 | $93,257.67 | 98.76% |
| CS | 471 | ABFP IF 4 Investor | $116,103.31 | $58,035.81 | $56,622.02 | $114,657.83 | 98.76% |
| EOJT | 545 | ABFP IF 4 Investor | $200,000.00 | $99,972.71 | $97,537.30 | $197,510.01 | 98.76% |
| JLR | 20067 | ABFP IF 4 Investor | $188,666.64 | $94,307.57 | $92,010.17 | $186,317.75 | 98.76% |
| MS | 20111 | ABFP IF 4 Investor | $57,200.00 | $28,592.19 | $27,895.67 | $56,487.86 | 98.76% |
| RDS | 20175 | ABFP IF 4 Investor | $234,266.66 | $117,101.36 | $114,248.69 | $231,350.05 | 98.76% |
| KLM | 20177 | ABFP IF 4 Investor | $94,433.36 | $47,203.79 | $46,053.87 | $93,257.67 | 98.76% |
| RDS&KLMC | 20180 | ABFP IF 4 Investor | $280,100.00 | $140,011.77 | $136,600.99 | $276,612.76 | 98.76% |
| BS | 20202 | ABFP IF 4 Investor | $48,833.32 | $24,410.02 | $23,815.35 | $48,225.35 | 98.76% |
| DTM | 20220 | ABFP IF 4 Investor | $336,000.00 | $167,954.15 | $163,862.66 | $331,816.81 | 98.76% |
| MFPL | 20221 | ABFP IF 4 Investor | $377,333.34 | $188,615.17 | $184,020.38 | $372,635.55 | 98.76% |
| RW | 20258 | ABFP IF 4 Investor | $114,300.00 | $57,134.40 | $55,742.57 | $112,876.97 | 98.76% |
| CS | 20270 | ABFP IF 4 Investor | $473,770.00 | $236,820.34 | $231,051.23 | $467,871.58 | 98.76% |
| G&AB | 20278 | ABFP IF 4 Investor | $256,666.66 | $128,298.30 | $125,172.87 | $253,471.17 | 98.76% |
| B&JR | 20284 | ABFP IF 4 Investor | $94,433.36 | $47,203.79 | $46,053.87 | $93,257.67 | 98.76% |
| V&JC | 20378 | ABFP IF 4 Investor | $114,200.00 | $57,084.41 | $55,693.80 | $112,778.21 | 98.76% |
| KG | 20380 | ABFP IF 4 Investor | $100,800.00 | $50,386.24 | $49,158.80 | $99,545.04 | 98.76% |
| TYJ | 20415 | ABFP IF 4 Investor | $188,766.64 | $94,357.56 | $92,058.94 | $186,416.50 | 98.76% |
| G&PG | 20440 | ABFP IF 4 Investor | $141,600.00 | $70,780.68 | $69,056.41 | $139,837.08 | 98.76% |
| ESTATE OF PS | 20441 | ABFP IF 4 Investor | $326,766.66 | $163,338.74 | $159,359.69 | $322,698.42 | 98.76% |
| DR | 20449 | ABFP IF 4 Investor | $242,666.66 | $121,300.21 | $118,345.25 | $239,645.47 | 98.76% |
| SGG | 20534 | ABFP IF 4 Investor | $234,436.66 | $117,186.34 | $114,331.59 | $231,517.93 | 98.76% |
| AKR | 20623 | ABFP IF 4 Investor | $39,148.34 | $19,568.83 | $19,092.12 | $38,660.94 | 98.76% |
| SGR | 20651 | ABFP IF 4 Investor | $47,683.31 | $23,835.15 | $23,254.51 | $47,089.65 | 98.76% |
| GD | 20745 | ABFP IF 4 Investor | $95,266.69 | $47,620.34 | $46,460.28 | $94,080.62 | 98.76% |
| CAMAPLAN | Bulk | ABFP IF 4 Investor | $6,088,699.00 | $3,043,518.56 | $2,969,376.31 | $6,012,894.87 | 98.76% |
| **Total ABFP Income Fund 4 Investor Claims** | | | **$18,756,424.60** | **$9,375,652.56** | **$9,147,255.09** | **$18,522,907.65** | |
| | | | | Distribution % | 48.8% | 98.76% | |

**ABFP INCOME FUND 6**
**INVESTORS** — Amount to distribute: $7,611,440.79

| Creditor | Claim # | Description | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| RSSJ | 6 | ABFP IF 6 Investor | $99,433.34 | $53,165.89 | $46,267.45 | $99,433.34 | 100.00% |
| NS | 13A | ABFP IF 6 Investor | $122,203.33 | $65,340.75 | $56,862.58 | $122,203.33 | 100.00% |
| ES | 13B | ABFP IF 6 Investor | $122,203.33 | $65,340.75 | $56,862.58 | $122,203.33 | 100.00% |
| P&JT | 14 | ABFP IF 6 Investor | $97,766.68 | $52,274.74 | $45,491.93 | $97,766.67 | 100.00% |
| HWF | 28 | ABFP IF 6 Investor | $253,066.66 | $135,311.90 | $117,754.76 | $253,066.66 | 100.00% |
| RPI | 75 | ABFP IF 6 Investor | $227,746.67 | $121,773.58 | $105,973.09 | $227,746.67 | 100.00% |
| J&SS | 82 | ABFP IF 6 Investor | $195,433.32 | $104,496.00 | $90,937.32 | $195,433.32 | 100.00% |
| DPR | 83 | ABFP IF 6 Investor | $486,070.00 | $259,896.17 | $226,173.83 | $486,070.00 | 100.00% |
| LD&MCB | 90 | ABFP IF 6 Investor | $98,600.01 | $52,720.32 | $45,879.69 | $98,600.01 | 100.00% |
| JB | 105 | ABFP IF 6 Investor | $295,000.00 | $157,733.18 | $137,266.82 | $295,000.00 | 100.00% |
| PD | 124 | ABFP IF 6 Investor | $146,500.00 | $78,331.90 | $68,168.10 | $146,500.00 | 100.00% |
| HG | 129 | ABFP IF 6 Investor | $249,326.66 | $133,312.16 | $116,014.50 | $249,326.66 | 100.00% |
| PHM | 163 | ABFP IF 6 Investor | $196,999.99 | $105,333.68 | $91,666.31 | $196,999.99 | 100.00% |
| KEM&LY | 165 | ABFP IF 6 Investor | $99,333.34 | $53,112.42 | $46,220.92 | $99,333.34 | 100.00% |
| DP | 177 | ABFP IF 6 Investor | $97,666.68 | $52,221.28 | $45,445.40 | $97,666.68 | 100.00% |
| CPM | 179 | ABFP IF 6 Investor | $244,306.66 | $130,628.03 | $113,678.63 | $244,306.66 | 100.00% |
| AY | 208 | ABFP IF 6 Investor | $268,300.00 | $143,456.99 | $124,843.01 | $268,300.00 | 100.00% |
| DD | 232 | ABFP IF 6 Investor | $249,326.66 | $133,312.16 | $116,014.50 | $249,326.66 | 100.00% |
| MC | 245 | ABFP IF 6 Investor | $98,500.01 | $52,666.85 | $45,833.16 | $98,500.01 | 100.00% |
| FP | 250 | ABFP IF 6 Investor | $98,500.01 | $52,666.85 | $45,833.16 | $98,500.01 | 100.00% |
| D&LR | 283 | ABFP IF 6 Investor | $97,666.68 | $52,221.28 | $45,445.40 | $97,666.68 | 100.00% |
| JESJ&BSDT | 291 | ABFP IF 6 Investor | $350,400.00 | $187,354.94 | $163,045.06 | $350,400.00 | 100.00% |
| RGF, Individually & Executrix for EF, Sr. | 318 | ABFP IF 6 Investor | $99,333.34 | $53,112.42 | $46,220.92 | $99,333.34 | 100.00% |
| SAS | 338 | ABFP IF 6 Investor | $147,750.00 | $79,000.26 | $68,749.74 | $147,750.00 | 100.00% |
| JCZ | 344 | ABFP IF 6 Investor | $59,600.00 | $31,867.45 | $27,732.55 | $59,600.00 | 100.00% |
| MM | 375 | ABFP IF 6 Investor | $246,816.66 | $131,970.09 | $114,846.57 | $246,816.66 | 100.00% |
| N&RR | 388 | ABFP IF 6 Investor | $249,326.66 | $133,312.16 | $116,014.50 | $249,326.66 | 100.00% |
| JES | 395 | ABFP IF 6 Investor | $98,500.01 | $52,666.85 | $45,833.16 | $98,500.01 | 100.00% |
| CP | 441 | ABFP IF 6 Investor | $48,833.32 | $26,110.63 | $22,722.69 | $48,833.32 | 100.00% |
| JHC | 447 | ABFP IF 6 Investor | $491,915.00 | $263,021.42 | $228,893.58 | $491,915.00 | 100.00% |
| DRD | 466 | ABFP IF 6 Investor | $99,333.34 | $53,112.42 | $46,220.92 | $99,333.34 | 100.00% |
| CJ&LAP | 20001 | ABFP IF 6 Investor | $485,970.00 | $259,842.70 | $226,127.30 | $485,970.00 | 100.00% |
| LCBJ | 20041 | ABFP IF 6 Investor | $97,666.68 | $52,221.28 | $45,445.40 | $97,666.68 | 100.00% |
| DW | 20044 | ABFP IF 6 Investor | $97,666.68 | $52,221.28 | $45,445.40 | $97,666.68 | 100.00% |
| BWR | 20045 | ABFP IF 6 Investor | $97,766.68 | $52,274.74 | $45,491.93 | $97,766.67 | 100.00% |
| K&MW | 20062 | ABFP IF 6 Investor | $99,433.34 | $53,165.89 | $46,267.45 | $99,433.34 | 100.00% |
| MG | 20079 | ABFP IF 6 Investor | $97,766.68 | $52,274.74 | $45,491.93 | $97,766.67 | 100.00% |
| BAS | 20108 | ABFP IF 6 Investor | $98,500.01 | $52,666.85 | $45,833.16 | $98,500.01 | 100.00% |
| RL | 20166 | ABFP IF 6 Investor | $98,500.01 | $52,666.85 | $45,833.16 | $98,500.01 | 100.00% |
| AO | 20186 | ABFP IF 6 Investor | $687,166.67 | $367,420.30 | $319,746.37 | $687,166.67 | 100.00% |
| JM | 20191 | ABFP IF 6 Investor | $393,333.34 | $210,310.92 | $183,022.42 | $393,333.34 | 100.00% |
| MDH | 20214 | ABFP IF 6 Investor | $49,416.66 | $26,422.53 | $22,994.13 | $49,416.66 | 100.00% |
| RW | 20259 | ABFP IF 6 Investor | $118,200.00 | $63,200.21 | $54,999.79 | $118,200.00 | 100.00% |
| ECD | 20299 | ABFP IF 6 Investor | $120,618.32 | $64,493.26 | $56,125.06 | $120,618.32 | 100.00% |
| KA | 20314 | ABFP IF 6 Investor | $99,333.34 | $53,112.42 | $46,220.92 | $99,333.34 | 100.00% |
| RJD | 20334 | ABFP IF 6 Investor | $196,999.99 | $105,333.68 | $91,666.31 | $196,999.99 | 100.00% |
| ZM&KD | 20347 | ABFP IF 6 Investor | $292,100.00 | $156,182.59 | $135,917.41 | $292,100.00 | 100.00% |

| Creditor | Claim # | Description | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| JWH | 20371 | ABFP IF 6 Investor | $49,349.99 | $26,386.89 | $22,963.10 | $49,349.99 | 100.00% |
| MDGJ | 20372 | ABFP IF 6 Investor | $58,700.00 | $31,386.23 | $27,313.77 | $58,700.00 | 100.00% |
| DW&JAS | 20375 | ABFP IF 6 Investor | $146,600.00 | $78,385.37 | $68,214.63 | $146,600.00 | 100.00% |
| J&FC | 20401 | ABFP IF 6 Investor | $113,375.01 | $60,620.34 | $52,754.67 | $113,375.01 | 100.00% |
| JVMI | 20409 | ABFP IF 6 Investor | $198,666.66 | $106,224.83 | $92,441.83 | $198,666.66 | 100.00% |
| DR | 20448 | ABFP IF 6 Investor | $97,666.68 | $52,221.28 | $45,445.40 | $97,666.68 | 100.00% |
| EA&LMC | 20464 | ABFP IF 6 Investor | $99,433.34 | $53,165.89 | $46,267.45 | $99,433.34 | 100.00% |
| G&BD | 20490 | ABFP IF 6 Investor | $24,416.68 | $13,055.32 | $11,361.36 | $24,416.68 | 100.00% |
| KM | 20525 | ABFP IF 6 Investor | $298,000.00 | $159,337.25 | $138,662.75 | $298,000.00 | 100.00% |
| WaCS | 20613 | ABFP IF 6 Investor | $244,306.66 | $130,628.03 | $113,678.63 | $244,306.66 | 100.00% |
| RVG | 20617 | ABFP IF 6 Investor | $247,800.00 | $132,495.87 | $115,304.12 | $247,799.99 | 100.00% |
| R&NC | 20660 | ABFP IF 6 Investor | $99,333.34 | $53,112.42 | $46,220.92 | $99,333.34 | 100.00% |
| WJP | 20663 | ABFP IF 6 Investor | $98,500.01 | $52,666.85 | $45,833.16 | $98,500.01 | 100.00% |
| JRKJ | 20671 | ABFP IF 6 Investor | $249,426.66 | $133,365.63 | $116,061.03 | $249,426.66 | 100.00% |
| ESTATE OF JRKS | 20674 | ABFP IF 6 Investor | $173,833.34 | $92,946.73 | $80,886.61 | $173,833.34 | 100.00% |
| CAMAPLAN | Bulk | ABFP IF 6 Investor | $5,292,136.00 | $2,829,645.64 | $2,462,490.36 | $5,292,136.00 | 100.00% |
| **Total ABFP Income Fund 6 Investor Claims** | | | **$16,357,741.13** | **$8,746,300.34** | **$7,611,440.70** | **$16,357,741.03** | |
| | | | Distribution % | | 46.5% | 100.00% | |

### ABFP MULTI STRATEGY INVESTMENT FUND

| INVESTORS | | Amount to distribute: | | | $3,470,304.47 | | |
|---|---|---|---|---|---|---|---|
| DF&KY | 30 | ABFP MSIF Investor | $203,043.39 | $48,944.55 | $44,802.01 | $93,746.57 | 46.17% |
| TJ&PMC | 107 | ABFP MSIF Investor | $138,438.67 | $33,371.28 | $30,546.83 | $63,918.11 | 46.17% |
| ESL&ED | 111 | ABFP MSIF Investor | $461,462.24 | $111,237.62 | $101,822.75 | $213,060.37 | 46.17% |
| CPL | 141 | ABFP MSIF Investor | $138,438.67 | $33,371.28 | $30,546.83 | $63,918.11 | 46.17% |
| KEM | 166 | ABFP MSIF Investor | $138,438.67 | $33,371.28 | $30,546.83 | $63,918.11 | 46.17% |
| DM | 236 | ABFP MSIF Investor | $138,438.67 | $33,371.28 | $30,546.83 | $63,918.11 | 46.17% |
| RHP | 240 | ABFP MSIF Investor | $184,584.90 | $44,495.05 | $40,729.10 | $85,224.15 | 46.17% |
| JDB | 353 | ABFP MSIF Investor | $92,292.44 | $22,247.52 | $20,364.55 | $42,612.07 | 46.17% |
| WR | 362 | ABFP MSIF Investor | $138,530.97 | $33,393.53 | $30,567.19 | $63,960.73 | 46.17% |
| B&JC | 415 | ABFP MSIF Investor | $276,877.34 | $66,742.57 | $61,093.65 | $127,836.22 | 46.17% |
| ESTATE OF FPJB | 427 | ABFP MSIF Investor | $92,292.44 | $22,247.52 | $20,364.55 | $42,612.07 | 46.17% |
| E&LC | 434 | ABFP MSIF Investor | $147,667.92 | $35,596.04 | $32,583.28 | $68,179.32 | 46.17% |
| CP | 443 | ABFP MSIF Investor | $92,292.44 | $22,247.52 | $20,364.55 | $42,612.07 | 46.17% |
| VML, INDIV. AND PERSONAL REP. OF EST. OF DBL | 449 | ABFP MSIF Investor | $207,658.01 | $50,056.93 | $45,820.24 | $95,877.17 | 46.17% |
| KMB | 520 | ABFP MSIF Investor | $138,438.67 | $33,371.28 | $30,546.83 | $63,918.11 | 46.17% |
| JCW | 537 | ABFP MSIF Investor | $369,169.80 | $88,990.10 | $81,458.21 | $170,448.30 | 46.17% |
| JC | 20028 | ABFP MSIF Investor | $92,292.44 | $22,247.52 | $20,364.55 | $42,612.07 | 46.17% |
| DK | 20247 | ABFP MSIF Investor | $138,438.67 | $33,371.28 | $30,546.83 | $63,918.11 | 46.17% |
| DR | 20307 | ABFP MSIF Investor | $110,750.94 | $26,697.03 | $24,437.46 | $51,134.49 | 46.17% |
| NB | 20351 | ABFP MSIF Investor | $184,584.90 | $44,495.05 | $40,729.10 | $85,224.15 | 46.17% |
| DG | 20377 | ABFP MSIF Investor | $184,584.90 | $44,495.05 | $40,729.10 | $85,224.15 | 46.17% |
| ED | 20444 | ABFP MSIF Investor | $166,126.41 | $40,045.54 | $36,656.19 | $76,701.74 | 46.17% |
| HT | 20471 | ABFP MSIF Investor | $138,138.00 | $33,298.81 | $30,480.48 | $63,779.29 | 46.17% |
| RaCP | 20494 | ABFP MSIF Investor | $138,438.67 | $33,371.28 | $30,546.83 | $63,918.11 | 46.17% |
| LHBL | 20513 | ABFP MSIF Investor | $185,507.82 | $44,717.52 | $40,932.75 | $85,650.27 | 46.17% |
| P&KA | 20562 | ABFP MSIF Investor | $115,365.56 | $27,809.40 | $25,455.69 | $53,265.09 | 46.17% |
| SS | 20577 | ABFP MSIF Investor | $92,292.44 | $22,247.52 | $20,364.55 | $42,612.07 | 46.17% |
| DB | 20604 | ABFP MSIF Investor | $184,584.90 | $44,495.05 | $40,729.10 | $85,224.15 | 46.17% |
| AP | 20634 | ABFP MSIF Investor | $138,438.67 | $33,371.28 | $30,546.83 | $63,918.11 | 46.17% |
| MDW | 20734 | ABFP MSIF Investor | $184,584.90 | $44,495.05 | $40,729.10 | $85,224.15 | 46.17% |
| CAMAPLAN | Bulk | ABFP MSIF Investor | $10,715,277.00 | $2,582,967.33 | $2,364,351.68 | $4,947,319.01 | 46.17% |
| **Total ABFP Multi Strategy Investment Fund Inv. Claim** | | | **$15,727,471.46** | **$3,791,180.10** | **$3,470,304.47** | **$7,261,484.57** | |
| | | | Distribution % | | 22.1% | 46.17% | |

| INSIDERS | | Amount to distribute: | | | $0.00 | | |
|---|---|---|---|---|---|---|---|
| SHANNON WESTHEAD | 430 | ABFP MSIF Investor | $46,146.23 | | $0.00 | | |
| **Total Insider Claims** | | | **$46,146.23** | | **$0.00** | | |

### ABFP MULTI STRATEGY INVESTMENT FUND II

| INVESTORS | | Amount to distribute: | | | $246,882.12 | | |
|---|---|---|---|---|---|---|---|
| CN | 92 | ABFP MSIF II Investor | $145,760.00 | $91,149.35 | $3,372.79 | $94,522.15 | 64.85% |
| UML | 96 | ABFP MSIF II Investor | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| RTOMKH | 97 | ABFP MSIF II Investor | $250,000.00 | $156,334.64 | $5,784.84 | $162,119.49 | 64.85% |
| CBR | 168 | ABFP MSIF II Investor | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| CPM | 180 | ABFP MSIF II Investor | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| CMS | 243 | ABFP MSIF II Investor | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| CMS | 244 | ABFP MSIF II Investor | $50,000.00 | $31,266.93 | $1,156.97 | $32,423.90 | 64.85% |
| FP | 251 | ABFP MSIF II Investor | $51,851.37 | $32,424.66 | $1,199.81 | $33,624.47 | 64.85% |
| JS | 259 | ABFP MSIF II Investor | $252,651.00 | $157,992.42 | $5,846.18 | $163,838.60 | 64.85% |
| DPAJMM | 276 | ABFP MSIF II Investor | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| HP&EAGI | 347 | ABFP MSIF II Investor | $145,760.00 | $91,149.35 | $3,372.79 | $94,522.15 | 64.85% |
| MMN | 380 | ABFP MSIF II Investor | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| JES | 394 | ABFP MSIF II Investor | $72,880.00 | $45,574.68 | $1,686.40 | $47,261.07 | 64.85% |
| DJO | 505 | ABFP MSIF II Investor | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| MN | 518 | ABFP MSIF II Investor | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| B&BC | 20082 | ABFP MSIF II Investor | $145,760.00 | $91,149.35 | $3,372.79 | $94,522.15 | 64.85% |
| MS | 20112 | ABFP MSIF II Investor | $155,477.00 | $97,225.77 | $3,597.64 | $100,823.41 | 64.85% |

| Creditor | Claim # | Description | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| MDM | 20149 | ABFP MSIF II Investo | $194,347.00 | $121,532.68 | $4,497.07 | $126,029.74 | 64.85% |
| KLM | 20178 | ABFP MSIF II Investo | $145,760.00 | $91,149.35 | $3,372.79 | $94,522.15 | 64.85% |
| RDS&KLMC | 20179 | ABFP MSIF II Investo | $170,053.00 | $106,340.70 | $3,934.92 | $110,275.62 | 64.85% |
| JaIK | 20253 | ABFP MSIF II Investo | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| JWB | 20272 | ABFP MSIF II Investo | $400,000.00 | $250,135.43 | $9,255.75 | $259,391.18 | 64.85% |
| L&LR | 20315 | ABFP MSIF II Investo | $48,587.00 | $30,383.33 | $1,124.27 | $31,507.60 | 64.85% |
| SS | 20359 | ABFP MSIF II Investo | $72,880.00 | $45,574.68 | $1,686.40 | $47,261.07 | 64.85% |
| BA | 20397 | ABFP MSIF II Investo | $97,173.00 | $60,766.03 | $2,248.52 | $63,014.55 | 64.85% |
| KJT | 20398 | ABFP MSIF II Investo | $145,760.00 | $91,149.35 | $3,372.79 | $94,522.15 | 64.85% |
| EW | 20508 | ABFP MSIF II Investo | $72,880.00 | $45,574.68 | $1,686.40 | $47,261.07 | 64.85% |
| WCS | 20615 | ABFP MSIF II Investo | $485,867.00 | $303,831.38 | $11,242.65 | $315,074.03 | 64.85% |
| MDW | 20735 | ABFP MSIF II Investo | $145,760.00 | $91,149.35 | $3,372.79 | $94,522.15 | 64.85% |
| CAMAPLAN* | Bulk | ABFP MSIF II Investo | $6,545,592.63 | $4,075,074.90 | $169,597.79 | $4,244,672.69 | 64.85% |
| **Total ABFP Multi Strategy Investment Fund Inv. II Claim** | | | **$10,669,356.00** | **$6,653,823.23** | **$265,019.05** | **$6,918,842.28** | |
| | | | Distribution % | | 2.48% | 64.85% | |

| **abetterfinancialplan.com** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **EMPLOYEES** | | Amount to distribute: | | | $0.00 | | |
| AB | 20281 | Employee | $1,974.36 | $0.00 | $0.00 | $0.00 | 0.00% |
| AZ | 20293 | Employee | $2,692.31 | $0.00 | $0.00 | $0.00 | 0.00% |
| KG | 20280 | Employee | $4,461.54 | $0.00 | $0.00 | $0.00 | 0.00% |
| MP | 20352 | Employee | $6,904.94 | $0.00 | $0.00 | $0.00 | 0.00% |
| MJT | 258 | Employee | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total abetterfinancialplan.com Employee Claims** | | | **$16,033.15** | **$0.00** | **$0.00** | **$0.00** | |
| | | | Distribution % | | 0.0% | 0.0% | |