# Exhibit "7"

**CBSG et al Receivership**
**Second Distribution - Fidelis Financial Planning**

| Creditor | Claim # | Allowed | 1st Distribution | Suppl. 1st Distribution* | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|
| **Fidelis Financial Planning** | | | | | | | |
| | From CBSG | | | | | | |
| **INVESTOR** | Amount to distribute: | | | | $2,751,702.42 | | |
| E&KJ | 88 | $99,333.34 | $52,493.59 | | $46,839.75 | $99,333.34 | 100.00% |
| MK | 89 | $46,666.66 | $24,661.41 | | $22,005.25 | $46,666.66 | 100.00% |
| WLA | 130 | $297,333.35 | $157,128.47 | | $140,204.88 | $297,333.35 | 100.00% |
| AM | 150 | $93,833.34 | $49,587.07 | | $44,246.27 | $93,833.34 | 100.00% |
| D&SMRT | 154 | $158,666.66 | $83,848.82 | | $74,817.84 | $158,666.66 | 100.00% |
| FLN | 157 | $532,199.98 | $136,342.41 | $144,903.43 | $250,954.14 | $532,199.98 | 100.00% |
| LG | 167 | $89,000.00 | $47,032.85 | | $41,967.15 | $89,000.00 | 100.00% |
| SK&EMSRLT | 172 | $167,000.00 | $88,252.64 | | $78,747.36 | $167,000.00 | 100.00% |
| K&LS | 223 | $186,000.00 | $98,293.36 | | $87,706.64 | $186,000.00 | 100.00% |
| SD | 266 | $192,000.00 | $101,464.12 | | $90,535.88 | $192,000.00 | 100.00% |
| R&EM | 331 | $46,250.00 | $24,441.23 | | $21,808.77 | $46,250.00 | 100.00% |
| RR | 339 | $147,750.00 | $78,079.81 | | $69,670.19 | $147,750.00 | 100.00% |
| A&PP | 411 | $47,416.66 | $25,057.76 | | $22,358.90 | $47,416.66 | 100.00% |
| FGS | 431 | $200,000.00 | $105,691.79 | | $94,308.21 | $200,000.00 | 100.00% |
| S&LBT | 433 | $159,820.00 | $84,458.31 | | $75,361.69 | $159,820.00 | 100.00% |
| J&SW | 455 | $268,500.00 | $141,891.23 | | $126,608.77 | $268,500.00 | 100.00% |
| GD | 531 | $44,375.00 | $23,450.37 | | $20,924.63 | $44,375.00 | 100.00% |
| W&CM | 548 | $63,733.33 | $33,680.45 | | $30,052.88 | $63,733.33 | 100.00% |
| RM | 20060 | $91,666.70 | $48,442.09 | | $43,224.61 | $91,666.70 | 100.00% |
| PBTGI | 20084 | $83,333.40 | $44,038.28 | | $39,295.12 | $83,333.40 | 100.00% |
| ML | 20120 | $269,000.00 | $142,155.46 | | $126,844.54 | $269,000.00 | 100.00% |
| WK | 20384 | $575,691.74 | $304,229.45 | | $271,462.29 | $575,691.74 | 100.00% |
| STG | 20426 | $239,250.00 | $126,433.80 | | $112,816.20 | $239,250.00 | 100.00% |
| PS | 20595 | $47,000.00 | $24,837.57 | | $22,162.43 | $47,000.00 | 100.00% |
| CAMAPLAN | Bulk | $1,689,732.00 | $892,953.99 | | $796,778.01 | $1,689,732.00 | 100.00% |
| | | $5,835,552.16 | $2,938,946.30 | $144,903.43 | $2,751,702.42 | $5,835,552.15 | |
| | | **Distribution %** | | | 47.2% | 100.0% | |

* The Reciever previously objected to a portion of the claim for FLN because that portion of the claim was invested through a CamaPlan IRA account. The Claimant subsequently closed the CamaPlan account and, therefore, that portion of the investment was not included in the bulk claim that CamaPlan submitted on behalf of its Fidelis investors. As a result, the Receiver is increasing the allowed claim amount for investor FLN by $274,199.98 to account for this issue. The Receiver is also issuing a supplemental first distriutiuon payment to FLN to account for the fact that the investor did not previously receive a first distribution payment on that additional portion of the revised Allowed Claim amount.