# Exhibit "8"

**CBSG et al Receivership**
**2nd Distribution - Retirement Evolution**

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|
| INVESTORS | Amount to distribute: | | | $4,817,356.70 | | |
| PSST | 12 | $22,287.50 | $11,759.55 | $9,236.89 | $20,996.44 | 94.21% |
| LLE | 49 | $98,700.00 | $52,077.06 | $40,905.49 | $92,982.55 | 94.21% |
| RJL | 50 | $18,390.64 | $9,703.45 | $7,621.87 | $17,325.32 | 94.21% |
| BJC | 67 | $41,566.65 | $21,931.80 | $17,226.99 | $39,158.80 | 94.21% |
| CFT | 78 | $37,866.66 | $19,979.58 | $15,693.56 | $35,673.14 | 94.21% |
| P&PL | 85 | $28,000.00 | $14,773.63 | $11,604.39 | $26,378.03 | 94.21% |
| M&KD | 86 | $47,999.98 | $25,326.22 | $19,893.24 | $45,219.46 | 94.21% |
| DVMIT | 91 | $23,999.99 | $12,663.11 | $9,946.62 | $22,609.73 | 94.21% |
| CA | 98 | $197,025.00 | $103,956.26 | $81,655.56 | $185,611.83 | 94.21% |
| AP | 99 | $175,333.33 | $92,511.09 | $72,665.61 | $165,176.70 | 94.21% |
| MA | 100 | $232,501.00 | $122,674.46 | $96,358.33 | $219,032.79 | 94.21% |
| JMM | 108 | $65,000.00 | $34,295.94 | $26,938.77 | $61,234.71 | 94.21% |
| HMK | 109 | $65,000.00 | $34,295.94 | $26,938.77 | $61,234.71 | 94.21% |
| JA | 132 | $24,373.34 | $12,860.10 | $10,101.35 | $22,961.45 | 94.21% |
| RBNT | 148 | $27,400.00 | $14,457.06 | $11,355.73 | $25,812.79 | 94.21% |
| NKB | 173 | $91,624.99 | $48,344.08 | $37,973.30 | $86,317.38 | 94.21% |
| MEB | 174 | $46,833.33 | $24,710.66 | $19,409.73 | $44,120.39 | 94.21% |
| FF | 186 | $23,499.97 | $12,399.28 | $9,739.39 | $22,138.67 | 94.21% |
| LW | 188 | $77,363.36 | $40,819.21 | $32,062.68 | $72,881.89 | 94.21% |
| Nuview Trust Company, Inc. FBO RS | 189 | $112,320.00 | $59,263.38 | $46,550.20 | $105,813.58 | 94.21% |
| SAS | 191 | $94,750.00 | $49,992.92 | $39,268.44 | $89,261.36 | 94.21% |
| GLJ | 194 | $46,678.21 | $24,628.81 | $19,345.44 | $43,974.26 | 94.21% |
| RN | 198 | $47,000.00 | $24,798.60 | $19,478.80 | $44,277.41 | 94.21% |
| LS | 203 | $30,772.50 | $16,236.49 | $12,753.44 | $28,989.92 | 94.21% |
| CLR | 204 | $46,625.00 | $24,600.74 | $19,323.39 | $43,924.13 | 94.21% |
| MDW | 205 | $250,000.00 | $131,907.45 | $103,610.66 | $235,518.11 | 94.21% |
| NPW (IRA) | 206 | $240,956.00 | $127,135.57 | $99,862.44 | $226,998.01 | 94.21% |
| NPW (Roth IRA) | 207 | $38,898.86 | $20,524.20 | $16,121.35 | $36,645.54 | 94.21% |
| GC | 209 | $373,234.51 | $196,929.65 | $154,684.30 | $351,613.95 | 94.21% |
| ALG | 211 | $18,800.03 | $9,919.46 | $7,791.53 | $17,710.99 | 94.21% |
| LJDS | 227 | $44,666.24 | $23,567.24 | $18,511.59 | $42,078.83 | 94.21% |
| WKS | 233 | $224,200.00 | $118,294.60 | $92,918.04 | $211,212.64 | 94.21% |
| GLS | 256 | $9,199.96 | $4,854.17 | $3,812.86 | $8,667.03 | 94.21% |
| RRC | 262 | $44,999.57 | $23,743.11 | $18,649.74 | $42,392.86 | 94.21% |
| DEZ | 265 | $65,000.00 | $34,295.94 | $26,938.77 | $61,234.71 | 94.21% |
| MBL | 267 | $60,000.00 | $31,657.79 | $24,866.56 | $56,524.35 | 94.21% |
| MC | 274 | $23,833.31 | $12,575.16 | $9,877.54 | $22,452.70 | 94.21% |
| LN | 285 | $16,924.00 | $8,929.61 | $7,014.03 | $15,943.63 | 94.21% |
| LN | 286 | $7,771.42 | $4,100.43 | $3,220.81 | $7,321.24 | 94.21% |
| GAS | 287 | $13,334.41 | $7,035.63 | $5,526.35 | $12,561.98 | 94.21% |
| GAS | 288 | $249,537.50 | $131,663.42 | $103,418.98 | $235,082.40 | 94.21% |
| THLT | 292 | $21,600.00 | $11,396.80 | $8,951.96 | $20,348.76 | 94.21% |
| WP | 298 | $143,000.01 | $75,451.07 | $59,265.30 | $134,716.37 | 94.21% |
| DH | 301 | $18,466.59 | $9,743.52 | $7,653.34 | $17,396.87 | 94.21% |
| B&DO | 305 | $220,000.00 | $116,078.56 | $91,177.38 | $207,255.94 | 94.21% |
| RWL | 307 | $9,399.97 | $4,959.70 | $3,895.75 | $8,855.45 | 94.21% |
| CG&SS | 308 | $126,900.00 | $66,956.22 | $52,592.77 | $119,548.99 | 94.21% |
| OPF | 329 | $56,717.42 | $29,925.80 | $23,506.12 | $53,431.92 | 94.21% |
| RG | 358 | $352,706.20 | $186,098.30 | $146,176.49 | $332,274.80 | 94.21% |
| RG | 362-1 | 24,312.50 | $12,828.00 | $10,076.14 | $22,904.14 | 94.21% |
| JG | 362-2 | 24,312.50 | $12,828.00 | $10,076.14 | $22,904.14 | 94.21% |
| DG | 362-3 | 24,312.50 | $12,828.00 | $10,076.14 | $22,904.14 | 94.21% |
| ML | 362-4 | 24,312.50 | $12,828.00 | $10,076.14 | $22,904.14 | 94.21% |
| SB | 384 | $94,666.65 | $49,948.95 | $39,233.90 | $89,182.84 | 94.21% |
| M&SD | 392 | $38,266.65 | $20,190.63 | $15,859.33 | $36,049.96 | 94.21% |
| MP | 407 | $25,440.04 | $13,422.92 | $10,543.44 | $23,966.36 | 94.21% |
| WP | 424 | $185,000.00 | $97,611.51 | $76,671.89 | $174,283.40 | 94.21% |
| GAFFRDF | 436 | $50,000.00 | $26,381.49 | $20,722.13 | $47,103.62 | 94.21% |
| GAF | 437 | $49,333.34 | $26,029.74 | $20,445.84 | $46,475.58 | 94.21% |

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|
| GAF | 438 | $49,333.34 | $26,029.74 | $20,445.84 | $46,475.58 | 94.21% |
| AMS | 450 | $10,969.18 | $5,787.67 | $4,546.10 | $10,333.76 | 94.21% |
| WBE | 467 | $79,050.00 | $41,709.14 | $32,761.69 | $74,470.83 | 94.21% |
| SEJ | 468 | $9,266.63 | $4,889.35 | $3,840.49 | $8,729.84 | 94.21% |
| GJC | 486 | $96,943.62 | $51,150.34 | $40,177.57 | $91,327.91 | 94.21% |
| JES | 487 | $56,800.00 | $29,969.37 | $23,540.34 | $53,509.72 | 94.21% |
| CJF | 491 | $187,215.00 | $98,780.21 | $77,589.88 | $176,370.09 | 94.21% |
| VJ&JAP | 493 | $115,855.92 | $61,129.04 | $48,015.63 | $109,144.67 | 94.21% |
| SEL | 498 | $14,784.03 | $7,800.49 | $6,127.13 | $13,927.63 | 94.21% |
| WDL | 506 | $99,050.00 | $52,261.73 | $41,050.54 | $93,312.28 | 94.21% |
| PK | 508 | $75,000.00 | $39,572.24 | $31,083.20 | $70,655.43 | 94.21% |
| TP | 509 | $75,000.00 | $39,572.24 | $31,083.20 | $70,655.43 | 94.21% |
| AMP | 510 | $50,000.00 | $26,381.49 | $20,722.13 | $47,103.62 | 94.21% |
| SKM | 515 | $23,166.63 | $12,223.40 | $9,601.24 | $21,824.64 | 94.21% |
| EBH | 517 | $9,399.98 | $4,959.71 | $3,895.75 | $8,855.46 | 94.21% |
| HB | 533 | $33,041.67 | $17,433.77 | $13,693.88 | $31,127.65 | 94.21% |
| JB | 534 | $26,100.00 | $13,771.14 | $10,816.95 | $24,588.09 | 94.21% |
| SB | 535 | $189,120.86 | $99,785.80 | $78,379.75 | $178,165.55 | 94.21% |
| SWHJ | 536 | $19,200.02 | $10,130.50 | $7,957.31 | $18,087.81 | 94.21% |
| DL | 549 | $45,336.34 | $23,920.80 | $18,789.31 | $42,710.12 | 94.21% |
| RT | 550 | $18,866.66 | $9,954.61 | $7,819.15 | $17,773.76 | 94.21% |
| LS | 551 | $169,158.17 | $89,252.89 | $70,106.36 | $159,359.25 | 94.21% |
| JL | 552 | $24,733.32 | $13,050.04 | $10,250.54 | $23,300.58 | 94.21% |
| AL | 553 | $50,000.00 | $26,381.49 | $20,722.13 | $47,103.62 | 94.21% |
| JFLT | 554 | $91,000.00 | $48,014.31 | $37,714.28 | $85,728.59 | 94.21% |
| GR | 555 | $39,893.18 | $21,048.83 | $16,533.44 | $37,582.27 | 94.21% |
| RS | 20000 | $46,666.70 | $24,622.74 | $19,340.67 | $43,963.41 | 94.21% |
| KBI | 20006 | $278,100.00 | $146,733.85 | $115,256.50 | $261,990.35 | 94.21% |
| BKRT dtd 11/22/89 | 20007 | $46,500.00 | $24,534.79 | $19,271.58 | $43,806.37 | 94.21% |
| RI | 20052 | $35,225.36 | $18,585.95 | $14,598.89 | $33,184.84 | 94.21% |
| CI | 20090 | $18,515.03 | $9,769.08 | $7,673.42 | $17,442.50 | 94.21% |
| LV | 20123 | $28,000.00 | $14,773.63 | $11,604.39 | $26,378.03 | 94.21% |
| LC | 20131 | $38,640.35 | $20,387.80 | $16,014.21 | $36,402.01 | 94.21% |
| MW | 20197 | $19,333.35 | $10,200.85 | $8,012.56 | $18,213.42 | 94.21% |
| RH | 20304 | $180,417.05 | $95,193.41 | $74,772.52 | $169,965.93 | 94.21% |
| CAK | 20305 | $158,522.01 | $83,640.94 | $65,698.28 | $149,339.22 | 94.21% |
| PAM | 20308 | $66,974.32 | $35,337.65 | $27,757.01 | $63,094.66 | 94.21% |
| WaJC | 20332 | $50,000.00 | $26,381.49 | $20,722.13 | $47,103.62 | 94.21% |
| JZ | 20350 | $819,112.13 | $432,187.97 | $339,475.00 | $771,662.97 | 94.21% |
| WHS | 20358 | $279,499.99 | $147,472.53 | $115,836.72 | $263,309.24 | 94.21% |
| PB | 20392 | $65,999.98 | $34,823.56 | $27,353.21 | $62,176.76 | 94.21% |
| PKS | 20405 | $304,366.63 | $160,592.91 | $126,142.51 | $286,735.42 | 94.21% |
| RM&LL | 20410 | $309,589.00 | $163,348.38 | $128,306.89 | $291,655.27 | 94.21% |
| BC | 20432 | $100,000.00 | $52,762.98 | $41,444.26 | $94,207.25 | 94.21% |
| BS | 20462 | $46,666.70 | $24,622.74 | $19,340.67 | $43,963.41 | 94.21% |
| CCR | 20472 | $93,063.24 | $49,102.94 | $38,569.38 | $87,672.31 | 94.21% |
| PRG2FAT | 20611 | $18,000.03 | $9,497.35 | $7,459.98 | $16,957.33 | 94.21% |
| MRS | 20631 | $402,336.67 | $212,284.82 | $166,745.48 | $379,030.29 | 94.21% |
| EJNRI | 20636 | $23,875.00 | $12,597.16 | $9,894.82 | $22,491.98 | 94.21% |
| EJN | 20637 | $164,518.04 | $86,804.62 | $68,183.29 | $154,987.91 | 94.21% |
| EJNI | 20639 | $37,240.29 | $19,649.09 | $15,433.96 | $35,083.05 | 94.21% |
| RS | 20643 | $136,916.70 | $72,241.33 | $56,744.12 | $128,985.45 | 94.21% |
| RSI | 20646 | $32,507.68 | $17,152.02 | $13,472.57 | $30,624.59 | 94.21% |
| WM | 20650 | $100,000.00 | $52,762.98 | $41,444.26 | $94,207.25 | 94.21% |
| EAT | 20652 | $71,000.00 | $37,461.72 | $29,425.43 | $66,887.14 | 94.21% |
| EAT | 20653 | $198,500.00 | $104,734.52 | $82,266.87 | $187,001.38 | 94.21% |
| R&MD | 20676 | $237,500.02 | $125,312.09 | $98,430.14 | $223,742.23 | 94.21% |
| Blue Diamond (FBO CN IRA) | 20684 | $269,534.28 | $142,214.32 | $111,706.50 | $253,920.82 | 94.21% |
| SPL | 246 & 247 | $130,000.00 | $68,591.87 | $53,877.54 | $122,469.42 | 94.21% |
| CAMAPLAN | Bulk | $265,280.00 | $139,969.63 | $109,943.35 | $249,912.98 | 94.21% |
| | | $11,623,699.23 | $6,133,010.15 | $4,817,356.70 | $10,950,366.85 | |
| | | **Distribution %** | | 41.4% | 94.21% | |

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|
| **INSIDER INVESTORS** | **Amount to distribute:** | | | **$0.00** | | |
| JOHN GISSAS | 20704 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| BLUE DIAMOND (JOHN GISSAS) | 20692 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| | | $0.00 | $0.00 | $0.00 | $0.00 | |