# Exhibit "9"

**CBSG et al Receivership**
**2nd Distribution - Fast Advance Funding**

| Creditor | Claim # | Allowed | 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|
| **FAST ADVANCE FUNDING** | | | | | | |
| **INVESTORS** | | Amount to distribute: | | $ 3,717,186.59 | | |
| ABFP Multi Strategy Investment Fund | Rec. | $4,954,925.02 | $1,402,864.29 | $3,470,304.47 | $4,873,168.76 | 98.35% |
| ABFP Multi Strategy Investment Fund II | Rec. | $352,500.02 | $99,801.65 | $246,882.12 | $346,683.77 | 98.35% |
| **Total Fast Advance Funding Investor Claims** | | **$5,307,425.04** | **$1,502,665.94** | **$3,717,186.59** | **$5,219,852.53** | |
| | | Distribution % | 28.3% | 70.0% | 98.35% | |
| **MERCHANTS** | | Amount to distribute: | | $0.00 | | |
| Pineville Medical Center LLC | 20719 | $8,580.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| Ellwood Medical Center Operations LLC | 20718 | $77,919.09 | $0.00 | $0.00 | $0.00 | 0.00% |
| Michael Wheatley, James Law Trustee | 20603 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Fast Advance Funding Merchant Claims** | | **$86,499.09** | **$0.00** | **$0.00** | | |
| | | Distribution % | | 0.0% | | |