# Exhibit "10"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-81205-RAR

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a/ PAR FUNDING, et al.,

       Defendants.
_____/

**[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE ON
RECEIVER'S MOTION TO APPROVE SECOND INTERIM DISTRIBUTION**

**THIS CAUSE** comes before the Court upon the Receiver's Motion to Approve Second Interim Distribution, filed on November 21, 2025, [ECF No. _____] ("Motion"). In the Motion, the Receiver requests the Court's approval for the Receiver to issue a second interim distribution in connection with the claims and distribution process this Court has established. The Court, having carefully reviewed the Motion and the record in this matter, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Any interested parties are permitted to file a response to the Motion **on or before December 1, 2025.**

2. If no responses are filed by December 1, 2025, the Court will consider granting the Motion as unopposed.

3. If any responses are filed by the deadline, the Receiver shall file a reply to each response, or each category of response, if applicable, **on or before December 5, 2025**.

- 2 -

**DONE AND ORDERED** in Miami, Florida, this _____ day of November, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of record