# Exhibit 2
### (Total Compensation and Expenses Requested)

**Total Compensation and Expenses Requested**

| Professional Firm | Category | Hours | Fees | Expenses | Total Billed |
|---|---|---|---|---|---|
| Stumphauzer Kolaya Nadler & Sloman, PLLC | Attorneys | 138.7 | $53,922.50 | $539.39 | $54,461.89 |
| Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Attorneys | 572.3 | $179,743.50 | $14,859.87 | $194,603.37 |
| Development Specialists, Inc. | Operations Consultant | 321.6 | $144,720.00 | $329.97 | $145,049.97 |
| Lawgical Insight, LLC | eDiscovery Specialist | 0.00 | $0.00 | $532.13 | $532.13 |
| | | **1,032.6** | **$378,386.00** | **$16,261.36** | **$394,647.36** |