**CBSG et al Receivership**
**2nd Distribution - Retirement Evolution - Updated**

| Creditor | Claim # | Description | Allowed | % | 1st Distribution | Supplemental 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|---|---|
| **INVESTORS** | **Amount to distribute:** | | | | | $110,247.68 | $4,707,109.02 | | |
| PSST | 12 | Investor | $22,287.50 | 0.2% | $11,759.55 | | $8,866.12 | $20,625.67 | 92.54% |
| LLE | 49 | Investor | $98,700.00 | 0.8% | $52,077.06 | | $39,263.54 | $91,340.60 | 92.54% |
| RJL | 50 | Investor | $18,390.64 | 0.2% | $9,703.45 | | $7,315.92 | $17,019.37 | 92.54% |
| BJC | 67 | Investor | $41,566.65 | 0.4% | $21,931.80 | | $16,535.50 | $38,467.30 | 92.54% |
| CFT | 78 | Investor | $37,866.66 | 0.3% | $19,979.58 | | $15,063.62 | $35,043.20 | 92.54% |
| P&PL | 85 | Investor | $28,000.00 | 0.2% | $14,773.63 | | $11,138.59 | $25,912.23 | 92.54% |
| M&KD | 86 | Investor | $47,999.98 | 0.4% | $25,326.22 | | $19,094.72 | $44,420.94 | 92.54% |
| DVMIT | 91 | Investor | $23,999.99 | 0.2% | $12,663.11 | | $9,547.36 | $22,210.47 | 92.54% |
| CA | 98 | Investor | $197,025.00 | 1.7% | $103,956.26 | | $78,377.90 | $182,334.17 | 92.54% |
| AP | 99 | Investor | $175,333.33 | 1.5% | $92,511.09 | | $69,748.81 | $162,259.90 | 92.54% |
| MA | 100 | Investor | $232,501.00 | 2.0% | $122,674.46 | | $92,490.50 | $215,164.96 | 92.54% |
| JMM | 108 | Investor | $65,000.00 | 0.5% | $34,295.94 | | $25,857.45 | $60,153.39 | 92.54% |
| HMK | 109 | Investor | $65,000.00 | 0.5% | $34,295.94 | | $25,857.45 | $60,153.39 | 92.54% |
| JA | 132 | Investor | $24,373.34 | 0.2% | $12,860.10 | | $9,695.88 | $22,555.98 | 92.54% |
| RBNT | 148 | Investor | $27,400.00 | 0.2% | $14,457.06 | | $10,899.91 | $25,356.97 | 92.54% |
| NKB | 173 | Investor | $91,624.99 | 0.8% | $48,344.08 | | $36,449.05 | $84,793.13 | 92.54% |
| MEB | 174 | Investor | $46,833.33 | 0.4% | $24,710.66 | | $18,630.62 | $43,341.28 | 92.54% |
| FF | 186 | Investor | $23,499.97 | 0.2% | $12,399.28 | | $9,348.45 | $21,747.73 | 92.54% |
| LW | 188 | Investor | $77,363.36 | 0.7% | $40,819.21 | | $30,775.68 | $71,594.89 | 92.54% |
| Nuview Trust Company, Inc. FBO RS | 189 | Investor | $112,320.00 | 0.9% | $59,263.38 | | $44,681.67 | $103,945.05 | 92.54% |
| SAS | 191 | Investor | $94,750.00 | 0.8% | $49,992.92 | | $37,692.20 | $87,685.13 | 92.54% |
| GLJ | 194 | Investor | $46,678.21 | 0.4% | $24,628.81 | | $18,568.91 | $43,197.73 | 92.54% |
| RN | 198 | Investor | $47,000.00 | 0.4% | $24,798.60 | | $18,696.92 | $43,495.52 | 92.54% |
| LS | 203 | Investor | $30,772.50 | 0.3% | $16,236.49 | | $12,241.51 | $28,478.00 | 92.54% |
| CLR | 204 | Investor | $46,625.00 | 0.4% | $24,600.74 | | $18,547.75 | $43,148.49 | 92.54% |
| MDW | 205 | Investor | $250,000.00 | 2.1% | $131,907.45 | | $99,451.72 | $231,359.17 | 92.54% |
| NPW (IRA) | 206 | Investor | $240,956.00 | 2.0% | $127,135.57 | | $95,853.96 | $222,989.53 | 92.54% |
| NPW (Roth IRA) | 207 | Investor | $38,898.86 | 0.3% | $20,524.20 | | $15,474.23 | $35,998.43 | 92.54% |
| GC | 209 | Investor | $373,234.51 | 3.2% | $196,929.65 | | $148,475.26 | $345,404.91 | 92.54% |
| GC (IRA) | 210 | Investor | $208,948.93 | 1.8% | $0.00 | $110,247.68 | $83,121.33 | $193,369.01 | 92.54% |
| ALG | 211 | Investor | $18,800.03 | 0.2% | $9,919.46 | | $7,478.78 | $17,398.24 | 92.54% |
| LJDS | 227 | Investor | $44,666.24 | 0.4% | $23,567.24 | | $17,768.54 | $41,335.78 | 92.54% |
| WKS | 233 | Investor | $224,200.00 | 1.9% | $118,294.60 | | $89,188.31 | $207,482.91 | 92.54% |
| GLS | 256 | Investor | $9,199.96 | 0.1% | $4,854.17 | | $3,659.81 | $8,513.98 | 92.54% |
| RRC | 262 | Investor | $44,999.57 | 0.4% | $23,743.11 | | $17,901.14 | $41,644.25 | 92.54% |
| DEZ | 265 | Investor | $65,000.00 | 0.5% | $34,295.94 | | $25,857.45 | $60,153.39 | 92.54% |
| MBL | 267 | Investor | $60,000.00 | 0.5% | $31,657.79 | | $23,868.41 | $55,526.20 | 92.54% |
| MC | 274 | Investor | $23,833.31 | 0.2% | $12,575.16 | | $9,481.06 | $22,056.22 | 92.54% |
| LN | 285 | Investor | $16,924.00 | 0.1% | $8,929.61 | | $6,732.48 | $15,662.09 | 92.54% |
| LN | 286 | Investor | $7,771.42 | 0.1% | $4,100.43 | | $3,091.52 | $7,191.96 | 92.54% |
| GAS | 287 | Investor | $13,334.41 | 0.1% | $7,035.63 | | $5,304.52 | $12,340.15 | 92.54% |
| GAS | 288 | Investor | $249,537.50 | 2.1% | $131,663.42 | | $99,267.74 | $230,931.16 | 92.54% |
| THLT | 292 | Investor | $21,600.00 | 0.2% | $11,396.80 | | $8,592.63 | $19,989.43 | 92.54% |
| WP | 298 | Investor | $143,000.01 | 1.2% | $75,451.07 | | $56,886.39 | $132,337.46 | 92.54% |
| DH | 301 | Investor | $18,466.59 | 0.2% | $9,743.52 | | $7,346.14 | $17,089.66 | 92.54% |
| B&DO | 305 | Investor | $220,000.00 | 1.9% | $116,078.56 | | $87,517.52 | $203,596.07 | 92.54% |
| RWL | 307 | Investor | $9,399.97 | 0.1% | $4,959.70 | | $3,739.37 | $8,699.08 | 92.54% |
| CG&SS | 308 | Investor | $126,900.00 | 1.1% | $66,956.22 | | $50,481.69 | $117,437.92 | 92.54% |
| OPF | 329 | Investor | $56,717.42 | 0.5% | $29,925.80 | | $22,562.58 | $52,488.38 | 92.54% |
| RG | 358 | Investor | $352,706.20 | 3.0% | $186,098.30 | | $140,308.96 | $326,407.26 | 92.54% |
| RG | 362-1 | Investor | 24,312.50 | 0.2% | $12,828.00 | | $9,671.68 | $22,499.68 | 92.54% |
| JG | 362-2 | Investor | 24,312.50 | 0.2% | $12,828.00 | | $9,671.68 | $22,499.68 | 92.54% |
| DG | 362-3 | Investor | 24,312.50 | 0.2% | $12,828.00 | | $9,671.68 | $22,499.68 | 92.54% |
| ML | 362-4 | Investor | 24,312.50 | 0.2% | $12,828.00 | | $9,671.68 | $22,499.68 | 92.54% |
| SB | 384 | Investor | $94,666.65 | 0.8% | $49,948.95 | | $37,659.05 | $87,607.99 | 92.54% |
| M&SD | 392 | Investor | $38,266.65 | 0.3% | $20,190.63 | | $15,222.74 | $35,413.36 | 92.54% |
| MP | 407 | Investor | $25,440.04 | 0.2% | $13,422.92 | | $10,120.22 | $23,543.15 | 92.54% |
| WP | 424 | Investor | $185,000.00 | 1.6% | $97,611.51 | | $73,594.28 | $171,205.79 | 92.54% |
| GAFFRDF | 436 | Investor | $50,000.00 | 0.4% | $26,381.49 | | $19,890.34 | $46,271.83 | 92.54% |
| GAF | 437 | Investor | $49,333.34 | 0.4% | $26,029.74 | | $19,625.14 | $45,654.88 | 92.54% |
| GAF | 438 | Investor | $49,333.34 | 0.4% | $26,029.74 | | $19,625.14 | $45,654.88 | 92.54% |
| AMS | 450 | Investor | $10,969.18 | 0.1% | $5,787.67 | | $4,363.62 | $10,151.28 | 92.54% |
| WBE | 467 | Investor | $79,050.00 | 0.7% | $41,709.14 | | $31,446.64 | $73,155.77 | 92.54% |
| SEJ | 468 | Investor | $9,266.63 | 0.1% | $4,889.35 | | $3,686.33 | $8,575.68 | 92.54% |
| GJC | 486 | Investor | $96,943.62 | 0.8% | $51,150.34 | | $38,564.84 | $89,715.18 | 92.54% |
| JES | 487 | Investor | $56,800.00 | 0.5% | $29,969.37 | | $22,595.43 | $52,564.80 | 92.54% |
| CJF | 491 | Investor | $187,215.00 | 1.6% | $98,780.21 | | $74,475.42 | $173,255.63 | 92.54% |
| VJ&JAP | 493 | Investor | $115,855.92 | 1.0% | $61,129.04 | | $46,088.28 | $107,217.32 | 92.54% |
| SEL | 498 | Investor | $14,784.03 | 0.1% | $7,800.49 | | $5,881.19 | $13,681.68 | 92.54% |
| WDL | 506 | Investor | $99,050.00 | 0.8% | $52,261.73 | | $39,402.77 | $91,664.51 | 92.54% |
| PK | 508 | Investor | $75,000.00 | 0.6% | $39,572.24 | | $29,835.52 | $69,407.75 | 92.54% |
| TP | 509 | Investor | $75,000.00 | 0.6% | $39,572.24 | | $29,835.52 | $69,407.75 | 92.54% |
| AMP | 510 | Investor | $50,000.00 | 0.4% | $26,381.49 | | $19,890.34 | $46,271.83 | 92.54% |
| SKM | 515 | Investor | $23,166.63 | 0.2% | $12,223.40 | | $9,215.85 | $21,439.25 | 92.54% |

| Creditor | Claim # | Description | Allowed | % | 1st Distribution | Supplemental 1st Distribution | 2nd Distribution | Total Distributions ($ Returned) | Total Distributions (% Returned) |
|---|---|---|---|---|---|---|---|---|---|
| EBH | 517 | Investor | $9,399.98 | 0.1% | $4,959.71 | | $3,739.38 | $8,699.09 | 92.54% |
| HB | 533 | Investor | $33,041.67 | 0.3% | $17,433.77 | | $13,144.20 | $30,577.97 | 92.54% |
| JB | 534 | Investor | $26,100.00 | 0.2% | $13,771.14 | | $10,382.76 | $24,153.90 | 92.54% |
| SB | 535 | Investor | $189,120.86 | 1.6% | $99,785.80 | | $75,233.58 | $175,019.38 | 92.54% |
| SWHJ | 536 | Investor | $19,200.02 | 0.2% | $10,130.50 | | $7,637.90 | $17,768.40 | 92.54% |
| DL | 549 | Investor | $45,336.34 | 0.4% | $23,920.80 | | $18,035.11 | $41,955.91 | 92.54% |
| RT | 550 | Investor | $18,866.66 | 0.2% | $9,954.61 | | $7,505.29 | $17,459.90 | 92.54% |
| LS | 551 | Investor | $169,158.17 | 1.4% | $89,252.89 | | $67,292.29 | $156,545.18 | 92.54% |
| JL | 552 | Investor | $24,733.32 | 0.2% | $13,050.04 | | $9,839.09 | $22,889.12 | 92.54% |
| AL | 553 | Investor | $50,000.00 | 0.4% | $26,381.49 | | $19,890.34 | $46,271.83 | 92.54% |
| JFLT | 554 | Investor | $91,000.00 | 0.8% | $48,014.31 | | $36,200.43 | $84,214.74 | 92.54% |
| GR | 555 | Investor | $39,893.18 | 0.3% | $21,048.83 | | $15,869.78 | $36,918.61 | 92.54% |
| RS | 20000 | Investor | $46,666.70 | 0.4% | $24,622.74 | | $18,564.34 | $43,187.08 | 92.54% |
| KBI | 20006 | Investor | $278,100.00 | 2.4% | $146,733.85 | | $110,630.10 | $257,363.95 | 92.54% |
| BKRT dtd 11/22/89 | 20007 | Investor | $46,500.00 | 0.4% | $24,534.79 | | $18,498.02 | $43,032.81 | 92.54% |
| RI | 20052 | Investor | $35,225.36 | 0.3% | $18,585.95 | | $14,012.89 | $32,598.84 | 92.54% |
| CI | 20090 | Investor | $18,515.03 | 0.2% | $9,769.08 | | $7,365.41 | $17,134.49 | 92.54% |
| LV | 20123 | Investor | $28,000.00 | 0.2% | $14,773.63 | | $11,138.59 | $25,912.23 | 92.54% |
| LC | 20131 | Investor | $38,640.35 | 0.3% | $20,387.80 | | $15,371.40 | $35,759.20 | 92.54% |
| MW | 20197 | Investor | $19,333.35 | 0.2% | $10,200.85 | | $7,690.94 | $17,891.79 | 92.54% |
| RH | 20304 | Investor | $180,417.05 | 1.5% | $95,193.41 | | $71,771.15 | $166,964.56 | 92.54% |
| CAK | 20305 | Investor | $158,522.01 | 1.3% | $83,640.94 | | $63,061.15 | $146,702.09 | 92.54% |
| PAM | 20308 | Investor | $66,974.32 | 0.6% | $35,337.65 | | $26,642.85 | $61,980.49 | 92.54% |
| WaJC | 20332 | Investor | $50,000.00 | 0.4% | $26,381.49 | | $19,890.34 | $46,271.83 | 92.54% |
| JZ | 20350 | Investor | $819,112.13 | 6.9% | $432,187.97 | | $325,848.45 | $758,036.43 | 92.54% |
| WHS | 20358 | Investor | $279,499.99 | 2.4% | $147,472.53 | | $111,187.02 | $258,659.55 | 92.54% |
| PB | 20392 | Investor | $65,999.98 | 0.6% | $34,823.56 | | $26,255.25 | $61,078.80 | 92.54% |
| PKS | 20405 | Investor | $304,366.63 | 2.6% | $160,592.91 | | $121,079.14 | $281,672.05 | 92.54% |
| RM&LL | 20410 | Investor | $309,589.00 | 2.6% | $163,348.38 | | $123,156.64 | $286,505.02 | 92.54% |
| BC | 20432 | Investor | $100,000.00 | 0.8% | $52,762.98 | | $39,780.69 | $92,543.67 | 92.54% |
| BS | 20462 | Investor | $46,666.70 | 0.4% | $24,622.74 | | $18,564.34 | $43,187.08 | 92.54% |
| CCR | 20472 | Investor | $93,063.24 | 0.8% | $49,102.94 | | $37,021.20 | $86,124.14 | 92.54% |
| PRG2FAT | 20611 | Investor | $18,000.03 | 0.2% | $9,497.35 | | $7,160.54 | $16,657.89 | 92.54% |
| MRS | 20631 | Investor | $402,336.67 | 3.4% | $212,284.82 | | $160,052.30 | $372,337.12 | 92.54% |
| EJNRI | 20636 | Investor | $23,875.00 | 0.2% | $12,597.16 | | $9,497.64 | $22,094.80 | 92.54% |
| EJN | 20637 | Investor | $164,518.04 | 1.4% | $86,804.62 | | $65,446.41 | $152,251.03 | 92.54% |
| EJNI | 20639 | Investor | $37,240.29 | 0.3% | $19,649.09 | | $14,814.44 | $34,463.53 | 92.54% |
| RS | 20643 | Investor | $136,916.70 | 1.2% | $72,241.33 | | $54,466.41 | $126,707.74 | 92.54% |
| RSI | 20646 | Investor | $32,507.68 | 0.3% | $17,152.02 | | $12,931.78 | $30,083.80 | 92.54% |
| WM | 20650 | Investor | $100,000.00 | 0.8% | $52,762.98 | | $39,780.69 | $92,543.67 | 92.54% |
| EAT | 20652 | Investor | $71,000.00 | 0.6% | $37,461.72 | | $28,244.29 | $65,706.01 | 92.54% |
| EAT | 20653 | Investor | $198,500.00 | 1.7% | $104,734.52 | | $78,964.67 | $183,699.18 | 92.54% |
| R&MD | 20676 | Investor | $237,500.02 | 2.0% | $125,312.09 | | $94,479.15 | $219,791.23 | 92.54% |
| Blue Diamond (FBO CN IRA) | 20684 | Investor | $269,534.28 | 2.3% | $142,214.32 | | $107,222.59 | $249,436.91 | 92.54% |
| SPL | 246 & 247 | Investor | $130,000.00 | 1.1% | $68,591.87 | | $51,714.90 | $120,306.77 | 92.54% |
| CAMAPLAN | Bulk | Investor | $265,280.00 | 2.2% | $139,969.63 | | $105,530.21 | $245,499.85 | 92.54% |
| | | | $11,832,648.16 | 100% | $6,133,010.15 | $110,247.68 | $4,707,109.02 | $10,950,366.85 | |
| | | | Distribution % | | | | 39.8% | 92.54% | |

| | | | Amount to distribute: | | $0.00 | | $0.00 | | |
|---|---|---|---|---|---|---|---|---|---|
| **INSIDER INVESTORS** | | | | | | | | | |
| JOHN GISSAS | 20704 | Investor | $0.00 | 0.0% | $0.00 | | $0.00 | $0.00 | 0.00% |
| BLUE DIAMOND (JOHN GISSAS) | 20692 | Investor | $0.00 | 0.0% | $0.00 | | $0.00 | $0.00 | 0.00% |
| | | | $0.00 | 0.0% | $0.00 | | $0.00 | $0.00 | |