**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-CV-81205-RAR**

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a/ PAR FUNDING, et al.,

        Defendants.
_____/

**[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE ON MOTION
TO SUPPLEMENT MOTION TO APPROVE SECOND INTERIM DISTRIBUTION**

**THIS CAUSE** comes before the Court upon the Receiver's Motion to Supplement Motion to Approve Second Interim Distribution, filed on December 4, 2025, [ECF No. _____] ("Motion"). In the Motion, the Receiver requests the Court's approval to supplement the schedules attached to the Motion to Approve Second Interim Distribution, [ECF No. 2183]. These revised schedules are necessary to adjust the allowed claim amount and proposed distributions for one claimant within Retirement Evolution. The Court, having carefully reviewed the Motion and the record in this matter, it is hereby

        **ORDERED AND ADJUDGED** as follows:

        1.    Any interested parties are permitted to file a response to the Motion **on or before December 11, 2025.**

        2.    If no responses are filed by December 11, 2025, the Court will consider granting the Motion as unopposed.

- 2 -

3. If any responses are filed by the deadline, the Receiver shall file a reply to each response, or each category of response, if applicable, **on or before December 12, 2025**.

**DONE AND ORDERED** in Miami, Florida, this _____ day of December, 2025.

                                                            **RODOLFO A. RUIZ II**
                                                            **UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of record