**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-81205-RAR**

**SECURITIES AND EXCHANGE COMMISSION**,

Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC.** *d/b/a* **PAR FUNDING**, *et al.*,

Defendants.
______________________________________/

**ORDER ON PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF INTENT TO FORGO DISGORGEMENT AND CIVIL PENALTIES AGAINST CORPORATE DEFENDANTS AND RELIEF DEFENDANT**

**THIS CAUSE** comes before the Court upon Plaintiff Securities and Exchange Commission's ("SEC") Notice of Intent to Forgo Disgorgement and Civil Penalties Against Corporate Defendants and Relief Defendant ("Notice"), [ECF No. 2234], filed on August 12, 2026.

In the Notice, the SEC advises the Court that it forgoes its claims for disgorgement and prejudgment interest as to the following Defendants:

(i) Complete Business Solutions Group, Inc.;

(ii) Full Spectrum Processing, Inc.;

(iii) ABetterFinancialPlan.com LLC d/b/a A Better Financial Plan;

(iv) ABFP Management Company, LLC f/k/a Pillar Life Settlement Management Company, LLC;

(v) ABFP Income Fund, LLC;

(vi) ABFP Income Fund 2, L.P.;

(vii) United Fidelis Group Corp.;

(viii) Fidelis Financial Planning LLC;

(ix) Retirement Evolution Group, LLC;

(x) RE Income Fund LLC; and

(xi) RE Income Fund 2 LLC (collectively, "Corporate Defendants").

The SEC further advises in the Notice that it forgoes its claims for disgorgement and prejudgment interest against Relief Defendant LME 2017 Family Trust.

In the Notice, the SEC also advises that it forgoes its claims for civil penalties against the following six Corporate Defendants, which are the only Corporate Defendants against which the SEC sought civil penalties:

(i) Complete Business Solutions Group, Inc.;

(ii) Full Spectrum Processing, Inc.;

(iii) ABetterFinancialPlan.com LLC d/b/a A Better Financial Plan;

(iv) ABFP Management Company, LLC f/k/a Pillar Life Settlement Management Company, LLC;

(v) United Fidelis Group Corp.; and

(vi) Retirement Evolution Group, LLC.

In the Notice, the SEC also "requests that the already-entered Judgment [ECF No. 391] that, among other things, resolved liability and imposed permanent injunctive relief against Corporate Defendants, remain in place and in full force." Not. at 3.

The Court having carefully reviewed the Notice and the record in this matter, and noting that all of the SEC's causes of action have already been resolved, it is hereby

**ORDERED AND ADJUDGED** that the Judgment of Permanent Injunction and Other Relief Against the Corporate Defendants, [ECF No. 391], shall be deemed a Final Judgment.

**DONE AND ORDERED** in Miami, Florida, this 14th day of August, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**