**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-81205-RAR**

**SECURITIES AND EXCHANGE COMMISSION**,

Plaintiff,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC.** *d/b/a* **PAR FUNDING**, *et al.*,

Defendants.
_______________________________________/

**ORDER GRANTING *PRO SE* MOTIONS FOR EXTENSION OF TIME TO RESPOND TO RECEIVER'S MOTION TO APPROVE RECEIVER'S RECOMMENDED DISALLOWANCE OF LATE-FILED CLAIMS FROM INDIVIDUAL INVESTORS IN AGM CAPITAL FUND I, LLC AND AGM CAPITAL FUND II, LLC**

**THIS CAUSE** comes before the Court upon the *pro se* Motions for Extension of Time to Respond to Receiver's Recommended Disallowance of Late-Filed Claims from Individual Investors in AGM Capital Fund I, LLC and AGM Capital Fund II, LLC, [ECF Nos. 2247, 2248, 2250]. On September 22, 2026, Receiver Ryan K. Stumphauzer filed a Motion to Approve Receiver's Recommended Disallowance of Late-Filed Claims from Individual Investors in AGM Capital Fund I, LLC and AGM Capital Fund II, LLC, [ECF No. 2239] ("Motion"). On September 25, 2026, the Court *sua sponte* extended the deadline for interested parties to respond to the Receiver's Motion through October 9, 2026, because several investors called the Receiver requesting additional time to respond. *See* [ECF No. 2244]. Because the relief sought in the Motion would affect individual investors who are not parties to this action, and several investors have requested an extension of time to respond, the Court will adopt an amended briefing schedule for the Motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The *pro se* Motions for Extension of Time to Respond to Receiver's Motion, [ECF Nos. 2247, 2248, 2250], are **GRANTED**.

2. Any interested parties are permitted to file a response to the Motion **on or before October 23, 2026**.

3. The Receiver shall file a reply to each response, or each category of response, if applicable, **on or before November 6, 2026**.

4. The Court will not grant any further extensions of time to respond to the Receiver's Motion absent extenuating circumstances.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
Robert and Marie McNicholl
280 N Utica Ave.
Massapequa, NY 11758
PRO SE

William and Deborah Styne
427 Linden St.
Bellmore, NY 11710
PRO SE

Jason Zuena
233 Pacific St.
Massapequa Park, NY 11762
PRO SE